# EXHIBIT 1

| | |
|---|---|
| **From:** | Anonymousemail |
| **To:** | Craig Gillespie |
| **Subject:** | SuttonPark |
| **Date:** | 19 September 2022 11:49:36 |

> *** **[EXTERNAL]** This message comes from an external organisation. Exercise caution when opening attachments or clicking links, especially from unknown senders. If you are unsure please attach the mail to a new email and send to servicedesk@lanware.co.uk. ***

Powered by **Anonymousemail** → Join Us!

The assets you are lending against at SuttonPark do not exist. Josh Wander either never bought them or already pledged them to another lender. You are at great risk... your investment is unsecured.  What he is doing is criminal.