# EXHIBIT 2



March 24, 2023

**VIA ELECTRONIC MAIL**

SPLCSS III LLC
Dorchester Receivables II LLC
600 Brickell Ave, 19th Floor
Miami, Florida 33131

Attention:  Steven W Pasko, Joshua Wander, Damien Alfalla and Steve Pasko

Re:    That certain Loan and Security Agreement, dated as of May 7, 2021 (as may be amended, the "Loan Agreement"), by and among SPLCSS III LLC ("SPLCSS Borrower"), Signal SML 4 LLC ("Signal Borrower"), Insurety Agency Services LLC ("Insurety Borrower"), Dorchester Receivables II LLC ("Dorchester Borrower" and together with SPLCSS Borrower, Signal Borrower and Insurety Borrower, "Borrowers"), Leadenhall Capital Partners LLP, as Administrative Agent (in such capacity, "Administrative Agent") and Leadenhall Life Insurance Linked Investments Fund PLC, as collateral agent, together with each of the lenders from time to time party thereto (individually and/or collectively, as the context may require, "Lender"), the Servicers from time to time party thereto and the Sellers from time to time party thereto.  Capitalized terms used in this letter (this "Letter") without definition shall have the respective meanings attributed thereto in the Loan Agreement.

Ladies and Gentlemen:

As you are aware, it has come to our attention that certain Eligible Receivables may be subject to Adverse Claims.  We have communicated with Nicholas Bennett and Joshua Wander on March 17, 2023, March 20, 2023 and March 21, 2023 regarding the Receivables constituting Collateral for the SPLCSS Loans and for the Dorchester Loans and have requested that this be investigated immediately.  We want to impress upon you the seriousness of this situation and the urgency of such request.  To reiterate our prior discussions, we need to receive clear and objectively determinable evidence that the Receivables constituting Collateral for our SPLCSS Loans and Dorchester Loans, respectively remain Eligible Receivables and that each of the Compliance Reports remain true, accurate and complete.  A fundamental component of such eligibility is that an Eligible Receivable is free and clear from any Adverse Claims.

Please provide a detailed written response as to your findings by the opening of business on Monday, March 27, 2023.  Please make the appropriate and knowledgeable employees of the Servicer available for discussion with us of such report during business hours thereafter.

Please be advised that Administrative Agent, on behalf of the Lenders, hereby reserves all rights and remedies under the Transaction Documents, at law or in equity, with respect to such breaches of the Loan Agreement.  Without limiting the foregoing, Administrative

Leadenhall Capital Partners LLP Level 15, 70 Mark Lane, London, EC3R 7NQ
Registered in England and Wales No.: OC336969
Leadenhall Capital Partners LLP is authorised and regulated in the UK by the Financial Conduct Authority No.: 486112

Agent, on behalf of the Lenders, hereby reserves the right to declare a Default or Event of Default, to send any default, acceleration or other notices as Administrative Agent deems necessary in its sole discretion, and upon declaring an Event of Default (and without further notice to the Borrowers or any other party), to take such action as it deems necessary and/or advisable to recover payment of the indebtedness in full, including, without limitation, foreclosure of the liens and security interests arising under the Transaction Documents.

You are hereby further advised that (a) any delay by Administrative Agent, on behalf of the Lenders, in insisting upon the strict performance by Borrower, or any other party, of any of the terms and provisions of the Transaction Documents, or in the exercise of any rights and remedies provided to Lenders under the Transaction Documents (whether prior to the date hereof, at this time or any other time), does not constitute, is not intended to constitute, and shall not be deemed to constitute, a waiver, limitation, modification, relinquishment or forbearance by Lenders of any rights and remedies under the Transaction Documents, all of which are hereby expressly reserved and may be exercised at any time, and (b) neither the delivery of this Letter, nor any delay or failure by Administrative Agent or any Lender to exercise at this time (or at any time hereafter) any of its rights and remedies, nor any acceptance and/or application of any partial prepayment or monthly payment of principal or interest by Administrative Agent, on behalf of the Lenders, is intended to constitute, nor shall any of the foregoing be deemed to constitute (i) a waiver, modification, alteration, amendment, acquiescence or release of any of the requirements of the Loan Agreement, or of any Default or any Event of Default, (ii) a course of dealing obligating Administrative Agent or any Lender to provide any additional or other accommodations, financial or otherwise, to the Borrowers or any other party to any of the Transaction Documents at any time other than those expressly set forth in the Transaction Documents, or (iii) a commitment or any agreement to make a commitment with respect to any possible waiver, amendment, consent or other modification of the terms provided in the Transaction Documents.

Nothing contained in this letter is intended to modify any of the terms of the Loan Agreement or any other Transaction Document and the Loan Agreement and each of the other Transaction Documents remain in full force and effect in accordance with their respective terms.

Very truly yours,

**ADMINISTRATIVE AGENT:**

**LEADENHALL CAPITAL PARTNERS LLP**,

By:    _____

Name:    Craig Gillespie
Title:    Head of Life & Alternative
Credit Portfolio Management