# EXHIBIT 3

**From:** Phil.Kane
**To:** Josh Wander
**Cc:** Luca Albertini; John Wells; Tom Spreutels; Tom Foot; Craig Gillespie; Peter Clark
**Subject:** Follow-ups to 777- Leadenhall call
**Date:** Wednesday, March 29, 2023 9:54:35 AM

Dear Josh,

Thank you for the call yesterday; we created a list of action items for each of the specific areas of concern we have and some follow ups we agreed at last night call.

As you can see there is quite a list of outstanding points and we need to see serious improvements on how various entities perform their contractual agreements and address our queries.

## Double Pledges

1. A reconciliation of all of our assets to the appropriate SPV for both SPLCSS III and Dorchester – this should be completed as soon as possible, and by Monday 3rd of April at the latest. This is important for our valuation committee notes

2. Confirm, by close of business today, the progress made through the reconciliation; can you also send the list of assets that are in multiple compliance reports (a quick reconcile) and a list of assets not appearing in any compliance report (and their PV)? We recognize this would be subject to further detailed review but helps us start to analyse the portfolio.

3. For assets that are stated as ours but for which no cash has been received, a confirmation that the cash is held at Wells Fargo and will be released to us, and what other cure plan you have in mind to solve for the shortfall.

4. A list of the assets that are proposed as replacements for Dorchester and SPLCC III, and by when they can be implemented - we would like this list by the end of the week. Please confirm the acquisition date of these assets and how they have been funded

5. Please confirm that Sutton Park will grant permission to all of its lenders to share the policy details of each lenders' pledged assets (so that any future mistake can be promptly identified). 777 to instruct counsel to produce a document to ensure that this sharing does not breach confidentiality and in addition confirming that each lender will keep confidentiality on the data which has been exchanged. This system could be replaced if a backup servicer is in place confirming there is no double counting.

## Cash and Reporting

6. Overdue Compliance reporting for Dorchester (Feb), SPLCSS III (Feb) and Signal (Jan and Feb) (by end of this week)

7. Feb Interest for Dorchester and SPLCS III (overdue) (by end of this week)

8. We have some queries on Signal that have not been addressed; appreciate focus on this as we seek to remedy the full structure.

9. We also have outstanding queries on Insurety. Sean mentioned that they were working through a "data project that will better serve to answer your questions, which should be completed next week." This implies this week (31/03); is it ready?

10. As we quantify the deficits net of any new eligible collateral, please supply other sources of cure and how we can get comfortable with those

11. We would also request Insurety Opco Quarterly unaudited financials which have never been sent since 2020 (by end of week)

12. Management Adjusted accounts for 777 Partners, could you confirm these equity values are free and unencumbered, and are net of any liabilities. When would you expect to have the

management adjusted information as of 31st December? Can we get that ASAP?

13. If we are to consider other asset pledges we will need a to a 3rd party valuation (at your expense)? We would like to go through the report that you sent as well with whoever is closest to the metrics.

    If the suggested timelines cannot be met, please let us know when we can reasonably expect those.

14. We would like to set up some further time with your team to discuss an overview of the servicing process. Payments assigned to SPLCSS were never received by SPLCSS and held as a receivable on the cash rec (the 3k out of 3m). How does the servicing work? If they rely on MpFin why weren't we receiving payments on the double pledged assets if they were listed in the system as assigned to us?

**Brickell**

15. As you recall, the Brickell Ticking fee from year end is outstanding and another round is due after 31st March. Please pay these (ASAP)

16. We would also suggest as liquidity is created from other sources that it be used to cure the A) Master Facility Deficits and B) the reduction of the principal to our loan to Brickell. If you are able to materially reduce our loan prior to syndication we are open to discuss the ticking fee

17. We will follow up with Will on hedging or monetising the Brickell gain given rate raise expectations seem to have peaked given the banking crisis.

**Other**

18. Please let us know of the waiver you mentioned for the completion of the Sutton Park audit; there is a waiver that we executed for Brickell, but it is held in escrow based on payment of the ticking fee

19. Also, please let us know the status of the Grant Thornton audits for the insurers for 2022, and in particular the engagement with the BMA on 777Re audit.

20. You pledged on a 2nd lien basis MCAG during the Brickell transaction; We are still waiting on the execution of the documents for that. Our lawyers (Links) have chased Mcquire Woods and KL Gates multiple times. Can you get this completed asap?

Best Regards,

**Phil Kane**
**Principal Trading, Senior Credit Officer**
**Leadenhall Capital Partners LLP**
Level 15, 70 Mark Lane, London, EC3R 7NQ
Tel: +44 (0) 207 871 7280
Mob: +44 (0) 78 4333 0471

Classification: Internal