# EXHIBIT 4

| | |
|---|---|
| **From:** | Tom Spreutels |
| **To:** | Josh Wander; Nicholas Bennett |
| **Cc:** | John Wells; Luca Albertini; Craig Gillespie; Phil.Kane; Peter Clark; Tom Foot |
| **Subject:** | Leadenhall Follow-up Items - Call April 3rd |
| **Attachments:** | HoldCo_Consolidated_Debt_Schedule_12.31.21_LCP_v2.xlsx |
| **Importance:** | High |

Josh, Nick,

Thanks for your time yesterday afternoon to run us through the issues list.

We have now received the various reporting files.

Could you provide us with :

1. A plan to cure the identified deficiency and the associated time frame
2. Terms of the ACAP facility at 777 Partners
3. A legally binding undertaking that any proceeds from any asset sales within the 777 Partners Group will be applied to curing the Leadenhall deficiencies, subject only to ACAP's facility agreement
4. A legally binding first lien on any and all unencumbered assets of the group, and a second lien on any and all assets which already have a first lien on them? Specifically, we want to have all the proceeds from any sale of Pivotal Post, Sutton National, Ensurem and the football assets to be applied to reduce and eliminate all deficits and overdue interest/fees across the entirety of the Leadenhall relationship
5. Updated summary table of all facilities at 777 Partners (as per the attached)
6. Answers to the outstanding questions in relation to Insurety and Signal
7. Acknowledgment we apply default interest
8. Confirmation that all cases pledged (outside of double pledged cases) are listed as Funded on the system
9. Agreement to third party servicer validation of the collateral

Let us know so we can get lawyers to start working on items 3) and 4).

Thanks,

Tom

**Tom Spreutels** | Head of Origination
**Life & Alternative Credit**
Leadenhall Capital Partners LLP | Level 15 | 70 Mark Lane | London EC3R 7NQ
Tel: +44 (0) 207 871 7289 | Mob: +44 (0) 7843 330 483 | tom.spreutels@leadenhallcp.com