# EXHIBIT 6

# Express Balance Report

**Custom**

**As of 11/30/2022**

**Company:** SUTTONPARK CAPITAL LLC

12/23/2022 12:53 PM ET

**Commercial Electronic Office®**

**Treasury Information Reporting**

**Note: Intraday information subject to change**

**Summary Section**

| Account Number | Account Name | Closing Ledger Balance | Closing Collected Balance |
|---|---|---|---|
| **Account Balances for   121000248   WELLS FARGO BANK, N.A.** | | | |
| �████1885 | SPLCSS II Reserve | 4,557,291.41 | 4,557,291.41 |
| **Account Balances for   121000248   WELLS FARGO BANK, N.A.** | | | |
| ████1893 | SPLCSS II Collection | 4,344,750.19 | 4,344,750.19 |