# EXHIBIT 7

# WellsOne® Account

Account number: 4003131893 ■ December 1, 2022 - December 31, 2022 ■ Page 1 of 5



|  | Questions? |
|---|---|
| SUTTONPARK CAPITAL LLC<br>SPLCSS II LLC<br>2255 GLADES RD STE 100E<br>BOCA RATON FL 33431-7360 | Call your Customer Service Officer or Client Services<br> 1-800-AT WELLS (1-800-289-3557)<br> 5:00 AM TO 6:00 PM Pacific Time Monday - Friday<br><br>*Online:* wellsfargo.com<br><br>*Write:* Wells Fargo Bank, N.A. (182)<br> PO Box 63020<br> San Francisco, CA  94163 |

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 4003131893 | $300,162.89 | $7,300,296.64 | -$7,360,710.54 | $239,748.99 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/01 | 42,193.63 | WT Seq213431 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22120187659744 Trn#221201213431 Rfb# 69106682 |
| | 12/01 | 2,164,243.01 | WT Seq457187 Suttonpark Capital LLC /Org=Suttonpark Capital LLC Srf# Gb00000055002928 Trn#221201457187 Rfb# 44423 |
| | 12/05 | 34.50 | CT Lottery Corp AP Payment 120522 Sap_102250 Michael Morant -60167_7178_653 |
| | 12/05 | 103.51 | CT Lottery Corp AP Payment 120522 Sap_102250 Heath Jerome Terry -60164_7160_665 |
| | 12/05 | 240.15 | CT Lottery Corp AP Payment 120522 Sap_102250 Michael Morant -60167_7177_653 |
| | 12/05 | 241.53 | CT Lottery Corp AP Payment 120522 Sap_102250 Kenneth M. Blount III -60147_7109_704 |
| | 12/05 | 241.53 | CT Lottery Corp AP Payment 120522 Sap_102250 Heath Jerome Terry, Buyout Fr -60164_7121_665 |
| | 12/05 | 276.04 | CT Lottery Corp AP Payment 120522 Sap_102250 Pedro E. Infante -60268_7158_493 |
| | 12/05 | 345.05 | CT Lottery Corp AP Payment 120522 Sap_102250 Heath Jerome Terry, Buyout Fr -60164_7118_665 |
| | 12/05 | 556.76 | CT Lottery Corp AP Payment 120522 Sap_102250 Orlando Pereira, Buyout From B -60231_7116_125 |
| | 12/05 | 1,380.20 | CT Lottery Corp AP Payment 120522 Sap_102250 Arthur M. Terrell -60305_7154_77 |
| | 12/05 | 2,415.35 | CT Lottery Corp AP Payment 120522 Sap_102250 Pedro Infante -60268_7168_493 |
| | 12/05 | 11,535.56 | WT Seq151508 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22120591699884 Trn#221205151508 Rfb# 69152058 |

©2010 Wells Fargo Bank, N.A.<br>All rights reserved. Member FDIC.



*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 12/07 | 49,419.01 | WT Seq159613 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22120735446009 Trn#221207159613 Rfb# 69188994 |
| | 12/09 | 5,284.00 | WT Seq153525 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22120922041623 Trn#221209153525 Rfb# 69224393 |
| | 12/12 | 34.50 | CT Lottery Corp AP Payment 121222 Sap_102250 Michael Morant -60167_7178_654 |
| | 12/12 | 103.51 | CT Lottery Corp AP Payment 121222 Sap_102250 Heath Jerome Terry -60164_7160_666 |
| | 12/12 | 240.15 | CT Lottery Corp AP Payment 121222 Sap_102250 Michael Morant -60167_7177_654 |
| | 12/12 | 241.53 | CT Lottery Corp AP Payment 121222 Sap_102250 Kenneth M. Blount III -60147_7109_705 |
| | 12/12 | 241.53 | CT Lottery Corp AP Payment 121222 Sap_102250 Heath Jerome Terry, Buyout Fr -60164_7121_666 |
| | 12/12 | 276.04 | CT Lottery Corp AP Payment 121222 Sap_102250 Pedro E. Infante -60268_7158_494 |
| | 12/12 | 345.05 | CT Lottery Corp AP Payment 121222 Sap_102250 Heath Jerome Terry, Buyout Fr -60164_7118_666 |
| | 12/12 | 345.05 | CT Lottery Corp AP Payment 121222 Sap_102250 Heidi M Alves -60157_7152_156 |
| | 12/12 | 690.10 | CT Lottery Corp AP Payment 121222 Sap_102250 Heidi M Alves -60157_7142_156 |
| | 12/12 | 690.10 | CT Lottery Corp AP Payment 121222 Sap_102250 Heidi M Alves -60157_7147_156 |
| | 12/12 | 1,259.43 | CT Lottery Corp AP Payment 121222 Sap_102250 Bertha E.Caldwell, Buyout From -60276_7129_111 |
| | 12/12 | 2,415.35 | CT Lottery Corp AP Payment 121222 Sap_102250 Pedro Infante -60268_7168_494 |
| | 12/13 | 20,608.85 | WT Seq#70908 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22121387693598 Trn#221213070908 Rfb# 69253498 |
| | 12/15 | 6,717.52 | WT Seq120535 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22121591738230 Trn#221215120535 Rfb# 69303361 |
| | 12/19 | 34.50 | CT Lottery Corp AP Payment 121922 Sap_102250 Michael Morant -60167_7178_655 |
| | 12/19 | 103.51 | CT Lottery Corp AP Payment 121922 Sap_102250 Heath Jerome Terry -60164_7160_667 |
| | 12/19 | 240.15 | CT Lottery Corp AP Payment 121922 Sap_102250 Michael Morant -60167_7177_655 |
| | 12/19 | 241.53 | CT Lottery Corp AP Payment 121922 Sap_102250 Kenneth M. Blount III -60147_7109_706 |
| | 12/19 | 241.53 | CT Lottery Corp AP Payment 121922 Sap_102250 Heath Jerome Terry, Buyout Fr -60164_7121_667 |
| | 12/19 | 276.04 | CT Lottery Corp AP Payment 121922 Sap_102250 Pedro E. Infante -60268_7158_495 |
| | 12/19 | 345.05 | CT Lottery Corp AP Payment 121922 Sap_102250 Heath Jerome Terry, Buyout Fr -60164_7118_667 |
| | 12/19 | 2,415.35 | CT Lottery Corp AP Payment 121922 Sap_102250 Pedro Infante -60268_7168_495 |
| | 12/19 | 10,351.50 | CT Lottery Corp AP Payment 121922 Sap_102250 Mahmoud Nafa -60252_7173_10 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: 4003131893 ■ December 1, 2022 - December 31, 2022 ■ Page 3 of 5



*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| 12/19 | | 20,703.00 | CT Lottery Corp AP Payment 121922 Sap_102250 Mahoud Nafa -60252_7172_10 |
| 12/19 | | 1,694,120.21 | WT Seq176697 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22121970803775 Trn#221219176697 Rfb# 69378796 |
| 12/21 | | 77,613.50 | WT Seq160538 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22122170821235 Trn#221221160538 Rfb# 69420300 |
| 12/22 | | 4,538.62 | WT Seq110208 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22122270825739 Trn#221222110208 Rfb# 69444864 |
| 12/23 | | 617,558.81 | WT Seq454424 Suttonpark Capital LLC /Org=Suttonpark Capital LLC Srf# Gb00000055502164 Trn#221223454424 Rfb# 44604 |
| 12/27 | | 34.50 | CT Lottery Corp AP Payment 122722 Sap_102250 Michael Morant -60167_7178_656 |
| 12/27 | | 103.51 | CT Lottery Corp AP Payment 122722 Sap_102250 Heath Jerome Terry -60164_7160_668 |
| 12/27 | | 240.15 | CT Lottery Corp AP Payment 122722 Sap_102250 Michael Morant -60167_7177_656 |
| 12/27 | | 241.53 | CT Lottery Corp AP Payment 122722 Sap_102250 Kenneth M. Blount III -60147_7109_707 |
| 12/27 | | 241.53 | CT Lottery Corp AP Payment 122722 Sap_102250 Heath Jerome Terry, Buyout Fr -60164_7121_668 |
| 12/27 | | 276.04 | CT Lottery Corp AP Payment 122722 Sap_102250 Pedro E. Infante -60268_7158_496 |
| 12/27 | | 293.29 | CT Lottery Corp AP Payment 122722 Sap_102250 Alexander Williams -60110_7156_187 |
| 12/27 | | 293.29 | CT Lottery Corp AP Payment 122722 Sap_102250 Alexander Williams -60110_7157_187 |
| 12/27 | | 345.05 | CT Lottery Corp AP Payment 122722 Sap_102250 Heath Jerome Terry, Buyout Fr -60164_7118_668 |
| 12/27 | | 690.10 | CT Lottery Corp AP Payment 122722 Sap_102250 Joel Smith -60311_7167_55 |
| 12/27 | | 690.10 | CT Lottery Corp AP Payment 122722 Sap_102250 -60214_7138_132 |
| 12/27 | | 1,035.15 | CT Lottery Corp AP Payment 122722 Sap_102250 Paulina Marek -60214_7115_132 |
| 12/27 | | 1,576.60 | WT Seq133812 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22122791781619 Trn#221227133812 Rfb# 69494567 |
| 12/27 | | 2,415.35 | CT Lottery Corp AP Payment 122722 Sap_102250 Pedro Infante -60268_7168_496 |
| 12/29 | | 48,610.49 | WT Seq129616 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22122942236889 Trn#221229129616 Rfb# 69546610 |
| 12/29 | | 2,500,000.00 | WT Seq452777 Suttonpark Capital LLC /Org=Suttonpark Capital LLC Srf# Gb00000055581394 Trn#221229452777 Rfb# 44637 |
| 12/30 | | 1,708.12 | WT Seq257539 Computershare Trust Com /Org=Sutton Park Concentration Account Srf# Ec22123087771743 Trn#221230257539 Rfb# 69751521 |
| | | $7,300,296.64 | Total electronic deposits/bank credits |
| | | $7,300,296.64 | Total credits |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0066077
Sheet 00003 of 00005

Account number: 4003131893 ■ December 1, 2022 - December 31, 2022 ■ Page 4 of 5



## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/01 | 32,809.48 | WT Fed#04119 US Bank, NA /Ftr/Bnf=Account of Custody Truct Cash Srf# Gw00000055004918 Trn#221201223695 Rfb# 44434 |
| | 12/01 | 78,840.41 | WT Seq457563 Suttonpark Servicing LI /Bnf=Suttonpark Servicing LLC Srf# Gb00000055004887 Trn#221201457563 Rfb# 44426 |
| | 12/01 | 102,393.34 | WT 221201-223560 Bank of America, N. /Bnf=Bana Re - Gcas Srf# Gw00000055004896 Trn#221201223560 Rfb# 44428 |
| | 12/01 | 209,980.69 | WT Fed#04115 US Bank, NA /Ftr/Bnf=Custody Trust Cash Srf# Gw00000055004580 Trn#221201223646 Rfb# 44432 |
| | 12/01 | 240,807.70 | WT Fed#04231 US Bank, NA /Ftr/Bnf=Account of Custody Trust Cash Srf# Gw00000055004901 Trn#221201223590 Rfb# 44430 |
| | 12/01 | 249,566.87 | WT 221201-223663 Bank of America, N. /Bnf=Bana Re-Gcas Srf# Gw00000055004582 Trn#221201223663 Rfb# 44433 |
| | 12/01 | 276,031.32 | WT 221201-223608 Bank of America, N. /Bnf=Bana Re - Gcas Srf# Gw00000055004903 Trn#221201223608 Rfb# 44431 |
| | 12/01 | 586,911.70 | WT Fed#04103 The Bank of NEW Yo /Ftr/Bnf=Rbs Annuities Ldnh Srf# Gw00000055004664 Trn#221201223579 Rfb# 44429 |
| | 12/01 | 598,148.29 | WT 221201-223508 Bank of America, N. /Bnf=Bana Re - Gcas Srf# Gw00000055004572 Trn#221201223508 Rfb# 44427 |
| | 12/23 | 34,412.51 | WT Fed#03410 US Bank, NA /Ftr/Bnf=Account of Custody Truct Cash Srf# Gw00000055502185 Trn#221223136328 Rfb# 44613 |
| | 12/23 | 76,360.02 | WT Seq454426 Suttonpark Servicing LI /Bnf=Suttonpark Servicing LLC Srf# Gb00000055501864 Trn#221223454426 Rfb# 44605 |
| | 12/23 | 107,396.15 | WT 221223-136194 Bank of America, N. /Bnf=Bana Re - Gcas Srf# Gw00000055501813 Trn#221223136194 Rfb# 44607 |
| | 12/23 | 220,240.08 | WT Fed#03405 US Bank, NA /Ftr/Bnf=Custody Trust Cash Srf# Gw00000055501814 Trn#221223136237 Rfb# 44611 |
| | 12/23 | 252,573.25 | WT Fed#03495 US Bank, NA /Ftr/Bnf=Account of Custody Trust Cash Srf# Gw00000055502167 Trn#221223136212 Rfb# 44609 |
| | 12/23 | 261,760.38 | WT 221223-136265 Bank of America, N. /Bnf=Bana Re-Gcas Srf# Gw00000055502183 Trn#221223136265 Rfb# 44612 |
| | 12/23 | 289,517.85 | WT 221223-136223 Bank of America, N. /Bnf=Bana Re - Gcas Srf# Gw00000055501876 Trn#221223136223 Rfb# 44610 |
| | 12/23 | 615,587.46 | WT Fed#03485 The Bank of NEW Yo /Ftr/Bnf=Rbs Annuities Ldnh Srf# Gw00000055501872 Trn#221223136204 Rfb# 44608 |
| | 12/23 | 627,373.04 | WT 221223-136186 Bank of America, N. /Bnf=Bana Re - Gcas Srf# Gw00000055501869 Trn#221223136186 Rfb# 44606 |
| | 12/29 | 2,500,000.00 | WT Seq454214 Suttonpark Capital LLC /Bnf=Suttonpark Capital LLC Srf# Gb00000055586685 Trn#221229454214 Rfb# 44638 |
| | | $7,360,710.54 | Total electronic debits/bank debits |
| | | $7,360,710.54 | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/30 | 300,162.89 | 12/05 | 148,479.91 | 12/09 | 203,182.92 |
| 12/01 | 131,109.73 | 12/07 | 197,898.92 | 12/12 | 210,065.26 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: 4003131893 ■ December 1, 2022 - December 31, 2022 ■ Page 5 of 5



*Daily ledger balance summary (continued)*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/13 | 230,674.11 | 12/21 | 2,044,077.50 | 12/27 | 189,430.38 |
| 12/15 | 237,391.63 | 12/22 | 2,048,616.12 | 12/29 | 238,040.87 |
| 12/19 | 1,966,464.00 | 12/23 | 180,954.19 | 12/30 | 239,748.99 |

Average daily ledger balance    $428,824.62

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0066079
Sheet 00005 of 00005