# EXHIBIT 8

# WellsOne® Account

Account number: 4003131885 ∎ December 1, 2022 - December 31, 2022 ∎ Page 1 of 2



SUTTONPARK CAPITAL LLC
SPLCSS II LLC
2255 GLADES RD STE 100E
BOCA RATON FL 33431-7360

**Questions?**

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

*WellsOne® Account*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 4003131885 | $0.00 | $2,165,736.79 | -$2,165,736.79 | $0.00 |

## Credits

Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/01 | 2,164,243.01 | WT Seq457165 Suttonpark Capital LLC /Org=Suttonpark Capital LLC Srf# Gb00000055002208 Trn#221201457165 Rfb# 44420 |
| | 12/12 | 1,493.78 | WT Seq455444 Suttonpark Capital LLC /Org=Suttonpark Capital LLC Srf# Gb00000055211459 Trn#221212455444 Rfb# 44498 |
| | | $2,165,736.79 | Total electronic deposits/bank credits |
| | | $2,165,736.79 | Total credits |

## Debits

Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/01 | 2,164,243.01 | WT Seq457187 Suttonpark Capital LLC /Bnf=Suttonpark Capital LLC Srf# Gb00000055002928 Trn#221201457187 Rfb# 44423 |
| | 12/12 | 723.44 | Client Analysis Srvc Chrg 221209 Svc Chge 0000 000004003131885 |
| | 12/12 | 770.34 | Client Analysis Srvc Chrg 221209 Svc Chge 1122 000004003131885 |
| | | $2,165,736.79 | Total electronic debits/bank debits |
| | | $2,165,736.79 | Total debits |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/30 | 0.00 | 12/01 | 0.00 | 12/12 | 0.00 |

Average daily ledger balance          $0.00

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.