# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000 Fax +1 212 504 6666
www.cadwalader.com

May 13, 2024

*The hearing is adjourned until 4:30 P.M. on May 14, 2024. So ordered.*

*John G. Koeltl*
*U.S.D.J.*
*5/13/24*

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007-1312

Re:   Letter Motion for Adjournment of Show-Cause Hearing: *Leadenhall Capital Partners LLP et al v. Wander et al*, case no. 1:24-cv-03453-JGK

Dear Hon. Koeltl:

I write on behalf of Advantage Capital Holdings LLC and Kenneth King regarding the Show Cause Hearing set for tomorrow morning (May 14) at 11:00 a.m.

I will be attending a funeral in Philadelphia at 11:30 a.m. tomorrow, and am thus unable to attend a hearing at that time. For that reason, my clients respectfully request that the hearing be adjourned until Wednesday, May 15.

Postponing the hearing by one day will cause no irreparable harm. Plaintiff seeks monetary damages, and the complaint alleges that Plaintiff has been aware of the allegations behind its claims for months or years.

Counsel for Plaintiffs, in an email at 4:00 PM today, indicated that they are without authority to consent to a one-day adjournment of the hearing. This is the first request to adjourn this hearing that my clients have made.

Very truly yours,

Jonathan M. Watkins

*J. W. T.*

Jonathan M. Watkins   Tel +1 (212) 504-6229   Fax +1 212 504 6666   jonathan.watkins@cwt.com