UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- X
: 
LEADENHALL CAPITAL PARTNERS LLP :
and LEADENHALL LIFE INSURANCE :
LINKED INVESTMENTS FUND PLC, : Civil Action No. 1:24-CV-03453
:
Plaintiffs, :
: ECF Case
v. :
:
JOSH WANDER, STEVEN PASKO, : **NOTICE OF APPEARANCE**
KENNETH KING, 777 PARTNERS LLC, 600 :
PARTNERS LLC, SPLCSS III LLC, SIGNAL :
SML 4 LLC, INSURETY AGENCY SERVICES :
LLC, DORCHESTER RECEIVABLES II LLC, :
SUTTONPARK CAPITAL LLC, SIGNAL :
MEDICAL RECEIVABLES LLC, INSURETY :
CAPITAL LLC, SUTTONPARK SERVICING :
LLC, SIGNAL SERVICING LLC, INSURETY :
SERVICING LLC, and ADVANTAGE :
CAPITAL HOLDINGS LLC :
:
Defendants. :
----------------------------------- X

PLEASE TAKE NOTICE that Jon W. Muenz, associated with the law firm Sidley Austin LLP and duly admitted to the Bar of this Court, hereby appears in this action as one of the attorneys for National Founders LP.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned.

Dated: New York, New York         Respectfully submitted,
       May 14, 2024

                                  SIDLEY AUSTIN LLP

                                  By:   /s/ Jon W. Muenz
                                        Jon W. Muenz
                                        jmuenz@sidley.com
                                        787 Seventh Avenue
                                        New York, New York 10019
                                        Telephone:  (212) 839-5300