UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>v.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, INSURETY SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC<br><br>Defendants. | Civil Action No. 1:24-CV-03453<br><br>ECF Case |

---

**NOTICE OF MOTION TO INTERVENE**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Motion to Intervene, National Founders LP hereby respectfully moves this Court, before the Honorable John G. Koeltl, United States District Judge for the Southern District of New York, for an order pursuant to Rule 24 of the Federal Rules of Civil Procedure to intervene in the above-captioned action and granting such further relief as the Court deems proper and just.

Dated: New York, New York
May 14, 2024

Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ Nicholas P. Crowell
Nicholas P. Crowell
ncrowell@sidley.com
Jon W. Muenz
jmuenz@sidley.com
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300

*Attorneys for the proposed Intervenor National Founders LP*