UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
LEADENHALL CAPITAL PARTNERS LLP         :
and LEADENHALL LIFE INSURANCE              Case No.: 24 Civ. 03453 (JGK)
LINKED INVESTMENTS FUND PLC,            :

                        Plaintiffs,    :

      v.                                      :   **APPEARANCE OF COUNSEL**

JOSH WANDER, STEVEN PASKO, KENNETH       :
KING, 777 PARTNERS LLC, 600 PARTNERS
LLC, SPLCSS III LLC, SIGNAL SML 4 LLC,   :
INSURETY AGENCY SERVICES LLC,
DORCHESTER RECEIVABLES II LLC,           :
SUTTONPARK CAPITAL LLC, SIGNAL
MEDICAL RECEIVABLES LLC, INSURETY        :
CAPITAL LLC, SUTTONPARK SERVICING
LLC, SIGNAL SERVICING LLC, INSURETY      :
SERVICING LLC, and ADVANTAGE CAPITAL
HOLDINGS LLC,                            :

                       Defendants.    :
------------------------------------- X

To:    The Clerk of the Court and all Parties of Record

      I am admitted to practice in this Court and I appear as counsel in this case for Defendants 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, and INSURETY SERVICING LLC.

2

Dated: New York, New York
May 14, 2024

SMITH, GAMBRELL & RUSSELL, LLP

By: ___/s/ John G. McCarthy___
John G. McCarthy

*Attorneys for Defendants*
*777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, and INSURETY SERVICING LLC*

1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9700
Fax: (212) 907-9800
jmccarthy@sgrlaw.com