UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LEADENHALL CAPITAL PARTNERS LLP    :
and LEADENHALL LIFE INSURANCE           Case No.: 24 Civ. 03453 (JGK)
LINKED INVESTMENTS FUND PLC,        :

                              Plaintiffs,        :

       v.                                    :        **APPEARANCE OF COUNSEL**

JOSH WANDER, STEVEN PASKO, KENNETH    :
KING, 777 PARTNERS LLC, 600 PARTNERS
LLC, SPLCSS III LLC, SIGNAL SML 4 LLC,    :
INSURETY AGENCY SERVICES LLC,
DORCHESTER RECEIVABLES II LLC,        :
SUTTONPARK CAPITAL LLC, SIGNAL
MEDICAL RECEIVABLES LLC, INSURETY    :
CAPITAL LLC, SUTTONPARK SERVICING
LLC, SIGNAL SERVICING LLC, INSURETY    :
SERVICING LLC, and ADVANTAGE CAPITAL
HOLDINGS LLC,                          :

                            Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To:    The Clerk of the Court and all Parties of Record

        I am admitted to practice in this Court and I appear as counsel in this case for

Defendants 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4

LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC,

SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY

CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, and

INSURETY SERVICING LLC.

Dated: New York, New York
       May 14, 2024

SMITH, GAMBRELL & RUSSELL, LLP

By:    /s/ David A. Pellegrino
        David A. Pellegrino

*Attorneys for Defendants*
*777 PARTNERS LLC, 600 PARTNERS*
*LLC, SPLCSS III LLC, SIGNAL SML 4*
*LLC, INSURETY AGENCY SERVICES*
*LLC, DORCHESTER RECEIVABLES II*
*LLC, SUTTONPARK CAPITAL LLC,*
*SIGNAL MEDICAL RECEIVABLES LLC,*
*INSURETY CAPITAL LLC,*
*SUTTONPARK SERVICING LLC,*
*SIGNAL SERVICING LLC, and*
*INSURETY SERVICING LLC*

1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9700
Fax: (212) 907-9800
dpellegrino@sgrlaw.com