UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

                Plaintiffs,

    - against -

JOSH WANDER, ET AL.,

                Defendants.
--------------------------------

24-cv-3453 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a letter updating the Court as to the status of the case by **May 17, 2024**, at **10:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           May 14, 2024

                                        John G. Koeltl
                                  United States District Judge