UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

           Plaintiffs,

- against -

JOSH WANDER, ET AL.,

           Defendants.

---

24-cv-3453 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The response to the application for a temporary restraining order is due **May 24, 2024**.

The reply is due **May 30, 2024**.

The Court will hear the parties on **June 3, 2024**, at **2:30 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    New York, New York
           May 17, 2024

                                              John G. Koeltl
                                     United States District Judge