```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**LEADENHALL CAPITAL PARTNERS LLP, ET AL.,**

                Plaintiffs,

    - against -

**JOSH WANDER, ET AL.,**

               Defendants.

**24-cv-3453 (JGK)**

**ORDER**

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The hearing scheduled for **June 3, 2024**, at **2:30 p.m.** is adjourned to **June 7, 2024**, at **12:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            May 29, 2024

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                     United States District Judge