

*1301 Avenue of the Americas*
*21st Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*

*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*jmccarthy@sgrlaw.com*

June 3, 2024

> The time for defendants Wander and Pasko to respond to the complaint is extended to **June 17, 2024.**
>
> SO ORDERED.
>
> Dated June 4, 2024          /s/ John G. Koeltl
> New York, New York          John G. Koeltl, U.S.D.J.

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   *Leadenhall Capital Partners LP, et ano. v. Wander, et al.,*
      24 Civ. 3453 (JGK)

Dear Judge Koeltl:

      We are the attorneys for the 777 Entity Defendants. We write concerning Defendants Josh Wander and Steven W. Pasko, the principals of Defendants 777 Capital Partners, LLC and 600 Capital Partners, LLC. It has been decided that these individuals will be represented by counsel separate from the 777 Entity Defendants. Messrs. Wander and Pasko are trying to retain their own counsel. I have informed counsel for the other parties and asked if they would consent to an extension of Messrs. Wander and Pasko's time to respond to the complaint until two weeks from today. The A-CAP Defendants have consented to this request. Plaintiffs have responded that they will consent to an extension of the individuals' response deadline to June 10, 2024, and, if a further extension is necessary, their counsel can contact Plaintiffs' counsel once retained.

                                                  Respectfully yours,

                                                  John G. McCarthy

cc:   All counsel of record (via ECF)