UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, INSURETY SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:24-CV-03453<br><br>ECF Case |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for ING Capital LLC certifies that ING Capital LLC is owned by ING Financial Holdings Corporation, which is an indirect U.S. subsidiary of ING Bank N.V., which is a wholly owned subsidiary of ING Groep N.V., a publicly listed company with its registered office in Amsterdam, Netherlands. No publicly held company owns or exercises control over 10% or more of the stock of ING Groep N.V.

-2-

Dated: New York, New York
      June 6, 2024

Respectfully submitted,

*/s/ Stephan E. Hornung*

Andrew J. Gallo
Stephan E. Hornung
Matthew C. Ziegler
Michael Morgan
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000
andrew.gallo@morganlewis.com
stephan.hornung@morganlewis.com
matthew.ziegler@morganlewis.com
michael.morgan@morganlewis.com

*Counsel for Intervenor ING Capital LLC*