UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>                         Plaintiffs,<br><br>    v.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, INSURETY SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>                         Defendants. | Civil Action No. 1:24-CV-03453<br><br>ECF Case |

## **NOTICE OF MOTION TO INTERVENE**

PLEASE TAKE NOTICE that, upon the Declaration of Jonathan Banks, executed on June 5, 2024, and the Memorandum of Law in Support of ING Capital LLC's Motion to Intervene, ING Capital LLC hereby moves this Court, before the Honorable John G. Koeltl, United States District Judge for the United States District Court for the Southern District of New York, for entry of an order pursuant to Rule 24 of the Federal Rules of Civil Procedure granting ING Capital LLC leave to intervene in this action and granting such further relief as the Court deems just and proper.

-2-

Dated: New York, New York
       June 6, 2024

Respectfully submitted,

/s/ *Stephan E. Hornung*

Andrew J. Gallo
Stephan E. Hornung
Matthew C. Ziegler
Michael Morgan
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000
andrew.gallo@morganlewis.com
stephan.hornung@morganlewis.com
matthew.ziegler@morganlewis.com
michael.morgan@morganlewis.com

*Counsel for Intervenor ING Capital LLC*