UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, INSURETY SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>    Defendants. | Case No. 1:24-CV-3453 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Steven Pasko in the above-captioned action, certifies that she is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or email address set forth below.

Dated: New York, NY
June 14, 2024

                                     MORVILLO ABRAMOWITZ GRAND
                                     IASON & ANELLO P.C.

                                      By: _/s/ Jenna S. Jones_
                                                Jenna S. Jones

                                     565 Fifth Avenue
                                     New York, New York 10017
                                     (212) 880-9548 (phone)
                                     (212) 856-9494 (fax)
                                     jjones@maglaw.com

                                     *Attorney for Defendant Steven Pasko*