UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

        Plaintiffs,

- against -

JOSH WANDER, ET AL.,

        Defendants.

24-cv-3453 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held earlier today, the parties are directed to provide an update to the Court by **June 18, 2024**.

SO ORDERED.

Dated:    New York, New York
            June 14, 2024

                                            John G. Koeltl
                                      United States District Judge