UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

               Plaintiffs,

     - against -

JOSH WANDER, ET AL.,

               Defendants.

24-cv-3453 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for all defendants to respond to the complaint is **August 2, 2024.**

If in response the plaintiffs wish to file an amended complaint, the time to file that amended complaint is **August 23, 2024.**

If the defendants file any motions to dismiss and there is no amended complaint, the time to respond to the current complaint is **September 20, 2024.** The time to reply is **October 11, 2024.**

SO ORDERED.

Dated:    New York, New York
           June 14, 2024

                               John G. Koeltl
                      United States District Judge