June 18, 2024

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

      Re:  *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK

Dear Judge Koeltl:

      Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC ("Plaintiffs") and the 777 Entity Defendants write jointly as directed by the Court at the June 14, 2024 conference concerning the Temporary Restraining Order entered by the Court on June 7, 2024, which is currently set to expire on June 21, 2024.  ECF No. 114.

      Pursuant to Federal Rule of Civil Procedure 65(b)(2), the parties agree that the Temporary Restraining Order shall be extended for 14 days such that it will expire on July 5, 2024.

      The parties will also discuss whether a consensual order can be agreed upon by the parties that would obviate the need for the Court to make a determination on whether to convert the Temporary Restraining Order into other preliminary relief by July 5, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Leigh Nathanson* | */s/ David Pellegrino* |
| Leigh Nathanson | John G. McCarthy |
| Brian Donovan | David Pellegrino |
| King & Spalding LLP | Smith, Gambrell & Russell LLP |
| 1185 Avenue of the Americas, 34th Floor | 1301 Avenue of the Americas, 42nd Floor |
| New York, NY 10036 | New York, NY 10019 |
| *Attorneys for Plaintiffs* | *Attorneys for 777 Entity Defendants* |