UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

                Plaintiffs,

    - against -

JOSH WANDER, ET AL.,

                Defendants.

24-cv-3453 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The temporary restraining order in this case is extended to **July 8, 2024, at 4:30 p.m.** The extension is required because July 5, 2024, is a court holiday. July 8, 2024 is the first business day thereafter. If the parties disagree, they should notify the Court immediately.

SO ORDERED.

Dated:    New York, New York
             June 20, 2024

                                                John G. Koeltl
                                       United States District Judge