## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>            Plaintiffs,<br><br>  vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, INSURETY SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>            Defendants. | Civil Action No. 1:24-cv-03453 |

## **MOTION TO INTERVENE**

PLEASE TAKE NOTICE that, upon the Memorandum of Law and Declaration of Jonathan Watkins filed herewith, Haymarket Insurance Company and ACM Delegate LLC hereby respectfully move this Court, before the Honorable John G. Koeltl, United States District Judge for the Southern District of New York, for entry of an order pursuant to Rule 24 of the Federal Rules of Civil Procedure granting Haymarket Insurance Company and ACM Delegate LLC leave to intervene in this action and granting such further relief as the Court deems just and proper.

Dated: New York, New York  
      July 8, 2024

Respectfully submitted,

CADWALADER, WICKERSHAM & TAFT LLP

By: */s/ Jonathan M. Watkins*  
Jonathan M. Watkins  
Michael E. Petrella  
Matthew M. Karlan  
Mark A. Singer  
200 Liberty Street  
New York, NY 10281  
Telephone: (212) 504-6000  
Fax: (212) 504-6666  
jonathan.watkins@cwt.com  
michael.petrella@cwt.com  
matthew.karlan@cwt.com  
mark.singer@cwt.com

*Counsel for Haymarket Insurance Company and ACM Delegate LLC*