UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

        Plaintiffs,

- against -

JOSH WANDER, ET AL.,

        Defendants.

24-cv-3453 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time to file any response to the proposed order to show cause to modify the preliminary injunction is **August 15, 2024**. Any reply is due **August 26, 2024**.

SO ORDERED.

Dated:    New York, New York
            August 1, 2024

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge