UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LEADENHALL CAPITAL PARTNERS LLP
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,    :   Case No.: 24 Civ. 03453 (JGK)

              Plaintiffs,   :

    v.   :   **APPEARANCE OF COUNSEL**

JOSH WANDER, STEVEN PASKO, KENNETH
KING, 777 PARTNERS LLC, 600 PARTNERS
LLC, SPLCSS III LLC, SIGNAL SML 4 LLC,
INSURETY AGENCY SERVICES LLC,
DORCHESTER RECEIVABLES II LLC,
SUTTONPARK CAPITAL LLC, SIGNAL
MEDICAL RECEIVABLES LLC, INSURETY
CAPITAL LLC, SUTTONPARK SERVICING
LLC, SIGNAL SERVICING LLC, INSURETY
SERVICING LLC, and ADVANTAGE CAPITAL
HOLDINGS LLC,

              Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To:    The Clerk of the Court and all Parties of Record

    I am admitted to practice in this Court and I appear as counsel in this case for Defendants 777 Partners LLC, 600 Partners LLC, SPLCSS III LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Signal SML 4 LLC, SuttonPark Capital LLC, Signal Medical Receivables LLC, Insurety Capital LLC, SuttonPark Servicing LLC, Signal Servicing LLC, and Insurety Servicing LLC (collectively, the "777 Entity Defendants").

SGR/71389849.1

2

Dated: New York, New York
August 6, 2024

SMITH, GAMBRELL & RUSSELL, LLP

By:   /s/ Ryan J. Solfaro
      Ryan J. Solfaro

*Attorneys for the 777 Entity Defendants*

1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9700
Tel: (212) 907-9800
rsolfaro@sgrlaw.com

2