UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LEADENHALL CAPITAL PARTNERS LLP
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,

                    Plaintiffs,                    No. 24-CV-03453 (JGK)

      v.                                     Hon. John G. Koeltl

JOSH WANDER, STEVEN PASKO,
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC,
SIGNAL SML 4 LLC, INSURETY AGENCY      ORAL ARGUMENT REQUESTED
SERVICES LLC, DORCHESTER
RECEIVABLES II LLC, SUTTONPARK
CAPITAL LLC, SIGNAL MEDICAL
RECEIVABLES LLC, INSURETY CAPITAL
LLC, SUTTONPARK SERVICING LLC,
SIGNAL SERVICING LLC, INSURETY
SERVICING LLC, and ADVANTAGE
CAPITAL HOLDINGS LLC,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF STEVEN PASKO'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying (i) Memorandum of Law In Support of Defendant Steven Pasko's Motion to Dismiss, dated August 9, 2024, and (ii) the Declaration of Steven Pasko, dated August 9, 2024, together with the exhibit appended thereto, defendant Steven Pasko, through his undersigned counsel, will move this Court, at such date and time as the Court may direct, for an order dismissing the claims against him in Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       August 9, 2024

Respectfully Submitted,

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By:    /s/ Christopher B. Harwood
      Christopher B. Harwood
      Jenna Jones

565 Fifth Avenue
New York, New York 10017
Tel. 212.856.9600
Fax. 212.856.9494

*Attorneys for Steven Pasko*