UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

LEADENHALL CAPITAL PARTNERS LLP
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,

           Plaintiffs,

v.

JOSH WANDER, STEVEN PASKO,
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC,
SIGNAL SML 4 LLC, INSURETY AGENCY
SERVICES LLC, DORCHESTER
RECEIVABLES II LLC, SUTTONPARK
CAPITAL LLC, SIGNAL MEDICAL
RECEIVABLES LLC, INSURETY CAPITAL
LLC, SUTTONPARK SERVICING LLC,
SIGNAL SERVICING LLC, INSURETY
SERVICING LLC, and ADVANTAGE
CAPITAL HOLDINGS LLC,

           Defendants.
------------------------------------x

No. 24-CV-03453 (JGK)

Hon. John G. Koeltl

### DECLARATION OF STEVEN PASKO IN SUPPORT OF HIS MOTION TO DISMISS

I, STEVEN PASKO pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over 18 years of age and have personal knowledge of the facts contained in this declaration. I am a defendant in the above-captioned action. I submit this declaration in support of my motion to dismiss the Complaint.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts of the Loan and Security Agreement (the "LSA") referenced in the Complaint. Because I understand Plaintiffs contend that certain provisions of the LSA are commercially and

competitively sensitive, attached are only those excerpts relating to my motion to dismiss: (i) the title page of the LSA, (ii) the first page of the LSA listing the parties to the agreement, (iii) the pages containing the forum selection clause, and (iv) the signature pages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 9, 2024, in Miami, Florida.

_____
Steven Pasko