UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>               Plaintiffs,<br><br>vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, INSURETY SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>               Defendants. | Civil Action No. 1:24-cv-03453 (JGK)<br><br>Notice of Motion<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Defendant Josh Wander will move this Court, before the Honorable John G. Koeltl, at the United States Court House, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an Order (i) pursuant to Federal Rule of Civil Procedure 12(b)(2), to dismiss the complaint for lack of personal jurisdiction, (ii) pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss the complaint for lack of subject matter jurisdiction, (iii) pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the complaint for failure to state a claim, and (iv) granting such other and further relief as the Court deems just and proper, including costs and disbursements.

Dated: New York, New York
August 9, 2024

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                    By: /s/ Jordan Estes

                                    Jordan Estes (JEstes@kramerlevin.com)
                                    Marjorie E. Sheldon (MSheldon@kramerlevin.com)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Telephone: (212) 715-9100
                                    Facsimile: (212) 715-8000

                                    *Attorneys for Defendant Josh Wander*


To:    KING AND SPALDING LLP
         Craig Carpenito
         Leigh M. Nathanson
         Roger G. Schwartz
         Brian Donovan
         1185 Avenue of the Americas
         New York, NY 10036
         Telephone: (212) 556-2100

         *Attorneys for Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC*