UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

                 Plaintiffs,

- against -

JOSH WANDER, ET AL.,

                 Defendants.

24-cv-3453 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed proposed order to show cause to modify the preliminary injunction (ECF No. 155).

SO ORDERED.

Dated:    New York, New York
            September 3, 2024

                                                  John G. Koeltl
                                      United States District Judge