# KING & SPALDING

King & Spalding LLP
118 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Leigh M. Nathanson
Direct Dial: +1 212 790 5359
Direct Tax: +1 212 556 2222
lnathanson@kslaw.com

September 6, 2024

The Honorable John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

  Re: *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK

Dear Judge Koeltl:

  We represent Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC (together, "Leadenhall") in the above-referenced matter. Leadenhall hereby provides notice that, pursuant to Federal Rule of Civil Procedure 15(a)(2), all Defendants have provided written consent to Leadenhall's filing of a Corrected Amended Complaint, making certain corrections to the currently operative Amended Complaint filed August 30, 2024 (ECF 182), which corrections are shown in the redline comparison attached hereto as Exhibit 1. *See* Ex. 1 ¶ 417(a), (b).

  Leadenhall will file the Corrected Amended Complaint contemporaneously with the filing of this letter.

             Respectfully submitted,

             */s/ Leigh M. Nathanson*
             Leigh M. Nathanson