UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, INSURETY SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-03453<br><br>[~~PROPOSED~~] ORDER REGARDING SCHEDULE FOR MOTIONS TO DISMISS |

WHEREAS, Plaintiffs filed an Amended Complaint on August 30, 2024.

WHEREFORE, all parties hereby agree and stipulate that the following proposed deadlines shall apply to any motions to dismiss the Amended Complaint:

1. The deadline for Defendants to file motions to dismiss or answer the Complaint is October 10, 2024.

2. The deadline for Plaintiffs to file any opposition brief to Defendants' motions to dismiss is November 21, 2024.

3. The deadline for any reply brief in support of motions to dismiss the Amended Complaint is December 12, 2024.

4. The word limits for memoranda of law filed in connection with motions to dismiss by Defendants Advantage Capital Holdings LLC and Kenneth King, collectively, and by the 777 Entity Defendants, collectively, are extended as follows: 10,000 words or fewer for initial and opposition briefs, and 4,000 words or fewer for reply briefs.

Dated: New York, New York

      September 9, 2024

| | |
|---|---|
| SMITH, GAMBRELL & RUSSELL, LLP | KING & SPALDING LLP |
| By: */s/ John G. McCarthy* | */s/ Leigh M. Nathanson* |
| John G. McCarthy | Craig Carpenito |
| David A. Pellegrino | Leigh M. Nathanson |
| 1301 Avenue of the Americas, 21st Floor | Brian Donovan |
| New York, NY 10019 | Michael Taintor |
| 212-907-9700 | 1185 Avenue of the Americas |
| jmccarthy@sgrlaw.com | New York, NY 10036 |
| dpellegrino@sgrlaw.com | (212) 556-2100 |
| | ccarpenito@kslaw.com |
| *Attorneys for the 777 Defendants* | lnathanson@kslaw.com |
| | bdonovan@kslaw.com |
| | mtaintor@kslaw.com |
| CADWALADER, WICKERSHAM & TAFT LLP | *Attorneys for Plaintiffs* |
| By: */s/ Jonathan M. Watkins* | |
| Jonathan M. Watkins | |
| Michael E. Petrella | |
| Matthew M. Karlan | |
| Mark A. Singer | |
| 200 Liberty Street | |
| New York, NY 10281 | |
| Telephone: (212) 504-6000 | |
| Fax: (212) 504-6666 | |
| jonathan.watkins@cwt.com | |
| michael.petrella@cwt.com | |
| matthew.karlan@cwt.com | |
| mark.singer@cwt.com | |

*Attorneys for Advantage Capital Holdings LLC and Kenneth King*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
By: /s/ *Jordan Estes*
Jordan Estes
(JEstes@kramerlevin.com)
Marjorie E. Sheldon
(MSheldon@kramerlevin.com)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Defendant Josh Wander*

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
By: /s/ *Christopher B. Harwood*
Christopher B. Harwood
Jenna Jones
565 Fifth Avenue
New York, New York 10017
Tel. 212.856.9600
Fax. 212.856.9494

*Attorneys for Defendant Steven Pasko*

9/10/24

SO ORDERED

/s/ John G. Koeltl

Honorable John G. Koeltl
United States District Judge

-3-