```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

               Plaintiffs,

- against -

JOSH WANDER, ET AL.,

               Defendants.

24-cv-3453 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on **October 2, 2024, at 3:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated:   New York, New York
          September 27, 2024

                                                  John G. Koeltl
                                      United States District Judge