UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

                Plaintiffs,

- against -

JOSH WANDER, ET AL.,

                Defendants.
---

24-cv-3453 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

For the reasons stated on the record today, Defendant Advantage Capital Holdings LLC's motion to modify the preliminary injunction pursuant to Rule 59(e) is **denied**. The Clerk is respectfully directed to close ECF No. 152.

SO ORDERED.
Dated: New York, New York
       October 2, 2024

                                                John G. Koeltl
                                       United States District Judge