UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEADENHALL CAPITAL PARTNERS LLP        :
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,           :     24 Civ. 3453 (JGK)

       Plaintiffs,     :     **ORAL ARGUMENT REQUESTED**

   v.                               :     **THE 777 ENTITY DEFENDANTS'
                                                    MOTION TO DISMISS**

JOSH WANDER, STEVEN PASKO,              :
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC, SIGNAL   :
SML 4 LLC, INSURETY AGENCY SERVICES
LLC, DORCHESTER RECEIVABLES II LLC,     :
SUTTONPARK CAPITAL LLC, SIGNAL
MEDICAL RECEIVABLES LLC, INSURETY       :
CAPITAL LLC, SUTTONPARK SERVICING LLC,
and ADVANTAGE CAPITAL HOLDINGS LLC,     :

       Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Christopher J.

O'Reilly, executed on October 10, 2024, with the exhibits annexed thereto, the accompanying

Memorandum of Law and all prior pleadings and proceedings heretofore had herein, Defendants

777 Partners LLC, 600 Partners LLC, SPLCSS III LLC, Dorchester Receivables II LLC,

Insurety Agency Services LLC, Signal SML 4 LLC, SuttonPark Capital LLC, Signal Medical

Receivables LLC, Insurety Capital LLC, and SuttonPark Servicing LLC (collectively, the "777

Entity Defendants"), by and through their attorneys, Smith, Gambrell & Russell, LLP, hereby

move this Court, before the Honorable John G. Koeltl, United States District Judge, at the United

States District Court for the Southern District of New York, located at 500 Pearl Street,

Courtroom 14A, New York, New York 10007, at a date and time to be directed by the Court, for

an Order:

(i)     pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, dismissing the September 6, 2024, Corrected Amended Complaint (ECF No. 187) of Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC; and

(ii)    granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule set by the Court on September 10, 2024 (ECF No. 193), opposition papers must be filed on or before November 21, 2024, and reply papers must be filed on or before December 12, 2024.

Dated:   New York, New York
         October 10, 2024

SMITH, GAMBRELL & RUSSELL, LLP

By:  _/s/ John G. McCarthy_
        John G. McCarthy
        David A. Pellegrino
        Katie L. Schwartz
        Ryan J. Solfaro

*Attorneys for the 777 Entity Defendants*

1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9700
jmccarthy@sgrlaw.com
dpellegrino@sgrlaw.com
kschwartz@sgrlaw.com
rsolfaro@sgrlaw.com

To:     Craig Carpenito
        Leigh M. Nathanson
        Brian Donovan
        KING & SPALDING LLP
        1185 Avenue of the Americas
        New York, New York 10036
        Tel: (212) 556-2100
        ccarpenito@kslaw.com
        lnathanson@kslaw.com
        bdonovan@kslaw.com
        *Attorney for Plaintiffs*

2