UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEADENHALL CAPITAL PARTNERS LLP : 
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC, :    24 Civ. 3453 (JGK)

                  Plaintiffs, :

        v. :   **DECLARATION OF**
                             **CHRISTOPHER J. O'REILLY IN**
JOSH WANDER, STEVEN PASKO, :   **SUPPORT OF THE 777 ENTITY**
KENNETH KING, 777 PARTNERS LLC,      **DEFENDANTS' MOTION TO**
600 PARTNERS LLC, SPLCSS III LLC, SIGNAL :   **DISMISS**
SML 4 LLC, INSURETY AGENCY SERVICES
LLC, DORCHESTER RECEIVABLES II LLC, :
SUTTONPARK CAPITAL LLC, SIGNAL
MEDICAL RECEIVABLES LLC, INSURETY :
CAPITAL LLC, SUTTONPARK SERVICING LLC,
and ADVANTAGE CAPITAL HOLDINGS LLC, :

                  Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CHRISTOPHER J. O'REILLY, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a General Counsel at Defendants 777 Partners LLC and 600 Partners LLC.

2. I have personal knowledge of the matters described in this declaration, and if called as a witness, I could and would testify competently to the matters discussed in this declaration.

3. On September 20, 2021, 777 Re. Ltd. purchased membership interests in Defendants 777 Partners LLC and 600 Partners LLC. 777 Re. Ltd. still possesses those membership interests. Attached hereto as Exhibit 1-3 are true and correct copies of the September 20, 2021, Subscription Agreement and Limited Power of Attorney to Purchase Preferred Membership Unit Interests, the September 20, 2021, First Amendment to the Third Amended and Restated Limited Liability Company Agreement of 600 Partners LLC, and the September 20,

2021, First Amendment to the Fourth Amended and Restated Limited Liability Company Agreement of 777 Partners LLC.

4.      777 Re. Ltd. maintains its principal place of business in Bermuda. *See* Exhibit 1 at 10.

5.      777 Partners LLC or 600 Partners LLC own, directly or indirectly, SPLCSS III LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Signal SML 4 LLC, SuttonPark Capital LLC, Signal Medical Receivables LLC, Insurety Capital LLC, and SuttonPark Servicing LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October ___10.00___, 2024.

DocuSigned by:

*Christopher O'Reilly*

14D53B524AF141A...

Christopher J. O'Reilly

2