**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, INSURETY SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>  Defendants. | Civil Action No. 1:24-cv-03453 (JGK)<br><br>Notice of Motion<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Defendant Josh Wander will move this Court, before the Honorable John G. Koeltl, at the United States Court House, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an Order (i) pursuant to Federal Rule of Civil Procedure 12(b)(2), to dismiss the Amended Complaint for lack of personal jurisdiction, (ii) pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss the Amended Complaint for lack of subject matter jurisdiction, (iii) pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Amended Complaint for failure to state a claim, and (iv) granting such other and further relief as the Court deems just and proper, including costs and disbursements.

Dated:   New York, NY
         October 10, 2024

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/  Jordan Estes
        Jordan Estes (JEstes@kramerlevin.com)
        Marjorie E. Sheldon (MSheldon@kramerlevin.com)
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000

    *Attorneys for Defendant Josh Wander*

To:     KING AND SPALDING LLP
        Craig Carpenito
        Leigh M. Nathanson
        Brian Donovan
        Michael Taintor
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100

        *Attorneys for Plaintiffs Leadenhall Capital Partners
        LLP and Leadenhall Life Insurance Linked
        Investments Fund PLC*

-2-