UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

LEADENHALL CAPITAL PARTNERS LP, ET AL.,

                Plaintiffs,

    - against -

JOSH WANDER, ET AL.,
                Defendants.
―――――――――――――――――――――――――――――

24-cv-3453 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear in connection with the motions to stay discovery by Defendants Josh Wander and Steve Pasko, on **Thursday, October 24, 2024, at 3:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated:    New York, New York
          October 18, 2024

                                        John G. Koeltl
                              United States District Judge