UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEADENHALL CAPITAL PARTNERS LLP
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,         :   24 Civ. 3453 (JGK)

                                        Plaintiffs,    :   **NOTICE OF APPEAL**

        v.                                                         :

JOSH WANDER, STEVEN PASKO,                 :
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC, SIGNAL    :
SML 4 LLC, INSURETY AGENCY SERVICES
LLC, DORCHESTER RECEIVABLES II LLC,         :
SUTTONPARK CAPITAL LLC, SIGNAL
MEDICAL RECEIVABLES LLC, INSURETY           :
CAPITAL LLC, SUTTONPARK SERVICING LLC,
SIGNAL SERVICING LLC, INSURETY              :
SERVICING LLC, and ADVANTAGE CAPITAL
HOLDINGS LLC,                                :

                                    Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Notice is hereby given that defendants, 777 Partners LLC, 600 Partners LLC, SPLCSS III LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, and Signal SML 4 LLC, in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's July 8, 2024, Order (ECF No. 146), which entered a preliminary injunction against them.

Dated: New York, New York
       October 22, 2024

                                           SMITH, GAMBRELL & RUSSELL, LLP

                                           By: _____
                                               John G. McCarthy
                                         *Attorneys for the 777 Entity Defendants*
                                         1301 Avenue of the Americas, 21st Floor
*Of counsel*                              New York, New York 10019
   David A. Pellegrino              Tel: (212) 907-9700
   Katie L. Schwartz               jmccarthy@sgrlaw.com
   Ryan J. Solfaro