UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>v.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, INSURETY SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | Civil Action No. 1:24-CV-03453<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To:     The Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that I, Jason R. Alderson, of Morgan, Lewis & Bockius LLP, hereby enter my appearance in this case as counsel of record for Intervenor ING Capital LLC. I certify that I am admitted to practice before this Court.

Dated: New York, New York
        October 23, 2024

Respectfully submitted,

/s/ *Jason R. Alderson*
Jason R. Alderson
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000
jason.alderson@morganlewis.com

*Counsel for Intervenor ING Capital LLC*

DB1/ 152339054.1