```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,
                Plaintiffs,

- against -

JOSH WANDER, ET AL.,
                Defendants.

24-cv-3453 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court will hold a status conference on **Thursday, October 24, 2024,** a **3:00 p.m.** in Courtroom 14A, 500 Pearl St. New York, N.Y 10007.

The Court notes that there are several motions to stay discovery and the Court intends to set a schedule to complete briefing.

There is an open motion by Haymarket Insurance Company to intervene in connection with the motion for a preliminary injunction. ECF No. 139. The Court allowed Haymarket to be heard on that motion. The motion was granted to the extent Haymarket was heard on that motion. The Clerk should therefore close ECF No. 139. For similar reasons, the Clerk should close docket Nos. 67 and 110, the motions to intervene by National Founders L.P. and ING Capital LLC.

A-CAP has asked for guidance on a proposed transaction. The Court sees no reason to close the Courtroom because the

transaction is itself public. The parties should refrain from referring to any non-public aspects of the transaction.

The Clerk is respectfully directed to close ECF Nos. 67, 110, and 139.

SO ORDERED.
Dated:   New York, New York
         October 23, 2024

 _____
         John G. Koeltl
    United States District Judge