UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

        Plaintiffs,

- against -

JOSH WANDER, ET AL.,

        Defendants.

24-cv-3453 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at the conference held today, the plaintiff should file its response to the motion to stay discovery on or before **November 8, 2024**. The defendants may reply by **November 18, 2024**. Responses to any outstanding discovery requests are adjourned until **December 6, 2024**.

SO ORDERED.

Dated:    New York, New York
           October 24, 2024

                                              John G. Koeltl
                                        United States District Judge