UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------
Leadenhall Capital Partners LLP, et al.
                         Plaintiff,

      -against-

Josh Wander, et al.
                         Defendant.
------------------------------------------------------

Case No. 24 Civ. 3453 (JGK)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Jordan Estes
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JE1210    My State Bar Number is: 4805172

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Kramer Levin Naftalis & Frankel LLP
                     FIRM ADDRESS: 1177 Avenue of the Americas, New York, NY 10036
                     FIRM TELEPHONE NUMBER: 212-715-9100
                     FIRM FAX NUMBER:

NEW FIRM:    FIRM NAME: Gibson, Dunn & Crutcher LLP
                     FIRM ADDRESS: 200 Park Avenue, New York, NY 10166
                     FIRM TELEPHONE NUMBER: 212-351-3906
                     FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/01/2024                            /s Jordan Estes
                                                    ATTORNEY'S SIGNATURE