UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-03453-JGK |

### DECLARATION OF LEIGH M. NATHANSON

I, Leigh M. Nathanson, declare under penalty of perjury that the following statements are true and correct:

1.  I am an attorney licensed and admitted to practice in the state of New York and a partner at King & Spalding LLP, counsel for Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC (collectively, "Leadenhall" or "Plaintiffs").

2.  I submit this Declaration in support of Leadenhall's Opposition to Defendants' Motions to Stay Discovery.

3.  Attached hereto as Exhibit A is a true and correct copy of a letter dated September

1

9, 2024 from me to John McCarthy, counsel for the 777 Entity Defendants.[1]

4. Attached hereto as Exhibit B is a true and correct copy of a letter dated September 11, 2024 from Mr. McCarthy, counsel for the 777 Entity Defendants, to counsel for Leadenhall.

5. Attached hereto as Exhibit C is a true and correct copy of A-CAP and Kenneth King's First Set of Requests for Production of Documents to Plaintiffs, served on September 30, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 8, 2024

/s/ *Leigh M. Nathanson*
Leigh M. Nathanson

---

[1] Unless otherwise defined herein, capitalized terms are defined in Plaintiffs' Corrected Amended Complaint (ECF No. 187).