UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-03453-JGK |

## **DECLARATION OF TOM SPREUTELS**

I, Tom Spreutels, declare as follows:

1.  I am a Managing Partner at Leadenhall Capital Partners LLP ("Leadenhall"), and my title is Head of Origination. I have personal knowledge of the matters described in this declaration, and if called as a witness, I could and would testify competently to the matters discussed in this declaration.

2.  On September 23, 2022, in response to Leadenhall's inquiries pursuant to Know Your Customer/Anti-Money Laundering ("KYC/AML") procedures, 777 Partners LLC and 600 Partners LLC confirmed that SPA II LLC was, at that time, "currently the sole member of 600 Partners." A true and correct copy of that email is attached hereto as **Exhibit A**.

1

3. On April 20, 2023, in response to Leadenhall KYC inquiries, 777 Partners LLC's Associate General Counsel, Jonathan Walder, submitted a document, a true and correct copy of which is attached hereto as **Exhibit B**, certifying that the following documents were current as of that date:

    a. the Fourth Amended and Restated Limited Liability Company Agreement of 777 Partners LLC, dated September 10, 2021, reflecting that 777 Partners LLC was 100% owned by SuttonPark Acquisition LLC;[1]

    b. the First Amended and Restated Limited Liability Company Agreement of SuttonPark Acquisition LLC, dated September 10, 2015, reflecting that SuttonPark Acquisition LLC was owned entirely by MTCP LLC and JARM Capital LLC;

    c. the Amended and Restated Limited Liability Company Agreement of MTCP LLC, dated May 2, 2019, reflecting that the sole member of MTCP LLC was Steven Pasko; and

    d. the Limited Liability Company Agreement of JARM Capital LLC, dated August 25, 2015, reflecting that the sole member of JARM Capital LLC was Josh Wander.

4. A true and correct copy of the email transmitting the foregoing document is attached hereto as **Exhibit C**.

---

[1] This Agreement lists three other "members," who apparently collectively owned 0% of 777 Partners LLC, but in any event, none of those members is 777 Re, Ltd.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 21st day of November, 2024.

Tom Spreutels