# EXHIBIT A

**From:** Sam Lebryk
**To:** Clarence Er
**Subject:** RE: KYC/AML - TAMI
**Date:** 23 September 2022 18:39:38

> *** **[EXTERNAL]** This message comes from an external organisation. Exercise caution when opening attachments or clicking links, especially from unknown senders. If you are unsure please attach the mail to a new email and send to servicedesk@lanware.co.uk. ***

Thanks Clarence. Confirmed that those two owners are not affiliated with one another and I also wanted to let you know that both owners have exited 600 Partners. We are still papering the change, but SPA II LLC is currently the sole member of 600 Partners.

**From:** Clarence Er <Clarence.Er@leadenhallcp.com>
**Sent:** Friday, September 23, 2022 1:29 PM
**To:** Sam Lebryk <slebryk@777part.com>
**Subject:** RE: KYC/AML - TAMI

Hi Sam,

Hope you are well.

I just wanted to follow up with a question in relation to the attached organisation chart for TAMI.

Please could you confirm that the "Shareholder under 10%" (with c.8.4% holdings of 600 Partners LLC) and "Shareholder under 25%" (with c. 20.6% holdings in 600 Partners LLC) are not associated. Essentially, we are looking to confirm that there are no other parties holding more than 25% (in aggregate) of TAMI apart from Steven Pasko.

Many thanks,
Clarence

**From:** Sam Lebryk <slebryk@777part.com>
**Sent:** 13 September 2022 19:38
**To:** Clarence Er <Clarence.Er@leadenhallcp.com>
**Subject:** RE: KYC/AML - TAMI

> *** **[EXTERNAL]** This message comes from an external organisation. Exercise caution when opening attachments or clicking links, especially from unknown senders. If you are unsure please attach the mail to a new email and send to servicedesk@lanware.co.uk. ***

Hi Clarence,

Just confirmed the financial points – 2020 is the most up to date audited financials for SPC and TAMI.

Best,

Sam

**From:** Clarence Er <Clarence.Er@leadenhallcp.com>
**Sent:** Tuesday, September 13, 2022 1:30 PM
**To:** Sam Lebryk <slebryk@777part.com>
**Subject:** RE: KYC/AML - TAMI

Thanks Sam – appreciate the prompt response.

Let me know once you are able to confirm the latest versions of the financial reports.

Many thanks,
Clarence

**From:** Sam Lebryk <slebryk@777part.com>
**Sent:** 13 September 2022 17:48
**To:** Clarence Er <Clarence.Er@leadenhallcp.com>
**Subject:** RE: KYC/AML - TAMI

Hi Clarence,

Rudy looped me in on the below KYC request. Please see the attached documents and below answers to your questions – I wanted to send what I have on hand and will circle back with additional documents as necessary.

1. Please can you confirm the structure in the attached organisation chart "09.30.21 777-600-BIH Org Chart" (including % ownership) is still correct. The specific information we need for this particular deal is for TAMI and the entities above (in the "600 Partners" tab).
    a. Ownership has changed slightly – one previous owner of 600 Partners has exited and the revised ownership chart is attached.

2. TAMI
    a. Please can you provide list of directors – previous list attached Revised Members attached
    b. Latest audited account (The latest I have is for year ending 31 December 2020) I will request this info – I think 2020 is the most recent.
    c. Copies of identification for at least two directors, which includes:
        i. Proof of name + identity (e.g. passport, driving licence)
        ii. Proof of address dated within last 3 months (e.g. bank statement, utility bill, tax statement)
        **[I have picture of passport for Steve Pasko which is still valid so just need proof of address for him plus another set of ID for another director]** Rudy will either provide his info separately or I'll request it from another director.

3. Sutton Park Capital LLC
    a. Please can you provide list of directors – previous list attached Confirmed
    b. I have the registered address as "251 Little Falls Drive, Wilmington, DE 19807" – please confirm this is still correct. Confirmed

   c. Latest audited account (The latest I have is for year ending 31 December 2020) I will request this info – it's possible 2020 is the most recent.
4. 600 Partners LLC
   a. Please can you provide list of directors – previous list attached Confirmed
   b. I have registered address as "2711 Centerville Road, Suite 400, City of Wilmington, County of New Castle in State of Delaware, 19808" – please confirm this is still correct. Updated address is 251 Little Falls Drive, Wilmington, DE 19807
   c. Latest audited account (The latest I have is for year ending 31 December 2020) That is the latest as far as I know.

5. SPA II LLC
   a. Please can you provide list of directors – previous list attached Confirmed
   b. I have the registered address as "251 Little Falls Drive, Wilmington, DE 19807" – please confirm this is still correct. Confirmed
   c. Please can you confirm the following statement is still correct.
      *"Counterparty has advised that no audited accounts are available as entity is a Holding Company entity and has no filing obligations."* Confirmed

6. MTCP LLC
   a. Please can you provide list of directors – previous list attached Confirmed
   b. I have the registered address as "2255 Glades Road, Suite 1181, Boca Raton, FL 33431" – please confirm this is still correct. The registered address is actually 1451 Brickell Ave, PH 54, Miami, FL 33131
   c. Please can you confirm the following statement is still correct.
      *"Counterparty has advised that no audited accounts are available as entity is a Holding Company entity and has no filing obligations."* Confirmed

7. Steve Pasko
   a. I'll need a Proof of address dated within last 3 months (e.g. bank statement, utility bill, tax statement)  - note this ties in with item 2) above.

Best,

Sam

---

**From:** Clarence Er <Clarence.Er@leadenhallcp.com>
**Sent:** 13 September 2022 16:45
**To:** Rudy Khaitan <rkhaitan@777part.com>
**Subject:** KYC/AML - TAMI

Hi Rudy,

As discussed, we will need to refresh our KYC/AML for TAMI. I've re-used information where I can but please can you provide/confirm the following?

1. Please can you confirm the structure in the attached organisation chart "09.30.21 777-

600-BIH Org Chart" (including % ownership) is still correct. The specific information we need for this particular deal is for TAMI and the entities above (in the "600 Partners" tab).

2. TAMI
    a. Please can you provide list of directors – previous list attached
    b. Latest audited account (The latest I have is for year ending 31 December 2020)
    c. Copies of identification for at least two directors, which includes:
    i. Proof of name + identity (e.g. passport, driving licence)
    ii. Proof of address dated within last 3 months (e.g. bank statement, utility bill, tax statement)

    **[I have picture of passport for Steve Pasko which is still valid so just need proof of address for him plus another set of ID for another director]**

3. Sutton Park Capital LLC
    a. Please can you provide list of directors – previous list attached
    b. I have the registered address as "251 Little Falls Drive, Wilmington, DE 19807" – please confirm this is still correct.
    c. Latest audited account (The latest I have is for year ending 31 December 2020)

4. 600 Partners LLC
    a. Please can you provide list of directors – previous list attached
    b. I have registered address as "2711 Centerville Road, Suite 400, City of Wilmington, County of New Castle in State of Delaware, 19808" – please confirm this is still correct.
    c. Latest audited account (The latest I have is for year ending 31 December 2020)

5. SPA II LLC
    a. Please can you provide list of directors – previous list attached
    b. I have the registered address as "251 Little Falls Drive, Wilmington, DE 19807" – please confirm this is still correct.
    c. Please can you confirm the following statement is still correct.
        *"Counterparty has advised that no audited accounts are available as entity is a Holding Company entity and has no filing obligations."*

6. MTCP LLC
    a. Please can you provide list of directors – previous list attached
    b. I have the registered address as "2255 Glades Road, Suite 1181, Boca Raton, FL 33431" – please confirm this is still correct.
    c. Please can you confirm the following statement is still correct.
        *"Counterparty has advised that no audited accounts are available as entity is a Holding Company entity and has no filing obligations."*

7. Steve Pasko
    a. I'll need a Proof of address dated within last 3 months (e.g. bank statement, utility bill, tax statement)  - note this ties in with item 2) above.

Please let me know if you have any questions.

Many thanks,
**Clarence Er** | Director - Life and Alternative Credit

**Leadenhall Capital Partners LLP**
Level 15, 70 Mark Lane, London EC3R 7NQ

Tel:   +44 (0) 207 871 7340
Mob:  +44 (0) 7843 330480
[clarence.er@leadenhallcp.com](mailto:clarence.er@leadenhallcp.com)

Classification: Internal

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author and do not necessarily represent those of Leadenhall Capital Partners . If you have received this e-mail in error, please notify the sender and delete this email (including any attachments) from your system. Leadenhall Capital Partners may monitor email traffic data and content of email for the purpose of security.

Leadenhall Capital Partners, Level 15, 70 Mark Lane, London, EC3R 7NQ. Registered in England and Wales. Registration No. OC336969. Telephone +44 (0)20 7871 7294

Classification: Internal

Classification: Internal

Classification: Internal

Classification: Internal

Classification: Internal