# EXHIBIT C

| | |
|---|---|
| From: | Sam Lebryk |
| To: | Hermes Soka |
| Cc: | Craig Gillespie; tom.spreutels |
| Subject: | RE: Leadenhall - KYC Questions |
| Date: | Thursday, April 20, 2023 10:36:15 AM |
| Attachments: | 2023.04.19 Walder Wander Utility Bill Certification.pdf |
| | 2023.04.19 Walder Pasko Utility Bill Certification.pdf |
| | 2023.04.19 Walder Certification LLC Agreements.pdf |

*** **[EXTERNAL]** This message comes from an external organisation. Exercise caution when opening attachments or clicking links, especially from unknown senders. If you are unsure please attach the mail to a new email and send to servicedesk@lanware.co.uk. ***

Thanks Hermes. Please see the attached.

**From:** Hermes Soka <Hermes.Soka@leadenhallcp.com>
**Sent:** Wednesday, April 19, 2023 11:23 AM
**To:** Sam Lebryk <slebryk@brickell-insurance.com>
**Cc:** Craig Gillespie <Craig.Gillespie@leadenhallcp.com>; Tom Spreutels <Tom.Spreutels@leadenhallcp.com>
**Subject:** RE: Leadenhall - KYC Questions

Dear Sam,

As a means of introduction, my name is Hermes Soka and I work in the compliance department for Leadenhall Capital Partners LLP. On behalf of my colleague, Tom Spreutels I will be responsible for gathering the necessary KYC Due Diligence documents in order to meet our regulatory obligations and to that end following your email, please see below for a list of our requirements:

1. Certified LLCA (within the last 3 month) which confirms that 777 Partners is 100% owned by SuttonPark Acquisition LLC.
2. Certified LLCA (within the last 3 month) which confirms that SuttonPark Acquisition LLC is owned (leading up to 100%) by JARM Capital LLC and MTCP LLC
3. Certified register of shareholder/members for JARM Capital LLC and MTCP LLC confirming that they are owned by Joshua Wander and Steven W. Pasko respectively.
4. Certified utility bills as proof of address (as the ones we have on file are out of date) that are within the last 3 months for Joshua Wander and Steven W. Pasko.

**As a note:** we require the certification to be undertaken by an independent professional such as a solicitor or chartered accountant whose credentials can be verified on a reputable regulatory body. They should print their name, date and sign under the certification. We will require the certification of the documents to state that, *"the information contained in the document is accurate and up to date."* And for the passport/driving license, they will need to state that, *"I certify this to be a true likeness of {insert individual's name} and that this document is certified to be a true copy of the original seen by me'.*

If you have any queries please do not hesitate to contact me.

Kind regards,

Hermes

**Hermes Soka** | Compliance Manager
Tel: +44 207 871 7270

**Leadenhall Capital Partners LLP** | Level 15, 70 Mark Lane, London, EC3R 7NQ
Hermes.soka@leadenhallcp.com

**From:** Sam Lebryk <slebryk@brickell-insurance.com>
**Sent:** 19 April 2023 15:34
**To:** Tom Spreutels <Tom.Spreutels@leadenhallcp.com>
**Cc:** Craig Gillespie <Craig.Gillespie@leadenhallcp.com>; Hermes Soka <Hermes.Soka@leadenhallcp.com>
**Subject:** RE: Leadenhall - KYC Questions

> *** **[EXTERNAL]** This message comes from an external organisation. Exercise caution when opening attachments or clicking links, especially from unknown senders. If you are unsure please attach the mail to a new email and send to servicedesk@lanware.co.uk. ***

Thanks Tom. We have an updated LLCA that shows the ownership structure. Would that work as confirmation?

**From:** Tom Spreutels <Tom.Spreutels@leadenhallcp.com>
**Sent:** Wednesday, April 19, 2023 5:01 AM
**To:** Sam Lebryk <slebryk@brickell-insurance.com>
**Cc:** Craig Gillespie <Craig.Gillespie@leadenhallcp.com>; Hermes Soka <Hermes.Soka@leadenhallcp.com>
**Subject:** RE: Leadenhall - KYC Questions

Thanks Sam.

Do you have any certified documentation confirming those changes, as well as confirming no changes to the other ownership interests?

Thanks,

Tom

**From:** Sam Lebryk <slebryk@brickell-insurance.com>
**Sent:** 18 April 2023 21:57
**To:** Tom Spreutels <Tom.Spreutels@leadenhallcp.com>
**Cc:** Craig Gillespie <Craig.Gillespie@leadenhallcp.com>; Hermes Soka <Hermes.Soka@leadenhallcp.com>
**Subject:** RE: Leadenhall - KYC Questions

> *** **[EXTERNAL]** This message comes from an external organisation. Exercise caution when opening attachments or clicking links, especially from unknown senders. If you are unsure please attach the mail to a new email and send to servicedesk@lanware.co.uk. ***

Thanks for reaching out Tom and I'm happy to help. The largest change to the below has been at the 777 level. SuttonPark Acquisition now holds 100% of 777 Partners. Other than that change, nothing else should require updating aside from the aggregate percentage ownership for Josh and Steve.

| Name | Membership Interest |
|---|---|
| SuttonPark Acquisition LLC | 100% |
| WBJP Partners LLC | 0% |
| 1221 Capital LLC | 0% |
| Newport Fund LLC | 0% |

Best,

Sam

**From:** Tom Spreutels <Tom.Spreutels@leadenhallcp.com>

**Sent:** Tuesday, April 18, 2023 11:54 AM
**To:** Sam Lebryk <slebryk@brickell-insurance.com>
**Cc:** Craig Gillespie <Craig.Gillespie@leadenhallcp.com>; Hermes Soka <Hermes.Soka@leadenhallcp.com>
**Subject:** Leadenhall - KYC Questions

Sam,

Hope all is well. We are refreshing our KYC/AML review of the 777 Partners group.

Would you be able to obtain the confirmation described below, or, updated them if they have changed?

Thank you.

Tom

------------------------------------

1. We will need one of the directors to confirm that there has been no changes to the ownership of 777 Partners LLC as per table below:

| Name | Membership Interest |
|---|---|
| SuttonPark Acquisition LLC | 65.4269627% |
| WBJP Partners LLC | 19.0% |
| 1221 Capital LLC | 7.6923073% |
| Newport Fund LLC | 7.88073% |

2. We will need one of the directors to confirm that there has been no changes to the ownership of SuttonPark Acquisition LLC as per table below

| Name | Membership Interest |
|---|---|
| JARM Capital LLC | 74.06799% of SuttonPark Acquisition *LLC (48.5% of 777 Partners LLC on aggregate)* |
| MTCP LLC | 25.93201% of SuttonPark Acquisition LLC *(17% of 777 Partners LLC on aggregate).* |

3. We will need one of the directors to confirm that there has been no changes to the ownership of JARM Capital LLC as per table below

| Name | Membership Interest |
|---|---|
| Joshua Wander | 100% |

4. We will need one of the directors to confirm that there has been no changes to the ownership of MTCP LLC as per table below

| Name | Membership Interest |
|---|---|
| Steven W. Pasko | 100% |

5. There is no one common individual who has ownership of WBJP Partners LLC, 1221 Capital LLC and Newport Fund LLC.

**Tom Spreutels | Head of Origination**
**Life & Alternative Credit**
Leadenhall Capital Partners LLP | Level 15 | 70 Mark Lane | London EC3R 7NQ
Tel: +44 (0) 207 871 7289 | Mob: +44 (0) 7843 330 483 | tom.spreutels@leadenhallcp.com

Classification: Internal

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author and do not necessarily represent those of Leadenhall Capital Partners . If you have received this e-mail in error, please notify the sender and delete this email (including any attachments) from your system. Leadenhall Capital Partners may monitor email traffic data and content of email for the purpose of security.

Leadenhall Capital Partners, Level 15, 70 Mark Lane, London, EC3R 7NQ. Registered in England and Wales. Registration No. OC336969. Telephone +44 (0)20 7871 7294

This electronic mail message and any attachment is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender or intended recipient or which is protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by email and delete and destroy the original message.

Classification: Internal

Classification: Internal

Classification: Internal

Classification: Internal


Classification: Internal