UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEADENHALL CAPITAL PARTNERS LLP, ET
AL.,

                    Plaintiffs,                    24-cv-3453 (JGK)

                                                   ORDER

          - against -

JOSH WANDER, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

The Court received a letter from a member of the public
which the Court files under seal because it contains personally
identifying information. The letter does not affect anything the
Court does in this case.


SO ORDERED.
Dated:     New York, New York
           November 22, 2024

                                   _____
                                        John G. Koeltl
                                   United States District Judge