UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LEADENHALL CAPITAL PARTNERS LLP
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,

                Plaintiffs,                No. 24-CV-03453 (JGK)

    v.

JOSH WANDER, STEVEN PASKO,
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC,
SIGNAL SML 4 LLC, INSURETY AGENCY
SERVICES LLC, DORCHESTER
RECEIVABLES II LLC, SUTTONPARK
CAPITAL LLC, SIGNAL MEDICAL
RECEIVABLES LLC, INSURETY CAPITAL
LLC, SUTTONPARK SERVICING LLC,
SIGNAL SERVICING LLC, INSURETY
SERVICING LLC, and ADVANTAGE
CAPITAL HOLDINGS LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## MOTION FOR WITHDRAWAL OF APPEARANCE

      PLEASE TAKE NOTICE that upon the accompanying declaration of Jenna Jones, dated December 3, 2024, and pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Jenna Jones hereby moves to withdraw her individual appearance as counsel of record for defendant Steven Pasko in the above-referenced matter.

      Christopher B. Harwood of the law firm of Morvillo Abramowitz Grand Iason & Anello P.C. will remain as counsel of record to Mr. Pasko.

New York, New York
December 3, 2024

                                                     MORVILLO ABRAMOWITZ GRAND
                                                   IASON & ANELLO P.C.

                                                   By:  */s/ Jenna Jones*
                                                            Jenna Jones

                                                   565 Fifth Avenue
                                                   New York, New York 10017
                                                   (212) 880-9548 (phone)
                                                   (212) 856-9494 (fax)
                                                   jjones@maglaw.com