UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LEADENHALL CAPITAL PARTNERS LLP
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,

                Plaintiffs,                No. 24-CV-03453 (JGK)

    v.

JOSH WANDER, STEVEN PASKO,
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC,
SIGNAL SML 4 LLC, INSURETY AGENCY
SERVICES LLC, DORCHESTER
RECEIVABLES II LLC, SUTTONPARK
CAPITAL LLC, SIGNAL MEDICAL
RECEIVABLES LLC, INSURETY CAPITAL
LLC, SUTTONPARK SERVICING LLC,
SIGNAL SERVICING LLC, INSURETY
SERVICING LLC, and ADVANTAGE
CAPITAL HOLDINGS LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION IN SUPPORT OF MOTION FOR WITHDRAWAL

I, Jenna Jones, declare as follows, pursuant to 28 U.S.C. § 1746:

1. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I respectfully request leave of the Court to withdraw my appearance as counsel for defendant Steven Pasko in the above-captioned action.

2. As of December 5, 2024, I will no longer be associated with the law firm of Morvillo Abramowitz Grand Iason & Anello P.C.

1

2

3.  Christopher B. Harwood of the law firm of Morvillo Abramowitz Grand Iason & Anello P.C. will remain as counsel of record to Mr. Pasko.

4.  Because the motion herein will not result in a change of the law firm representing Mr. Pasko, my withdrawal as counsel of record will not affect this action in any way, alter the posture of the case, or prejudice any parties.

5.  I do not assert a retaining or charging lien concerning Mr. Pasko.

6.  For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing system, and that no documents, notices, or other pleadings in the action be served upon me.

7.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2024
New York, New York

                                            */s/ Jenna Jones*
                                               Jenna Jones