# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

charwood@maglaw.com
212-880-9547

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

December 9, 2024

**By ECF**
Honorable John G. Koeltl

Re:   *Leadenhall Capital Partners LLP, et al. v. Wander, et al.* 24-CV-3453 (JGK)

Dear Judge Koeltl:

I represent individual defendant Steven Pasko in the above-referenced matter, and I write respectfully to request a short extension of time for me to file defendant Pasko's reply brief in support of his pending motion to dismiss: from the current deadline of December 12, 2024 to December 16, 2024. I have consulted with counsel for all other parties in this matter, and all parties have confirmed that they have no objection to the requested extension.

I am requesting the extension due to conflicting obligations in other matters, including my having had a week-long arbitration hearing last week (from December 2 through December 6, 2024), and my having another arbitration hearing on December 9, 2024, as well as an appeal argument in the New York Appellate Division on December 10, 2024. This is my first request for an extension of time in connection with this briefing deadline. If the Court were to grant the requested extension, no other modifications to any existing deadlines would be necessary.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Christopher B. Harwood
Christopher B. Harwood

cc:   Counsel of record (by ECF)

*Reply brief due 12/19/24. All defendants' time to file reply brief extended to 12/19/24. So ordered. 12/10/24 /s/ John G. Koeltl U.S.D.J.*