```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

        Plaintiffs,

- against -

JOSH WANDER, ET AL.,

        Defendants.

24-cv-3453 (JGK)

ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

In light of the Amended Complaint, the motions to dismiss the original Complaint, located at ECF Nos. 160, 163, 166, and 168, are **denied as moot**. The Clerk is respectfully directed to close ECF Nos. 160, 163, 166, and 168.

SO ORDERED.

Dated:   New York, New York
        January 3, 2025

                                                  _____
                                                      John G. Koeltl
                                             United States District Judge