UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

LEADENHALL CAPITAL PARTNERS LLP
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,

          Plaintiffs,

v.

JOSH WANDER, STEVEN PASKO,
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC,
SIGNAL SML 4 LLC, INSURETY AGENCY
SERVICES LLC, DORCHESTER
RECEIVABLES II LLC, SUTTONPARK
CAPITAL LLC, SIGNAL MEDICAL
RECEIVABLES LLC, INSURETY CAPITAL
LLC, SUTTONPARK SERVICING LLC,
SIGNAL SERVICING LLC, INSURETY
SERVICING LLC, and ADVANTAGE
CAPITAL HOLDINGS LLC,

          Defendants.

------------------------------------------------------------ x

24 Civ. 3453 (JGK)

## STIPULATION AND ORDER SUBSTITUTING COUNSEL

The undersigned hereby stipulate, consent, and agree as follows:

1.    Defendant Josh Wander substitutes the law firm of Quinn Emanuel Urquhart & Sullivan LLP, by and through its attorney Alex Rossmiller as attorney of record, in the above-captioned action, in place and instead of the law firm of Kramer Levin Naftalis & Frankel LLP, and its attorney Marjorie Sheldon.

2.    Upon the Court's so-ordering of this Stipulation, Mr. Rossmiller shall promptly file a notice of appearance of counsel in this matter and shall be added to the service list and all notices.

3. Upon the Court's so-ordering of this Stipulation, and Mr. Rossmiller's filing of a notice of appearance of counsel, Ms. Sheldon shall be granted leave to withdraw her appearance in this matter and shall be removed from the service list and all notices.

Dated: January 27, 2025

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: _____
Alex Rossmiller
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: alexrossmiller@quinnemanuel.com

Dated: January 27, 2025

KRAMER LEVIN NAFTALIS &
& FRANKEL LLP

By: _____
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: MSheldon@kramerlevin.com

Dated: January 31, 2025

By: _____
Defendant Josh Wander

**SO ORDERED:**

Dated: 2/4/25

_____
Honorable John G. Koeltl
United States District Judge

2