UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP, and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | Civil Action No. 24-CV-03453 (JGK) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that upon the accompanying declaration of Michael S. Taintor, dated February 11, 2025, and pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Michael S. Taintor hereby moves to withdraw his appearance as counsel of record for Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investment Fund PLC (collectively, "Leadenhall").

Craig Carpenito, Leigh M. Nathanson, and Brian Donovan of the law firm of King and Spalding LLP will remain as counsel of record to Leadenhall.

Dated: February 11, 2025
      New York, New York

                                     KING & SPALDING LLP

                                     By:  /s/*Michael S. Taintor*
                                            Michael S. Taintor

                                   1185 Avenue of the Americas
                                   34th Floor
                                   New York, NY 10036
                                   Tel.:   (212) 556-2100
                                   Fax:   (212) 556-2222
                                   mtaintor@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2025, I caused the foregoing to be served on all counsel of record by ECF and on Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investment Fund PLC by email.

By: /s/*Michael S. Taintor*
Michael S. Taintor

1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel.: (212) 556-2100
Fax: (212) 556-2222
mtaintor@kslaw.com