UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP, and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | Civil Action No. 24-CV-03453 (JGK) |

**DECLARATION IN SUPPORT OF MOTION FOR WITHDRAWAL**

I, Michael S. Taintor, declare as follows, pursuant to 28 U.S.C. § 1746:

1. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I respectfully request leave of the Court to withdraw my appearance as counsel for Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investment Fund PLC (collectively, "Leadenhall").

2. As of February 14, 2025, I will no longer be associated with the law firm of King & Spalding LLP.

3. Craig Carpenito, Leigh M. Nathanson, and Brian Donovan of the law firm of King & Spalding LLP will remain as counsel of record to Leadenhall.

1

2

4.	Because this motion will not result in a change of the law firm representing Leadenhall, my withdrawal as counsel of record will not affect the posture or schedule of this case or prejudice any party.

5.	I am not asserting a retaining or charging lien.

6.	For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing system, and that no documents, notices, or other pleadings in the action be served upon me.

7.	I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2025
       New York, New York

                                    By:    /s/ *Michael S. Taintor*
                                           Michael S. Taintor

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2025, I caused the foregoing to be served on all counsel of record by ECF and on Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investment Fund PLC by email.

By:  /s/*Michael S. Taintor*
Michael S. Taintor

1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel.:   (212) 556-2100
Fax:   (212) 556-2222
mtaintor@kslaw.com