AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Leaderhall Capital Partners LLP, et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-03453 |
| Josh Wander, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kenneth King and Advantage Capital Holdings LLC    .

Date:   03/26/2025

*/s/ Andrew D. Huynh*
*Attorney's signature*

Andrew D. Huynh (5518964)
*Printed name and bar number*

CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty St.
New York, NY 10281
*Address*

andrew.huynh@cwt.com
*E-mail address*

(212) 504-6438
*Telephone number*

(212) 504-6050
*FAX number*