UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP, LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-03453 (JGK)<br><br>**NOTICE OF LEADENHALL'S MOTION FOR CONTEMPT AGAINST THE GUARANTORS, A-CAP, AND KENNETH KING** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Leigh M. Nathanson, Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investment Fund PLC ("Leadenhall"), by and through its undersigned counsel, will move this Court, before the Honorable John G. Koeltl, at the United States Court House, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure Rule 65 (i) to find the Guarantors, A-CAP, and Kenneth King in contempt for violating the Preliminary Injunction, (ii) imposing sanctions, and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        May 1, 2025

        **KING & SPALDING LLP**

        <u>*/s/ Leigh M. Nathanson*</u>
        Craig Carpenito
        Leigh M. Nathanson
        Brian Donovan
        1185 Avenue of the Americas
        New York, NY 10036
        Phone: 212-556-2100
        ccarpenito@kslaw.com
        lnathanson@kslaw.com
        bdonovan@kslaw.com

        *Attorneys for Plaintiffs*