# Exhibit B

# Companies House

# PSC01 (ef)

## Notice of Individual Person with Significant Control

| | |
|---|---|
| Company Name: | TRANS ATLANTIC LIFETIME MORTGAGES LIMITED |
| Company Number: | 11807426 |


XD730FWA

Received for filing in Electronic Format on the: **10/07/2024**

## Notification Details

| | |
|---|---|
| Date that person became registrable: | 08/07/2024 |
| Name: | MR KENNETH KING |
| Service Address: | 415 BEDFORD ROAD SUITE 102 PLEASANTVILLE NEW YORK UNITED STATES 10570 |
| Country/State Usually Resident: | UNITED STATES |
| Date of Birth: | **/09/1964 |
| Nationality: | AMERICAN |

## Nature of control

The person holds, directly or indirectly, 75% or more of the shares in the company.

The person has the right, directly or indirectly, to appoint or remove a majority of the board of directors of the company.

The person holds, directly or indirectly, 75% or more of the voting rights in the company.

## Register entry date

Register entry date     10/07/2024

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

**End of Electronically filed document for Company Number:**    11807426    Page: 2