# Exhibit C

# Companies House

# PSC07 (ef)

| Notice of ceasing to be a person with significant control (PSC) |
|---|

Company Name: **TRANS ATLANTIC LIFETIME MORTGAGES LIMITED**
Company Number: **11807426**


XD72WW6Y

Received for filing in Electronic Format on the: **10/07/2024**

## Cessation Details

Date ceased:   **08/07/2024**

Name:   **STEVE PASKO**

## Register entry date

Register entry date   **10/07/2024**

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

End of Electronically filed document for Company Number:   11807426   Page:   1