# Exhibit D

# Companies House

# AP01 (ef)

## Appointment of Director

| | |
|---|---|
| Company Name: | **TRANS ATLANTIC LIFETIME MORTGAGES LIMITED** |
| Company Number: | **11807426** |

Received for filing in Electronic Format on the: **09/07/2024**

XD70A8WR

## New Appointment Details

| | |
|---|---|
| Date of Appointment: | **08/07/2024** |
| Name: | **MS JILL ALISON GETTMAN** |

The company confirms that the person named has consented to act as a director.

Service address recorded as Company's registered office

| | |
|---|---|
| Country/State Usually Resident: | **UNITED STATES** |
| Date of Birth: | **\*\*/07/1966** |
| Nationality: | **AMERICAN** |
| Occupation: | **ATTORNEY** |

## Authorisation

**Authenticated**

**This form was authorised by one of the following:**

**Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor**