# Exhibit E

STATEMENT AS OF MARCH 31, 2024 OF THE HAYMARKET INSURANCE COMPANY

## SCHEDULE D - PART 4

Show All Long-Term Bonds and Stock Sold, Redeemed or Otherwise Disposed of During the Current Quarter

| 1 CUSIP Identification | 2 Description | 3 Foreign | 4 Disposal Date | 5 Name of Purchaser | 6 Number of Shares of Stock | 7 Consideration | 8 Par Value | 9 Actual Cost | 10 Prior Year Book/ Adjusted Carrying Value | Change In Book/Adjusted Carrying Value | | | | | 16 Book/ Adjusted Carrying Value at Disposal Date | 17 Foreign Exchange Gain (Loss) on Disposal | 18 Realized Gain (Loss) on Disposal | 19 Total Gain (Loss) on Disposal | 20 Bond Interest/ Stock Dividends Received During Year | 21 Stated Contractual Maturity Date | 22 NAIC Designation, NAIC Designation Modifier and SVO Administrative Symbol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 11 Unrealized Valuation Increase/ (Decrease) | 12 Current Year's (Amortization)/ Accretion | 13 Current Year's Other Than Temporary Impairment Recognized | 14 Total Change in Book/ Adjusted Carrying Value (11 + 12 - 13) | 15 Total Foreign Exchange Change in Book /Adjusted Carrying Value | | | | | | | |
| .471130-AB-9 | JARM CAPITAL LLC | | 01/01/2024 | MBS PAYDOWN | | 103,850,952 | 103,850,952 | 103,850,952 | 103,850,952 | 0 | 0 | 0 | 0 | 0 | 103,850,952 | 0 | 0 | 0 | 19,864,504 | 12/31/2033 | 1.G PL |
| .483000-AG-8 | TAWI SECURITIZATION 1 | | 01/01/2024 | TRANSFER | | 24,259,837 | 24,250,028 | 24,320,807 | 24,320,807 | 0 | (74) | 0 | (74) | 0 | 24,320,733 | 0 | (60,896) | (60,896) | 426,664 | 12/31/2122 | 2.A |
| .49177J-AG-7 | KVUE 5.0% 22 MAR 2030 144A | | 03/01/2024 | TRANSFER | | 720,969 | 712,000 | 721,830 | 721,186 | 0 | (238) | 0 | (238) | 0 | 720,948 | 0 | .21 | .21 | 0 | 03/22/2030 | 1.F FE |
| .51328H-AA-2 | LAMBEAU ACQUISITION LLC | | 01/01/2024 | VARIOUS | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 187,804 | 05/26/2026 | 4.A PL |
| .52608M-AB-4 | LBZZ 2023-2A A2 16-Oct-2028 7.090 | | 03/15/2024 | DIRECT | | 30,114 | 30,114 | 30,112 | 30,112 | 0 | 0 | 0 | 0 | 0 | 30,112 | 0 | .2 | .2 | 353 | 10/16/2028 | 1.G FE |
| .53163H-AA-6 | LIBRESINE SENIOR LOAN | | 01/01/2024 | MBS PAYDOWN | | 22,083,053 | 22,083,053 | 22,083,053 | 22,083,053 | 0 | 0 | 0 | 0 | 0 | 22,083,053 | 0 | 0 | 0 | 306,138 | 12/28/2023 | 2.C PL |
| .53163H-AB-4 | LIBRESINE SUB LOAN | | 01/01/2024 | TRANSFER | | 8,579,750 | 8,579,750 | 8,579,750 | 8,579,750 | 0 | 0 | 0 | 0 | 0 | 8,579,750 | 0 | 0 | 0 | 152,504 | 12/31/2033 | 3.B PL |
| .55421*-AA-3 | MB ALMADOR SECURED | | 01/01/2024 | TRANSFER | | 17,500,000 | 17,500,000 | 17,500,000 | 17,500,000 | 0 | 0 | 0 | 0 | 0 | 17,500,000 | 0 | 0 | 0 | 463,151 | 09/30/2024 | 2.B PL |
| .576430-AE-5 | MARP 2005-2 1A1F 25-May-2035 5.794 | | 03/25/2024 | VARIOUS | | 320 | 319 | 291 | 546 | 403 | (226) | 0 | 177 | 0 | 320 | 0 | 0 | 0 | 3 | 05/25/2035 | 1.A FM |
| .59020U-YN-9 | MLMI 2005-A5 A3 25-Jun-2035 4.405 | | 03/01/2024 | TRANSFER | | 938 | 938 | 932 | 936 | 0 | 0 | 0 | 0 | 0 | 936 | 0 | .2 | .2 | 7 | 06/25/2035 | 1.A FM |
| .59217G-CT-4 | NET 3.6% 11 JAN 2024 144A | | 01/11/2024 | MBS PAYDOWN | | 100,000 | 100,000 | 99,946 | 99,994 | 0 | 0 | 0 | 0 | 0 | 99,994 | 0 | .6 | .6 | 1,800 | 01/11/2024 | 1.D FE |
| .594918-BX-1 | MSFT 2.875% 06 FEB 2024 | | 02/06/2024 | MBS PAYDOWN | | 550,000 | 550,000 | 589,985 | 551,381 | 0 | (1,381) | 0 | (1,381) | 0 | 550,000 | 0 | 0 | 0 | 7,906 | 02/06/2024 | 1.A FE |
| .598410-AA-5 | VIP TERM LOAN | | 01/01/2024 | MATURITY at 100.0000 | | 10,216,359 | 10,126,627 | 10,216,359 | 10,216,359 | 0 | 0 | 0 | 0 | 0 | 10,216,359 | 0 | 0 | 0 | 532,789 | 09/20/2024 | 1.G PL |
| .61748H-KA-8 | MSM 2005-4 3A1 25-Aug-2035 4.610 | | 03/01/2024 | MATURITY at 100.0000 | | 103 | 103 | 101 | 101 | 0 | 0 | 0 | 0 | 0 | 101 | 0 | .2 | .2 | 1 | 08/25/2035 | 1.A FM |
| .62251M-AM-2 | NAA 2004-R2 A1 25-Oct-2034 6.500 | | 03/01/2024 | TRANSFER | | 430 | 431 | 425 | 425 | 0 | 0 | 0 | 0 | 0 | 425 | 0 | .5 | .5 | 4 | 10/25/2034 | 1.A FM |
| .64134G-AJ-8 | NEUB 2020-39A D 20-Jan-2032 7.843 | D | 03/12/2024 | MBS PAYDOWN | | 750,000 | 750,000 | 750,000 | 750,000 | 0 | 0 | 0 | 0 | 0 | 750,000 | 0 | 0 | 0 | 27,730 | 01/20/2032 | 2.C FE |
| .65438H-AA-9 | 1974 Class A Senior | | 01/12/2024 | MBS PAYDOWN | | 13,581,563 | 13,581,563 | 13,581,563 | 13,581,563 | 0 | 0 | 0 | 0 | 0 | 13,581,563 | 0 | 0 | 0 | 201,311 | 04/02/2029 | 1.F PL |
| .65438H-AA-1 | 1974-2 CLASS A SENIOR | | 01/01/2024 | MBS PAYDOWN | | 21,189,579 | 21,189,579 | 21,189,579 | 21,189,579 | 0 | 0 | 0 | 0 | 0 | 21,189,579 | 0 | 0 | 0 | 407,356 | 06/30/2031 | 1.F PL |
| .65438H-AB-9 | 1974-2 CLASS B JUNIOR | | 01/01/2024 | VARIOUS | | 6,775,266 | 6,775,266 | 6,775,266 | 6,775,266 | 0 | 0 | 0 | 0 | 0 | 6,775,266 | 0 | 0 | 0 | 96,770 | 06/30/2031 | 3.C PL |
| .67062H-AB-6 | NUTMEG ACQUISITIONS LOAN | | 01/01/2024 | TRANSFER | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1,131) | 04/30/2024 | 2.B PL |
| .67577M-AQ-6 | OCT45 2019-1A BR 15-Apr-2035 7.164 | D | 02/20/2024 | TRANSFER | | 4,980,000 | 5,000,000 | 5,000,000 | 5,000,000 | 0 | 0 | 0 | 0 | 0 | 5,000,000 | 0 | (20,000) | (20,000) | 129,376 | 04/15/2035 | 1.C FE |
| .68234H-AA-8 | PERU LIGA 1 RIGHTS | | 01/01/2024 | DIRECT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 05/25/2049 | 1.C FE |
| .686330-AL-5 | ORIX 4.05% 16 JAN 2024 | | 01/16/2024 | SOCIETE GENERALE | | 50,000 | 50,000 | 52,895 | 50,058 | 0 | (58) | 0 | (58) | 0 | 50,000 | 0 | 0 | 0 | 1,013 | 01/16/2024 | 1.C FE |
| .69328H-AA-6 | PDIF GCF CLO ISSUER 2022-1, LLC (CLASS X) | | 02/23/2024 | VARIOUS | | 40,000 | 40,000 | 40,000 | 40,000 | 0 | 0 | 0 | 0 | 0 | 40,000 | 0 | 0 | 0 | 4,446 | 02/22/2035 | 1.C PL |
| .69328H-AE-8 | PDIF GCF CLO ISSUER 2022-1, LLC (CLASS D) | | 02/23/2024 | MATURITY at 100.0000 | | 45,981 | 45,981 | 45,981 | 45,981 | 0 | 0 | 0 | 0 | 0 | 45,981 | 0 | 0 | 0 | 10,956 | 02/22/2035 | 2.C PL |
| .70533H-AF-4 | PHS TERM LOAN INITIAL | | 03/28/2024 | VARIOUS | | 1,406 | 1,406 | 1,406 | 1,406 | 0 | 0 | 0 | 0 | 0 | 1,406 | 0 | 0 | 0 | 47 | 12/04/2025 | 2.B PL |
| .70533H-AG-2 | PHS TERM LOAN ADDITIONAL | | 03/28/2024 | VARIOUS | | 9,844 | 9,844 | 9,844 | 9,844 | 0 | 0 | 0 | 0 | 0 | 9,844 | 0 | 0 | 0 | 329 | 12/04/2025 | 2.B PL |
| .71365H-AA-6 | PEREGRINE FINANCE LLC | | 01/01/2024 | DIRECT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,844 | 12/31/2029 | 2.A PL |
| .72433*-AA-4 | PISTOSI I SENIOR LOAN | | 01/01/2024 | DIRECT | | 10,572,576 | 10,572,576 | 10,572,576 | 10,572,576 | 0 | 0 | 0 | 0 | 0 | 10,572,576 | 0 | 0 | 0 | 870,124 | 12/30/2031 | 2.C PL |
| .737679-DG-2 | EXC 3.6% 15 MAR 2024 | | 03/15/2024 | DIRECT | | 100,000 | 100,000 | 104,642 | 100,000 | 0 | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 0 | 1,800 | 03/15/2024 | 1.F FE |
| .74997*-AA-8 | ROCKBRIDGE VI | | 01/05/2024 | TRANSFER | | 130,430 | 130,430 | 130,430 | 130,430 | 0 | 0 | 0 | 0 | 0 | 130,430 | 0 | 0 | 0 | 88,350 | 11/19/2024 | 2.A PL |
| .76111X-VG-5 | RFMSI 2005-SA2 2A2 25-Jun-2035 5.471 | | 03/01/2024 | MATURITY at 100.0000 | | 391 | 418 | 399 | 403 | 0 | (12) | 0 | (12) | 0 | 391 | 0 | 0 | 0 | 4 | 06/25/2035 | 1.A FM |
| .78470U-A*-1 | SPFS RESIDUAL LLC CLASS B | | 01/01/2024 | VARIOUS | | 33,088,671 | 33,088,671 | 33,088,671 | 33,088,671 | 0 | 0 | 0 | 0 | 0 | 33,088,671 | 0 | 0 | 0 | 187,824 | 10/31/2047 | 2.A PL |
| .78470U-AD-2 | SPFS RESIDUAL LLC CLASS A | | 03/25/2024 | MBS PAYDOWN | | 71,366,067 | 71,366,067 | 71,366,067 | 70,564,529 | 0 | (3,394) | 0 | (3,394) | 0 | 71,362,669 | 0 | 3,398 | 3,398 | 5,935 | 06/30/2044 | 1.E PL |
| .78483H-AB-4 | SON JULIET, LLC | | 03/27/2024 | TRANSFER | | 1,615,737 | 1,615,737 | 1,615,737 | 1,615,737 | 0 | 0 | 0 | 0 | 0 | 1,615,737 | 0 | 0 | 0 | (1,175) | 04/30/2025 | 2.B PL |
| .78488*-AA-0 | SPSS 2020-1 LLC | | 01/01/2024 | VARIOUS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (61,411) | 05/22/2076 | 1.F PL |
| .78491*-AA-0 | SPSS 2021-1 CLASS A | | 01/01/2024 | VARIOUS | | 8,548,107 | 8,548,107 | 8,548,107 | 8,548,107 | 0 | 0 | 0 | 0 | 0 | 8,548,107 | 0 | 0 | 0 | 39,323 | 01/15/2059 | 1.F PL |
| .78491H-AA-8 | SPSS FUND 1 LLC | | 01/01/2024 | DIRECT | | 3,849,824 | 3,849,824 | 3,849,824 | 3,849,824 | 0 | 0 | 0 | 0 | 0 | 3,849,824 | 0 | 0 | 0 | 181,018 | 06/26/2024 | 1.C PL |
| .78492H-AA-7 | SON FACILITY PAC | | 02/15/2024 | TRANSFER | | 76,313 | 76,313 | 76,313 | 76,313 | 0 | 0 | 0 | 0 | 0 | 76,313 | 0 | 0 | 0 | (7) | 07/30/2028 | 1.C PL |
| .78493*-AA-8 | SPP OPPORTUNITIES SUBORDINATED DEBT | | 01/01/2024 | TRANSFER | | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 0 | 0 | 0 | 0 | 0 | 3,000,000 | 0 | 0 | 0 | 71,055 | 09/18/2028 | 3.C PL |
| .78497*-AA-6 | SPP II INITIAL TERM A LOAN | | 01/01/2024 | VARIOUS | | 634,593 | 634,593 | 634,593 | 634,593 | 0 | 0 | 0 | 0 | 0 | 634,593 | 0 | 0 | 0 | 12,252 | 08/31/2032 | 3.C PL |
| .78497*-AB-2 | SPP II INITIAL TERM B LOAN | | 01/01/2024 | TRANSFER | | 80,369 | 80,369 | 80,369 | 80,369 | 0 | 0 | 0 | 0 | 0 | 80,369 | 0 | 0 | 0 | 2,294 | 08/31/2032 | 3.C PL |
| .79013H-AA-3 | ST JAMES LOAN | | 02/01/2024 | VARIOUS | | 5,427 | 5,427 | 5,427 | 5,427 | 0 | 0 | 0 | 0 | 0 | 5,427 | 0 | 0 | 0 | 11 | 01/31/2025 | 1.F PL |
| .80342*-AA-7 | SARATOGA SENIOR LOAN | | 02/20/2024 | VARIOUS | | 14,932,603 | 14,927,205 | 14,927,205 | 14,862,745 | 0 | 0 | 0 | 0 | 0 | 14,927,205 | 0 | 5,398 | 5,398 | 2,178,287 | 12/31/2031 | 2.B PL |
| .808513-AY-1 | SCHW 3.55% 01 FEB 2024 | | 02/01/2024 | VARIOUS | | 40,000 | 40,000 | 40,132 | 40,000 | 0 | 0 | 0 | 0 | 0 | 40,000 | 0 | 0 | 0 | 710 | 02/01/2024 | 1.F FE |
| .81124N-AL-4 | SCLL 30A D1 20-Jul-2035 9.668 | D | 03/21/2024 | VARIOUS | | 1,503,750 | 1,500,000 | 1,469,700 | 1,482,455 | 0 | 0 | 0 | 0 | 0 | 1,482,455 | 0 | 21,295 | 21,295 | 63,627 | 07/20/2035 | 2.A FE |

E05.3