# Exhibit F

STATEMENT AS OF SEPTEMBER 30, 2024 OF THE Sentinel Security Life Insurance Company

SCHEDULE Y – INFORMATION CONCERNING ACTIVITIES OF INSURER
MEMBERS OF A HOLDING COMPANY GROUP
PART 1 – ORGANIZATIONAL CHART

## D    OTHER INVESTMENTS, ADVANTAGE CAPITAL HOLDINGS, LLC - NAIC GROUP CODE 4824



12.4

STATEMENT AS OF SEPTEMBER 30, 2024 OF THE Sentinel Security Life Insurance Company

# SCHEDULE Y
## PART 1A - DETAIL OF INSURANCE HOLDING COMPANY SYSTEM

| 1 Group Code | 2 Group Name | 3 NAIC Company Code | 4 ID Number | 5 Federal RSSD | 6 CIK | 7 Name of Securities Exchange if Publicly Traded (U.S. or International) | 8 Names of Parent, Subsidiaries Or Affiliates | 9 Domiciliary Location | 10 Relationship to Reporting Entity | 11 Directly Controlled by (Name of Entity/Person) | 12 Type of Control (Ownership, Board, Management, Attorney-in-Fact, Influence, Other) | 13 If Control is Ownership Provide Percentage | 14 Ultimate Controlling Entity(ies)/Person(s) | 15 Is an SCA Filing Required? (Yes/No) | 16 * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4824 | A-CAP | 00000 | 86-1456972 | | | | OMB 2020 LLC | DE | N/A | OMB Holdings LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 88-2092903 | | | | Sertrof Holdings LLC | DE | N/A | Atlantic Coast Life Insurance Company | Ownership | 47.430 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 88-3541387 | | | | Sertrof 2022 LLC | DE | N/A | Sertrof Holdings LLC | Ownership | 98.110 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 37-1754897 | | | | Advantage Capital Management, LLC | NY | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 83-2347891 | | | | A-CAP LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 83-1972912 | | | | A-CAP Management Services LLC | DE | N/A | A-CAP LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 83-1967163 | | | | A-CAP Services LLC | DE | N/A | A-CAP LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 85-2428403 | | | | HWY 32 LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 85-0656674 | | | | Betsy 74 LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 87-4103044 | | | | PACA 1128 LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 87-3362847 | | | | PACA NQS LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 87-3786310 | | | | PACA FRMT LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 92-2944827 | | | | PACA FRMT II LLC | DE | N/A | PACA FRMT LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 33-1480148 | | | | ACM Delegate LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 33-1432129 | | | | ERMF 2023 LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 33-1374853 | | | | A-Miami II LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 99-1696908 | | | | Phoenix Aviation Capital LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 99-1780466 | | | | PAC DAC LLC | DE | N/A | Phoenix Aviation Capital LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 99-4994139 | | | | PAC CAD LLC | DE | N/A | Phoenix Aviation Capital LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 99-5012910 | | | | Boeing PDP 2024-1 LLC | DE | N/A | Phoenix Aviation Capital LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 99-1875667 | | | | HCAV2023 LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 99-2776222 | | | | AAV2024 Manager LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 99-3735742 | | | | ERMF 2024 LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 99-3197125 | | | | Senior Capital Holdings LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 11-82014704 | | | | TAMI UK LTD | GBR | N/A | Senior Capital Holdings LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 88-3704714 | | | | PACA SPP II LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 76.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 83-4340318 | | | | PACA-WCR LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 61-1932128 | | | | WCR Holdings LLC | DE | N/A | PACA-WCR LLC | Ownership | 50.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 83-4335595 | | | | Caprice Capital Partners LLC | DE | N/A | WCR Holdings LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 83-3245156 | | | | PACA - Halsey LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 83-3543471 | | | | HalseyPoint HoldCo LLC | DE | N/A | PACA - Halsey LLC | Ownership | 20.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 83-3840010 | | | | HalseyPoint Asset Management, LLC | DE | N/A | HalseyPoint HoldCo LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 88-3704714 | | | | PACA-SPP LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 86-2641915 | | | | SPP JV HoldCo LLC | DE | N/A | PACA-SPP LLC | Ownership | 45.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | | | | | SPP Credit Advisors | DE | N/A | SPP JV HoldCo LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 87-2473858 | | | | Comara Holdings LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 87-1476005 | | | | Pistosi I Manager LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 86-1617094 | | | | PACA-LE LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 93-4677932 | | | | AirCap 23 LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 92-1363039 | | | | AIP Capital LLC | DE | N/A | AirCap 23 LLC | Ownership | 49.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 32-0560005 | | | | PACA-EFS LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 88-2612359 | | | | PACA MB LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 36-4842740 | | | | PrimeHealth Group LLC, d/b/a SeniorWell | IL | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 37-1845702 | | | | PrimeHealth of Illinois, Inc., f/k/a SeniorWell of Illinois Inc. | IL | N/A | PrimeHealth Group LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 86-2605345 | | | | H-CA Holdings LLC | DE | N/A | Advantage Capital Holdings, LLC | Ownership | 100.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 80-0896435 | | | | RPM Indianapolis | IL | N/A | H-CA Holdings LLC | Ownership | 66.000 | Kenneth King | NO | |
| 4824 | A-CAP | 00000 | 38-3977471 | | | | Lough Shore Road LLC | DE | N/A | H-CA Holdings LLC | Ownership | 100.000 | Kenneth King | NO | |

13.1