# Exhibit I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 24-81143-CIV-DMM

777 PARTNERS LLC and SUTTONPARK CAPITAL LLC,

        Plaintiffs,

vs.

LEADENHALL CAPITAL PARTNERS LLP, LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC, NOAH DAVIS, SAIPH CONSULTING LLC, and PAUL KOSINSKI,

        Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiffs 777 Partners LLC and SuttonPark Capital LLC and Defendants Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investment Fund PLC, Defendants Saiph Consulting LLC and Paul Kosinski, and Defendant Noah Davis, by and through their respective attorneys of record, and being all parties to this action, jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action, and each and every count and claim asserted therein, **be dismissed with prejudice**, with each party to bear their own respective costs, expenses, and fees. For avoidance of doubt, this stipulation only applies to the above-captioned case and does not bear on any other litigation between or among the parties, including but not limited to *Leadenhall Capital Partners LLP, et al. v. Wander, et al.*, Case No. 24 Civ. 3453 (S.D.N.Y.) or any appeals thereof.

Dated:  April 22, 2025

| | |
|---|---|
| **DAY PITNEY LLP** | **KING & SPALDING LLP** |
| By: */s/ Gary S. Betensky* | By: */s/ Brian P. Miller* |
| Gary S. Betensky | Brian P. Miller |
| Florida Bar No. 434302 | Florida Bar No. 0980633 |
| Boca Village Corporate Center | Ross E. Linzer |
| 4855 Technology Way, Suite 530 | Florida Bar No. 0073094 |
| Boca Raton, FL 33431-6052 | Southeast Financial Center |
| Telephone: (561) 803-3500 | 200 S. Biscayne Boulevard, Suite 4700 |
| Fax: (561) 790-8779 | Miami, FL 33131 |
| gbetensky@daypitney.com | Telephone: (305) 462-6000 |
| | Fax: (305) 462-6100 |
| Mark A. Romance | bmiller@kslaw.com |
| Florida Bar No. 021520 | rlinzer@kslaw.com |
| Andrew R. Ingalls | |
| Florida Bar No. 112558 | Peter Starr (*pro hac vice*) |
| 396 Alhambra Circle | Georgia Bar No. 648453 |
| North Tower, Floor 14 | 1180 Peachtree Street, Suite 1600 |
| Miami, FL 33134 | Atlanta, GA 30309 |
| Telephone: (305) 373-4000 | Telephone: (404) 572-2767 |
| Fax: (305) 373-4099 | Fax: (404) 572-5100 |
| mromance@daypitney.com | pstarr@kslaw.com |
| lmiller@daypitney.com | |
| aingalls@daypitney.com | Leigh M. Nathanson (*pro hac vice*) |
| athomsen@daypitney.com | Brian Donovan (*pro hac vice*) |
| | 1185 Avenue of the Americas |
| - and - | New York, NY 10036-4003 |
| | Telephone: (212) 556-2100 |
| **GUNSTER YOAKLEY & STEWART P.A.** | Fax: (212) 556-2222 |
| | lnathanson@kslaw.com |
| George Lemieux | bdonovan@kslaw.com |
| Florida Bar No. 16403 | |
| Brian M. McPherson | *Attorneys for Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC* |
| Florida Bar No. 735541 | |
| 777 S. Flagler Dr. | |
| East Tower, Suite 500 | |
| West Palm Beach, FL 33401 | |
| Telephone: (561) 655-1980 | |
| Fax: (561) 655-5677 | |
| glemieux@gunster.com | |
| bmcpherson@gunster.com | |

2

*- and -*

**SMITH GAMBRELL & RUSSELL LLP**

John G. McCarthy (*pro hac vice*)
David A. Pellegrino (*pro hac vice*)
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Telephone: (212) 907-9700
Fax: (212) 907-9800
jmccarthy@sgrlaw.com
dpellegrino@sgrlaw.com

*Attorneys for 777 Partners LLC and SuttonPark Capital LLC*

**LEONARD FEUER, P.A.**

By: /s/ *Leonard Feuer*
Leonard S. Feuer
Florida Bar No. 501751
Leonard Feuer, P.A.
500 S. Australian Avenue, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 659-1360
Fax: (561) 249-4100
lfeuer@feuerlawfirm.com

*Attorney for Noah Davis*

**SHUTTS & BOWEN LLP**

By: /s/ *Harold E. Morlan III*
Harold E. Morlan III
Florida Bar No. 24250
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 423-3200
Fax: (407) 425-8316
Primary Email: hmorlan@shutts.com
Secondary Email: sseiter@shutts.com

*Attorneys for Saiph Consulting LLC and Paul Kosinski*

3