# Exhibit W

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                  WEST PALM BEACH DIVISION

                CASE NO. 24-81143-CIV-DMM


777 PARTNERS LLC and SUTTONPARK
CAPITAL LLC,

      Plaintiff,

vs.


LEADENHALL CAPITAL PARTNERS LLP,
LEADENHALL LIFE INSURANCE LINKED
INVESTMENTS FUND PLC, NOAH DAVIS,
SAIPH CONSULTING LLC, and PAUL KOSINSKI,

      Defendant.
_____/




       VIDEOTAPED DEPOSITION OF NICHOLAS J. BENNETT

         TAKEN ON BEHALF OF THE DEFENDANT

                 MARCH 24, 2025
             1:00 P.M. TO 6:03 P.M.

              KING & SPALDING LLP
      200 SOUTH BISCAYNE BOULEVARD, SUITE 4700
              MIAMI, FLORIDA 33131




REPORTED BY:
MICHELLE VILLALOBOS, COURT REPORTER, CER, CDR
NOTARY PUBLIC, STATE OF FLORIDA
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

## Page 2

```
01                      APPEARANCES OF COUNSEL
02   ON BEHALF OF THE PLAINTIFF:
03        JOHN MCCARTHY, ESQUIRE
          SMITH GAMBRELL RUSSELL
04        300 SOUTH WACKER DRIVE
          CHICAGO, ILLINOIS 60606
05        312-360-6548
          JMCCARTHY@SGRLAW.COM
06
     ON BEHALF OF THE DEFENDANT, LEADENHALL CAPITAL PARTNERS
07   LLP AND LEADENHALL LIFE INSURANCE LINKED INVESTMENTS
     FUND PLC :
08
          BRIAN DONOVAN, ESQUIRE (PRO HAC VICE)
09        KINGS & SPALDING, LLP
          1185 AVENUE OF THE AMERICAS
10        NEW YORK, NEW YORK 10036
          212-556-2100
11        BDONOVAN@KSLAW.COM
12   OB BEHALF OF THE DEFENDANT, NOAH DAVIS:
13        LEONARD S. FEUER, ESQUIRE
          LEONARD S. FEUER, P.A.
14        500 AUSTRALIAN AVENUE, SUITE 500
          WEST PALM BEACH, FLORIDA 33401
15        561-659-1360
          LFEUER@FEUERLAWFIRM.COM
16
     ON BEHALF OF THE DEFENDANT, SAIPH CONCULTING LLC
17   AND PAUL KOSINSKI:
18        HAROLD E. MORLAN, III, ESQUIRE
          SHUTTS & BOWEN, LLP
19        300 SOUTH ORANGE AVENUE, SUITE 1600
          ORLANDO, FLORIDA 32801
20        407-835-6950
          HMORLAN@SHUTTS.COM
21
22
23
24
25
```

## Page 3

```
01                      APPEARANCES OF COUNSEL
02   ON BEHALF OF THE DEFENDANT:
03        JEFFREY H. SOLMAN, ESQUIRE
          STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC
04        2 SOUTH BISCAYNE BOULEVARD SUITE 1600
          MIAMI, FLORIDA 33131-1824
05        305-614-1400
          JSLOMAN@SKNLAW.COM
06
     ALSO PRESENT:
07
          ASHLEY TAYLOR, VIDEOGRAPHER
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
01                     INDEX OF EXAMINATION
02   WITNESS:  NICHOLAS J. BENNETT
                                                        PAGE
03   DIRECT EXAMINATION
          BY BRIAN DONOVAN, ESQUIRE                        7
04
     CROSS EXAMINATION
05        BY HAROLD E. MORLAN, III, ESQUIRE               80
06   RE-DIRECT EXAMINATION
          BY BRIAN DONOVAN, ESQUIRE                      147
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 5

```
01                     INDEX OF EXHIBITS
02   EXHIBIT              DESCRIPTION              PAGE
03
04   NO EXHIBITS MARKED
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 6..9

Page 6

01      VIDEOTAPED DEPOSITION OF NICHOLAS J. BENNETT
02              MARCH 24, 2025
03          THE VIDEOGRAPHER:  We are now on the video
04      record.  Today's date is Monday, March 24th, 2025.
05      The time is 01:09 P.M.
06          This is the video deposition of Nicholas
07      Bennett taken in the matter of 777 Partners LLC and
08      SuttonPark Capital LLC v. Leadenhall Capital
09      Partners LLP et al.
10          The Court Reporter is Michelle Villalobos and
11      the Videographer is Ashley Taylor.  Would Counsel
12      please announce their appearances for the record?
13          MR. DONOVAN:  Sure.  Brian Donovan from King &
14      Spalding on behalf of the Leadenhall, Defendants.
15          MR. SLOMAN:  Jeffrey Sloman on behalf of Nick
16      Bennett.
17          MR. MCCARTHY:  John McCarthy from Smith
18      Gambrell & Russell on behalf of the Plaintiffs.
19          MR. FEUER:  Leonard Feuer on behalf of Noah
20      Davis.
21          MR. MORLAN, III:  Harold E. Morlan III on
22      behalf of Saiph Consulting LLC and Paul Kosinski.
23          THE VIDEOGRAPHER:  Thank you, Counselors.
24      Thereupon:
25              NICHOLAS J. BENNETT,

Page 7

01      was called as a witness, and after having
02      been first duly  sworn, testified as follows:
03          THE COURT REPORTER:  Counselors, you may now
04      proceed.
05          MR. DONOVAN:  Mr. Morlan, do you want me to go
06      first or do you want to go first?
07          MR. MORLAN, III:  It's fine if you want to go
08      first.
09          MR. DONOVAN:  Okay.
10          MR. MORLAN, III:  I think you may have more
11      questions so it may make sense for you to just go
12      first and then for me to wrap up again.
13          MR. DONOVAN:  Sure.  All right.  Thanks.
14              DIRECT EXAMINATION
15      BY MR. DONOVAN:
16      Q.   Mr. Bennett, how are you today?
17      A.   I'm well, how are you?
18      Q.   Good.  Can you state your full name for the
19      record?
20      A.   Nicholas James Bennett.
21      Q.   Can you give us your home address?
22      A.   Yes, it's 1000 Brickell Plaza, Miami, Florida
23      33131.
24      Q.   Have you ever been deposed before?
25      A.   I have not.

Page 8

01      Q.   Have you ever given any type of testimony
02      before, either written or oral?
03      A.   I have not.
04      Q.   Have you ever given any testimony to a grand
05      Jury?
06      A.   I have not.
07      Q.   How did you prepare for today's deposition?
08      A.   There wasn't much preparation.
09      Q.   All right.  Well, understood, but how did you
10      prepare?
11      A.   I met with my Counsel.
12      Q.   How many times?
13      A.   Just once.
14      Q.   Was it in person or on a call?
15      A.   In person.
16      Q.   To prepare for today's deposition, did you
17      meet with any other Counsel other than your individual
18      Counsel?
19      A.   I did not.
20      Q.   Did you review any documents to prepare for
21      today's deposition?
22      A.   There was -- what was the document that we had
23      just explaining that I had to come to the deposition
24      today.
25      Q.   Are you referring to a --

Page 9

01          MR. SLOMAN:  The notice.
02          MR. DONOVAN:  Yeah, sure.
03      BY MR. DONOVAN:
04      Q.   You're referring to the deposition notice that
05      contained like the date that you were supposed to show
06      up today?
07      A.   Yeah.
08      Q.   Okay.  What's your job title currently?
09      A.   Senior Associate.
10      Q.   Is it Senior Associate at 777 Partners?
11      A.   That's right.
12      Q.   Did that job title change in the last year?
13      A.   No.
14      Q.   So, how long have you been a Senior Associate
15      at 777 Partners?
16      A.   Since July of 2023.  June or July of 2023.
17      Q.   And what was your job title prior to June or
18      July of 2023?
19      A.   Senior Manager.
20      Q.   And what are your job responsibilities as
21      Senior Associate of 777 Partners?
22      A.   I work on the investment team, so I assist
23      with a variety of our portfolio company investments.
24      Q.   Can you describe for me some of your
25      responsibilities in assisting with portfolio company

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Page 10

01  investments?
02      A.   I'd like to invoke the fifth.
03          MR. SLOMAN:  You want to --
04          THE WITNESS:  Yeah, do you know what I mean?
05          MR. SLOMAN:  Yeah.
06          THE WITNESS:  The fifth.
07          MR. DONOVAN:  So, well, we can stipulate that
08  if he just wants to say, I invoked the fifth, or if
09  he refers to the number five or fifth in some way,
10  I understand what he's saying.  If you want to read
11  the whole thing, that's fine too.
12          MR. SLOMAN:  Why don't he read it at least one
13  time and then --
14          MR. DONOVAN:  Sure.
15          MR. SLOMAN:  -- he we'll have a protocol after
16  that.
17          MR. DONOVAN:  Sure.
18          MR. SLOMAN:  Okay.
19          THE WITNESS:  Do you want to read it now?
20          MR. DONOVAN:  Sure.
21          MR. SLOMAN:  Yeah.
22          THE WITNESS:  On the advice of Counsel, I
23  invoke my fifth amendment privilege against self-
24  incrimination and respectfully decline to answer
25  your question.

Page 11

01          MR. SLOMAN:  And just so that we have an
02  understanding when he says fifth from now on,
03  that's what he means.
04          MR. DONOVAN:  Yeah, agreed.
05          MR. SLOMAN:  Okay.  Thank you.
06  BY MR. DONOVAN:
07      Q.   What were your responsibilities as senior
08  manager at 777 Partners?
09      A.   I'd like to invoke the fifth, please.
10      Q.   Can you explain how your responsibilities
11  changed from senior manager at 777 Partners to senior
12  associate at 777 Partners?
13      A.   I'd like to invoke the fifth.
14      Q.   What is 777 Partners?
15      A.   It's a private equity investment firm.
16      Q.   What types of investments does 777 Partners
17  make?
18      A.   They invest along a few different investment
19  verticals including aviation, sports, media and
20  entertainment, litigation finance, consumer finance,
21  insurance.
22      Q.   When you use the term insurance, do you
23  include structured settlements in that term?
24          MR. MCCARTHY:  Objection to the form.
25          MR. SLOMAN:  You can answer.

Page 12

01  BY MR. DONOVAN:
02      Q.   Oh, you can answer.
03      A.   Oh, I'm sorry.
04      Q.   I can ask the question again.
05          MR. SLOMAN:  Yeah, yeah.
06  BY MR. DONOVAN:
07      Q.   Why don't I try it again?  Does -- strike
08  that.  What is a structured settlement?
09      A.   I'd like to invoke the fifth.
10      Q.   Does 777 Partners invest in structured
11  settlements?
12          MR. MCCARTHY:  Objection to the form.
13      A.   Yes, through portfolio companies.  Yes.
14  BY MR. DONOVAN:
15      Q.   When you say through portfolio companies, do
16  you mean that 777 Partners portfolio companies invest in
17  structured settlements?
18          MR. MCCARTHY:  Objection to the form.
19      A.   Yes.
20  BY MR. DONOVAN:
21      Q.   Is one of the portfolio companies that invests
22  in structured settlements called SuttonPark Capital?
23      A.   Yes.
24      Q.   Is one of the portfolio companies that invests
25  in sports teams called Nutmeg?

Page 13

01      A.   Yes.
02      Q.   What are the names of the portfolio companies
03  that invest in aviation businesses?
04      A.   I don't really know today where the aviation
05  investments stand.
06      Q.   That's fair.  Over the May 2021 to May 2024
07  period, what are the names of the 777 Partners portfolio
08  companies that invested in aviation businesses?
09      A.   I'd like to invoke the fifth, please.
10      Q.   Do you currently work in the Capital Markets
11  Group at 777 Partners?
12      A.   I do not.
13      Q.   Did you previously work in the Capital Markets
14  Group at 777 Partners?
15      A.   I do.
16      Q.   For what period of time did you work in the
17  Capital Markets group at 777 Partners?
18      A.   I'd like to invoke the fifth.
19      Q.   Can you describe for me what the Capital
20  Markets Group at 777 Partners did while you worked in
21  the group?
22      A.   I'd like to invoke the fifth.
23      Q.   Was one of the responsibilities of the 777
24  Partners Capital Markets Group to allocate assets as
25  collateral to lenders?


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 14..17

Page 14

01        MR. MCCARTHY:  Objection to the form.
02    A.    I'd like to invoke the fifth.
03        MR. MORLAN, III:  My Zoom is having issues.
04    Are you guys able to hear me okay?  It froze
05    on the last one.
06        MR. DONOVAN:  I can hear you.
07        THE WITNESS:  Yeah.
08        MR. MORLAN, III:  Is anybody else having
09    issues remotely, Leonard, John?
10        MR. MCCARTHY:  I'm not having issues, but I
11    did notice that the Zoom from the Videographer was
12    frozen for 20 seconds.
13        MR. MORLAN, III:  Yeah, the Zoom of the
14    Witness does keep freezing.  It just froze again
15    while I was saying that.
16        MR. DONOVAN:  Do you want to go off the record
17    for a second and see if we can fix this?
18        MR. MORLAN, III:  Yeah, let's go off the
19    record and see if we can fix this.
20        MR. DONOVAN:  Okay.
21        THE VIDEOGRAPHER:  We're going off record.
22    The time is 01:22  P.M.
23        (Thereupon, a short discussion was held off
24    record.)
25        (Deposition resumed.)

Page 15

01        THE VIDEOGRAPHER:  We are back on record.
02    The time is 01:27  P.M.
03    BY MR. DONOVAN:
04    Q.    All right.  Mr. Bennett, do you know what the
05    lawsuit is about that you're here testifying for today?
06    A.    I have some knowledge.  I've not been very
07    involved in the case.
08    Q.    What's your knowledge of the case in which
09    you're testifying about today?
10    A.    I'm not entirely comfortable opining on that.
11    I haven't been very looped in on the case.
12    Q.    Sure.  Understood that your knowledge may be
13    very limited on the case.  I'm asking whether you have
14    any idea whatsoever about what this case is about.
15    A.    Rather, I'm not really comfortable speaking
16    confidently on the case.
17    Q.    All right.  When you say you're not
18    comfortable speaking about it, are you -- what do you
19    mean by that?
20    A.    I don't know all the details of the case.  I
21    haven't read through any filing or you know?
22    Q.    Yeah, that's totally fair.  And I don't -- to
23    be clear intend this to be like a memory test.  We're
24    not going to check whether you're right about this.
25        I'm just trying to understand, like do you

Page 16

01    have any idea why you're here today?
02    A.    Not entirely, actually.
03        MR. MCCARTHY:  Objection to the form.
04    BY MR. DONOVAN:
05    Q.    Well -- okay.  Do you have any understanding
06    what the case in which you're here testifying is about?
07    A.    There was some form of a break-in at, I guess,
08    into an office or the infrastructure of one of our
09    portfolio companies.  That's my understanding.
10    Q.    Do you know the name of the person who
11    allegedly broke into office buildings or the
12    infrastructure of a portfolio company?
13    A.    Noah Davis.
14    Q.    And who is Noah Davis?
15    A.    I believe he was formerly a Chief Technology
16    Officer at the time.
17    Q.    Was he Chief Technology Officer at 777
18    Partners or SuttonPark?
19    A.    My understanding is he was initially the CTO
20    of SuttonPark.  And then, I'm not sure if he formally
21    took a 777 CTO title or he just kind of assumed other
22    responsibilities with the turnover and things of that
23    nature.
24    Q.    Do you remember approximately when Noah Davis
25    assumed Chief Technology Officer responsibilities for

Page 17

01    777 Partners?
02    A.    I do not.  I don't remember.
03    Q.    Do you know how many times you've interacted
04    face-to-face with Noah Davis?
05    A.    It was pretty minimal.  I think he was based
06    in the Boca Raton office, so I didn't have a tremendous
07    amount of interaction with him.
08    Q.    And you worked out of the Miami office, right?
09    A.    I did.
10    Q.    You would recognize Noah Davis if you saw him,
11    right?
12    A.    Um-hum.
13    Q.    That was -- sorry, just for the record --
14    A.    I'm sorry.  Yes, yes.
15    Q.    Yes.  You said before that your understanding
16    is that Noah Davis intruded into the Boca Raton office
17    building, right?
18        MR. MCCARTHY:  Objection to the form.
19    A.    Yes.
20    BY MR. DONOVAN:
21    Q.    And you also used the term infrastructure.
22    Do you remember that?
23    A.    IT, yeah.
24    Q.    Sure.  So, do you mean by that -- sorry,
25    withdrawn.  Is your understanding that Noah Davis also



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 18..21

**Page 18**

01 conducted an intrusion into 777 Partners' computer
02 systems?
03    A.   My understanding is that's the claim.  I don't
04 know whether -- I'm not sure, I guess.
05    Q.   Understood.  So -- are you -- is it fair to
06 say that you understand that Plaintiffs in this case
07 claim that Noah Davis conducted unauthorized intrusions
08 into computer systems and an office building, but you
09 don't know whether that's right or not?
10    A.   Yes.  I don't know what support there is nor
11 would I -- in my line of work at 777, would I be
12 appraised of that.
13    Q.   So, what's the basis of your knowledge that
14 Noah Davis conducted unauthorized intrusions into
15 computer systems or an office building?
16         MR. MCCARTHY:  Objection to the form.
17    A.   I think, honestly, someone perhaps sent me a
18 link of article or claim to that effect.  That's pretty
19 much the extent of my understanding.
20 BY MR. DONOVAN:
21    Q.   All right.  So, fair to say that -- withdrawn.
22 Is it fair to say that the basis for your knowledge that
23 Mr. Noah Davis conducted intrusions into an office
24 building or computer system is a news report?
25    A.   Yeah.

**Page 19**

01    Q.   Do you have any other basis aside from news
02 reports as to Noah Davis conducting intrusions into a
03 computer system or office building?
04    A.   I guess word of mouth from other people within
05 the organization.
06    Q.   Right.  And so, who else within the 777
07 Partners organization told you that Noah Davis conducted
08 intrusions into computer systems or an office building?
09    A.   I mean, I don't know every employee that's
10 mentioned it in passing to me, but -- I mean, I don't
11 really recall the discussions.
12    Q.   Well, so, is it fair to say then that there
13 are a lot of employees who have mentioned to you that
14 Noah Davis may have conducted an unauthorized intrusion
15 into computer systems or an office building?
16    A.   I would assume it was more of a, you know,
17 reaction to a headline article, like I said before.
18    Q.   Can you identify for me one of those
19 employees?
20    A.   I guess Josh Wander.
21    Q.   All right.  What about Molly Wander?
22    A.   I'm sure it was discussed at some point.
23    Q.   What about Steven Pasko?
24    A.   Yes.
25    Q.   What about Alex Adnani?

**Page 20**

01    A.   Again, I think it was more of a reaction to
02 the headline, but yes.  Sure.
03    Q.   What about Ian Ratner?
04    A.   It's hard to say.  I mean, I've had very few
05 discussions with him, so I'm not -- I don't recall.
06    Q.   Well, do you know the names of the individuals
07 from B Riley who are currently operating as day-to-day
08 managers of 777 Partners and 600 Partners?
09    A.   I do.
10         MR. MCCARTHY:  Objection to the form.
11 BY MR. DONOVAN:
12    Q.   And what are their names?
13    A.   Mark Shapiro.  Ian Ratner, I believe to an
14 extent but he's not as involved.  On-site, that is.
15         Michael Thatcher.  There's quite a few, I
16 guess.  I wouldn't be able to list all of their names.
17    Q.   And how often do you interact with B. Riley
18 professionals on a day-to-day basis at this point?
19    A.   I mean, it's on a daily basis.
20    Q.   So, who do you report to at this point?
21    A.   That's a good question I wish I knew.
22    Q.   Is it fair to say that following the
23 resignation of Josh Wander and Steven Pasko as managers
24 of 777 Partners in May 2024, you're not sure who you
25 report to?

**Page 21**

01    A.   It's not Josh, it's Steve.
02    Q.   Right.  So, you're saying, just so I
03 understand your answer, you're saying I'm not sure who I
04 report to but it's not Josh Wander or Steven Pasko.
05    A.   I guess technically speaking it would be B.
06 Riley.
07    Q.   Okay.
08    A.   The B. Riley team.
09    Q.   Understood.  And so, why then do you say it's
10 hard to characterize who exactly you report to at this
11 point?
12         MR. MCCARTHY:  Objection to the form.
13    A.   It's not a traditional job hierarchy, I guess,
14 at the moment, so I'm -- you know, it's B.
15         Riley, but, you know, I don't have a -- I
16 don't think I'd say I have a formal manager who's going
17 to give me a performance review.
18 BY MR. DONOVAN:
19    Q.   I see.  So how would you describe a
20 traditional management hierarchy?
21    A.   One in which you have a direct line, a
22 reporting line and, you know, performance reviews and
23 you have someone, you know, as a direct boss.
24    Q.   Other than B. Riley not giving performance
25 reviews, what are the ways in which the current

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 22..25

Page 22

01  reporting line is not traditional?
02        MR. MCCARTHY:  Objection to the form.
03        A.   I mean, I don't even know who remaining on the
04  investment team is of more of a senior position that,
05  you know, a traditional hierarchy would -- you would
06  report into.
07        So, maybe a better way of characterizing this
08  is that previously I would have reported to a, you know,
09  a managing director --
10  BY MR. DONOVAN:
11        Q.   Previously, did you --
12        A.   -- on the investment team.  Sorry.
13        Q.   Sorry, go ahead.  I didn't mean to interrupt
14  there.  I think you end with on the investment team,
15  right?
16        A.   Um-hum.
17        Q.   So, is the manner in which current reporting
18  lines are not traditional in your view, that you report
19  to restructuring professionals rather than managing
20  directors?
21        A.   It's not a traditional, I guess, situation if
22  you're at -- the companies and a restructuring is
23  perhaps a better way of characterizing it.
24        Q.   So, what's your understanding of B. Riley's
25  role?

Page 23

01        A.   They've been engaged to serve as a
02  restructuring advisor and they've, you know, taken over
03  day-to-day control of decision making.  That's my
04  understanding, while they work through a restructuring
05  plan.
06        Q.   What role does Josh Wander currently have at
07  777 Partners?
08        MR. MCCARTHY:  Object to the form.
09        A.   I'm not entirely sure.
10  BY MR. DONOVAN:
11        Q.   Understood.  Do you understand that currently
12  Josh Wander is working as a consultant or a contractor
13  to 777 Partners?
14        MR. MCCARTHY:  Objection to the form.
15        A.   That is what I heard at one point, yes.
16  BY MR. DONOVAN:
17        Q.   So, how often do you interact with Josh Wander
18  at present?
19        A.   I see him at the office every now and then
20  when he's there or I'm there.
21        Q.   Has Josh Wander ever said to you, don't listen
22  to what B. Riley said, listen to what I say?
23        MR. MCCARTHY:  Objection to the form.
24        A.   I'm not entirely sure if that's -- he's never
25  told me not to listen to them and do what he says

Page 24

01  because that ultimately, in my opinion, wouldn't get
02  very far.
03  BY MR. DONOVAN:
04        Q.   When you say it wouldn't get very far, what do
05  you mean?
06        A.   Given that the -- yeah, as far as I
07  understand, B. Riley has decision-making control over
08  777 Partners.
09        Q.   Right.  But does Josh Wander still give you
10  directions?  Or try to, at least?
11        MR. MCCARTHY:  Objection to the form.
12        A.   Not really, no.  We don't really -- or there's
13  no, it's really just B. Riley.
14  BY MR. DONOVAN:
15        Q.   How about this?  Does Josh Wander ever text or
16  e-mail or call you without B. Riley on the text, e-
17  mail, or line?
18        MR. MCCARHTY:  Objection to the form.
19        A.   I'd like to invoke the fifth.
20  BY MR. DONOVAN:
21        Q.   Has Josh Wander, since May 2024, ever said
22  something to you to the effect of, don't worry about
23  what B. Riley says, I'm still in charge?
24        A.   I'd like to invoke the fifth.
25        Q.   Has Steven Pasko ever told you, post May 2024,

Page 25

01  don't worry about what B. Riley says, I'm still in
02  charge?
03        A.   I'd like to invoke the fifth.
04        Q.   Is it fair to say Josh Wander and Steven Pasko
05  have told you that B. Riley doesn't know what they're
06  doing?
07        MR. MCCARTHY:  Objection to the form.
08        A.   I'd like to invoke the fifth.
09  BY MR. DONOVAN:
10        Q.   Do you think B Riley knows what they're doing?
11        A.   I'd like to invoke the fifth.
12        Q.   Do you know whether A-CAP installed B. Riley
13  as restructuring managers for 777 Partners and 600
14  Partners?
15        MR. MCCARHTY:  Objection to the form.
16        A.   I'd like to invoke the fifth.
17  BY MR. DONOVAN:
18        Q.   How do you normally interact with Josh Wander?
19  Josh Wander, meaning the mode of conversation.
20        A.   I'd like to invoke the fifth, please.
21        Q.   Can you describe Josh Wander's personality for
22  me?
23        A.   I'd like to invoke the fifth, please.
24        Q.   Is Josh Wander a con man?
25        A.   I'd like to invoke the fifth, please.

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 26..29

Page 26

01        MR. MCCARHTY:  Objection to the form.
02 BY MR. DONOVAN:
03    Q.   Is Josh Wander a scam artist?
04        MR. MCCARTHY:  Objection to the form.
05    A.   I'd like to invoke the fifth, please.
06 BY MR. DONOVAN:
07    Q.   Would you loan Josh Wander $500 of your own
08 money?
09    A.   I'd like to invoke the fifth, please.
10    Q.   All right.  What's the distinction between 777
11 Partners and 600 Partners?
12    A.   Each entity holds different portfolio
13 companies and then, you know, they're consolidated for
14 financial reporting purposes.  That's my understanding.
15    Q.   What are some of the portfolio companies owned
16 by 777 Partners?
17    A.   Haven't seen the organization chart in quite a
18 while.
19        THE COURT REPORTER:  I'm sorry, I didn't get
20    that here for the record.  Can you repeat that?
21    A.   The organizational chart.  Sorry.  I honestly,
22 I don't feel comfortable responding to that question
23 now, given the, you know, past several months of
24 unwinding businesses and selling businesses, I don't --
25 BY MR. DONOVAN:

Page 27

01    Q.   Understood.  So, how about over the May 2021
02 to May 2024, period.  Can you just identify for me, some
03 of the portfolio companies of 777 Partners that you
04 remember?
05    A.   I believe -- I -- actually, I'd rather I
06 decided I'm not entirely sure.  I don't want to speak on
07 the record.  There's a lot of companies, or there were a
08 lot of companies.
09    Q.   Fair.  And I'm not -- to be clear, I'm not
10 asking just for portfolio companies that you're sure
11 about, and I understand that you're testifying based on
12 your knowledge here today.  I'm just asking, even if
13 you're not sure about them, do you remember any
14 portfolio companies of 777 Partners over the May 2021 to
15 May 2024 period?
16        MR. MCCARTHY:  Objection to the form.
17    A.   This is -- just be clear, 777 Partners, not
18 600 --
19 BY MR. DONOVAN:
20    Q.   Yes, I'm going to ask about 600 here.  Why
21 don't I try my --
22    A.   Reasoning for my apprehensions, I don't want
23 to --
24    Q.   Yeah.  And I'm not I understand this is not
25 -- this is not supposed to be like a memory test.

Page 28

01    A.   Okay.
02    Q.   I'm just asking for your understanding,
03 sitting here today, understanding that memories can be
04 valuable too.
05    A.   Yeah.
06    Q.   So, I'm asking sitting here today, do you
07 remember any portfolio companies of 777 Partners for the
08 May 2021 to May 2024, period?
09    A.   I believe the Nutmeg soccer club entities sat
10 below 777 Partners, but I think some of the aviation
11 entities.  Yeah, that's all I can remember in terms of
12 confidence that it's not a 600 Partners entity.
13    Q.   Sitting here today.  Do you remember any
14 portfolio companies of 600 Partners over the May 2021 to
15 May 2024, period?
16    A.   It would have been a lot of the insurance
17 entities.  There was a Tammy business, transatlantic
18 mortgage, SuttonPark.  And then there's, you know, a
19 variety of SPVs that sit below those that roll up into
20 600.
21    Q.   Is it fair to say that on a day-to-day basis
22 over the May 2021 to May 2024 period, 777 Partners and
23 600 Partners operated as one single entity?
24        MR. MCCARTHY:  Objection to the form.
25    A.   On a consolidated basis, yes, in terms of the

Page 29

01 polling company structure, that's fair.
02 BY MR. DONOVAN:
03    Q.   When you say on a consolidated basis, what do
04 you mean?
05    A.   Like I said before, the two entities are
06 consolidated for reporting purposes, financial reporting
07 purposes.  At least that's my understanding.
08    Q.   Understood.  So, you're speaking from an
09 accounting perspective when you answer that question?
10    A.   That's what I've been told by the accounting
11 team.  I guess over the years.
12    Q.   I get it.  Okay.  So, I'm asking on a day-to-
13 day basis, from the perspective of employees such as
14 yourself, do 777 Partners and 600 Partners operate as
15 the same entity?
16        MR. MCCARTHY:  Objection to the form.
17    A.   I would say, I think that's fair, and I think
18 it's the other words, individuals within companies
19 across both probably on the same payroll, during that
20 time, at least.
21    Q.   All right.  What is JG Wentworth?
22    A.   They are a structured settlement originator.
23    Q.   What is a structured settlement originator?
24    A.   I'd like to take the fifth.
25    Q.   I'm just asking a yes or no question here.



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 30..33

Page 30

01         When I refer to the New York lawsuit between
02   Leadenhall and 777 Partners and affiliates.  Do you know
03   what I'm talking about?
04         A.    Yes, I do.
05         Q.    What's your understanding of the New York
06   lawsuit between 777 Partners and affiliates on the one
07   hand in Leadenhall, on the other hand?
08         A.    Like to take the fifth, please.
09         THE COURT REPORTER:  Counsel, can we take a
10   bathroom break.
11         MR. DONOVAN:  Yeah.  Why don't we take a break
12   right now?
13         THE VIDEOGRAPHER:  Sure.  We're going off
14   record.  The time is 01:56 P.M.
15         (Thereupon, a short discussion was held off
16   record.)
17         (Deposition resumed.)
18         THE VIDEOGRAPHER:  We are back on record the
19   time is 02:03 P.M.
20   BY MR. DONOVAN:
21         Q.    All right.  Ready to go?
22         A.    Yeah.
23         Q.    Okay.  In 2021 did SuttonPark Capital consider
24   purchasing a portfolio of structured settlements from JG
25   Wentworth?

Page 31

01         A.    I'd like to take the fifth, please.
02         Q.    In 2021 did SuttonPark Capital considering --
03   sorry, let me start again.  In 2021 did SuttonPark
04   Capital consider purchasing a portfolio of structured
05   settlements from JG Wentworth worth approximately $250
06   million?
07         A.    I'd like to take the fifth, please.
08         MR. MCCARTHY:  Mr. Bennett, if you could wait
09   a second, so if I have an objection, I can say --
10         THE WITNESS:  Oh, I'm sorry.  I'm sorry.
11         MR. MCCARTHY:  That's okay.
12   BY MR. DONOVAN:
13         Q.    Before SuttonPark Capital ever purchased those
14   assets in 2021, did Josh Wander direct you and Alex
15   Adnani to allocate the assets to Leadenhall and 777
16   Partners computer systems?
17         MR. MCCARTHY:  Objection to the form.
18         A.    And I'll invoke the fifth, please.
19   BY MR. DONOVAN:
20         Q.    What is MP Fin?
21         A.    It's a database that the SuttonPark Capital
22   business use for a variety of reporting and servicing
23   functions of that business.
24         Q.    Is one of the ways in which SuttonPark used MP
25   Fin to allocate assets to lenders as collateral?

Page 32

01         A.    I'd like to take the fifth, please.
02         Q.    Before SuttonPark Capital ever purchased a
03   portfolio of assets from JG Wentworth in 2021, did 777
04   Partners issue compliance reports to Leadenhall stating
05   that assets which they had never purchased were pledged
06   to Leadenhall?
07         MR. MCCARTHY:  Objection to the form.
08         A.    I'd like to take the fifth, please.
09   BY MR. DONOVAN:
10         Q.    Is it true that over the -- sorry withdrawn.
11         Is it true that of the $250 million portfolio
12   of assets that SuttonPark considered purchasing from JG
13   Wentworth, SuttonPark only ultimately purchased
14   approximately $1 million in assets?
15         MR. MCCARTHY:  Objection to the form.
16         A.    I'll take the fifth, please.
17   BY MR. DONOVAN:
18         Q.    Did the SuttonPark Capital accounting
19   department expressly raise concerns to you that
20   SuttonPark was issuing false compliance reports to
21   Leadenhall?
22         MR. MCCARTHY:  Objection to the form.
23         A.    I'll take the fifth, please?
24   BY MR. DONOVAN:
25         Q.    Do you know what the -- strike that.  Do you

Page 33

01   know what it means for the SuttonPark Capital accounting
02   department to conduct a reconciliation?
03         MR. MCCARTHY:  Objection to the form.
04         A.    I'll take the fifth, please?
05   BY MR. DONOVAN:
06         Q.    Did the SuttonPark Capital accounting
07   department regularly conduct reconciliations whereby
08   they compared accounting books and records to compliance
09   reports issued to lenders?
10         MR. MCCARTHY:  Objection to the form.
11         A.    I'll take to the fifth, please.
12   BY MR. DONOVAN:
13         Q.    Did Josh Wander or Steven Pasko ever tell you
14   not to worry about the fact that SuttonPark was issuing
15   false compliance reports to Leadenhall because
16   SuttonPark would purchase assets from JG Wentworth in
17   the future?
18         MR. MCCARTHY:  Objection to the form.
19         A.    And I will invoke the fifth please.
20   BY MR. DONOVAN:
21         Q.    Do you know what it means to top up or top off
22   receivables accounts?
23         MR. MCCARTHY:  Objection to the form.
24         A.    And I will invoke the fifth please.
25   BY MR. DONOVAN:



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                          Pages 34..37

---

**Page 34**

01    Q.    Does topping up or topping off receivable
02 accounts mean that 777 partners added money to bank
03 accounts to cover up the fact that 777 partners had
04 never purchased assets which had been pledged to
05 lenders?
06        MR. MCCARTHY:  Objection to the form.
07    A.    And I will invoke the fifth please.
08 BY MR. DONOVAN:
09    Q.    Was the purpose of topping up or topping off
10 receivables accounts to conceal a fraud perpetrated on
11 Leadenhall?
12        MR. MCCARTHY:  Objection to the form.
13    A.    And I will invoke the fifth please.
14 BY MR. DONOVAN:
15    Q.    Do you know who Karen Gorday is?
16    A.    Yes.
17    Q.    And who is Karen Gorday?
18    A.    She previously worked in the accounting
19 department at SuttonPark.
20    Q.    Do you know whether the SuttonPark Accounting
21 Department blames certain individuals for the issuance
22 of false compliance reports to Leadenhall?
23        MR. MCCARTHY:  Objection to the form.
24    A.    I'll invoke the fifth please.
25 BY MR. DONOVAN:

---

**Page 35**

01    Q.    All right.  So, when I refer to the Florida
02 litigation, what I'm referring to is the litigation that
03 you are here testifying about concerning alleged
04 intrusions by Noah Davis.  Do you understand what I
05 mean?
06    A.    I do.
07    Q.    Do you know who made the decision to file this
08 for a lawsuit against Leadenhall?
09    A.    I do not.
10    Q.    Do you have any idea who played a role in
11 filing this lawsuit against Leadenhall based on alleged
12 intrusions by Noah Davis?
13        MR. MCCARTHY:  Objection to the form.
14    A.    I'm not really sure who is involved in, you
15 know, the decision to file the lawsuit or who ultimately
16 facilitated that.
17 BY MR. DONOVAN:
18    Q.    Do you know who at 777 Partners or any of its
19 affiliates were in favor of filing a lawsuit against
20 Leadenhall based on intrusions by Noah Davis?
21    A.    I'm not entirely sure, you know, how to answer
22 that question.
23    Q.    When you say you are not entirely sure, what
24 do you mean?
25    A.    I just don't know what, you know, the decision

---

**Page 36**

01 making process is from a legal team perspective to, and
02 what facts or information were gathered to, I guess,
03 justify it from the business.
04    Q.    I understand that answer.  So, do you know who
05 thought it was a good idea to bring a lawsuit against
06 Leadenhall based on alleged intrusions by Noah Davis?
07        MR. MCCARTHY:  Objection to the form.
08    A.    I would like to invoke the fifth, please.
09 BY MR. DONOVAN:
10    Q.    Did you play any role in the decision to bring
11 a lawsuit against Leadenhall based on unauthorized
12 intrusions by Noah Davis?
13    A.    Did I play a role in that decision?
14    Q.    Yes.
15    A.    I'll take the fifth please.
16    Q.    Did the Plaintiffs in this Florida action file
17 the action solely to retaliate against Leadenhall for
18 bringing the New York action?
19        MR. MCCARTHY:  Objection to the form.
20    A.    I'm not sure.  I guess it's.
21 BY MR. DONOVAN:
22    Q.    When you say you are not sure, do you mean
23 that it's possible that the Plaintiffs filed this
24 Florida action solely to retaliate against Leadenhall
25 for bringing the New York action?

---

**Page 37**

01        MR. MCCARTHY:  Objection to the form.
02    A.    I mean, I guess it's possible, I don't -- I
03 just don't have -- I'm not entirely sure, but I guess to
04 answer your question, it's possible.
05 BY MR. DONOVAN:
06    Q.    Do you know that 777 Partners is currently the
07 subject of an investigation by the Department of
08 Justice?
09    A.    I will invoke the fifth please.
10    Q.    I think you testified earlier that you have
11 not testified before a grand jury, right?
12    A.    That's correct.  Yeah, I mean.
13    Q.    Well, okay.  Have you provided any information
14 to the Department of Justice concerning 777 partners?
15    A.    I will invoke the fifth.
16    Q.    Do you know whether Noah Davis has ever
17 received a grand jury subpoena?
18    A.    I will invoke the fifth.
19    Q.    I think you testified before and I'm just
20 asking for my own clarification purposes.  I believe you
21 testified before that your understanding based on news
22 reports is that Noah Davis conducted intrusions into 777
23 Partners infrastructure, right?
24    A.    Yes, like the IT infrastructures, my
25 understanding.

---

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 38..41

Page 38

01    Q.   All right.  Do you know what Noah Davis was
02  targeting and intruding into 777 Partners information
03  technology systems?
04       A.   I don't know that I am in a position to answer
05  that based on, you know, I don't have any factual
06  support or have been presented with any, so I don't
07  really know how to answer that question.
08       Q.   When you say factual support, what do you
09  mean?
10       A.   I mean, I -- aside again from that news
11  article, I would have no way of verifying that
12  information because of my role at the company is on the
13  investment team and I don't have anything to do with IT.
14       Q.   Sure, I get it.  And I'm not asking for only
15  verified information and your knowledge may be based on
16  something you heard from someone at 777 Partners that
17  might not be true.  Like I work like at an organization
18  too, I understand that.
19       A.   Okay.
20       Q.   I am just asking whether it's verified or you
21  know it to be true or not, do you know what Noah Davis
22  was targeting when he conducted intrusions into 777
23  Partners computer systems?
24            MR. MCCARTHY:  Objection to the form.
25       A.   The information that I heard through word of

Page 39

01  mouth was that it had something to do with access into
02  the MP Fin database and I don't know if there was
03  something along the lines of, you know, e-mails.
04  BY MR. DONOVAN:
05       Q.   Whose e-mails did you hear that Noah Davis
06  tried to access?
07            MC. CARTHY:  Objection to the form.
08       A.   I'm not sure, I don't know that it was
09  provided a name or names.
10  BY MR. DONOVAN:
11       Q.   Do you know whether Noah Davis tried to access
12  the e-mails of Steven Pasko?
13       A.   That may have been mentioned, but I don't
14  recall.
15       Q.   Well, I guess what I'm asking is did you ever
16  hear from anyone did -- that Noah Davis try to access
17  the e-mails of Steven Pasko?
18            MR. MCCARTHY:  Objection to the form.
19       A.   I think he was included in and I was informed
20  of, but I don't remember exactly.
21  BY MR. DONOVAN:
22       Q.   Understood that you don't remember exactly,
23  but do you remember hearing about any other individual's
24  e-mails that Noah Davis tried to access?
25       A.   I don't remember.

Page 40

01       Q.   Do you know approximately when Noah Davis
02  conducted his first unauthorized intrusion into 777
03  Partners computer systems?
04       A.   I don't.
05       Q.   Do you know whether Noah Davis first tried to
06  access MP Fin in late June 2024?
07       A.   Do I remember?  I'm sorry, you repeat the
08  question.
09       Q.   Yeah, why don't I repeat it.  Do you have any
10  understanding of whether Noah Davis first tried to
11  access MP Fin in unauthorized fashion on June 28th,
12  2024?
13       A.   I'm sorry.
14       Q.   You can answer.
15       A.   Okay.  I don't remember exactly, but that, I
16  guess, that makes sense.
17       Q.   Why does that make sense?
18       A.   Just thinking back that was roughly, I guess,
19  when he told me the exact date, so I believe it.
20       Q.   Do you know that Noah Davis had received a
21  grand jury subpoena shortly before trying to access the
22  MP Fin system on June 28th, 2024?
23            MR. MCCARTHY:  Objection to the form.
24       A.   I'll invoke the fifth, please.
25  BY MR. DONOVAN:

Page 41

01       Q.   Can you think of a reason why an individual
02  after receiving a grand jury subpoena might want to try
03  to get information responding to that subpoena?
04            MR. MCCARTHY:  Objection to the form.
05       A.   I'll invoke the fifth, please.
06  BY MR. DONOVAN:
07       Q.   Well, do you know whether right after Noah
08  Davis received a grand jury subpoena, he first tried to
09  access in an unauthorized fashion the MP Fin System?
10            MR. MCCARTHY:  Objection to the form.
11       A.   I'll invoke the fifth, please.
12  BY MR. DONOVAN:
13       Q.   Do you have any evidence or factual basis to
14  believe that Leadenhall directed Noah Davis to conduct
15  unauthorized intrusions in the 777 Partners computer
16  systems or office buildings?
17       A.   I'll invoke the fifth, please.
18       Q.   Do you have any evidence or factual basis to
19  believe that Leadenhall benefited in any way from
20  information taken by Noah Davis due to unauthorized
21  intrusions into computer systems or office buildings?
22       A.   I'll invoke the fifth, please.
23       Q.   Do you have any evidence or factual basis to
24  believe that Leadenhall ever received information from
25  Noah Davis that he took via unauthorized intrusions into

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                          Pages 42..45

Page 42

01  computer systems or office buildings?
02          MR. MCCARTHY:  Objection to the form.
03      A.  I'll invoke the fifth, please.
04  BY MR. DONOVAN:
05      Q.  Would you agree with me that you have no
06  factual basis or evidence whatsoever to believe that
07  Leadenhall directed Noah Davis to conduct unauthorized
08  intrusions in the 777 Partners or SuttonPark Capital
09  Systems?
10          MR. MCCARTHY:  Objection to the form.
11      A.  I'll invoke the fifth.
12  BY MR. DONOVAN:
13      Q.  Okay.  I'm going to define some terms so that
14  we can speed the deposition along here.
15      A.  Okay.
16      Q.  I'm going to refer to the borrowers as the
17  following entities, SPLCSS III, Dorchester Receivables
18  II, LLC, Insurety Agency Services, LLC and Signal SML 4
19  LLC.  I'm going to refer to the guarantors as the
20  following entities.  777 Partners, LLC and 600 Partners,
21  LLC.
22          I'm going to refer to the servicer as
23  SuttonPark Servicing, LLC and I'm going to refer to the
24  sellers as SuttonPark Capital, LLC, Signal Medical
25  Receivables, LLC and Insurety Capital, LLC.

Page 43

01          All of those 777 parties collectively are
02  going to be referred to as the 777 entity Defendants.
03  I'm also going to refer to the entity Advantage Capital
04  Holdings, LLC as A-Cap.  Do you understand all that?
05      A.  I do.
06          MR. MCCARTHY:  Objection to the form.
07          MR. DONOVAN:  Do you objected to the form of,
08      do you understand that?
09          MR. MCCARTHY:  No, to all the stuff that you
10      said before that.
11  BY MR. DONOVAN:
12      Q.  Do you know who Kenneth King is?
13      A.  I do.
14      Q.  Who is Kenneth King?
15      A.  He is the CEO of A-Cap.
16      Q.  How much interaction did you have with Kenneth
17  King over the May 2021 to May 2024 period?
18      A.  I would like to invoke the fifth.
19      Q.  Do you know who Mike Saliab is?
20      A.  I do.
21      Q.  Who is Mike Saliab?
22      A.  He I believe is a chief operating officer of
23  A-Cap.
24      Q.  Do you know who Carson McGuffin is?
25      A.  I do.

Page 44

01      Q.  And who is Carson McGuffin?
02      A.  He is, I believe a portfolio manager at
03  A-Cap.
04      Q.  And do you know who Joe Gapman is?
05      A.  I do.
06      Q.  And who is Joe Gapman?
07      A.  She is the general counsel of A-Cap.
08      Q.  Do you know what it means for collateral to be
09  free and clear of other claims?
10      A.  I would like to plead the fifth, please.
11      Q.  Did the 777 entity Defendants pledge
12  collateral to Leadenhall that was not free and clear of
13  other claims?
14          MR. MCCARTHY:  Objection to the form.
15      A.  I will invoke the fifth, please.
16  BY MR. DONOVAN:
17      Q.  Were assets pledged to Leadenhall by the 777
18  entity Defendants free and clear of all other claims at
19  all times?
20      A.  I will invoke the fifth, please.
21      Q.  Did the 777 entity Defendants pledge
22  collateral to Leadenhall that the 777 entity Defendants
23  had already pledged to other lenders?
24      A.  I will invoke the fifth, please.
25      Q.  Did the 777 entity Defendants pledge

Page 45

01  collateral to Leadenhall that the 777 entity Defendants
02  had not yet purchased?
03          MR. MCCARTHY:  Objection to the form.
04      A.  I will invoke the fifth, please.
05      Q.  Did the 777 entity Defendants pledge
06  fictitious assets to Leadenhall?
07          MR. MCCARTHY:  Objection to the form.
08      A.  I will invoke the fifth, please.
09  BY MR. DONOVAN:
10      Q.  Do you know what it means to double pledge
11  assets?
12      A.  I will invoke the fifth, please.
13      Q.  Were assets double pledged or fictitiously
14  pledged to Leadenhall solely because of the actions of
15  the borrowers or guarantors?
16      A.  I will invoke the fifth, please.
17      Q.  Were the 777 entity Defendants A-Cap, Kenneth
18  King, Josh Wander and Steven Pasko part of an
19  association in fact?
20          MR. MC. CARTHY:  Object to the form.
21      A.  I will invoke the fifth, please.
22  BY MR. DONOVAN:
23      Q.  Were the 777 entity Defendants A-Cap, Kenneth
24  King, Josh Wander, and Steven Pasko part of a criminal
25  enterprise?



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 46..49

Page 46

01            MR. MCCARTHY:  Objection to the form.
02      A.   I will invoke the fifth, please.
03 BY MR. DONOVAN:
04      Q.   Did the 777 entity Defendants A-Cap, Kenneth
05 King, Josh Wander and Steven Pasko operate a Ponzi
06 scheme?
07            MR. MCCARTHY:  Objection to the form.
08      A.   I will invoke the fifth, please.
09 BY MR. DONOVAN:
10      Q.   Can you define a Ponzi scheme?
11      A.   I will invoke the fifth, please.
12      Q.   Did A-Cap and Kenneth King make the 777 entity
13 Defendants appear to be a legitimate business when it
14 was not by loaning the 777 entity Defendants billions of
15 dollars?
16            MR. MCCARTHY:  Objection to the form.
17      A.   I will invoke the fifth please.
18 BY MR. DONOVAN:
19      Q.   Was the common purpose of the association
20 between 777 -- sorry, let me start again, withdrawn.
21            Was the common purpose of the association
22 between the 777 entity Defendants, Kenneth King, Josh
23 Wander and Steven Pasko to generate money for its
24 members by lying about the security backing lender's
25 debt?

Page 47

01            MR. MCCARTHY:  Objection to the form.
02      A.   I will invoke the fifth, please.
03 BY MR. DONOVAN:
04      Q.   Did A-Cap and Mr. King control the decision
05 making of the enterprise with the 777 entity Defendants?
06            MR. MCCARTHY:  Object to the form.
07      A.   I will invoke the fifth, please.
08 BY MR. DONOVAN:
09      Q.   Was the structure of the enterprise involving
10 the 777 entity Defendants, Kenneth King, Josh Wander,
11 and Steven Pasko memorialized in a steering committee
12 memorandum issued around April, 20th, 2023?
13      A.   I will invoke the fifth, please.
14      Q.   Did A-Cap and Kenneth King control the actions
15 and decision making of the 777 entity Defendants Kenneth
16 King -- sorry, withdrawn.  Did A-Cap and Kenneth King
17 control the actions and decision making of the 777
18 entity Defendants Josh Wander and Steven Pasko?
19            MR. MCCARTHY:  Objection to the form.
20      A.   I will invoke the fifth, please.
21 BY MR. DONOVAN:
22      Q.   Did you previously work out of 777 Partners
23 offices at 600 Brickell Avenue?
24      A.   I did.
25      Q.   And at what point did you -- withdrawn.  Do

Page 48

01 you currently work remotely?
02      A.   I work at an office.
03      Q.   What office do you work at?
04      A.   It's a downtown Miami office, quest office.
05      Q.   Sorry, did you say quest office?
06      A.   It's a -- it's like a shared workspace.
07      Q.   I see.  Is this a shared workspace that you
08 personally subscribe to?
09      A.   No, the company.
10      Q.   Oh, I see.  Okay.  Do you know what the
11 address is?
12      A.   It's -- I believe it's 200 Southeast 2nd
13 Street, one or 200.
14      Q.   Who else works out of that shared office?
15      A.   There is a few, I don't know, there is
16 probably 15 individuals or so including B. Riley, but
17 it's a -- it's like a hybrid work situation I could -- I
18 guess you could say.
19      Q.   Does Josh Wander work out of that shared
20 office?
21      A.   He does.
22      Q.   Does Steven Pasko work out of that shared
23 office?
24      A.   He does.
25      Q.   Does Alex Adnani work out of that shared

Page 49

01 office?
02      A.   He does not.
03      Q.   Do you know whether Alex Adnani works
04 remotely?  Currently?
05      A.   He does.
06      Q.   Does Mark Shapiro work out of that shared
07 office?
08      A.   Not every week, but when he is at in Miami,
09 yes.
10      Q.   Does Josh Wander work out of that shared
11 office every day?
12      A.   Not every day.
13      Q.   Does he -- does Josh Wander work out of that
14 shared office every week?
15      A.   Tough to say.  I mean, it's a hybrid work
16 situation so I.
17      Q.   Is it fair to say you see Josh Wander in that
18 shared office more than you see Mark Shapiro?
19      A.   I will invoke the fifth, please.
20      Q.   When was the last time you saw Mark Shapiro?
21      A.   I believe it was last week.
22      Q.   When was the last time you saw Josh Wander?
23      A.   I believe I think I saw him today.
24      Q.   Did you see him -- sorry, I didn't mean to cut
25 you off.


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 50..53

Page 50

01    A.   That's okay.
02    Q.   Can you --
03    A.   I think I -- I think he was in his office when
04  I -- before I came here.  I have not spoken to him
05  today.
06    Q.   All right.  When was the last time you spoke
07  to Josh Wander?
08    A.   Sometime last week.
09    Q.   Fair to say that when you last spoke to Josh
10  Wander, Mark Shapiro was not part of the conversation?
11        MR. MCCARTHY:  Objection to the form.
12    A.   Yeah, I guess, you could say that.
13  BY MR. DONOVAN:
14    Q.   What did you guys talk about?
15    A.   I don't recall.
16    Q.   Did Josh Wander tell you he had been deposed
17  in this case last week?
18    A.   He told me he had a deposition.
19    Q.   What did he tell you about the deposition?
20    A.   Just that he had to fly to New York, I think
21  for it.
22    Q.   When was the last time you talked to Kenneth
23  King?
24    A.   It's got to be over a year ago would be my
25  guess.

Page 51

01    Q.   How often would you say you've talked to
02  Kenneth King?
03    A.   Not very frequently.
04    Q.   You say you've talked to Mike Saliab and
05  Carson McGuffin much more frequently?
06        MR. MCCARTHY:  Objection to the form.
07    A.   Not Mike Saliab, but Carson, yes.
08  BY MR. DONOVAN:
09    Q.   Did you share an office with Carson McGuffin
10  at 777 Partners offices in Miami?
11    A.   I will invoke the fifth.
12    Q.   Did you share an office with Mike Saliab at
13  777 Partners offices in Miami?
14    A.   I will invoke the fifth, please.
15    Q.   Did you and Alex Adnani used to share an
16  office at 777 Partners offices?
17    A.   I will invoke the fifth, please.
18    Q.   Did you previously work on the 19th floor at
19  777 Partner's offices?
20    A.   Yes.
21    Q.   Who else worked on the 19th floor?
22        MR. MCCARTHY:  Objection to the form.
23    A.   There was a lot of -- it was a pretty large
24  floor and it was a different company makeup at the time.
25  BY MR. DONOVAN:

Page 52

01    Q.   All right.  As of April 2024, is it fair to
02  say that you Josh Wander, Steven Pasko, and Alex Adnani
03  worked on the 19th Floor at 777 Partner's offices in
04  Miami?
05    A.   Yes.
06    Q.   Yes.  Is it fair to say that prior to April
07  2024, A-Cap employees had worked out of 777 Partners
08  offices in Miami?
09        MR. MCCARTHY:  Objection to the form.
10    A.   I will invoke the fifth, please.
11  BY MR. DONOVAN:
12    Q.   What is a compliance report?
13    A.   I will invoke the fifth, please.
14    Q.   Did the 777 entity Defendants issue compliance
15  reports to Leadenhall over the May 2021 to November 2023
16  period?
17        MR. MCCARTHY:  Objection to the form.
18    A.   I will invoke the fifth, please.
19  BY MR. DONOVAN:
20    Q.   Can you tell me anything about the role you
21  played if any in issuing compliance reports to
22  Leadenhall?
23        MR. MCCARTHY:  Objection to the form.
24    A.   I will invoke the fifth, please.
25  BY MR. DONOVAN:

Page 53

01    Q.   Would you agree with me that Kenneth King and
02  A-Cap exercised total control over the 777 entity
03  Defendants whereby they determine whether the 777 entity
04  Defendants can make payroll when enter into contracts?
05        MR. MCCARTHY:  Objection to the form.
06    A.   I will invoke the fifth, please.
07  BY MR. DONOVAN:
08    Q.   Did Kenneth King and A-Cap sit at the top of
09  the hierarchy in the enterprise with the 777 entity
10  Defendants Josh Wander and Steven Pasko?
11    A.   I will invoke the fifth, please.
12    Q.   Did the 777 entity Defendants A-Cap, Josh
13  Wander, Steven Pasko and Kenneth King use approximately
14  $600,000,000 in debt provided by Leadenhall to purchase
15  professional football teams and airlines?
16        MR. MCCARTHY:  Objection to form.
17    A.   I will invoke the fifth, please.
18  BY MR. DONOVAN:
19    Q.   Is it your understanding that a compliance
20  report issued to a lender contains lists of assets
21  purportedly pledged to the lender?
22    A.   I will invoke the fifth, please.
23    Q.   All right.  When I say a compliance report is
24  false, I mean that the report lists to the lender assets
25  purportedly pledged to the lender that are not in fact



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

Pages 54..57

---

**Page 54**

01 pledged exclusively to the lender. Did the 777 entity
02 Defendants issue approximately 60 false compliance
03 reports to Leadenhall over the May 2021 to November 2023
04 period?
05    A.   I will invoke the fifth, please.
06    Q.   Did the 777 entity Defendants A-Cap, Kenneth
07 King, Josh Wander, and Steven Pasko participate in a
08 scheme to issue compliance reports to Leadenhall from
09 May 2021 to November 2023 falsely stating that assets
10 were pledged exclusively to Leadenhall?
11    A.   I will invoke the fifth, please.
12    Q.   Did a criminal enterprise involving the 777
13 entity Defendants, A-Cap, Kenneth King, Josh Wander and
14 Steven Pasko work together to issue false compliance
15 reports to Leadenhall over the May 2021 to November 2023
16 period?
17         MR. MCCARTHY:  Objection to the form.
18    A.   I will invoke the fifth, please.
19 BY MR. DONOVAN:
20    Q.   So, when I use the term knowingly, what I mean
21 is deliberately and intentionally rather than by
22 mistake. Did the 777 entity Defendants knowingly issue
23 false compliance reports to Leadenhall from May 2021 to
24 November 2023?
25         MR. MCCARTHY:  Objection to the form.

---

**Page 55**

01    A.   I will invoke the fifth, please.
02 BY MR. DONOVAN:
03    Q.   Did Josh Wander knowingly issue false
04 compliance reports to Leadenhall from May 2021 to
05 November 2023?
06         MR. MCCARTHY:  Objection to the form.
07    A.   I will invoke the fifth, please.
08 BY MR. DONOVAN:
09    Q.   Did Steven Pasko knowingly issue false
10 compliance reports to Leadenhall from May 2021 to
11 November 2023?
12         MR. MCCARTHY:  Objection to the form.
13    A.   I will invoke the fifth, please.
14 BY MR. DONOVAN:
15    Q.   Did Kenneth King knowingly issue false
16 compliance reports to Leadenhall from May 2021 to
17 November 2023?
18         MR. MCCARTHY:  Objection to the form.
19    A.   I will invoke the fifth, please.
20 BY MR. DONOVAN:
21    Q.   Did A-Cap knowingly issue false compliance
22 reports to Leadenhall from May 2021 to November 2023?
23         MR. MCCARTHY:  Objection to the form.
24    A.   I will invoke the fifth, please.
25 BY MR. DONOVAN:

---

**Page 56**

01    Q.   Did a criminal enterprise involving the 777
02 entity Defendants, Josh Wander, Steven Pasko, Kenneth
03 King and A-Cap issue forged their Photoshop bank
04 statements to Leadenhall?
05    A.   I will invoke the fifth, please.
06    Q.   Did the 777 entity Defendants alter
07 receivables in the 777 Partners computer system called
08 MP Fin to make it appear as though assets had been
09 pledged exclusively to Leadenhall when they had not?
10         MR. MCCARTHY:  Objection to the form.
11    A.   I will invoke the fifth, please.
12 BY MR. DONOVAN:
13    Q.   Did the A-Cap -- strike that. Did A-Cap and
14 the 777 entity Defendants engage in sham restructuring
15 negotiations with Leadenhall in 2024 to avoid bringing
16 the fraud to light?
17         MR. MCCARTHY:  Objection to the form.
18    A.   I will invoke the fifth, please.
19 BY MR. DONOVAN:
20    Q.   Do you remember ever seeing servicing notes in
21 the MP Fin system stating that assets pledged to
22 Leadenhall had been pledged to another lender?
23    A.   I will invoke the fifth, please.
24    Q.   Do you remember the accounting department ever
25 raising concerns to you that 777 Partners had pledged

---

**Page 57**

01 assets to Leadenhall that 777 Partners had never
02 purchased in the first place?
03         MR. MCCARTHY:  Objection to the form.
04    A.   I will invoke the fifth, please.
05 BY MR. DONOVAN:
06    Q.   Did the 777 entity Defendants knowingly double
07 pledge assets to Leadenhall?
08         MR. MCCARTHY:  Objection to the form.
09    A.   I will invoke the fifth, please.
10 BY MR. DONOVAN:
11    Q.   Did the 777 entity Defendants operating at the
12 direction of Kenneth King, Josh Wander and Steven Pasko
13 create fake records in 777 Partners computer systems?
14         MR. MCCARTHY:  Objection to the form.
15    A.   I will invoke the fifth, please.
16 BY MR. DONOVAN:
17    Q.   Did A-Cap and Kenneth King attempt to stop
18 Leadenhall from conducting an audit of its collateral in
19 2023 because A-Cap and King knew that the audit would
20 show that assets had been pledged to Leadenhall when
21 they were never purchased in the first place?
22         MR. MCCARTHY:  Objection to the form.
23    A.   I will invoke the fifth.
24 BY MR. DONOVAN:
25    Q.   Did the association in fact involving the 777

---

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 58..61

Page 58

01  entity Defendants, Josh Wander, Steven Pasko, A-Cap and
02  Kenneth King take steps to try to conceal the fraud from
03  Leadenhall?
04          MR. MCCARTHY:  Objection to the form.
05      A.  I will invoke the fifth, please.
06  BY MR. DONOVAN:
07      Q.  Was the Capital Markets Group at 777 Partners
08  responsible for preparing and issuing compliance reports
09  to Leadenhall?
10      A.  I will invoke the fifth, please.
11      Q.  Around March 2023, did you and Alex Adnani
12  begin reporting directly to A-Cap employees?
13      A.  I will invoke the fifth, please.
14      Q.  Did A-cap move into 777 Partners offices in
15  March 2023?
16          MR. MCCARTHY:  Objection to the form.
17      A.  I will invoke the fifth, please.
18  BY MR. DONOVAN:
19      Q.  Did A-Cap employees ever during your time at
20  777 Partners work out of 777 Partners offices?
21          MR. MCCARTHY:  Objection to the form.
22      A.  There were A-Cap individuals that worked at
23  our office when -- yeah, there were probably roughly in
24  that time but.
25  BY MR. DONOVAN:

Page 59

01      Q.  And what employees of A-Cap worked at 777
02  Partners offices?
03      A.  Carson McGuffin, it depends on who was in town
04  I guess.
05      Q.  All right.  So who other than Carson McGuffin,
06  do you remember working out of 777 Partner's offices?
07      A.  Mike Saliab, Kenny King, I don't really recall
08  all of their names.
09      Q.  What about Joe Gapman?
10      A.  I didn't -- I'm not sure that I saw her at the
11  time, but it's possible.
12      Q.  Around what time period did Kenneth King,
13  Carson McGuffin and Mike Saliab start working out of 777
14  Partners offices in Miami?
15      A.  I don't -- I'm not sure.  I don't recall.
16      Q.  Well, I had thought that you said that around
17  the time period early 2023, you recall Kenneth King,
18  Mike Saliab and Carson McGuffin working out of 777
19  Partner's offices in Miami, right?
20      A.  They were at our offices, yeah.
21      Q.  Yeah, and I'm just asking a time in question.
22  Was that around early 2023?
23          MR. MCCARTHY:  Objection to the form.
24      A.  I'm not entirely sure.
25  BY MR. DONOVAN:

Page 60

01      Q.  Well, was it before 2023?
02          MR. MCCARTHY:  Objection to the form.
03      A.  It was around that time, I guess, I'm not
04  entirely sure which month it was.
05  BY MR. DONOVAN:
06      Q.  All right.  Is it fair to say that around the
07  time period of late 2022 to early 2023, Kenneth King,
08  Mike Saliab and Carson McGuffin started working out of
09  777 Partners offices in Miami?
10          MR. MCCARTHY:  Objection to the form.
11      A.  I will invoke the fifth, please.
12  BY MR. DONOVAN:
13      Q.  Well, hold on.  So, I think you testified
14  already that Kenneth King, Mike Saliab and Carson
15  McGuffin were at some point working out of 777 Partners
16  offices in Miami, right?
17          MR. MCCARTHY:  Objection to the form.
18          MR. DONOVAN:  You can go ahead.
19      A.  I don't know exact timelines of, you know,
20  when certain people were in the office or not, so I
21  don't feel comfortable opining.
22  BY MR. DONOVAN:
23      Q.  I totally get that.  I'm just asking for the
24  approximate time period that you remember sitting here
25  today in which Kenneth King, Mike Saliab and Carson

Page 61

01  McGuffin began working out of 777 Partners offices in
02  Miami?
03          MR. MCCARTHY:  Objection to the form.
04      A.  It's tough to say because people came and gone
05  so I, you know, the term working I guess is, I'm not
06  really sure.
07  BY MR. DONOVAN:
08      Q.  All right.  I think you are --
09      A.  I work out of a different office every now and
10  then but that doesn't mean I'm, you know what I'm
11  saying.  I don't, so I don't know when you.
12      Q.  Yeah, I understand why my question could be
13  clearer.  I am asking when do you remember seeing
14  Kenneth King, Mike Saliab and Carson McGuffin at 777
15  Partners offices in Miami regularly?
16      A.  I'm not entirely sure, I mean, they -- it
17  wasn't -- I'm not sure when I saw all of them there
18  regularly.
19      Q.  All right.
20      A.  I don't know where to timeline that.
21      Q.  All right.  So, why don't we just go one by
22  one then.  Do you -- withdrawn.  When do you recall
23  seeing Carson McGuffin at 777 Partners offices in Miami
24  regularly?
25      A.  I think he went between North Carolina and

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 62..65

Page 62

01  Miami elsewhere, so I'm not really sure on a regular
02  basis when that would be.
03      Q.  Well, did Carson McGuffin based on your
04  understanding move from North Carolina to Miami at some
05  point?
06      A.  I believe he is still going back and forth.
07      Q.  Yeah.  And again, I'm just asking like a rough
08  timing question.  Given your testimony that you remember
09  seeing Carson McGuffin in 777 Partner's offices, I'm
10  asking just around what time period do you remember
11  regularly seeing Carson McGuffin at 777 Partners offices
12  in Miami?
13          MR. MCCARTHY:  Objection to the form.
14      A.  I don't really -- I'm not really entirely
15  sure.
16  BY MR. DONOVAN:
17      Q.  Do you have any understanding of approximately
18  when you started seeing Carson McGuffin regularly at 777
19  Partners offices in Miami?
20          MR. MCCARTHY:  Objection to the form.
21      A.  I don't remember.
22  BY MR. DONOVAN:
23      Q.  Do you have any understanding of when --
24  withdrawn.  Approximately, when or during what time
25  period do you remember seeing Mike Saliab at 777

Page 63

01  Partners offices in Miami?
02      A.  I don't remember the last time I saw him at
03  the office.
04      Q.  I'm asking approximately when do you remember
05  starting to see Mike Saliab at 777 Partners offices in
06  Miami?
07      A.  Early 2023 maybe.
08      Q.  And do you remember seeing Kenneth King, Mike
09  Saliab and Carson McGuffin regularly at 777 Partners
10  offices in Miami around the period early 2023?
11          MR. MCCARTHY:  Objection to the form.
12      A.  Just trying to think back.  I don't remember.
13  BY MR. DONOVAN:
14      Q.  Did triple -- withdrawn.  Were Carson McGuffin
15  -- withdrawn again.  Was Carson McGuffin's name on a
16  door?
17      A.  Not to my knowledge.
18          MR. MCCARTHY:  Objection to form.
19  BY MR. DONOVAN:
20      Q.  Did Carson McGuffin have an office that he
21  regularly worked out of at 777 Partners offices?
22      A.  I think there was a space where he would work
23  in the office when he was in town.
24      Q.  What floor of the office was that on?
25      A.  Well, the floor was the 19th floor for

Page 64

01  everyone.
02      Q.  And did Kenneth King and Mike Saliab work on
03  the 19th floor as well?
04      A.  When they were in Miami.
05      Q.  Did there come a time when Kenneth King, Mike
06  Saliab and Carson McGuffin stopped working out of 777
07  Partners offices in Miami?
08      A.  I am not really sure when that would have
09  been.  They, you know, when they were in town to visit,
10  they would be in our office, I don't know if or when
11  that stopped.
12      Q.  Sure.  I understand what you are saying.  I
13  think you are saying, look, they weren't in the office
14  every single day.  I think -- I understand your answer
15  on that.  I'm just asking like a time period question.
16          Understanding that you are saying that they
17  may not have been in the office every day, what time
18  period approximately were Kenneth King, Carson McGuffin
19  and Mike Saliab working out of the 777 Partner's offices
20  from start to finish?
21      A.  I don't really know how to answer that.
22      Q.  Do you not know how to answer that because
23  they weren't working out of the offices every day?
24          MR. MCCARTHY:  Objection to the form.
25      A.  I just wasn't keeping tabs on all of them

Page 65

01  every single day so.
02  BY MR. DONOVAN:
03      Q.  I see.  Let me try it like this.
04          Approximately, when was the first time you
05  remember seeing Kenneth King, Carson McGuffin or Mike
06  Saliab working out of 777 Partners offices in Miami?
07      A.  I have no idea.
08      Q.  No idea whatsoever?
09      A.  When the first time they ever came to the
10  office maybe 2020.
11      Q.  Sure.  I guess that's fair.  I am saying --
12  so, I'm not asking when was the first time they ever
13  showed up these visitors, I'm asking approximately when
14  was the first time you remember seeing Carson McGuffin,
15  Mike Saliab or Kenneth King working out of the 777
16  Partners offices in Miami?
17          MR. MCCARTHY:  Object to form.
18      A.  I'm not sure.
19  BY MR. DONOVAN:
20      Q.  What role did A-Cap play in issuing compliance
21  reports to Leadenhall?
22          MR. MCCARTHY:  Object to form.
23      A.  I'll invoke the fifth, please.
24  BY MR. DONOVAN:
25      Q.  Do you know approximately when the 777 entity

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Page 66

01 defendants stop issuing compliance reports to
02 Leadenhall?
03         MR. MCCARTHY: Objection to the form.
04     A.  I'll invoke the fifth, please.
05 BY MR. DONOVAN:
06     Q.  Did A-Cap know that the 777 entity defendants
07 were issuing false compliance reports to Leadenhall
08 after they started working out of 777 Partners Offices
09 in early 2023?
10         MR. MCCARTHY: Object to form.
11     A.  I'll invoke the fifth, please.
12 BY MR. DONOVAN:
13     Q.  Did A-Cap and Kenneth King know that the 777
14 entity defendants were issuing false compliance reports
15 to Leadenhall prior to 2023?
16         MR. MCCARTHY: Object to the form.
17     A.  I'll invoke the fifth, please.
18 BY MR. DONOVAN:
19     Q.  Prior to -- well, let me ask this.  Did there
20 come a time when Josh Wander and Steven Pasko resigned
21 as managers of 777 Partners and 600 Partners?
22     A.  I believe so, yes.
23     Q.  Do you remember when they resigned as managers
24 of 777 Partners and 600 Partners?
25     A.  I would assume when B. Riley was engaged as

Page 67

01 construction adviser.
02     Q.  Do you know why Josh Wander and Steven Pasko
03 resigned as managers of 777 Partners and 600 Partners?
04     A.  I'll invoke the fifth, please.
05     Q.  Do you know whether A-Cap and Kenneth King
06 forced Josh Wander and Steven Pasko to resign as
07 managers of 777 Partners and 600 Partners?
08     A.  I'll invoke the fifth, please.
09     Q.  Prior to May 2024, did Josh Wander and Steven
10 Pasko exercise complete control over 777 Partners and
11 600 Partners?
12         MR. MCCARTHY: Objection to the form.
13     A.  I'll invoke the fifth, please.
14 BY MR. DONOVAN:
15     Q.  Prior to May 2024, would you agree with me
16 that Kenneth King control Josh Wander and Steven Pasko's
17 actions?
18         MR. MCCARTHY: Objection to the form.
19     A.  I'll invoke the fifth, please.
20 BY MR. DONOVAN:
21     Q.  How would you describe Kenneth King?
22     A.  I don't really know him that well, but he's
23 -- it's been -- I didn't have a ton of interaction with
24 him, so I'm not really sure how to describe him other
25 than who he works for.

Page 68

01     Q.  Does he have a reputation for being imposing?
02     A.  He's a tall guy.
03     Q.  Sure.  Outside of his height, does he have a
04 reputation for being imposing?
05         MR. MCCARTHY: Objection to the form.
06     A.  I'm not really sure.
07 BY MR. DONOVAN:
08     Q.  Do you think Josh Wander was scared of Kenneth
09 King?
10     A.  I'm not sure.
11     Q.  Do you think Steven Pasko was scared of
12 Kenneth King?
13     A.  I'm not sure.
14     Q.  Prior to May 2024 were 777 Partners and 600
15 Partners mere instrumentalities of Josh Wander and
16 Steven Pasko?
17         MR. MCCARTHY: Objection to the form.
18     A.  What do you mean?
19 BY MR. DONOVAN:
20     Q.  Sorry, are you asking what do I mean?
21     A.  Yeah.  Like, I'm --
22     Q.  Sure.
23     A.  -- sorry, could you repeat.
24     Q.  Yeah.
25     A.  Your entities you said.

Page 69

01     Q.  Sure.  So, when I say an instrumentality do
02 you know what I mean?
03     A.  Yes.
04     Q.  Would you consider 777 Partners and 600
05 Partners instrumentalities of Josh Wander and Steven
06 Pasko?
07     A.  I guess.
08     Q.  Okay.  Is it fair to say that you agree with
09 me that 777 Partners and 600 Partners are
10 instrumentalities for Josh Wander and Steven Pasko?
11         MR. MCCARTHY: Objection to the form.
12     A.  As part owners of the business, yes.  I guess
13 that's --
14 BY MR. DONOVAN:
15     Q.  Do you believe that the fraud perpetrated by
16 Josh Wander and Steven Pasko through their
17 instrumentalities resulted in a loss of Leadenhall?
18     A.  I'll invoke the fifth, please.
19     Q.  How would you define the term insolvent?
20     A.  I'll invoke the fifth, please.
21     Q.  All right.  So, when I'm using the term
22 insolvent, what I mean is a company doesn't have the
23 money to meet its debt or financial obligations.  Is 777
24 Partners currently insolvent?
25     A.  I'll invoke the fifth, please.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 70..73

Page 70

01    Q.   Was 777 Partners insolvent over the May 2021
02    to May 2024 period?
03         MR. MCCARTHY:  Objection to the form.
04    A.   I'll invoke the fifth, please.
05    BY MR. DONOVAN:
06    Q.   Did Josh Wander and Steven Pasko use the
07    corporate funds of 777 Partners and 600 Partners for
08    personal use?
09         MR. MCCARTHY:  Objection to the form.
10    A.   I'll invoke the fifth, please.
11    BY MR. DONOVAN:
12    Q.   Have you ever been on 777 Partners private
13    jet?
14    A.   I'll invoke the fifth, please.
15    Q.   Well, do you understand that 777 Partners at
16    one period in time through its portfolio companies owned
17    or partially owned a private jet?
18    A.   Yes.
19    Q.   Did the jet have a name?
20    A.   Not to my knowledge.
21    Q.   Do you know whether Josh Wander and Steven
22    Pasko used the 777 Partners jet for personal use?
23    A.   I'm not sure.
24    Q.   Well, how about this.  Do you remember Josh
25    Wander and Steven Pasko using the corporate jet to ever

Page 71

01    go on vacations?
02    A.   I'm not sure that they would characterize it
03    as vacation, I guess.
04    Q.   What do you mean by that?
05    A.   That they're always working.
06    Q.   Yeah.  All right.  Have you ever gone on
07    vacation with Josh Wander?
08    A.   No.
09    Q.   No.  All right.  Does Josh Wander go on a
10    vacation a lot?
11         MR. MCCARTHY:  Objection to the form.
12    A.   I'm not sure what he would qualify or classify
13    vacation as.
14    BY MR. DONOVAN:
15    Q.   Do you know what Josh Wander's major assets
16    are?
17    A.   I have no idea.
18    Q.   He's got a penthouse apartment, right?
19    A.   Okay.  Yes, I've heard of that.
20    Q.   Yeah.  Have you ever been in his apartment?
21    A.   I have not.
22    Q.   Any other assets you remember?
23    A.   Cars, I guess.
24    Q.   What kind of cars does he have?
25    A.   I'm not sure what he has.

Page 72

01    Q.   You've never been in one of his cars before?
02    A.   Probably, I think it was like a Range Rover or
03    something.
04    Q.   I mean, he seems like the type of guy who'd
05    like a fancy car.  And so, what other cars does he have?
06    A.   I honestly don't know.
07         MR. MCCARTHY:  Objection to the form.
08         THE VIDEOGRAPHER:  Can we go off record for
09    media change?
10         MR. DONOVAN:  Sure.
11         THE VIDEOGRAPHER:  This ends Media 1 we're
12    going off the record, time is 03:21 P.M.
13         (Thereupon, a short discussion was held off
14    record.)
15         (Deposition resumed.)
16         THE VIDEOGRAPHER:  This begins Media 2 back on
17    record, the time is 03:22 P.M.
18    BY MR. DONOVAN:
19    Q.   Was there an overlap in ownership between 777
20    Partners and 600 Partners?
21         MR. MCCARTHY:  Objection to the form.
22    A.   Overlap in terms of the owners of the
23    businesses or?
24    BY MR. DONOVAN:
25    Q.   Yeah, let me try it again.  Do you know who

Page 73

01    the owners of 777 Partners are?
02    A.   I don't know all of the current owners of the
03    business, to be honest with you, but Josh and Steve are
04    two of those individuals.
05    Q.   Do you know of any other owners of 777
06    Partners outside of Josh Wander and Steven Pasko?
07    A.   No.
08    Q.   Are Josh Wander and Steven Pasko also the
09    owners of 600 Partners?
10    A.   I don't believe Josh is.
11    Q.   Are there, as far as you know, owners of 600
12    Partners other than Steven Pasko?
13    A.   I'm not really sure.
14    Q.   Well, is there an overlap in ownership,
15    officers, directors, and employees between 777 Partners
16    and 600 Partners?
17         MR. MCCARTHY:  Objection to the form.
18    A.   Is there an overlap of owners, directors?
19    Can you repeat the question one more time?
20    BY MR. DONOVAN:
21    Q.   Sure.  Would you say there is an overlap in
22    owners, officers, directors, and employees between 777
23    Partners and 600 Partners?
24    A.   Yes.
25    Q.   Can you confirm that 777 Partners and 600

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 74..77

Page 74

01  Partners had common office space with Josh?  Can you
02  confirm that 777 Partners and 600 Partners worked out of
03  the same office?
04      A.  Yes.
05      Q.  Did 777 Partners, 600 Partners, and other
06  entities within the 777 corporate system transact with
07  each other at arm's length?
08      A.  I'll invoke the fifth, sorry.
09      Q.  Did Josh Wander, Steven Pasko, 777 Partners,
10  and 600 Partners co-mingle corporate and professional -
11  - sorry, strike that.  Did 777 Partners, 600 Partners,
12  Josh Wander, and Steven Pasko co-mingle corporate and
13  personal funds?
14      MR. MCCARTHY:  Objection to the form.
15      A.  I'll invoke the fifth.
16  BY MR. DONOVAN:
17      Q.  Do you know whether 777 Partners and 600
18  Partners held regular board meetings?
19      A.  I think, yes, they used to.
20      Q.  Did 777 Partners and 600 Partners stop holding
21  regular board meetings around the late 2022 period?
22      A.  I don't recall.
23      Q.  So, when you said they used to hold regular
24  board meetings, what did you mean by that?
25      A.  That there were meetings with the board of

Page 75

01  directors, but I'm not privy as to when they stopped.
02      Q.  I see.
03      A.  I wasn't on the board.
04      Q.  All right.  So, is it fair to say that your
05  understanding is that 777 Partners and 600 Partners no
06  longer hold regular board meetings, but you're not sure
07  exactly when those board meetings stopped?
08      A.  To my knowledge now I don't think there's any
09  board meeting that's held or routine board meetings.
10      Q.  Right.  And I'm just asking, do you know when
11  approximately those regular board meetings stopped?
12      A.  I don't recall.
13      Q.  When I use the term corporate formalities, do
14  you know what I'm referring to?
15      A.  Sure, yes.
16      Q.  How would you -- what are some corporate
17  formalities that you would describe?
18      A.  I think a board meeting would be one.
19      Q.  What about like a financial report?
20      A.  Yes.
21      Q.  What about like minutes of a board meeting?
22      A.  Yes.
23      Q.  Did 777 Partners and 600 Partners regularly
24  exercise corporate formalities?
25      MR. MCCARTHY:  Objection to the form.

Page 76

01      A.  I think at some point they did, yes.  They
02  should have.
03  BY MR. DONOVAN:
04      Q.  Do you remember when 777 Partners and 600
05  Partners stopped exercising corporate formalities?
06      A.  I don't recall.
07      MR. MCCARTHY:  Objection to the form.
08  BY MR. DONOVAN:
09      Q.  Do you know whether 777 Partners and 600
10  Partners prepare annual financial statements?
11      A.  I'll invoke the fifth, please.
12      Q.  Well, do you know whether 777 Partners and 600
13  Partners have ever prepared a financial statement?
14      A.  Yes, I do.  Yes, they have.
15      Q.  What types of financial statements did 777
16  Partners and 600 Partners prepare?
17      A.  Audited annually and quarterly financials.
18      Q.  Do you remember who audited 777 Partners and
19  600 Partners quarterly and annual financial reports?
20      A.  I'd like to invoke the fifth, please.
21      Q.  Well -- okay.  Did 777 Partners and 600
22  Partners engage an auditing firm to audit its financial
23  statements?
24      MR. MCCARTHY:  Objection to the form.
25      A.  I'd like to the fifth, please.

Page 77

01  BY MR. DONOVAN:
02      Q.  All right.  Did the 777 entity defendants
03  routinely guarantee the debt obligations of affiliates
04  within the 777 corporate system?
05      MR. MCCARTHY:  Objection to the form.
06      A.  They did guarantee obligations, I don't know
07  if -- I don't want to make an opinion on routinely, so
08  there were guaranteed obligations.
09  BY MR. DONOVAN:
10      Q.  What's an example of debt obligation that a
11  777 Partners affiliate guaranteed for another affiliate?
12      A.  I'd like to take the fifth, please.
13      Q.  Did Josh Wander and Steven Pasko personally
14  guarantee the debt of the 777 entity defendants?
15      MR. MCCARTHY:  Objection to the form.
16      A.  I'll take the fifth, please.
17  BY MR. DONOVAN:
18      Q.  Do you know where Leadenhall $600,000,000
19  went?
20      MR. MCCARTHY:  Objection to the form.
21      A.  I'll take the fifth, please.
22  BY MR. DONOVAN:
23      Q.  Do you recall a time in which SuttonPark
24  Capital took in approximately $350,000,000 from
25  Leadenhall that it then transferred to 777 Partners?

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 78..81

Page 78

01          MR. MCCARTHY:  Objection to the form.
02      A.   I'll invoke the fifth, please.
03  BY MR. DONOVAN:
04      Q.   Well, can you answer any questions as to what
05  777 Partners and A-Cap did with the $600,000,000 in debt
06  funding provided by Leadenhall?
07          MR. MCCARTHY:  Objection to the form.
08      A.   I'll invoke the fifth, please.
09  BY MR. DONOVAN:
10      Q.   Did A-Cap and Kenny King control the
11  guarantors every move in inducing Leadenhall to provide
12  approximately $600,000,000 in debt funding to the 777
13  entity defendants?
14          MR. MCCARTHY:  Objection to the form.
15      A.   I'll invoke the fifth, please.
16  BY MR. DONOVAN:
17      Q.   Did A-Cap, the 777 Entity Defendants, Josh
18  Wander, Steven Pasko, and Kenneth King defraud
19  Leadenhall out of approximately $600,000,000?
20          MR. MCCARTHY:  Objection to the form.
21      A.   I'll invoke the fifth, please.
22  BY MR. DONOVAN:
23      Q.   Did the 777 entity defendants, Josh Wander,
24  Steven Pasko, Kenneth King, and A-Cap use hundreds of
25  millions of dollars provided by Leadenhall to try to buy

Page 79

01  professional football teams and airlines?
02          MR. MCCARTHY:  Objection to the form.
03      A.   I'll invoke the fifth, please.
04  BY MR. DONOVAN:
05      Q.   I'll ask one more question.  Is it fair to say
06  that 777 Partners is paying the attorney's fees for your
07  counsel?
08          MR. SLOMAN:  Objection, attorney-client
09          privilege and I'll instruct Mr. Bennett not to
10          answer the question.
11          MR. DONOVAN:  Well, so, I'm just asking a yes
12          or no, I'm not asking for any communications.
13          MR. SLOMAN:  Yeah, but I think the answer to
14          that may imply some type of communications that
15          we've had.  So, I think to be on the safe side, I'm
16          going to instruct him not to answer.
17          MR. DONOVAN:  That's fair.
18  BY MR. DONOVAN:
19      Q.   Are you paying for your counsel's attorney's
20  fees?
21          MR. SLOMAN:  You can answer that question.
22      A.   I'm not.
23          MR. DONOVAN:  Okay.  Nothing further from me.
24  Mr. Morlan.
25          MR. MORLAN, III:  Thank you.

Page 80

01          CROSS EXAMINATION
02  BY MR. MORLAN, III:
03      Q.   Mr. Bennett, my name is Hal Morlan.  I
04  represent Saiph Consulting LLC and Paul Kosinski in this
05  case.  Do you know who Saiph Consulting LLC is?
06      A.   I do.
07      Q.   Okay.  What is your understanding of who Saiph
08  Consulting LLC is and what they do?
09      A.   So, my understanding is that that's Paul
10  Kosinski's business -- consulting business.  In terms of
11  what they do, I think they provide consulting services
12  around financial reporting or servicing, things of that
13  nature.
14      Q.   And do you know who Paul Kosinski is?
15      A.   Yes.
16      Q.   Okay.  And how do you know Mr. Kosinski?
17      A.   Paul used to run SuttonPark Capital.
18      Q.   And did you have any occasion to interact with
19  Paul when he was working for SuttonPark Capital?
20      A.   Yes.
21      Q.   What type of interaction did you have with
22  Paul when he was working at SuttonPark Capital?
23      A.   Well, Paul actually hired me, so.  But I
24  started working with him probably in 2017 on a variety
25  of reporting capital markets type transactions.

Page 81

01      Q.   And did that continue your work with
02  Mr. Kosinski?  Did that continue through his departure
03  from SuttonPark in late 2020?
04      A.   To an extent, yeah.
05      Q.   Okay.  During that time period, how often
06  would you speak with Mr. Kosinski?
07      A.   I mean, in the final few years of his time
08  there, occasionally, towards the beginning part of that
09  timeline that was much more frequent.
10      Q.   Okay.  So, for the part of the timeline that
11  it was much more frequent, how long would you say that
12  part of the timeline was?
13      A.   Probably from 2017 to 2019.
14      Q.   So, it would be fair to say that during that
15  time period you got to know Mr. Kosinski pretty well?
16      A.   Yeah, I'd say so.
17      Q.   During that time period where you were
18  routinely interacting with Mr. Kosinski, did
19  Mr. Kosinski ever ask you to do anything that you felt
20  was improper?
21      A.   Not to my knowledge, no.  Or my recollection,
22  I should say.
23      Q.   And do you know of that -- or have any
24  information about any allegations that Mr. Kosinski has
25  ever done anything improper in a business context?

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 82..85

Page 82

01        MR. MCCARTHY:  Objection to the form.
02    A.    Not to my knowledge.
03 BY MR. MORLAN, III:
04    Q.    And were you aware that Leadenhall retained
05 Saiph Consulting to perform a collateral audit that's
06 the subject of this litigation?
07    A.    Yes.
08    Q.    And so, when I say collateral audit or the
09 collateral audit that's the subject of this litigation,
10 I'll be referring to that particular collateral audit
11 where Leadenhall hired Saiph Consulting to perform the
12 collateral audit we were just talking about so just for
13 sake of clarity I just wanted to make sure that that was
14 clear.  Does that make sense?
15    A.    Yes.
16    Q.    Okay.  And when did you find out that
17 Leadenhall had hired Mr. -- sorry.  Had hired Saiph
18 Consulting to perform the collateral audit?
19    A.    I don't really recall.
20    Q.    Was there anyone else that you recall
21 performing collateral audits during 2023 or 2024 besides
22 Saiph Consulting?
23    A.    Yes.
24    Q.    And who were those other entities?
25    A.    CBIZ.

Page 83

01    Q.    Anyone else?
02    A.    I don't recall.
03    Q.    Okay.  And was CBIZ the firm that was actually
04 performing the collateral audit?
05    A.    Yes.
06    Q.    And for the collateral audit that CBIZ
07 performed, do you know on whose behalf that was
08 performed for?
09    A.    In terms of which 777 entity or?
10    Q.    No, no.  Which creditor or --
11    A.    Leadenhall.
12    Q.    Who hired CBIZ in other words?
13    A.    Leadenhall.
14    Q.    Okay.  And did that particular collateral
15 audit relate to something other than structured
16 settlement receivables?
17        MR. MCCARTHY:  Objection to the form.
18    A.    Yes.
19 BY MR. MORLAN, III:
20    Q.    What did the CBIZ collateral audit relate to?
21    A.    The SML 4 facility.
22    Q.    And what were the assets, just generally
23 speaking, like categories involved in the SML 4
24 facility?
25    A.    Medical lien receivables.

Page 84

01    Q.    All right.  And then as far as the Saiph
02 Consulting collateral audit, was that just dealing with
03 structured settlement receivables?
04    A.    To my knowledge, yes, I believe so.
05    Q.    And when did the CBIZ collateral audit start?
06    A.    I don't recall exactly, but I want to say
07 June 2024.
08    Q.    And when did the Saiph Consulting collateral
09 audit start?
10    A.    I think around the same time.
11    Q.    Were you aware that Leadenhall or someone on
12 its behalf reached out to SuttonPark or 777 in June or
13 July of 2023 regarding conducting audits of its
14 collateral?
15        MR. MCCARTHY:  Objection to the form.
16    A.    I'll invoke the fifth, please.
17 BY MR. MORLAN, III:
18    Q.    Prior to Saiph Consulting's collateral audit,
19 were you assigned any particular role with respect to
20 the collateral audit?
21    A.    I was not involved in the diligence meeting.
22    Q.    I'm sorry?
23    A.    I was not involved in the actual site visit.
24    Q.    Okay.  So, were you involved prior to the site
25 visit?

Page 85

01    A.    I was made aware of it, yes.
02    Q.    And who made you aware of it?
03    A.    I don't recall if it was Leadenhall or Paul or
04 someone internally.
05    Q.    And were you aware that you had been
06 designated as someone who Paul could speak to regarding
07 information about the collateral audit that Saiph was
08 performing?
09        MR. MCCARTHY:  Objection to the form.
10    A.    I'll invoke the fifth, please.
11 BY MR. MORLAN, III:
12    Q.    Did you provide any information to Paul
13 Kosinski in connection with the collateral audit that
14 Saiph performed that we've been discussing?
15    A.    I don't recall providing anything to Paul, no.
16    Q.    And do you recall Paul reaching out to you
17 sometime in May or June seeking information related to
18 the collateral audit that Saiph was performing?
19    A.    I recall that he texted me, yes.
20    Q.    What did Mr. Kosinski text you?
21    A.    I think he was asking if I was going to be in
22 the Boca office that day.
23    Q.    And do you recall when he sent that text?
24    A.    I think it was the day he was there.
25    Q.    And did you respond to that text?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025                    Pages 86..89

Page 86

01      A.   I don't believe I did, no.
02      Q.   Why not?
03      A.   I think I was tied up in meetings and then
04   forgot to respond to him, but I wasn't going to be able
05   to be in Boca that same day of.
06      Q.   I'm sorry, I didn't hear the last part of your
07   answer.
08      A.   I'm sorry.  It's my -- I was -- I was just
09   saying I was in a meetings throughout the day and then I
10   wasn't going to be able to be in Boca physically that
11   day.
12      Q.   Did you have any other communications with
13   Mr. Kosinski around that time period?
14      A.   I don't believe so, unless it was over e-
15   mail, but I don't think we did.
16      Q.   So, as you sit here today, do you recall
17   providing Mr. Kosinski with any information in
18   connection with the audit that was being performed by
19   Saiph?
20      A.   I can't recall, but my recollection is I did.
21           It was mainly the SuttonPark Servicing team
22   that was assisting him.
23      Q.   Okay.  And who would be on that SuttonPark
24   Servicing team?
25      A.   I think Percy Forde, Tanveer.  It's tough to

Page 87

01   say, I forget who was there, who's since departed.
02           Maybe Perlita.  I don't know all these
03   individuals' last names, but.
04      Q.   That's okay.  Anyone else besides Percy,
05   Tanveer, and Perlita?
06      A.   Aaron Gornstein (phonetic) maybe.
07      Q.   Who?
08      A.   Aaron Gornstein maybe.
09      Q.   Aaron Gornstein.  Okay.  How about Karen
10   Gordet (phonetic)?
11      A.   Yeah, she may have -- she probably did help.
12      Q.   And who is Aaron Gornstein?
13      A.   I don't know what his title is or was, but he
14   was part of the, I guess, underwriting originating team
15   at SuttonPark.
16      Q.   So, just to get kind of a 50,000 foot
17   understanding of what that means, is that, like -- when
18   you say underwriting, would that mean like evaluating
19   the structural settlement assets that came in from
20   originators?  Is that kind of what you mean or?
21           MR. MCCARTHY:  Objection to the form.
22      A.   I'm not entirely sure what his particular role
23   entailed.  I just knew he was someone that would assist
24   with that area of the business as well as, you know,
25   site visits such as this.

Page 88

01   BY MR. MORLAN, III:
02      Q.   Okay.  Well, can you give me just like a
03   simple understanding of what you mean when you say
04   underwriting the structured settlements from the
05   originators?
06      A.   I think he was -- you know, he was within --
07   he operated within the MP FIN database likely.
08      Q.   Okay.
09      A.   So, what -- you know, the criteria for
10   originating new -- settlements or the servicing process.
11   I didn't have much involvement with him, so I'm not
12   entirely sure what he --
13      Q.   Okay.  And I'm not as up on all the details on
14   this as Leadenhall and they've got some other issues
15   that don't necessarily relate to my clients, but can you
16   just tell me like a very brief description of what the
17   MP FIN database is?
18      A.   I'll invoke the fifth, please.
19      Q.   Is the MP FIN database something that you use
20   during the course and scope of your duties at 777?
21      A.   I'll invoke the fifth, please.
22      Q.   What information is in the MP FIN database?
23      A.   I'll invoke the fifth, please.
24      Q.   Do you know whether Saiph reviewed information
25   in the MP FIN database as part of the collateral audit

Page 89

01   that Saiph Consulting was performing for Leadenhall?
02      A.   I believe so, yes.
03      Q.   And why would somebody performing a collateral
04   audit for Leadenhall be looking in the MP FIN database
05   for information?
06           MR. MCCARTHY:  Objection to the form.
07      A.   I'll invoke the fifth, please.
08   BY MR. MORLAN, III:
09      Q.   Do you know whether 777 Partners kept -- made
10   backup copies of the MP FIN database information?
11      A.   I'll invoke the fifth, please.
12      Q.   Do you know as you sit here today whether or
13   not there are any problems anyone at 777 is having with
14   using the MP FIN database on a day-to-day basis?
15      A.   I don't have any -- not to my understanding.
16      Q.   And you're aware that the -- you know what a
17   complaint is in a lawsuit, right?  The document that,
18   sort of, gets things started and states the Plaintiff's
19   claim?  Does that sound familiar?
20      A.   Um-hum.  Yes, I'm sorry.
21      Q.   Okay.  And I'm not asking you specifically
22   what you know about the allegations, but just whether or
23   not you're aware that in the operative complaint in this
24   action, this lawsuit that we're here on today, there's
25   some allegations regarding Noah Davis making some

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 90..93

Page 90

01 unauthorized computer intrusions, as well as one
02 unauthorized physical intrusion at SuttonPark's offices.
03 Were you aware of that?
04      A.   Yes, I was.
05      Q.   And sitting here today, do you have any reason
06 to believe that Paul Kosinski was in any way responsible
07 for the intrusions that 777 has alleged against Noah
08 Davis?
09           MR. MCCARTHY:  Objection to the form.
10      A.   I'm not sure.  I wouldn't know.
11 BY MR. MORLAN, III:
12      Q.   Okay.  So, just to clarify, since we got an
13 objection.  When I'm saying intrusions, I'm referring to
14 the allegations we just talked about in the complaint
15 wherein the plaintiffs alleged that Noah Davis made some
16 unauthorized computer intrusions and an unauthorized
17 physical intrusion.  Is that sufficiently clear?  Do you
18 understand what I'm saying?
19      A.   Yes.
20           MR. MCCARTHY:  Objection to the form.
21 BY MR. MORLAN, III:
22      Q.   I couldn't hear over the objection.  You say
23 yes?
24      A.   Yes.
25      Q.   Okay.  All right.  So, with respect to the

Page 91

01 alleged computer intrusions, are you aware of any
02 evidence or information that Paul Kosinski had anything
03 to do with the alleged computer intrusions?
04      A.   Not that I'm aware of.
05      Q.   And same question with respect to anyone else
06 at Saiph, are you aware of any evidence or information
07 that anyone else at Saiph besides Mr. Kosinski had
08 anything to do with the alleged computer intrusions?
09      A.   Not to my knowledge, no.
10      Q.   And with respect to the unauthorized physical
11 intrusion at SuttonPark's offices, are you aware of any
12 evidence or information that would suggest that
13 Mr. Kosinski had anything to do with that physical
14 intrusion?
15      A.   Not to my knowledge, no.
16      Q.   And with respect to that same unauthorized
17 physical intrusion, are you aware of any evidence or
18 information that anyone else from Saiph Consulting had
19 anything to do with that physical intrusion?
20           MR. MCCARTHY:  Objection to the form.
21      A.   Not to my knowledge, no.
22 BY MR. MORLAN, III:
23      Q.   Based on your knowledge and experience in
24 working with Mr. Kosinski, as you described earlier, do
25 you have any reason to believe that Mr. Kosinski would

Page 92

01 ever seek to illegally obtain information from 777 or
02 SuttonPark's computer systems?
03      A.   Not to my knowledge, no.
04      Q.   Are you aware of any allegations outside of
05 this lawsuit that have ever been made against
06 Mr. Kosinski that would reflect negatively on his
07 character or trustworthiness?
08      A.   Not to my knowledge.
09      Q.   Do you ever recall in your time at SuttonPark
10 or 777 Partners, anybody saying anything negative about
11 Mr. Kosinski?
12      A.   I can't -- nothing comes to mind immediately.
13      Q.   Do you have any information about why 777
14 Partners would object to Mr. Kosinski being involved in
15 a collateral audit on behalf of Leadenhall?
16      A.   I'll invoke the fifth, please.
17      Q.   Do you have any information as to why 777
18 Partners would have any objection to Saiph performing a
19 collateral audit on behalf of Leadenhall?
20      A.   I'll invoke the fifth, please.
21      Q.   Were you asked to collect and provide
22 documents to anyone in connection with this litigation?
23      A.   What do you mean by that?
24      Q.   Did anyone ask you to look through your e-
25 mails or text messages or files for any documents or

Page 93

01 communications or anything that would need to be
02 produced in this litigation?
03           MR. SLOMAN:  Sorry.  Jeff Sloman here on
04      behalf of Nick Bennett.  Everything that
05      Mr. Bennett had is on the company's servers and his
06      phone is also property of the company.  So,
07      everything that Mr. Bennett has has been -- has --
08      is in the possession of 777 Partners.
09 BY MR. MORLAN, III:
10      Q.   Okay.  So, just my question is still there.
11      I'm not suggesting you did anything wrong or
12 even that I've asked for it, but I'm just asking whether
13 or not anybody asked you to look for or collect any
14 documents in connection with this litigation.
15           MR. SLOMAN:  Again, let me answer that
16      question.  I instructed Mr. Bennett, there was a
17      request and my response to, I forget whoever
18      requested that of Mr. Bennett, was that everything
19      Mr. Bennett has, has been turned over to the
20      company -- is in the possession of the company.
21      It's always been in possession of the company.
22           MR. MORLAN, III:  Okay.
23           MR. SLOMAN:  So, he did not --
24           MR. MORLAN, III:  So, other than --
25           MR. SLOMAN:  So, I instruct -- so, to be

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025    Pages 94..97

Page 94

01    clear, I instructed him not to conduct any further
02    searches pursuant to any request associated with
03    this litigation.  It's all in the possession of the
04    company.
05  BY MR. MORLAN, III:
06    Q.   Okay.  So, other than any discussions you had
07  with your attorney, did anyone ask you to search for any
08  documents related to this litigation?
09    A.   Not that I can recall.
10    Q.   And the phone that was just mentioned, did you
11  turn that back into 777 permanently, or have they
12  returned it back to you?
13        MR. MCCARTHY:  Objection to the form.
14  BY MR. MORLAN, III:
15    Q.   You can answer.
16    A.   Yeah.  I have -- it's -- I have my phone.
17  Yeah.
18    Q.   So, do you have your phone with you today?
19    A.   Yes, I do.
20    Q.   Okay.  And that phone that you have with you
21  today, that's the phone that 777 provided you with for
22  business purposes.  Is that correct?
23    A.   It's my -- it's a personal phone.  That's
24  my--
25    Q.   Does 777 pay the bills for --

Page 95

01    A.   Yeah.
02    Q.   -- the phone that you have with you today?
03    A.   They pay all employees a cell phone
04  reimbursement of each month.
05    Q.   Other than the phone that you have with you
06  today, are there any other cell phones that 777 has
07  either paid for or provided for your use?
08    A.   No.
09    Q.   And did I understand correctly that you
10  provided your -- the phone that you have with you now
11  for some period of time that you provided that to 777
12  for purposes of this litigation?
13        MR. MCCARTHY:  Objection to the form.
14    A.   I don't know whether it was for purposes of
15  this litigation or something else.
16  BY MR. MORLAN, III:
17    Q.   Have you provided your cell phone to 777 for
18  any purpose in the last month?
19    A.   Not to my knowledge.
20    Q.   When did you provide -- last provide your cell
21  phone to 777?
22    A.   I think around June.
23    Q.   So, when you say June, do you mean June 2024?
24    A.   Yes.
25    Q.   And what was the purpose of providing your

Page 96

01  cell phone to 777 in June 2024?
02    A.   I'd like to invoke the fifth, please.
03    Q.   So, is June 2024, that's the most recent time
04  that you provided your cell phone to 777 Partners.  Is
05  that correct?
06    A.   Yes.
07    Q.   And when you provided your cell phone to 777
08  Partners in June of 2024, did they return it to you?
09    A.   Yes.
10    Q.   Had anything been modified on your phone when
11  it was returned to you?
12    A.   Not to my knowledge.
13    Q.   And did they return to you the same model
14  number, serial number, device, et cetera that you had
15  provided to them to your knowledge?
16    A.   I never checked the serial number.  But yes,
17  to my knowledge, it was the same phone.
18    Q.   And did it appear to have all of the
19  information that was on it when you gave it to them?
20    A.   Yes.
21    Q.   And other than in June 2024, had 777 ever
22  requested you to provide them with your phone?
23    A.   No.
24    Q.   Has any information been deleted from your
25  phone since June 2024?

Page 97

01    A.   Not to my knowledge, no.
02    Q.   Do you routinely delete your text messages?
03    A.   I mean, it depends, I guess.
04    Q.   Okay.  What does it depend on?
05    A.   Like spam text and things of that nature.
06    Q.   Have you ever deleted any text messages from
07  your phone related to any of the work you've done for
08  777?
09    A.   Not to my knowledge, no.
10    Q.   And have you sent or received text messages
11  from your phone that pertain to work you've done for 777
12  Partners?
13    A.   Yes.
14    Q.   Have you ever communicated regarding the
15  subject matter of this litigation using the phone you
16  presently have in your possession?
17        MR. MCCARTHY:  Objection to the form.
18    A.   I'll take the fifth, please.
19  BY MR. MORLAN, III:
20    Q.   How well do you know Noah Davis?
21    A.   Not very well.
22    Q.   Have you ever spoken with him before?
23    A.   I have.
24    Q.   What did you speak to Mr. Davis about?
25    A.   IT issues or, you know, something to that

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Page 98

01  effect over the years.
02      Q.  Do you remember an issue that came up in June
03  of 2024 that had something to do with needing
04  information just in order to switch lockbox accounts?
05  Does that sound familiar?
06      A.  With Noah?
07      Q.  With Noah or with anybody?
08      A.  Not with Noah, but I -- yeah.  I recall there
09  being a point in time when there's a change in
10  lockboxes.
11      Q.  And were you aware that initially B. Riley had
12  asked Paul Kosinski at Saiph whether they could help
13  find some data to assist with the -- with that lockbox
14  transition issue?
15          MR. MCCARTHY:  Objection to the form.
16      A.  I don't recall that happening, but --
17  BY MR. MORLAN, III:
18      Q.  Were you ever asked to help locate data in the
19  context of assisting with that lockbox transition issue?
20      A.  I'm not sure.
21      Q.  Well, if I represent to you that my
22  understanding is that in order to switch bank accounts
23  for these -- for one or more lockbox accounts, B. Riley
24  was looking to get payee information, which apparently
25  was necessary to open some new accounts.  Does that

Page 99

01  refresh your recollection at all?  Does that sound
02  correct?
03          MR. MCCARTHY:  Objection to the form.
04      A.  I'm not quite sure, to be honest.
05  BY MR. MORLAN, III:
06      Q.  Well, do you remember ever providing around
07  June of 2024, some information regarding payees or other
08  information to help facilitate that transition?
09          MR. MCCARTHY:  Objection to the form.
10      A.  I don't remember.  When you say payee, you're
11  say -- referring to, like, an insurance company?
12  BY MR. MORLAN, III:
13      Q.  Yes.  I believe that would be the -- well,
14  what's -- can you just give me, like, a brief overview
15  of how these lockbox accounts work so I don't take too
16  much time asking these questions?  Maybe we could short
17  circuit it that way.
18          MR. MCCARTHY:  Objection to the form.
19      A.  I'm not the, you know, most seasoned servicing
20  person over here.  However, service settlement checks
21  will be sent by insurance companies or the pay orders to
22  lockboxes that are dedicated to certain SPVs.
23  BY MR. MORLAN, III:
24      Q.  Okay.  And SPV there is a special purpose
25  vehicle?

Page 100

01      A.  Yeah.  Sorry.
02      Q.  Okay.  And so, in that instance, the insurance
03  company would be the pay order, I think you just said,
04  correct?
05      A.  Yeah.
06      Q.  All right.  And then, the payee, who would be the
07  payee be for those checks or the payees would be for
08  those checks?
09      A.  The -- I mean, in that scenario, it's really
10  the SPV that owns the lockbox.
11      Q.  So, in order for these lockbox accounts to
12  work right, the bank needs to know the names of the
13  SPVs.  Is that right?
14          MR. MCCARTHY:  Objection to the form.
15      A.  Yes.  Or the insurance company does.
16          MR. SLOMAN:  Can we take a two-minute break
17  for the bathroom?
18          MR. MORLAN, III:  Sure.
19          MR. SLOMAN:  Thanks.
20          THE VIDEOGRAPHER:  We're going off the record.
21  The time is 04:20  P.M.
22          (Thereupon, a short discussion was held off
23  record.)
24          (Deposition resumed.)
25          THE VIDEOGRAPHER:  We are back on the record.

Page 101

01  The time is 04:30  P.M.
02  BY MR. MORLAN, III:
03      Q.  Okay.  Mr. Bennett, I think before we took a
04  break, we were talking briefly about an issue with
05  lockboxes and payors and payees.  Do you recall that?
06      A.  Yes.
07      Q.  Okay.  Did you have a conversation about that
08  or any issues in this case with anybody while we're on
09  break?
10          MR. SLOMAN:  Objection, attorney-client
11  privilege.  Instruct the Witness not to answer.
12          MR. MORLAN, III:  Okay.  Counsel, was that --
13  are you representing that conversation was for
14  purposes of determining whether a privilege
15  applied?
16          MR. SLOMAN:  Whatever we discussed is
17  privileged.
18          MR. MORLAN, III:  Okay.  While the deposition
19  of the witness is ongoing?
20          MR. SLOMAN:  Yes.
21          MR. MORLAN, III:  Well, I'm not asking for the
22  substance of what was discussed, but was anything
23  discussed other than whether or not to invoke a
24  privilege?
25          MR. SLOMAN:  Was anything else discussed


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025         Pages 102..105

Page 102

01  between my client and me?
02      MR. MORLAN, III:  Yes.
03      MR. SLOMAN:  That would be attorney-client
04  privilege.  So, anything about our conversation is
05  privileged, and I will instruct him not to answer
06  the question.
07      MR. MORLAN, III:  Okay.  But I'm just asking
08  you to confirm with me if you can, whether or not
09  the conversations that you're claiming privilege on
10  during a deposition of this Witness had anything to
11  do with anything besides whether or not to invoke a
12  privilege.
13      MR. SLOMAN:  Yes.
14      MR. MORLAN, III:  Okay.  And are you
15  instructing the Witness not to answer any questions
16  as to any conversations he had with you on break
17  from this deposition that did not involve whether
18  or not to assert a privilege?
19      MR. SLOMAN:  Yes.  I think that anything that
20  we just -- let me just get my microphone.  I think
21  anything we discussed is privileged because it's in
22  the context of my representation of him.  And
23  whether it involves something other than your
24  questions is, you know, could be construed as being
25  related to the question.

Page 103

01      So, it's hard to -- it's hard to answer your
02  question whether anything that is unrelated may in
03  fact be tangentially related.
04      MR. MORLAN, III:  I'm not sure I understand
05  what you just said.  But I believe your position is
06  that whatever you and he talked about, regardless
07  of whether or not it relates to the invocation of a
08  privilege is attorney-client privilege.  And you're
09  instructing him not to answer any further questions
10  about that.  Is that correct?
11      MR. SLOMAN:  I'm instructing him not to answer
12  any questions concerning our discussions while we
13  were on break.
14      MR. MORLAN, III:  Okay.  But my understanding
15  is that you represented earlier that those
16  discussions were not confined strictly to whether
17  or not to assert a privilege.
18      MR. SLOMAN:  That's right.  I asked him
19  whether he had to go to the bathroom too.  So, that
20  was a conversation that we had as well.
21      MR. MORLAN, III:  Okay.  Well, what -- were
22  there -- was there any other aspect of -- any
23  conversation pertaining to the subject matter of
24  this deposition that didn't involve whether or not
25  to assert a privilege?

Page 104

01      MR. SLOMAN:  There was not -- I'm not going to
02  answer any questions about our conversation other
03  than I ask -- asking him whether he had to go to
04  the bathroom.
05      MR. MORLAN, III:  Okay.  Well, is that the --
06  was that the sole content of your conversation?
07      MR. SLOMAN:  I'm not going to answer that
08  question.  Our conversation is privileged.  Our
09  conversations at the break are privileged.  He's
10  not a party to this litigation.  He's a witness.
11      And he and I are permitted to discuss whatever
12  we want under the client -- under the umbrella of
13  an attorney-client privilege before, during, or
14  after this deposition.
15      MR. MORLAN, III:  Okay.  Well, I disagree with
16  you.  That's not the rule that I'm familiar with.
17      MR. SLOMAN:  Okay.
18      MR. MORLAN, III:  Your position is noted and
19  so is mine.  And we may or may not need to pursue
20  it.  But I don't think that it is proper for anyone
21  to have a discussion with a witness in a
22  deposition, party or not, for any purposes related
23  to their testimony other than to discuss whether or
24  not to invoke a privilege, whether that's
25  attorney-client privilege or privilege against

Page 105

01  self-incrimination.
02      So, that is my position.  And to the extent
03  that you're instructing him not to answer questions
04  about things that didn't involve that, I believe
05  that's a violation of the rules.  And so, I just
06  wanted to give you an opportunity, if you would
07  like to correct that.
08      MR. SLOMAN:  No.
09      MR. MORLAN, III:  Okay.
10      MR. DONOVAN:  Can I just say --
11      MR. MORLAN, III:  So, --
12      MR. DONOVAN:  I do think -- Mr. Morlan, I just
13  want to make one thing clear.  I do believe his
14  testimony is that he is employed currently by a
15  party to the litigation.
16      MR. MORLAN, III:  That's a good point too.
17      Counsel, are you aware that Mr. Bennett was
18  designated by the Court as a party witness
19  susceptible to deposition under 30(b)(1) notice?
20      MR. SLOMAN:  Yes.
21      MR. MORLAN, III:  Okay.  Does that change your
22  position at all as to the discoverability of any
23  conversations had during his deposition?
24      MR. SLOMAN:  No.
25      MR. MORLAN, III:  While his deposition is



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 106..109

Page 106

```
01    pending?
02         MR. SLOMAN:  No.
03         MR. MORLAN, III:  And do you have any
04    authority for the proposition that such
05    conversations are privileged?
06         MR. SLOMAN:  Do I have any re -- any case law
07    to give you?  No, I don't have any case law as I'm
08    sitting here now.
09         MR. MORLAN, III:  Okay.  Would you be willing
10    to provide me with some after the deposition just
11    so that I can assess that?  I've not heard anybody
12    make that specific argument before.  But I'd like
13    to give you an opportunity to present me with any
14    authority in that regard so that I can look at it
15    in good faith before we decide how to proceed.
16         MR. SLOMAN:  No.
17         MR. MORLAN, III:  No, you won't provide any?
18         MR. SLOMAN:  No, I won't.
19         MR. MORLAN, III:  Explanation or anything
20    like?
21         MR. SLOMAN:  No.
22         MR. MORLAN, III:  Okay.
23         MR. SLOMAN:  If you want to make it an issue,
24    go ahead.
25         MR. MORLAN, III:  Well, I'm only making it an
```

Page 107

```
01    issue insofar as I don't believe that's
02    appropriate.  And I'm just asking you and giving
03    you an opportunity and conferring with you in good
04    faith as to the grounds for that and giving you an
05    opportunity to do that.
06         And if you would like to avail yourself of
07    that, fine.  If you don't want to, fine.  But I
08    don't think it's really necessary to get aggressive
09    and say, you know, if you'd like to make an issue
10    of it, go for it.  But that's your call.
11         I'm just trying to confer in good faith to try
12    to resolve this issue without the unnecessary
13    intervention of the Court.  But it sounds like
14    you're not very interested in conferring on this at
15    all.  Is that correct?
16         MR. SLOMAN:  I think my position is clear.
17         MR. MORLAN, III:  Okay.  Well, I take from
18    your position that you're not interested in any
19    further conferrals as to this issue either now or
20    following the deposition.  Is that correct?
21         MR. SLOMAN:  My position is clear.
22         MR. MORLAN, III:  I don't believe it is.
23    That's why I'm asking you.
24         MR. SLOMAN:  Well, I disagree.
25         MR. MORLAN, III:  So, you are willing to
```

Page 108

```
01    confer about this?
02         MR. SLOMAN:  We've conferred.  He's not
03    answering any -- he's not answering your question
04    about what we talked about during the break.
05         MR. MORLAN, III:  Okay.  And but you're
06    unwilling to provide any authority or explanation
07    other than you've provided, which is basically
08    assertion that, that is appropriate and privileged
09    in the context of a party deponent during a
10    deposition that you can have conversations
11    regarding the testimony during a deposition.
12         MR. SLOMAN:  I don't -- I disagree with your
13    assertion that he's a party deponent.  He's not a
14    party deponent.  He's an employee of the --
15         MR. MORLAN, III:  Okay.
16         MR. SLOMAN:  -- company of --
17         MR. MORLAN, III:  --
18         MR. SLOMAN:  What's that?
19         MR. MORLAN, III:  The Court ruled that he was.
20         MR. SLOMAN:  I disagree.  I don't know where
21    you're getting that he is a party deponent.
22         MR. MORLAN, III:  I'm getting it from the
23    order of Judge Matthewman --
24         MR. SLOMAN:  Okay.
25         MR. MORLAN, III:  -- who said that he was a
```

Page 109

```
01    party deponent, and he was subject to being deposed
02    by notice and not subpoena.
03         MR. SLOMAN:  Okay.
04         MR. MORLAN, III:  And that's why he's not been
05    subpoenaed to appear here today.
06         MR. SLOMAN:  Okay.
07         MR. MORLAN, III:  Does that change your
08    position in any way?
09         MR. SLOMAN:  No.
10         MR. MCCARTHY:  Stop wasting time on this and
11    move forward with questions, or are you done?
12         MR. MORLAN, III:  I'm not done, but I'm not
13    wasting time on this.  I -- this is the first I've
14    heard somebody make this particular argument.  So,
15    I'm just trying to see if we can figure it out and
16    resolve it without having to go to the Judge on it.
17    That's all.
18    BY MR. MORLAN, III:
19         Q.  Okay.  So, Mr. Bennett, other than your
20    Attorney, did you have any discussions about this case
21    during the break?
22         A.  I did not.  No.
23         Q.  But you did have discussions with your
24    Attorney during the break regarding this case?
25         MR. MCCARTHY:  Object to form.
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 110..113

Page 110

01        MR. SLOMAN: Objection, attorney-client
02   privilege. Anything that we discussed is
03   privileged. And the fact that he and I spoke is
04   privileged.
05        MR. MORLAN, III: Oh, so, now, you're invoking
06   it not just as to the subject matter specific, but
07   just whether or not any conversation related to the
08   deposition occurred on the break, that also
09   attorney-client privilege?
10        MR. SLOMAN: His conversations with me during
11   the break are privileged.
12        MR. MORLAN, III: Okay. So, you're
13   instructing him not to answer that last question
14   I--
15        MR. SLOMAN: That's correct.
16        MR. MORLAN, III: -- asked him.
17        MR. SLOMAN: That's correct.
18   BY MR. MORLAN, III:
19        Q.   Mr. Bennett, we were discussing previously
20   before we took a break an issue with respect to payors
21   and payees involving lockbox accounts. Do you recall
22   that?
23        A.   Yes.
24        Q.   I think that we said that the payees would be
25   the insurance company who were obligated to make

Page 111

01   payments on service -- pursuant to the service
02   structured settlements. Is that right?
03        MR. MCCARTHY: Objection to the form.
04        A.   Payor, I believe, but yes.
05   BY MR. MORLAN, III:
06        Q.   And then -- that -- that's right. The
07   insurance company would be the payor, right?
08        A.   Yeah.
09        Q.   And then, the payee would be the special
10   purpose vehicles who had some sort of interest in the
11   collateral. Is that right?
12        A.   Yes.
13        Q.   Now, for purposes of determining who the
14   payees were on that, would the SPV actually have to hold
15   title to the asset, or would it merely have to be
16   pledged to them? How does that work?
17        A.   I'm not entirely positive. It's probably
18   varied on a case-by-case basis. But yeah, generally,
19   they're -- the SPV, whatever right to whatever
20   collections are being received for certain assets,
21   pledged to that facility.
22        Q.   Okay. So, even if the SPV didn't directly
23   hold title to the asset, if the asset was pledged to the
24   SPV, the SPV would have a right to receive the payment
25   as the payee. Is that your understanding?

Page 112

01        A.   Could you repeat the question?
02        Q.   Sure.
03        A.   Sorry.
04        Q.   I just want to make sure that I understand
05   because it sounds like it could be both ways. So, if
06   the -- if an SPV actually held title to the asset, in
07   other words, they were the owner of the asset, that's
08   one instance in which they would be the payee with
09   respect to the structured settlement payment made by the
10   insurance company. Is that right?
11        A.   Yeah. That sounds right. Yeah.
12        Q.   Okay. And then the other scenario would be
13   where the SPV -- where the asset was pledged to the SPV.
14   And in that case, even if the SPV didn't hold title to
15   the asset, they would still be entitled to receive the
16   payment from the insurance company on the structured
17   settlement as the payee as well under that circumstance.
18   Is that correct?
19        A.   I think -- Yeah, I think so.
20        Q.   Okay. So, my understanding and tell me if
21   this refreshes your recollection at all. My
22   understanding is that a list of payees was necessary to
23   provide to a new bank for purposes of opening lockbox
24   accounts. Does that sound familiar at all to you?
25        MR. MCCARTHY: Objection to form.

Page 113

01        A.   It sounds somewhat familiar. Yeah.
02   BY MR. MORLAN, III:
03        Q.   Okay. Part of the reason I asked is that
04   because my understanding, and I've seen some documents
05   to this effect was that B. Riley had asked Mr. Kosinski
06   and/or Saiph for assistance in helping to identify those
07   potential payees for that purpose. Does that sound
08   familiar to you at all?
09        MR. MCCARTHY: Objection to the form.
10        A.   I don't know that I had the context that they
11   -- that B. Riley was speaking to Paul about that, but I
12   guess the -- that project, if you will, was -- makes
13   sense to me.
14   BY MR. MORLAN, III:
15        Q.   Okay. And were you asked to help find any
16   information for that project? In fairness to you, I saw
17   a document to that effect. And I just wanted to know if
18   you recall anything about that.
19        A.   A lockbox -- I mean, nothing comes to my
20   memory, but they, you know, they've asked me to help
21   with a variety of things in the past. So, it wouldn't
22   surprise me.
23        Q.   So, would you know how to get a list of payees
24   if you needed to find that information?
25        A.   I wouldn't, but I would know individuals at

**UNIVERSAL**
**COURT** REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025    Pages 114..117

Page 114

01  SuttonPark or more involved in the process who I could
02  get the information from.
03      Q.  Okay.  Who would you -- who are -- who would
04  those individuals be?
05      A.  Tani Vierre (phonetic), Alex Adnani.  That's
06  -- I mean, today or --
07      Q.  At the time with your involvement.
08      A.  Okay.  Tani Vierre, Alex, maybe Percy.
09      Q.  But that's not data that you'd be able to get
10  by yourself without any assistance from somebody else?
11          MR. MCCARTHY:  Objection to the form.
12      A.  It depends on how detailed the request is.
13          But if you're asking about something that you
14  would need to pull from MP FIN, yes, I would have to
15  reach out to someone because I don't use MP FIN.
16  BY MR. MORLAN, III:
17      Q.  Okay.  So, is that information that would be,
18  typically, you would expect to be in MP FIN?
19      A.  I would think so.  Yes.
20      Q.  Okay.  Is that information available anywhere
21  else besides MP FIN?
22      A.  I'm not entirely sure.
23      Q.  Well, if you were looking for that information
24  anywhere besides MP FIN, where would you look?
25      A.  I guess I don't -- I just don't have enough

Page 115

01  detail on.  Is it -- was it certain payors or certain
02  lockboxes, or --
03      Q.  Well, let me ask you this.  If you needed to
04  know that information prior to when Noah Davis left 777,
05  do you think he would be somebody who would be able to
06  pull that information for you?
07      A.  Noah Davis.  I mean, I'm sure he could, but
08  I'm not -- yeah, I guess.
09      Q.  And you mentioned Alex Adnani would also
10  potentially be able to provide that information.  Is
11  that right?
12      A.  Yeah.
13      Q.  Did Mr. Adnani report to you?
14      A.  I'll take the fifth, please.
15      Q.  I think you said earlier that you're not sure
16  who you report to now.  Is that right?
17      A.  That's right.
18      Q.  Prior to the resignation of Steve Pasko and
19  Josh Wander in May 2024, who did you report to?
20      A.  I'll take the fifth, please.
21      Q.  Besides your Attorney present with you today
22  in this deposition, have you had any discussions with
23  any other people regarding the subject matter of this
24  current lawsuit?
25          MR. MCCARTHY:  Objection to the form.

Page 116

01      A.  Yes.
02  BY MR. MORLAN, III:
03      Q.  Okay.  With whom have you had such
04  discussions?
05      A.  Personnel within the company, I guess, on the
06  legal team.  It's been limited interaction, discussion
07  on it.
08      Q.  Can you give me the names of those personnel?
09      A.  Well, I -- you know, the company, since the
10  notice for my deposition was provided to them,
11  obviously, presented it to me and gave a background on
12  what's going on with the case.  So, that's how I --
13  maybe Chris O'Reilly is the general Counsel.
14      Q.  And when did Chris O'Reilly present you with
15  the deposition notice?
16      A.  I don't recall the exact date, but a few weeks
17  ago, I guess.
18      Q.  Two weeks ago or a few weeks ago?
19      A.  I said a few.  I'm not entirely sure when it
20  was.
21      Q.  Was it in February?
22      A.  I think, like the beginning of March, maybe.
23      Q.  And what did Mr. O'Reilly tell you about your
24  deposition?
25          MR. MCCARTHY:  Object, on the grounds of

Page 117

01  communication between him and Mr. O'Reilly are
02  privileged.  I direct him not to answer.
03  BY MR. MORLAN, III:
04      Q.  Did you consider Chris O'Reilly in the
05  conversation that was just referenced to be your
06  Attorney?
07          MR. MCCARTHY:  Objection to the form.
08      A.  Did I interpret Chris to be my attorney?  No,
09  I did not.
10  BY MR. MORLAN, III:
11      Q.  And a moment ago, Mr. McCarthy, who represents
12  the Plaintiffs in this action, directed you not to
13  answer my question.  Did you, in fact, decline to answer
14  my question due to Mr. McCarthy's instructions?
15          MR. SLOMAN:  Mr. McCarthy instructed
16  Mr. Bennett not to answer a question.  I don't
17  think that's correct.
18          MR. MCCARTHY:  Yes, I did because Mr. O'Reilly
19  is Counsel for the Plaintiffs.
20          MR. SLOMAN:  Oh, okay.  I'm sorry.
21          MR. MCCARTHY:  And Mr. Bennett works for the
22  Plaintiffs and had a communication with his
23  employer's lawyers, which is confidential and
24  privileged.  I'm directing him -- as the company's
25  lawyer here today, I'm directing him not to answer



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 118..121

Page 118

01  the question on the grounds of privilege.
02      MR. MORLAN, III: And I'm just confirming that
03  Mr. Bennett is declining to answer that question
04  based on your instructions. That was my question
05  for Mr. Bennett.
06  BY MR. MORLAN, III:
07      Q.  Is that correct, Mr. Bennett?
08      A.  Yes, I am.
09      Q.  Okay. And so, other than Chris O'Reilly, have
10  you spoken with anyone else besides Chris O'Reilly and
11  your personal attorney regarding the subject matter of
12  this litigation?
13      A.  I'm sure there's other individuals. I haven't
14  paid a ton of attention to this case until recently.
15  So, I'm not entirely sure who else I may have discussed
16  this.
17      Q.  Well, do you recall discussing this case at
18  all in or around September 2024 when the alleged break
19  in at SuttonPark's office has happened?
20      A.  Yeah. I think I said earlier there were a
21  handful of people that mentioned it to me in the office.
22  I don't know exactly who or -- it was discussed at the
23  -- it was in the news. So, it was brought up.
24      Q.  Have you ever had any written communications
25  regarding the subject matter of this current action

Page 119

01  besides with Mr. O'Reilly and your Counsel present with
02  you today?
03      A.  I'm sure it's been mentioned, yes.
04      Q.  Okay. Can you give me more details?
05      A.  I mentioned earlier that the article was sent
06  around numerous times. So, again, I don't remember all
07  of these discussions, but I'm sure it's been mentioned.
08      Q.  Okay. And when you say the article was sent
09  around, which article are you referring to?
10      A.  I don't recall exactly, but there was some
11  form of a news headline in addition to, you know, the
12  lawsuit filing.
13      Q.  And did the article that you saw contain
14  quotes from the lawsuit filing?
15      A.  I don't remember.
16      Q.  Who was sending around this article that
17  you're talking about?
18      A.  I don't recall exactly who, but --
19      Q.  Were any of the management level at 777
20  employees on that e-mail exchange that you're referring
21  to?
22      A.  Perhaps.
23      Q.  Do you recall which management level employees
24  were on that e-mail exchange?
25      A.  I do not.

Page 120

01      Q.  Do you recall whether Josh Wander was on that
02  e-mail exchange?
03      A.  I don't remember, but I'm not surprised, I
04  guess.
05      Q.  And would you be surprised if Mr. Wander had
06  forwarded that communication to others at 777?
07      A.  No, I would not be surprised.
08      Q.  And would you be surprised if Mr. Pasko had
09  forwarded that article to other -- 777 or SuttonPark
10  employees?
11      A.  I would not.
12      Q.  Okay. And would you be surprised if Mr. Pasko
13  or Mr. Wander had forwarded that article to other people
14  who were not employees of 777 or SuttonPark?
15      A.  No, I would not. There's a lot of former
16  employees.
17      Q.  Do you have any information or evidence
18  regarding whether any files were actually obtained
19  during the computer intrusions alleged in this action?
20      MR. MCCARTHY: Objection to the form.
21      A.  Do I have any evidence? I personally do not
22  have any evidence, but, yeah. I don't have evidence,
23  but I've been told or have read things online into the
24  filing that would imply.
25  BY MR. MORLAN, III:

Page 121

01      Q.  Well, what were you told in terms of any
02  actual documents that were obtained during the alleged
03  computer intrusions?
04      A.  I think it was -- you know, I don't know what
05  exact information was stolen or taken or alleged to have
06  been stolen, but it had to do with accessing MP FIN is
07  what I was told.
08      Q.  Who told you that it had to do with MP FIN?
09      A.  I don't remember.
10      Q.  Okay. Well, if you wanted to remember, how
11  would you go about recalling that?
12      MR. MCCARTHY: Objection to the form.
13      A.  I'm not really sure. Isn't it in -- mentioned
14  in this file of this lawsuit? I don't know, to be
15  honest with you, but --
16  BY MR. MORLAN, III:
17      Q.  Okay. But in fairness to you, so as you sit
18  here today, you're not aware of any specific evidence as
19  to any specific files that were obtained during any of
20  the alleged intrusions. Is that right?
21      A.  That's right. Yeah. I don't know how I could
22  have evidence of that, and I don't think I do.
23      So, I guess a lot of it is just hearsay. And
24  I don't know how to remember who told me certain things
25  about the break-in.

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 122..125

Page 122

01    Q.  Sure.  And by the way, I don't mean to suggest
02  that you've done anything wrong or you should have that
03  evidence.  I just need to confirm --
04    A.  Yeah.
05    Q.  -- what evidence is waived or find out, you
06  know, any information about such evidence --
07    A.  Understood.
08    Q.  -- existing.  So, just to clarify.
09    A.  Understood.
10    Q.  Are you aware of any modifications to MP FIN
11  in terms of the item history, or anything like that, any
12  changes to the MP FIN system that occurred in the last
13  three or four years?
14        MR. MCCARTHY:  Object to the form.
15    A.  I'll -- oops.  I'll invoke the fifth please.
16  BY MR. MORLAN, III:
17    Q.  Are you aware of any changes to the MP FIN
18  system that were made as we relate to the pledging of
19  collateral during the 2021 to May 2024 timeframe?
20        MR. MCCARTHY:  Object to the form.
21    A.  I'll invoke the fifth, please.
22  BY MR. MORLAN, III:
23    Q.  Are you aware of any modifications that were
24  made to the MP FIN system between May and October of
25  2024?

Page 123

01    A.  I'll invoke the fifth, please.
02    Q.  Were you ever in a -- any meetings where
03  whether or not this lawsuit should be filed was a topic
04  of discussion?
05    A.  I'll invoke the fifth, please.
06    Q.  Do you know who Eric Mazer is?
07    A.  No, I don't.
08    Q.  Do you know who Shawn Taheri is?
09    A.  Yes.
10    Q.  Okay.  Have you ever spoken with Shawn Taheri
11  about the subject matter of this case?
12    A.  I don't recall.
13    Q.  Okay.  Do you recall whether Mr. Taheri ever
14  reached out to you as part of his investigation
15  regarding the suspected intrusions that are the subject
16  matter of this lawsuit?
17        MR. MCCARTHY:  Objection to the form.
18    A.  I believe he mentioned something to me a while
19  back, but I don't remember what that would've entailed.
20  BY MR. MORLAN, III:
21    Q.  Where were you, do you think when Mr. Taheri
22  mentioned that to you?
23    A.  I think at the 600 Brickell office.
24    Q.  And that's in Miami?
25    A.  Yes.

Page 124

01    Q.  I'm sorry, I may have cut out.  That's in
02  Miami, correct?
03    A.  Oh, yeah, sorry.  Yes.
04    Q.  Okay.  And is Mr. Taheri, does he normally
05  work out of the Miami office?
06    A.  He hasn't been working out of the Miami
07  office, so, no.  I think he was normally in the Boca
08  office.
09    Q.  At the time that Mr. Taheri brought up the
10  subject matter of this litigation when he was at the
11  Miami office at 600 Brickell, do you know why Mr. Taheri
12  was in the Miami office that day as opposed to the Boca
13  office?
14        MR. MCCARTHY:  Objection to the form.
15    A.  I think it was because they were moving
16  offices and there was a large moving process.  So, I
17  think there were a lot of people from other offices in
18  600 Brickell.
19  BY MR. MORLAN, III:
20    Q.  Was it the 600 Brickell office that was moving
21  or was it the other offices that were moving?
22    A.  It was 600, but there's obviously been a lot
23  of offices that have either been shut down or moved.
24    Q.  So, is it fair to say that there have been a
25  lot of layoffs at 777 Partners and SuttonPark Capital in

Page 125

01  the past year or so?
02        MR. MCCARTHY:  Objection to the form.
03    A.  Yeah, I think that's fair to say.
04  BY MR. MORLAN, III:
05    Q.  And do you know ballpark when those layoffs
06  started?
07    A.  I don't know.  I don't know, maybe a year-
08  and-a-half ago.
09    Q.  So, some time around October of 2023.  Is that
10  right?
11    A.  I guess so, yeah.
12    Q.  Were you ever concerned that those layoffs
13  might include you?
14    A.  Not really.
15    Q.  Why weren't you concerned that the layoffs
16  wouldn't include you?
17    A.  I just -- you know, I didn't think that it was
18  something to really worry about at the time.
19    Q.  But I guess -- what I'm trying to understand
20  is, with all of these layoffs going on, why weren't you
21  worried that they might include you?
22    A.  I think generally you'd have a pretty decent
23  idea when it feels as though you're going to get fired.
24  I don't know, it just didn't cross my mind and
25  I actually left the company at some point around then

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

UNIVERSAL
COURT REPORTING

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 126..129

Page 126

01  anyway, temporarily.
02      Q.   Okay.  Why did you leave the company around
03  that time temporarily?
04      A.   I'll take the fifth, please.
05      Q.   Okay.  The time period that we're talking
06  about is around October of 2023 that you left the
07  company.  Is that right?
08      A.   It was some time before that, a few months
09  before that.
10      Q.   And when did you come back to the company
11  after you left?
12      A.   I think it was somewhere between July or
13  August.
14      Q.   And when you say July or August, that would be
15  July or August of 2023?
16      A.   Yes.
17      Q.   That was when you returned to the company?
18      A.   Um-hum.
19      Q.   Yes?
20      A.   Yes.
21      Q.   And why did you return to the company in July
22  or August of 2023?
23      A.   I'll invoke the fifth.
24      Q.   And if you wanted to determine the date that
25  you actually officially returned to the company with

Page 127

01  more precision, how would you go about doing that?
02      A.   I guess the date I signed a new employment
03  agreement.
04      Q.   And prior to signing this new employment
05  agreement that you just described, had you ever signed
06  an employment agreement before with respect to your
07  employment at 777 or SuttonPark?
08      A.   Yes.
09      Q.   And do you recall whether there was any
10  difference between the prior employment agreement that
11  you signed in connection with your employment at 777 or
12  SuttonPark and the agreement that you signed when you
13  came back?
14      A.   In terms of -- in terms of what exactly?
15      Q.   Just anything that you recall as part of the
16  terms of the employment agreement.
17      A.   I'll invoke the fifth, please.
18      Q.   Do you typically read documents before you
19  signed them?
20      A.   I'll invoke the fifth, please.
21      Q.   Did you read the new employment agreement
22  before you signed it?
23      A.   I'll invoke the fifth, please.
24      Q.   Was your compensation before you left the
25  company the same as your compensation when you returned

Page 128

01  to the company?
02      A.   I'll invoke the fifth, please.
03      Q.   Did the company -- given that there were lots
04  of layoffs and things going on, did the company pay you
05  any kind of retention bonus to stick around?
06          MR. MCCARTHY:  Objection to the form.
07      A.   I'll invoke the fifth, please.
08  BY MR. MORLAN, III:
09      Q.   Did the company increase your compensation in
10  order to induce you to come back to the company?
11      A.   I'll invoke the fifth, please.
12      Q.   Okay.  And did anyone from 777 communicate
13  with you directly in an attempt to induce you to return
14  to 777?
15          MR. MCCARTHY:  Object to the form.
16      A.   I'll invoke the fifth, please.
17  BY MR. MORLAN, III:
18      Q.   And did you speak with, Josh Wander, regarding
19  returning to the company?
20      A.   I'll invoke the fifth, please.
21      Q.   Did you speak with Mr. Pasko regarding
22  returning to the company?
23      A.   I'll invoke the fifth, please.
24          MR. MCCARTHY:  Object to form.
25  BY MR. MORLAN, III:

Page 129

01      Q.   Did you speak with Mr. Love regarding
02  returning to the company?
03      A.   I'll invoke the fifth, please.
04      Q.   What was the reason that you ultimately
05  decided to return to the company?
06      A.   I'll invoke the fifth, please.
07      Q.   Does the company have a policy or practice of
08  providing counsel, legal counsel to -- for its employees
09  with respect to legal proceedings or testimony arising
10  out of their duties for the company?
11          MR. MCCARTHY:  Object to the form.
12      A.   I'll invoke the fifth, please.
13  BY MR. MORLAN, III:
14      Q.   Are you aware of anyone besides you for whom
15  the company has provided legal counsel, or any legal
16  proceedings, or testimony regarding events or knowledge
17  arising out of their duties for the company?
18          MR. MCCARTHY:  Objection to the form.
19      A.   I'll invoke the fifth, please.
20  BY MR. MORLAN, III:
21      Q.   What was the primary reason that the company
22  brought you back in June or July of 2023?
23      A.   Take the fifth, please.
24          MR. MCCARTHY:  Form.
25  BY MR. MORLAN, III:

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 130..133

Page 130

01    Q.   Do you know the reason the company brought you
02  back in June or July of 2024?
03    A.   I'll invoke the fifth, please.
04         MR. DONOVAN:  Mr. Morlan, I just want to -- I
05  just want to make sure, I think you mean 2023 and
06  so you said June 2024, I think.  So, I don't know
07  if you want to ask that question, again.
08  BY MR. MORLAN, III:
09    Q.   Okay.  Yeah, yeah.  I -- were you aware of the
10  reason the company brought you back in June or July of
11  2023?
12    A.   I'll invoke the fifth, please.
13    Q.   And did your coming back to the company in
14  June or July of 2023 have anything to do with the audit
15  that Leadenhall requested?
16         MR. MCCARTHY:  Objection to the form.
17    A.   I'll invoke the fifth.
18  BY MR. MARLON, III:
19    Q.   And I'm going to kind of re-ask the question
20  just to be clear, because Mr. McCarthy objected.  Did
21  your return to the company in June or July of 2023 have
22  anything to do with Leadenhall's request to the company
23  to have safe perform an audit of Leadenhall's
24  collateral?
25    A.   I'll invoke the fifth.

Page 131

01    Q.   When you returned to the company, did 777
02  assign you any duties related to the collateral audit
03  that Saiph was performing for Leadenhall?
04         MR. MCCARTHY:  Objection to the form.
05    A.   I'll invoke the fifth, please.
06  BY MR. MARLON, III:
07    Q.   When was the last time that you facilitated
08  any information being provided to Leadenhall by the
09  company?
10    A.   I'll invoke the fifth, please.
11    Q.   Has your compensation changed at all since
12  your return to the company in June or July of 2023?
13    A.   I'll invoke the fifth.
14         MR. MORLAN, III:  Okay.  Let's take a quick
15  break.  I'm going to look at my notes, but I think
16  I'm basically done, or I just have a couple minor
17  things.
18         THE COURT REPORTER:  This ends Media 2, we're
19  going off the record.  The time is 05:26  P.M.
20         (Thereupon, a short discussion was held off
21  record.)
22         (Deposition resumed.)
23         THE COURT REPORTER:  This begins Media 3,
24  we're back on the record.  The time is 05:32  P.M.
25  BY MR. MORLAN, III:

Page 132

01    Q.   Mr. Bennett, when you signed the new
02  employment agreement that we talked about a little while
03  ago when you returned to the company, was that agreement
04  e-mailed to you?
05    A.   Invoke the fifth.
06    Q.   And who presented you with that new employment
07  agreement?
08    A.   Invoke the fifth, please.
09    Q.   And since signing that new employment
10  agreement, has your compensation changed any further
11  beyond the terms of what's in that new employment
12  agreement?
13    A.   Invoke the fifth, please.
14    Q.   Have you ever been paid any consideration
15  related to any work you've done for 777 other than in a
16  company issued paycheck?
17         MR. MCCARTHY:  Objection to the form.
18    A.   Invoke the fifth, please.
19  BY MR. MORLAN, III:
20    Q.   Did you understand the question?
21    A.   Sort of, yeah.
22    Q.   Okay.  Have you ever received -- let me -- I
23  just want to make sure that I -- I've asked it clearly
24  because there was an objection.
25         Have you ever received any form of

Page 133

01  compensation for anything related to anything that
02  relates to your employment with the company other than
03  in a formal pre-printed paycheck from SuttonPark or 777
04  Partners, or an affiliate company?
05    A.   No, I have not.
06         MR. MCCARTHY:  Objection to the form.
07  BY MR. MARLON, III:
08    Q.   I'm sorry.  Did you say no or did you say yes.
09    A.   I said, "No, I have not."
10    Q.   Okay.  And would you agree or disagree with
11  the statement that you were brought back to the company
12  in June or July of 2023 because Josh Wander thought you
13  knew too much information?
14         MR. MCCRTHY:  Objection to the form.  Sorry, I
15  thought we were done.
16  BY MR. MARLON, III:
17    Q.   Let me just start over.  What would your
18  response be to the statement that you were brought back
19  to the company because Josh Wander thought you knew too
20  much?
21         MR. MCCARTHY:  Objection to the form.
22    A.   I'll invoke the fifth, please.
23  BY MR. MARLON, III:
24    Q.   Would you dispute in any way the assertion
25  that one of the reasons that you were brought back to

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 134..137

Page 134

01  the company in June or July of 2023 related to your
02  knowledge of the company's operations between 2021, and
03  your brief departure in 2023?
04      A.  I'll invoke the fifth, please.
05      Q.  And I just want to clarify another one of
06  these, sort of, do you have any evidence to suggest that
07  you should or should not or anything, just checking off
08  my boxes here.
09          I believe, you testified earlier that you were
10  not aware of any problems with respect to the integrity,
11  usability, or reliability, currently as it pertains to
12  the MP FIN system.  Is that correct?
13      A.  Yeah.  Again, as far as I know, I haven't
14  heard of any issues.
15      Q.  Do you know why the company would allege in
16  its complaint that one or more of the intrusions alleged
17  against Mr. Davis resulted in the impairment of the
18  integrity, reliability, and usability of the MP FIN
19  system?
20          MR. MCCARTHY:  Object to form.
21      A.  I'm not really sure what that would involve.
22  So, I'm not sure.
23  BY MR. MARLON, III:
24      Q.  Okay.  Are you aware of any evidence at any
25  time of 777, having any problems with the integrity,

Page 135

01  reliability, or usability of the MP FIN system?
02          MR. MCCARTHY:  Objection to the form.
03      A.  I'll invoke the fifth, please.
04  BY MR. MARLON, III:
05      Q.  Are you aware of any reason to think that
06  there might be any issues with respect to the integrity
07  of the MP FIN system, based on events that occurred
08  prior to May of 2024?
09          MR. MCCARTHY:  Objection to the form.
10      A.  I'll invoke the fifth, please.
11  BY MR. MARLON, III:
12      Q.  Are you aware of any factual information or
13  evidence that there were any problems with the integrity
14  of the data contained within MP FIN from the -- at any
15  time between the beginning of 2021 and the end of 2023?
16      A.  I'll invoke the fifth, please.
17      Q.  Have you ever communicated via e-mail with
18  anybody regarding any modifications to the data within
19  MP FIN?
20          MR. MCCARTHY:  Objection to the form.
21      A.  I'll invoke the fifth, please.
22  BY MR. MARLON, III:
23      Q.  Have you ever communicated with anybody in any
24  form with respect to any issues relating to the
25  integrity, usability, or reliability as it pertains to

Page 136

01  the MP FIN system?
02      A.  I'll invoke the fifth, please.
03      Q.  Did you communicate via text message with
04  anybody at 777 or SuttonPark in connection with your
05  return that we were discussing earlier in June or July
06  of 2023?
07          MR. MCCARTHY:  Object to form.
08      A.  I'll invoke the fifth, please.
09  BY MR. MORLAN, III:
10      Q.  Have you ever communicated via text message
11  with Noah Davis?
12      A.  Not to my knowledge, no.
13      Q.  Have you ever communicated with Noah Davis
14  over Microsoft Teams?
15      A.  I believe so, yes.
16      Q.  Would that be just like a live discussion or
17  would that also include, like teams chat messages back
18  and forth?
19      A.  I think it was just a, you know, brief teams
20  message exchange.
21      Q.  And when did that message exchange with
22  Mr. Davis take place?
23      A.  Years ago.
24      Q.  Can you give me a rough ballpark as to how
25  many years ago?

Page 137

01      A.  Three years ago, perhaps.
02      Q.  And was it just relating to IT problems that
03  you were having?
04      A.  I think it was about an employee turning in
05  their laptop because they had resigned, or taken any job
06  somewhere.
07      Q.  Were you the employee or was it about a
08  different employee?
09      A.  It was a different employee.
10      Q.  Do you know what employee it was?
11      A.  I'm drawing a blank on the name.  I'm not
12  sure.
13      Q.  Well, do you recall why you and Mr. Davis
14  would be communicating about the return of another
15  employee's laptop?
16      A.  It was -- I just -- I think he was asking me
17  to pick up the laptop, or get it from someone whose last
18  day was that day and he wasn't in the office or
19  something to that effect.
20      Q.  Was the person whose last day it was somebody
21  who reported to you?
22      A.  I think so, yeah.  If -- it may have been one
23  of the analysts that was on our team.
24      Q.  Did you ever communicate with Steve Pasko
25  using the Microsoft Teams chat function?

**UNIVERSAL**
**◉ COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 138..141

| Page 138 |
| --- |

01    A.    I'm not sure.
02    Q.    Okay.  Did you ever communicate with Josh
03 Wander using the Microsoft Teams chat feature?
04    A.    I'll invoke the fifth.
05    Q.    Have you ever communicated with Mr. Wander
06 electronically other than via e-mail, Microsoft Teams?
07    A.    I'll invoke the fifth.
08    Q.    Have you ever communicated with Mr. Wander
09 using WhatsApp?
10    A.    I'll invoke the fifth.
11    Q.    Have you ever communicated with Mr. Wander
12 regarding any information related to this lawsuit, using
13 any means besides e-mail or teams messages?
14    A.    I'll invoke the fifth.
15    Q.    Have you communicated with anybody in the past
16 two years using WhatsApp?
17    A.    I'll invoke the fifth.
18    Q.    Do you have any communication apps on your
19 cell phone other than WhatsApp and the standard text
20 messaging and e-mail preloaded applications?
21    A.    Communication apps, I mean, not to my
22 knowledge, no.
23    Q.    Are you familiar with any communications apps
24 where the messages disappear after a certain time?
25    A.    I've heard of them, yes.

| Page 139 |
| --- |

01    Q.    Have you ever used one of them?
02    A.    I'm not sure.
03    Q.    Who -- have you used one of them within the
04 past three years?
05    A.    Not to my knowledge.
06          MR. MCCARTHY:  Objection to form.
07 BY MR. MARLON, III:
08    Q.    I'm sorry?  I didn't hear you.
09    A.    I said, not to my knowledge.  I don't --
10    Q.    Okay.
11    A.    -- haven't used a disappearing communication
12 app.
13    Q.    What type of phone do you have with you today?
14    A.    An iPhone.
15    Q.    What model iPhone is it?
16    A.    I'm not positive with the --
17    Q.    Okay.  Do you know how to check that in the
18 general settings?
19    A.    I think so.
20    Q.    Okay.  Could you do that for us real quick and
21 let us know.
22          MR. MCCARTHY:  05:47, does this have any
23    relevance to this case?
24          MR. MORLAN, III:  Yes, it does.  I think I'm
25    going to be wrapping it up here shortly after this.

| Page 140 |
| --- |

01          MR. DONOVAN:  Sorry, can I ask how much time
02    we have on the record right now?
03          THE COURT REPORTER:  4 hours and 39 minutes.
04          MR. DONOVAN:  So, John, what's the reference
05    to 05:47 P.M.  We're 4 hours and 47 minutes on the
06    record.
07          MR. MCCARTHY:  Because we're -- we're --
08    probably four hours of wasted time today.  And what
09    model his iPhone has really no relevance whatsoever
10    to this case and harassing.  But go ahead, ask your
11    question.
12          MR. DONOVAN:  Anything else, John?
13          MR. MORLAN, III:  Okay.  Make sure you please
14    mark that.  Are you saying that I'm harassing the
15    -- are you accusing me of harassing this Witness,
16    Mr. McCarthy?
17          MR. MCCARTHY:  I've made my statement.  If you
18    want to answer Mr. Bennett, go ahead.
19          MR. MORLAN, III:  Okay.  So, are you stopping
20    the -- are you stopping this deposition because you
21    are claiming I'm harassing the Witness?
22          MR. MCCARTHY:  I just told the Witness if he
23    wants to answer the question, go ahead.  So
24    clearly, I'm not.
25          MR. MORLAN, III:  So, are you instructing the

| Page 141 |
| --- |

01    Witness that it's okay not to answer the question
02    if he doesn't want to?
03          MR. MCCARTHY:  I'm not doing anything except
04    for saying if he can answer if he want, so.
05          MR. MORLAN, III:  Okay.  Well, my position is
06    that it's highly inappropriate for you to suggest
07    that I'm harassing this Witness.  I have a reason
08    for it.
09          Your objection was inappropriate, and the
10    suggestion that I'm harassing the Witness is highly
11    inappropriate, highly prejudicial, and is something
12    that we may need to seek the intervention of the
13    Court.
14          Because this is the second time somebody's
15    gratuitously made that -- thrown that allegation
16    out there without any support and without seeking
17    to stop the deposition.
18 BY MR. MORLAN, III:
19    Q.    Mr. Bennett, would you have any objection to
20 taking a look in your settings of your iPhone?  I just
21 want to make sure that we've properly identified the
22 device that we've been discussing.
23          Could you take a look at the general tab under
24 settings and let me know when you're there, please?
25    A.    I'm there.

UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 142..145

Page 142

01    Q.    Okay.  And does it say what model of iPhone
02  that you have there?
03    A.    iPhone 13.
04    Q.    And how long have you used this particular
05  iPhone?  Do you recall?
06    A.    I'm not entirely sure, but, you know, I guess
07  within two years.
08    Q.    And are you on the about tab under general?
09    A.    I'm not -- one second.  Yeah.
10    Q.    Okay.  And what's the --
11    A.    My phone just died --
12    Q.    -- the name that's listed next to name.
13  What's that?
14    A.    My phone literally just died.  I'm trying
15  to--
16    Q.    We'll try it again --
17    A.    See if you can turn it on.  I swear to God.
18        MR. DONOVAN:  No, I believe you.
19        THE WITNESS:  Thank you.
20        MR. MORLAN, III:  Can we take a quick break
21  and just somebody give him a charger, please?
22        THE WITNESS:  Thank you, Counsel --
23        MR. MORLAN, III:  -- so we can wrap this up.
24        MR. MCCARTHY:  I'm not agreeing to take a
25  break to give him a charger.

Page 143

01        MR. MORLAN, III:  Okay.  Well just, can you
02  reach across to that charger?
03        THE WITNESS:  I don't think it -- that one
04  doesn't work.  Yeah.  This is for --
05        THE COURT REPORTER:  I don't have that --
06        THE VIDEOGRAPHER:  I don't have that one.
07  I've used the same --
08        MR. DONOVAN:  I don't have that one.  It's
09  time for a new phone.
10        MR. MORLAN, III:  Yeah, me too.  Okay.  Well,
11  I'm going to request that we take a break and
12  somebody get him a charger so I can just finish
13  this part and then, I'm done.
14        THE WITNESS:  All right.  Hold on.
15        MR. MCCARTHY:  I'm objecting to taking a
16  break.
17        THE WITNESS:  All right.  You don't have to
18  take a break if you don't want to.  I'll be gone -
19  - I'll be back in a minute, yeah.
20        MR. MORLAN, III:  Well, I'm requesting that we
21  go off the record and I'm objecting to counting
22  towards my time.
23        THE COURT REPORTER:  In order for to go off
24  the record, all the parties have to be in
25  agreeance.

Page 144

01        MR. MCCARTHY:  And I'm not agreeing to go off
02  the record.
03        MR. MORLAN, III:  Let me know when it powers
04  up.
05        THE WITNESS:  Okay.
06  BY MR. MORLAN, III:
07    Q.    Okay.  Mr. Bennett, just real quick.  The
08  serial number that comes up on the about page, what's
09  that serial number?
10    A.    I invoke the fifth.
11    Q.    How about just the name at the top where it
12  says, "Name", what's the name there?
13    A.    Nicolas, Nicolas' iPhone.
14    Q.    N-O-C -- N-I-C-O-L-A-S' iPhone?
15    A.    Yeah.
16    Q.    And if you scroll down to the eSim, there's an
17  IMEI number.
18    A.    I invoke the fifth.
19    Q.    Can you tell me what that number is?
20    A.    I invoke the fifth.
21    Q.    Okay.  Can you tell me what the network is
22  under the eSim at the bottom?
23    A.    I invoke the fifth.
24    Q.    Can you tell me what the model number is above
25  the serial number at the top?

Page 145

01    A.    I invoke the fifth.
02    Q.    Can you tell me what iOS version is reflected
03  at the top?
04    A.    I invoke the fifth.
05    Q.    Do you have any information or evidence
06  regarding the potential physical items that Mr. Davis
07  was alleged to have taken during the physical intrusion
08  regarding the -- as alleged in the complaint in this
09  action?
10    A.    Do I have any evidence?
11    Q.    Again, just any -- are you aware of any
12  evidence or --
13    A.    Not to my knowledge.
14    Q.    -- information as to -- okay.  Let me just ask
15  one more time, just so we have it clear on the record.
16        Are you aware of any evidence or information
17  regarding any physical items that Mr. Davis may have
18  taken during the alleged physical intrusion?
19    A.    Not to my knowledge, no.
20    Q.    Okay.  And to be clear, Mr. Bennett, I
21  appreciate your time here today and my questions, and
22  some of them, to the extent they were repetitive, were
23  not intended to induce you in any way to not exercise
24  your Fifth Amendment rights.
25        And that's an important right under our

**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 146..149

Page 146

01  constitution that I respect. And I don't personally
02  hold it against you.
03          But I just wanted to make clear for the record
04  before we conclude this deposition. Do you in any way
05  feel that you were harassed by anyone today during any
06  part of this deposition?
07      A.   I can handle it, so, no. I'm fine.
08      Q.   Do you believe that I was harassing you in any
09  way during the deposition?
10      A.   I'd rather not comment on it.
11      Q.   Well, I need to ask for purposes of keeping
12  the record clear. I know that sometimes people --
13  certain witnesses can be influenced by things that the
14  counsel says, but remember, I would remind you that
15  you're under oath here and you are the arbiter of what's
16  true and accurate with respect to your testimony.
17          So, bearing that in mind, do you feel that I
18  was harassing you today when I was asking you questions
19  in your deposition?
20      A.   I do not.
21          MR. MCCARTHY: Objection to the form.
22          MR. MORLAN, III: Thank you, Mr. Bennett. I
23      have nothing further at this time, but I do reserve
24      the right to the extent it's necessary based on
25      some of the objections that were made today to come

Page 147

01  back, if necessary. But Mr. Bennett, I'm going to
02      try to avoid that if at all possible.
03          THE WITNESS: I appreciate that.
04          MR. MORLAN, III: And I appreciate your time
05      today.
06          MR. DONOVAN: Mr. Morlan, I'm going to ask
07      like two minutes of questions, maybe one minute
08      here.
09          MR. MORLAN, III: Okay.
10          MR. DONOVAN: If you don't mind, before we go
11      off the record, I just want to make sure I
12      understand some of the testimony that you just
13      gave.
14                  RE-DIRECT EXAMINATION
15  BY MR. DONOVAN:
16      Q.   So, Mr. Bennett, you testified that you
17  actually left 777 Partners in June or July 2023?
18          MR. MCCARTHY: Objection to the form.
19      A.   Yes.
20  BY MR. DONOVAN:
21      Q.   All right. So, is it fair to say that you
22  actually left 777 Partners in June or July 2023 and then
23  came back a few months later?
24      A.   It was not a few months. It was shorter than
25  that.

Page 148

01      Q.   Was it a few weeks?
02      A.   Few days.
03      Q.   Few days, okay. Just when you thought that
04  you were out, pulled you back in there. What company
05  did you try to go to?
06      A.   DRV Capital.
07      Q.   Does that -- what does that stand for?
08      A.   I honestly don't know.
09      Q.   Do you consider DRV Capital a competitor of
10  777 Partners?
11      A.   Of some of their portfolio companies.
12      Q.   Did Josh Wander tell you that you couldn't
13  leave because of a non-compete clause in your contract?
14          MR. MCCARTHY: Objection to the form.
15      A.   It was implied.
16  BY MR. DONOVAN:
17      Q.   How did they imply it?
18      A.   It was --
19          MR. MCCARTHY: Objection to the form.
20      A.   More so, the new employer was concerned over
21  the non-compete.
22  BY MR. DONOVAN:
23      Q.   I see. So, did Josh Wander reach out to DRV
24  Capital after you joined?
25          MR. MCCARTHY: Objection to the form.

Page 149

01      A.   I am not sure.
02  BY MR. DONOVAN:
03      Q.   Do you have any understanding of how DRV
04  Capital found out that you had a non-compete clause in
05  your contract that may not have allowed you to work for
06  DRV Capital for a period of time?
07      A.   Within my employment agreement.
08      Q.   Right. But I'm just asking who told DRV
09  Capital that you had a non-compete clause in your
10  contract?
11      A.   I think they asked me and I was forthright
12  about it. I'm not sure if somebody reached out to them
13  from 777, yeah.
14      Q.   Do you -- would you say that Josh Wander,
15  Steven Pasko threatened you in order to come back to 777
16  Partners?
17          MR. MCCARTHY: Objection to the form.
18      A.   I'll invoke the fifth.
19  BY MR. DONOVAN:
20      Q.   Do you think that Josh Wander and Steven Pasko
21  believed that you knew too much about the fraud they had
22  perpetrated to allow you to leave?
23      A.   I'll invoke the fifth.
24          MR. MCCARTHY: Objection to the form.
25  BY MR. DONOVAN:



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025        Pages 150..153

Page 150

01    Q.    Have you communicated about 777 Partners
02  business over text message?
03    A.    I'll invoke the fifth, please.
04    Q.    Have you communicated about 777 Partners
05  business over the Microsoft Teams application?
06    A.    I'll invoke the fifth, please.
07    Q.    Do you have the Signal application installed
08  on your cell phone?
09    A.    Not to my knowledge, no.
10    Q.    Do you have the Telegram application installed
11  on your cell phone?
12    A.    I don't think so, no.
13    Q.    Did you communicate about 777 Partners
14  business over WhatsApp?
15    A.    I'll invoke the fifth.
16        MR. DONOVAN:  Okay.  Nothing further from me.
17        MR. MCCARTHY:  No questions from the
18  Plaintiff.
19        THE COURT REPORTER:  All right, Counsels, can
20  you explain read or waive before we go off the
21  record to the Witness?
22        MR. SLOMAN:  Nick, you have the right to read
23  every word of the transcription of your deposition,
24  or you can waive it.  I would advise you to read
25  it.  So, with that, you can tell the Court Reporter

Page 151

01  whether you want to read or waive it.
02        THE WITNESS:  I'll read it.
03        THE COURT REPORTER:  Read it.  All right.
04        THE VIDEOGRAPHER:  This concludes today's
05  deposition.  We're going off the record, the time
06  is 06:03 P.M.
07        THE COURT REPORTER:  And before everyone logs
08  off, I just want to ask about transcript orders.
09  Are we ordering in the same fashion as earlier?
10  Do you want it rough by tomorrow?
11        MR. MCCARTHY:  Yeah.
12        THE COURT REPORTER:  I can provide the rough
13  by end of business tomorrow since this was a lot
14  longer.
15        MR. DONOVAN:  Yeah, it's fine.
16        THE COURT REPORTER:  Okay.  You'll get it
17  probably before 05:00 P.M.  The other one, you'll
18  get in the morning.
19        MR. DONOVAN:  Okay.
20        THE COURT REPORTER:  Every -- does everyone
21  want the same -- the final by Wednesday morning or
22  tomorrow by end of business?
23        MR. MCCARTHY:  I don't need a rough, but I'll
24  take the final on the same schedule.
25        THE COURT REPORTER:  Okay, the copy.  And how

Page 152

01  about you, Mr. Morlan?
02        MR. MORLAN, III:  My office will follow up, if
03  we need it.
04        THE COURT REPORTER:  Okay.  So, not right now.
05        (Deposition concluded at 06:03 P.M.)
06        (Reading and signing of the deposition by the
07  witness has been reserved.)

Page 153

01              CERTIFICATE OF REPORTER
02  STATE OF FLORIDA
03  COUNTY OF MIAMI-DADE
04
05      I, MICHELLE VILLALOBOS, Court Reporter and Notary
06  Public for the State of Florida, do hereby certify that
07  I was authorized to and did digitally report and
08  transcribe the foregoing proceedings, and that the
09  transcript is a true and complete record of my notes.
10
11      I further certify that I am not a relative,
12  employee, attorney or counsel of any of the parties,
13  nor am I a relative or employee of any of the parties'
14  attorneys or counsel connected with the action, nor am
15  I financially interested in the action.
16
17      Witness my hand this 26th day of March, 2025.
18
19
20  _____
21  MICHELLE VILLALOBOS, COURT REPORTER
    NOTARY PUBLIC, STATE OF FLORIDA
22
23
24
25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025          Pages 154..156

Page 154

```
01              CERTIFICATE OF OATH
02  STATE OF FLORIDA
03  COUNTY OF MIAMI-DADE
04
05      I, MICHELLE VILLALOBOS, the undersigned
06  authority, certify that NICHOLAS J. BENNETT, personally
07  appeared before me and was duly sworn on the 24th day
08  of March, 2025.
09
10      Witness my hand this 26th day of March, 2025.
11
12
13
14  MICHELLE VILLALOBOS, COURT REPORTER
    NOTARY PUBLIC, STATE OF FLORIDA
15  Commission No.:  HH 373556
    Commission Exp:  MARCH 15, 2027
16
17
18
19
20
21
22
23
24
25
```

Page 156

```
1   Errata Sheet
2
3   NAME OF CASE: 777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
4   DATE OF DEPOSITION: 03/24/2025
5   NAME OF WITNESS: Nicholas Bennett
6   Reason Codes:
7       1. To clarify the record.
8       2. To conform to the facts.
9       3. To correct transcription errors.
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25                  _____
```

Page 155

```
01  DATE:     03/26/2025
    TO:       NICHOLAS J. BENNETT
02  C/O       Jeffrey H. Sloman, Esquire
              Stumphauzer Kolaya Nadler & Sloman, PLLC
03            2 SOUTH BISCAYNE BOULEVARD SUITE 1600
              MIAMI, FLORIDA 33131-1824
04
    IN RE:    777 Partners LLC & Suttonpark Capital v.
05  Leadenhall Capital
06  CASE NO:  24-81143-CIV-DMM
07  Dear Mr. Bennett,
08      Please take notice that on 03/24/2025, you gave
    your deposition in the above-referenced matter.  At
09  that time, you did not waive signature.  It is now
    necessary that you sign your deposition.  You may do so
10  by contacting your own attorney or the attorney who
    took your deposition and make an appointment to do so
11  at their office.  You may also contact our office at
    the below number, Monday -
12  Friday, 9:00 AM - 5:00 PM, for further information and
    assistance.
13
14      If you do not read and sign your deposition within
    thirty (30) days, the original, which has already been
    forwarded to the ordering attorney, may be filed with
15  the Clerk of the Court.
16      If you wish to waive your signature, sign your
    name in the blank at the bottom of this letter and
17  promptly return it to us.
18  Very truly yours,
19  Michelle Villalobos, Court Reporter
    Universal Court Reporting
20  (954)712-2600
21  I do hereby waive my signature.
22
    _____
23  Nicholas J. Bennett
    Cc: via transcript:        Brian Donovan, Esquire
24                             Jeffrey H. Sloman, Esquire
25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

---

**$**

**$1**
  32:14

**$250**
  31:5 32:11

**$350,000,000**
  77:24

**$500**
  26:7

**$600,000,000**
  53:14 77:18 78:5,
  12,19

---

**0**

**01:09**
  6:5

**01:22**
  14:22

**01:27**
  15:2

**01:56**
  30:14

**02:03**
  30:19

**03:21**
  72:12

**03:22**
  72:17

**04:20**
  100:21

**04:30**
  101:1

**05:00**
  151:17

**05:26**
  131:19

**05:32**
  131:24

**05:47**
  139:22 140:5

**06:03**
  151:6 152:5

---

**1**

**1**
  72:11

**1000**
  7:22

**13**
  142:3

**15**
  48:16

**19th**
  51:18,21 52:3
  63:25 64:3

---

**2**

**2**
  72:16 131:18

**20**
  14:12

**200**
  48:12,13

**2017**
  80:24 81:13

**2019**
  81:13

**2020**
  65:10 81:3

**2021**
  13:6 27:1,14 28:8,
  14,22 30:23 31:2,
  3,14 32:3 43:17

  52:15 54:3,9,15,23
  55:4,10,16,22 70:1
  122:19 134:2
  135:15

**2022**
  60:7 74:21

**2023**
  9:16,18 47:12
  52:15 54:3,9,15,24
  55:5,11,17,22
  57:19 58:11,15
  59:17,22 60:1,7
  63:7,10 66:9,15
  82:21 84:13 125:9
  126:6,15,22
  129:22 130:5,11,
  14,21 131:12
  133:12 134:1,3
  135:15 136:6
  147:17,22

**2024**
  13:6 20:24 24:21,
  25 27:2,15 28:8,
  15,22 40:6,12,22
  43:17 52:1,7 56:15
  67:9,15 68:14 70:2
  82:21 84:7 95:23
  96:1,3,8,21,25
  98:3 99:7 115:19
  118:18 122:19,25
  130:2,6 135:8

**2025**
  6:2,4

**20th**
  47:12

**24**
  6:2

**24th**
  6:4

**28th**
  40:11,22

**2nd**
  48:12

---

**3**

**3**
  131:23

**30(b)(1)**
  105:19

**33131**
  7:23

**39**
  140:3

---

**4**

**4**
  42:18 83:21,23
  140:3,5

**47**
  140:5

---

**5**

**50,000**
  87:16

---

**6**

**60**
  54:2

**600**
  20:8 25:13 26:11
  27:18,20 28:12,14,
  20,23 29:14 42:20
  47:23 66:21,24
  67:3,7,11 68:14
  69:4,9 70:7 72:20
  73:9,11,16,23,25
  74:2,5,10,11,17,20
  75:5,23 76:4,9,12,

---



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

16,19,21 123:23
124:11,18,20,22

---

**7**

**777**
6:7 9:10,15,21
11:8,11,12,14,16
12:10,16 13:7,11,
14,17,20,23 16:17,
21 17:1 18:1,11
19:6 20:8,24 23:7,
13 24:8 25:13
26:10,16 27:3,14,
17 28:7,10,22
29:14 30:2,6 31:15
32:3 34:2,3 35:18
37:6,14,22 38:2,
16,22 40:2 41:15
42:8,20 43:1,2
44:11,17,21,22,25
45:1,5,17,23 46:4,
12,14,20,22 47:5,
10,15,17,22 51:10,
13,16,19 52:3,7,14
53:2,3,9,12 54:1,6,
12,22 56:1,6,7,14,
25 57:1,6,11,13,25
58:7,14,20 59:1,6,
13,18 60:9,15
61:1,14,23 62:9,
11,18,25 63:5,9,21
64:6,19 65:6,15,25
66:6,8,13,21,24
67:3,7,10 68:14
69:4,9,23 70:1,7,
12,15,22 72:19
73:1,5,15,22,25
74:2,5,6,9,11,17,
20 75:5,23 76:4,9,
12,15,18,21 77:2,
4,11,14,25 78:5,
12,17,23 79:6 83:9
84:12 88:20 89:9,
13 90:7 92:1,10,

13,17 93:8 94:11,
21,25 95:6,11,17,
21 96:1,4,7,21
97:8,11 115:4
119:19 120:6,9,14
124:25 127:7,11
128:12,14 131:1
132:15 133:3
134:25 136:4
147:17,22 148:10
149:13,15 150:1,4,
13

---

**A**

**A-CAP**
25:12 43:4,15,23
44:3,7 45:17,23
46:4,12 47:4,14,16
52:7 53:2,8,12
54:6,13 55:21
56:3,13 57:17,19
58:1,12,14,19,22
59:1 65:20 66:6,13
67:5 78:5,10,17,24

**Aaron**
87:6,8,9,12

**able**
14:4 20:16 86:4,10
114:9 115:5,10

**about**
15:5,9,14,18,24
16:6 19:21,23,25
20:3 24:15,22 25:1
27:1,11,13,20 30:3
33:14 35:3 39:23
46:24 50:14,19
52:20 59:9 70:24
75:19,21 81:24
82:12 85:7 87:9
89:22 90:14 92:10,
13 97:24 101:4,7
102:4 103:6,10
104:2 105:4 108:1,

4 109:20 113:11,
18 114:13 116:23
119:17 121:11,25
122:6 123:11
125:18 126:6
127:1 132:2 137:4,
7,14 142:8 144:8,
11 149:12,21
150:1,4,13 151:8
152:1

**above**
144:24

**access**
39:1,6,11,16,24
40:6,11,21 41:9

**accessing**
121:6

**accounting**
29:9,10 32:18
33:1,6,8 34:18,20
56:24

**accounts**
33:22 34:2,3,10
98:4,22,23,25
99:15 100:11
110:21 112:24

**accurate**
146:16

**accusing**
140:15

**across**
29:19 143:2

**action**
36:16,17,18,24,25
89:24 117:12
118:25 120:19
145:9

**actions**
45:14 47:14,17
67:17

**actual**
84:23 121:2

**actually**
16:2 27:5 80:23
83:3 111:14 112:6
120:18 125:25
126:25 147:17,22

**added**
34:2

**addition**
119:11

**address**
7:21 48:11

**Adnani**
19:25 31:15 48:25
49:3 51:15 52:2
58:11 114:5 115:9,
13

**Advantage**
43:3

**advice**
10:22

**advise**
150:24

**adviser**
67:1

**advisor**
23:2

**affiliate**
77:11 133:4

**affiliates**
30:2,6 35:19 77:3

**after**
7:1 10:15 41:2,7
66:8 104:14
106:10 126:11
138:24 139:25
148:24

**again**
7:12 12:4,7 14:14

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

20:1 31:3 38:10
46:20 62:7 63:15
72:25 93:15 119:6
130:7 134:13
142:16 145:11

**against**
10:23 35:8,11,19
36:5,11,17,24 90:7
92:5 104:25
134:17 146:2

**Agency**
42:18

**aggressive**
107:8

**ago**
50:24 116:17,18
117:11 125:8
132:3 136:23,25
137:1

**agree**
42:5 53:1 67:15
69:8 133:10

**agreeance**
143:25

**agreed**
11:4

**agreeing**
142:24 144:1

**agreement**
127:3,5,6,10,12,
16,21 132:2,3,7,
10,12 149:7

**ahead**
22:13 60:18
106:24 140:10,18,
23

**airlines**
53:15 79:1

**Alex**
19:25 31:14 48:25
49:3 51:15 52:2

58:11 114:5,8
115:9

**all**
7:13 8:9 15:4,17,
20 18:21 19:21
20:16 26:10 28:11
29:21 30:21 35:1
38:1 43:1,4,9
44:18,19 50:6 52:1
53:23 59:5,8 60:6
61:8,17,19,21
64:25 69:21 71:6,9
73:2 75:4 77:2
84:1 87:2 88:13
90:25 94:3 95:3
96:18 99:1 100:6
105:22 107:15
109:17 112:21,24
113:8 118:18
119:6 125:20
131:11 143:14,17,
24 147:2,21
150:19 151:3

**allegation**
141:15

**allegations**
81:24 89:22,25
90:14 92:4

**allege**
134:15

**alleged**
35:3,11 36:6 90:7,
15 91:1,3,8 118:18
120:19 121:2,5,20
134:16 145:7,8,18

**allegedly**
16:11

**allocate**
13:24 31:15,25

**allow**
149:22

**allowed**
149:5

**along**
11:18 39:3 42:14

**already**
44:23 60:14

**also**
17:21,25 43:3 73:8
93:6 110:8 115:9
136:17

**alter**
56:6

**always**
71:5 93:21

**am**
38:4,20 61:13 64:8
65:11 118:8 149:1

**amendment**
10:23 145:24

**amount**
17:7

**analysts**
137:23

**and-a-half**
125:8

**and/or**
113:6

**announce**
6:12

**annual**
76:10,19

**annually**
76:17

**another**
56:22 77:11 134:5
137:14

**answer**
10:24 11:25 12:2
21:3 29:9 35:21

36:4 37:4 38:4,7
40:14 64:14,21,22
78:4 79:10,13,16,
21 86:7 93:15
94:15 101:11
102:5,15 103:1,9,
11 104:2,7 105:3
110:13 117:2,13,
16,25 118:3
140:18,23 141:1,4

**answering**
108:3

**any**
8:1,4,17,20 15:14,
21 16:1,5 19:1
27:13 28:7,13
35:10,18 36:10
37:13 38:5,6 39:23
40:9 41:13,18,19,
23 52:21 62:17,23
71:22 73:5 75:8
78:4 79:12 80:18
81:23,24 84:19
85:12 86:12,17
89:13,15 90:5,6
91:1,6,11,17,25
92:4,13,17,18,25
93:13 94:1,2,6,7
95:6,18 96:24
97:6,7 101:8
102:15,16 103:9,
12,22 104:2,22
105:22 106:3,6,7,
13,17 107:18
108:3,6 109:8,20
110:7 113:15
114:10 115:22,23
118:24 119:19
120:17,18,21,22
121:1,18,19 122:6,
10,11,17,23 123:2
127:9 128:5
129:15 131:2,8
132:10,14,15,25
133:24 134:6,10,

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

14,24,25 135:5,6,
12,13,14,18,23,24
137:5 138:12,13,
18,23 139:22
141:16,19 145:5,
10,11,16,17,23
146:4,5,8 149:3

**anybody**
14:8 92:10 93:13
98:7 101:8 106:11
135:18,23 136:4
138:15

**anyone**
39:16 82:20 83:1
87:4 89:13 91:5,7,
18 92:22,24 94:7
104:20 118:10
128:12 129:14
146:5

**anything**
38:13 52:20 81:19,
25 85:15 91:2,8,
13,19 92:10 93:1,
11 96:10 101:22,
25 102:4,10,11,19,
21 103:2 106:19
110:2 113:18
122:2,11 127:15
130:14,22 133:1
134:7 140:12
141:3

**anyway**
126:1

**anywhere**
114:20,24

**apartment**
71:18,20

**app**
139:12

**apparently**
98:24

**appear**
46:13 56:8 96:18
109:5

**appearances**
6:12

**application**
150:5,7,10

**applications**
138:20

**applied**
101:15

**appreciate**
145:21 147:3,4

**apprehensions**
27:22

**apprised**
18:12

**appropriate**
107:2 108:8

**approximate**
60:24

**approximately**
16:24 31:5 32:14
40:1 53:13 54:2
62:17,24 63:4
64:18 65:4,13,25
75:11 77:24 78:12,
19

**apps**
138:18,21,23

**April**
47:12 52:1,6

**arbiter**
146:15

**area**
87:24

**argument**
106:12 109:14

**arising**
129:9,17

**arm's**
74:7

**around**
47:12 58:11 59:12,
16,22 60:3,6 62:10
63:10 74:21 80:12
84:10 86:13 95:22
99:6 118:18 119:6,
9,16 125:9,25
126:2,6 128:5

**article**
18:18 19:17 38:11
119:5,8,9,13,16
120:9,13

**artist**
26:3

**Ashley**
6:11

**aside**
19:1 38:10

**ask**
12:4 27:20 66:19
79:5 81:19 92:24
94:7 104:3 115:3
130:7 140:1,10
145:14 146:11
147:6 151:8

**asked**
92:21 93:12,13
98:12,18 103:18
110:16 113:3,5,15,
20 132:23 149:11

**asking**
15:13 27:10,12
28:2,6 29:12,25
37:20 38:14,20
39:15 59:21 60:23
61:13 62:7,10 63:4
64:15 65:12,13
68:20 75:10 79:11,

12 85:21 89:21
93:12 99:16
101:21 102:7
104:3 107:2,23
114:13 137:16
146:18 149:8

**aspect**
103:22

**assert**
102:18 103:17,25

**assertion**
108:8,13 133:24

**assess**
106:11

**asset**
111:15,23 112:6,7,
13,15

**assets**
13:24 31:14,15,25
32:3,5,12,14 33:16
34:4 44:17 45:6,
11,13 53:20,24
54:9 56:8,21 57:1,
7,20 71:15,22
83:22 87:19
111:20

**assign**
131:2

**assigned**
84:19

**assist**
9:22 87:23 98:13

**assistance**
113:6 114:10

**assisting**
9:25 86:22 98:19

**associate**
9:9,10,14,21 11:12

**associated**
94:2

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**association**
45:19 46:19,21
57:25

**assume**
19:16 66:25

**assumed**
16:21,25

**attempt**
57:17 128:13

**attention**
118:14

**attorney**
94:7 109:20,24
115:21 117:6,8
118:11

**attorney's**
79:6,19

**attorney-client**
79:8 101:10 102:3
103:8 104:13,25
110:1,9

**audit**
57:18,19 76:22
82:5,8,9,10,12,18
83:4,6,15,20 84:2,
5,9,18,20 85:7,13,
18 86:18 88:25
89:4 92:15,19
130:14,23 131:2

**audited**
76:17,18

**auditing**
76:22

**audits**
82:21 84:13

**August**
126:13,14,15,22

**authority**
106:4,14 108:6

**avail**
107:6

**available**
114:20

**Avenue**
47:23

**aviation**
11:19 13:3,4,8
28:10

**avoid**
56:15 147:2

**aware**
82:4 84:11 85:1,2,
5 89:16,23 90:3
91:1,4,6,11,17
92:4 98:11 105:17
121:18 122:10,17,
23 129:14 130:9
134:10,24 135:5,
12 145:11,16

## B

**back**
15:1 30:18 40:18
62:6 63:12 72:16
94:11,12 100:25
123:19 126:10
127:13 128:10
129:22 130:2,10,
13 131:24 133:11,
18,25 136:17
143:19 147:1,23
148:4 149:15

**background**
116:11

**backing**
46:24

**backup**
89:10

**ballpark**

125:5 136:24

**bank**
34:2 56:3 98:22
100:12 112:23

**based**
17:5 27:11 35:11,
20 36:6,11 37:21
38:5,15 62:3 91:23
118:4 135:7
146:24

**basically**
108:7 131:16

**basis**
18:13,22 19:1
20:18,19 28:21,25
29:3,13 41:13,18,
23 42:6 62:2 89:14
111:18

**bathroom**
30:10 100:17
103:19 104:4

**bearing**
146:17

**because**
24:1 33:15 38:12
45:14 57:19 61:4
64:22 102:21
112:5 113:4
114:15 117:18
124:15 130:20
132:24 133:12,19
137:5 140:7,20
141:14 148:13

**before**
7:24 8:2 17:15
19:17 29:5 31:13
32:2 37:11,19,21
40:21 43:10 50:4
60:1 72:1 97:22
101:3 104:13
106:12,15 110:20
126:8,9 127:6,18,

22,24 146:4
147:10 150:20
151:7,17

**began**
61:1

**begin**
58:12

**beginning**
81:8 116:22
135:15

**begins**
72:16 131:23

**behalf**
6:14,15,18,19,22
83:7 84:12 92:15,
19 93:4

**believe**
16:15 20:13 27:5
28:9 37:20 40:19
41:14,19,24 42:6
43:22 44:2 48:12
49:21,23 62:6
66:22 69:15 73:10
84:4 86:1,14 89:2
90:6 91:25 99:13
103:5 105:4,13
107:1,22 111:4
123:18 134:9
136:15 142:18
146:8

**believed**
149:21

**below**
28:10,19

**benefited**
41:19

**Bennett**
6:1,7,16,25 7:16,
20 15:4 31:8 79:9
80:3 93:4,5,7,16,
18,19 101:3

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

105:17 109:19
110:19 117:16,21
118:3,5,7 132:1
140:18 141:19
144:7 145:20
146:22 147:1,16

**besides**
82:21 87:4 91:7
102:11 114:21,24
115:21 118:10
119:1 129:14
138:13

**better**
22:7,23

**between**
26:10 30:1,6
46:20,22 61:25
72:19 73:15,22
102:1 117:1
122:24 126:12
127:10 134:2
135:15

**beyond**
132:11

**billions**
46:14

**bills**
94:25

**blames**
34:21

**blank**
137:11

**board**
74:18,21,24,25
75:3,6,7,9,11,18,
21

**Boca**
17:6,16 85:22
86:5,10 124:7,12

**bonus**
128:5

**books**
33:8

**borrowers**
42:16 45:15

**boss**
21:23

**both**
29:19 112:5

**bottom**
144:22

**boxes**
134:8

**break**
30:10,11 100:16
101:4,9 102:16
103:13 104:9
108:4 109:21,24
110:8,11,20
118:18 131:15
142:20,25 143:11,
16,18

**break-in**
16:7 121:25

**Brian**
6:13

**Brickell**
7:22 47:23 123:23
124:11,18,20

**brief**
88:16 99:14 134:3
136:19

**briefly**
101:4

**bring**
36:5,10

**bringing**
36:18,25 56:15

**broke**
16:11

**brought**
118:23 124:9
129:22 130:1,10
133:11,18,25

**building**
17:17 18:8,15,24
19:3,8,15

**buildings**
16:11 41:16,21
42:1

**business**
28:17 31:22,23
36:3 46:13 69:12
73:3 80:10 81:25
87:24 94:22 150:2,
5,14 151:13,22

**businesses**
13:3,8 26:24 72:23

**buy**
78:25

_____

**C**

**call**
8:14 24:16 107:10

**called**
7:1 12:22,25 56:7

**came**
50:4 61:4 65:9
87:19 98:2 127:13
147:23

**can**
7:18,21 9:24 10:7
11:10,25 12:2,4
13:19 14:6,17,19
19:18 25:21 26:20
27:2 28:3,11 30:9
31:9 40:14 41:1
42:14 46:10 50:2
52:20 53:4 60:18
72:8 73:19,25 74:1
78:4 79:21 88:2,15

94:9,15 99:14
100:16 102:8
105:10 106:11,14
108:10 109:15
116:8 119:4
136:24 140:1
141:4 142:17,20,
23 143:1,12
144:19,21,24
145:2 146:7,13
150:19,24,25
151:12

**can't**
86:20 92:12

**capital**
6:8 12:22 13:10,
13,17,19,24 30:23
31:2,4,13,21 32:2,
18 33:1,6 42:8,24,
25 43:3 58:7 77:24
80:17,19,22,25
124:25 148:6,9,24
149:4,6,9

**car**
72:5

**Carolina**
61:25 62:4

**cars**
71:23,24 72:1,5

**Carson**
43:24 44:1 51:5,7,
9 59:3,5,13,18
60:8,14,25 61:14,
23 62:3,9,11,18
63:9,14,15,20
64:6,18 65:5,14

**CARTHY**
39:7 45:20

**case**
15:7,8,11,13,14,
16,20 16:6 18:6
50:17 80:5 101:8

**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

106:6,7 109:20,24
112:14 116:12
118:14,17 123:11
139:23 140:10

**case-by-case**
111:18

**categories**
83:23

**CBIZ**
82:25 83:3,6,12,20
84:5

**cell**
95:3,6,17,20 96:1,
4,7 138:19 150:8,
11

**CEO**
43:15

**certain**
34:21 60:20 99:22
111:20 115:1
121:24 138:24
146:13

**cetera**
96:14

**change**
9:12 72:9 98:9
105:21 109:7

**changed**
11:11 131:11
132:10

**changes**
122:12,17

**character**
92:7

**characterize**
21:10 71:2

**characterizing**
22:7,23

**charge**
24:23 25:2

**charger**
142:21,25 143:2,
12

**chart**
26:17,21

**chat**
136:17 137:25
138:3

**check**
15:24 139:17

**checked**
96:16

**checking**
134:7

**checks**
99:20 100:7,8

**chief**
16:15,17,25 43:22

**Chris**
116:13,14 117:4,8
118:9,10

**circuit**
99:17

**circumstance**
112:17

**claim**
18:3,7,18 89:19

**claiming**
102:9 140:21

**claims**
44:9,13,18

**clarification**
37:20

**clarify**
90:12 122:8 134:5

**clarity**
82:13

**classify**

71:12

**clause**
148:13 149:4,9

**clear**
15:23 27:9,17
44:9,12,18 82:14
90:17 94:1 105:13
107:16,21 130:20
145:15,20 146:3,
12

**clearer**
61:13

**clearly**
132:23 140:24

**client**
102:1 104:12

**clients**
88:15

**club**
28:9

**co-mingle**
74:10,12

**collateral**
13:25 31:25 44:8,
12,22 45:1 57:18
82:5,8,9,10,12,18,
21 83:4,6,14,20
84:2,5,8,14,18,20
85:7,13,18 88:25
89:3 92:15,19
111:11 122:19
130:24 131:2

**collect**
92:21 93:13

**collections**
111:20

**collectively**
43:1

**come**
8:23 64:5 66:20

126:10 128:10
146:25 149:15

**comes**
92:12 113:19
144:8

**comfortable**
15:10,15,18 26:22
60:21

**coming**
130:13

**comment**
146:10

**committee**
47:11

**common**
46:19,21 74:1

**communicate**
128:12 136:3
137:24 138:2
150:13

**communicated**
97:14 135:17,23
136:10,13 138:5,8,
11,15 150:1,4

**communicating**
137:14

**communication**
117:1,22 120:6
138:18,21 139:11

**communications**
79:12,14 86:12
93:1 118:24
138:23

**companies**
12:13,15,16,21,24
13:2,8 16:9 22:22
26:13,15 27:3,7,8,
10,14 28:7,14
29:18 70:16 99:21
148:11



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**company**
9:23,25 16:12 29:1
38:12 48:9 51:24
69:22 93:6,20,21
94:4 99:11 100:3,
15 108:16 110:25
111:7 112:10,16
116:5,9 125:25
126:2,7,10,17,21,
25 127:25 128:1,3,
4,9,10,19,22
129:2,5,7,10,15,
17,21 130:1,10,13,
21,22 131:1,9,12
132:3,16 133:2,4,
11,19 134:1,15
148:4

**company's**
93:5 117:24 134:2

**compared**
33:8

**compensation**
127:24,25 128:9
131:11 132:10
133:1

**competitor**
148:9

**complaint**
89:17,23 90:14
134:16 145:8

**complete**
67:10

**compliance**
32:4,20 33:8,15
34:22 52:12,14,21
53:19,23 54:2,8,
14,23 55:4,10,16,
21 58:8 65:20
66:1,7,14

**computer**
18:1,8,15,24 19:3,
8,15 31:16 38:23

40:3 41:15,21 42:1
56:7 57:13 90:1,16
91:1,3,8 92:2
120:19 121:3

**con**
25:24

**conceal**
34:10 58:2

**concerned**
125:12,15 148:20

**concerning**
35:3 37:14 103:12

**concerns**
32:19 56:25

**conclude**
146:4

**concluded**
152:5

**concludes**
151:4

**conduct**
33:2,7 41:14 42:7
94:1

**conducted**
18:1,7,14,23 19:7,
14 37:22 38:22
40:2

**conducting**
19:2 57:18 84:13

**confer**
107:11 108:1

**conferrals**
107:19

**conferred**
108:2

**conferring**
107:3,14

**confidence**
28:12

**confidential**
117:23

**confidently**
15:16

**confined**
103:16

**confirm**
73:25 74:2 102:8
122:3

**confirming**
118:2

**connection**
85:13 86:18 92:22
93:14 127:11
136:4

**consider**
30:23 31:4 69:4
117:4 148:9

**consideration**
132:14

**considered**
32:12

**considering**
31:2

**consolidated**
26:13 28:25 29:3,6

**constitution**
146:1

**construction**
67:1

**construed**
102:24

**consultant**
23:12

**consulting**
6:22 80:4,5,8,10,
11 82:5,11,18,22
84:2,8 89:1 91:18

**Consulting's**
84:18

**consumer**
11:20

**contain**
119:13

**contained**
9:5 135:14

**contains**
53:20,24

**content**
104:6

**context**
81:25 98:19
102:22 108:9
113:10

**continue**
81:1,2

**contract**
148:13 149:5,10

**contractor**
23:12

**contracts**
53:4

**control**
23:3 24:7 47:4,14,
17 53:2 67:10,16
78:10

**conversation**
25:19 50:10 101:7,
13 102:4 103:20,
23 104:2,6,8 110:7
117:5

**conversations**
102:9,16 104:9
105:23 106:5
108:10 110:10

**copies**
89:10



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**copy**
151:25

**corporate**
70:7,25 74:6,10,12
75:13,16,24 76:5
77:4

**correct**
37:12 94:22 96:5
99:2 100:4 103:10
105:7 107:15,20
110:15,17 112:18
117:17 118:7
124:2 134:12

**correctly**
95:9

**could**
31:8 48:17,18
50:12 61:12 68:23
85:6 98:12 99:16
102:24 112:1,5
114:1 115:7
121:21 139:20
141:23

**couldn't**
90:22 148:12

**counsel**
6:11 8:11,17,18
10:22 30:9 44:7
79:7 101:12
105:17 116:13
117:19 119:1
129:8,15 142:22
146:14

**counsel's**
79:19

**Counselors**
6:23 7:3

**Counsels**
150:19

**counting**
143:21

**couple**
131:16

**course**
88:20

**Court**
6:10 7:3 26:19
30:9 105:18
107:13 108:19
131:18,23 140:3
141:13 143:5,23
150:19,25 151:3,7,
12,16,20,25 152:4

**cover**
34:3

**create**
57:13

**creditor**
83:10

**criminal**
45:24 54:12 56:1

**criteria**
88:9

**cross**
80:1 125:24

**CTO**
16:19,21

**current**
21:25 22:17 73:2
115:24 118:25

**currently**
9:8 13:10 20:7
23:6,11 37:6 48:1
49:4 69:24 105:14
134:11

**cut**
49:24 124:1

___

**D**

___

**daily**

20:19

**data**
98:13,18 114:9
135:14,18

**database**
31:21 39:2 88:7,
17,19,22,25 89:4,
10,14

**date**
6:4 9:5 40:19
116:16 126:24
127:2

**Davis**
6:20 16:13,14,24
17:4,10,16,25
18:7,14,23 19:2,7,
14 35:4,12,20
36:6,12 37:16,22
38:1,21 39:5,11,
16,24 40:1,5,10,20
41:8,14,20,25 42:7
89:25 90:8,15
97:20,24 115:4,7
134:17 136:11,13,
22 137:13 145:6,
17

**day**
29:13 49:11,12
64:14,17,23 65:1
85:22,24 86:5,9,11
124:12 137:18,20

**day-to-**
29:12

**day-to-day**
20:7,18 23:3 28:21
89:14

**days**
148:2,3

**dealing**
84:2

**debt**

46:25 53:14 69:23
77:3,10,14 78:5,12

**decent**
125:22

**decide**
106:15

**decided**
27:6 129:5

**decision**
23:3 35:7,15,25
36:10,13 47:4,15,
17

**decision-making**
24:7

**decline**
10:24 117:13

**declining**
118:3

**dedicated**
99:22

**defendants**
6:14 43:2 44:11,
18,21,22,25 45:1,
5,17,23 46:4,13,
14,22 47:5,10,15,
18 52:14 53:3,4,
10,12 54:2,6,13,22
56:2,6,14 57:6,11
58:1 66:1,6,14
77:2,14 78:13,17,
23

**define**
42:13 46:10 69:19

**defraud**
78:18

**delete**
97:2

**deleted**
96:24 97:6

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**deliberately**
54:21

**departed**
87:1

**department**
32:19 33:2,7
34:19,21 37:7,14
56:24

**departure**
81:2 134:3

**depend**
97:4

**depends**
59:3 97:3 114:12

**deponent**
108:9,13,14,21
109:1

**deposed**
7:24 50:16 109:1

**deposition**
6:1,6 8:7,16,21,23
9:4 14:25 30:17
42:14 50:18,19
72:15 100:24
101:18 102:10,17
103:24 104:14,22
105:19,23,25
106:10 107:20
108:10,11 110:8
115:22 116:10,15,
24 131:22 140:20
141:17 146:4,6,9,
19 150:23 151:5
152:5,6

**describe**
9:24 13:19 21:19
25:21 67:21,24
75:17

**described**
91:24 127:5

**description**
88:16

**designated**
85:6 105:18

**detail**
115:1

**detailed**
114:12

**details**
15:20 88:13 119:4

**determine**
53:3 126:24

**determining**
101:14 111:13

**device**
96:14 141:22

**didn't**
17:6 22:13 26:19
49:24 59:10 67:23
86:6 88:11 103:24
105:4 111:22
112:14 125:17,24
139:8

**died**
142:11,14

**difference**
127:10

**different**
11:18 26:12 51:24
61:9 137:8,9

**diligence**
84:21

**direct**
7:14 21:21,23
31:14 117:2

**directed**
41:14 42:7 117:12

**directing**
117:24,25

**direction**
57:12

**directions**
24:10

**directly**
58:12 111:22
128:13

**director**
22:9

**directors**
22:20 73:15,18,22
75:1

**disagree**
104:15 107:24
108:12,20 133:10

**disappear**
138:24

**disappearing**
139:11

**discoverability**
105:22

**discuss**
104:11,23

**discussed**
19:22 101:16,22,
23,25 102:21
110:2 118:15,22

**discussing**
85:14 110:19
118:17 136:5
141:22

**discussion**
14:23 30:15 72:13
100:22 104:21
116:6 123:4
131:20 136:16

**discussions**
19:11 20:5 94:6
103:12,16 109:20,
23 115:22 116:4

119:7

**dispute**
133:24

**distinction**
26:10

**document**
8:22 89:17 113:17

**documents**
8:20 92:22,25
93:14 94:8 113:4
121:2 127:18

**doesn't**
25:5 61:10 69:22
141:2 143:4

**dollars**
46:15 78:25

**don't**
10:12 12:7 13:4
15:20,22 17:2
18:3,9,10 19:9,10
20:5 21:15,16 22:3
23:21 24:12,22
25:1 26:22,24
27:6,21,22 30:11
35:25 37:2,3 38:4,
5,6,13 39:2,8,13,
20,22,25 40:4,9,15
48:15 50:15 59:7,
15 60:19,21 61:11,
20,21 62:14,21
63:2,12 64:10,21
67:22 72:6 73:2,10
74:22 75:8,12 76:6
77:6,7 82:19 83:2
84:6 85:3,15 86:1,
14,15 87:2,13
88:15 89:15 95:14
98:16 99:10,15
104:20 106:7
107:1,7,8,22
108:12,20 113:10
114:15,25 116:16
117:16 118:22

**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

119:6,10,15,18
120:3,22 121:4,9,
14,21,22,24 122:1
123:7,12,19 125:7,
24 130:6 139:9
143:3,5,6,8,17,18
146:1 147:10
148:8 150:12
151:23

**done**
81:25 97:7,11
109:11,12 122:2
131:16 132:15
133:15 143:13

**Donovan**
6:13 7:5,9,13,15
9:2,3 10:7,14,17,
20 11:4,6 12:1,6,
14,20 14:6,16,20
15:3 16:4 17:20
18:20 20:11 21:18
22:10 23:10,16
24:3,14,20 25:9,17
26:2,6,25 27:19
29:2 30:11,20
31:12,19 32:9,17,
24 33:5,12,20,25
34:8,14,25 35:17
36:9,21 37:5 39:4,
10,21 40:25 41:6,
12 42:4,12 43:7,11
44:16 45:9,22
46:3,9,18 47:3,8,
21 50:13 51:8,25
52:11,19,25 53:7,
18 54:19 55:2,8,
14,20,25 56:12,19
57:5,10,16,24
58:6,18,25 59:25
60:5,12,18,22 61:7
62:16,22 63:13,19
65:2,19,24 66:5,
12,18 67:14,20
68:7,19 69:14
70:5,11 71:14

72:10,18,24 73:20
74:16 76:3,8 77:1,
9,17,22 78:3,9,16,
22 79:4,11,17,18,
23 105:10,12
130:4 140:1,4,12
142:18 143:8
147:6,10,15,20
148:16,22 149:2,
19,25 150:16
151:15,19

**door**
63:16

**Dorchester**
42:17

**double**
45:10,13 57:6

**down**
124:23 144:16

**downtown**
48:4

**drawing**
137:11

**DRV**
148:6,9,23 149:3,
6,8

**due**
41:20 117:14

**duly**
7:2

**during**
29:19 58:19 62:24
81:5,14,17 82:21
88:20 102:10
104:13 105:23
108:4,9,11 109:21,
24 110:10 120:19
121:2,19 122:19
145:7,18 146:5,9

**duties**
88:20 129:10,17

131:2

_____

## E

**e-**
24:16 86:14 92:24

**e-mail**
24:16 119:20,24
120:2 135:17
138:6,13,20

**e-mailed**
132:4

**e-mails**
39:3,5,12,17,24

**each**
26:12 74:7 95:4

**earlier**
37:10 91:24
103:15 115:15
118:20 119:5
134:9 136:5 151:9

**early**
59:17,22 60:7
63:7,10 66:9

**effect**
18:18 24:22 98:1
113:5,17 137:19

**either**
8:2 95:7 107:19
124:23

**electronically**
138:6

**else**
14:8 19:6 48:14
51:21 82:20 83:1
87:4 91:5,7,18
95:15 101:25
114:10,21 118:10,
15 140:12

**elsewhere**

62:1

**employed**
105:14

**employee**
19:9 108:14 137:4,
7,8,9,10

**employee's**
137:15

**employees**
19:13,19 29:13
52:7 58:12,19 59:1
73:15,22 95:3
119:20,23 120:10,
14,16 129:8

**employer**
148:20

**employer's**
117:23

**employment**
127:2,4,6,7,10,11,
16,21 132:2,6,9,11
133:2 149:7

**end**
22:14 135:15
151:13,22

**ends**
72:11 131:18

**engage**
56:14 76:22

**engaged**
23:1 66:25

**enough**
114:25

**entailed**
87:23 123:19

**enter**
53:4

**enterprise**
45:25 47:5,9 53:9

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

54:12 56:1

**entertainment**
11:20

**entirely**
15:10 16:2 23:9,24
27:6 35:21,23 37:3
59:24 60:4 61:16
62:14 87:22 88:12
111:17 114:22
116:19 118:15
142:6

**entities**
28:9,11,17 29:5
42:17,20 68:25
74:6 82:24

**entitled**
112:15

**entity**
26:12 28:12,23
29:15 43:2,3
44:11,18,21,22,25
45:1,5,17,23 46:4,
12,14,22 47:5,10,
15,18 52:14 53:2,
3,9,12 54:1,6,13,
22 56:2,6,14 57:6,
11 58:1 65:25
66:6,14 77:2,14
78:13,17,23 83:9

**equity**
11:15

**Eric**
123:6

**esim**
144:16,22

**et**
96:14

**et al**
6:9

**evaluating**
87:18

**events**
129:16 135:7

**every**
19:9 23:19 49:8,
11,12,14 61:9
64:14,17,23 65:1
78:11 150:23
151:20

**everyone**
64:1 151:7,20

**everything**
93:4,7,18

**evidence**
41:13,18,23 42:6
91:2,6,12,17
120:17,21,22
121:18,22 122:3,5,
6 134:6,24 135:13
145:5,10,12,16

**exact**
40:19 60:19
116:16 121:5

**exactly**
21:10 39:20,22
40:15 75:7 84:6
118:22 119:10,18
127:14

**EXAMINATION**
7:14 80:1 147:14

**example**
77:10

**except**
141:3

**exchange**
119:20,24 120:2
136:20,21

**exclusively**
54:1,10 56:9

**exercise**
67:10 75:24
145:23

**exercised**
53:2

**exercising**
76:5

**existing**
122:8

**expect**
114:18

**experience**
91:23

**explain**
11:10 150:20

**explaining**
8:23

**explanation**
106:19 108:6

**expressly**
32:19

**extent**
18:19 20:14 81:4
105:2 145:22
146:24

---

**F**

**face-to-face**
17:4

**facilitate**
99:8

**facilitated**
35:16 131:7

**facility**
83:21,24 111:21

**fact**
33:14 34:3 45:19
53:25 57:25 103:3
110:3 117:13

**facts**
36:2

**factual**
38:5,8 41:13,18,23
42:6 135:12

**fair**
13:6 15:22 18:5,
21,22 19:12 20:22
25:4 27:9 28:21
29:1,17 49:17 50:9
52:1,6 60:6 65:11
69:8 75:4 79:5,17
81:14 124:24
125:3 147:21

**fairness**
113:16 121:17

**faith**
106:15 107:4,11

**fake**
57:13

**false**
32:20 33:15 34:22
53:24 54:2,14,23
55:3,9,15,21 66:7,
14

**falsely**
54:9

**familiar**
89:19 98:5 104:16
112:24 113:1,8
138:23

**fancy**
72:5

**far**
24:2,4,6 73:11
84:1 134:13

**fashion**
40:11 41:9 151:9

**favor**
35:19

**feature**
138:3

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**February**
116:21

**feel**
26:22 60:21 146:5,
17

**feels**
125:23

**fees**
79:6,20

**felt**
81:19

**Feuer**
6:19

**few**
11:18 20:4,15
48:15 81:7 116:16,
18,19 126:8
147:23,24 148:1,2,
3

**fictitious**
45:6

**fictitiously**
45:13

**fifth**
10:2,6,8,9,23 11:2,
9,13 12:9 13:9,18,
22 14:2 24:19,24
25:3,8,11,16,20,
23,25 26:5,9 29:24
30:8 31:1,7,18
32:1,8,16,23 33:4,
11,19,24 34:7,13,
24 36:8,15 37:9,
15,18 40:24 41:5,
11,17,22 42:3,11
43:18 44:10,15,20,
24 45:4,8,12,16,21
46:2,8,11,17 47:2,
7,13,20 49:19
51:11,14,17 52:10,
13,18,24 53:6,11,
17,22 54:5,11,18

**figure**
109:15

**file**
35:7,15 36:16
121:14

**filed**
36:23 123:3

**files**
92:25 120:18
121:19

**filing**
15:21 35:11,19
119:12,14 120:24

**Fin**
31:20,25 39:2

55:1,7,13,19,24
56:5,11,18,23
57:4,9,15,23 58:5,
10,13,17 60:11
65:23 66:4,11,17
67:4,8,13,19
69:18,20,25 70:4,
10,14 74:8,15
76:11,20,25 77:12,
16,21 78:2,8,15,21
79:3 84:16 85:10
88:18,21,23 89:7,
11 92:16,20 96:2
97:18 115:14,20
122:15,21 123:1,5
126:4,23 127:17,
20,23 128:2,7,11,
16,20,23 129:3,6,
12,19,23 130:3,12,
17,25 131:5,10,13
132:5,8,13,18
133:22 134:4
135:3,10,16,21
136:2,8 138:4,7,
10,14,17 144:10,
18,20,23 145:1,4,
24 149:18,23
150:3,6,15

40:6,11,22 41:9
56:8,21 88:7,17,
19,22,25 89:4,10,
14 114:14,15,18,
21,24 121:6,8
122:10,12,17,24
134:12,18 135:1,7,
14,19 136:1

**final**
81:7 151:21,24

**finance**
11:20

**financial**
26:14 29:6 69:23
75:19 76:10,13,15,
19,22 80:12

**financials**
76:17

**find**
82:16 98:13
113:15,24 122:5

**fine**
7:7 10:11 107:7
146:7 151:15

**finish**
64:20 143:12

**fired**
125:23

**firm**
11:15 76:22 83:3

**first**
7:2,6,8,12 40:2,5,
10 41:8 57:2,21
65:4,9,12,14
109:13

**five**
10:9

**fix**
14:17,19

**floor**

51:18,21,24 52:3
63:24,25 64:3

**Florida**
7:22 35:1 36:16,24

**fly**
50:20

**follow**
152:2

**following**
20:22 42:17,20
107:20

**follows**
7:2

**foot**
87:16

**football**
53:15 79:1

**forced**
67:6

**Forde**
86:25

**forged**
56:3

**forget**
87:1 93:17

**forgot**
86:4

**form**
11:24 12:12,18
14:1 16:3,7 17:18
18:16 20:10 21:12
22:2 23:8,14,23
24:11,18 25:7,15
26:1,4 27:16 28:24
29:16 31:17 32:7,
15,22 33:3,10,18,
23 34:6,12,23
35:13 36:7,19 37:1
38:24 39:7,18
40:23 41:4,10

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

42:2,10 43:6,7
44:14 45:3,7,20
46:1,7,16 47:1,6,
19 50:11 51:6,22
52:9,17,23 53:5,16
54:17,25 55:6,12,
18,23 56:10,17
57:3,8,14,22 58:4,
16,21 59:23 60:2,
10,17 61:3 62:13,
20 63:11,18 64:24
65:17,22 66:3,10,
16 67:12,18 68:5,
17 69:11 70:3,9
71:11 72:7,21
73:17 74:14 75:25
76:7,24 77:5,15,20
78:1,7,14,20 79:2
82:1 83:17 84:15
85:9 87:21 89:6
90:9,20 91:20
94:13 95:13 97:17
98:15 99:3,9,18
100:14 109:25
111:3 112:25
113:9 114:11
115:25 117:7
119:11 120:20
121:12 122:14,20
123:17 124:14
125:2 128:6,15,24
129:11,18,24
130:16 131:4
132:17,25 133:6,
14,21 134:20
135:2,9,20,24
136:7 139:6
146:21 147:18
148:14,19,25
149:17,24

**formal**
21:16 133:3

**formalities**
75:13,17,24 76:5

**formally**
16:20

**former**
120:15

**formerly**
16:15

**forth**
62:6 136:18

**forthright**
149:11

**forward**
109:11

**forwarded**
120:6,9,13

**found**
149:4

**four**
122:13 140:8

**fraud**
34:10 56:16 58:2
69:15 149:21

**free**
44:9,12,18

**freezing**
14:14

**frequent**
81:9,11

**frequently**
51:3,5

**from**
6:13,17 11:2,11
14:11 19:1,4 20:7
29:8,13 30:24 31:5
32:3,12 33:16
36:1,3 38:10,16
39:16 41:19,24
54:8,23 55:4,10,
16,22 57:18 58:2
62:4 64:20 77:24
79:23 81:3,13

87:19 88:4 91:18
92:1 96:24 97:6,11
102:17 107:17
108:22 112:16
114:2,10,14
119:14 124:17
128:12 133:3
135:14 137:17
149:13 150:16,17

**froze**
14:4,14

**frozen**
14:12

**full**
7:18

**function**
137:25

**functions**
31:23

**funding**
78:6,12

**funds**
70:7 74:13

**further**
79:23 94:1 103:9
107:19 132:10
146:23 150:16

**future**
33:17

---

**G**

---

**Gambrell**
6:18

**Gapman**
44:4,6 59:9

**gathered**
36:2

**gave**
96:19 116:11

147:13

**general**
44:7 116:13
139:18 141:23
142:8

**generally**
83:22 111:18
125:22

**generate**
46:23

**get**
24:1,4 26:19 29:12
38:14 41:3 60:23
87:16 98:24
102:20 107:8
113:23 114:2,9
125:23 137:17
143:12 151:16,18

**gets**
89:18

**getting**
108:21,22

**give**
7:21 21:17 24:9
88:2 99:14 105:6
106:7,13 116:8
119:4 136:24
142:21,25

**given**
8:1,4 24:6 26:23
62:8 128:3

**giving**
21:24 107:2,4

**go**
7:5,6,7,11 14:16,
18 22:13 30:21
60:18 61:21 71:1,9
72:8 103:19 104:3
106:24 107:10
109:16 121:11
127:1 140:10,18,

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

23 143:21,23
144:1 147:10
148:5 150:20

**God**
142:17

**going**
14:21 15:24 21:16
27:20 30:13 42:13,
16,19,22,23 43:2,3
62:6 72:12 79:16
85:21 86:4,10
100:20 104:1,7
116:12 125:20,23
128:4 130:19
131:15,19 139:25
143:11 147:1,6
151:5

**gone**
61:4 71:6 143:18

**good**
7:18 20:21 36:5
105:16 106:15
107:3,11

**Gorday**
34:15,17

**Gordet**
87:10

**Gornstein**
87:6,8,9,12

**grand**
8:4 37:11,17 40:21
41:2,8

**gratuitously**
141:15

**grounds**
107:4 116:25
118:1

**group**
13:11,14,17,20,21,
24 58:7

**guarantee**
77:3,6,14

**guaranteed**
77:8,11

**guarantors**
42:19 45:15 78:11

**guess**
16:7 18:4 19:4,20
20:16 21:5,13
22:21 29:11 36:2,
20 37:2,3 39:15
40:16,18 48:18
50:12,25 59:4 60:3
61:5 65:11 69:7,12
71:3,23 87:14 97:3
113:12 114:25
115:8 116:5,17
120:4 121:23
125:11,19 127:2
142:6

**guy**
68:2 72:4

**guys**
14:4 50:14

_____

**H**
_____

**had**
8:22,23 20:4 32:5
34:3,4 39:1 40:20
44:23 45:2 50:16,
18,20 52:7 56:8,9,
22,25 57:1,20
59:16 74:1 79:15
82:17 85:5 91:2,7,
13,18 93:5 94:6
96:10,14,21 98:3,
11 102:10,16
103:19,20 104:3
105:23 111:10
113:5,10 115:22
116:3 117:22
118:24 120:5,8,13

121:6,8 127:5
137:5 149:4,9,21

**Hal**
80:3

**hand**
30:7

**handful**
118:21

**handle**
146:7

**happened**
118:19

**happening**
98:16

**harassed**
146:5

**harassing**
140:10,14,15,21
141:7,10 146:8,18

**hard**
20:4 21:10 103:1

**Harold**
6:21

**has**
23:21 24:7,21,25
37:16 71:25 81:24
90:7 93:7,19 95:6
96:24 118:19
129:15 131:11
132:10 140:9
152:7

**hasn't**
124:6

**have**
7:10,24,25 8:1,3,4,
6 9:14 10:15 11:1
15:6,13 16:1,5
17:6 19:1,13,14
21:15,16,21,23
22:8 23:6 25:5

28:16 31:9 35:10
37:3,10,13 38:5,6,
11,13 39:13 40:9
41:13,18,23 42:5
43:16 50:4 62:17,
23 63:20 64:8,17
65:7 67:23 68:1,3
69:22 70:12,19
71:6,17,20,21,24
72:5 76:2,13,14
80:18,21 81:23
86:12 87:11 88:11
89:15 90:5 91:25
92:5,13,17,18
94:11,16,18,20
95:2,5,10,17 96:18
97:6,10,14,16,22,
23 101:7 104:21
106:3,6,7 108:10
109:20,23 111:14,
15,24 114:14,25
115:22 116:3
118:9,15,24
120:17,21,22,23
121:5,22 122:2
123:10 124:1,23,
24 125:22 129:7
130:14,21,23
131:16 132:14,22,
25 133:5,9 134:6
135:17,23 136:10,
13 137:22 138:5,8,
11,15,18 139:1,3,
13,22 140:2 141:7,
19 142:2,4 143:5,
6,8,17,24 145:5,7,
10,15,17 146:23
149:3,5 150:1,4,7,
10,22

**haven't**
15:11,21 26:17
118:13 134:13
139:11

**having**
7:1 14:3,8,10

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

89:13 109:16
134:25 137:3

**he**
10:8,9,12,15 11:2,
3 16:15,17,19,20,
21 17:5 23:25
38:22 39:19 40:19
41:8,25 43:15,22
44:2 48:21,24
49:2,5,8,13 50:3,
16,18,19,20 61:25
62:6 63:20,22,23
67:25 68:1,3
71:12,24,25 72:4,5
80:19,22 85:19,21,
23,24 87:13,23
88:6,7,12 93:23
102:16 103:6,19
104:3,11 105:14
108:19,21,25
109:1 110:3 115:5,
7 123:18 124:4,6,
7,10 137:16,18
140:22 141:2,4

**he's**
10:10 20:14 23:20,
24 67:22 68:2
71:18 104:9,10
108:2,3,13,14
109:4

**headline**
19:17 20:2 119:11

**hear**
14:4,6 39:5,16
86:6 90:22 139:8

**heard**
23:15 38:16,25
71:19 106:11
109:14 134:14
138:25

**hearing**
39:23

**hearsay**
121:23

**height**
68:3

**held**
14:23 30:15 72:13
74:18 75:9 100:22
112:6 131:20

**help**
87:11 98:12,18
99:8 113:15,20

**helping**
113:6

**her**
59:10

**here**
15:5 16:1,6 26:20
27:12,20 28:3,6,13
29:25 35:3 42:14
50:4 60:24 86:16
89:12,24 90:5 93:3
99:20 106:8 109:5
117:25 121:18
134:8 139:25
145:21 146:15
147:8

**hierarchy**
21:13,20 22:5 53:9

**highly**
141:6,10,11

**him**
17:7,10 20:5 23:19
49:23,24 50:4 63:2
67:22,24 79:16
80:24 86:4,22
88:11 94:1 97:22
102:5,22 103:9,11,
18 104:3 105:3
110:13,16 117:1,2,
24,25 142:21,25
143:12

**hired**
80:23 82:11,17
83:12

**his**
40:2 50:3 68:3
71:20 72:1 81:2,7
87:13,22 92:6 93:5
105:13,23,25
110:10 117:22
123:14 140:9

**history**
122:11

**hold**
60:13 74:23 75:6
111:14,23 112:14
143:14 146:2

**holding**
74:20

**Holdings**
43:4

**holds**
26:12

**home**
7:21

**honest**
73:3 99:4 121:15

**honestly**
18:17 26:21 72:6
148:8

**hours**
140:3,5,8

**hundreds**
78:24

**hybrid**
48:17 49:15

---

**I**

---

**I'D**
10:2 11:9,13 12:9

13:9,18,22 14:2
21:16 24:19,24
25:3,8,11,16,20,
23,25 26:5,9 27:5
29:24 31:1,7 32:1,
8 76:20,25 77:12
81:16 96:2 106:12
146:10

**I'LL**
31:18 32:16,23
33:4,11 34:24
36:15 40:24 41:5,
11,17,22 42:3,11
65:23 66:4,11,17
67:4,8,13,19
69:18,20,25 70:4,
10,14 74:8,15
76:11 77:16,21
78:2,8,15,21 79:3,
5,9 82:10 84:16
85:10 88:18,21,23
89:7,11 92:16,20
97:18 115:14,20
122:15,21 123:1,5
126:4,23 127:17,
20,23 128:2,7,11,
16,20,23 129:3,6,
12,19 130:3,12,17,
25 131:5,10,13
133:22 134:4
135:3,10,16,21
136:2,8 138:4,7,
10,14,17 143:18,
19 149:18,23
150:3,6,15 151:2,
23

**I'M**
7:17 12:3 14:10
15:10,13,15,25
16:20 17:14 18:4
19:22 20:5 21:3,14
23:9,20,24 24:23
25:1 26:19 27:6,9,
12,20,24 28:2,6
29:12,25 30:3

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

31:10 35:2,14,21
36:20 37:3,19
38:14 39:8,15
40:7,13 42:13,16,
19,22,23 43:3
59:10,15,21,24
60:3,23 61:5,10,
16,17 62:1,7,9,14
63:4 64:15 65:12,
13,18 67:24 68:6,
10,13,21 69:21
70:23 71:2,12,25
73:13 75:1,10,14
79:11,12,15,22
84:22 86:6,8 87:22
88:11,13 89:20,21
90:10,13,18 91:4
93:11,12 98:20
99:4,19 101:21
102:7 103:4,11
104:1,7,16 106:7,
25 107:2,11,23
108:22 109:12,15
111:17 114:22
115:7,8 116:19
117:20,24,25
118:2,13,15 119:3,
7 120:3 121:13
124:1 125:19
130:19 131:15,16
133:8 134:21,22
137:11 138:1
139:2,8,16,24
140:14,21,24
141:3,7,10,25
142:6,9,14,24
143:11,13,15,20,
21 144:1 146:7
147:1,6 149:8,12

**I'VE**
15:6 20:4 29:10
71:19 93:12
106:11 109:13
113:4 120:23
132:23 138:25

140:17 143:7

**I--**
110:14

**Ian**
20:3,13

**idea**
15:14 16:1 35:10
36:5 65:7,8 71:17
125:23

**identified**
141:21

**identify**
19:18 27:2 113:6

**II**
42:18

**III**
6:21 7:7,10 14:3,8,
13,18 42:17 79:25
80:2 82:3 83:19
84:17 85:11 88:1
89:8 90:11,21
91:22 93:9,22,24
94:5,14 95:16
97:19 98:17 99:5,
12,23 100:18
101:2,12,18,21
102:2,7,14 103:4,
14,21 104:5,15,18
105:9,11,16,21,25
106:3,9,17,19,22,
25 107:17,22,25
108:5,15,17,19,22,
25 109:4,7,12,18
110:5,12,16,18
111:5 113:2,14
114:16 116:2
117:3,10 118:2,6
120:25 121:16
122:16,22 123:20
124:19 125:4
128:8,17,25
129:13,20,25
130:8,18 131:6,14,

25 132:19 133:7,
16,23 134:23
135:4,11,22 136:9
139:7,24 140:13,
19,25 141:5,18
142:20,23 143:1,
10,20 144:3,6
146:22 147:4,9
152:2

**illegally**
92:1

**IMEI**
144:17

**immediately**
92:12

**impairment**
134:17

**implied**
148:15

**imply**
79:14 120:24
148:17

**important**
145:25

**imposing**
68:1,4

**improper**
81:20,25

**in**
6:7 8:14,15 9:12,
25 10:9 11:23
12:10,16,22,25
13:3,8,10,13,16,20
15:7,8,11 16:6
17:6 18:6,11 19:10
20:24 21:21,25
22:17,18 24:1,23
25:1 26:17 28:11,
25 30:7,23 31:2,3,
14,24 32:3,14
33:16 34:18 35:10,

14,19 36:10,13,16
38:4 39:19 40:6,11
41:9,15,19 42:8
45:19 47:11 49:8,
17 50:3,17 51:10,
13 52:3,8,21 53:9,
14,25 54:7 56:7,
14,15,20 57:2,13,
18,21,25 58:14,23
59:3,14,19,21
60:9,16,20,25
61:1,15,23 62:9,
12,19 63:1,5,10,23
64:4,7,9,10,13,17
65:6,16,20 66:9
69:17 70:16 71:20
72:1,19,22 73:14,
21 77:23,24 78:5,
11,12 80:4,10,24
81:3,7,25 83:9,12,
23 84:12,21,23
85:13,17,21 86:3,
5,9,10,17 87:19
88:22,25 89:4,17,
23 90:6,14 91:23
92:9,14,22 93:2,8,
14,20,21 94:3
95:18 96:1,8,21
97:16 98:2,4,9,18,
22 100:2,9,11
101:8 102:21
103:2 104:21
106:14,15 107:3,
11,14,18 108:9
109:8 111:10
112:6,8,14 113:6,
16,21 114:1,18
115:19,22 116:21
117:4,12,13
118:18,19,21,23
119:11 120:19
121:1,13,14,17
122:11,12 123:2,
24 124:1,7,12,17,
25 126:21 127:11,
14 128:9,13

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

129:22 130:2,10,
13,21 131:12
132:11,15 133:3,
12,24 134:1,3,15,
17 135:23 136:4,5
137:4,18 138:15
139:17 141:20
143:19,23,24
145:8,23 146:4,8,
17,19 147:17,22
148:4,13 149:4,9,
15 151:9,18

**inappropriate**
141:6,9,11

**include**
11:23 125:13,16,
21 136:17

**included**
39:19

**including**
11:19 48:16

**increase**
128:9

**incrimination**
10:24

**individual**
8:17 41:1

**individual's**
39:23

**individuals**
20:6 29:18 34:21
48:16 58:22 73:4
113:25 114:4
118:13

**individuals'**
87:3

**induce**
128:10,13 145:23

**inducing**
78:11

**influenced**
146:13

**information**
36:2 37:13 38:2,
12,15,25 41:3,20,
24 81:24 85:7,12,
17 86:17 88:22,24
89:5,10 91:2,6,12,
18 92:1,13,17
96:19,24 98:4,24
99:7,8 113:16,24
114:2,17,20,23
115:4,6,10 120:17
121:5 122:6 131:8
133:13 135:12
138:12 145:5,14,
16

**informed**
39:19

**infrastructure**
16:8,12 17:21
37:23

**infrastructures**
37:24

**initially**
16:19 98:11

**insofar**
107:1

**insolvent**
69:19,22,24 70:1

**installed**
25:12 150:7,10

**instance**
100:2 112:8

**instruct**
79:9,16 93:25
101:11 102:5

**instructed**
93:16 94:1 117:15

**instructing**
102:15 103:9,11

105:3 110:13
140:25

**instructions**
117:14 118:4

**instrumentalities**
68:15 69:5,10,17

**instrumentality**
69:1

**insurance**
11:21,22 28:16
99:11,21 100:2,15
110:25 111:7
112:10,16

**Insurety**
42:18,25

**integrity**
134:10,18,25
135:6,13,25

**intend**
15:23

**intended**
145:23

**intentionally**
54:21

**interact**
20:17 23:17 25:18
80:18

**interacted**
17:3

**interacting**
81:18

**interaction**
17:7 43:16 67:23
80:21 116:6

**interest**
111:10

**interested**
107:14,18

**internally**
85:4

**interpret**
117:8

**interrupt**
22:13

**intervention**
107:13 141:12

**into**
16:8,11 17:16
18:1,8,14,23 19:2,
8,15 22:6 28:19
37:22 38:2,22 39:1
40:2 41:21,25 53:4
58:14 94:11
120:23

**intruded**
17:16

**intruding**
38:2

**intrusion**
18:1 19:14 40:2
90:2,17 91:11,14,
17,19 145:7,18

**intrusions**
18:7,14,23 19:2,8
35:4,12,20 36:6,12
37:22 38:22 41:15,
21,25 42:8 90:1,7,
13,16 91:1,3,8
120:19 121:3,20
123:15 134:16

**invest**
11:18 12:10,16
13:3

**invested**
13:8

**investigation**
37:7 123:14

**investment**
9:22 11:15,18

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

22:4,12,14 38:13

**investments**
9:23 10:1 11:16
13:5

**invests**
12:21,24

**invocation**
103:7

**invoke**
10:2,23 11:9,13
12:9 13:9,18,22
14:2 24:19,24
25:3,8,11,16,20,
23,25 26:5,9 31:18
33:19,24 34:7,13,
24 36:8 37:9,15,18
40:24 41:5,11,17,
22 42:3,11 43:18
44:15,20,24 45:4,
8,12,16,21 46:2,8,
11,17 47:2,7,13,20
49:19 51:11,14,17
52:10,13,18,24
53:6,11,17,22
54:5,11,18 55:1,7,
13,19,24 56:5,11,
18,23 57:4,9,15,23
58:5,10,13,17
60:11 65:23 66:4,
11,17 67:4,8,13,19
69:18,20,25 70:4,
10,14 74:8,15
76:11,20 78:2,8,
15,21 79:3 84:16
85:10 88:18,21,23
89:7,11 92:16,20
96:2 101:23
102:11 104:24
122:15,21 123:1,5
126:23 127:17,20,
23 128:2,7,11,16,
20,23 129:3,6,12,
19 130:3,12,17,25
131:5,10,13 132:5,

8,13,18 133:22
134:4 135:3,10,16,
21 136:2,8 138:4,
7,10,14,17 144:10,
18,20,23 145:1,4
149:18,23 150:3,6,
15

**invoked**
10:8

**invoking**
110:5

**involve**
102:17 103:24
105:4 134:21

**involved**
15:7 20:14 35:14
83:23 84:21,23,24
92:14 114:1

**involvement**
88:11 114:7

**involves**
102:23

**involving**
47:9 54:12 56:1
57:25 110:21

**ios**
145:2

**iphone**
139:14,15 140:9
141:20 142:1,3,5
144:13,14

**Isn't**
121:13

**issuance**
34:21

**issue**
32:4 52:14 54:2,8,
14,22 55:3,9,15,21
56:3 98:2,14,19
101:4 106:23
107:1,9,12,19

110:20

**issued**
33:9 47:12 53:20
132:16

**issues**
14:3,9,10 88:14
97:25 101:8
134:14 135:6,24

**issuing**
32:20 33:14 52:21
58:8 65:20 66:1,7,
14

**it's**
7:7,22 11:15 20:4,
19 21:1,4,9,13,14
22:21 24:13 28:12
29:18 31:21 36:20,
23 37:2,4 38:20
48:4,6,12,17 49:15
50:24 59:11 61:4
67:23 86:8,25
93:21 94:3,16,23
100:9 102:21
103:1 107:8
111:17 116:6
119:3,7 141:1,6
143:8 146:24
151:15

**item**
122:11

**items**
145:6,17

**its**
35:18 46:23 57:18
69:23 70:16 76:22
84:12,13 129:8
134:16

―――――――――――――――

**J**

**James**
7:20

**Jeff**
93:3

**Jeffrey**
6:15

**jet**
70:13,17,19,22,25

**JG**
29:21 30:24 31:5
32:3,12 33:16

**job**
9:8,12,17,20 21:13
137:5

**Joe**
44:4,6 59:9

**John**
6:17 14:9 140:4,12

**joined**
148:24

**Josh**
19:20 20:23 21:1,4
23:6,12,17,21
24:9,15,21 25:4,
18,19,21,24 26:3,7
31:14 33:13 45:18,
24 46:5,22 47:10,
18 48:19 49:10,13,
17,22 50:7,9,16
52:2 53:10,12
54:7,13 55:3 56:2
57:12 58:1 66:20
67:2,6,9,16 68:8,
15 69:5,10,16
70:6,21,24 71:7,9,
15 73:3,6,8,10
74:1,9,12 77:13
78:17,23 115:19
120:1 128:18
133:12,19 138:2
148:12,23 149:14,
20

**Judge**
108:23 109:16

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**July**
9:16,18 84:13
126:12,14,15,21
129:22 130:2,10,
14,21 131:12
133:12 134:1
136:5 147:17,22

**June**
9:16,17 40:6,11,22
84:7,12 85:17
95:22,23 96:1,3,8,
21,25 98:2 99:7
129:22 130:2,6,10,
14,21 131:12
133:12 134:1
136:5 147:17,22

**jury**
8:5 37:11,17 40:21
41:2,8

**just**
7:11 8:13,23 10:8
11:1 14:14 15:25
16:21 17:13 21:2
24:13 27:2,10,12,
17 28:2 29:25
35:25 37:3,19
38:20 40:18 50:20
59:21 60:23 61:21
62:7,10 63:12
64:15,25 75:10
79:11 82:12,13
83:22 84:2 86:8
87:16,23 88:2,16
89:22 90:12,14
93:10,12 94:10
98:4 99:14 100:3
102:7,20 103:5
105:5,10,12
106:10 107:2,11
109:15 110:6,7
112:4 113:17
114:25 117:5
118:2 121:23
122:3,8 125:17,24
127:5,15 130:4,5,

20 131:16 132:23
133:17 134:5,7
136:16,19 137:2,
16 140:22 141:20
142:11,14,21
143:1,12 144:7,11
145:11,14,15
146:3 147:11,12
148:3 149:8 151:8

**Justice**
37:8,14

**justify**
36:3

**K**

**Karen**
34:15,17 87:9

**keep**
14:14

**keeping**
64:25 146:11

**Kenneth**
43:12,14,16 45:17,
23 46:4,12,22
47:10,14,15,16
50:22 51:2 53:1,8,
13 54:6,13 55:15
56:2 57:12,17 58:2
59:12,17 60:7,14,
25 61:14 63:8
64:2,5,18 65:5,15
66:13 67:5,16,21
68:8,12 78:18,24

**Kenny**
59:7 78:10

**kept**
89:9

**kind**
16:21 71:24 87:16,
20 128:5 130:19

**King**
6:13 43:12,14,17
45:18,24 46:5,12,
22 47:4,10,14,16
50:23 51:2 53:1,8,
13 54:7,13 55:15
56:3 57:12,17,19
58:2 59:7,12,17
60:7,14,25 61:14
63:8 64:2,5,18
65:5,15 66:13
67:5,16,21 68:9,12
78:10,18,24

**knew**
20:21 57:19 87:23
133:13,19 149:21

**know**
10:4 13:4 15:4,20,
21 16:10 17:3
18:4,9,10 19:9,16
20:6 21:14,15,22,
23 22:3,5,8 23:2
25:5,12 26:13,23
28:18 30:2 32:25
33:1,21 34:15,20
35:7,15,18,21,25
36:4 37:6,16 38:1,
4,5,7,21 39:2,3,8,
11 40:1,5,20 41:7
43:12,19,24 44:4,8
45:10 48:10,15
49:3 60:19 61:5,
10,11,20 64:9,10,
21,22 65:25 66:6,
13 67:2,5,22 69:2
70:21 71:15 72:6,
25 73:2,5,11 74:17
75:10,14 76:9,12
77:6,18 80:5,14,16
81:15,23 83:7
87:2,13,24 88:6,9,
24 89:9,12,16,22
90:10 95:14 97:20,
25 99:19 100:12
102:24 107:9

108:20 113:10,17,
20,23,25 115:4
116:9 118:22
119:11 121:4,14,
21,24 122:6 123:6,
8 124:11 125:5,7,
17,24 130:1,6
134:13,15 136:19
137:10 139:17,21
141:24 142:6
144:3 146:12
148:8

**knowingly**
54:20,22 55:3,9,
15,21 57:6

**knowledge**
15:6,8,12 18:13,22
27:12 38:15 63:17
70:20 75:8 81:21
82:2 84:4 91:9,15,
21,23 92:3,8 95:19
96:12,15,17 97:1,9
129:16 134:2
136:12 138:22
139:5,9 145:13,19
150:9

**knows**
25:10

**Kosinksi's**
80:10

**Kosinski**
6:22 80:4,14,16
81:2,6,15,18,19,24
85:13,20 86:13,17
90:6 91:2,7,13,24,
25 92:6,11,14
98:12 113:5

**L**

**laptop**
137:5,15,17

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**large**
51:23 124:16

**last**
9:12 14:5 49:20,
21,22 50:6,8,9,17,
22 63:2 86:6 87:3
95:18,20 110:13
122:12 131:7
137:17,20

**late**
40:6 60:7 74:21
81:3

**later**
147:23

**law**
106:6,7

**lawsuit**
15:5 30:1,6 35:8,
11,15,19 36:5,11
89:17,24 92:5
115:24 119:12,14
121:14 123:3,16
138:12

**lawyer**
117:25

**lawyers**
117:23

**layoffs**
124:25 125:5,12,
15,20 128:4

**Leadenhall**
6:8,14 30:2,7
31:15 32:4,6,21
33:15 34:11,22
35:8,11,20 36:6,
11,17,24 41:14,19,
24 42:7 44:12,17,
22 45:1,6,14
52:15,22 53:14
54:3,8,10,15,23
55:4,10,16,22
56:4,9,15,22 57:1,

7,18,20 58:3,9
65:21 66:2,7,15
69:17 77:18,25
78:6,11,19,25
82:4,11,17 83:11,
13 84:11 85:3
88:14 89:1,4
92:15,19 130:15
131:3,8

**Leadenhall's**
130:22,23

**least**
10:12 24:10 29:7,
20

**leave**
126:2 148:13
149:22

**left**
115:4 125:25
126:6,11 127:24
147:17,22

**legal**
36:1 116:6 129:8,
9,15

**legitimate**
46:13

**lender**
53:20,21,25 54:1
56:22

**lender's**
46:24

**lenders**
13:25 31:25 33:9
34:5 44:23

**length**
74:7

**Leonard**
6:19 14:9

**let's**
14:18 131:14

**level**
119:19,23

**lien**
83:25

**light**
56:16

**likely**
88:7

**limited**
15:13 116:6

**line**
18:11 21:21,22
22:1 24:17

**lines**
22:18 39:3

**link**
18:18

**list**
20:16 112:22
113:23

**listed**
142:12

**listen**
23:21,22,25

**lists**
53:20

**literally**
142:14

**litigation**
11:20 35:2 82:6,9
92:22 93:2,14
94:3,8 95:12,15
97:15 104:10
105:15 118:12
124:10

**little**
132:2

**live**
136:16

**LLC**
6:7,8,22 42:18,19,
20,21,23,24,25
43:4 80:4,5,8

**LLP**
6:9

**loan**
26:7

**loaning**
46:14

**locate**
98:18

**lockbox**
98:4,13,19,23
99:15 100:10,11
110:21 112:23
113:19

**lockboxes**
98:10 99:22 101:5
115:2

**logs**
151:7

**long**
9:14 81:11 142:4

**longer**
75:6 151:14

**look**
64:13 92:24 93:13
106:14 114:24
131:15 141:20,23

**looking**
89:4 98:24 114:23

**looped**
15:11

**loss**
69:17

**lot**
19:13 27:7,8 28:16
51:23 71:10
120:15 121:23

**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

124:17,22,25
151:13

**lots**
128:3

**Love**
129:1

**lying**
46:24

## M

**made**
35:7 85:1,2 89:9
90:15 92:5 112:9
122:18,24 140:17
141:15 146:25

**mail**
24:17 86:15

**mails**
92:25

**mainly**
86:21

**major**
71:15

**make**
7:11 11:17 40:17
46:12 53:4 56:8
77:7 82:13,14
105:13 106:12,23
107:9 109:14
110:25 112:4
130:5 132:23
140:13 141:21
146:3 147:11

**makes**
40:16 113:12

**makeup**
51:24

**making**
23:3 36:1 47:5,15,

17 89:25 106:25

**man**
25:24

**management**
21:20 119:19,23

**manager**
9:19 11:8,11 21:16
44:2

**managers**
20:8,23 25:13
66:21,23 67:3,7

**managing**
22:9,19

**manner**
22:17

**many**
8:12 17:3 136:25

**March**
6:2,4 58:11,15
116:22

**mark**
20:13 49:6,18,20
50:10 140:14

**markets**
13:10,13,17,20,24
58:7 80:25

**MARLON**
130:18 131:6
133:7,16,23
134:23 135:4,11,
22 139:7

**matter**
6:7 97:15 103:23
110:6 115:23
118:11,25 123:11,
16 124:10

**Matthewman**
108:23

**may**
7:3,10,11 13:6

15:12 19:14 20:24
24:21,25 27:1,2,
14,15 28:8,14,15,
22 38:15 39:13
43:17 52:15 54:3,
9,15,23 55:4,10,
16,22 64:17 67:9,
15 68:14 70:1,2
79:14 85:17 87:11
103:2 104:19
115:19 118:15
122:19,24 124:1
135:8 137:22
141:12 145:17
149:5

**maybe**
22:7 63:7 65:10
87:2,6,8 99:16
114:8 116:13,22
125:7 147:7

**Mazer**
123:6

**MC**
39:7 45:20

**MCARTHY**
128:15,24

**MCCARHTY**
24:18 25:15 26:1

**Mccarthy**
6:17 11:24 12:12,
18 14:1,10 16:3
17:18 18:16 20:10
21:12 22:2 23:8,
14,23 24:11 25:7
26:4 27:16 28:24
29:16 31:8,11,17
32:7,15,22 33:3,
10,18,23 34:6,12,
23 35:13 36:7,19
37:1 38:24 39:18
40:23 41:4,10
42:2,10 43:6,9
44:14 45:3,7 46:1,

7,16 47:1,6,19
50:11 51:6,22
52:9,17,23 53:5,16
54:17,25 55:6,12,
18,23 56:10,17
57:3,8,14,22 58:4,
16,21 59:23 60:2,
10,17 61:3 62:13,
20 63:11,18 64:24
65:17,22 66:3,10,
16 67:12,18 68:5,
17 69:11 70:3,9
71:11 72:7,21
73:17 74:14 75:25
76:7,24 77:5,15,20
78:1,7,14,20 79:2
82:1 83:17 84:15
85:9 87:21 89:6
90:9,20 91:20
94:13 95:13 97:17
98:15 99:3,9,18
100:14 109:10,25
111:3 112:25
113:9 114:11
115:25 116:25
117:7,11,15,18,21
120:20 121:12
122:14,20 123:17
124:14 125:2
128:6 129:11,18,
24 130:16,20
131:4 132:17
133:6,21 134:20
135:2,9,20 136:7
139:6,22 140:7,16,
17,22 141:3
142:24 143:15
144:1 146:21
147:18 148:14,19,
25 149:17,24
150:17 151:11,23

**Mccarthy's**
117:14

**MCCRTHY**
133:14



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**Mcguffin**
43:24 44:1 51:5,9
59:3,5,13,18 60:8,
15 61:1,14,23
62:3,9,11,18 63:9,
14,20 64:6,18
65:5,14

**Mcguffin's**
63:15

**me**
7:5,12 9:24 13:19
14:4 18:17 19:10,
18 21:17 23:25
25:22 27:2 31:3
40:19 42:5 46:20
50:18 52:20 53:1
65:3 66:19 67:15
69:9 72:25 79:23
80:23 85:19 88:2,
16 93:15 99:14
102:1,8,20 106:10,
13 110:10 112:20
113:13,20,22
115:3 116:8,11
118:21 119:4
121:24 123:18
132:22 133:17
136:24 137:16
140:15 141:24
143:10 144:3,19,
21,24 145:2,14
149:11 150:16

**mean**
10:4 12:16 15:19
17:24 19:9,10
20:4,19 22:3,13
24:5 29:4 34:2
35:5,24 36:22
37:2,12 38:9,10
49:15,24 53:24
54:20 61:10,16
68:18,20 69:2,22
71:4 72:4 74:24
81:7 87:18,20 88:3
92:23 95:23 97:3

**meaning**
25:19

**means**
11:3 33:1,21 44:8
45:10 87:17
138:13

**media**
11:19 72:9,11,16
131:18,23

**Medical**
42:24 83:25

**meet**
8:17 69:23

**meeting**
75:9,18,21 84:21

**meetings**
74:18,21,24,25
75:6,7,9,11 86:3,9
123:2

**members**
46:24

**memorandum**
47:12

**memorialized**
47:11

**memories**
28:3

**memory**
15:23 27:25
113:20

**mentioned**
19:10,13 39:13
94:10 115:9
118:21 119:3,5,7
121:13 123:18,22

**mere**
68:15

**merely**
111:15

**message**
136:3,10,20,21
150:2

**messages**
92:25 97:2,6,10
136:17 138:13,24

**messaging**
138:20

**met**
8:11

**Miami**
7:22 17:8 48:4
49:8 51:10,13
52:4,8 59:14,19
60:9,16 61:2,15,23
62:1,4,12,19 63:1,
6,10 64:4,7 65:6,
16 123:24 124:2,5,
6,11,12

**Michael**
20:15

**Michelle**
6:10

**microphone**
102:20

**Microsoft**
136:14 137:25
138:3,6 150:5

**might**
38:17 41:2 125:13,
21 135:6

**Mike**
43:19,21 51:4,7,12
59:7,13,18 60:8,
14,25 61:14 62:25
63:5,8 64:2,5,19
65:5,15

**million**
31:6 32:11,14

**millions**
78:25

**mind**
92:12 125:24
146:17 147:10

**mine**
104:19

**minimal**
17:5

**minor**
131:16

**minute**
143:19 147:7

**minutes**
75:21 140:3,5
147:7

**mistake**
54:22

**mode**
25:19

**model**
96:13 139:15
140:9 142:1
144:24

**modifications**
122:10,23 135:18

**modified**
96:10

**Molly**
19:21

**moment**
21:14 117:11

**Monday**
6:4

**money**
26:8 34:2 46:23
69:23

**month**
60:4 95:4,18

**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**months**
26:23 126:8
147:23,24

**more**
7:10 19:16 20:1
22:4 49:18 51:5
73:19 79:5 81:9,11
98:23 114:1 119:4
127:1 134:16
145:15 148:20

**Morlan**
6:21 7:5,7,10 14:3,
8,13,18 79:24,25
80:2,3 82:3 83:19
84:17 85:11 88:1
89:8 90:11,21
91:22 93:9,22,24
94:5,14 95:16
97:19 98:17 99:5,
12,23 100:18
101:2,12,18,21
102:2,7,14 103:4,
14,21 104:5,15,18
105:9,11,12,16,21,
25 106:3,9,17,19,
22,25 107:17,22,
25 108:5,15,17,19,
22,25 109:4,7,12,
18 110:5,12,16,18
111:5 113:2,14
114:16 116:2
117:3,10 118:2,6
120:25 121:16
122:16,22 123:20
124:19 125:4
128:8,17,25
129:13,20,25
130:4,8 131:14,25
132:19 136:9
139:24 140:13,19,
25 141:5,18
142:20,23 143:1,
10,20 144:3,6
146:22 147:4,6,9
152:1,2

**morning**
151:18,21

**mortgage**
28:18

**most**
96:3 99:19

**mouth**
19:4 39:1

**move**
58:14 62:4 78:11
109:11

**moved**
124:23

**moving**
124:15,16,20,21

**MP**
31:20,24 39:2
40:6,11,22 41:9
56:8,21 88:7,17,
19,22,25 89:4,10,
14 114:14,15,18,
21,24 121:6,8
122:10,12,17,24
134:12,18 135:1,7,
14,19 136:1

**much**
8:8 18:19 43:16
51:5 81:9,11 88:11
99:16 133:13,20
140:1 149:21

**my**
8:11 10:23 14:3
16:9,19 18:3,11,19
23:3 24:1 26:14
27:21,22 29:7
37:20,24 38:12
50:24 61:12 63:17
70:20 75:8 80:3,9
81:21 82:2 84:4
86:8,20 88:15
89:15 91:9,15,21
92:3,8 93:10,17

94:16,23 95:19
96:12,17 97:1,9
98:21 102:1,20,22
103:14 105:2
107:16,21 112:20,
21 113:4,19
116:10 117:8,13,
14 118:4 125:24
131:15 134:8
136:12 138:21
139:5,9 140:17
141:5 142:11,14
143:22 145:13,19,
21 149:7 150:9
152:2

**my--**
94:24

## N

**N-I-C-O-L-A-S'**
144:14

**N-O-C**
144:14

**name**
7:18 16:10 39:9
63:15 70:19 80:3
137:11 142:12
144:11,12

**names**
13:2,7 20:6,12,16
39:9 59:8 87:3
100:12 116:8

**nature**
16:23 80:13 97:5

**necessarily**
88:15

**necessary**
98:25 107:8
112:22 146:24
147:1

**need**
93:1 104:19
114:14 122:3
141:12 146:11
151:23 152:3

**needed**
113:24 115:3

**needing**
98:3

**needs**
100:12

**negative**
92:10

**negatively**
92:6

**negotiations**
56:15

**network**
144:21

**never**
23:24 32:5 34:4
57:1,21 72:1 96:16

**new**
30:1,5 36:18,25
50:20 88:10 98:25
112:23 127:2,4,21
132:1,6,9,11 143:9
148:20

**news**
18:24 19:1 37:21
38:10 118:23
119:11

**next**
142:12

**Nicholas**
6:1,6,25 7:20

**Nick**
6:15 93:4 150:22

**Nicolas**
144:13

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**Nicolas'**
144:13

**no**
9:13 24:12,13
29:25 38:11 42:5
43:9 48:9 65:7,8
71:8,9,17 73:7
75:5 79:12 81:21
83:10 85:15 86:1
91:9,15,21 92:3
95:8 96:23 97:1,9
105:8,24 106:2,7,
16,17,18,21 109:9,
22 117:8 120:7,15
123:7 124:7 133:5,
8,9 136:12 138:22
140:9 142:18
145:19 146:7
150:9,12,17

**Noah**
6:19 16:13,14,24
17:4,10,16,25
18:7,14,23 19:2,7,
14 35:4,12,20
36:6,12 37:16,22
38:1,21 39:5,11,
16,24 40:1,5,10,20
41:7,14,20,25 42:7
89:25 90:7,15
97:20 98:6,7,8
115:4,7 136:11,13

**non-compete**
148:13,21 149:4,9

**nor**
18:10

**normally**
25:18 124:4,7

**North**
61:25 62:4

**not**
7:25 8:3,6,19
13:12 14:10 15:6,
10,15,17,24 16:2,

20 17:2 18:4,9
20:5,14,24 21:1,3,
4,13,24 22:1,18,21
23:9,24,25 24:12
27:6,9,13,17,24,25
28:12 33:14 35:9,
14,21,23 36:20,22
37:3,11 38:14,17,
21 39:8 44:12 45:2
46:14 49:2,8,12
50:4,10 51:3,7
53:25 56:9 59:10,
15,24 60:3,20
61:5,16,17 62:1,14
63:17 64:8,17,22
65:12,18 67:24
68:6,10,13 70:20,
23 71:2,12,21,25
73:13 75:1,6 79:9,
12,16,22 81:21
82:2 84:21,23 86:2
87:22 88:11,13
89:13,15,21,23
90:10 91:4,9,15,21
92:3,8 93:11,13,23
94:1,9 95:19 96:12
97:1,9,21 98:8,20
99:4,19 101:11,21,
23 102:5,8,11,15,
17,18 103:4,7,9,
11,16,17,24 104:1,
7,10,16,19,22,24
105:3 106:11
107:14,18 108:2,3,
13 109:2,4,12,22
110:6,7,13 111:17
114:9,22 115:8,15
116:19 117:2,9,12,
16,25 118:15
119:25 120:3,7,11,
14,15,21 121:13,
18 123:3 125:14
133:5,9 134:7,10,
21,22 136:12
137:11 138:1,21
139:2,5,9,16

140:24 141:1,3
142:6,9,24 144:1
145:13,19,23
146:10,20 147:24
149:1,5,12 150:9
152:4

**noted**
104:18

**notes**
56:20 131:15

**nothing**
79:23 92:12
113:19 146:23
150:16

**notice**
9:1,4 14:11 105:19
109:2 116:10,15

**November**
52:15 54:3,9,15,24
55:5,11,17,22

**now**
6:3 7:3 10:19 11:2
23:19 26:23 30:12
61:9 75:8 95:10
106:8 107:19
110:5 111:13
115:16 140:2
152:4

**number**
10:9 96:14,16
144:8,9,17,19,24,
25

**numerous**
119:6

**Nutmeg**
12:25 28:9

___

**O**

___

**O'REILLY**
116:13,14,23

117:1,4,18 118:9,
10 119:1

**oath**
146:15

**object**
23:8 45:20 47:6
65:17,22 66:10,16
92:14 109:25
116:25 122:14,20
128:15,24 129:11
134:20 136:7

**objected**
43:7 130:20

**objecting**
143:15,21

**objection**
11:24 12:12,18
14:1 16:3 17:18
18:16 20:10 21:12
22:2 23:14,23
24:11,18 25:7,15
26:1,4 27:16 28:24
29:16 31:9,17
32:7,15,22 33:3,
10,18,23 34:6,12,
23 35:13 36:7,19
37:1 38:24 39:7,18
40:23 41:4,10
42:2,10 43:6 44:14
45:3,7 46:1,7,16
47:1,19 50:11
51:6,22 52:9,17,23
53:5,16 54:17,25
55:6,12,18,23
56:10,17 57:3,8,
14,22 58:4,16,21
59:23 60:2,10,17
61:3 62:13,20
63:11,18 64:24
66:3 67:12,18
68:5,17 69:11
70:3,9 71:11 72:7,
21 73:17 74:14
75:25 76:7,24

**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

77:5,15,20 78:1,7,
14,20 79:2,8 82:1
83:17 84:15 85:9
87:21 89:6 90:9,
13,20,22 91:20
92:18 94:13 95:13
97:17 98:15 99:3,
9,18 100:14
101:10 110:1
111:3 112:25
113:9 114:11
115:25 117:7
120:20 121:12
123:17 124:14
125:2 128:6
129:18 130:16
131:4 132:17,24
133:6,14,21 135:2,
9,20 139:6 141:9,
19 146:21 147:18
148:14,19,25
149:17,24

**objections**
146:25

**obligated**
110:25

**obligation**
77:10

**obligations**
69:23 77:3,6,8

**obtain**
92:1

**obtained**
120:18 121:2,19

**obviously**
116:11 124:22

**occasion**
80:18

**occasionally**
81:8

**occurred**

110:8 122:12
135:7

**October**
122:24 125:9
126:6

**off**
14:16,18,21,23
30:13,15 33:21
34:1,9 49:25 72:8,
12,13 100:20,22
131:19,20 134:7
143:21,23 144:1
147:11 150:20
151:5,8

**office**
16:8,11 17:6,8,16
18:8,15,23 19:3,8,
15 23:19 41:16,21
42:1 48:2,3,4,5,14,
20,23 49:1,7,11,
14,18 50:3 51:9,
12,16 58:23 60:20
61:9 63:3,20,23,24
64:10,13,17 65:10
74:1,3 85:22
118:19,21 123:23
124:5,7,8,11,12,
13,20 137:18
152:2

**officer**
16:16,17,25 43:22

**officers**
73:15,22

**offices**
47:23 51:10,13,16,
19 52:3,8 58:14,20
59:2,6,14,19,20
60:9,16 61:1,15,23
62:9,11,19 63:1,5,
10,21 64:7,19,23
65:6,16 66:8 90:2
91:11 124:16,17,
21,23

**officially**
126:25

**often**
20:17 23:17 51:1
81:5

**Oh**
12:2,3 31:10 48:10
110:5 117:20
124:3

**okay**
7:9 9:8 10:18 11:5
14:4,20 16:5 21:7
28:1 29:12 30:23
31:11 37:13 38:19
40:15 42:13,15
48:10 50:1 69:8
71:19 76:21 79:23
80:7,16 81:5,10
82:16 83:3,14
84:24 86:23 87:4,9
88:2,8,13 89:21
90:12,25 93:10,22
94:6,20 97:4 99:24
100:2 101:3,7,12,
18 102:7,14
103:14,21 104:5,
15,17 105:9,21
106:9,22 107:17
108:5,15,24 109:3,
6,19 110:12
111:22 112:12,20
113:3,15 114:3,8,
17,20 116:3
117:20 118:9
119:4,8 120:12
121:10,17 123:10,
13 124:4 126:2,5
128:12 130:9
131:14 132:22
133:10 134:24
138:2 139:10,17,
20 140:13,19
141:1,5 142:1,10
143:1,10 144:5,7,
21 145:14,20

147:9 148:3
150:16 151:16,19,
25 152:4

**on**
6:3,14,15,18,19,21
8:14 9:22 10:22
11:2 14:5 15:1,10,
11,13,16 20:18,19
22:3,12,14 24:16
27:6,11 28:21,25
29:3,12,19 30:6,7,
18 34:10 35:11,20
36:6,11 37:21
38:5,12,15 40:11,
22 51:18,21 52:3
59:3 60:13 62:1,3
63:15,24 64:2,15,
25 70:12 71:1,6,9
72:16 75:3 77:7
79:15 80:24 83:7
84:11 86:23 88:13
89:14,24 91:23
92:6,15,19 93:3,5
96:10,19 97:4
100:25 101:8
102:9,16 103:13
107:14 109:10,13,
16 110:8 111:1,14,
18 112:16 114:12
115:1 116:5,7,11,
12,25 118:1,4
119:20,24 120:1
125:20 128:4
131:24 135:7
137:11,23 138:18
140:2,5 142:8,17
143:14 144:8
145:15 146:10,24
150:8,11 151:24

**On-site**
20:14

**once**
8:13

**one**

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

10:12 12:21,24
13:23 14:5 16:8
19:18 21:21 23:15
28:23 30:6 31:24
48:13 61:21,22
70:16 72:1 73:19
75:18 79:5 90:1
98:23 105:13
112:8 133:25
134:5,16 137:22
139:1,3 142:9
143:3,6,8 145:15
147:7 151:17

**ongoing**
101:19

**online**
120:23

**only**
32:13 38:14
106:25

**oops**
122:15

**open**
98:25

**opening**
112:23

**operate**
29:14 46:5

**operated**
28:23 88:7

**operating**
20:7 43:22 57:11

**operations**
134:2

**operative**
89:23

**opining**
15:10 60:21

**opinion**
24:1 77:7

**opportunity**
105:6 106:13
107:3,5

**opposed**
124:12

**oral**
8:2

**order**
98:4,22 100:3,11
108:23 128:10
143:23 149:15

**ordering**
151:9

**orders**
99:21 151:8

**organization**
19:5,7 26:17 38:17

**organizational**
26:21

**originating**
87:14 88:10

**originator**
29:22,23

**originators**
87:20 88:5

**other**
8:17 16:21 19:1,4
21:24 29:18 30:7
39:23 44:9,13,18,
23 59:5 67:24
71:22 72:5 73:5,12
74:5,7 82:24
83:12,15 86:12
88:14 93:24 94:6
95:5,6 96:21 99:7
101:23 102:23
103:22 104:2,23
108:7 109:19
112:7,12 115:23
118:9,13 120:9,13
124:17,21 132:15

133:2 138:6,19
151:17

**others**
120:6

**our**
9:23 16:8 58:23
59:20 64:10 102:4
103:12 104:2,8
137:23 145:25

**out**
17:8 47:22 48:14,
19,22,25 49:6,10,
13 52:7 58:20
59:6,13,18 60:8,15
61:1,9 63:21 64:6,
19,23 65:6,15 66:8
74:2 78:19 82:16
84:12 85:16
109:15 114:15
122:5 123:14
124:1,5,6 129:10,
17 141:16 148:4,
23 149:4,12

**outside**
68:3 73:6 92:4

**over**
13:6 23:2 24:7
27:1,14 28:14,22
29:11 32:10 43:17
50:24 52:15 53:2
54:3,15 67:10 70:1
86:14 90:22 93:19
98:1 99:20 133:17
136:14 148:20
150:2,5,14

**overlap**
72:19,22 73:14,18,
21

**overview**
99:14

**own**
26:7 37:20

**owned**
26:15 70:16,17

**owner**
112:7

**owners**
69:12 72:22 73:1,
2,5,9,11,18,22

**ownership**
72:19 73:14

**owns**
100:10

---

**P**

**P.M.**
6:5 14:22 15:2
30:14,19 72:12,17
100:21 101:1
131:19,24 140:5
151:6,17 152:5

**page**
144:8

**paid**
95:7 118:14
132:14

**part**
45:18,24 50:10
69:12 81:8,10,12
86:6 87:14 88:25
113:3 123:14
127:15 143:13
146:6

**partially**
70:17

**participate**
54:7

**particular**
82:10 83:14 84:19
87:22 109:14
142:4



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**parties**
43:1 143:24

**Partner's**
51:19 52:3 59:6,19
62:9 64:19

**partners**
6:7,9 9:10,15,21
11:8,11,12,14,16
12:10,16 13:7,11,
14,17,20,24 16:18
17:1 19:7 20:8,24
23:7,13 24:8
25:13,14 26:11,16
27:3,14,17 28:7,
10,12,14,22,23
29:14 30:2,6 31:16
32:4 34:2,3 35:18
37:6,14,23 38:2,
16,23 40:3 41:15
42:8,20 47:22
51:10,13,16 52:7
56:7,25 57:1,13
58:7,14,20 59:2,14
60:9,15 61:1,15,23
62:11,19 63:1,5,9,
21 64:7 65:6,16
66:8,21,24 67:3,7,
10,11 68:14,15
69:4,5,9,24 70:1,7,
12,15,22 72:20
73:1,6,9,12,15,16,
23,25 74:1,2,5,9,
10,11,17,18,20
75:5,23 76:4,5,9,
10,12,13,16,18,19,
21,22 77:11,25
78:5 79:6 89:9
92:10,14,18 93:8
96:4,8 97:12
124:25 133:4
147:17,22 148:10
149:16 150:1,4,13

**Partners'**
18:1

**party**
104:10,22 105:15,
18 108:9,13,14,21
109:1

**Pasko**
19:23 20:23 21:4
24:25 25:4 33:13
39:12,17 45:18,24
46:5,23 47:11,18
48:22 52:2 53:10,
13 54:7,14 55:9
56:2 57:12 58:1
66:20 67:2,6,10
68:11,16 69:6,10,
16 70:6,22,25
73:6,8,12 74:9,12
77:13 78:18,24
115:18 120:8,12
128:21 137:24
149:15,20

**Pasko's**
67:16

**passing**
19:10

**past**
26:23 113:21
125:1 138:15
139:4

**Paul**
6:22 80:4,9,14,17,
19,22,23 85:3,6,
12,15,16 90:6 91:2
98:12 113:11

**pay**
94:25 95:3 99:21
100:3 128:4

**paycheck**
132:16 133:3

**payee**
98:24 99:10 100:6,
7 111:9,25 112:8,
17

**payees**
99:7 100:7 101:5
110:21,24 111:14
112:22 113:7,23

**paying**
79:6,19

**payment**
111:24 112:9,16

**payments**
111:1

**payor**
111:4,7

**payors**
101:5 110:20
115:1

**payroll**
29:19 53:4

**pending**
106:1

**penthouse**
71:18

**people**
19:4 60:20 61:4
115:23 118:21
120:13 124:17
146:12

**Percy**
86:25 87:4 114:8

**perform**
82:5,11,18 130:23

**performance**
21:17,22,24

**performed**
83:7,8 85:14 86:18

**performing**
82:21 83:4 85:8,18
89:1,3 92:18 131:3

**perhaps**
18:17 22:23

119:22 137:1

**period**
13:7,16 27:2,15
28:8,15,22 43:17
52:16 54:4,16
59:12,17 60:7,24
62:10,25 63:10
64:15,18 70:2,16
74:21 81:5,15,17
86:13 95:11 126:5
149:6

**Perlita**
87:2,5

**permanently**
94:11

**permitted**
104:11

**perpetrated**
34:10 69:15
149:22

**person**
8:14,15 16:10
99:20 137:20

**personal**
70:8,22 74:13
94:23 118:11

**personality**
25:21

**personally**
48:8 77:13 120:21
146:1

**personnel**
116:5,8

**perspective**
29:9,13 36:1

**pertain**
97:11

**pertaining**
103:23

**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

pertains
134:11 135:25

phone
93:6 94:10,16,18,
20,21,23 95:2,3,5,
10,17,21 96:1,4,7,
10,17,22,25 97:7,
11,15 138:19
139:13 142:11,14
143:9 150:8,11

phones
95:6

phonetic
87:6,10 114:5

Photoshop
56:3

physical
90:2,17 91:10,13,
17,19 145:6,7,17,
18

physically
86:10

pick
137:17

place
57:2,21 136:22

Plaintiff
150:18

Plaintiff's
89:18

plaintiffs
6:18 18:6 36:16,23
90:15 117:12,19,
22

plan
23:5

play
36:10,13 65:20

played
35:10 52:21

Plaza
7:22

plead
44:10

please
6:12 11:9 13:9
25:20,23,25 26:5,9
30:8 31:1,7,18
32:1,8,16,23 33:4,
11,19,24 34:7,13,
24 36:8,15 37:9
40:24 41:5,11,17,
22 42:3 44:10,15,
20,24 45:4,8,12,
16,21 46:2,8,11,17
47:2,7,13,20 49:19
51:14,17 52:10,13,
18,24 53:6,11,17,
22 54:5,11,18
55:1,7,13,19,24
56:5,11,18,23
57:4,9,15 58:5,10,
13,17 60:11 65:23
66:4,11,17 67:4,8,
13,19 69:18,20,25
70:4,10,14 76:11,
20,25 77:12,16,21
78:2,8,15,21 79:3
84:16 85:10 88:18,
21,23 89:7,11
92:16,20 96:2
97:18 115:14,20
122:15,21 123:1,5
126:4 127:17,20,
23 128:2,7,11,16,
20,23 129:3,6,12,
19,23 130:3,12
131:5,10 132:8,13,
18 133:22 134:4
135:3,10,16,21
136:2,8 140:13
141:24 142:21
150:3,6

pledge
44:11,21,25 45:5,

10 57:7

pledged
32:5 34:4 44:17,23
45:13,14 53:21,25
54:1,10 56:9,21,
22,25 57:20
111:16,21,23
112:13

pledging
122:18

point
19:22 20:18,20
21:11 23:15 47:25
60:15 62:5 76:1
98:9 105:16
125:25

policy
129:7

polling
29:1

Ponzi
46:5,10

portfolio
9:23,25 12:13,15,
16,21,24 13:2,7
16:9,12 26:12,15
27:3,10,14 28:7,14
30:24 31:4 32:3,11
44:2 70:16 148:11

position
22:4 38:4 103:5
104:18 105:2,22
107:16,18,21
109:8 141:5

positive
111:17 139:16

possession
93:8,20,21 94:3
97:16

possible
36:23 37:2,4 59:11

147:2

post
24:25

potential
113:7 145:6

potentially
115:10

powers
144:3

practice
129:7

pre-printed
133:3

precision
127:1

prejudicial
141:11

preloaded
138:20

preparation
8:8

prepare
8:7,10,16,20
76:10,16

prepared
76:13

preparing
58:8

present
23:18 106:13
115:21 116:14
119:1

presented
38:6 116:11 132:6

presently
97:16

pretty
17:5 18:18 51:23



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

81:15 125:22

**previously**
13:13 22:8,11
34:18 47:22 51:18
110:19

**primary**
129:21

**prior**
9:17 52:6 66:15,19
67:9,15 68:14
84:18,24 115:4,18
127:4,10 135:8

**private**
11:15 70:12,17

**privilege**
10:23 79:9 101:11,
14,24 102:4,9,12,
18 103:8,17,25
104:13,24,25
110:2,9 118:1

**privileged**
101:17 102:5,21
104:8,9 106:5
108:8 110:3,4,11
117:2,24

**privy**
75:1

**probably**
29:19 48:16 58:23
72:2 80:24 81:13
87:11 111:17
140:8 151:17

**problems**
89:13 134:10,25
135:13 137:2

**proceed**
7:4 106:15

**proceedings**
129:9,16

**process**
36:1 88:10 114:1

124:16

**produced**
93:2

**professional**
53:15 74:10 79:1

**professionals**
20:18 22:19

**project**
113:12,16

**proper**
104:20

**properly**
141:21

**property**
93:6

**proposition**
106:4

**protocol**
10:15

**provide**
78:11 80:11 85:12
92:21 95:20 96:22
106:10,17 108:6
112:23 115:10
151:12

**provided**
37:13 39:9 53:14
78:6,25 94:21
95:7,10,11,17
96:4,7,15 108:7
116:10 129:15
131:8

**providing**
85:15 86:17 95:25
99:6 129:8

**pull**
114:14 115:6

**pulled**
148:4

**purchase**
33:16 53:14

**purchased**
31:13 32:2,5,13
34:4 45:2 57:2,21

**purchasing**
30:24 31:4 32:12

**purportedly**
53:21,25

**purpose**
34:9 46:19,21
95:18,25 99:24
111:10 113:7

**purposes**
26:14 29:6,7 37:20
94:22 95:12,14
101:14 104:22
111:13 112:23
146:11

**pursuant**
94:2 111:1

**pursue**
104:19

**Q**

**qualify**
71:12

**quarterly**
76:17,19

**quest**
48:4,5

**question**
10:25 12:4 20:21
26:22 29:9,25
35:22 37:4 38:7
40:8 59:21 61:12
62:8 64:15 73:19
79:5,10,21 91:5
93:10,16 102:6,25
103:2 104:8 108:3

110:13 112:1
117:13,14,16
118:1,3,4 130:7,19
132:20 140:11,23
141:1

**questions**
7:11 78:4 99:16
102:15,24 103:9,
12 104:2 105:3
109:11 145:21
146:18 147:7
150:17

**quick**
131:14 139:20
142:20 144:7

**quite**
20:15 26:17 99:4

**quotes**
119:14

**R**

**raise**
32:19

**raising**
56:25

**Range**
72:2

**rather**
15:15 22:19 27:5
54:21 146:10

**Ratner**
20:3,13

**Raton**
17:6,16

**re**
106:6

**re-ask**
130:19

**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**RE-DIRECT**
147:14

**reach**
114:15 143:2
148:23

**reached**
84:12 123:14
149:12

**reaching**
85:16

**reaction**
19:17 20:1

**read**
10:10,12,19 15:21
120:23 127:18,21
150:20,22,24
151:1,2,3

**reading**
152:6

**Ready**
30:21

**real**
139:20 144:7

**really**
13:4 15:15 19:11
24:12,13 35:14
38:7 59:7 61:6
62:1,14 64:8,21
67:22,24 68:6
73:13 82:19 100:9
107:8 121:13
125:14,18 134:21
140:9

**reason**
41:1 90:5 91:25
113:3 129:4,21
130:1,10 135:5
141:7

**Reasoning**
27:22

**reasons**
133:25

**recall**
19:11 20:5 39:14
50:15 59:7,15,17
61:22 74:22 75:12
76:6 77:23 82:19,
20 83:2 84:6 85:3,
15,16,19,23 86:16,
20 92:9 94:9 98:8,
16 101:5 110:21
113:18 116:16
118:17 119:10,18,
23 120:1 123:12,
13 127:9,15
137:13 142:5

**recalling**
121:11

**receivable**
34:1

**receivables**
33:22 34:10 42:17,
25 56:7 83:16,25
84:3

**receive**
111:24 112:15

**received**
37:17 40:20 41:8,
24 97:10 111:20
132:22,25

**receiving**
41:2

**recent**
96:3

**recently**
118:14

**recognize**
17:10

**recollection**
81:21 86:20 99:1
112:21

**reconciliation**
33:2

**reconciliations**
33:7

**record**
6:4,12 7:19 14:16,
19,21,24 15:1
17:13 26:20 27:7
30:14,16,18 72:8,
12,14,17 100:20,
23,25 131:19,21,
24 140:2,6 143:21,
24 144:2 145:15
146:3,12 147:11
150:21 151:5

**records**
33:8 57:13

**refer**
30:1 35:1 42:16,
19,22,23 43:3

**reference**
140:4

**referenced**
117:5

**referred**
43:2

**referring**
8:25 9:4 35:2
75:14 82:10 90:13
99:11 119:9,20

**refers**
10:9

**reflect**
92:6

**reflected**
145:2

**refresh**
99:1

**refreshes**
112:21

**reconciliation**

**regard**
106:14

**regarding**
84:13 85:6 89:25
97:14 99:7 108:11
109:24 115:23
118:11,25 120:18
123:15 128:18,21
129:1,16 135:18
138:12 145:6,8,17

**regardless**
103:6

**regular**
62:1 74:18,21,23
75:6,11

**regularly**
33:7 61:15,18,24
62:11,18 63:9,21
75:23

**reimbursement**
95:4

**relate**
83:15,20 88:15
122:18

**related**
85:17 94:8 97:7
102:25 103:3
104:22 110:7
131:2 132:15
133:1 134:1
138:12

**relates**
103:7 133:2

**relating**
135:24 137:2

**relevance**
139:23 140:9

**reliability**
134:11,18 135:1,
25



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**remaining**
22:3

**remember**
16:24 17:2,22
27:4,13 28:7,11,13
39:20,22,23,25
40:7,15 56:20,24
59:6 60:24 61:13
62:8,10,21,25
63:2,4,8,12 65:5,
14 66:23 70:24
71:22 76:4,18 98:2
99:6,10 119:6,15
120:3 121:9,10,24
123:19 146:14

**remind**
146:14

**remotely**
14:9 48:1 49:4

**repeat**
26:20 40:7,9 68:23
73:19 112:1

**repetitive**
145:22

**report**
18:24 20:20,25
21:4,10 22:6,18
52:12 53:20,23,24
75:19 115:13,16,
19

**reported**
22:8 137:21

**Reporter**
6:10 7:3 26:19
30:9 131:18,23
140:3 143:5,23
150:19,25 151:3,7,
12,16,20,25 152:4

**reporting**
21:22 22:1,17
26:14 29:6 31:22
58:12 80:12,25

**reports**
19:2 32:4,20 33:9,
15 34:22 37:22
52:15,21 54:3,8,
15,23 55:4,10,16,
22 58:8 65:21
66:1,7,14 76:19

**represent**
80:4 98:21

**representation**
102:22

**represented**
103:15

**representing**
101:13

**represents**
117:11

**reputation**
68:1,4

**request**
93:17 94:2 114:12
130:22 143:11

**requested**
93:18 96:22
130:15

**requesting**
143:20

**reserve**
146:23

**reserved**
152:7

**resign**
67:6

**resignation**
20:23 115:18

**resigned**
66:20,23 67:3
137:5

**resolve**

107:12 109:16

**respect**
84:19 90:25 91:5,
10,16 110:20
112:9 127:6 129:9
134:10 135:6,24
146:1,16

**respectfully**
10:24

**respond**
85:25 86:4

**responding**
26:22 41:3

**response**
93:17 133:18

**responsibilities**
9:20,25 11:7,10
13:23 16:22,25

**responsible**
58:8 90:6

**restructuring**
22:19,22 23:2,4
25:13 56:14

**resulted**
69:17 134:17

**resumed**
14:25 30:17 72:15
100:24 131:22

**retained**
82:4

**retaliate**
36:17,24

**retention**
128:5

**return**
96:8,13 126:21
128:13 129:5
130:21 131:12
136:5 137:14

**returned**
94:12 96:11
126:17,25 127:25
131:1 132:3

**returning**
128:19,22 129:2

**review**
8:20 21:17

**reviewed**
88:24

**reviews**
21:22,25

**right**
7:13 8:9 9:11 15:4,
17,24 17:8,11,17
18:9,21 19:6,21
21:2 22:15 24:9
26:10 29:21 30:12,
21 35:1 37:11,23
38:1 41:7 50:6
52:1 53:23 59:5,19
60:6,16 61:8,19,21
69:21 71:6,9,18
75:4,10 77:2 84:1
89:17 90:25 100:6,
12,13 103:18
111:2,6,7,11,19,24
112:10,11 115:11,
16,17 121:20,21
125:10 126:7
140:2 143:14,17
145:25 146:24
147:21 149:8
150:19,22 151:3
152:4

**rights**
145:24

**Riley**
20:7,17 21:6,8,15,
24 23:22 24:7,13,
16,23 25:1,5,10,12
48:16 66:25 98:11,
23 113:5,11



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**Riley's**
22:24

**role**
22:25 23:6 35:10
36:10,13 38:12
52:20 65:20 84:19
87:22

**roll**
28:19

**rough**
62:7 136:24
151:10,12,23

**roughly**
40:18 58:23

**routine**
75:9

**routinely**
77:3,7 81:18 97:2

**Rover**
72:2

**rule**
104:16

**ruled**
108:19

**rules**
105:5

**run**
80:17

**Russell**
6:18

**S**

**safe**
79:15 130:23

**said**
17:15 19:17 23:21,
22 24:21 29:5
43:10 59:16 68:25
74:23 100:3 103:5

108:25 110:24
115:15 116:19
118:20 130:6
133:9 139:9

**Saiph**
6:22 80:4,5,7 82:5,
11,17,22 84:1,8,18
85:7,14,18 86:19
88:24 89:1 91:6,7,
18 92:18 98:12
113:6 131:3

**sake**
82:13

**Saliab**
43:19,21 51:4,7,12
59:7,13,18 60:8,
14,25 61:14 62:25
63:5,9 64:2,6,19
65:6,15

**same**
29:15,19 74:3
84:10 86:5 91:5,16
96:13,17 127:25
143:7 151:9,21,24

**sat**
28:9

**saw**
17:10 49:20,22,23
59:10 61:17 63:2
113:16 119:13

**say**
10:8 12:15 15:17
18:6,21,22 19:12
20:4,22 21:9,16
23:22 24:4 25:4
28:21 29:3,17 31:9
35:23 36:22 38:8
48:5,18 49:15,17
50:9,12 51:1,4
52:2,6 53:23 60:6
61:4 69:1,8 73:21
75:4 79:5 81:11,
14,16,22 82:8 84:6

87:1,18 88:3 90:22
95:23 99:10,11
105:10 107:9
119:8 124:24
125:3 126:14
133:8 142:1
147:21 149:14

**saying**
10:10 14:15 21:2,3
61:11 64:12,13,16
65:11 86:9 90:13,
18 92:10 140:14
141:4

**says**
11:2 23:25 24:23
25:1 144:12
146:14

**scam**
26:3

**scared**
68:8,11

**scenario**
100:9 112:12

**schedule**
151:24

**scheme**
46:6,10 54:8

**scope**
88:20

**scroll**
144:16

**search**
94:7

**searches**
94:2

**seasoned**
99:19

**second**
14:17 31:9 141:14
142:9

**seconds**
14:12

**security**
46:24

**see**
14:17,19 21:19
23:19 48:7,10
49:17,18,24 63:5
65:3 75:2 109:15
142:17 148:23

**seeing**
56:20 61:13,23
62:9,11,18,25 63:8
65:5,14

**seek**
92:1 141:12

**seeking**
85:17 141:16

**seems**
72:4

**seen**
26:17 113:4

**self-**
10:23

**self-incrimination**
105:1

**sellers**
42:24

**selling**
26:24

**sending**
119:16

**senior**
9:9,10,14,19,21
11:7,11 22:4

**sense**
7:11 40:16,17
82:14 113:13

**sent**

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

18:17 85:23 97:10
99:21 119:5,8

**September**
118:18

**serial**
96:14,16 144:8,9,
25

**serve**
23:1

**servers**
93:5

**service**
99:20 111:1

**servicer**
42:22

**services**
42:18 80:11

**servicing**
31:22 42:23 56:20
80:12 86:21,24
88:10 99:19

**settings**
139:18 141:20,24

**settlement**
12:8 29:22,23
83:16 84:3 87:19
99:20 112:9,17

**settlements**
11:23 12:11,17,22
30:24 31:5 88:4,10
111:2

**several**
26:23

**sham**
56:14

**Shapiro**
20:13 49:6,18,20
50:10

**share**

51:9,12,15

**shared**
48:6,7,14,19,22,25
49:6,10,14,18

**Shawn**
123:8,10

**she**
34:18 44:7 87:11

**short**
14:23 30:15 72:13
99:16 100:22
131:20

**shorter**
147:24

**shortly**
40:21 139:25

**should**
76:2 81:22 122:2
123:3 134:7

**show**
9:5 57:20

**showed**
65:13

**shut**
124:23

**side**
79:15

**Signal**
42:18,24 150:7

**signed**
127:2,5,11,12,19,
22 132:1

**signing**
127:4 132:9 152:6

**simple**
88:3

**since**
9:16 24:21 87:1
90:12 96:25 116:9

131:11 132:9
151:13

**single**
28:23 64:14 65:1

**sit**
28:19 53:8 86:16
89:12 121:17

**site**
84:23,24 87:25

**sitting**
28:3,6,13 60:24
90:5 106:8

**situation**
22:21 48:17 49:16

**Sloman**
6:15 9:1 10:3,5,12,
15,18,21 11:1,5,25
12:5 79:8,13,21
93:3,15,23,25
100:16,19 101:10,
16,20,25 102:3,13,
19 103:11,18
104:1,7,17 105:8,
20,24 106:2,6,16,
18,21,23 107:16,
21,24 108:2,12,16,
18,20,24 109:3,6,9
110:1,10,15,17
117:15,20 150:22

**Smith**
6:17

**SML**
42:18 83:21,23

**soccer**
28:9

**sole**
104:6

**solely**
36:17,24 45:14

**some**
9:24 10:9 15:6

16:7 19:22 26:15
27:2 28:10 42:13
60:15 62:4 75:16
76:1 79:14 88:14
89:25 90:15 95:11
98:13,25 99:7
106:10 111:10
113:4 119:10
125:9,25 126:8
145:22 146:25
147:12 148:11

**somebody**
89:3 109:14
114:10 115:5
137:20 142:21
143:12 149:12

**somebody's**
141:14

**someone**
18:17 21:23 38:16
84:11 85:4,6 87:23
114:15 137:17

**something**
24:22 38:16 39:1,3
72:3 83:15 88:19
95:15 97:25 98:3
102:23 114:13
123:18 125:18
137:19 141:11

**sometime**
50:8 85:17

**sometimes**
146:12

**somewhat**
113:1

**somewhere**
126:12 137:6

**sorry**
12:3 17:13,14,24
22:12,13 26:19,21
31:3,10 32:10
40:7,13 46:20

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

47:16 48:5 49:24
68:20,23 74:8,11
82:17 84:22 86:6,8
89:20 93:3 100:1
112:3 117:20
124:1,3 133:8,14
139:8 140:1

**sort**
89:18 111:10
132:21 134:6

**sound**
89:19 98:5 99:1
112:24 113:7

**sounds**
107:13 112:5,11
113:1

**Southeast**
48:12

**space**
63:22 74:1

**Spalding**
6:14

**spam**
97:5

**speak**
27:6 81:6 85:6
97:24 128:18,21
129:1

**speaking**
15:15,18 21:5 29:8
83:23 113:11

**special**
99:24 111:9

**specific**
106:12 110:6
121:18,19

**specifically**
89:21

**speed**
42:14

**SPLCSS**
42:17

**spoke**
50:6,9 110:3

**spoken**
50:4 97:22 118:10
123:10

**sports**
11:19 12:25

**SPV**
99:24 100:10
111:14,19,22,24
112:6,13,14

**SPVS**
28:19 99:22
100:13

**stand**
13:5 148:7

**standard**
138:19

**start**
31:3 46:20 59:13
64:20 84:5,9
133:17

**started**
60:8 62:18 66:8
80:24 89:18 125:6

**starting**
63:5

**state**
7:18

**statement**
76:13 133:11,18
140:17

**statements**
56:4 76:10,15,23

**states**
89:18

**stating**

32:4 54:9 56:21

**steering**
47:11

**steps**
58:2

**Steve**
21:1 73:3 115:18
137:24

**Steven**
19:23 20:23 21:4
24:25 25:4 33:13
39:12,17 45:18,24
46:5,23 47:11,18
48:22 52:2 53:10,
13 54:7,14 55:9
56:2 57:12 58:1
66:20 67:2,6,9,16
68:11,16 69:5,10,
16 70:6,21,25
73:6,8,12 74:9,12
77:13 78:18,24
149:15,20

**stick**
128:5

**still**
24:9,23 25:1 62:6
93:10 112:15

**stipulate**
10:7

**stolen**
121:5,6

**stop**
57:17 66:1 74:20
109:10 141:17

**stopped**
64:6,11 75:1,7,11
76:5

**stopping**
140:19,20

**Street**
48:13

**strictly**
103:16

**strike**
12:7 32:25 56:13
74:11

**structural**
87:19

**structure**
29:1 47:9

**structured**
11:23 12:8,10,17,
22 29:22,23 30:24
31:4 83:15 84:3
88:4 111:2 112:9,
16

**stuff**
43:9

**subject**
37:7 82:6,9 97:15
103:23 109:1
110:6 115:23
118:11,25 123:11,
15 124:10

**subpoena**
37:17 40:21 41:2,
3,8 109:2

**subpoenaed**
109:5

**subscribe**
48:8

**substance**
101:22

**sufficiently**
90:17

**suggest**
91:12 122:1 134:6
141:6

**suggesting**
93:11



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**suggestion**
141:10

**support**
18:10 38:6,8
141:16

**supposed**
9:5 27:25

**sure**
6:13 7:13 9:2
10:14,17,20 15:12
16:20 17:24 18:4
19:22 20:2,24 21:3
23:9,24 27:6,10,13
30:13 35:14,21,23
36:20,22 37:3
38:14 39:8 59:10,
15,24 60:4 61:6,
16,17 62:1,15
64:8,12 65:11,18
67:24 68:3,6,10,
13,22 69:1 70:23
71:2,12,25 72:10
73:13,21 75:6,15
82:13 87:22 88:12
90:10 98:20 99:4
100:18 103:4
112:2,4 114:22
115:7,15 116:19
118:13,15 119:3,7
121:13 122:1
130:5 132:23
134:21,22 137:12
138:1 139:2
140:13 141:21
142:6 147:11
149:1,12

**surprise**
113:22

**surprised**
120:3,5,7,8,12

**susceptible**
105:19

**suspected**
123:15

**Suttonpark**
6:8 12:22 16:18,20
28:18 30:23 31:2,
3,13,21,24 32:2,
12,13,18,20 33:1,
6,14,16 34:19,20
42:8,23,24 77:23
80:17,19,22 81:3
84:12 86:21,23
87:15 92:9 114:1
120:9,14 124:25
127:7,12 133:3
136:4

**Suttonpark's**
90:2 91:11 92:2
118:19

**swear**
142:17

**switch**
98:4,22

**sworn**
7:2

**system**
18:24 19:3 40:22
41:9 56:7,21 74:6
77:4 122:12,18,24
134:12,19 135:1,7
136:1

**systems**
18:2,8,15 19:8,15
31:16 38:3,23 40:3
41:16,21 42:1,9
57:13 92:2

---

**T**

---

**tab**
141:23 142:8

**tabs**
64:25

**Taheri**
123:8,10,13,21
124:4,9,11

**take**
29:24 30:8,9,11
31:1,7 32:1,8,16,
23 33:4,11 36:15
58:2 77:12,16,21
97:18 99:15
100:16 107:17
115:14,20 126:4
129:23 131:14
136:22 141:23
142:20,24 143:11,
18 151:24

**taken**
6:7 23:2 41:20
121:5 137:5 145:7,
18

**taking**
141:20 143:15

**talk**
50:14

**talked**
50:22 51:1,4 90:14
103:6 108:4 132:2

**talking**
30:3 82:12 101:4
119:17 126:5

**tall**
68:2

**Tammy**
28:17

**tangentially**
103:3

**Tani**
114:5,8

**Tanveer**
86:25 87:5

**targeting**
38:2,22

**Taylor**
6:11

**team**
9:22 21:8 22:4,12,
14 29:11 36:1
38:13 86:21,24
87:14 116:6
137:23

**teams**
12:25 53:15 79:1
136:14,17,19
137:25 138:3,6,13
150:5

**technically**
21:5

**technology**
16:15,17,25 38:3

**Telegram**
150:10

**tell**
33:13 50:16,19
52:20 88:16
112:20 116:23
144:19,21,24
145:2 148:12
150:25

**temporarily**
126:1,3

**term**
11:22,23 17:21
54:20 61:5 69:19,
21 75:13

**terms**
28:11,25 42:13
72:22 80:10 83:9
121:1 122:11
127:14,16 132:11

**test**
15:23 27:25

**testified**
7:2 37:10,11,19,21

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

60:13 134:9
147:16

**testifying**
15:5,9 16:6 27:11
35:3

**testimony**
8:1,4 62:8 104:23
105:14 108:11
129:9,16 146:16
147:12

**text**
24:15,16 85:20,23,
25 92:25 97:2,5,6,
10 136:3,10
138:19 150:2

**texted**
85:19

**than**
8:17 21:24 22:19
49:18 54:21 59:5
67:25 73:12 83:15
93:24 94:6 95:5
96:21 101:23
102:23 104:3,23
108:7 109:19
118:9 132:15
133:2 138:6,19
147:24

**Thank**
6:23 11:5 79:25
142:19,22 146:22

**Thanks**
7:13 100:19

**that**
8:22,23 9:4,5,12
10:7,16 11:1,23
12:8,16,21,24
13:3,8 14:11,15
15:5,10,12,19
16:22 17:13,15,16,
22,24,25 18:6,7,
12,13,18,21,22

19:7,12,13 20:14,
22 22:4,8,18
23:11,15 24:1,6
25:5 26:20,22
27:3,10,11 28:3,
12,19,21 29:9,19
31:21,23 32:5,10,
11,12,19,25 33:14
34:2,3 35:2,16,22
36:4,13,23 37:6,
10,21,22 38:4,5,7,
10,11,16,18,25
39:1,5,8,13,16,22,
24 40:15,16,17,18,
20 41:3,14,19,24,
25 42:5,6,13 43:4,
8,9,10 44:12,22
45:1 48:7,14,19,
22,25 49:6,10,13,
17 50:9,12,20
52:2,6 53:1,19,24,
25 54:9 56:13,21,
25 57:1,19,20
58:22,24 59:10,16,
22 60:3,6,14,23,24
61:10,20 62:2,8
63:20,24 64:8,11,
15,16,21,22 66:6,
13 67:16,22 69:8,
9,15 70:15 71:2,4,
5,19 73:25 74:2,
11,24,25 75:4,5,17
77:10,25 79:6,14,
21 80:9,12 81:1,2,
5,8,9,10,11,14,17,
19,23,24 82:4,10,
13,14,16,20 83:3,
6,7,14 84:2,11
85:5,7,13,14,18,
19,22,23,25 86:5,
10,13,18,22,23
87:17,18,19,20,23,
24 88:15,19 89:1,
16,17,19,23,24
90:3,6,7,15,17
91:2,4,7,12,13,16,

18,19,25 92:5,6,23
93:1,4,7,12,15,18
94:9,10,11,20,21,
22 95:2,5,6,9,10,
11 96:4,5,14,19
97:5,11,25 98:2,3,
5,11,13,16,19,21,
22,25 99:1,8,13,
17,22 100:2,9,10,
13 101:5,7,12,13
102:3,9,17,19
103:2,6,10,15,19,
20,24 104:5,6,7,
16,20 105:2,3,4,7,
14,17,21 106:4,11,
12,14 107:4,5,7,
15,18,20 108:8,10,
13,18,19,21,25
109:7 110:2,3,8,
13,22,24 111:2,6,
11,14,16,21,25
112:4,10,11,14,17,
18,22,24 113:3,5,
7,10,11,12,16,17,
18,24 114:9,13,17,
20,23 115:4,6,10,
11,15,16 117:5
118:2,3,4,7,21
119:5,13,16,20,24
120:1,6,9,13,24
121:2,8,11,19,20,
22 122:2,11,12,18,
23 123:15,19,22
124:9,12,20,21,23,
24 125:9,12,15,17,
21 126:3,5,6,7,8,9,
14,17,24 127:1,5,
10,12,15 128:3
129:4,21 130:7,15
131:3,7 132:2,3,6,
9,11,23 133:1,11,
18,25 134:6,9,12,
16,21 135:5,7,13
136:5,16,17,21
137:2,18,19,23
139:17,20 140:14

141:1,6,7,10,12,
15,21,22 142:2,13
143:2,3,5,6,8,11,
20 144:8,9,19
145:6,17 146:1,5,
8,12,13,14,17,25
147:2,3,12,16,21,
25 148:3,7,12
149:4,5,9,14,20,21
150:25

**that's**
9:11 10:11 11:3
13:6 15:22 16:9
18:3,9,18 19:9
20:21 23:3,24
26:14 28:11 29:1,
7,10,17 31:11
37:12 50:1 65:11
69:13 75:9 79:17
80:9 82:5,9 87:4
94:21,23 96:3
103:18 104:16,24
105:5,16 107:1,10,
23 109:4,17
110:15,17 111:6
112:7 114:5,9
115:17 116:12
117:17 121:21
123:24 124:1
125:3 142:12
145:25

**Thatcher**
20:15

**their**
6:12 20:12,16 56:3
59:8 69:16 104:23
129:10,17 137:5
148:11

**them**
23:25 27:13 61:17
64:25 96:15,19,22
111:16 116:10
127:19 138:25
139:1,3 145:22

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

149:12

**then**
7:12 10:13 16:20
19:12 21:9 23:19
26:13 28:18 61:10,
22 77:25 84:1
86:3,9 100:6
111:6,9 112:12
125:25 143:13
147:22

**there**
8:8,22 16:7 18:10
19:12 22:14 23:20
27:7 28:17 39:2
48:15 51:23 58:22,
23 61:17 63:22
64:5 66:19 72:19
73:11,14,18,21
74:25 77:8 81:8
82:20 85:24 87:1
89:13 93:10,16
95:6 98:8 99:24
103:22 104:1
118:20 119:10
124:16,17,24
127:9 128:3
132:24 135:6,13
141:16,24,25
142:2 144:12
148:4

**there's**
20:15 24:12 27:7
28:18 75:8 89:24
98:9 118:13
120:15 124:22
144:16

**thereupon**
6:24 14:23 30:15
72:13 100:22
131:20

**these**
65:13 87:2 98:23
99:15,16 100:11
119:7 125:20

134:6

**they**
11:18 23:4 29:22
32:5 33:8 53:3
56:9 57:21 59:20
61:16 64:4,9,10,
13,16,23 65:9,12
66:8,23 71:2
74:19,23 75:1
76:1,14 77:6 80:8,
11 94:11 95:3
96:8,13 98:12
112:7,8,15 113:10,
20 124:15 125:21
137:5 145:22
148:17 149:11,21

**they're**
25:5,10 26:13 71:5
111:19

**they've**
23:1,2 88:14
113:20

**thing**
10:11 105:13

**things**
16:22 80:12 89:18
97:5 105:4 113:21
120:23 121:24
128:4 131:17
146:13

**think**
7:10 17:5 18:17
20:1 21:16 22:14
25:10 28:10 29:17
37:10,19 39:19
41:1 49:23 50:3,20
60:13 61:8,25
63:12,22 64:13,14
68:8,11 72:2 74:19
75:8,18 76:1
79:13,15 80:11
84:10 85:21,24
86:3,15,25 88:6

95:22 100:3 101:3
102:19,20 104:20
105:12 107:8,16
110:24 112:19
114:19 115:5,15
116:22 117:17
118:20 121:4,22
123:21,23 124:7,
15,17 125:3,17,22
126:12 130:5,6
131:15 135:5
136:19 137:4,16,
22 139:19,24
143:3 149:11,20
150:12

**thinking**
40:18

**this**
6:6 14:17,19
15:14,23,24 18:6
20:18,20 21:10
22:7 24:15 27:17,
24,25 35:7,11
36:16,23 48:7
50:17 65:3 66:19
70:24 72:11,16
80:4 82:6,9 87:25
88:14 89:23,24
92:5,22 93:2,14
94:3,8 95:12,15
97:15 101:8
102:10,17 103:24
104:10,14 107:12,
14,19 108:1
109:10,13,14,20,
24 112:21 113:5
115:3,22,23
117:12 118:12,14,
16,17,25 119:16
120:19 121:14
123:3,11,16
124:10 127:4
131:18,23 138:12
139:22,23,25
140:10,15,20

141:7,14 142:4,23
143:4,13 145:8
146:4,6,23 151:4,
13

**those**
19:18 28:19 31:13
43:1 73:4 75:7,11
82:24 100:7,8
103:15 113:6
114:4 116:8 125:5,
12

**though**
56:8 125:23

**thought**
36:5 59:16 133:12,
15,19 148:3

**threatened**
149:15

**three**
122:13 137:1
139:4

**through**
12:13,15 15:21
23:4 38:25 69:16
70:16 81:2 92:24

**throughout**
86:9

**thrown**
141:15

**tied**
86:3

**time**
6:5 10:13 13:16
14:22 15:2 16:16
29:20 30:14,19
49:20,22 50:6,22
51:24 58:19,24
59:11,12,17,21
60:3,7,24 62:10,24
63:2 64:6,5,15,17
65:4,9,12,14 66:20

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

70:16 72:12,17
73:19 77:23 81:5,
7,15,17 84:10
86:13 92:9 95:11
96:3 98:9 99:16
100:21 101:1
109:10,13 114:7
124:9 125:9,18
126:3,5,8 131:7,
19,24 134:25
135:15 138:24
140:1,8 141:14
143:9,22 145:15,
21 146:23 147:4
149:6 151:5

**timeframe**
122:19

**timeline**
61:20 81:9,10,12

**timelines**
60:19

**times**
8:12 17:3 44:19
119:6

**timing**
62:8

**title**
9:8,12,17 16:21
87:13 111:15,23
112:6,14

**to--**
142:15

**today**
7:16 8:24 9:6 13:4
15:5,9 16:1 27:12
28:3,6,13 49:23
50:5 60:25 86:16
89:12,24 90:5
94:18,21 95:2,6
109:5 114:6
115:21 117:25
119:2 121:18

139:13 140:8
145:21 146:5,18,
25 147:5

**today's**
6:4 8:7,16,21
151:4

**together**
54:14

**told**
19:7 23:25 24:25
25:5 29:10 40:19
50:18 120:23
121:1,7,8,24
140:22 149:8

**tomorrow**
151:10,13,22

**ton**
67:23 118:14

**took**
16:21 41:25 77:24
101:3 110:20

**top**
33:21 53:8 144:11,
25 145:3

**topic**
123:3

**topping**
34:1,9

**total**
53:2

**totally**
15:22 60:23

**tough**
49:15 61:4 86:25

**towards**
81:8 143:22

**town**
59:3 63:23 64:9

**traditional**

21:13,20 22:1,5,
18,21

**transact**
74:6

**transactions**
80:25

**transatlantic**
28:17

**transcript**
151:8

**transcription**
150:23

**transferred**
77:25

**transition**
98:14,19 99:8

**tremendous**
17:6

**tried**
39:6,11,24 40:5,10
41:8

**triple**
63:14

**true**
32:10,11 38:17,21
146:16

**trustworthiness**
92:7

**try**
12:7 24:10 27:21
39:16 41:2 58:2
65:3 72:25 78:25
107:11 142:16
147:2 148:5

**trying**
15:25 40:21 63:12
107:11 109:15
125:19 142:14

**turn**

94:11 142:17

**turned**
93:19

**turning**
137:4

**turnover**
16:22

**two**
29:5 73:4 116:18
138:16 142:7
147:7

**two-minute**
100:16

**type**
8:1 72:4 79:14
80:21,25 139:13

**types**
11:16 76:15

**typically**
114:18 127:18

---

**U**

**ultimately**
24:1 32:13 35:15
129:4

**Um-hum**
17:12 22:16 89:20
126:18

**umbrella**
104:12

**unauthorized**
18:7,14 19:14
36:11 40:2,11
41:9,15,20,25 42:7
90:1,2,16 91:10,16

**under**
104:12 105:19
112:17 141:23
142:8 144:22

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

145:25 146:15

**understand**
10:10 15:25 18:6
21:3 23:11 24:7
27:11,24 35:4 36:4
38:18 43:4,8 61:12
64:12,14 70:15
90:18 95:9 103:4
112:4 125:19
132:20 147:12

**understanding**
11:2 16:5,9,19
17:15,25 18:3,19
22:24 23:4 26:14
28:2,3 29:7 30:5
37:21,25 40:10
53:19 62:4,17,23
64:16 75:5 80:7,9
87:17 88:3 89:15
98:22 103:14
111:25 112:20,22
113:4 149:3

**understood**
8:9 15:12 18:5
21:9 23:11 27:1
29:8 39:22 122:7,9

**underwriting**
87:14,18 88:4

**unless**
86:14

**unnecessary**
107:12

**unrelated**
103:2

**until**
118:14

**unwilling**
108:6

**unwinding**
26:24

**up**
7:12 9:6 28:19
33:21 34:1,3,9
65:13 86:3 88:13
98:2 118:23 124:9
137:17 139:25
142:23 144:4,8
152:2

**us**
7:21 139:20,21

**usability**
134:11,18 135:1,
25

**use**
11:22 31:22 53:13
54:20 70:6,8,22
75:13 78:24 88:19
95:7 114:15

**used**
17:21 31:24 51:15
70:22 74:19,23
80:17 139:1,3,11
142:4 143:7

**using**
69:21 70:25 89:14
97:15 137:25
138:3,9,12,16

---

**V**

**vacation**
71:3,7,10,13

**vacations**
71:1

**valuable**
28:4

**varied**
111:18

**variety**
9:23 28:19 31:22
80:24 113:21

**vehicle**
99:25

**vehicles**
111:10

**verified**
38:15,20

**verifying**
38:11

**version**
145:2

**verticals**
11:19

**via**
41:25 135:17
136:3,10 138:6

**video**
6:3,6

**Videographer**
6:3,11,23 14:11,21
15:1 30:13,18
72:8,11,16 100:20,
25 143:6 151:4

**VIDEOTAPED**
6:1

**Vierre**
114:5,8

**view**
22:18

**Villalobos**
6:10

**violation**
105:5

**visit**
64:9 84:23,25

**visitors**
65:13

**visits**
87:25

---

**W**

**wait**
31:8

**waive**
150:20,24 151:1

**waived**
122:5

**Wander**
19:20,21 20:23
21:4 23:6,12,17,21
24:9,15,21 25:4,
18,19,24 26:3,7
31:14 33:13 45:18,
24 46:5,23 47:10,
18 48:19 49:10,13,
17,22 50:7,10,16
52:2 53:10,13
54:7,13 55:3 56:2
57:12 58:1 66:20
67:2,6,9,16 68:8,
15 69:5,10,16
70:6,21,25 71:7,9
73:6,8 74:9,12
77:13 78:18,23
115:19 120:1,5,13
128:18 133:12,19
138:3,5,8,11
148:12,23 149:14,
20

**Wander's**
25:21 71:15

**want**
7:5,6,7 10:3,10,19
14:16 27:6,22 41:2
77:7 84:6 104:12
105:13 106:23
107:7 112:4 130:4,
5,7 132:23 134:5
140:18 141:2,4,21
143:18 147:11
151:1,8,10,21

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**wanted**
82:13 105:6
113:17 121:10
126:24 146:3

**wants**
10:8 140:23

**wasn't**
8:8 61:17 64:25
75:3 86:4,10
137:18

**wasted**
140:8

**wasting**
109:10,13

**way**
10:9 22:7,23 38:11
41:19 90:6 99:17
109:8 122:1
133:24 145:23
146:4,9

**ways**
21:25 31:24 112:5

**we**
6:3 8:22 10:7 11:1
14:17,19 15:1
24:12 30:9,11,18
42:14 61:21 72:8
82:12 86:15 90:12,
14 99:16 100:16,
25 101:3,4,16
102:20,21 103:12,
20 104:12,19
106:15 108:4
109:15 110:2,19,
20,24 122:18
132:2 133:15
136:5 140:2
141:12 142:20,23
143:11,20 145:15
146:4 147:10
150:20 151:9
152:3

**we'll**
10:15 142:16

**we're**
14:21 15:23 30:13
72:11 89:24
100:20 101:8
126:5 131:18,24
140:5,7 151:5

**we've**
79:15 85:14 108:2
141:21,22

**Wednesday**
151:21

**week**
49:8,14,21 50:8,17

**weeks**
116:16,18 148:1

**went**
61:25 77:19

**Wentworth**
29:21 30:25 31:5
32:3,13 33:16

**were**
9:5 11:7 27:7 32:5
35:19 36:2 44:17
45:13,17,23 54:10
57:21 58:22,23
59:20 60:15,20
63:14 64:4,9,18
66:7,14 68:14
74:25 77:8 81:17
82:4,12,24 83:22
84:11,19,24 85:5
90:3 92:21 98:11,
18 101:4 103:13,
16,21 110:19,25
111:14 112:7
113:15 114:23
118:20 119:19,24
120:14,18 121:1,2,
19 122:18,23
123:2,21 124:15,

17,21 125:12
128:3 130:9
133:11,15,18,25
134:9 135:13
136:5 137:3,7
145:22 146:5,25
148:4

**weren't**
64:13,23 125:15,
20

**what**
8:22 9:17,20 10:4,
10 11:3,7,14,16
12:8 13:2,7,16,19
15:4,14,18 16:6
18:10 19:21,23,25
20:3,12 21:25
23:6,15,22,25
24:4,23 25:1,5,10
26:15 29:3,10,21,
23 30:3 31:20
32:25 33:1,21
35:2,4,23,25 36:2
38:1,8,21 39:15
44:8 45:10 47:25
48:3,10 50:14,19
52:12 54:20 59:1,
9,12 61:10 62:10,
24 63:24 64:12,17
65:20 68:18,20
69:2,22 71:4,12,
15,24,25 72:5
74:24 75:14,16,19,
21 76:15 78:4
80:7,8,11,21
83:20,22 85:20
87:13,17,20,22
88:3,9,12,16,22
89:16,22 90:18
92:23 95:25 97:4,
24 101:22 103:5,
21 108:4 116:23
121:1,4,7 122:5
123:19 125:19
127:14 129:4,21

133:17 134:21
137:10 139:13,15
140:8 142:1
144:19,21,24
145:2 148:4,7

**what's**
9:8 15:8 18:13
22:24 26:10 30:5
77:10 99:14
108:18 116:12
132:11 140:4
142:10,13 144:8,
12 146:15

**whatever**
101:16 103:6
104:11 111:19

**Whatsapp**
138:9,16,19
150:14

**whatsoever**
15:14 42:6 65:8
140:9

**when**
11:2,22 12:15
15:17 16:24 23:20
24:4 29:3,9 30:1
35:1,23 36:22
38:8,22 40:1,19
46:13 49:8,20,22
50:3,6,9,22 53:4,
23 54:20 56:9
57:20 58:23 60:20
61:11,13,17,22
62:2,18,23,24
63:4,23 64:4,5,8,9,
10 65:4,9,12,13,25
66:20,23,25 69:1,
21 74:23 75:1,7,
10,13 76:4 80:19,
22 82:8,16 84:5,8
85:23 87:17 88:3
90:13 95:20,23
96:7,10,19 98:9
99:10 115:4

116:14,19 118:18
119:8 123:21
124:10 125:5,23
126:10,14,17
127:12,25 131:1,7
132:1,3 136:21
141:24 144:3
146:18 148:3

**where**
13:4 61:20 63:22
77:18 81:17 82:11
108:20 112:13
114:24 123:2,21
138:24 144:11

**whereby**
33:7 53:3

**wherein**
90:15

**whether**
15:13,24 18:4,9
25:12 34:20 37:16
38:20 39:11 40:5,
10 41:7 49:3 53:3
67:5 70:21 74:17
76:9,12 88:24
89:9,12,22 93:12
95:14 98:12
101:14,23 102:8,
11,17,23 103:2,7,
16,19,24 104:3,23,
24 110:7 120:1,18
123:3,13 127:9
151:1

**which**
15:8 16:6 21:21,25
22:17 31:24 32:5
34:4 60:4,25 77:23
83:9,10 98:24
108:7 112:8
117:23 119:9,23

**while**
13:20 14:15 23:4
26:18 101:8,18

103:12 105:25
123:18 132:2

**who**
16:10,14 19:6,13
20:7,20,24 21:3,10
22:3 34:15,17
35:7,10,14,15,18
36:4 43:12,14,19,
21,24 44:1,4,6
48:14 51:21 59:3,5
67:25 72:25 76:18
80:5,7,14 82:24
83:12 85:2,6 86:23
87:1,7,12 100:6
108:25 110:25
111:10,13 114:1,3
115:5,16,19
117:11 118:15,22
119:16,18 120:14
121:8,24 123:6,8
132:6 137:21
139:3 149:8

**who'd**
72:4

**who's**
21:16 87:1

**whoever**
93:17

**whole**
10:11

**whom**
116:3 129:14

**whose**
39:5 83:7 137:17,
20

**why**
10:12 12:7 16:1
21:9 27:20 30:11
40:9,17 41:1
61:12,21 67:2 86:2
89:3 92:13,17
107:23 109:4

124:11 125:15,20
126:2,21 134:15
137:13

**will**
33:19,24 34:7,13
37:9,15,18 44:15,
20,24 45:4,8,12,
16,21 46:2,8,11,17
47:2,7,13,20 49:19
51:11,14,17 52:10,
13,18,24 53:6,11,
17,22 54:5,11,18
55:1,7,13,19,24
56:5,11,18,23
57:4,9,15,23 58:5,
10,13,17 60:11
99:21 102:5
113:12 152:2

**willing**
106:9 107:25

**wish**
20:21

**with**
8:11,17 9:23,25
16:22 17:4,7 20:5,
17 22:14 23:17
25:18 38:6,13 39:1
42:5 43:16 47:5
51:9,12 53:1,9
56:15 67:15,23
69:8 71:7 73:3
74:1,6,25 78:5
80:18,21,24 81:1,
6,18 84:2,19 85:13
86:12,17,18 87:24
88:11 89:13 90:25
91:3,5,8,10,13,16,
19,24 92:22 93:14
94:2,7,18,20,21
95:2,5,10 96:22
97:22 98:3,6,7,8,
13,19 101:4,8
102:8,11,16
104:15,16,21

106:10,13 107:3
108:12 109:11,23
110:10,20 112:8
113:21 114:7
115:21,22 116:3,
12,14 117:22
118:10 119:1
121:6,8,15 123:10
125:20 126:25
127:6,11 128:13,
18,21 129:1,9
130:14,22 132:6
133:2,10 134:10,
25 135:6,13,17,23,
24 136:3,4,11,13,
21 137:24 138:2,5,
8,11,15,23 139:13,
16 146:16 150:25

**withdrawn**
17:25 18:21 32:10
46:20 47:16,25
61:22 62:24 63:14,
15

**within**
19:4,6 29:18 74:6
77:4 88:6,7 116:5
135:14,18 139:3
142:7 149:7

**without**
24:16 107:12
109:16 114:10
141:16

**witness**
7:1 10:4,6,19,22
14:7,14 31:10
101:11,19 102:10,
15 104:10,21
105:18 140:15,21,
22 141:1,7,10
142:19,22 143:3,
14,17 144:5 147:3
150:21 151:2
152:7

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

**witnesses**
146:13

**won't**
106:17,18

**word**
19:4 38:25 150:23

**words**
29:18 83:12 112:7

**work**
9:22 13:10,13,16
18:11 23:4 38:17
47:22 48:1,2,3,17,
19,22,25 49:6,10,
13,15 51:18 54:14
58:20 61:9 63:22
64:2 81:1 97:7,11
99:15 100:12
111:16 124:5
132:15 143:4
149:5

**worked**
13:20 17:8 34:18
51:21 52:3,7 58:22
59:1 63:21 74:2

**working**
23:12 59:6,13,18
60:8,15 61:1,5
64:6,19,23 65:6,15
66:8 71:5 80:19,
22,24 91:24 124:6

**works**
48:14 49:3 67:25
117:21

**workspace**
48:6,7

**worried**
125:21

**worry**
24:22 25:1 33:14
125:18

**worth**
31:5

**would**
6:11 17:10 18:11
19:16 21:5,19
22:5,8 26:7 28:16
29:17 33:16 36:8
38:11 42:5 43:18
44:10 50:24 51:1
53:1 57:19 62:2
63:22 64:8,10
66:25 67:15,21
69:4,19 71:2,12
73:21 75:16,17,18
81:6,11,14 86:23
87:18,23 89:3
91:12,25 92:6,14,
18 93:1 99:13
100:3,6,7 102:3
105:6 106:9 107:6
110:24 111:7,9,14,
15,24 112:8,12,15
113:23,25 114:3,
14,17,18,19,24
115:5,9 120:5,7,8,
11,12,15,24
121:11 126:14
127:1 133:10,17,
24 134:15,21
136:16,17 137:14
141:19 146:14
149:14 150:24

**would've**
123:19

**wouldn't**
20:16 24:1,4 90:10
113:21,25 125:16

**wrap**
7:12 142:23

**wrapping**
139:25

**written**
8:2 118:24

**wrong**
93:11 122:2

---

## Y

**yeah**
9:2,7 10:4,5,21
11:4 12:5 14:7,13,
18 15:22 17:23
18:25 24:6 27:24
28:5,11 30:11,22
37:12 40:9 50:12
58:23 59:20,21
61:12 62:7 68:21,
24 71:6,20 72:25
79:13 81:4,16
87:11 94:16,17
95:1 98:8 100:1,5
111:8,18 112:11,
19 113:1 115:8,12
118:20 120:22
121:21 122:4
124:3 125:3,11
130:9 132:21
134:13 137:22
142:9 143:4,10,19
144:15 149:13
151:11,15

**year**
9:12 50:24 125:1

**year-**
125:7

**years**
29:11 81:7 98:1
122:13 136:23,25
137:1 138:16
139:4 142:7

**yes**
7:22 12:13,19,23
13:1 17:14,15,19
18:10 19:24 20:2
23:15 27:20 28:25
29:25 30:4 34:16
36:14 37:24 49:9

51:7,20 52:5,6
66:22 69:3,12
70:18 71:19 73:24
74:4,19 75:15,20,
22 76:1,14 79:11
80:15,20 82:7,15,
23 83:5,18 84:4
85:1,19 89:2,20
90:4,19,23,24
94:19 95:24 96:6,
9,16,20 97:13
99:13 100:15
101:6,20 102:2,13,
19 105:20 110:23
111:4,12 114:14,
19 116:1 117:18
118:8 119:3 123:9,
25 124:3 126:16,
19,20 127:8 133:8
136:15 138:25
139:24 147:19

**yet**
45:2

**York**
30:1,5 36:18,25
50:20

**you**
6:23 7:3,5,6,7,10,
11,16,17,18,21,24
8:1,4,7,9,16,20,25
9:5,14,24 10:3,4,
10,19 11:5,10,22,
25 12:2,15,16
13:10,13,16,19,20
14:4,6,16 15:4,13,
17,18,21,25 16:5,
10,24 17:3,8,10,
15,21,22,24 18:5,
6,8 19:1,7,13,16,
18 20:6,17,20,24
21:9,10,14,15,19,
21,22,23 22:5,8,
11,14,18 23:2,11,
17,21 24:4,5,9,16,
22,25 25:5,10,12,



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
Bennett, Nicholas on 03/24/2025

18,21 26:7,13,20, 23 27:2,3,13 28:6, 13,18 29:3,4,9 30:2 31:8,14 32:19,25 33:13,21 34:15,20 35:3,4,7, 10,14,18,21,23,24, 25 36:4,10,22 37:6,10,13,16,19, 20 38:1,5,8,16,20, 21 39:3,5,11,15, 22,23 40:1,5,7,9, 14,20 41:1,7,13, 18,23 42:5 43:4,7, 8,9,12,16,19,24 44:4,8 45:10 46:10 47:22,25 48:1,3,5, 7,10,18 49:3,17, 18,20,22,24,25 50:2,6,9,12,14,16, 19,22 51:1,4,9,12, 15,18 52:2,20 53:1 56:20,24,25 58:11 59:6,16,17 60:13, 18,19,24 61:5,8, 10,11,13,22 62:8, 10,17,18,23,25 63:4,8 64:9,12,13, 16,22 65:4,14,25 66:23 67:2,5,15,21 68:8,11,18,20,23, 25 69:2,4,8,15,19 70:12,15,21,24 71:4,6,15,20,22 72:25 73:3,5,11, 19,21,25 74:1,17, 23,24 75:10,14,16, 17 76:4,9,12,18 77:18,23 78:4 79:19,21,25 80:5, 14,16,18,21 81:6, 11,15,17,19,23 82:4,16,20 83:7 84:11,19,24 85:2, 5,12,16,20,23,25 86:12,16 87:18,20,

24 88:2,3,6,9,15, 19,24 89:9,12,16, 21,22 90:3,5,17,22 91:1,6,11,17,24,25 92:4,9,13,17,21, 23,24 93:11,13 94:6,7,10,12,15, 18,20,21 95:2,5,9, 10,11,17,20,23 96:4,7,8,11,13,14, 19,22 97:2,6,10, 14,15,20,22,24,25 98:2,11,18,21 99:6,10,14,19 100:3 101:5,7,13 102:8,14,16,24 103:5,6,15 104:16 105:6,17 106:3,7, 9,13,17,23 107:2, 3,4,6,7,9,23,25 108:10 109:11,20, 23 110:21 112:1, 24 113:8,12,15,16, 18,20,23,24 114:3, 13,18,23,24 115:3, 5,6,9,13,15,16,19, 21,22 116:3,8,9, 14,23 117:4,12,13 118:10,17,24 119:2,4,8,9,11,13, 23 120:1,5,8,12,17 121:1,4,8,10,11, 15,17 122:2,5,10, 17,23 123:2,6,8, 10,13,14,21,22 124:11 125:5,12, 13,15,16,17,20,21 126:2,6,10,11,14, 17,21,24,25 127:1, 5,9,11,12,15,18, 21,22,24,25 128:4, 10,13,18,21 129:1, 4,14,22 130:1,5,6, 7,9,10 131:1,2,7 132:1,3,4,6,14,20, 22,25 133:8,10,11,

12,18,19,24,25 134:6,7,9,15,24 135:5,12,17,23 136:3,10,13,19,24 137:3,7,10,13,21, 24 138:2,5,8,11, 15,18,23 139:1,3, 8,13,17,20 140:13, 14,15,17,19,20,25 141:6,19,23 142:2, 4,5,6,8,17,18,19, 22 143:1,17,18 144:16,19,21,24 145:2,5,11,16,23 146:2,4,5,8,14,15, 17,18,22 147:10, 12,16,21 148:3,4, 5,9,12,24 149:3,4, 5,9,14,15,20,21,22 150:1,4,7,10,13, 20,22,24,25 151:1, 10 152:1

**you'd**
107:9 114:9
125:22

**you'll**
151:16,17

**you're**
9:4 15:5,9,17,24
16:1,6 20:24 21:2,
3 22:22 27:10,11,
13 29:8 75:6
89:16,23 99:10
102:9 103:8 105:3
107:14,18 108:5,
21 110:5,12
114:13 115:15
119:17,20 121:18
125:23 141:24
146:15

**you've**
17:3 51:1,4 72:1
97:7,11 108:7
122:2 132:15

**your**
7:18,21 8:17 9:8,
17,20,24 10:25
11:7,10 15:8,12
17:15,25 18:13,22
21:3 22:18,24 26:7
27:12 28:2 30:5
37:4,21 38:15
53:19 58:19 62:3,8
64:14 68:25 75:4
79:6,19 80:7 81:1
86:6 88:20 91:23
92:9,24 94:7,18
95:7,10,17,20,25
96:4,7,10,15,22,24
97:2,7,11,16 99:1
102:23 103:1,5
104:6,18 105:21
107:10,18 108:3,
12 109:7,19,23
111:25 112:21
114:7 115:21
116:23 117:5
118:4,11 119:1
127:6,11,24,25
128:9 130:13,21
131:11,12 132:10
133:2,17 134:1,3
136:4 138:18
140:10 141:9,20
145:21,24 146:16,
19 147:4 148:13
149:5,9 150:8,11,
23

**yourself**
29:14 107:6
114:10

---

**Z**

**Zoom**
14:3,11,13


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com