# Exhibit X

# NOTES TO FINANCIAL STATEMENTS

**NOTE 10  Information Concerning Parent, Subsidiaries, Affiliates and Other Related Parties**

A. Atlantic Coast Life Insurance Company ("ACLICO") directly owns and controls the following:
Atlantic Coast General Agency, Inc., which is a licensed and qualified general agency in South Carolina for the purpose of brokering certain life products that it does not wish to develop within ACLICO'S product portfolio. Atlantic Coast Life Burial Association, Inc., which is duly formed to be a "Virginia Nonstock Corporation" under the Virginia Nonstock Corporation Act (Title 13.1, Chapter 10, §§ 13.1-945) with its principal purpose being that of an "incorporated association" under and by virtue of Virginia Code §38.2-3318.1 and Acts of the General Assembly of Virginia, amendatory thereof and supplemental thereto. Such § 38.2-3318.1 provides that the incorporated association shall have the principal purpose to assist its members in (i) financial planning for their funerals and burials and (ii) obtaining (from a duly qualified insurance company) life insurance coverage for the payment, in whole or in part, of funeral, burial and other expenses. Such §382.2-3318.1 further provided that the association shall be deemed to be the master group policyholder, to insure the members of the association for the benefit of persons other than the association. In this connection the association is to obtain group life coverage on its Virginia members only from a third-party legal reserve life insurance company which is at all times properly admitted conducting insurance business in Virginia. Southern Atlantic Re, Inc. is a licensed special purpose captive insurance company in the State of South Carolina.

B. The Company had the following related transactions which were more than 1/2 of 1% of total admitted assets of the reporting entity in 2024:

| Description | Purchase Price | Trade Date | Settle Date | Par/Shares | Principal Proceed | Total Amount | Security Type | To | From |
|---|---|---|---|---|---|---|---|---|---|
| SPECTRUM TERM LOAN | $100 | 1/1/2024 | 1/1/2024 | 5,650,000 | 5,650,000 | 5,859,255 | Private Credit - non I | Atlantic Coast Life - ACM ACL | Haymarket Ins - Acl T |
| HAFEN | $100 | 1/1/2024 | 1/1/2024 | 20,850,000 | 20,850,000 | 21,165,321 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins - Acl T |
| LIBRESINE,LLC. | $100 | 1/1/2024 | 1/1/2024 | 9,412,059 | 9,412,059 | 9,542,539 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins-ACM B |
| MB ALMANOR SECURED | $100 | 1/1/2024 | 1/1/2024 | 7,875,000 | 7,875,000 | 8,083,418 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins - Acl T |
| COUTURE B NOTE | $100 | 1/1/2024 | 1/1/2024 | 5,792,000 | 5,792,648 | 6,655,797 | Mortgage | Atlantic Coast Life - ACM ACL | Haymarket Ins - Acl T |
| CONBULK 3 TRANCHE A | $100 | 1/1/2024 | 1/1/2024 | 6,390,000 | 6,390,000 | 6,474,934 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins - Acl T |
| PISTOSI I LLC | $100 | 1/1/2024 | 1/1/2024 | 9,000,000 | 9,000,000 | 9,740,476 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins-ACM B |
| LIBRESINE,LLC. | $100 | 1/1/2024 | 1/1/2024 | 9,000,000 | 9,000,000 | 9,124,767 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins - Acl T |
| SARATOGA SENIOR LOAN | $100 | 1/1/2024 | 1/1/2024 | 12,171,875 | 12,176,336 | 13,518,988 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins - Acl T |

| Description | Sale Price | Trade Date | Settle Date | Par/Shares | Principal Proceed | Total Amount | Security Type | To | From |
|---|---|---|---|---|---|---|---|---|---|
| NUTMEG ACQUISITIONS LOAN | $100 | 1/1/2024 | 1/1/2024 | 37,950,000 | 37,950,000.00 | 38,589,363.01 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins - ACL T |
| CLFG 2023-1 | $100 | 1/1/2024 | 1/1/2024 | 30,357,072 | 30,357,072.45 | 31,467,837.67 | Asset Based Loan | Atlantic Coast Life - ACM ACL | Haymarket Ins - ACL T |
| 777 - 600 BRIDGE LOAN | $100 | 1/1/2024 | 1/1/2024 | 14,037,500 | 14,037,500.01 | 15,759,067.80 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins - ACL T |
| TAMI | $100 | 1/1/2024 | 1/1/2024 | 6,000,000 | 6,000,000.00 | 6,027,000.00 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins - ACL T |
| Hertha Term Loan | $100 | 1/1/2024 | 1/1/2024 | 7,500,000 | 7,500,000.00 | 8,731,250.00 | Asset Based Loan | Atlantic Coast Life - ACM ACL | Haymarket Ins - ACL T |
| ERM 2023-2 | $100 | 1/1/2024 | 1/1/2024 | 30,000,000 | 30,000,000.00 | 30,112,500.00 | Asset Based Loan | Atlantic Coast Life - ACM ACL | Haymarket Ins - ACL T |
| MCLF 2023-1 | $100 | 1/1/2024 | 1/1/2024 | 13,000,000 | 13,000,000.00 | 13,487,500.00 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins-ACM B |
| MCLF 2023-1 | $100 | 1/1/2024 | 1/1/2024 | 15,790,771 | 15,790,770.83 | 16,382,924.74 | Private Credit - IG | Atlantic Coast Life - ACM ACL | Haymarket Ins-ACM B |

C. Transactions with related party who are not reported on Schedule Y - None

D. Amounts due from and to the Company's parent, subsidiaries and affiliates as of March 31, 2024 and December 31, 2023 were as follows:

| Name of Parent Subsidiary or Affiliate | 3/31/2024 | | 12/31/2023 | |
|---|---|---|---|---|
| | Due To | Due From | Due To | Due From |
| Advantage Capital Management, LLC | - | - | - | - |
| Southern Atlantic Re ("SAR") | - | - | - | - |
| Secure Financial Services ("SFS") | - | - | - | 1,436 |
| **Total:** | - | - | - | 1,436 |

E. The Company had no Dollar Repurchase Agreements and/or Securities Lending Transactions in 2024.

F. The Company has a management and consulting services agreement with Advantage South LLC ("Ad South"), its parent, whereby Ad South provides the Company various services related to operations, compliance, financial, legal, investment, reinsurance, corporate office and capital management services. The Company has an asset management services agreement with Advantage Capital Management, LLC ("ACM"), an affiliate, whereby ACM provides the Company various investment management and advisory services.

G. All outstanding shares of the Company are owned by Advantage West LLC, a Delaware corporation, which is wholly owned by Advantage Capital Holdings, LLC, another Delaware corporation, which is majority-owned (76.06%) by Advantage Capital Partners LLC, another Delaware corporation, owned 100% by Kenneth King, an individual.

H. The Company is the sole owner of a Special Purpose Captive Insurance Company domiciled in South Carolina.

I. The Company holds no investments in SCA that exceed 10% of admitted assets.

J. The Company did not recognize any impairment write down for investments in its SCA entities during 2024 or 2023.

K. The Company has no investment in a foreign insurance subsidiary.

L. The Company does not value its investments in downstream, non-insurance holding companies via the look-through approach.

M. All SCA Investments - Not applicable for SSAP 97 8bi entities.

N. Investment in Insurance SCAs - The Company's SCA does not use an accounting practice that differs from NAIC SAP. Therefore there is no monetary effect on net income and surplus.

O. SCA or SSAP 48 Entity Loss Tracking - Not Applicable

**NOTE 11  Debt**

A. The Company has not borrowed money as of March 31, 2024.

B. FHLB (Federal Home Loan Bank) Agreements
  (1) The Company has no FHLB (Federal Home Loan Bank) agreements

  (2) FHLB Capital Stock
    a. Aggregate Totals - None

    b. Membership Stock (Class A and B) Eligible and Not Eligible for Redemption - None

  (3) Collateral Pledged to FHLB
    a. Amount Pledged as of Reporting Date - None

    b. Maximum Amount Pledged During Reporting Period - None

STATEMENT AS OF MARCH 31, 2024 OF THE Atlantic Coast Life Insurance Company

## SCHEDULE D - PART 4

Show All Long-Term Bonds and Stock Sold, Redeemed or Otherwise Disposed of During the Current Quarter

| 1 CUSIP Identification | 2 Description | 3 Foreign | 4 Disposal Date | 5 Name of Purchaser | 6 Number of Shares of Stock | 7 Consideration | 8 Par Value | 9 Actual Cost | 10 Prior Year Book/Adjusted Carrying Value | 11 Unrealized Valuation Increase/(Decrease) | 12 Current Year's (Amortization)/Accretion | 13 Current Year's Other Than Temporary Impairment Recognized | 14 Total Change in Book/Adjusted Carrying Value (11+12-13) | 15 Total Foreign Exchange Change in Book/Adjusted Carrying Value | 16 Book/Adjusted Carrying Value at Disposal Date | 17 Foreign Exchange Gain (Loss) on Disposal | 18 Realized Gain (Loss) on Disposal | 19 Total Gain (Loss) on Disposal | 20 Bond Interest/Stock Dividends Received During Year | 21 Stated Contractual Maturity Date | 22 NAIC Designation, NAIC Designation Modifier and SVO Administrative Symbol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 459475-AV-7 | PNC 3.5% 23 JAN 2024 | | 01/23/2024 | MATURITY at 100.0000 | | 200,000 | 200,000 | 204,658 | 200,000 | 0 | 0 | 0 | 0 | 0 | 200,000 | 0 | 0 | 0 | 3,500 | 01/23/2024 | 1.G FE |
| 693636-BH-0 | PPG 1.2% 15 MAR 2026 | | 01/06/2024 | BBH | | 9,239 | 10,000 | 8,663 | 9,082 | | | | 9 | | 9,161 | 0 | 138 | 138 | 39 | 08/15/2026 | 2.A FE |
| 706626-AV-4 | PHS TERM LOAN INITIAL | | 03/28/2024 | DIRECT | | 1,250 | 1,250 | 1,250 | 1,250 | | | | | | 1,250 | | | | 42 | 12/04/2025 | 2.B PL |
| 706626-AN-2 | PHS TERM LOAN ADDITIONAL | | 03/28/2024 | DIRECT | | 8,780 | 8,780 | 8,780 | 8,780 | | | | | | 8,780 | | | | 233 | 12/04/2025 | 2.B PL |
| 717061-EH-5 | PFE 3.45% 15 MAR 2029 | | 01/10/2024 | UBS | | 9,595 | 10,000 | 10,880 | 9,170 | | | .3 | | | 9,304 | | 251 | 251 | 112 | 03/15/2029 | 1.F FE |
| 724337-AA-4 | PISTONS I SENIOR LOAN | | 01/05/2024 | DIRECT | | 6,321,250 | 6,321,250 | 6,321,250 | 6,321,250 | | | | | | 6,321,250 | | | | 95,767 | 12/30/2031 | 2.D |
| 744029-AV-5 | LNN 3.2% 30 JAN 2026 | | 01/10/2024 | VARIOUS | | 9,697 | 10,000 | 9,510 | 9,675 | | | .4 | | | 9,680 | | .17 | .17 | 144 | 01/30/2026 | 1.F FE |
| 742716-PA-6 | PG 1.9% 01 FEB 2027 | | 01/10/2024 | VARIOUS | | 9,301 | 10,000 | 8,973 | 9,269 | | | .7 | | | 9,226 | | .62 | .62 | 85 | 02/01/2027 | 1.D FE |
| 743431-BH-9 | PLD 2.125% 15 APR 2027 | | 01/10/2024 | NBS | | 9,214 | 10,000 | 8,793 | 9,071 | | | .7 | | | 9,078 | | 136 | 136 | 51 | 04/15/2027 | 1.G FE |
| 744509-BJ-9 | PRU 3.0% 15 MAY 2025 WRI | | 01/10/2024 | NBS PARDOWN | | 9,749 | 10,000 | 8,509 | 8,724 | | | | | | 9,730 | | .19 | .19 | 48 | 05/15/2025 | 1.A |
| 74753-AJ-7 | QMM 3.25% 20 MAY 2027 | | 01/10/2024 | VARIOUS | | 9,651 | 10,000 | 8,260 | 9,447 | | | .4 | | | 9,451 | | 208 | 208 | 47 | 05/20/2027 | 1.A FE |
| 74937-A-4 | ROCKBRIDGE VI | | 01/05/2024 | VARIOUS | | 32,636 | 32,636 | 32,636 | 32,636 | | | | | | 32,636 | | 0 | 0 | 111,265 | 11/19/2025 | 3.A |
| 75127T-AS-3 | KENNY 7.675% 15 JAN 2025 | | 01/10/2024 | VARIOUS | | 10,261 | 10,000 | 10,743 | 10,087 | | | (3) | | | 10,084 | | 177 | 177 | 53 | 08/15/2025 | 1.C FE |
| 75602-AJ-3 | RY 4.45% 27 JAN 2026 GRTN | A | 01/10/2024 | VARIOUS | | 9,956 | 10,000 | 9,673 | 9,783 | | | .3 | | | 9,786 | | 110 | 110 | 213 | 01/27/2026 | 1.A FE |
| 78016F-ZG-4 | RY 4.65% 03 AUG 2027 GRTN | A | 01/10/2024 | BOTL | | 9,839 | 10,000 | 9,497 | 9,807 | | | .3 | | | 9,540 | | 299 | 299 | 187 | 08/03/2027 | 1.E FE |
| | | | | SINKING FUND REDEMPTION | | | | | | | | | | | | | | | | | |
| 784700-AQ-2 | SPF3 RESIDUAL LLC CLASS A | | 03/26/2024 | DIRECT | | 22,152 | 22,511 | 22,511 | 22,511 | | | | | | 22,511 | | .41 | .41 | 65 | 05/30/2044 | 3.A |
| 78467-AA-7 | SPF III INITIAL TERM A LOAN | | 01/01/2024 | VARIOUS | | | | | | | | | | | | | | | | 981 | 09/31/2032 | 1.B |
| 80192-AA-7 | SAVATAGE REINHARI LOAN | | 02/20/2024 | VARIOUS | | 115,699 | 115,699 | 115,699 | 115,699 | | | | | | 115,699 | | 0 | 0 | 19,008 | 12/31/2031 | 2.A FE |
| 81120N-AL-4 | SLL3 30A B1 23-Jul-2038 9.669 | | 03/21/2024 | J.P. MORGAN | | 1,002,500 | 1,000,000 | 978,000 | 968,288 | | | 5 | | | 986,288 | | 14,212 | 14,212 | 42,418 | 07/20/2055 | 2.A FE |
| 829017-DN-7 | SPS 3.5% 01 SEP 2025 | B | 01/10/2024 | NBS | | 9,749 | 10,000 | 9,381 | 9,691 | | | .5 | | | 9,700 | | .79 | .79 | 127 | 09/01/2025 | 1.A FE |
| 857477-BE-0 | STT 2.354% 01 NOV 2025 | | 01/10/2024 | NBS | | 9,749 | 10,000 | 9,395 | 9,618 | | | .5 | | | 9,624 | | 125 | 125 | 45 | 11/01/2025 | 1.E FE |
| 89150Y-AD-2 | STEP 3.45% 19 FEB 2029 | D | 01/10/2024 | BOTL | | 9,548 | 10,000 | 9,113 | 9,295 | | | .9 | | | 9,259 | | 200 | 200 | 137 | 02/19/2029 | 1.E FE |
| 93333B-SV-2 | RAM3 2003-H53 144 25-May-2033 5,750 | | 03/01/2024 | NBS PAYDOWN | | 397 | 397 | 403 | 401 | | | | | | 401 | | (5) | (5) | 6 | 03/25/2033 | 1.F FE |
| 94953T-AW-5 | WELLHIRE TERM LOAN | | 01/18/2024 | DIRECT | | 2,005,671 | 2,045,671 | 2,045,671 | 2,045,671 | | | | | | 2,045,671 | | 40,000 | 40,000 | 68,108 | 07/08/2028 | 1.B |
| 97323-1E-6 | RWAN 2620-1A C 22-Oct-2038 9.883 | B | 03/21/2024 | BNU | | 2,040,000 | 2,000,000 | 2,000,000 | 2,000,000 | | | | | | 2,000,000 | | 40,000 | 40,000 | 51,984 | 10/22/2065 | 1.E FE |
| 97568E-AV-9 | WIN 2015-1A 10-Jun-2045 3,900 | | 03/01/2024 | NBS PAYDOWN | | 598 | 598 | 595 | 587 | | | | | | 567 | | 1 | 1 | 9 | 06/29/2045 | 1.A FE |
| 99304K-AN-4 | X BANKER HOLDINGS, LLC TERM LOAN | | 01/31/2024 | DIRECT | | 4,016,382 | 4,016,322 | 4,016,322 | 4,016,322 | | | 314 | | | 4,016,322 | | 8,598 | 8,598 | 208,803 | 09/28/2028 | 1.B PL |
| 98978C-AA-5 | ZCCP 2015-1A C 16-Jun-2031 9.425 | D | 03/21/2024 | CITIBANK | | 999,000 | 1,000,000 | 985,000 | 930,087 | | | 314 | | | 930,402 | | 42,356 | 42,356 | 25,690 | 01/16/2031 | 1.E FE |
| 98976C-AV-9 | ZCCP 2015-1A D 16-Jun-2031 10.155 | D | 01/11/2024 | SAN | | 990,000 | 1,000,000 | 916,000 | 931,404 | | | .30 | | | 931,435 | | (1,435) | (1,435) | 25,883 | 01/16/2031 | 2.C FE |
| 85101?-AA-1 | HAMHURA | | 02/29/2024 | VARIOUS | | 827,781 | 418,699 | 823,364 | 838,510 | | | 1,868 | | | 837,678 | | 155 | 155 | 9,132 | 01/03/2028 | 3.A |
| 05729A-AA-7 | MACOHAVIA GWRW | | 03/15/2024 | DIRECT | | 418,699 | 418,699 | 418,699 | 418,699 | | | | | | 418,699 | | | | 1,759 | 12/15/2027 | 1.G |
| 65946-AA-5 | PACIFIC FIR COMPANY PENS 6.0 | | 01/01/2024 | DIRECT | | | | | | | | | | | | | | | | 18,339 | 03/15/2030 | 1.F PL |
| 69349A-AA-0 | TAXI | | 01/01/2024 | | | | | | | | | | | | | | | | 63,083 | 05/31/2054 | 2.A PL |
| SPP110-PA-4 | SPP III OP INITIAL TERM A LOAN | | 01/01/2024 | DIRECT | | | | | | | | | | | | | | | | 2,478 | 08/31/2032 | 2.D PL |
| X0333-AV-9 | CORBULA 3 TRANCHE A | | 01/05/2024 | DIRECT | | 1,001,100 | 1,001,100 | 1,001,100 | 1,001,100 | | | | | | 1,001,100 | | 0 | 0 | 13,765 | 04/04/2023 | 2.B |
| 109803-AA-9 | CORBULA FACILITY | | 01/01/2024 | DIRECT | | | | | | | | | | | | | | | | 4,117 | 06/26/2028 | 2.A |
| 1109999999 | Subtotal - Bonds - Industrial and Miscellaneous (Unaffiliated) | | | | | 67,468,386 | 67,996,879 | 67,197,966 | 63,907,596 | 0 | 30,246 | 0 | 30,246 | 0 | 67,418,946 | 0 | 49,412 | 49,412 | 2,439,745 | XXX | XXX |
| 45000-AA-3 | IPM 2021 SENIOR | | 02/01/2024 | DIRECT | | 151,439 | 151,439 | 151,439 | 151,439 | | | | | | 151,439 | | 0 | 0 | 868 | 02/01/2029 | 1.F |
| 59742N-JC-4 | Hub en REI HUB 221 d 4 Multifamily Acq | | 01/18/2024 | VARIOUS | | 2,008,000 | 2,040,000 | 2,040,000 | 2,040,000 | | | | | | 2,000,000 | | 92,858 | 92,858 | 210,797 | 02/07/2028 | 1.G |
| H59TR-BD-1 | HUDAN STRATEGIC - STONEBROOK & PINEWOOD | | 03/05/2024 | VARIOUS | | 865,789 | 865,789 | 865,789 | | | | | | | 865,789 | | 0 | 0 | 264,733 | XXX | 3.A |
| 1509999999 | Subtotal - Bonds - Parent, Subsidiaries and Affiliates | | | | | 3,117,228 | 3,117,228 | 3,117,228 | 2,151,439 | 0 | 0 | 0 | 0 | 0 | 3,117,228 | 0 | 0 | 0 | 264,733 | XXX | XXX |
| 00284-AA-7 | INETLINK SUB NOTE | | 01/01/2024 | DIRECT | | 500,000 | 500,000 | 495,000 | 496,459 | | | (167) | | | 495,591 | | 4,769 | 4,769 | 19,498 | 05/11/2029 | 1.F |
| 099975-AA-9 | PROCRA TERM LOAN | | 03/29/2024 | VARIOUS | | 37,077 | 37,077 | 37,077 | 37,077 | | | | | | 37,077 | | | | 2,820 | 05/27/2027 | 2.0 |
| 37954-AA-2 | GLOBAL HOLDINGS INTERMO PARENT LLC | | 03/28/2024 | VARIOUS | | 638 | 638 | 638 | 638 | | | | | | 638 | | | | 1,995 | 03/16/2005 | 2.0 |
| 741742-AC-9 | LOC TERM LOAN | | 03/28/2024 | VARIOUS | | 1,443,398 | 1,443,398 | 1,423,965 | 1,443,398 | | | | | | 1,443,398 | | 0 | 0 | 40,031 | 12/22/2026 | 2.B |

E05.3