```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**LEADENHALL CAPITAL PARTNERS LLP, ET AL.,**

           **Plaintiffs,**

    - against -

**JOSH WANDER, ET AL.,**

           **Defendants.**

**24-cv-3453 (JGK)**

<u>**ORDER**</u>

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

Unless the parties otherwise agree and provide an alternative schedule, the response to ECF No. 280 is due **May 16, 2025.** The reply is due **May 23, 2025.**

**SO ORDERED.**
**Dated:**    **New York, New York**
            **May 2, 2025**

                                      /s/ John G. Koeltl
                                          **John G. Koeltl**
                                **United States District Judge**