UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

                  Plaintiffs,

- against -

JOSH WANDER, ET AL.,

                  Defendants.

24-cv-3453 (JGK)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

---

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Motion/Dispute:* _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

_____

__ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

SO ORDERED.

New York, New York
May 9, 2025

                            /s/ John G. Koeltl
                            John G. Koeltl
                            United States District Judge

---

* Do not check if already referred for general pretrial.