*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*JMCCARTHY@sgrlaw.com*

May 16, 2025

**VIA ECF**

```
Application Granted. SO ORDERED.

Dated:  May 19, 2025           /s/ John G. Koeltl
        New York, New York     John G. Koeltl, U.S.D.J.
```

Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, NY 10007

Re:  *Leadenhall Capital Partners LLP v. Wander*, 24 Civ. 3453 (JGK)(BM)

Dear Judge Koeltl:

    We write on behalf of 777 Partners LLC and 600 Partners LLC (together the "Guarantors") in the above-referenced action. We submit this letter pursuant to Practice VII(A)(2), to respectfully request approval to file with redactions and/or under seal materials filed in opposition to Leadenhall's Motion for Contempt against the Guarantors, A-CAP and Kenneth King. The information that the Guarantors seek to file in the accompanying Memorandum of Law and Declaration of John G. McCarthy, including exhibits, contains information that was designated confidential in the Southern District of Florida action by the Leadenhall Plaintiffs or by their agents Saiph Consulting LLC. The Guarantors have filed under seal electronically through the court's ECF system unredacted copies of both documents.

    The Guarantors respectfully request an extension of time until Saturday, May 17, 2025, to comply with the Court's Individual Practices concerning such filings, including filing redacted copies.

Respectfully yours,

John G. McCarthy

cc:   All counsel of record

SGR/80337326.2