# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

May 20, 2025

**VIA ECF**

The Honorable John G. Koeltl
Daniel Patrick Moynihan Courthouse
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Leadenhall Capital Partners LLP, et al. v. Wander, et al.*, No. 24-cv-3453-JGK (S.D.N.Y.)

Dear Judge Koeltl:

We write on behalf of Advantage Capital Holdings LLC and Kenneth King (together, "the A-CAP Defendants"), pursuant to Practice I.A of the Court's Individual Practices, to respectfully request that the Court grant the A-CAP Defendants leave to file a corrected copy of their Opposition to Leadenhall's Contempt Motion ("Opposition") with additional redactions.

The Court previously granted A-CAP Defendants' letter motion to seal portions of their Opposition and supporting papers. (ECF No. 312.) However, certain footnotes containing commercially sensitive, non-public information were inadvertently left unredacted in the public version of the A-CAP Defendants' Opposition (ECF No. 307). Specifically, the additional footnotes requiring redaction are notes 1, 8, 11, and 12.

Pursuant to the District's ECF Case Filing Rules & Instructions No. 21.7, the A-CAP Defendants requested emergency sealing of that document. Now, in accordance with R&I 21.7, the A-CAP Defendants respectfully request leave to file a corrected redacted version of its Opposition, and for the Court to permanently seal ECF No. 307.

CADWALADER

Page 2

The Honorable John G. Koeltl
May 20, 2025

  The substance of the Opposition is unchanged in the corrected version; only the redactions have been updated.

Respectfully submitted,

*/s/ Jonathan M. Watkins*

Jonathan M. Watkins

JMW


Copies to:

All Counsel of Record