## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>*Defendants*. | Civil Action No. 1:24-cv-03453-JGK<br><br>**STIPULATION** |

WHEREAS, Plaintiffs filed their Motion for Contempt on May 1, 2025;

WHEREAS, on May 2, 2025, the Court issued a briefing schedule, "[u]nless the parties otherwise agree and provide an alternative schedule," (ECF No. 286);

WHEREAS, Defendants have conferred with Plaintiffs and agreed that the deadline for Plaintiffs to file their reply in further support of their Motion for Contempt shall be Tuesday, May 27, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, the time for Plaintiffs to file their reply in further support of their Motion for Contempt is hereby extended until on or before **May 27, 2025**.

1

Dated: May 21, 2025
    New York, New York

KING AND SPALDING LLP

*[signature: Leigh Nathanson]*

Craig Carpenito
Leigh M. Nathanson
Brian Donovan
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
ccarpenito@kslaw.com
lnathanson@kslaw.com
bdonovan@kslaw.com

*Counsel for Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC*

CADWALADER, WICKERSHAM & TAFT LLP

*[signature: J.W.T.]*

Jonathan M. Watkins
Michael E. Petrella
Matthew M. Karlan
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000
jonathan.watkins@cwt.com
michael.petrella@cwt.com
matthew.karlan@cwt.com

*Counsel for Advantage Capital Holdings LLC and Kenneth King*

SMITH, GAMBRELL & RUSSELL LLP

*[signature]*

John G. McCarthy
David A. Pellegrino
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 907-9700
jmcarthy@sgrlaw.com
dpellegrino@sgrlaw.com

*Counsel for the 777 Entity Defendants*

**SO ORDERED**

/s/ John G. Koeltl
_____
Hon. John G. Koeltl

Date: 5/22/2025