# EXHIBIT AA

NOTICE OF DISPOSITION OF COLLATERAL

**VIA EMAIL**

May 26, 2025

600 Partners LLC
c/o GlassRatner Advisory & Capital Group LLC
d/b/a B. Riley Advisory Services
3445 Peachtree Road, Suite 1225
Atlanta, GA 30326
Attention: Ian Ratner
  Ronald Glass

With copy to:

Smith Gambrell Russel
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Attention: Shelly DeRousse

The other parties set forth on the attached Distribution List

| | | |
|---|---|---|
| *Re*: | | Notice of Disposition of Collateral: |
| *Debtor*: | | 600 Partners LLC (the "**Debtor**") |
| *Secured Party*: | | ACM Delegate LLC, as Agent (the "**Secured Party**") 1180 Avenue of the Americas, 21st Floor New York, NY 10036 Attention: Manager Email: legal@acap.com  jgettman@acap.com  risham@crokefairchild.com  kkniss@crokefairchild.com |
| *Collateral*: | | All equity interests in Nutmeg Acquisition, LLC, a Delaware limited liability company, owned by Debtor (the "**Collateral**") |

Ladies and Gentlemen:

Debtor is in default under that certain Amended and Restated Loan and Security Agreement, dated as of November 2, 2023, by and among 777 Partners LLC, a Delaware limited liability company ("**777 Partners**"), Debtor (together with 777 Partners, the "**Borrowers**"), JARM Capital LLC, a Florida limited liability company ("**JARM**"), the corporate guarantors signatory thereto (the "**Corporate Guarantors**", together with the Borrowers and JARM, the "**Borrower Parties**"), Secured Party, in its capacity as collateral agent (in such capacities, the "**Agent**"), and each of the persons signatory thereto as a lender, as the same has heretofore been, and may hereafter be, amended, modified, supplemented, extended, renewed, restated, amended and restated or replaced (the "**Loan Agreement**"). Pursuant to the Loan Agreement, Debtor granted to Secured Party a security interest in the Collateral.

1

Secured Party will sell all right, title, and interest of Debtor in the Collateral described above.

The Collateral will be sold to the highest or otherwise best qualified bidder in public as follows:

*Date*: June 6, 2025

*Time*: 10:00 AM Eastern Time

*Place*: Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281

Secured Party reserves the right to cancel the sale without notice, in its entirety, or to adjourn the sale to a future date.

**YOU ARE ENTITLED TO AN ACCOUNTING OF THE UNPAID INDEBTEDNESS SECURED BY THE COLLATERAL THAT WE INTEND TO SELL. YOU MAY REQUEST AN ACCOUNTING AT NO CHARGE BY CONTACTING US.**

Debtor and any guarantors shall be liable for any indebtedness which may remain after such sale to the extent permitted by applicable law. Nothing contained herein shall be construed as a waiver, modification or limitation of any of Secured Party's rights or remedies, all of which are hereby expressly reserved.

This Notice of Disposition of Collateral is being delivered pursuant to Section 9-611 of the Uniform Commercial Code as in effect in the State of New York.

**ACM Delegate LLC**,
as Secured Party

By: *[signature]*
    6D3B3D7BFC4D466...
Name:   Jill Gettman
Title:  Manager

2

Distribution List

777 Partners LLC
SuttonPark Acquisition LLC
SPA II LLC
F3EA Holdings LLC
F3EA Funding LLC
Medset Funding LLC
Signal MLH Medical Receivables Holdco LLC
Speed Leasing Company LLC
Triple 7 Irish Operations Limited
FFI Holdings Limited
Sustainable Supplies LLC
Signal Funding, LLC
Nimble Funding LLC
Signal AHF Medical Receivables HoldCo LLC
Signal Medical Receivables LLC
Signal Financial Holdings LLC
Signal SML 1 LLC
Signal SML 2 LLC
SLF 2 LLC
Signal LF Portfolio Holdco LLC
Signal Servicing LLC
SKC 1 LLC
SKC RX LLC
Triple7 Sports Management LLC
777 Asset Management LTD
777 Asset Management LLC
777 Real Estate LLC
777 Software LLC
777 Partners UK Limited
Lumiere Financing LLC
Lumiere Acquisitions Company LLC
Lex Capital Holdings LLC
Triplet Global LLC
Jarm Capital LLC
MTCP LLC
Steven W. Pasko
Josh Wander
c/o GlassRatner Advisory & Capital Group LLC
d/b/a B. Riley Advisory Services
3445 Peachtree Road, Suite 1225
Atlanta, GA 30326
Attention: Ian Ratner
          Ronald Glass

With copy to:

Smith Gambrell Russel
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Attention: Shelly DeRousse

Nutmeg Acquisition LLC
c/o ACM Delegate LLC
1180 Avenue of the Americas, 21st Floor
New York, New York 10036
Attention: Manager
Email: legal@acap.com


ACM Delegate LLC, as PGRA Agent
1180 Avenue of the Americas, 21st Floor
New York, NY 10036
Attention: Manager
Email: legal@acap.com

Newport Funding, LLC, as Administrative Agent
Harborside Financial Center, 1430 Plaza Five
Jersey City, NJ 07311