# EXHIBIT A

**Huynh, Andrew**

| | |
|---|---|
| **From:** | Watkins, Jonathan |
| **Sent:** | Tuesday, May 27, 2025 6:33 PM |
| **To:** | Peter Starr; Huynh, Andrew |
| **Cc:** | Leigh Nathanson; Brian Donovan |
| **Subject:** | RE: Leadenhall - reply sealing |

Peter,

Thank you for following up with that list. As we understand it, you plan to quote, in your reply brief, portions of documents that the Court has ordered sealed. We do request provisional sealing of quotations that are excerpted from sealed documents. From there, we will, to the extent necessary, follow Judge Koeltl's Individual Practices with respect to ultimate sealing.

I can confirm that we agree that it is appropriate to file the Notice of Disposition of Collateral publicly.

Regards,

Jon


**Jonathan M. Watkins**
Cadwalader, Wickersham & Taft LLP
Direct: (212) 504-6229 | Mobile: (908) 319-7323

---

**From:** Peter Starr <pstarr@kslaw.com>
**Sent:** Tuesday, May 27, 2025 12:46 PM
**To:** Watkins, Jonathan <Jonathan.Watkins@cwt.com>; Huynh, Andrew <Andrew.Huynh@cwt.com>
**Cc:** Leigh Nathanson <lnathanson@kslaw.com>; Brian Donovan <bdonovan@kslaw.com>
**Subject:** Leadenhall - reply sealing

[ WARNING: External Email ]

Jon and Andrew,

Following up on our call this morning, below is a list of specific citations on which we seek your input. Let us know if A-CAP requests provisional sealing with respect to these items. Please also let us know your position on the Nutmeg foreclosure notice you sent to us last night.

- ECF 282-1 at 2, 4-5, email correspondence between counsel and M. Shapiro – to support the propositions (1) ██████ (2) ██████████ (3) ████████ , and (4) ████████ .

- ECF 282-8, Shapiro 30b6 deposition – to support the propositions that (1) ██████████, (2) ████████████████████████████████████, (3) ████████████████████████████████████████, and (4) ███████████████.

- 282-10, ██████████████████████ – for the proposition that ████████████ ████████████████████████.

- 306-2 at 2, Oct. 2024 email correspondence between J. Watkins and L. Nathanson – to support the proposition that A-CAP conditioned providing information about the Everton transaction on an NDA that would have prevented Leadenhall from using that information in contempt proceedings.

- 282-25, Shapiro deposition transcript – for the proposition that ████████████████████ ████████████████████████████.

Regards,
Peter

---

**Peter Starr**
*Partner*

T: +1 404 572 2767  |  E: pstarr@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.