# Exhibit BB

| | |
|---|---|
| **From:** | Watkins, Jonathan |
| **To:** | Ian Ratner; Mark Shapiro; DeRousse, Shelly; McCarthy, John G.; Pellegrino, David; Leigh Nathanson; Brian Donovan; charwood@maglaw.com; Alex Rossmiller |
| **Cc:** | legal@acap.com; Jill Gettman; Robert Isham; Kerby Kniss; Petrella, Michael; Karlan, Matthew |
| **Subject:** | Notice of Disposition of Collateral |
| **Date:** | Monday, May 26, 2025 9:32:58 PM |
| **Attachments:** | ACM Delegate - 600 Partners - Notice of Disposition of Collateral (Nutmeg) (4931-8928-5959.1).pdf |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

All,

Please see the attached Notice of Disposition of Collateral. I send this along as a courtesy, not pursuant to any obligation of any entity under the preliminary injunction in the *Leadenhall* matter.

Regards,

Jon

### Jonathan M. Watkins

*Partner*

Cadwalader, Wickersham & Taft LLP

Direct: (212) 504-6229 | Mobile: (908) 319-7323

Jonathan.Watkins@cwt.com | www.cadwalader.com

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.