# Exhibit CC

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Leigh M. Nathanson
Partner
Direct Dial: +1 212 790 5359
lnathanson@kslaw.com

June 4, 2025

**VIA EMAIL**

Jonathan Watkins
Cadwalader, Wickersham & Taft LLP
650 South Tryon Street
Charlotte, NC 28202
jonathan.watkins@cwt.com

John G. McCarthy
David Pellegrino
Smith Gambrell & Russell LLP
1301 Avenue of the Americas
New York, NY 10019
jmccarthy@sgrlaw.com
dpellegrino@sgrlaw.com

Re:  A-CAP's Foreclosure on Nutmeg's Equity Value

Dear Counsel:

    I write on behalf of Leadenhall concerning the Notice of Disposition of Collateral dated May 26, 2025, in which ACM Delegate LLC, as agent for Advantage Capital Holdings LLC and affiliates ("A-CAP"), provided notice that it will foreclose on "[a]ll equity interests" in Nutmeg Acquisition, LLC ("Nutmeg") by holding a foreclosure sale on June 6, 2025. The equity of Nutmeg is an asset owned by 600 Partners LLC, a Guarantor enjoined by the preliminary injunction issued by the Court on July 8, 2024 in the action *Leadenhall Capital Partners, et al. v. Wander, et al.*, Case No. 24-cv-3453-JGK (S.D.N.Y.).

    Leadenhall requests the following information:

1. The current equity value of Nutmeg, as accounted for on the books and records of both the Guarantors and A-CAP.

2. The indebtedness secured by the equity value of Nutmeg which A-CAP will reduce as a result of the foreclosure sale.

3. The qualifications to be a "qualified bidder" for the sale of Nutmeg's equity value, as set forth in the May 26, 2025 Notice of Disposition of Collateral.

4. Any bid procedures for the foreclosure sale.

Page 2

5. Any diligence materials or other information, including information regarding the marketing of Nutmeg, which would assist creditors of the Guarantors to ensure that value to the Guarantors is maximized in the foreclosure sale.

Leadenhall also requests a videoconference link to participate in the foreclosure sale as an observer.

Sincerely,

*/s/ Leigh M. Nathanson*

Leigh M. Nathanson


CC: Ian Ratner
Mark Shapiro
Jill Gettman
Alex Rossmiller
Chris Harwood