# Exhibit DD

# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

June 6, 2025

**VIA EMAIL**

Leigh M. Nathanson
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036
lnathanson@kslaw.com

Re:   *Notice of Disposition of Collateral* **dated May 26, 2025**

Dear Leigh:

    I write in response to your letter from the afternoon of June 4 regarding ACM Delegate, LLC's May 26 Notice of Disposition of Collateral.

    We do not understand your letter to be an expression of Leadenhall's interest in exploring a bid on 600 Partners LLC's interests in the equity of Nutmeg Acquisition, LLC ("Nutmeg"), but rather a request for information about the public disposition process.

    To begin, Nutmeg's assets have been extensively marketed by Moelis & Company for over a year—as has been widely reported and Leadenhall well knows. Any and all potential buyers have long been aware that Nutmeg's assets are on the proverbial auction block, with ample information available to any serious bidder. And that extensive marketing process shares a goal with the noticed public disposition under the UCC: selling Nutmeg to the highest bidder.

    The public disposition, which has itself garnered media coverage (with Leadenhall's usual assistance, we expect), has been led and marketed by Al Kerchhein of AK Restructuring, LLC, an entity that specializes in UCC Article 9 sales. The process, which tracks Article 9, was designed to generate broad interest. Rather than creating "qualifications" that might limit the pool of interested bidders, the auctioneer set out only two requirements for making a bid: (i) depositing 10% of the bid amount into escrow (in the case of a cash bid) along with showing the ability to complete a sale on the terms proposed, and (ii) satisfying standard KYC requirements. Those who have expressed interest have had the opportunity to, upon entering a customary NDA, conduct additional diligence. Given the broad marketing by both Moelis and

**Jonathan M. Watkins**  Tel +1 (212) 504-6229   Fax +1 212 504 6666   jonathan.watkins@cwt.com

C A D W A L A D E R

Leigh M. Nathanson
June 6, 2025

AK Restructuring, much media attention, and the inclusive process, Nutmeg's value is being determined by the market.

      While the noticed public disposition generated several inquiries (with interest expressed in particular assets of Nutmeg, but, we understand, not in the equity interests in Nutmeg that are the subject of the Notice and public disposition), no bids materialized. After providing a meaningful opportunity for competitive bidding in a public disposition, ACM Delegate LLC is the only active bidder for the equity interests in Nutmeg. ACM is thus submitting a credit bid for those equity interests, in accordance with Article 9 of the UCC. For that reason, there will be no live auction (and thus no videoconference link to share).

      Finally, while you mention that 600 Partners LLC is a party enjoined by the preliminary injunction in the *Leadenhall Capital Partners* litigation, you do not assert that the preliminary injunction has been or will be violated. For good reason: nothing about this public disposition under the UCC violates the preliminary injunction.

Very truly yours,

*J. W. T*

Jonathan M. Watkins
JMW