## McCarthy, John G.

| | |
|---|---|
| **From:** | McCarthy, John G. |
| **Sent:** | Tuesday, May 27, 2025 8:10 AM |
| **To:** | Hornung, Stephan; Matthew C. Ziegler; Crowell, Nicholas P.; Muenz, Jon; jason.alderson@morganlewis.com |
| **Cc:** | Pellegrino, David; Schwartz, Katie; Solfaro, Ryan |
| **Subject:** | FW: Notice of Disposition of Collateral |
| **Attachments:** | ACM Delegate - 600 Partners - Notice of Disposition of Collateral (Nutmeg) (4931-8928-5959.1).pdf |

Counsellors –

Out of an abundance of caution and because ACM Delegate voluntarily sent it to the other parties to the SDNY lawsuit, I am providing you with the attached notice that we received last night.

John

---

**From:** Watkins, Jonathan <Jonathan.Watkins@cwt.com>
**Sent:** Monday, May 26, 2025 9:33 PM
**To:** Ian Ratner <iratner@brileyfin.com>; Mark Shapiro <mshapiro@brileyfin.com>; DeRousse, Shelly <sderousse@sgrlaw.com>; McCarthy, John G. <JMCCARTHY@sgrlaw.com>; Pellegrino, David <dpellegrino@sgrlaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Brian Donovan <bdonovan@kslaw.com>; charwood@maglaw.com; Alex Rossmiller <alexrossmiller@quinnemanuel.com>
**Cc:** legal@acap.com; Jill Gettman <jgettman@acap.com>; Robert Isham <risham@crokefairchild.com>; Kerby Kniss <kkniss@crokefairchild.com>; Petrella, Michael <Michael.Petrella@cwt.com>; Karlan, Matthew <Matthew.Karlan@cwt.com>
**Subject:** Notice of Disposition of Collateral

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,

Please see the attached Notice of Disposition of Collateral. I send this along as a courtesy, not pursuant to any obligation of any entity under the preliminary injunction in the *Leadenhall* matter.

Regards,

Jon

**Jonathan M. Watkins**
*Partner*
Cadwalader, Wickersham & Taft LLP
Direct: (212) 504-6229 | Mobile: (908) 319-7323
Jonathan.Watkins@cwt.com | www.cadwalader.com

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.