# EXHIBIT 2



# [250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.](#)

UT District - Salt Lake City

**This case was retrieved on 06/09/2025**

## Header

**Case Number:** 250902339
**Date Filed:** 03/21/2025
**Date Full Case Retrieved:** 06/09/2025
**Status:** Unknown
**Misc:** (29) Miscellaneous; Civil

## Summary

**Judge**: AMBER M METTLER
**CaseType**: Civil

## Participants

| Litigants | Attorneys |
|---|---|
| UTAH INSURANCE COMMISSIONER **Plaintiff** | |
| HAYMARKET INSURANCE COMPANY **Defendant** | |
| JAZZ REINSURANCE COMPANY **Defendant** | |
| SENTINEL SECURITY LIFE INSURAN **Defendant** | |

## Fees

REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
Amount Due:$375.00
Amount Paid:$375.00
Amount Credit:$0.00
Balance: $ 0.00
REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM
Amount Due:$0.00
Amount Paid:$0.00
Amount Credit:$0.00
Balance: $ 0.00
REVENUE DETAIL - TYPE: FLOPPY DISK COPY
Amount Due:$0.00
Amount Paid:$0.00

Case 1:24-cv-03453-JGK-BCM    Document 332-2    Filed 06/18/25    Page 3 of 16

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

Amount Credit:$0.00
Balance: $ 0.00
REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM
Amount Due:$15.00
Amount Paid:$15.00
Amount Credit:$0.00
Balance: $ 0.00
REVENUE DETAIL - TYPE: FLOPPY DISK COPY
Amount Due:$15.00
Amount Paid:$15.00
Amount Credit:$0.00
Balance: $ 0.00
REVENUE DETAIL - TYPE: TELEPHONE CHARGES
Amount Due:$3.00
Amount Paid:$0.00
Amount Credit:$0.00
Balance: $ 3.00
REVENUE DETAIL - TYPE: TELEPHONE/FAX/EMAIL
Amount Due:$3.00
Amount Paid:$0.00
Amount Credit:$0.00
Balance: $ 3.00

## Proceedings

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 03/21/2025 | 2 | **** PRIVATE **** Filed: Complaint Verified Petition for Rehabilitation Order and Request for Temporary Injunctive Relief | |
| 03/21/2025 | 6 | **** PRIVATE **** Filed: Exhibits A to I to Petition | |
| 03/21/2025 | 7 | **** PRIVATE **** Filed: Exhibits J-N to Petition | |
| 03/21/2025 | 8 | **** PRIVATE **** Filed: Exhibits O-U to Petition | |
| 03/21/2025 | 11 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/21/2025 | 5 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/21/2025 | 9 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/21/2025 | 10 | **** PRIVATE **** Filed: Temporary Restraining Order (Proposed) Relating to Verified Petition for Rehabilitation Order and Request for Injunctive Relief | |
| 03/21/2025 | 1 | Case filed by efiler | |
| 03/21/2025 | 4 | Fee Account created | |

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 03/21/2025 | 3 | Fee Payment,CaseNumber:19812057 | |
| 03/24/2025 | 12 | **** PRIVATE **** Filed: Appearance of Counsel/Notice of Limited Appearance | |
| 03/24/2025 | 13 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/25/2025 | 14 | **** PRIVATE **** Filed: Motion for Temporary Order Ex Parte Motion for Temporary Restraining Order | |
| 03/25/2025 | 15 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/27/2025 | 31 | **** PRIVATE **** Filed: Exhibits 1 - 12 | |
| 03/27/2025 | 32 | **** PRIVATE **** Filed: Exhibits 13 - 26 | |
| 03/27/2025 | 26 | **** PRIVATE **** Filed: Motion For Leave to File An Overlength Motion to Terminate Statutory Stay and to Stay This Action Pending Resolution of Consolidated Proceedings | |
| 03/27/2025 | 22 | **** PRIVATE **** Filed: Motion to Classify Pleadings as Private | |
| 03/27/2025 | 34 | **** PRIVATE **** Filed: Motion To Expedite Consideration of Utah Insurer s Motion to Terminate Statutory Stay and Stay Entire Action Pending Resolution of Consolidated Proceedings | |
| 03/27/2025 | 30 | **** PRIVATE **** Filed: Motion To Terminate Statutory Stay and To Stay This Action Pending Resolution of Consolidated Proceedings | |
| 03/27/2025 | 19 | **** PRIVATE **** Filed: Notice for Case 250902339 MI Judge: AMBER M METTLER | |
| 03/27/2025 | 21 | **** PRIVATE **** Filed: Notice for Case 250902339 MI Judge: AMBER M METTLER | |
| 03/27/2025 | 28 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion For Leave to File An Overlength Motion to Terminate Statutory Stay and to Stay This Action Pending Resolution of Consolidated Proceedings | |
| 03/27/2025 | 24 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion to Classify Pleadings as Private | |
| 03/27/2025 | 36 | **** PRIVATE **** Filed: Order (Proposed) on Motion To Expedite Consideration of Utah Insurer s Motion To Terminate Statutory Stay and Stay Entire Action Pending Resolution of Consolidated Proceedings | |
| 03/27/2025 | 35 | **** PRIVATE **** Filed: Request/Notice to Submit For Decision Motion To Expedite Consideration of Utah Insurer s Motion To Terminate Statutory Stay and Stay Entire | |

Case 1:24-cv-03453-JGK-BCM    Document 332-2    Filed 06/18/25    Page 5 of 16

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | Action Pending Resolution of Consolidated Proceedings | |
| 03/27/2025 | 27 | **** PRIVATE **** Filed: Request/Notice to Submit Motion For Leave to File An Overlength Motion to Terminate Statutory Stay and to Stay This Action Pending Resolution of Consolidated Proceedings For Decision | |
| 03/27/2025 | 23 | **** PRIVATE **** Filed: Request/Notice to Submit Motion to Classify Pleadings as Private For Decision | |
| 03/27/2025 | 25 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/27/2025 | 29 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/27/2025 | 33 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/27/2025 | 37 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/27/2025 | 16 | MOTION HEARING set on 04/11/2025 | |
| 03/27/2025 | 20 | MOTION HEARING set on 04/29/2025 | |
| 03/27/2025 | 17 | NOTICE for Case 250902339 ID 25308979 | |
| 03/27/2025 | 18 | NOTICE for Case 250902339 ID 25308987 | |
| 03/28/2025 | 47 | **** PRIVATE **** Filed: Acceptance of Service Respondents Acceptance of Service upon ALL RESPONDENTS ACCEPTED SERVICE VIA THEIR COUNSEL OF RECORD for | |
| 03/28/2025 | 45 | **** PRIVATE **** Filed: Opposition to Motion to Classify Pleadings as Private | |
| 03/28/2025 | 43 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion to Classify | |
| 03/28/2025 | 41 | **** PRIVATE **** Filed: Order Granting Motion For Leave to File An Overlength Motion to Terminate Statutory Stay and to Stay This Action Pending Resolution of Consolidated Proceedings | |
| 03/28/2025 | 39 | **** PRIVATE **** Filed: Other - Not Signed Order (Proposed) Granting Motion to Classify Pleadings as Private | |
| 03/28/2025 | 38 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/28/2025 | 40 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/28/2025 | 42 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/28/2025 | 44 | **** PRIVATE **** Filed: Return of Electronic | |

Case 1:24-cv-03453-JGK-BCM     Document 332-2     Filed 06/18/25     Page 6 of 16

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | Notification | |
| 03/28/2025 | 46 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/28/2025 | 48 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/31/2025 | 51 | **** PRIVATE **** Filed: Motion to Classify Case Record As Protected And For Sanctions | |
| 03/31/2025 | 53 | **** PRIVATE **** Filed: Order Granting Motion to Classify | |
| 03/31/2025 | 55 | **** PRIVATE **** Filed: Order on Motion To Expedite Consideration of Utah Insurer s Motion To Terminate Statutory Stay and Stay Entire Action Pending Resolution of Consolidated Proceedings | |
| 03/31/2025 | 49 | **** PRIVATE **** Filed: Reply In Support of Motion to Classify Pleadings as Private | |
| 03/31/2025 | 50 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/31/2025 | 52 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/31/2025 | 54 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 03/31/2025 | 56 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/03/2025 | 60 | **** PRIVATE **** Filed: Corrected Exhibit 9 to Motion To Stay | |
| 04/03/2025 | 57 | **** PRIVATE **** Filed: Motion to Classify Notice of Errata and Corrected Exhibit 9 to Motion To Stay As Private | |
| 04/03/2025 | 59 | **** PRIVATE **** Filed: Notice of Errata | |
| 04/03/2025 | 61 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion To Classify Notice of Errata As Private | |
| 04/03/2025 | 63 | **** PRIVATE **** Filed: Order Granting Motion To Classify Notice of Errata As Private | |
| 04/03/2025 | 58 | **** PRIVATE **** Filed: Request/Notice to Submit Motion To Classify Notice of Errata As Private For Decision | |
| 04/03/2025 | 62 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/03/2025 | 64 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/04/2025 | 65 | **** PRIVATE **** Filed: Appearance of Counsel/Notice of Limited Appearance (Jacqueline M. Rosen) | |

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 04/04/2025 | 66 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/05/2025 | 69 | **** PRIVATE **** Filed: Exhibit 1 | |
| 04/05/2025 | 68 | **** PRIVATE **** Filed: Exhibit 1 (13th Interim Order) | |
| 04/05/2025 | 73 | **** PRIVATE **** Filed: Exhibit 1 (Reply Brief) | |
| 04/05/2025 | 70 | **** PRIVATE **** Filed: Exhibit 2 (11th Interim Order) | |
| 04/05/2025 | 74 | **** PRIVATE **** Filed: Exhibit 2 (13th Interim Order) | |
| 04/05/2025 | 71 | **** PRIVATE **** Filed: Exhibit 3 (Reply brief) | |
| 04/05/2025 | 67 | **** PRIVATE **** Filed: Opposition to Memorandum Opposing Statutory Stay and to Stay this Action Pending Resolution of Consolidated Proceedings | |
| 04/05/2025 | 72 | **** PRIVATE **** Filed: Opposition to Respondents Motion to Classify Case Record as Protected and for Sanctions | |
| 04/05/2025 | 75 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/05/2025 | 76 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/07/2025 | 96 | **** PRIVATE **** Filed: Declaration of M. Saliba in Support of Opposition to Motion for TRO | |
| 04/07/2025 | 97 | **** PRIVATE **** Filed: Exhibit 1 to Declaration of M. Saliba in Support of Opposition to Motion for TRO | |
| 04/07/2025 | 79 | **** PRIVATE **** Filed: Exhibit 1 to Opposition to Motion for TRO | |
| 04/07/2025 | 88 | **** PRIVATE **** Filed: Exhibit 10 to Opposition to Motion for TRO | |
| 04/07/2025 | 89 | **** PRIVATE **** Filed: Exhibit 11 to Opposition to Motion for TRO | |
| 04/07/2025 | 90 | **** PRIVATE **** Filed: Exhibit 12 to Opposition to Motion for TRO | |
| 04/07/2025 | 98 | **** PRIVATE **** Filed: Exhibit 2 to Declaration of M. Saliba in Support of Opposition to Motion for TRO | |
| 04/07/2025 | 80 | **** PRIVATE **** Filed: Exhibit 2 to Opposition to Motion for TRO | |
| 04/07/2025 | 99 | **** PRIVATE **** Filed: Exhibit 3 to Declaration of M. Saliba in Support of Opposition to Motion for TRO | |

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 04/07/2025 | 81 | **** PRIVATE **** Filed: Exhibit 3 to Opposition to Motion for TRO | |
| 04/07/2025 | 100 | **** PRIVATE **** Filed: Exhibit 4 to Declaration of M. Saliba in Support of Opposition to Motion for TRO | |
| 04/07/2025 | 82 | **** PRIVATE **** Filed: Exhibit 4 to Opposition to Motion for TRO | |
| 04/07/2025 | 101 | **** PRIVATE **** Filed: Exhibit 5 to Declaration of M. Saliba in Support of Opposition to Motion for TRO | |
| 04/07/2025 | 83 | **** PRIVATE **** Filed: Exhibit 5 to Opposition to Motion for TRO | |
| 04/07/2025 | 84 | **** PRIVATE **** Filed: Exhibit 6 to Opposition to Motion for TRO | |
| 04/07/2025 | 85 | **** PRIVATE **** Filed: Exhibit 7 to Opposition to Motion for TRO | |
| 04/07/2025 | 86 | **** PRIVATE **** Filed: Exhibit 8 to Opposition to Motion for TRO | |
| 04/07/2025 | 87 | **** PRIVATE **** Filed: Exhibit 9 to Opposition to Motion for TRO | |
| 04/07/2025 | 91 | **** PRIVATE **** Filed: Motion for Leave to File Overlength Opposition to Motion for TRO | |
| 04/07/2025 | 95 | **** PRIVATE **** Filed: Motion to Classify Declaration of M. Saliba as Private | |
| 04/07/2025 | 77 | **** PRIVATE **** Filed: Motion to Classify Opposition to Motion for Temporary Restraining Order as Private | |
| 04/07/2025 | 78 | **** PRIVATE **** Filed: Opposition to Motion for Temporary Restraining Order | |
| 04/07/2025 | 103 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion to Classify M. Saliba Declaration as Private | |
| 04/07/2025 | 93 | **** PRIVATE **** Filed: Request to Submit for Decision Motion for Leave to File Overlength Opposition to Motion for TRO | |
| 04/07/2025 | 102 | **** PRIVATE **** Filed: Request/Notice to Submit for Decision re Motion to Classify Declaration of M. Saliba as Private | |
| 04/07/2025 | 92 | **** PRIVATE **** Filed: Request/Notice to Submit Motion to Classify Opposition to Motion to Classify as Private | |
| 04/07/2025 | 104 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/07/2025 | 94 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/08/2025 | 122 | **** PRIVATE **** Filed: Declaration of | |

Case 1:24-cv-03453-JGK-BCM   Document 332-2   Filed 06/18/25   Page 9 of 16

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | Kenny King in Support of Opposition to Motion to TRO as Private | |
| 04/08/2025 | 121 | **** PRIVATE **** Filed: Exhibit 1 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 130 | **** PRIVATE **** Filed: Exhibit 10 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 133 | **** PRIVATE **** Filed: Exhibit 11 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 132 | **** PRIVATE **** Filed: Exhibit 12 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 135 | **** PRIVATE **** Filed: Exhibit 13 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 123 | **** PRIVATE **** Filed: Exhibit 2 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 124 | **** PRIVATE **** Filed: Exhibit 3 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 125 | **** PRIVATE **** Filed: Exhibit 4 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 127 | **** PRIVATE **** Filed: Exhibit 5 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 126 | **** PRIVATE **** Filed: Exhibit 6 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 128 | **** PRIVATE **** Filed: Exhibit 7 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 131 | **** PRIVATE **** Filed: Exhibit 8 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 129 | **** PRIVATE **** Filed: Exhibit 9 to Declaration of K. King in Support of Opposition to Motion for TRO | |
| 04/08/2025 | 119 | **** PRIVATE **** Filed: Motion to Classify Declaration of Kenneth King as Private | |
| 04/08/2025 | 111 | **** PRIVATE **** Filed: Motion to Classify Motion for Overlength re Opposition to Motion for TRO | |
| 04/08/2025 | 107 | **** PRIVATE **** Filed: Motion to Classify Opposition Pleadings as Private | |

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 04/08/2025 | 113 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion for Overlength Opposition to Motion for TRO | |
| 04/08/2025 | 134 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion to Classify K. King Declaration as Private | |
| 04/08/2025 | 109 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion to Classify Pleadings (re Opposition) as Private | |
| 04/08/2025 | 116 | **** PRIVATE **** Filed: Order Granting Motion for Overlength Opposition to Motion for TRO | |
| 04/08/2025 | 105 | **** PRIVATE **** Filed: Order Granting Motion to Classify M. Saliba Declaration as Private | |
| 04/08/2025 | 115 | **** PRIVATE **** Filed: Order Granting Motion to Classify Pleadings (re Opposition) as Private | |
| 04/08/2025 | 120 | **** PRIVATE **** Filed: Request/Notice to Submit for Decision re Motion to Classify K. King Declaration as Private | |
| 04/08/2025 | 108 | **** PRIVATE **** Filed: Request/Notice to Submit for Decision re Motion to Classify Opposition Pleadings as Private | |
| 04/08/2025 | 112 | **** PRIVATE **** Filed: Request/Notice to Submit Order Granting Motion for Overlength Opposition to Motion for TRO | |
| 04/08/2025 | 106 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/08/2025 | 110 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/08/2025 | 114 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/08/2025 | 117 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/08/2025 | 118 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/08/2025 | 136 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/09/2025 | 139 | **** PRIVATE **** Filed: Motion to Classify Reply In Support of Defendants Motion To Classify Case Record As Protected And For Sanctions As Private | |
| 04/09/2025 | 144 | **** PRIVATE **** Filed: Motion to Classify Reply ISO Motion to Terminate Statutory Stay as Private | |
| 04/09/2025 | 142 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion To Classify Reply In Support | |

Case 1:24-cv-03453-JGK-BCM     Document 332-2     Filed 06/18/25     Page 11 of 16

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | of Defendants Motion To Classify Case Record As Protected And For Sanctions As Private | |
| 04/09/2025 | 147 | **** PRIVATE **** Filed: Order (Proposed) Granting Motion to Classify Reply ISO Motion to Terminate Statutory Stay as Private | |
| 04/09/2025 | 137 | **** PRIVATE **** Filed: Order Granting Motion to Classify K. King Declaration as Private | |
| 04/09/2025 | 140 | **** PRIVATE **** Filed: Reply In Support of Defendants Motion To Classify Case Record As Protected And For Sanctions | |
| 04/09/2025 | 146 | **** PRIVATE **** Filed: Reply ISO Motion to Terminate Statutory Stay and to Stay This Action Pending Resolution of Consolidated Proceedings | |
| 04/09/2025 | 141 | **** PRIVATE **** Filed: Request/Notice to Submit Motion To Classify Reply In Support of Defendants Motion To Classify Case Record As Protected And For Sanctions As Private | |
| 04/09/2025 | 145 | **** PRIVATE **** Filed: Request/Notice to Submit Motion to Classify Reply ISO Motion to Terminate Statutory Stay as Private for Decision | |
| 04/09/2025 | 138 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/09/2025 | 143 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/09/2025 | 148 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/10/2025 | 157 | **** PRIVATE **** Filed: Affidavit/Declaration of Scott Eady | |
| 04/10/2025 | 154 | **** PRIVATE **** Filed: Exhibits 1-10 to Reply | |
| 04/10/2025 | 155 | **** PRIVATE **** Filed: Exhibits 11-13 to Reply | |
| 04/10/2025 | 158 | **** PRIVATE **** Filed: Exhibits A-G to Eady Declaration | |
| 04/10/2025 | 159 | **** PRIVATE **** Filed: Exhibits H-M to Eady Declaration | |
| 04/10/2025 | 149 | **** PRIVATE **** Filed: Order Granting Motion To Classify Reply In Support of Defendants Motion To Classify Case Record As Protected And For Sanctions As Private | |
| 04/10/2025 | 150 | **** PRIVATE **** Filed: Order Granting Motion to Classify Reply ISO Motion to Terminate Statutory Stay as Private | |

Case 1:24-cv-03453-JGK-BCM	Document 332-2	Filed 06/18/25	Page 12 of 16

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 04/10/2025 | 153 | **** PRIVATE **** Filed: Reply Memorandum in Support of Motion for Temporary Restraining Order | |
| 04/10/2025 | 151 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/10/2025 | 152 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/10/2025 | 156 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/10/2025 | 160 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/11/2025 | 165 | **** PRIVATE **** Filed: Exhibits E-I to Notice of Errata | |
| 04/11/2025 | 164 | **** PRIVATE **** Filed: Exhibits J-L to Notice of Errata | |
| 04/11/2025 | 166 | **** PRIVATE **** Filed: Exhibits M-U to Notice of Errata Regarding Verified Petition | |
| 04/11/2025 | 177 | **** PRIVATE **** Filed: MOTION HEARING | |
| 04/11/2025 | 163 | **** PRIVATE **** Filed: Notice of Errata Regarding Verified Petition for Rehabilitation Order and Request for Temporary Injunctive Relief | |
| 04/11/2025 | 178 | **** PRIVATE **** Filed: Other - Not Signed Temporary Restraining Order (Proposed) Relating to Verified Petition for Rehabilitation Order and Request for Injunctive Relief | |
| 04/11/2025 | 161 | **** PRIVATE **** Filed: Request/Notice to Submit Motion To Classify Case Record As Protected And For Sanctions For Decision | |
| 04/11/2025 | 162 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/11/2025 | 167 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/11/2025 | 168 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/11/2025 | 179 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/11/2025 | 171 | BENCH TRIAL set on 05/19/2025 | |
| 04/11/2025 | 170 | BENCH TRIAL set on 05/20/2025 | |
| 04/11/2025 | 172 | BENCH TRIAL set on 05/21/2025 | |
| 04/11/2025 | 173 | BENCH TRIAL set on 05/22/2025 | |
| 04/11/2025 | 169 | BENCH TRIAL set on 05/23/2025 | |
| 04/11/2025 | 175 | BENCH TRIAL set on 05/27/2025 | |
| 04/11/2025 | 174 | BENCH TRIAL set on 05/28/2025 | |

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 04/11/2025 | 176 | MOTION HEARING | |
| 04/12/2025 | 180 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/14/2025 | 181 | Fee Account created | |
| 04/14/2025 | 182 | Fee Payment,CaseNumber:19838600 | |
| 04/16/2025 | 183 | **** PRIVATE **** Filed: Appearance of Counsel/Notice of Limited Appearance | |
| 04/16/2025 | 184 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/18/2025 | 189 | **** PRIVATE **** Filed: Notice for Case 250902339 MI Judge: AMBER M METTLER | |
| 04/18/2025 | 185 | **** PRIVATE **** Filed: TRANSADMIN TRANSCRIPT for Hearing 04-11-2025 | |
| 04/18/2025 | 186 | Fee Account created | |
| 04/18/2025 | 187 | NOTICE for Case 250902339 ID 25357919 | |
| 04/18/2025 | 188 | SCHEDULING CONFERENCE on 04/21/2025 | |
| 04/19/2025 | 190 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/21/2025 | 192 | BENCH TRIAL set on 05/12/2025 | |
| 04/21/2025 | 193 | BENCH TRIAL set on 05/13/2025 | |
| 04/21/2025 | 194 | BENCH TRIAL set on 05/14/2025 | |
| 04/21/2025 | 195 | BENCH TRIAL set on 08/11/2025 | |
| 04/21/2025 | 197 | BENCH TRIAL set on 08/13/2025 | |
| 04/21/2025 | 199 | BENCH TRIAL set on 08/18/2025 | |
| 04/21/2025 | 198 | BENCH TRIAL set on 08/19/2025 | |
| 04/21/2025 | 196 | BENCH TRIAL set on 08/20/2025 | |
| 04/21/2025 | 200 | BENCH TRIAL set on 08/28/2025 | |
| 04/21/2025 | 201 | BENCH TRIAL set on 08/29/2025 | |
| 04/21/2025 | 191 | SCHEDULING CONFERENCE | |
| 04/22/2025 | 203 | **** PRIVATE **** Filed: Certificate of Service of Plaintiff s Requests for Production of Documents | |
| 04/22/2025 | 202 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/22/2025 | 204 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/23/2025 | 207 | **** PRIVATE **** Filed: Audio Recording Request (Completed) | |
| 04/23/2025 | 209 | **** PRIVATE **** Filed: Audio Recording Request - NOT Completed (Filed in | |

Case 1:24-cv-03453-JGK-BCM     Document 332-2     Filed 06/18/25     Page 14 of 16

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
|  |  | conjunction with Minute Entry 04/23) |  |
| 04/23/2025 | 208 | **** PRIVATE **** Filed: Minute Entry 04/23 |  |
| 04/23/2025 | 206 | Fee Payment,CaseNumber:19844959 |  |
| 04/23/2025 | 205 | Minute Entry 04/23 |  |
| 04/24/2025 | 214 | **** PRIVATE **** Filed: Attachment B to Protective Order |  |
| 04/24/2025 | 219 | **** PRIVATE **** Filed: Attachment B to Protective Order |  |
| 04/24/2025 | 215 | **** PRIVATE **** Filed: Order (Proposed) Protective Order |  |
| 04/24/2025 | 220 | **** PRIVATE **** Filed: Order (Proposed) Protective Order |  |
| 04/24/2025 | 217 | **** PRIVATE **** Filed: Other - Not Signed Order (Proposed) Protective Order |  |
| 04/24/2025 | 210 | **** PRIVATE **** Filed: Return of Electronic Notification |  |
| 04/24/2025 | 216 | **** PRIVATE **** Filed: Return of Electronic Notification |  |
| 04/24/2025 | 218 | **** PRIVATE **** Filed: Return of Electronic Notification |  |
| 04/24/2025 | 221 | **** PRIVATE **** Filed: Return of Electronic Notification |  |
| 04/24/2025 | 211 | **** PRIVATE **** Filed: Ruling and Order Granting Respondents&#39; Motion to Classify Record as Protected |  |
| 04/24/2025 | 223 | ELEC STORAGE MEDIUM Account Adjustment |  |
| 04/24/2025 | 212 | Filed: Minute Entry 04/24 |  |
| 04/24/2025 | 213 | Minute Entry 04/24 |  |
| 04/24/2025 | 222 | Reversal,CaseNumber:19838600 |  |
| 04/25/2025 | 232 | **** PRIVATE **** Filed: Certificate of Service - The Utah Insurers First Set of Discovery Requests |  |
| 04/25/2025 | 231 | **** PRIVATE **** Filed: Certificate of Service Utah Insurers Consolidated Objections and Responses To Commissioners First Set of Requests For Production |  |
| 04/25/2025 | 229 | **** PRIVATE **** Filed: Notice of Deposition of Kenneth King (in both his personal and corporate designee capacities) |  |
| 04/25/2025 | 228 | **** PRIVATE **** Filed: Notice of Intent to Issue 3rd Party Subpoenas |  |
| 04/25/2025 | 225 | **** PRIVATE **** Filed: Order Protective Order |  |

Case 1:24-cv-03453-JGK-BCM    Document 332-2    Filed 06/18/25    Page 15 of 16

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 04/25/2025 | 224 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/25/2025 | 226 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/25/2025 | 230 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/25/2025 | 233 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/25/2025 | 234 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/25/2025 | 227 | **** PRIVATE **** Filed: Subpoena | |
| 04/26/2025 | 235 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/28/2025 | 238 | **** PRIVATE **** Filed: Certificate of Service - Objections and Responses to Commissioner s Notices of Rule 30(b)(6) Deposition | |
| 04/28/2025 | 236 | **** PRIVATE **** Filed: Notice of Intent to Issue Subpoenas | |
| 04/28/2025 | 237 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/28/2025 | 239 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/29/2025 | 240 | **** PRIVATE **** Filed: Answer to Verified Petition for Rehabilitation Order | |
| 04/29/2025 | 243 | **** PRIVATE **** Filed: Email Correspondence from Counsel - Counsel Stipulate to Striking the Second Place Setting Trial in May | |
| 04/29/2025 | 242 | **** PRIVATE **** Filed: NOTICE OF EVENT DUE DATES | |
| 04/29/2025 | 241 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 04/30/2025 | 244 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 05/14/2025 | 245 | **** PRIVATE **** Filed: Notice of Intent to Issue Subpoena | |
| 05/14/2025 | 246 | **** PRIVATE **** Filed: Return of Electronic Notification | |
| 05/23/2025 | 247 | **** PRIVATE **** Filed: Motion STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE | |
| 05/23/2025 | 248 | **** PRIVATE **** Filed: Order (Proposed) ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE | |
| 05/23/2025 | 250 | **** PRIVATE **** Filed: Order GRANTING | |

250902339, UTAH INSURANCE COMMISSIONER Vs. SENTINEL SECURITY LIFE INSURAN, et al.

| Date | # | Proceeding Text | Details |
|---|---|---|---|
|  |  | STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE |  |
| 05/23/2025 | 249 | **** PRIVATE **** Filed: Return of Electronic Notification |  |
| 05/23/2025 | 252 | **** PRIVATE **** Filed: Return of Electronic Notification |  |
| 05/23/2025 | 251 | Case Disposition is Dismsd w/o prejudice |  |
| 06/03/2025 | 253 | Fee Account created |  |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**