# EXHIBIT B

**Leadenhall Search Term Revised Proposal (2025.07.25)**
*Leadenhall Capital Partners, et al. v. Wander, et al., 24-cv-3453-JGK (S.D.N.Y.)*

| LCP 2025.07.02 Proposal | Docs | Docs + Family | Unique Hits | LCP 2025.07.25 Revised Proposal |
|---|---|---|---|---|
| (Regulat* OR enforc* OR agency OR report* OR gov* OR fed* OR cop* OR SEC OR DOJ OR feds) AND (suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko) | 297,449 | 396,320 | 55,289 | (Regulat* OR enforc* OR gov* OR fed* OR "attorney general" OR "AG") AND (suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko OR 600)) AND (investig* OR inquir* OR "look into" OR "looking into" OR prob* OR scrut* OR examin* OR catch OR "get caught") |
| | | | | (SEC OR DOJ OR "Securities and Exchange Commission" OR Department of Justice" OR "Justice Department") AND (suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko OR 600) |
| (karen OR account* OR controller) AND (pledge* OR assign* OR allocat* OR transfer* OR asset* OR collateral OR secur* OR receivable* OR receivable* OR rcvbl* OR rec OR recs OR cook* OR off* OR on* OR how OR modif* OR alter* OR fals* OR fake* OR pretend* OR tweak* OR edit* OR manipulat* OR chang* OR fals* OR sham* OR show* OR temporar* OR "for now" OR placeholder OR balance* OR match* OR fit OR align*)) AND (suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko) | 193,187 | 276,103 | 10,548 | (karen OR gorde OR accounting OR accountant* OR controller) AND (pledge* OR assign* OR allocat* OR transfer* OR asset* OR cook* OR ((put OR take) w/5 (off* OR on*)) OR modif* OR alter* OR fals* OR fake* OR pretend* OR tweak* OR edit* OR manipulat* OR chang* OR sham* OR show* OR "seem like" OR "look like" OR temporar* OR "for now" OR placeholder OR balance* OR match* OR fit OR align*) AND (collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) AND (suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko OR 600 OR Leadenhall OR ledenhall OR lendenhall OR lcp OR lh OR credigy OR "ING Capital" OR ING OR JGW OR "JG Went" OR "J.G. W" OR WMS OR "St. James") |
| matrix OR matrixes OR matrixes OR "flow of funds" OR fof OR (please w/5 approv!) OR (you! w/5 approv!) OR (please w/5 review) OR ((can OR may) w/10 (approv! OR review)) OR ((get OR have) w/5 approv!) OR approved | 111,279 | 183,103 | 12,499 | matrix OR matrixes OR matrixes |
| | | | | ("flow of funds" OR fof) |

1

**Leadenhall Search Term Revised Proposal (2025.07.25)**
*Leadenhall Capital Partners, et al. v. Wander, et al., 24-cv-3453-JGK (S.D.N.Y.)*

| Search Term | | |
|---|---|---|
| (pledg* OR assign* OR transfer* OR allocat*) AND (asset* OR collateral OR secur* OR receivable* OR receivable* OR rcvbl* OR rec OR recs) | 106,179 | 182,485 |
| (pledg* OR assign* OR transfer* OR allocat*) w/25 (asset* OR collateral OR secur* OR receivable* OR receivable* OR rcvbl* OR rec OR recs) AND (Leadenhall OR ledenhall OR lendenhall OR lcp OR lh OR credigy OR "ING Capital" OR ING JGW OR "JG Went*" OR "J.G. W* OR WMS OR "St. James") | | 3,516 |
| (control* OR direct* OR pay* OR purs* OR deci* OR leash* OR rein* OR press* OR lien* OR fund* OR financ* OR float* OR priorit* OR tabs OR eye* OR thumb OR monitor* OR review* OR watch* OR kill* OR restrict* OR block* OR allow* OR stop* OR operation* OR creditor* OR liquid* OR through) AND ("A- CAP" OR ACAP OR ACM OR "ACH" OR "Advantage Capital" OR Haymarket OR ACM OR Ken* OR King OR "KK") | 106,055 | 0 |
| (book* OR record* OR report* OR account* OR karen OR controller) w/10 (cook* OR how* OR modif* OR alter* OR fals* OR fake* OR pretend* OR tweak* OR edit* OR manipulat* OR chang* OR fals* OR sham* OR show* OR temporar* OR "for now" OR placeholder OR balance* OR match* OR fit OR align*) | 105,715 | 166,938 |
| (book* OR record* OR account*) w/15 (cook* OR fals* OR fake* OR manipulat* OR pretend OR sham) | | 14,965 |
| (book* OR record* OR accounting OR accountant* OR karen OR gorde OR controller) w/15 (modif* OR alter* OR tweak* OR edit* OR chang* OR show* OR temporar* OR "for now" OR placeholder OR balance* OR match* OR fit OR align*) AND (Leadenhall OR ledenhall OR lendenhall OR lcp OR lh OR credigy OR "ING Capital" OR ING OR JGW OR "JG Went*" OR "J.G. W* OR WMS OR "St. James") | | |
| (deficien* OR short* OR missing OR insufficien* OR fake OR fals* OR (made w/3 up) OR (make w/3 up) OR (come w/3 up) OR (came w/3 up) OR exist* OR non-existent OR find OR fabricat* OR show* OR *accurate OR *correct OR paper* OR replac* OR appear* OR illus* OR own* OR pretend*) w/20 (asset* OR collateral OR secur* OR receivable* OR receivable* OR rcvbl* OR rec OR recs OR mil*) | 93,227 | 162,473 |
| (deficien* OR short* OR missing OR insufficien* OR fake OR fals* OR (made w/3 up) OR (make w/3 up) OR (come w/3 up) OR (came w/3 up) OR exist* OR non-existent OR nonexistent* OR find OR fabricat* OR show* OR *accurate OR *correct OR paper* OR replac* OR appear* OR illus* OR own* OR pretend*) w/15 (asset* OR collateral OR secur* OR receivable* OR receivable* OR rcvbl* OR rec OR recs OR mil*) | | 4,053 |
| ("New York" OR NY* OR LGA OR JFK OR EWR OR HPN OR Manhattan OR Westchester OR "White Plains" OR Staten) AND (Wander OR Pasko OR Josh OR Joshua OR JW OR JCW OR Steve! OR SWP OR SP) | 80,742 | 131,766 |
| | | 7,626 |
| | | [Deleted] |

**Leadenhall Search Term Revised Proposal (2025.07.25)**
*Leadenhall Capital Partners, et al. v. Wander, et al., 24-cv-3453-JGK (S.D.N.Y.)*

| Search Term | | | |
|---|---|---|---|
| (howard) OR ((james OR Jim*) AND ("B. Riley" OR "777 OR "600 Partners" OR BR OR "B. Reilly" OR "B. Rilley" OR "B. Reily" OR "B Riley" OR "B Reilly" OR "B Rilley" OR "B Reily" OR briley suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko)) | 80,647 | 135,434 | 8,219 |
| (("free and clear" OR "adverse claim" OR encumber* OR subordinat* OR secur*) AND (asset* OR collateral OR receivable* OR receivable* OR rcvbl* OR rec OR recs)) OR (("free and clear" OR "adverse claim" OR encumber* OR subordinat*) AND (asset* OR collateral OR receivable* OR receivable* OR rcvbl* OR rec OR recs OR secur*)) | 75,890 | 139,910 | 1,373 |
| (Nick OR Nicholas OR Bennett OR Bennet OR NB) AND (office OR promot* OR control* OR want* OR asset* OR collateral OR secur* OR receivable* OR rcvbl* OR rec OR recs) | 72,634 | 128,473 | 7,128 |
| "A-CAP" OR ACAP OR ACH OR "Advantage Capital" OR ACM | 66,053 | 117,488 | 1,028 |
| hid* OR secret* OR discret* OR quiet OR sneak* OR abscond* OR silen* OR delica* OR conceal* OR ((do* OR "not") w/5 tell*) OR ((keep* OR maintain* OR contain*) w/5 (issue* OR internal* OR yoursel* OR ourselves*)) | 65,640 | 123,228 | 5,331 |
| (AA OR Alex OR Adnani) AND (office OR promot* OR control OR want* OR asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 58,834 | 117,782 | 4,716 |
| Ken* OR King OR "KK" | 57,038 | 108,015 | 1,919 |
| (Shapiro) OR ((Mark OR Marc) AND ("B. Riley" OR "777 OR "600 Partners" BR OR "B. Reilly" OR "B. Rilley" OR "B. Reily" OR "B Riley" OR "B Reilly" OR "B Rilley" OR "B Reily" OR briley OR suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko)) | 41,888 | 84,268 | 1,702 |

Additional columns (yellow-highlighted rows):

| Row | Extra terms |
|---|---|
| Row 3 | (Nick OR Nicholas OR Bennett OR Bennet OR NB) w/20 (office OR promot* OR control* OR want* OR asset* OR collateral OR secur* OR receivable* OR rcvbl* OR rec OR recs) |
| Row 4 | "A-CAP" OR ACAP OR ACH OR "Advantage Capital" OR ACM OR Haymarket |
| Row 5 | hid* OR secret* OR discret* OR discreet OR quiet OR sneak* OR abscond* OR silen* OR delica* OR conceal* OR ((don't OR dont OR "do not") w/5 tell*) OR ((keep* OR maintain* OR contain*) w/5 (internal* OR yoursel* OR ourselves* OR "between us" OR "between you and me")) |
| Row 6 | (AA OR Alex OR Adnani) w/20 (office OR promot* OR control OR want* OR asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) |
| Row 7 | Ken* OR King OR "KK" OR Gettman OR Jill |

Pink cells (first and last rows, last column): [Deleted]

3

**Leadenhall Search Term Revised Proposal (2025.07.25)**
*Leadenhall Capital Partners, et al. v. Wander, et al., 24-cv-3453-JGK (S.D.N.Y.)*

| Search Term | Count 1 | Count 2 | Count 3 |
|---|---|---|---|
| (recapture* OR cede* OR cess* OR retroce* OR reserve* OR reinsur* OR "777 re") AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR Ken* OR King OR "KK") | 37,772 | 84,328 | 0 |
| (Month* OR Compl*) w/5 Report* | 36,674 | 72,820 | 847 |
| Craig OR Criag | 35,809 | 67,723 | 1,931 |
| Riley OR reily OR rielly OR rielley OR briley | 34,013 | 61,446 | 3,987 |
| (default* OR accelerat* OR breach*) w/10 (LSA OR facilit* OR loan* OR event* OR notice* OR cure*) | 29,945 | 69,163 | 2,256 |
| (audit* OR reconcil* OR review*) w/20 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 26,378 | 59,385 | 620 |
| uncollateral* OR unsecur* OR undercollateral* OR undersecur* OR (no* w/3 (secur* OR collateral*)) | 26,339 | 64,849 | 461 |
| Leadenhall OR ledenhall OR lendenhall OR lcp OR lh | 25,772 | 54,532 | 764 |
| SPLCSS | 24,923 | 39,121 | 419 |
| (just OR really OR so OR fuck* OR complete* OR total* OR this OR that*) w/5 (crazy OR nuts OR stupid* OR ridiculous OR insan* OR dumb OR wrong OR allow* OR *legal OR legit* OR permi* OR messed OR fuck* OR bad OR "not right" OR "not good" OR real) | 24,496 | 57,154 | 2,041 |
| fraud* | 20,869 | 45,106 | 1,662 |
| Dorchester | 20,506 | 35,508 | 194 |
| (seiz* OR foreclos* OR take* OR shut* OR administrat* OR sanction* OR transfer* OR author* OR insolv* OR crisis* OR distress* OR "balance sheet" OR sell* OR auction* OR liquid* OR monetiz*) w/20 (Bonza OR flair OR plane* OR jet* OR airplane* OR nutmeg OR AIP OR everton OR genoa or vasco or hertha or Melbourne or sevilla or "red star" or soccer or football or FC or "Standard Liege") | 20,412 | 39,766 | 2,462 |
| (sell* OR sold OR bought OR buy*) w/10 (collateral* OR secur*) | 19,746 | 46,126 | 389 |

4

**Leadenhall Search Term Revised Proposal (2025.07.25)**
*Leadenhall Capital Partners, et al. v. Wander, et al., 24-cv-3453-JGK (S.D.N.Y.)*

| Search Term | Hits | Col3 | Col4 |
|---|---|---|---|
| (Josh OR Wander OR Steve* OR Pasko OR JW OR JCW OR they* OR he) AND (resign* OR "step down" OR "step aside" OR fool* OR idiot* OR ass OR asshole OR asshat OR moron* OR dumb* OR stupid* OR pats* OR loser OR rube OR dipshit OR fuck* OR mother* OR dipshit OR sucker OR jackass OR dunce* OR shit* OR prick OR jerk*) | 18,208 | 42,350 | 931 |
| (seiz* OR foreclos* OR liquidat* OR strip* OR transfer* OR take*) w/20 ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR Ken* OR King OR "KK") | 16,394 | 35,160 | 0 |
| ("loan and security agreement" OR LSA OR facility OR debt OR loan OR credit) w/20 (diligenc* OR guarant*) | 15,134 | 38,436 | 270 |
| ("loan and security agreement" OR LSA OR facilit* OR (sale w/2 agreement*) OR (servicing w/2 agreement*) OR (pledge w/3 agreement*) OR guarant*) w/15 (SuttonPark OR "Sutton Park" OR SPLCSS OR Dorchester OR Insurety OR "Signal Medical" OR "Signal SML") | 14,083 | 33,116 | 284 |
| Haymarket | 13,628 | 28,664 | 68 |
| (restructur* OR repay*) w/10 (debt* OR negotiat* OR bankrupt* OR term* OR plan*) | 13,392 | 36,591 | 445 |
| Jill* OR Gettman* OR Getman* | 13,308 | 33,043 | 298 |
| Wentworth OR "J.G." OR JG | 13,074 | 26,869 | 364 |
| Borrow* w/3 Base* | 12,844 | 37,643 | 1,400 |
| crim* | 12,476 | 34,418 | 384 |
| luca OR "john wells" OR phil OR "tom foot" | 12,388 | 26,388 | 464 |
| "AM Best" | 12,353 | 25,079 | 179 |
| Carson OR McGuffin OR McGufin OR Magufin OR Maguffin | 10,556 | 21,777 | 194 |
| (agree* OR memo* OR MOU OR contract*) w/10 ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR Ken* OR King OR "KK") | 10,384 | 31,665 | 0 |
| (holdco OR "total asset" OR ta OR (all w/5 asset*) w/10 (call* OR default* OR accelerat* OR consolidat*) | 10,169 | 28,262 | 113 |
| (manipulat* OR modif* OR chang* OR fals* OR fake* OR sham* OR show* OR temporar* OR "for now" OR placeholder OR report* OR record*) w/5 (portfolio* OR lender* OR facilit*) | 10,129 | 29,324 | 350 |

**Leadenhall Search Term Revised Proposal (2025.07.25)**
*Leadenhall Capital Partners, et al. v. Wander, et al., 24-cv-3453-JGK (S.D.N.Y.)*

| Search Term | Hits | Count |
|---|---|---|
| (Wells OR bank OR statement* OR reserve* OR collection*) w/20 (forge* OR fals* OR photoshop* OR edit* OR fake*) | 9,669 | 21,035 | 359 |
| Gillespie OR Gillespy | 8,818 | 17,918 | 11 |
| Saliba | 8,510 | 15,753 | 65 |
| MPFin OR "MP Fin" OR MPF | 8,477 | 14,061 | 295 |
| (make OR made OR give OR "as if" OR like) w/5 (appear* OR seem* OR look* OR act* OR illus*) | 7,588 | 19,484 | 696 |
| (doc* OR document*) w/5 (los* OR shred OR delete OR destroy* OR destruction* OR spoil* OR spoliat* OR missing OR retain* OR retention* OR preserv*) | 6,731 | 21,173 | 150 |
| (cash OR deficien* OR short*) w/25 (Heron OR Medset OR SPSS) | 6,408 | 15,632 | 53 |
| (fall* w/3 apart) OR (keep w/3 going) OR bankrupt OR broke | 6,373 | 16,726 | 338 |
| Borrow* w/3 Request* | 5,516 | 15,473 | 15 |
| injunction* OR enjoin* OR "restraining order" OR TRO | 5,313 | 22,320 | 40 |
| steal* OR stole* | 5,157 | 14,927 | 286 |
| Everton AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR Ken* OR King OR "KK") | 5,136 | 11,436 | 0 |
| "777 Re" AND preferred | 5,120 | 14,898 | 21 |
| (we OR we're OR "we are" OR I'm OR "I am" OR "this" OR they OR them OR you*) w/5 (fuck* OR shit* OR screw* OR trouble OR sue* OR *suit OR jail OR prison) | 5,044 | 11,444 | 201 |
| GlassRatner OR Glass OR Ratner | 4,531 | 12,346 | 431 |
| (facetime) OR (ft w/3 (let's OR lets OR me)) OR "financial times" | 4,123 | 6,038 | 267 |
| (credit OR rating*) w/10 downgrad* | 4,091 | 11,904 | 68 |
| fir* w/3 (him or them or us) | 3,758 | 8,960 | 403 |
| "Steering Committee" OR SteerCo | 3,286 | 5,723 | 771 |
| JWARP | 3,145 | 6,549 | 479 |

6

**Leadenhall Search Term Revised Proposal (2025.07.25)**
*Leadenhall Capital Partners, et al. v. Wander, et al., 24-cv-3453-JGK (S.D.N.Y.)*

| Search Term | Hits | Hits |
|---|---|---|
| (first-priority OR (first w/2 priority) OR (1st w/2 priority) OR second-priority OR (second w/2 priority) OR (2nd w/2 priority) OR (2d w/2 priority) OR third-priority OR (third w/2 priority) OR (3rd w/2 priority) OR (3d w/2 priority) OR fourth-priority OR (fourth w/2 priority) OR (4th w/2 priority)) AND ("loan and security agreement" OR LSA OR facility) | 2,821 | 10,865 |
| (first-priority OR (first w/2 priority) OR (1st w/2 priority) OR second-priority OR (second w/2 priority) OR (2nd w/2 priority) OR (2d w/2 priority) OR third-priority OR (third w/2 priority) OR (3rd w/2 priority) OR (3d w/2 priority) OR fourth-priority OR (fourth w/2 priority) OR (4th w/2 priority)) AND ("loan and security agreement" OR LSA OR facility) | | 0 |
| (talk* OR discuss*) w/5 (offline OR "in person" OR "in-person" OR live) | 2,644 | 4,641 |
| (talk* OR discuss*) w/5 (offline OR "in person" OR "in-person" OR live) | | 383 |
| scam* | 2,546 | 7,733 |
| scam* | | 135 |
| forbear* w/5 (agree* OR negotiat*) | 2,017 | 4,401 |
| forbear* w/5 (agree* OR negotiat*) | | 82 |
| JARM AND ("A-CAP" OR ACAP OR ACH OR "Advantage Capital" OR Haymarket OR ACM OR Ken* OR King OR "KK") | 1,859 | 4,084 |
| JARM AND ("A-CAP" OR ACAP OR ACH OR "Advantage Capital" OR Haymarket OR ACM OR Ken* OR King OR "KK") | | 0 |
| (get* OR too OR in) w/5 clos* | 1,839 | 3,155 |
| (get* OR too OR in) w/5 clos* | | 139 |
| (fuck* OR screw* OR shit* OR bullshit OR crap*) AND (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 1,685 | 6,424 |
| (fuck* OR screw* OR shit* OR bullshit OR crap*) AND (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | | 12 |
| A-Miami or amiami | 1,515 | 3,553 |
| A-Miami or amiami | | 135 |
| (he* OR the*) w/10 (fool* OR idiot* OR ass OR asshole OR asshat OR moron* OR dumb* OR stupid* OR pats* OR loser OR rube OR dipshit OR fuck* OR mother* OR dipshit OR sucker OR jackass OR dunce* OR shit* OR prick OR jerk*) | 1,307 | 5,282 |
| (he* OR the*) w/10 (fool* OR idiot* OR ass OR asshole OR asshat OR moron* OR dumb* OR stupid* OR pats* OR loser OR rube OR dipshit OR fuck* OR mother* OR dipshit OR sucker OR jackass OR dunce* OR shit* OR prick OR jerk*) | | 47 |
| pledg* w/3 (double OR triple OR quadruple two OR three OR multiple OR again OR already OR both) | 1,247 | 3,209 |
| pledg* w/3 (double OR triple OR quadruple two OR three OR multiple OR again OR already OR both) | | 2 |
| (protective w/3 advance*) AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR Haymarket OR ACM OR Ken* OR King OR "KK") | 797 | 2,101 |
| (protective w/3 advance*) AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR Haymarket OR ACM OR Ken* OR King OR "KK") | | 0 |
| (josh or steve* or Wander or Pasko or JW or JCW) w/20 (buyout OR (bought w/5 out)) | 787 | 1,803 |
| (josh or steve* or Wander or Pasko or JW or JCW) w/20 (buyout OR (bought w/5 out)) | | 98 |
| evict* | 703 | 3,230 |
| evict* | | 31 |
| ((writ* OR wrot*) w/2 (down OR in)) w/20 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 702 | 3,335 |
| ((writ* OR wrot*) w/2 (down OR in)) w/20 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | | 1 |
| sham | 631 | 3,532 |
| sham | | 9 |
| (text OR message* OR signal OR whatsapp) w/5 (me OR you OR encrypt*) | 516 | 982 |
| (text OR message* OR signal OR whatsapp) w/5 (me OR you OR encrypt*) | | 139 |
| Continuum OR "South Pointe" OR "South Point" | 361 | 704 |
| Continuum OR "South Pointe" OR "South Point" | | 46 |

7

**Leadenhall Search Term Revised Proposal (2025.07.25)**
*Leadenhall Capital Partners, et al. v. Wander, et al., 24-cv-3453-JGK (S.D.N.Y.)*

| | | | |
|---|---|---|---|
| paydown w/5 (letter* OR agree* OR negotiat*) | 297 | 1,199 | 3 |
| tape w/10 (allocat* OR facility) | 185 | 505 | 3 |
| "paper trail" | 150 | 447 | 2 |
| ((josh OR steve* OR Wander OR Pasko OR JW OR JCW OR they) w/5 (is OR was OR want* or say* or said or are)) w/20 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 133 | 189 | 5 |
| 600 w/10 (cocaine OR coke OR drug* OR crim* OR convict*) | 80 | 216 | 0 |
| (office* w/5 mov*) w/5 (Mia* OR brickell OR brkl) | 29 | 100 | 2 |
| (round w/2 trip* or "roundtrip") w/5 (fund* OR loan* OR money*) | 17 | 46 | 0 |

8