# EXHIBIT D

| | |
|---|---|
| **From:** | McCarthy, John G. |
| **To:** | Brian Donovan; Schwartz, Katie; Leigh Nathanson; Peter Starr; Lilian Klatskin; Zoe Beiner; Harwood, Chris; alexrossmiller@quinnemanuel.com; Watkins, Jonathan; Petrella, Michael; Karlan, Matthew; rachel.skene@cwt.com; Huynh, Andrew; Leadenhall-NY |
| **Cc:** | Pellegrino, David; Solfaro, Ryan |
| **Subject:** | RE: 777 Entity Defendants" Responses to Leadenhall"s RFA |
| **Date:** | Monday, July 28, 2025 4:55:54 PM |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Brian –

Based on your responses, we see no need for the attorneys to meet and confer about our clients' responses to the requests for admission. We believe that our clients have fully complied with their obligations with respect to their responses. We are not aware of any case law or other authority that would suggest that we are somehow required to meet and confer concerning those responses. If you disagree, please share citations with us.

Caselaw concerning Requests for Admissions observes that "[t]he purpose of Fed. R. Civ. P. 36, governing RFAs, 'is to allow for the narrowing or elimination of issues in a case. The rule is not properly speaking a discovery device, rather it is "a procedure for obtaining admissions for the record of facts already known" by the seeker.'" *See, e.g., Khurana v. Wahed Invest, LLC*, No. 18 Civ. 233 (LAK)(BCM), 2020 WL 6729124 at *2 (S.D.N.Y. Nov. 16, 2020). RFAs are not intended to find out new facts. Nevertheless, if Plaintiffs believe evidence has been adduced regarding the subject of these RFAs, please provide such information and we will consider whether there may be other ways to narrow issues relating to the thousands of deals listed in Exhibit A.

John

**John G. McCarthy**
*Attorney at Law*
Smith, Gambrell & Russell, LLP

**p** | 212-907-9703
**f** | 212-907-9803
**e** | JMCCARTHY@sgrlaw.com
1301 Avenue of the Americas | 15th Floor | New York, NY 10019
www.sgrlaw.com | My Bio | vCard



**From:** Brian Donovan <bdonovan@kslaw.com>
**Sent:** Sunday, July 27, 2025 5:35 PM
**To:** McCarthy, John G. <JMCCARTHY@sgrlaw.com>; Schwartz, Katie <kschwartz@sgrlaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Lilian Klatskin <LKlatskin@KSLAW.com>; Zoe Beiner <ZBeiner@KSLAW.com>; Harwood, Chris

<charwood@maglaw.com>; alexrossmiller@quinnemanuel.com; Watkins, Jonathan <jonathan.watkins@cwt.com>; Petrella, Michael <michael.petrella@cwt.com>; Karlan, Matthew <matthew.karlan@cwt.com>; rachel.skene@cwt.com; Huynh, Andrew <andrew.huynh@cwt.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Cc:** Pellegrino, David <dpellegrino@sgrlaw.com>; Solfaro, Ryan <rsolfaro@sgrlaw.com>
**Subject:** RE: 777 Entity Defendants' Responses to Leadenhall's RFA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

John,

Following up here to make sure we get a call on for tomorrow.

On our past meet and confers concerning the RFAs, 777 represented to Leadenhall that the only way to respond to the RFAs was to check the compliance reports issued by 777 to Leadenhall against the compliance reports issued to all other 777 lenders to determine whether 777 had double-pledged or fictitiously pledged assets. 777 expanded on those representations to the court in seeking an extension of time to respond to the RFAs on the basis that responding would not only require 777 to check "scores" of compliance reports issued to Leadenhall, but for 777 to cross-check those compliance reports against the reports issued by 777 to all other lenders. ECF No. 328 ("In other words, the request, which is not clear, would require the 777 Entity Defendants to check scores of Compliance Reports for each of the 3,449 deals identified in Exhibit A. […] Not only would our clients have to undertake a review of all the compliance reports issued pursuant to the LSA, but they would also have to compare those against reports for other portfolios and credit facilities to determine whether any of the 3,449 deals was ever subject to an adverse claim while serving as collateral for Leadenhall's loan.").

We need to make sure as a threshold matter that in denying the RFAs, 777 performed the work for each asset that it already represented to the court it would have to perform in order to respond to the RFAs. These are process questions for now. If you don't believe you have any obligation to explain your process, please just let us know and we'll move forward on that basis.

Thanks,
Brian

---

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** Brian Donovan <bdonovan@kslaw.com>
**Sent:** Saturday, July 26, 2025 7:54 AM
**To:** McCarthy, John G. <JMCCARTHY@sgrlaw.com>; Schwartz, Katie <kschwartz@sgrlaw.com>; Leigh

Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Lilian Klatskin <LKlatskin@KSLAW.com>; Zoe Beiner <ZBeiner@KSLAW.com>; Harwood, Chris <charwood@maglaw.com>; alexrossmiller@quinnemanuel.com; Watkins, Jonathan <jonathan.watkins@cwt.com>; Petrella, Michael <michael.petrella@cwt.com>; Karlan, Matthew <matthew.karlan@cwt.com>; rachel.skene@cwt.com; Huynh, Andrew <andrew.huynh@cwt.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Cc:** Pellegrino, David <dpellegrino@sgrlaw.com>; Solfaro, Ryan <rsolfaro@sgrlaw.com>
**Subject:** Re: 777 Entity Defendants' Responses to Leadenhall's RFA

Sure—we'd like to understand the factual basis for your denials. When are you available on Monday?

---

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** McCarthy, John G. <JMCCARTHY@sgrlaw.com>
**Sent:** Saturday, July 26, 2025 7:51:32 AM
**To:** Brian Donovan <bdonovan@kslaw.com>; Schwartz, Katie <kschwartz@sgrlaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Lilian Klatskin <LKlatskin@KSLAW.com>; Zoe Beiner <ZBeiner@KSLAW.com>; Harwood, Chris <charwood@maglaw.com>; alexrossmiller@quinnemanuel.com <alexrossmiller@quinnemanuel.com>; Watkins, Jonathan <jonathan.watkins@cwt.com>; Petrella, Michael <michael.petrella@cwt.com>; Karlan, Matthew <matthew.karlan@cwt.com>; rachel.skene@cwt.com <rachel.skene@cwt.com>; Huynh, Andrew <andrew.huynh@cwt.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Cc:** Pellegrino, David <dpellegrino@sgrlaw.com>; Solfaro, Ryan <rsolfaro@sgrlaw.com>
**Subject:** RE: 777 Entity Defendants' Responses to Leadenhall's RFA

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Please provide us a written explanation about what you contend we need to meet and confer.

**John G. McCarthy**
*Attorney at Law*
Smith, Gambrell & Russell, LLP

**p** | 212-907-9703
**f** | 212-907-9803
**e** | JMCCARTHY@sgrlaw.com
1301 Avenue of the Americas | 15th Floor | New York, NY 10019



www.sgrlaw.com  |  My Bio  |  vCard

---

**From:** Brian Donovan <bdonovan@kslaw.com>
**Sent:** Friday, July 25, 2025 6:56 PM
**To:** Schwartz, Katie <kschwartz@sgrlaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Lilian Klatskin <LKlatskin@KSLAW.com>; Zoe Beiner <ZBeiner@KSLAW.com>; Harwood, Chris <charwood@maglaw.com>; alexrossmiller@quinnemanuel.com; Watkins, Jonathan <jonathan.watkins@cwt.com>; Petrella, Michael <michael.petrella@cwt.com>; Karlan, Matthew <matthew.karlan@cwt.com>; rachel.skene@cwt.com; Huynh, Andrew <andrew.huynh@cwt.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Cc:** McCarthy, John G. <JMCCARTHY@sgrlaw.com>; Pellegrino, David <dpellegrino@sgrlaw.com>; Solfaro, Ryan <rsolfaro@sgrlaw.com>
**Subject:** Re: 777 Entity Defendants' Responses to Leadenhall's RFA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks. Please provide us some times on Monday for a meet and confer.

---

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** Schwartz, Katie <kschwartz@sgrlaw.com>
**Sent:** Friday, July 25, 2025 6:41:59 PM
**To:** Leigh Nathanson <lnathanson@kslaw.com>; Brian Donovan <bdonovan@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Lilian Klatskin <LKlatskin@KSLAW.com>; Zoe Beiner <ZBeiner@KSLAW.com>; Harwood, Chris <charwood@maglaw.com>; alexrossmiller@quinnemanuel.com <alexrossmiller@quinnemanuel.com>; Watkins, Jonathan <jonathan.watkins@cwt.com>; Petrella, Michael <michael.petrella@cwt.com>; Karlan, Matthew <matthew.karlan@cwt.com>; rachel.skene@cwt.com <rachel.skene@cwt.com>; Huynh, Andrew <andrew.huynh@cwt.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Cc:** McCarthy, John G. <JMCCARTHY@sgrlaw.com>; Pellegrino, David <dpellegrino@sgrlaw.com>; Solfaro, Ryan <rsolfaro@sgrlaw.com>
**Subject:** 777 Entity Defendants' Responses to Leadenhall's RFA

> **CAUTION:** MAIL FROM OUTSIDE THE FIRM

Counsel:

Please see the 777 Entity Defendants' attached responses to Leadenhall's Requests for Admissions.

Best,

**Katie L. Schwartz**
*Attorney at Law*
Smith, Gambrell & Russell, LLP

p | 646-887-9581
f | 646-887-8167
e | kschwartz@sgrlaw.com
1301 Avenue of the Americas | 15th Floor | New York, NY 10019
www.sgrlaw.com  |  My Bio  |  vCard



King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.