*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
www.sgrlaw.com

*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
JMCCARTHY@sgrlaw.com

August 7, 2025

**V**IA **ECF**

Honorable Barbara Moses
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

Re:   *Leadenhall Capital Partners LLP, et ano. v. Wander, et al.*, 24 Civ. 3453 (JGK)(BCM)

Dear Judge Moses:

      We are the attorneys for the 777 Entity Defendants in the above-entitled civil action. We write concerning the Letter Motion for Conference filed on August 5, 2025 by Plaintiffs (Dkt. 334). The Letter Motion deals with three topics; one relates to Defendant Advantage Capital Holdings LLC and the other two involve the 777 Entity Defendants. We write pursuant to Section 2(e) of Your Honor's Individual Practices to inform the Court about the briefing schedule agreed to among Plaintiffs, Advantage Capital Holdings and the 777 Entity Defendants this afternoon:

      August 12 -- Opposition to be filed by Defendants

      August 15 – Reply to be filed by Plaintiffs

      Respectfully yours,

      John G. McCarthy

cc:   Counsel of record (via ECF)

SGR/80777734.1