# Exhibit 1

| Leadenhall's July 25 Proposed Search Terms | Documents with hits | Documents with hits, including group | Unique hits | 777's Review of Documents |
|---|---|---|---|---|
| (control* OR direct* OR pay* OR purs* OR deci* OR leash* OR rein* OR press* OR lien* OR fund* OR financ* OR float* OR priorit* OR tabs OR eye* OR thumb OR monitor* OR review* OR watch* OR kill* OR restrict* OR block* OR allow* OR stop* OR operation* OR creditor* OR liquid* OR through) AND ("A- CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR Haymarket OR ACM OR Ken* OR King OR "KK") | 106,055 | 179,505 | 0 | |
| (deficien* OR short* OR missing OR insufficien* OR fake OR fals* OR (made w/3 up) OR (make w/3 up) OR (come w/3 up) OR (came w/3 up) OR exist* OR non-existen* OR nonexisten* OR find OR fabricat* OR show* OR *accurate OR *correct OR paper* OR replac* OR appear* OR illus* OR own* OR pretend*) w/15 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs OR mil*) | 80,874 | 145,448 | 11,046 | The terms "show" and "mil" are generating a substantial number of irrelevant hits, as these broad terms frequently appear in ordinary business records and unrelated documents. A review of the unique results for "Leadenhall" or "lcp" returns zero documents, confirming that these terms are not appropriately targeted and only serve to overburden the review process with irrelevant material. |
| (("free and clear" OR "adverse claim" OR encumber* OR subordinat* OR secur*) AND (asset* OR collateral OR receivable* OR recievable* OR rcvbl* OR rec OR recs)) OR (("free and clear" OR "adverse claim" OR encumber* OR subordinat*) AND (asset* OR collateral OR receivable* OR recievable* OR rcvbl* OR rec OR recs OR secur*)) | 75,890 | 139,910 | 5,033 | The terms "asset" and "security" are producing a large volume of irrelevant hits, as these generic words appear throughout routine business records and many unrelated documents. Moreover, a review of unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that these terms are not effectively tailored to the issues in dispute and serve only to overburden the review with irrelevant material. |
| "A-CAP" OR ACAP OR ACH OR "Advantage Capital" OR ACM OR Haymarket | 72,652 | 124,644 | 1,300 | |
| hid* OR secret* OR discret* OR discreet OR quiet OR sneak* OR abscond* OR silen* OR delica* OR conceal* OR ((don't OR dont OR "do not") w/5 tell*) OR ((keep* OR maintain* OR contain*) w/5 (internal* OR yourself* OR ourselves* OR "between us" OR "between you and me")) | 67,539 | 126,309 | 14,985 | The results are entirely irrelevant, consisting mainly of news articles and documents referencing generic phrases like "hide" in the context of popups or ads. A search of the unique hits for "Leadenhall" or "lcp" yields zero documents, further confirming these terms do not capture any material relevant to this case. |
| Ken* OR King OR "KK" OR Gettman OR Jill | 61,127 | 114,416 | 2,924 | |
| (Regulat* OR enforc* OR gov* OR fed* OR "attorney general" OR "AG") AND (suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko OR 600) AND (investig* OR inquir* OR "look into" OR "looking into" OR prob* OR scrut* OR examin* OR catch OR "get caught") | 56,897 | 101,421 | 8,483 | The term "probably" combined with our email domains is generating irrelevant results, as it captures every instance where anyone uses the word "probably" in any email, regardless of context. A review of the unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that this approach pulls only routine, non-substantive correspondence and is not tailored to the issues in dispute. |
| ((karen OR gorde OR accounting OR accountant* OR controller) AND (pledge* OR assign* OR alloc* OR transfer* OR asset* OR cook* OR ((put OR take) w/5 (off* OR on*)) OR modif* OR alter* OR fals* OR fake* OR pretend* OR tweak* OR edit* OR manipulat* OR chang* OR sham* OR show* OR "seem like" OR "look like" OR temporar* OR "for now" OR placeholder OR balance* OR match* OR fit OR align*) AND (collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) AND (suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko OR 600 OR Leadenhall OR ledenhall OR lendenhall OR lcp OR lh OR credigy OR "ING Capital" OR ING OR JGW OR "JG Went*" OR "J.G. W*" OR WMS OR "St. James")) | 48,218 | 103,409 | 2,708 | |
| (recapture* OR cede* OR cess* OR retroce* OR reserve* OR reinsur* OR "777 re") AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR Ken* OR King OR "KK") | 37,772 | 84,328 | 0 | |
| (Month* OR Compl*) w/5 Report* | 36,674 | 72,820 | 5,602 | This search is pulling in every type of routine monthly reporting generated by the company, regardless of subject matter. A review of unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that these terms are not focused on the relevant issues and serve only to capture irrelevant operational records. |
| Craig OR Criag | 35,809 | 67,723 | 5,611 | Hits are limited to references to employees named Craig, and a search for "Gillespie," "Leadenhall," or "LCP" yields zero results. This confirms the term does not target any relevant material and produces only irrelevant personal references. |
| Riley OR reilly OR reily OR rilley OR rielly OR briley | 34,013 | 61,446 | 8,153 | This search is capturing every reference to or email involving Christopher O'Reilly, regardless of context. A review of the unique hits for "Leadenhall" or "lcp" brings up zero documents, confirming that these terms indiscriminately pull irrelevant communications and do not identify any relevant material. |
| (default* OR accelerat* OR breach*) w/10 (LSA OR facilit* OR loan* OR event* OR notice* OR cure*) | 29,945 | 69,163 | 3,013 | |
| (audit* OR reconcil* OR review*) w/20 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 26,378 | 59,385 | 2,054 | |
| uncollateral* OR unsecur* OR undercollateral* OR undersecur* OR (no* w/3 (secur* OR collateral*)) | 26,339 | 64,849 | 1,517 | |
| Leadenhall OR ledenhall OR lendenhall OR lcp OR lh | 25,772 | 54,532 | 1,523 | |
| SPLCSS | 24,923 | 39,121 | 2,858 | |
| (just OR really OR so OR fuck* OR complete* OR total* OR this OR that*) w/5 (crazy OR nuts OR stupid* OR ridiculous OR insan* OR dumb OR wrong OR allow* OR *legal OR legit* OR permi* OR messed OR fuck* OR bad OR "not right" OR "not good" OR real) | 24,496 | 57,154 | 4,925 | This term captures every instance where "fuck" appears, regardless of context, which results in a high volume of irrelevant documents. A review of the unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that this term produces only non-substantive, unrelated material and does not advance the search for relevant information. |
| fraud* | 20,869 | 45,106 | 3,028 | |
| Dorchester | 20,506 | 35,508 | 1,147 | |
| (seiz* OR foreclos* OR take* OR shut* OR administrat* OR sanction* OR transfer* OR author* OR insolv* OR crisis* OR distress* OR "balance sheet" OR sell* OR auction* OR liquid* OR monetiz*) w/20 (Bonza OR flair OR plane* OR jet* OR airplane* OR nutmeg OR AIP OR everton OR genoa or vasco or hertha or Melbourne or sevilla or "red star" or soccer or football or FC or "Standard Liege") | 20,412 | 39,766 | 4,602 | This search returns a large number of irrelevant news articles about airplanes. A review of the unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that the term only generates unrelated news content and does not identify any relevant material. |
| (sell* OR sold OR bought OR buy*) w/10 (collateral* OR secur*) | 19,746 | 46,126 | 1,140 | |
| ((pledg* OR assign* OR transfer* OR allocat*) w/25 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs)) AND (Leadenhall OR ledenhall OR lendenhall OR lcp OR lh OR credigy OR "ING Capital" OR ING JGW OR "JG Went*" OR "J.G. W*" OR WMS OR "St. James") | 17,746 | 42,634 | 209 | |

| Search Term | A | B | C | Notes |
|---|---|---|---|---|
| (seiz* OR foreclos* OR liquidat* OR strip* OR transfer* OR take*) w/20 ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR Ken* OR King OR "KK") | 16,394 | 35,160 | 0 | |
| (Nick OR Nicholas OR Bennett OR Bennet OR NB) w/20 (office OR promot* OR control* OR asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 15,970 | 30,724 | 2,614 | |
| "flow of funds" OR fof | 15,899 | 28,626 | 7,006 | The search term "flow of funds" is capturing a wide range of ordinary business documents and routine transaction records, making the results vastly overbroad and irrelevant. A review of unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that this term does not identify any relevant material and only burdens the review with unrelated financial records. |
| ("loan and security agreement" OR LSA OR facility OR debt OR loan OR credit) w/20 (diligenc* OR guarant*) | 15,134 | 38,436 | 673 | |
| (AA OR Alex OR Adnani) w/20 (office OR promot* OR control OR asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 14,634 | 36,621 | 1,306 | |
| (SEC OR DOJ OR "Securities and Exchange Commission" OR "Department of Justice" OR "Justice Department") AND (suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko OR 600) | 14,625 | 35,062 | 1,711 | |
| ("loan and security agreement" OR LSA OR facilit* OR (sale w/2 agreement*) OR (servicing w/2 agreement*) OR (pledge w/3 agreement*) OR guarant*) w/15 (SuttonPark OR "Sutton Park" OR SPLCSS OR Dorchester OR Insurety OR "Signal Medical" OR "Signal SML") | 14,083 | 33,116 | 719 | |
| Haymarket | 13,628 | 28,664 | 0 | |
| (restructur* OR repay*) w/10 (debt* OR negotiat* OR bankrupt* OR term* OR plan*) | 13,392 | 36,591 | 1,035 | |
| Jill* OR Gettman* OR Getman* | 13,308 | 33,043 | 64 | |
| Wentworth OR "J.G." OR JG | 13,074 | 26,869 | 692 | |
| Borrow* w/3 Base* | 12,844 | 37,643 | 1,972 | |
| crim* | 12,476 | 34,418 | 1,027 | |
| luca OR "john wells" OR phil OR "tom foot" | 12,388 | 26,388 | 1,345 | |
| "AM Best" | 12,353 | 25,079 | 2,236 | |
| Carson OR McGuffin OR McGufin OR Magufin OR Maguffin | 10,556 | 21,777 | 282 | |
| (agree* OR memo* OR MOU OR contract*) w/10 ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR Ken* OR King OR "KK") | 10,384 | 31,665 | 0 | |
| (holdco OR "total asset" OR ta OR (all w/5 asset*)) w/10 (call* OR default* OR accelerat* OR consolidat*) | 10,169 | 28,262 | 323 | |
| (manipulat* OR modif* OR chang* OR fals* OR fake* OR sham* OR show* OR temporar* OR "for now" OR placeholder OR report* OR record*) w/5 (portfolio* OR lender* OR facilit*) | 10,129 | 29,324 | 1,021 | |
| (Wells OR bank OR statement* OR reserve* OR collection*) w/20 (forge* OR fals* OR photoshop* OR edit* OR fake*) | 9,669 | 21,035 | 1,135 | |
| Gillespie OR Gillespy | 8,818 | 17,918 | 18 | |
| Saliba | 8,510 | 15,753 | 84 | |
| MPFin OR "MP Fin" OR MPF | 8,477 | 14,061 | 1,076 | |
| (make OR made OR give OR "as if" OR like) w/5 (appear* OR seem* OR look* OR act* OR illus*) | 7,588 | 19,484 | 1,330 | |
| (Josh OR Wander OR Steve* OR Pasko OR JW OR JCW OR they* OR he) AND (resign* OR ""step down"" OR ""step aside"" OR fool* OR idiot* OR ass OR asshole OR asshat OR moron* OR dumb* OR stupid* OR pats* OR loser OR rube OR dipshit OR fuck* OR mother* OR dipshit OR sucker OR jackass OR dunce* OR shit* OR prick* OR jerk*) | 6,835 | 17,767 | 1,222 | |
| (doc* OR document*) w/5 (los* OR shred OR delete OR destroy* OR destruction* OR spoil* OR spoliat* OR missing OR retain* OR retention* OR preserv*) | 6,731 | 21,173 | 644 | |
| (cash OR deficien* OR short*) w/25 (Heron OR Medset OR SPSS) | 6,408 | 15,632 | 215 | |
| (fall* w/3 apart) OR (keep w/3 going) OR bankrupt OR broke | 6,373 | 16,726 | 763 | |
| ((book* OR record* OR accounting OR accountant* OR karen OR gorde OR controller) w/15 (modif* OR alter* OR tweak* OR edit* OR chang* OR show* OR temporar* OR "for now" OR placeholder OR balance* OR match* OR fit OR align*)) AND (Leadenhall OR ledenhall OR lendenhall OR lcp OR lh OR credigy OR "ING Capital" OR ING OR JGW OR "JG Went*" OR "J.G. W*" OR WMS OR "St. James") | 5,844 | 19,813 | 280 | |
| Borrow* w/3 Request* | 5,516 | 15,473 | 40 | |
| injunction* OR enjoin* OR "restraining order" OR TRO | 5,313 | 22,320 | 161 | |
| steal* OR stole* | 5,157 | 14,927 | 578 | |
| Everton AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR Ken* OR King OR "KK") | 5,136 | 11,436 | 0 | |
| "777 Re" AND preferred | 5,120 | 14,898 | 79 | |
| (we OR we're OR "we are" OR I'm OR "I am" OR "this" OR they OR them OR you*) w/5 (fuck* OR shit* OR screw* OR trouble OR sue* OR *suit OR jail OR prison) | 5,044 | 11,444 | 688 | |
| matrix OR matrices OR matrixes | 4,911 | 13,004 | 724 | |
| GlassRatner OR Glass OR Ratner | 4,531 | 12,346 | 968 | |
| (book* OR record* OR account*) w/25 (cook* OR fals* OR fake* OR manipulat* OR pretend OR sham) | 4,402 | 13,117 | 964 | |
| (facetime) OR (ft w/3 (let's OR lets OR me)) OR "financial times" | 4,123 | 6,038 | 623 | |
| (credit OR rating*) w/10 downgrad* | 4,091 | 11,904 | 143 | |
| fir* w/3 (him or them or us) | 3,758 | 8,960 | 703 | |
| "Steering Committee" OR SteerCo | 3,286 | 5,723 | 1,429 | |
| JWARP | 3,145 | 6,549 | 733 | |

| Term | | | |
|---|---:|---:|---:|
| (first-priority OR (first w/2 priority) OR (1st w/2 priority) OR second-priority OR (second w/2 priority) OR (2nd w/2 priority) OR (2d w/2 priority) OR third-priority OR (third w/2 priority) OR (3rd w/2 priority) OR (3d w/2 priority) OR fourth-priority OR (fourth w/2 priority) OR (4th w/2 priority)) AND ("loan and security agreement" OR LSA OR facility) | 2,821 | 10,865 | 0 |
| (talk* OR discuss*) w/5 (offline OR "in person" OR "in-person" OR live) | 2,644 | 4,641 | 719 |
| scam* | 2,546 | 7,733 | 260 |
| forbear* w/5 (agree* OR negotiat*) | 2,017 | 4,401 | 178 |
| JARM AND ("A-CAP" OR ACAP OR ACH OR "Advantage Capital" OR Haymarket OR ACM OR Ken* OR King OR "KK") | 1,859 | 4,084 | 0 |
| (get* OR too OR in) w/5 clos* | 1,839 | 3,155 | 275 |
| (fuck* OR screw* OR shit* OR bullshit OR crap*) AND (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 1,685 | 6,424 | 54 |
| A-Miami or amiami | 1,515 | 3,553 | 323 |
| (he* OR the*) w/10 (fool* OR idiot* OR ass OR asshole OR asshat OR moron* OR dumb* OR stupid* OR pats* OR loser OR rube OR dipshit OR fuck* OR mother* OR dipshit OR sucker OR jackass OR dunce* OR shit* OR prick OR jerk*) | 1,307 | 5,282 | 188 |
| pledg* w/3 (double OR triple OR quadruple two OR three OR multiple OR again OR already OR both) | 1,247 | 3,209 | 28 |
| (protective w/3 advance*) AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR Haymarket OR ACM OR Ken* OR King OR "KK") | 797 | 2,101 | 0 |
| (josh or steve* or Wander or Pasko or JW or JCW) w/20 (buyout OR (bought w/5 out)) | 787 | 1,803 | 202 |
| evict* | 703 | 3,230 | 67 |
| ((writ* OR wrot*) w/2 (down OR in)) w/20 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 702 | 3,335 | 2 |
| sham | 631 | 3,532 | 35 |
| (text OR message* OR signal OR whatsapp) w/5 (me OR you OR encrypt*) | 516 | 982 | 312 |
| Continuum OR "South Pointe" OR "South Point" | 361 | 704 | 67 |
| paydown w/5 (letter* OR agree* OR negotiat*) | 297 | 1,199 | 44 |
| tape w/10 (allocat* OR facility) | 185 | 505 | 3 |
| "paper trail" | 150 | 447 | 13 |
| ((josh OR steve* OR Wander OR Pasko OR JW OR JCW OR they) w/5 (is OR was OR want* or say* or said or are)) w/20 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 133 | 189 | 29 |
| 600 w/10 (cocaine OR coke OR drug* OR crim* OR convict*) | 80 | 216 | 0 |
| (office* w/5 mov*) w/5 (Mia* OR brickell OR brkl) | 29 | 100 | 3 |
| (round w/2 trip* or "roundtrip") w/5 (fund* OR loan* OR money*) | 17 | 46 | 0 |
| **Total** | **378,693** | **485,457** | |