# CADWALADER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2025

# MEMO ENDORSED

August 19, 2025

**VIA ECF**

The Hon. Barbara Moses
Daniel Patrick Moynihan Courthouse
United States Courthouse
500 Pearl St
New York, New York 10007

> Application GRANTED. SO ORDERED.
>
> *[signature]*
>
> Barbara Moses
> United States Magistrate Judge
> September 4, 2025

Re:   *Leadenhall Capital Partners LLP v. Wander et al.*, No. 1:24-cv-03453-JGK-BCM

Dear Judge Moses:

    We write on behalf of Advantage Capital Holdings LLC and Kenneth King (together "A-CAP"), in accordance with Local Civil Rule 7.1(e) to seek leave from the Court to file a brief sur-reply in order to address certain arguments raised for the first time in Leadenhall's reply brief (ECF 340). A copy of A-CAP's proposed sur-reply is attached to this letter as Exhibit A.

    For the first time in its reply, Leadenhall makes new arguments based on newly asserted facts related to (1) Jill Gettman's purported installation of "restructuring professionals from B. Riley to manage 777," and (2) Ms. Gettman's post-complaint signature on ACM Delegate documents. *See* ECF 340 at 4–6. Arguments raised for the first time in a reply brief are improper and should be disregarded as a matter of course. *See Rucker v. Wormuth*, 2022 WL 16707000, at *2 n.3 (2d Cir. Nov. 4, 2022) (courts "ordinarily will not consider issues raised for the first time in a reply brief"); *Peralta v. CB Hosp. & Events, LLC*, 2024 WL 916523, at *5 (S.D.N.Y. Mar. 4, 2024) (Moses, M.J.) ("[T]he Court may disregard issues raised for the first time in reply."). However, when this occurs, courts may alternatively "grant leave to file sur-replies." *SEC v. Ripple Labs, Inc.*, 2022 WL 329211, at *3 (S.D.N.Y. Feb. 3, 2022); *Am. S.S. Owners Mut. Prot. & Indem. Ass'n, Inc. v. Am. Boat Co., LLC*, 2012 WL 32352, at *1 (S.D.N.Y. Jan. 6, 2012) ("[C]ourts have broad discretion to consider arguments in a sur-reply."). A-CAP therefore respectfully seeks leave to file a brief sur-reply for the purpose of addressing the newly raised

Jonathan M. Watkins   Tel +1 (212) 504-6229   Fax +1 212 504 6666   jonathan.watkins@cwt.com

CADWALADER

The Hon. Barbara Moses
August 19, 2025

arguments in Leadenhall's reply brief.

                                                                             Respectfully submitted,

                                                                             */s/ Jonathan M. Watkins*

                                                                             Jonathan M. Watkins

cc:     All Counsel of Record via ECF