UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP, LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>                Plaintiffs,<br><br>     -against-<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>                Defendants. | Case No. 1:24-cv-03453-JGK<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Kenneth King, Advantage Capital Holdings LLC, Haymarket Insurance Company, and ACM Delegate LLC. Please adjust your records accordingly and serve copies of all future pleadings, court papers, and correspondence upon us at the offices and addresses stated below.

| | |
|---|---|
| Dated: New York, New York<br>       September 4, 2025 | By: */s/ Phara A. Guberman*<br>    Phara A. Guberman<br>    Foley & Lardner LLP<br>    90 Park Avenue<br>    New York, NY 10016<br>    Tel: (212) 338-3514<br>    phara.guberman@foley.com<br><br>    *Attorneys for Defendants Kenneth King,*<br>    *Advantage Capital Holdings LLC,*<br>    *Haymarket Insurance Company, and*<br>    *ACM Delegate LLC* |