# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-81143-CIV-DMM


777 PARTNERS LLC and SUTTONPARK
CAPITAL LLC,

    Plaintiff,

vs.


LEADENHALL CAPITAL PARTNERS LLP,
LEADENHALL LIFE INSURANCE LINKED
INVESTMENTS FUND PLC, NOAH DAVIS,
SAIPH CONSULTING LLC, and PAUL KOSINSKI,

    Defendant.
_____/



VIDEOTAPED DEPOSITION OF NICHOLAS J. BENNETT

TAKEN ON BEHALF OF THE DEFENDANT

MARCH 24, 2025
1:00 P.M. TO 6:03 P.M.

KING & SPALDING LLP
200 SOUTH BISCAYNE BOULEVARD, SUITE 4700
MIAMI, FLORIDA 33131




REPORTED BY:
MICHELLE VILLALOBOS, COURT REPORTER, CER, CDR
NOTARY PUBLIC, STATE OF FLORIDA



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

### Page 2

```
01              APPEARANCES OF COUNSEL
02   ON BEHALF OF THE PLAINTIFF:
03        JOHN MCCARTHY, ESQUIRE
          SMITH GAMBRELL RUSSELL
04        300 SOUTH WACKER DRIVE
          CHICAGO, ILLINOIS 60606
05        312-360-6548
          JMCCARTHY@SGRLAW.COM
06
     ON BEHALF OF THE DEFENDANT, LEADENHALL CAPITAL PARTNERS
07   LLP AND LEADENHALL LIFE INSURANCE LINKED INVESTMENTS
     FUND PLC :
08
          BRIAN DONOVAN, ESQUIRE (PRO HAC VICE)
09        KINGS & SPALDING, LLP
          1185 AVENUE OF THE AMERICAS
10        NEW YORK, NEW YORK 10036
          212-556-2100
11        BDONOVAN@KSLAW.COM
12   OB BEHALF OF THE DEFENDANT, NOAH DAVIS:
13        LEONARD S. FEUER, ESQUIRE
          LEONARD S. FEUER, P.A.
14        500 AUSTRALIAN AVENUE, SUITE 500
          WEST PALM BEACH, FLORIDA 33401
15        561-659-1360
          LFEUER@FEUERLAWFIRM.COM
16
     ON BEHALF OF THE DEFENDANT, SAIPH CONCULTING LLC
17   AND PAUL KOSINSKI:
18        HAROLD E. MORLAN, III, ESQUIRE
          SHUTTS & BOWEN, LLP
19        300 SOUTH ORANGE AVENUE, SUITE 1600
          ORLANDO, FLORIDA 32801
20        407-835-6950
          HMORLAN@SHUTTS.COM
21
22
23
24
25
```

### Page 3

```
01              APPEARANCES OF COUNSEL
02   ON BEHALF OF THE DEFENDANT:
03        JEFFREY H. SOLMAN, ESQUIRE
          STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC
04        2 SOUTH BISCAYNE BOULEVARD SUITE 1600
          MIAMI, FLORIDA 33131-1824
05        305-614-1400
          JSLOMAN@SKNLAW.COM
06
         ALSO PRESENT:
07
              ASHLEY TAYLOR, VIDEOGRAPHER
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 4

```
01              INDEX OF EXAMINATION
02   WITNESS:  NICHOLAS J. BENNETT
                                                    PAGE
03   DIRECT EXAMINATION
              BY BRIAN DONOVAN, ESQUIRE              7
04
     CROSS EXAMINATION
05        BY HAROLD E. MORLAN, III, ESQUIRE          80
06   RE-DIRECT EXAMINATION
              BY BRIAN DONOVAN, ESQUIRE              147
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 5

```
01              INDEX OF EXHIBITS
02   EXHIBIT              DESCRIPTION              PAGE
03
04   NO EXHIBITS MARKED
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

### Page 6

```
01  VIDEOTAPED DEPOSITION OF NICHOLAS J. BENNETT
02                  MARCH 24, 2025
03       THE VIDEOGRAPHER:  We are now on the video
04  record.  Today's date is Monday, March 24th, 2025.
05  The time is 01:09 P.M.
06       This is the video deposition of Nicholas
07  Bennett taken in the matter of 777 Partners LLC and
08  SuttonPark Capital LLC v. Leadenhall Capital
09  Partners LLP et al.
10       The Court Reporter is Michelle Villalobos and
11  the Videographer is Ashley Taylor.  Would Counsel
12  please announce their appearances for the record?
13       MR. DONOVAN:  Sure.  Brian Donovan from King &
14  Spalding on behalf of the Leadenhall, Defendants.
15       MR. SLOMAN:  Jeffrey Sloman on behalf of Nick
16  Bennett.
17       MR. MCCARTHY:  John McCarthy from Smith
18  Gambrell & Russell on behalf of the Plaintiffs.
19       MR. FEUER:  Leonard Feuer on behalf of Noah
20  Davis.
21       MR. MORLAN, III:  Harold E. Morlan, III on
22  behalf of Saiph Consulting LLC and Paul Kosinski.
23       THE VIDEOGRAPHER:  Thank you, Counselors.
24  Thereupon:
25                 NICHOLAS J. BENNETT,
```

### Page 7

```
01  was called as a witness, and after having
02  been first duly  sworn, testified as follows:
03       THE COURT REPORTER:  Counselors, you may now
04  proceed.
05       MR. DONOVAN:  Mr. Morlan, do you want me to go
06  first or do you want to go first?
07       MR. MORLAN, III:  It's fine if you want to go
08  first.
09       MR. DONOVAN:  Okay.
10       MR. MORLAN, III:  I think you may have more
11  questions so it may make sense for you to just go
12  first and then for me to wrap up again.
13       MR. DONOVAN:  Sure.  All right.  Thanks.
14                DIRECT EXAMINATION
15  BY MR. DONOVAN:
16  Q.   Mr. Bennett, how are you today?
17  A.   I'm well, how are you?
18  Q.   Good.  Can you state your full name for the
19  record?
20  A.   Nicholas James Bennett.
21  Q.   Can you give us your home address?
22  A.   Yes, it's 1000 Brickell Plaza, Miami, Florida
23  33131.
24  Q.   Have you ever been deposed before?
25  A.   I have not.
```

### Page 8

```
01  Q.   Have you ever given any type of testimony
02  before, either written or oral?
03  A.   I have not.
04  Q.   Have you ever given any testimony to a grand
05  jury?
06  A.   I have not.
07  Q.   How did you prepare for today's deposition?
08  A.   There wasn't much preparation.
09  Q.   All right.  Well, understood, but how did you
10  prepare?
11  A.   I met with my Counsel.
12  Q.   How many times?
13  A.   Just once.
14  Q.   Was it in person or on a call?
15  A.   In person.
16  Q.   To prepare for today's deposition, did you
17  meet with any other Counsel other than your individual
18  Counsel?
19  A.   I did not.
20  Q.   Did you review any documents to prepare for
21  today's deposition?
22  A.   There was -- what was the document that we had
23  just explaining that I had to come to the deposition
24  today.
25  Q.   Are you referring to a --
```

### Page 9

```
01       MR. SLOMAN:  The notice.
02       MR. DONOVAN:  Yeah, sure.
03  BY MR. DONOVAN:
04  Q.   You're referring to the deposition notice that
05  contained like the date that you were supposed to show
06  up today?
07  A.   Yeah.
08  Q.   Okay.  What's your job title currently?
09  A.   Senior Associate.
10  Q.   Is it Senior Associate at 777 Partners?
11  A.   That's right.
12  Q.   Did that job title change in the last year?
13  A.   No.
14  Q.   So, how long have you been a Senior Associate
15  at 777 Partners?
16  A.   Since July of 2023.  June or July of 2023.
17  Q.   And what was your job title prior to June or
18  July of 2023?
19  A.   Senior Manager.
20  Q.   And what are your job responsibilities as
21  Senior Associate of 777 Partners?
22  A.   I work on the investment team, so I assist
23  with a variety of our portfolio company investments.
24  Q.   Can you describe for me some of your
25  responsibilities in assisting with portfolio company
```


UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Page 10

```
01  investments?
02      A.   I'd like to invoke the fifth.
03           MR. SLOMAN:  You want to --
04           THE WITNESS:  Yeah, do you know what I mean?
05           MR. SLOMAN:  Yeah.
06           THE WITNESS:  The fifth.
07           MR. DONOVAN:  So, well, we can stipulate that
08      if he just wants to say, I invoked the fifth, or if
09      he refers to the number five or fifth in some way,
10      I understand what he's saying.  If you want to read
11      the whole thing, that's fine too.
12           MR. SLOMAN:  Why don't he read it at least one
13      time and then --
14           MR. DONOVAN:  Sure.
15           MR. SLOMAN:  -- he we'll have a protocol after
16      that.
17           MR. DONOVAN:  Sure.
18           MR. SLOMAN:  Okay.
19           THE WITNESS:  Do you want to read it now?
20           MR. DONOVAN:  Sure.
21           MR. SLOMAN:  Yeah.
22           THE WITNESS:  On the advice of Counsel, I
23      invoke my fifth amendment privilege against self-
24      incrimination and respectfully decline to answer
25      your question.
```

Page 11

```
01           MR. SLOMAN:  And just so that we have an
02      understanding when he says fifth from now on,
03      that's what he means.
04           MR. DONOVAN:  Yeah, agreed.
05           MR. SLOMAN:  Okay.  Thank you.
06  BY MR. DONOVAN:
07      Q.   What were your responsibilities as senior
08  manager at 777 Partners?
09      A.   I'd like to invoke the fifth, please.
10      Q.   Can you explain how your responsibilities
11  changed from senior manager at 777 Partners to senior
12  associate at 777 Partners?
13      A.   I'd like to invoke the fifth.
14      Q.   What is 777 Partners?
15      A.   It's a private equity investment firm.
16      Q.   What types of investments does 777 Partners
17  make?
18      A.   They invest along a few different investment
19  verticals including aviation, sports, media and
20  entertainment, litigation finance, consumer finance,
21  insurance.
22      Q.   When you use the term insurance, do you
23  include structured settlements in that term?
24           MR. MCCARTHY:  Objection to the form.
25           MR. SLOMAN:  You can answer.
```

Page 12

```
01  BY MR. DONOVAN:
02      Q.   Oh, you can answer.
03      A.   Oh, I'm sorry.
04      Q.   I can ask the question again.
05           MR. SLOMAN:  Yeah, yeah.
06  BY MR. DONOVAN:
07      Q.   Why don't I try it again?  Does -- strike
08  that.  What is a structured settlement?
09      A.   I'd like to invoke the fifth.
10      Q.   Does 777 Partners invest in structured
11  settlements?
12           MR. MCCARTHY:  Objection to the form.
13      A.   Yes, through portfolio companies.  Yes.
14  BY MR. DONOVAN:
15      Q.   When you say through portfolio companies, do
16  you mean that 777 Partners portfolio companies invest in
17  structured settlements?
18           MR. MCCARTHY:  Objection to the form.
19      A.   Yes.
20  BY MR. DONOVAN:
21      Q.   Is one of the portfolio companies that invests
22  in structured settlements called SuttonPark Capital?
23      A.   Yes.
24      Q.   Is one of the portfolio companies that invests
25  in sports teams called Nutmeg?
```

Page 13

```
01      A.   Yes.
02      Q.   What are the names of the portfolio companies
03  that invest in aviation businesses?
04      A.   I don't really know today where the aviation
05  investments stand.
06      Q.   That's fair.  Over the May 2021 to May 2024
07  period, what are the names of the 777 Partners portfolio
08  companies that invested in aviation businesses?
09      A.   I'd like to invoke the fifth, please.
10      Q.   Do you currently work in the Capital Markets
11  Group at 777 Partners?
12      A.   I do not.
13      Q.   Did you previously work in the Capital Markets
14  Group at 777 Partners?
15      A.   I do.
16      Q.   For what period of time did you work in the
17  Capital Markets group at 777 Partners?
18      A.   I'd like to invoke the fifth.
19      Q.   Can you describe for me what the Capital
20  Markets Group at 777 Partners did while you worked in
21  the group?
22      A.   I'd like to invoke the fifth.
23      Q.   Was one of the responsibilities of the 777
24  Partners Capital Markets Group to allocate assets as
25  collateral to lenders?
```


**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**777 Partners LLC & Suttonpark Capital vs Leadenhall Capital**
Bennett, Nicholas on 03/24/2025          Pages 122..125

Page 122
01  Q.  Sure.  And by the way, I don't mean to suggest
02  that you've done anything wrong or you should have that
03  evidence.  I just need to confirm --
04  A.  Yeah.
05  Q.  -- what evidence is waived or find out, you
06  know, any information about such evidence --
07  A.  Understood.
08  Q.  -- existing.  So, just to clarify.
09  A.  Understood.
10  Q.  Are you aware of any modifications to MP FIN
11  in terms of the item history, or anything like that, any
12  changes to the MP FIN system that occurred in the last
13  three or four years?
14      MR. MCCARTHY:  Object to the form.
15  A.  I'll -- oops.  I'll invoke the fifth please.
16  BY MR. MORLAN, III:
17  Q.  Are you aware of any changes to the MP FIN
18  system that were made as we relate to the pledging of
19  collateral during the 2021 to May 2024 timeframe?
20      MR. MCCARTHY:  Object to the form.
21  A.  I'll invoke the fifth, please.
22  BY MR. MORLAN, III:
23  Q.  Are you aware of any modifications that were
24  made to the MP FIN system between May and October of
25  2024?

Page 123
01  A.  I'll invoke the fifth, please.
02  Q.  Were you ever in a -- any meetings where
03  whether or not this lawsuit should be filed was a topic
04  of discussion?
05  A.  I'll invoke the fifth, please.
06  Q.  Do you know who Eric Mazer is?
07  A.  No, I don't.
08  Q.  Do you know who Shawn Taheri is?
09  A.  Yes.
10  Q.  Okay.  Have you ever spoken with Shawn Taheri
11  about the subject matter of this case?
12  A.  I don't recall.
13  Q.  Okay.  Do you recall whether Mr. Taheri ever
14  reached out to you as part of his investigation
15  regarding the suspected intrusions that are the subject
16  matter of this lawsuit?
17      MR. MCCARTHY:  Objection to the form.
18  A.  I believe he mentioned something to me a while
19  back, but I don't remember what that would've entailed.
20  BY MR. MORLAN, III:
21  Q.  Where were you, do you think when Mr. Taheri
22  mentioned that to you?
23  A.  I think at the 600 Brickell office.
24  Q.  And that's in Miami?
25  A.  Yes.

Page 124
01  Q.  I'm sorry, I may have cut out.  That's in
02  Miami, correct?
03  A.  Oh, yeah, sorry.  Yes.
04  Q.  Okay.  And is Mr. Taheri, does he normally
05  work out of the Miami office?
06  A.  He hasn't been working out of the Miami
07  office, so, no.  I think he was normally in the Boca
08  office.
09  Q.  At the time that Mr. Taheri brought up the
10  subject matter of this litigation when he was at the
11  Miami office at 600 Brickell, do you know why Mr. Taheri
12  was in the Miami office that day as opposed to the Boca
13  office?
14      MR. MCCARTHY:  Objection to the form.
15  A.  I think it was because they were moving
16  offices and there was a large moving process.  So, I
17  think there were a lot of people from other offices in
18  600 Brickell.
19  BY MR. MORLAN, III:
20  Q.  Was it the 600 Brickell office that was moving
21  or was it the other offices that were moving?
22  A.  It was 600, but there's obviously been a lot
23  of offices that have either been shut down or moved.
24  Q.  So, is it fair to say that there have been a
25  lot of layoffs at 777 Partners and SuttonPark Capital in

Page 125
01  the past year or so?
02      MR. MCCARTHY:  Objection to the form.
03  A.  Yeah, I think that's fair to say.
04  BY MR. MORLAN, III:
05  Q.  And do you know ballpark when those layoffs
06  started?
07  A.  I don't know.  I don't know, maybe a year-
08  and-a-half ago.
09  Q.  So, some time around October of 2023.  Is that
10  right?
11  A.  I guess so, yeah.
12  Q.  Were you ever concerned that those layoffs
13  might include you?
14  A.  Not really.
15  Q.  Why weren't you concerned that the layoffs
16  wouldn't include you?
17  A.  I just -- you know, I didn't think that it was
18  something to really worry about at the time.
19  Q.  But I guess -- what I'm trying to understand
20  is, with all of these layoffs going on, why weren't you
21  worried that they might include you?
22  A.  I think generally you'd have a pretty decent
23  idea when it feels as though you're going to get fired.
24      I don't know, it just didn't cross my mind and
25  I actually left the company at some point around then


**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Page 126
01 anyway, temporarily.
02    Q.   Okay. Why did you leave the company around
03 that time temporarily?
04    A.   I'll take the fifth, please.
05    Q.   Okay. The time period that we're talking
06 about is around October of 2023 that you left the
07 company. Is that right?
08    A.   It was some time before that, a few months
09 before that.
10    Q.   And when did you come back to the company
11 after you left?
12    A.   I think it was somewhere between July or
13 August.
14    Q.   And when you say July or August, that would be
15 July or August of 2023?
16    A.   Yes.
17    Q.   That was when you returned to the company?
18    A.   Um-hum.
19    Q.   Yes?
20    A.   Yes.
21    Q.   And why did you return to the company in July
22 or August of 2023?
23    A.   I'll invoke the fifth.
24    Q.   And if you wanted to determine the date that
25 you actually officially returned to the company with

Page 127
01 more precision, how would you go about doing that?
02    A.   I guess the date I signed a new employment
03 agreement.
04    Q.   And prior to signing this new employment
05 agreement that you just described, had you ever signed
06 an employment agreement before with respect to your
07 employment at 777 or SuttonPark?
08    A.   Yes.
09    Q.   And do you recall whether there was any
10 difference between the prior employment agreement that
11 you signed in connection with your employment at 777 or
12 SuttonPark and the agreement that you signed when you
13 came back?
14    A.   In terms of -- in terms of what exactly?
15    Q.   Just anything that you recall as part of the
16 terms of the employment agreement.
17    A.   I'll invoke the fifth, please.
18    Q.   Do you typically read documents before you
19 signed them?
20    A.   I'll invoke the fifth, please.
21    Q.   Did you read the new employment agreement
22 before you signed it?
23    A.   I'll invoke the fifth, please.
24    Q.   Was your compensation before you left the
25 company the same as your compensation when you returned

Page 128
01 to the company?
02    A.   I'll invoke the fifth, please.
03    Q.   Did the company -- given that there were lots
04 of layoffs and things going on, did the company pay you
05 any kind of retention bonus to stick around?
06         MR. MCCARTHY: Objection to the form.
07    A.   I'll invoke the fifth, please.
08 BY MR. MORLAN, III:
09    Q.   Did the company increase your compensation in
10 order to induce you to come back to the company?
11    A.   I'll invoke the fifth, please.
12    Q.   Okay. And did anyone from 777 communicate
13 with you directly in an attempt to induce you to return
14 to 777?
15         MR. MCARTHY: Object to the form.
16    A.   I'll invoke the fifth, please.
17 BY MR. MORLAN, III:
18    Q.   And did you speak with, Josh Wander, regarding
19 returning to the company?
20    A.   I'll invoke the fifth, please.
21    Q.   Did you speak with Mr. Pasko regarding
22 returning to the company?
23    A.   I'll invoke the fifth, please.
24         MR. MCARTHY: Object to form.
25 BY MR. MORLAN, III:

Page 129
01    Q.   Did you speak with Mr. Love regarding
02 returning to the company?
03    A.   I'll invoke the fifth, please.
04    Q.   What was the reason that you ultimately
05 decided to return to the company?
06    A.   I'll invoke the fifth, please.
07    Q.   Does the company have a policy or practice of
08 providing counsel, legal counsel to -- for its employees
09 with respect to legal proceedings or testimony arising
10 out of their duties for the company?
11         MR. MCCARTHY: Object to the form.
12    A.   I'll invoke the fifth, please.
13 BY MR. MORLAN, III:
14    Q.   Are you aware of anyone besides you for whom
15 the company has provided legal counsel, or any legal
16 proceedings, or testimony regarding events or knowledge
17 arising out of their duties for the company?
18         MR. MCCARTHY: Objection to the form.
19    A.   I'll invoke the fifth, please.
20 BY MR. MORLAN, III:
21    Q.   What was the primary reason that the company
22 brought you back in June or July of 2023?
23    A.   Take the fifth, please.
24         MR. MCCARTHY: Form.
25 BY MR. MORLAN, III:

**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Page 130
01  Q.  Do you know the reason the company brought you
02  back in June or July of 2024?
03  A.  I'll invoke the fifth, please.
04      MR. DONOVAN:  Mr. Morlan, I just want to -- I
05  just want to make sure, I think you mean 2023 and
06  so you said June 2024, I think.  So, I don't know
07  if you want to ask that question, again.
08  BY MR. MORLAN, III:
09  Q.  Okay.  Yeah, yeah.  I -- were you aware of the
10  reason the company brought you back in June or July of
11  2023?
12  A.  I'll invoke the fifth, please.
13  Q.  And did your coming back to the company in
14  June or July of 2023 have anything to do with the audit
15  that Leadenhall requested?
16      MR. MCCARTHY:  Objection to the form.
17  A.  I'll invoke the fifth.
18  BY MR. MARLON, III:
19  Q.  And I'm going to kind of re-ask the question
20  just to be clear, because Mr. McCarthy objected.  Did
21  your return to the company in June or July of 2023 have
22  anything to do with Leadenhall's request to the company
23  to have safe perform an audit of Leadenhall's
24  collateral?
25  A.  I'll invoke the fifth.

Page 131
01  Q.  When you returned to the company, did 777
02  assign you any duties related to the collateral audit
03  that Saiph was performing for Leadenhall?
04      MR. MCCARTHY:  Objection to the form.
05  A.  I'll invoke the fifth, please.
06  BY MR. MARLON, III:
07  Q.  When was the last time that you facilitated
08  any information being provided to Leadenhall by the
09  company?
10  A.  I'll invoke the fifth, please.
11  Q.  Has your compensation changed at all since
12  your return to the company in June or July of 2023?
13  A.  I'll invoke the fifth.
14      MR. MORLAN, III:  Okay.  Let's take a quick
15  break.  I'm going to look at my notes, but I think
16  I'm basically done, or I just have a couple minor
17  things.
18      THE COURT REPORTER:  This ends Media 2, we're
19  going off the record.  The time is 05:26  P.M.
20      (Thereupon, a short discussion was held off
21  record.)
22      (Deposition resumed.)
23      THE COURT REPORTER:  This begins Media 3,
24  we're back on the record.  The time is 05:32  P.M.
25  BY MR. MORLAN, III:

Page 132
01  Q.  Mr. Bennett, when you signed the new
02  employment agreement that we talked about a little while
03  ago when you returned to the company, was that agreement
04  e-mailed to you?
05  A.  Invoke the fifth.
06  Q.  And who presented you with that new employment
07  agreement?
08  A.  Invoke the fifth, please.
09  Q.  And since signing that new employment
10  agreement, has your compensation changed any further
11  beyond the terms of what's in that new employment
12  agreement?
13  A.  Invoke the fifth, please.
14  Q.  Have you ever been paid any consideration
15  related to any work you've done for 777 other than in a
16  company issued paycheck?
17      MR. MCCARTHY:  Objection to the form.
18  A.  Invoke the fifth, please.
19  BY MR. MORLAN, III:
20  Q.  Did you understand the question?
21  A.  Sort of, yeah.
22  Q.  Okay.  Have you ever received -- let me -- I
23  just want to make sure that I -- I've asked it clearly
24  because there was an objection.
25      Have you ever received any form of

Page 133
01  compensation for anything related to anything that
02  relates to your employment with the company other than
03  in a formal pre-printed paycheck from SuttonPark or 777
04  Partners, or an affiliate company?
05  A.  No, I have not.
06      MR. MCCARTHY:  Objection to the form.
07  BY MR. MARLON, III:
08  Q.  I'm sorry.  Did you say no or did you say yes.
09  A.  I said, "No, I have not."
10  Q.  Okay.  And would you agree or disagree with
11  the statement that you were brought back to the company
12  in June or July of 2023 because Josh Wander thought you
13  knew too much information?
14      MR. MCCRTHY:  Objection to the form.  Sorry, I
15  thought we were done.
16  BY MR. MARLON, III:
17  Q.  Let me just start over.  What would your
18  response be to the statement that you were brought back
19  to the company because Josh Wander thought you knew too
20  much?
21      MR. MCCARTHY:  Objection to the form.
22  A.  I'll invoke the fifth, please.
23  BY MR. MARLON, III:
24  Q.  Would you dispute in any way the assertion
25  that one of the reasons that you were brought back to

UNIVERSAL COURT REPORTING
Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Page 150
01  Q.  Have you communicated about 777 Partners
02  business over text message?
03  A.  I'll invoke the fifth, please.
04  Q.  Have you communicated about 777 Partners
05  business over the Microsoft Teams application?
06  A.  I'll invoke the fifth, please.
07  Q.  Do you have the Signal application installed
08  on your cell phone?
09  A.  Not to my knowledge, no.
10  Q.  Do you have the Telegram application installed
11  on your cell phone?
12  A.  I don't think so, no.
13  Q.  Did you communicate about 777 Partners
14  business over WhatsApp?
15  A.  I'll invoke the fifth.
16      MR. DONOVAN:  Okay.  Nothing further from me.
17      MR. MCCARTHY:  No questions from the
18  Plaintiff.
19      THE COURT REPORTER:  All right, Counsels, can
20  you explain read or waive before we go off the
21  record to the Witness?
22      MR. SLOMAN:  Nick, you have the right to read
23  every word of the transcription of your deposition,
24  or you can waive it.  I would advise you to read
25  it.  So, with that, you can tell the Court Reporter

Page 151
01  whether you want to read or waive it.
02      THE WITNESS:  I'll read it.
03      THE COURT REPORTER:  Read it.  All right.
04      THE VIDEOGRAPHER:  This concludes today's
05  deposition.  We're going off the record, the time
06  is 06:03 P.M.
07      THE COURT REPORTER:  And before everyone logs
08  off, I just want to ask about transcript orders.
09  Are we ordering in the same fashion as earlier?
10  Do you want it rough by tomorrow?
11      MR. MCCARTHY:  Yeah.
12      THE COURT REPORTER:  I can provide the rough
13  by end of business tomorrow since this was a lot
14  longer.
15      MR. DONOVAN:  Yeah, it's fine.
16      THE COURT REPORTER:  Okay.  You'll get it
17  probably before 05:00 P.M.  The other one, you'll
18  get in the morning.
19      MR. DONOVAN:  Okay.
20      THE COURT REPORTER:  Every -- does everyone
21  want the same -- the final by Wednesday morning or
22  tomorrow by end of business?
23      MR. MCCARTHY:  I don't need a rough, but I'll
24  take the final on the same schedule.
25      THE COURT REPORTER:  Okay, the copy.  And how

Page 152
01  about you, Mr. Morlan?
02      MR. MORLAN, III:  My office will follow up, if
03  we need it.
04      THE COURT REPORTER:  Okay.  So, not right now.
05      (Deposition concluded at 06:03 P.M.)
06      (Reading and signing of the deposition by the
07  witness has been reserved.)

Page 153
01                  CERTIFICATE OF REPORTER
02  STATE OF FLORIDA
03  COUNTY OF MIAMI-DADE
04
05      I, MICHELLE VILLALOBOS, Court Reporter and Notary
06  Public for the State of Florida, do hereby certify that
07  I was authorized to and did digitally report and
08  transcribe the foregoing proceedings, and that the
09  transcript is a true and complete record of my notes.
10
11      I further certify that I am not a relative,
12  employee, attorney or counsel of any of the parties,
13  nor am I a relative or employee of any of the parties'
14  attorneys or counsel connected with the action, nor am
15  I financially interested in the action.
16
17      Witness my hand this 26th day of March, 2025.
18
19  _____
20
21  MICHELLE VILLALOBOS, COURT REPORTER
    NOTARY PUBLIC, STATE OF FLORIDA



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

### Page 154

```
01              CERTIFICATE OF OATH
02   STATE OF FLORIDA
03   COUNTY OF MIAMI-DADE
04
05        I, MICHELLE VILLALOBOS, the undersigned
06   authority, certify that NICHOLAS J. BENNETT, personally
07   appeared before me and was duly sworn on the 24th day
08   of March, 2025.
09
10        Witness my hand this 26th day of March, 2025.
11
12   [signature]
13   _____
14   MICHELLE VILLALOBOS, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
15   Commission No.:  HH 373556
     Commission Exp:  MARCH 15, 2027
```

### Page 155

```
01   DATE:    03/26/2025
     TO:      NICHOLAS J. BENNETT
02   C/O      Jeffrey H. Sloman, Esquire
              Stumphauzer Kolaya Nadler & Sloman, PLLC
03            2 SOUTH BISCAYNE BOULEVARD SUITE 1600
              MIAMI, FLORIDA 33131-1824
04
     IN RE:   777 Partners LLC & Suttonpark Capital v.
05   Leadenhall Capital
06   CASE NO:  24-81143-CIV-DMM
07   Dear Mr. Bennett,
08        Please take notice that on 03/24/2025, you gave
     your deposition in the above-referenced matter.  At
09   that time, you did not waive signature.  It is now
     necessary that you sign your deposition.  You may do so
10   by contacting your own attorney or the attorney who
     took your deposition and make an appointment to do so
11   at their office.  You may also contact our office at
     the below number, Monday -
12   Friday, 9:00 AM - 5:00 PM, for further information and
     assistance.
13
          If you do not read and sign your deposition within
14   thirty (30) days, the original, which has already been
     forwarded to the ordering attorney, may be filed with
15   the Clerk of the Court.
16        If you wish to waive your signature, sign your
     name in the blank at the bottom of this letter and
17   promptly return it to us.
18   Very truly yours,
19   Michelle Villalobos, Court Reporter
     Universal Court Reporting
20   (954)712-2600
21   I do hereby waive my signature.
22
     _____
23   Nicholas J. Bennett
     Cc: via transcript:       Brian Donovan, Esquire
24                             Jeffrey H. Sloman, Esquire
25
```

### Page 156

```
1    Errata Sheet
2
3    NAME OF CASE: 777 Partners LLC & Suttonpark Capital vs Leadenhall Capital
4    DATE OF DEPOSITION: 03/24/2025
5    NAME OF WITNESS: Nicholas Bennett
6    Reason Codes:
7       1. To clarify the record.
8       2. To conform to the facts.
9       3. To correct transcription errors.
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
25                         _____
```


**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com