# Exhibit C

| | |
|---|---|
| **From:** | Brian Donovan |
| **Sent:** | Thursday, October 16, 2025 8:49 PM |
| **To:** | Peter Starr; Nicholas Bennett |
| **Cc:** | Leadenhall-NY |
| **Subject:** | RE: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453 |

Nick,

I just called your cell phone and left a message.  We need a commitment from you promptly that you will produce documents in response to our subpoena—and if so, by when.  Anything short of that prompt commitment will result in us filing a motion in court tomorrow.  If you decide to commit to produce documents after we file the motion tomorrow, we can discuss withdrawing the motion, but the fact is we have to get the motion on file here.

Happy to discuss by cell if you'd like to talk tonight or tomorrow morning.  Our conversation can be limited to just whether you have relevant documents and whether you will commit to producing them.

Thanks,
Brian

---

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** Peter Starr <pstarr@kslaw.com>
**Sent:** Wednesday, October 15, 2025 8:38 AM
**To:** Nicholas Bennett <bennettnc12@gmail.com>
**Cc:** Brian Donovan <bdonovan@kslaw.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Subject:** RE: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

Nick,

We are glad to discuss further by phone.  Please send times today or tomorrow when you are available.

Just to confirm, are you now agreeing to produce documents responsive to the subpoena?  Given that we served you with this subpoena in early July, your statement that you are willing to help now—"to the extent" that you can—rings hollow, particularly after you falsely represented to us that you had counsel and have generally been non-responsive.  The bottom line is that we will be filing our motion to enforce the subpoena unless you begin producing documents promptly.

 The Protective Order and ESI Protocol are attached here for reference.

Regards,
Peter

**Peter Starr**
*Partner*

T: +1 404 572 2767 | pstarr@kslaw.com | Bio | vCard

---

**From:** Nicholas Bennett <bennettnc12@gmail.com>
**Sent:** Tuesday, October 14, 2025 11:33 PM
**To:** Peter Starr <pstarr@kslaw.com>
**Cc:** Brian Donovan <bdonovan@kslaw.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Subject:** Re: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Peter,

May we please schedule a brief call to discuss? To the extent I can, I'm willing to assist here but would appreciate walking through the request list and a few questions I have as I'm not familiar with this process nor am I able to seek advice of counsel. Also, if you wouldn't mind sending the protective order and ESI Protocol for reference, that would be helpful.

Thanks,
Nick

Sent from my iPhone

> On Oct 14, 2025, at 13:20, Peter Starr <pstarr@kslaw.com> wrote:
>
> Nick,
>
> I am writing to follow up on the subpoena—are you ready to produce the documents we have requested? If you have not at least begun providing documents by this Wednesday, we will move forward with our motion to enforce.
>
> Regards,
> Peter
>
> ---
>
> **Peter Starr**
> *Partner*
>
> T: +1 404 572 2767 | pstarr@kslaw.com | Bio | vCard
>
> ---
>
> **From:** Brian Donovan <bdonovan@kslaw.com>
> **Sent:** Friday, October 10, 2025 3:45 PM

2

**To:** Nicholas Bennett <bennettnc12@gmail.com>; Peter Starr <pstarr@kslaw.com>
**Cc:** Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Subject:** RE: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

Nick,

See the attached subpoena. We're at the end of the road here and are ready to file a motion—and so please get back to us promptly if you're willing to comply here.

Thanks,
Brian

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

**From:** Nicholas Bennett <bennettnc12@gmail.com>
**Sent:** Friday, October 10, 2025 1:59 PM
**To:** Peter Starr <pstarr@kslaw.com>
**Cc:** Brian Donovan <bdonovan@kslaw.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Subject:** Re: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Peter - do you mind sending me the subpoena as I'm traveling and don't have a copy? I will review the document requests over the weekend and determine what I'm able to assist with.

Thanks,
Nick

Sent from my iPhone

> On Oct 8, 2025, at 16:59, Peter Starr <pstarr@kslaw.com> wrote:
>
> Nick,
>
> Further to the emails with Brian below, and having heard nothing from you in response, I wanted to let you know that we plan to file a motion with the Court to enforce the subpoena that you have been ignoring—this means we will ask the Court to order you to produce the documents we have requested and potentially impose penalties or fines if you do not comply with the order. If you would like to change your position and avoid motion practice, let us know promptly. If we do not hear from you by Friday, we will file our motion to compel compliance.

Regards,
Peter

**Peter Starr**
*Partner*

T: +1 404 572 2767 | pstarr@kslaw.com | Bio | vCard

---

**From:** Brian Donovan <bdonovan@kslaw.com>
**Sent:** Tuesday, September 16, 2025 4:23 PM
**To:** Nicholas Bennett <bennettnc12@gmail.com>
**Cc:** Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Subject:** FW: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

Nick,

Stumphauzer, Kolaya, Nadler & Sloman just confirmed that they do not represent you in this matter. We think that this has just been a lot of stalling and we're done with it. Let us know if you want to talk tomorrow. If not, we'll assume you're standing on your blanket objection to our subpoena and proceed accordingly.

Thanks,
Brian

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** Jeffrey Sloman <jsloman@sknlaw.com>
**Sent:** Tuesday, September 16, 2025 4:14 PM
**To:** Brian Donovan <bdonovan@kslaw.com>; Taryn Kisch Gallagher <TKischGallagher@kslaw.com>
**Cc:** Caroline Chen <CJChen@kslaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>; Ryan Stumphauzer <rstumphauzer@sknlaw.com>; Timothy Kolaya <tkolaya@sknlaw.com>; Michael Nadler <mnadler@sknlaw.com>; Frank Murray <fmurray@sknlaw.com>
**Subject:** Re: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Dear Brian,

We represented Nick Bennett during his deposition in the above-referenced matter. Currently, we do not represent him regarding the subpoena that you served him after his deposition.

4

Sincerely,

**Jeffrey Sloman**
Stumphauzer Kolaya Nadler & Sloman, PLLC
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1600
Miami, FL 33131

E-mail: jsloman@sknlaw.com
Direct: 305-614-1403
Fax:    305-614-1425

Bio | VCard | sknlaw.com
<image001.png>

**From:** Brian Donovan <bdonovan@kslaw.com>
**Date:** Tuesday, September 16, 2025 at 3:41 PM
**To:** Taryn Kisch Gallagher <TKischGallagher@kslaw.com>, Jeffrey Sloman <jsloman@sknlaw.com>
**Cc:** Caroline Chen <CJChen@kslaw.com>, Leigh Nathanson <lnathanson@kslaw.com>, Peter Starr <pstarr@kslaw.com>, Leadenhall-NY <Leadenhall-NY@KSLAW.com>, Ryan Stumphauzer <rstumphauzer@sknlaw.com>, Timothy Kolaya <tkolaya@sknlaw.com>, Michael Nadler <mnadler@sknlaw.com>
**Subject:** RE: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

> Some people who received this message don't often get email from bdonovan@kslaw.com. Learn why this is important

Ryan, Tim, Michael, Jeff—please see the chain below. Nick Bennett tells us that you represent him in the above-referenced action but I can't get a response from you. Do you represent him in this matter?

Thanks,
Brian

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

5

**From:** Brian Donovan <bdonovan@kslaw.com>
**Sent:** Wednesday, September 10, 2025 9:49 PM
**To:** Taryn Kisch Gallagher <TKischGallagher@kslaw.com>; jsloman@sknlaw.com
**Cc:** Caroline Chen <CJChen@kslaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Subject:** Re: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

Jeff, let us know how you want to proceed promptly or we'll just go to court. The record below shows: (i) Leadenhall being exceedingly patient in corresponding with your client far beyond the date of subpoena compliance, (ii) your client taking a position on the Fifth Amendment prior to your representation that is completely unsupported by the case law, and (iii) nonresponsiveness from you.

Thanks,
Brian

---

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** Taryn Kisch Gallagher <TKischGallagher@kslaw.com>
**Sent:** Tuesday, September 9, 2025 3:28 PM
**To:** Brian Donovan <bdonovan@kslaw.com>; jsloman@sknlaw.com <jsloman@sknlaw.com>
**Cc:** Caroline Chen <CJChen@kslaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>
**Subject:** RE: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

Hi Jeff,

Bringing this back up in your inbox. Are you available tomorrow, 9/10/25, to discuss the subpoena we served Nick Bennett in *Leadenhall Capital Partners LLP et al. v. Wander et al.*, No. 1:24-cv-03453? We are available from 12:30-3:30pm. Alternatively we are available on Thursday, 9/11/25, from 11am-1:30pm.

Please let us know if a time in either of these windows works for you.
Taryn

**From:** Brian Donovan <bdonovan@kslaw.com>
**Sent:** Wednesday, September 3, 2025 9:25 AM
**To:** jsloman@sknlaw.com
**Cc:** Caroline Chen <CJChen@kslaw.com>; Leigh Nathanson <lnathanson@kslaw.com>;

6

Peter Starr <pstarr@kslaw.com>; Taryn Kisch Gallagher <TKischGallagher@kslaw.com>
**Subject:** RE: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

Thanks Nick; I understand from your email below that you now have counsel for this matter, so moving you to bcc.

Jeff, can we please schedule a call tomorrow about the subpoena we served on Nick Bennett in the NY action?

Thanks,
Brian

---

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** Nicholas Bennett <bennettnc12@gmail.com>
**Sent:** Wednesday, September 3, 2025 9:05 AM
**To:** Brian Donovan <bdonovan@kslaw.com>
**Cc:** Caroline Chen <CJChen@kslaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Taryn Kisch Gallagher <TKischGallagher@kslaw.com>
**Subject:** Re: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Hi Brian,

Please loop in my counsel at Stumphauzer, Kolaya, Nadler & Sloman with further questions regarding this matter.

Thanks,
Nick

Sent from my iPhone

> On Aug 26, 2025, at 18:32, Brian Donovan <bdonovan@kslaw.com> wrote:
>
> Nick, can we please get an update here? Do you now have counsel? We've tried to be accommodating. Thanks.
>
> ---
>
> **Brian Donovan**
> *Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** Brian Donovan
**Sent:** Tuesday, August 19, 2025 1:23 PM
**To:** Nicholas Bennett <bennettnc12@gmail.com>
**Cc:** Caroline Chen <CJChen@kslaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Taryn Kisch Gallagher <TKischGallagher@kslaw.com>
**Subject:** RE: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

Sounds good, thanks.  Hope you're feeling better.

---

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** Nicholas Bennett <bennettnc12@gmail.com>
**Sent:** Tuesday, August 19, 2025 1:20 PM
**To:** Brian Donovan <bdonovan@kslaw.com>
**Cc:** Caroline Chen <CJChen@kslaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Taryn Kisch Gallagher <TKischGallagher@kslaw.com>
**Subject:** Re: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Hi Brian,

I have been out sick the past several days and will need a day or two to confer with counsel. I will get back to you as soon as possible and I apologize for the delay.

Thanks,
Nick

On Tue, Aug 19, 2025 at 10:45 AM Brian Donovan <bdonovan@kslaw.com> wrote:

> Nick,
>
> We haven't heard back from you on the below.  Leadenhall's position is that a subpoena recipient may not make a blanket objection to producing documents on Fifth Amendment grounds.  We assume you disagree and we intend to move forward on that basis.

8

Please reach out to me (promptly) with any questions or concerns.

Thanks,
Brian

---

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** Brian Donovan
**Sent:** Tuesday, August 5, 2025 11:33 AM
**To:** Nicholas Bennett <bennettnc12@gmail.com>; Caroline Chen <CJChen@kslaw.com>
**Cc:** nbennett@eamllc.com; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Taryn Kisch Gallagher <TKischGallagher@kslaw.com>
**Subject:** RE: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

Nick,

Following up here—we want to be collaborative with you but we do need a response to my questions. I'm organizing my questions below for ease of reference:

1. First, you say below that you are following the advice of counsel. Our understanding is that you do not have counsel in this action. Can you please let us know if you have counsel in this action?

2. Second, you say below that you are no longer employed by 777 and so responsive documents and communications are no longer in your possession. We are in possession of documents showing that you (regularly) texted and messaged on personal devices about 777 business—and specifically, matters responsive to our document requests. Are you taking the position that you have no obligation to conduct a reasonable and diligent search for responsive documents in your possession, custody, or control because you are no longer employed by 777?

3. Third, you invoke your Fifth Amendment privilege below. Are you asserting a blanket claim of privilege? Leadenhall's position is that for a subpoena containing document requests, the Fifth Amendment privilege must be asserted on a document-by-document basis rather than on a blanket basis—and that for each document for which you assert the privilege, you must explain why the production of the document would be self-incriminating.

We have no intention of trying to talk you out of your positions here—I just want to get a yes or no on each of my three questions so that we can consider next steps. Happy to discuss by phone if that is easier (same idea applies—I'm not trying to talk you out of anything).

Thanks,
Brian

---

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** Brian Donovan <bdonovan@kslaw.com>
**Sent:** Tuesday, July 29, 2025 12:00 PM
**To:** Nicholas Bennett <bennettnc12@gmail.com>; Caroline Chen <CJChen@kslaw.com>
**Cc:** nbennett@eamllc.com; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>
**Subject:** Re: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

Received, thanks Nick. I assume you don't have counsel for this matter, though please correct me if I'm wrong.

Are you willing to talk to us on the phone? We're not trying to depose you here; we're just trying to gather relevant documents from former employees.

Best,
Brian

---

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

---

**From:** Nicholas Bennett <bennettnc12@gmail.com>
**Sent:** Tuesday, July 29, 2025 8:35:50 AM
**To:** Caroline Chen <CJChen@kslaw.com>
**Cc:** nbennett@eamllc.com <nbennett@eamllc.com>; Brian Donovan <bdonovan@kslaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>
**Subject:** Re: Leadenhall Capital Partners LLP et al. v. Wander et al., No. 1:24-cv-03453

> | **CAUTION: MAIL FROM OUTSIDE THE FIRM** |
> |---|
>
> Good Morning,
>
> I have received and reviewed the subpoena, including Exhibit A, Requests 1 through 8, which are over-broad and unduly burdensome. As you are likely aware, I am no longer employed at 777. As a result, 777's documents and communications are no longer in my possession or control in the ordinary course of business, and I have not retained access to them. To the extent I am in possession or control of any responsive documents or communications, on the advice of counsel, I invoke my Fifth Amendment privilege against self-incrimination and respectfully decline to respond to your subpoena. Please feel free to reach out with any questions or comments.
>
> Best Regards,
> Nick
>
> On Thu, Jul 3, 2025 at 11:38 AM Caroline Chen <CJChen@kslaw.com> wrote:
>
>> Hi Nick,
>>
>> We represent Leadenhall in the action *Leadenhall et al. v. Wander et al.*, 24-cv-3453 (S.D.N.Y.). Please see the attached subpoena requesting documents in this action. We're happy to discuss these requests with you if you have any questions—we want to be cooperative here.
>>
>> We have tried to effectuate service at the address you provided in your deposition in the matter captioned *777 Partners LLC v. Leadenhall Capital Partners LLP*, 24-81143, (S.D. FL.). Please confirm you will accept service of this subpoena via this email. If not, or if we do not hear from you, we will plan to serve you at your workplace.
>>
>> Please let us know if you have counsel representing you for purposes of this action. We tried reaching out to your counsel in the Florida action and our understanding is that at present you do not have counsel for this action, which is why we are reaching out to you directly.

> All the best,
>
> Caroline
>
> ───
>
> **Caroline Chen**
> *Law Clerk*
>
> T: +1 212 556 2191  |  E: CJChen@kslaw.com  |  Bio  |  vCard
>
> King & Spalding LLP
> 1185 Avenue of the Americas
> 34th Floor
> New York, NY 10036
> <image001.png>
>
> kslaw.com
>
> King & Spalding Confidentiality Notice:
>
> This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

This e-mail message is from Stumphauzer Kolaya Nadler & Sloman, PLLC, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.