```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, et al.,

        Plaintiffs,

  -against-

JOSH WANDER, et al.,

        Defendants.

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiffs have filed a letter-application seeking an order, pursuant to Rules 37(a)(1) and 45(d)(2)(B)(i) of the Federal Rules of Civil Procedure, compelling non-party Nicholas Bennett to comply with a subpoena duces tecum served on him on July 3, 2025. (Dkt. 357.) However, there is no indication in plaintiffs' submission that their letter-application was served upon Mr. Bennett himself, as required by Rules 37(a)(1) and 45(d)(2)(B)(i). *See Madigan v. Bronstein*, 2018 WL 1768283, at *2 (S.D.N.Y. Apr. 12, 2018) (listing the "preconditions" to a motion to compel compliance with a subpoena, including "that the serving party has provided notice of the motion to the commanded person").

    Plaintiffs must promptly serve their letter-application upon Mr. Bennett, **together with a copy of this Order**, and file proof of service of the same. Mr. Bennett's opposition to the application will be due three (3) court days after such service is effected.

Dated: New York, New York
       October 21, 2025

                      **SO ORDERED**.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**