```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, et al.,

        Plaintiffs,

-against-

JOSH WANDER, et al.,

        Defendants.

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    This Court has reviewed plaintiffs' August 5, 2025 letter-application, requesting an order compelling defendants to comply with various discovery requests (Dkt. 334); the responding letters from the 777 Entity defendants (Dkt. 336) and from defendants A-CAP and Kenneth King (Dkt. 337); and plaintiffs' reply letter (Dkt. 340).

    Judge Moses will hold a discovery conference on **November 4, 2025, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York 10007. The parties are directed to continue to meet and confer in good faith to resolve their discovery disputes. They must then file a joint status letter, no later than **October 28, 2025**, noting which discovery disputes have been resolved or narrowed and which still require judicial resolution. This joint letter must specifically state whether the 777 Entity defendants have produced any additional documents beyond the 27 referenced in plaintiffs' letter-application, and, if so, how many.

Dated: New York, New York
       October 21, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**