

Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
15th Floor
New York, New York 10019
Tel: 212-907-9700
www.sgrlaw.com

John G. McCarthy
Direct Tel: 212-907-9703
Direct Fax: 212-907-9803
JMCCARTHY@sgrlaw.com

October 24, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/25

> If Mr. Bennett requires additional time to respond to plaintiffs' motion, he should request an extension. The 777 Entity Defendants lack standing to make that request on his behalf. **SO ORDERED.**
>
> Barbara Moses
> **United States Magistrate Judge**
> October 27, 2025

**VIA ECF**

Honorable Barbara C. Moses
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

Re:   *Leadenhall Capital Partners LLP, et ano. v. Wander, et al.*, 24 Civ. 3453 (JGK)(BCM)

Dear Judge Moses:

We are the attorneys for the 777 Entity Defendants in the above-entitled civil action. We write concerning the Court's order dated October 21, 2025, regarding Plaintiffs' application as to non-party Nicholas Bennett (Dkt. 358). Initially, we note that Plaintiffs failed to comply with that order as their certificate of service fails to indicate that Mr. Bennett was served by any of the methods set forth in Federal Rule of Civil Procedure 5(b)(2). (Dkt. 360.) The certificate of service indicates that Ms. Nathanson "caused" copies "to be served on Mr. Bennett by email." Service by electronic means is only authorized when the person has consented thereto in writing. Fed. R. Civ. P. 5(b)(2)(E). The certificate of service neglects to identify the email address used or indicate that Mr. Bennett had consented in writing to such means of service.

We understand from Jeffrey Sloman, the attorney who has represented Mr. Bennett in related proceedings, that his firm is in the process of expanding its engagement to include the matter before Your Honor. Once that is finalized, Mr. Sloman will need some time to prepare a response to Plaintiffs' letter. The 777 Entity Defendants respectfully request that the Court reject Plaintiffs' certificate of service or, alternatively, extend Mr. Bennett's time to respond to Plaintiffs' letter motion (Dkt. 357) until Friday, October 31, 2025.

Respectfully yours,

John G. McCarthy

cc:   All counsel of record (via ECF)

**MEMO ENDORSED**

SGR/81251989.1