**EXHIBIT A**

Document Requests

1.      All Documents and Communications concerning assets Pledged by 777 Partners or SuttonPark Capital as Collateral which were not at all times Free and Clear of Adverse Claims.

2.      All Documents and Communications concerning the preparation of any Document or Communication by 777 Partners or SuttonPark Capital, including but not limited to Monthly Reports and Compliance Reports, bank statements, and any information or output of any computer program or database such as MP Fin, that purports to show 777 Partners' or SuttonPark Capital's ownership, allocation, or Pledging of receivables and/or financial condition.

3.      All Documents and Communications concerning any forging or falsification by 777 Partners or SuttonPark Capital of financial statements or bank statements.

4.      All Documents and Communications concerning the MP Fin system's use in connection with Leadenhall's Collateral and/or credit facility, including but not limited to those concerning any assertion that receivables were Double-Pledged because of purported technical problems, difficulties, or complications with the MP Fin system and those concerning any efforts or purported efforts to resolve and/or cover up any shortfall in Leadenhall's Collateral.

5.      All documents and Communications concerning issues or concerns raised or documented by 777 Partners or SuttonPark Capital's accounting department or servicing team concerning assets Pledged by 777 Partners or SuttonPark Capital as Collateral and/or compliance with Leadenhall's credit facility.

6.      All Documents and Communications concerning any transfer of debt funding provided by Leadenhall from a SuttonPark Capital bank account to a 777 Partners bank account,

including any transfer(s) of approximately $350 million in debt funding from a SuttonPark Capital bank account to a 777 Partners bank account from January 2020 through March 2022.

7. All Documents and Communications concerning any false statements or misrepresentations made by 777 Partners or SuttonPark Capital to lenders or any other party.

8. All Documents and Communications concerning the relationship between A-CAP and 777 Partners. This Request includes, but is not limited to, documents or communications reflecting any contractual relationship between 777 Partners and A-CAP, any association between 777 Partners and A-CAP, A-CAP's control or influence over 777 Partners' decision-making and operations, and/or A-CAP employees working out of 777 Partners' offices.