Chart of Main Folders and Document Count for
PST File created from Frederick Love's SuttonPark Capital Mailbox

| Unique Logical Path | Counts |
|---|---:|
| fl-sp-backup.zip\fl-sp-backup.pst\Deleted Items | 601 |
| fl-sp-backup.zip\fl-sp-backup.pst\Inbox | 5983 |
| fl-sp-backup.zip\fl-sp-backup.pst\Sent Items | 693 |
| fl-sp-backup.zip\fl-sp-backup.pst\Suggested Contacts | 132 |
| fl-sp-backup.zip\fl-sp-backup.pst\Contacts\ | 1483 |
| fl-sp-backup.zip\fl-sp-backup.pst\Drafts | 2 |
| fl-sp-backup.zip\fl-sp-backup.pst\Junk Email | 235 |
| fl-sp-backup.zip\fl-sp-backup.pst\Tasks | 1 |
| fl-sp-backup.zip\fl-sp-backup.pst\Calendar | 728 |
| fl-sp-backup.zip\fl-sp-backup.pst\Sync Issues1 | 155 |
| fl-sp-backup.zip\fl-sp-backup.pst\PersonMetadata | 194 |
| **Total** | **10207** |