*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*

*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*JMCCARTHY@sgrlaw.com*

October 27, 2025

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *Leadenhall Capital Partners LLP, et ano. v. Wander, et al.,* 24 Civ. 3453 (JGK)(BCM)

Dear Judge Koeltl:

    We are the attorneys for the 777 Entity Defendants in the above-entitled civil action. We write in response to the improper sur-reply (Dkt. 361) submitted by Plaintiffs under the inaccurate characterization of "supplemental authority." The 777 Entity Defendants agree with the A-CAP Defendants that the submission should be rejected for failure to comply with Local Civil Rule 6.1 and join in their request. (Dkt. 363.)

    In addition, Plaintiffs' letter contains misstatements and omissions as to their purported exercise of contractual remedies as to collateral. The lawsuit referenced in Plaintiffs' letter, which challenges the commercial reasonableness of the foreclosure sales, is still pending. Plaintiffs also neglected to inform this Court that on May 15, 2025, following a commercially unreasonable sales process, Plaintiffs purported to credit bid $1 each for the collateral owned by each of three Borrowers. Based on Plaintiffs' allegations in the Corrected Amended Complaint, the collateral subject to the purported foreclosure sales exceeded $175 million. (Dkt. 187, ¶¶ 146, 148, & Ex. 10.) Accordingly, Plaintiffs have also failed to cure the ripeness problem plaguing their civil RICO claims.

Respectfully yours,

John G. McCarthy

cc: Counsel of record (via ECF)

SGR/81260477.1