UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>      Plaintiffs,<br><br>  vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>      Defendants. | Civil Action No. 1:24-cv-03453-JGK |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4 of the United States District Court for the Southern District of New York, Defendants Advantage Capital Holdings LLC ("A-CAP") and Kenneth King (collectively, the "A-CAP Defendants"), by their counsel, respectfully request that the Court grant leave to withdraw the appearances of Michael E. Petrella, Jonathan M. Watkins, Matthew M. Karlan, Mark A. Singer, and Andrew D. Huynh of Cadwalader, Wickersham & Taft LLP (collectively, "Cadwalader") as several of the attorneys of record for the A-CAP Defendants in this matter. Accompanying this motion is the Declaration of Michael E. Petrella to address the matters required by Local Rule 1.4(b).

Cadwalader is no longer serving as counsel to the A-CAP Defendants in the above-captioned matter. F. Phillip Hosp, David Jordan, and Phara Guberman of Foley & Larder LLP will

remain as counsel of record for the A-CAP Defendants. As such, Cadwalader's withdrawal will not result in prejudice or delay to any party.

 WHEREFORE, A-CAP Defendants respectfully request that the Court grant Cadwalader leave to withdraw as several of the attorneys of record in this action.

Dated: October 28, 2025
    New York, New York

            CADWALADER, WICKERSHAM & TAFT LLP

            By:   */s/ Michael E. Petrella*
              Michael E. Petrella
              Jonathan M. Watkins
              Matthew M. Karlan
              Mark A. Singer
              Andrew D. Huynh
              200 Liberty Street
              New York, NY 10281
              Tel.: (212) 504-6000
              Fax: (212) 504-6666
              michael.petrella@cwt.com
              jonathan.watkins@cwt.com
              matthew.karlan@cwt.com
              mark.singer@cwt.com
              andrew.huynh@cwt.com

              *Attorneys for Defendants Advantage*
              *Capital Holdings LLC and Kenneth King*

SO ORDERED:

_____
Hon. John G. Koeltl
United States District Judge

Dated: _____, 2025

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

Dated: October 28, 2025

                                                      */s/ Michael E. Petrella*
                                                           Michael E. Petrella