# EXHIBIT A

| Name | Documents with hits | Proposed Documents with hits, including group | Proposed Unique hits | 777 Entity Defendants' Comments | 777 Entity Defendants' Comments/Proposal | Proposed Documents with hits | Proposed Documents with hits, Including group | Proposed Unique hits |
|---|---|---|---|---|---|---|---|---|
| (control* OR direct* OR pay* OR purs* OR decl* OR rein* OR press* OR lien* OR fund* OR financ* OR float* OR priorit* OR tabs OR eye* OR thumb OR monitor* OR review* OR watch* OR kill* OR restrict* OR block* OR allow* OR stop* OR operation* OR creditor* OR liquid* OR through) AND ("A‑CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR Haymarket OR ACM OR Ken* OR King OR "KK") | 144,202 | 263,828 | 0 | | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non‑responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| (deficien* OR short* OR missing OR insufficien* OR fake OR fals* OR (made w/3 up) OR (make w/3 up) OR (come w/3 up) OR (came w/3 up) OR exist* OR non‑existen* OR nonexisten* OR find OR fabricat* OR show* OR *accurate OR *correct OR paper* OR replac* OR appear* OR illus* OR own* OR pretend*) w/15 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs OR mil*) | 131,887 | 256,424 | 12,795 | The terms "show" and "mil" are generating a substantial number of irrelevant hits, as these broad terms frequently appear in ordinary business records and unrelated documents. A review of the unique results for "Leadenhall" or "lcp" returns zero documents, confirming that these terms are not appropriately targeted and only serve to overburden the review process with irrelevant material. | (Leadenhall OR ledenhall OR lendenhall OR lcp OR lh) AND ((deficien* OR short* OR missing OR insufficien* OR fake OR fals* OR (made w/3 up) OR (make w/3 up) OR (come w/3 up) OR (came w/3 up) OR exist* OR non‑existen* OR nonexisten* OR find OR fabricat* OR accurate OR correct OR paper OR replac OR appear* OR illus* OR own* OR pretend*) w/15 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs)) | 16,480 | 39,757 | 496 |
| (("free and clear" OR "adverse claim" OR encumber* OR subordinat* OR recvbl* OR rec OR recs OR secur*) AND (asset* OR collateral OR receivable* OR recievable* OR rcvbl* OR rec OR recs)) OR (("free and clear" OR "adverse claim" OR encumber* OR subordinat*) AND (asset* OR collateral OR receivable* OR recievable* OR rcvbl* OR rec OR recs OR secur*)) | 133,780 | 261,464 | 6,641 | The terms "asset" and "security" are producing a large volume of irrelevant hits, as these generic words appear throughout routine business records and many unrelated documents. Moreover, a review of unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that these terms are not effectively tailored to the issues in dispute and serve only to overburden the review with irrelevant material. | (Leadenhall OR ledenhall OR lendenhall OR lcp OR lh) AND ((("free and clear" OR "adverse claim" OR encumber* OR subordinat* OR secur*) AND (asset* OR collateral OR receivable* OR recievable* OR rcvbl* OR rec OR recs)) OR (("free and clear" OR "adverse claim" OR encumber* OR subordinat*) AND (asset* OR collateral OR receivable* OR recievable* OR rcvbl* OR rec OR recs OR secur*))) | 18,611 | 48,827 | 1,973 |
| "A‑CAP" OR ACAP OR ACH OR "Advantage Capital" OR ACM OR Haymarket | 95,549 | 174,494 | 1,522 | | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non‑responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| hid* OR secret* OR discreet OR discreet OR quiet OR sneak* OR abscond* OR silen* OR delica* OR conceal* OR ((don't OR dont OR "do not") w/5 tell*) OR ((keep* OR maintain* OR contain*) w/5 (internal* OR yourset* OR ourselves* OR "between us" OR "between you and me")) | 98,189 | 198,541 | 13,379 | The results are entirely irrelevant, consisting mainly of news articles and documents referencing generic phrases like "hide" In the context of popups or ads. A search of the unique hits for "Leadenhall" or "lcp" yields zero documents, further confirming these terms do not capture any material relevant to this case. | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non‑responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| Ken* OR King OR "KK" OR Gettman OR Jill | 79,092 | 164,780 | 2,734 | | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non‑responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |

| Search Terms | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| (Regulat* OR enforc* OR gov* OR fed* OR "attorney general" OR "AG") AND (suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko OR 600) AND (investig* OR inquir* OR "look into" OR "looking into" OR prob* OR scrut* OR examin* OR catch OR "get caught") | 57,322 | 128,685 | 3,986 | The term "probably" combined with our email domains is generating every instance where anyone uses the word "probably" in any email, regardless of context. A review of the unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that this approach pulls only routine, non-substantive correspondence and is not tailored to the issues in dispute. | 0 | 0 |
| (recapture* OR cede* OR cess* OR retroce* OR reserve* OR reinsur* OR "777 re") AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR King* OR "KK") | 52,284 | 134,203 | 0 | | (Leadenhall OR ledenhall OR lendenhall OR (cp OR lh) AND ((recapture* OR cede* OR cess* OR retroce* OR reserve* OR reinsur* OR "777 re") AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR (Ken* w/2 King))) | 13,106 | 32,721 | 570 |
| (Month* OR Compt*) w/5 Report* | 76,377 | 148,794 | 9,422 | This search is pulling in every type of routine monthly reporting generated by the company, regardless of subject matter. A review of unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that these terms are not focused on the relevant issues and serve only to capture irrelevant operational records. | (Leadenhall OR ledenhall OR lendenhall OR (cp OR lh) and ((Month* OR Compt*) w/5 Report*)) | 11,610 | 28,933 | 2,212 |
| Craig OR Criag | 49,284 | 98,467 | 5,457 | Hits are limited to references to employees named Craig, and a search for "Gillespie," "Leadenhall," or "LCP" yields zero results. This confirms the term does not target any relevant material and produces only irrelevant personal references. | 0 | 0 | 0 |
| Riley OR rielly OR relly OR rilley OR rielly OR briley | 39,209 | 73,818 | 9,560 | This search is capturing every reference to or email involving Christopher O'Reilly, regardless of context. A review of the unique hits for "Leadenhall" or "lcp" brings up zero documents, confirming that these terms indiscriminately pull irrelevant communications and do not identify any relevant material. | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| (default* OR accelerat* OR breach*) w/10 (LSA OR facilit* OR loan* OR event* OR notice* OR cure*) | 59,628 | 137,562 | 9,245 | | (Leadenhall OR ledenhall OR lendenhall OR (cp OR lh) AND ((default* OR accelerat* OR breach*) w/5 (LSA OR facilit* OR loan* OR event* OR notice* OR cure*)) | 4,670 | 13,714 | 351 |

| Search Term | Col A | Col B | Col C | Notes | Col E | Col F | Col G |
|---|---|---|---|---|---|---|---|
| (audit* OR reconcil* OR review*) w/20 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 50,026 | 119,020 | 2,504 | (Leadenhall OR ledenhall OR lendenhall OR lcp OR lh) AND ((audit* OR reconcil* OR review*) w/20 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs)) | 8,147 | 22,136 | 266 |
| uncollaterat* OR unsecur* OR undercollaterat* OR undersecur* OR (no* w/3 (secur* OR collateral*)) | 63,634 | 148,446 | 4,003 | (Leadenhall OR ledenhall OR lendenhall OR lcp OR lh) AND ((uncollateral* OR unsecur* OR undercollateral* OR undersecur* OR (no* w/3 (secur* OR collateral*)))) | 7,828 | 22,569 | 239 |
| Leadenhall OR ledenhall OR lendenhall OR lcp OR lh | 55,878 | 114,660 | 3,458 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| SPLCSS | 56,024 | 93,189 | 4,833 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| (just OR really OR so OR fuck* OR complete* OR total* OR this OR that*) w/5 (crazy OR nuts OR stupid* OR ridiculous OR insan* OR dumb OR wrong OR allow* OR *legal OR legit* OR permit* OR messed OR fuck* OR bad OR "not right" OR "not good" OR real) | 94,813 | 180,215 | 14,944 | This term captures every instance where "fuck" appears, regardless of context, which results in a high volume of irrelevant documents. A review of the unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that this term produces only non-substantive, unrelated material and does not advance the search for relevant information. | 0 | 0 | 0 |
| fraud* | 32,424 | 77,752 | 2,248 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| Dorchester | 42,334 | 76,443 | 1,174 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| (seiz* OR foreclos* OR take* OR shut* OR administrat* OR sanction* OR transfer* OR author* OR insolv* OR crisis* OR distress* OR "balance sheet" OR sell* OR auction* OR liquid* OR monetiz*) w/20 (Bonza OR flair OR plane* OR jet* OR airplane* OR nutmeg OR AIP OR everton OR genoa or vasco or hertha or Melbourne or sevilla or "red star" or soccer or football or FC or "Standard Liege") | 15,065 | 31,477 | 2,682 | This search returns a large number of irrelevant news articles about airplanes. A review of the unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that the term only generates unrelated news content and does not identify any relevant material. | 0 | 0 | 0 |
| (sell* OR sold OR bought OR buy*) w/10 (collateral* OR secur*) | 38,487 | 90,600 | 823 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |

| Search Term | Col A | Col B | Col C | Col D | Objection | Col E | Col F | Col G |
|---|---|---|---|---|---|---|---|---|
| (((pledg* OR assign* OR transfer* OR allocat*) w/25 (asset* OR collateral OR secur* OR receivable* OR rcvbl* OR recs)) AND (Leadenhall OR ledenhall OR lendenhall OR lcp OR lh OR credigy OR "ING Capital" OR ING JGW OR "JG Went*" OR "J.G." OR WMS OR "St. James") | 46,785 | 104,685 | 807 | | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| (seiz* OR foreclos* OR liquidat* OR strip* OR transfer* OR take*) w/20 ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR Ken* OR King OR "KK") | 27,095 | 56,401 | 0 | | (seiz* OR foreclos* OR liquidat* OR strip* OR transfer* OR take*) w/10 ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR (Ken* w/2 King)) | 18,988 | 38,999 | 14,337 |
| (Nick OR Nicholas OR Bennett OR Bennet OR NB) w/20 (office OR promot* OR control* OR asset* OR collateral OR secur* OR receivable* OR rcvbl* OR rec OR recs) | 42,651 | 83,148 | 6,349 | | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| "flow of funds" OR fof | 26,742 | 45,150 | 9,891 | The search term "flow of funds" is capturing a wide range of ordinary business documents and routine transaction records, making the results vastly overbroad and irrelevant. A review of unique hits for "Leadenhall" or "lcp" yields zero documents, confirming that this term does not identify any relevant material and only burdens the review with unrelated financial records. | (Leadenhall OR ledenhall OR lendenhall OR (cp OR lh) AND ("flow of funds" OR fof) | 5,656 | 12,822 | 2,282 |
| ("loan and security agreement" OR LSA OR facility OR debt OR loan OR credit) w/20 (diligenc* OR guarant*) | 25,276 | 65,849 | 857 | | (Leadenhall OR ledenhall OR lendenhall OR (cp OR lh) AND (("loan and security agreement" OR LSA OR facility OR debt OR loan OR credit) w/20 (diligenc* OR guarant*)) | 3,640 | 10,309 | 192 |
| (AA OR Alex OR Adnan) w/20 (office OR promot* OR control OR asset* OR collateral OR secur* OR receivable* OR rcvbl* OR rec OR recs) | 31,202 | 73,688 | 2,033 | | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| (SEC OR DOJ OR "Securities and Exchange Commission" OR "Department of Justice" OR "Justice Department") AND (suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko OR 600) | 24,099 | 59,600 | 1,925 | | ((SEC OR DOJ OR "Securities and Exchange Commission" OR "Department of Justice" OR "Justice Department") w/5 investigat*) | 654 | 889 | 543 |
| ("loan and security agreement" OR LSA OR facilit* OR (sale w/2 agreement*) OR (servicing w/2 agreement*) OR (pledge w/3 agreement*) OR guarant*) w/15 (SuttonPark OR "Sutton Park" OR SPLCSS OR Dorchester OR Insurety OR "Signal Medical" OR "Signal SML") | 37,112 | 82,239 | 2,022 | | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| Haymarket | 19,014 | 37,896 | 0 | | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| (restructur* OR repay*) w/10 (debt* OR negotiat* OR bankrupt* OR term* OR plan*) | 17,440 | 52,180 | 779 | | (Leadenhall OR ledenhall OR lendenhall OR (cp OR lh) AND ((Repay OR Negotiate OR renegotiate) w/10 (debt* OR term* OR plan*)) | 789 | 2,566 | 32 |

| Search Term | Col A | Col B | Col C | Objection | Col E | Col F | Col G |
|---|---|---|---|---|---|---|---|
| Jill* OR Gettman* OR Getman* | 18,389 | 49,740 | 94 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| Wentworth OR "J.G." OR JG | 33,865 | 65,681 | 3,178 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| Borrow* w/3 Base* | 29,692 | 63,192 | 3,933 | (Leadenhall OR ledenhall OR lendenhall OR (cp OR lh) AND ((Borrow* w/3 Base*)) | 7,893 | 17,373 | 914 |
| crim* | 25,497 | 60,476 | 2,200 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| luca OR "john wells" OR phil OR "tom foot" | 18,312 | 37,971 | 1,031 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| "AM Best" | 21,534 | 51,008 | 4,261 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| Carson OR McGuffin OR McGufin OR Magufin OR Maguffin | 11,760 | 25,059 | 340 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| (agree* OR memo* OR MOU OR contract*) w/10 ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR Ken* OR King OR "KK") | 13,209 | 46,414 | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| (holdco OR "total asset" OR ta OR (all w/5 asset*)) w/10 (call* OR default* OR accelerat* OR consolidat*) | 2,997 | 9,521 | 75 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| (manipulat* OR modif* OR chang* OR fals* OR fake* OR sham* OR show* OR temporar* OR "for now" OR placeholder OR report* OR record*) w/5 (portfolio* OR lender* OR facilit*) | 18,361 | 55,946 | 1,140 | (manipulat* OR fals* OR fake* OR sham* OR placeholder) w/5 (portfolio* OR lender* OR facilit*) | 312 | 1,161 | 149 |
| (Wells OR bank OR statement* OR reserve* OR collection*) w/20 (forge* OR fals* OR photoshop* OR edit* OR fake*) | 16,169 | 41,643 | 1,081 | (Wells OR "bank statement" OR "reserve account" OR "collection account") w/10 (forgery OR forge OR forged OR photoshop* OR edit* OR fake*) | 1,356 | 3,126 | 1,084 |
| Gillespie OR Gillespy | 17,697 | 35,709 | 58 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |

| Term | | | | | | | |
|---|---|---|---|---|---|---|---|
| Saliba | 9,575 | 18,481 | 103 | | 0 | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. |
| MPFin OR "MP Fin" OR MPF | 20,337 | 35,192 | 2,894 | | 0 | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. |
| (make OR made OR give OR "as if" OR like) w/5 (appear* OR seem* OR look* OR act* OR illus*) | 51,509 | 104,084 | 7,087 | | 0 | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. |
| (Josh OR Wander OR Steve* OR Pasko OR JW OR JCW OR they* OR he) AND (resign* OR ""step down"" OR ""step aside"" OR fool* OR idiot* OR ass OR asshole OR asshat OR moron* OR dumb* OR stupid* OR pats* OR loser OR rube OR dipshit OR fuck* OR mother* OR dipshit OR sucker OR jackass OR dunce* OR shit* OR prick OR jerk*) | 13,822 | 43,853 | 1,256 | | 0 | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. |
| (doc* OR document*) w/5 (tos* OR shred OR delete OR destroy* OR destruction* OR spoil* OR spoliat* OR missing OR retain* OR retention* OR preserv*) | 12,256 | 36,031 | 1,139 | | 0 | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. |
| (cash OR deficien* OR short*) w/25 (Heron OR Medset OR SPSS) | 10,611 | 26,217 | 266 | | 0 | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. |
| (fail* w/3 apart) OR (keep w/3 going) OR bankrupt OR broke | 9,227 | 25,131 | 670 | | 0 | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. |
| ((book* OR record* OR accounting OR accountant* OR karen OR gorde OR controller) w/15 (modif* OR alter* OR tweak* OR edit* OR chang" OR show* OR temporar* OR "for now" OR placeholder OR balance* OR match* OR fit OR align*)) AND (Leadenhall OR ledenhall OR lendenhall OR lcp OR lh OR credigy OR "ING Capital" OR ING OR JGW OR "JG Went*" OR "J.G." OR WMS OR "St. James") | 14,046 | 51,710 | 223 | | 0 | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. |
| Borrow* w/3 Request* | 12,158 | 30,326 | 101 | 3,280 | 8,222 | 259 | (Leadenhall OR ledenhall OR lendenhall OR (cp OR lh) AND ((Borrow* w/3 Request*)) |
| injunction* OR enjoin* OR "restraining order" OR TRO | 9,782 | 31,562 | 178 | | 0 | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. |
| steal* OR stole* | 7,412 | 22,808 | 487 | | 0 | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. |
| Everton AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR Ken* OR King OR "KK") | 1,436 | 3,431 | 0 | 1,005 | 2,170 | 529 | Everton AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR ACM OR Haymarket OR (Ken* w/2 King)) |

| Search Term | Col1 | Col2 | Col3 | Objection | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|---|
| "777 Re" AND preferred | 5,280 | 20,449 | 47 | "777 Re" AND "preferred equity" | 2,408 | 8,383 | 951 |
| (we OR we're OR "we are" OR I'm OR "I am" OR "this" OR they OR them OR you*) w/5 (fuck* OR shit* OR screw* OR trouble OR sue* OR *suit OR jail OR prison) | 50,898 | 95,135 | 9,974 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| matrix OR matrices OR matrixes | 5,982 | 14,945 | 723 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| GlassRatner OR Glass OR Ratner | 7,709 | 20,009 | 1,176 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| (book* OR record* OR account*) w/5 ((cook* OR fals* OR fake* OR manipulat* OR pretend OR sham) and not (Robert w/2 Cook) or (Jeanette w/2 Cook)) | 8,672 | 24,898 | 576 | (book* OR record* OR account*) w/3 ((cook OR cooks OR cooked OR fals* OR fake* OR manipulat* OR pretend OR sham) and not (Robert w/2 Cook) or (Jeanette w/2 Cook) or (Sherman w/2 cook)) | 644 | 2,611 | 446 |
| (facetime) OR (ft w/3 (let's OR lets OR me)) OR "financial times" | 3,161 | 4,422 | 495 | (facetime) OR (ft w/3 (let's OR lets OR me)) AND "financial times" | 15 | 26 | 5 |
| (credit OR rating*) w/10 downgrad* | 6,680 | 23,291 | 87 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| fir* w/3 (him or them or us) | 6,400 | 16,060 | 1,111 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| "Steering Committee" OR SteerCo | 2,087 | 4,884 | 1,120 | ("Steering Committee" OR SteerCo) AND ("A-CAP" OR ACAP OR ACH OR "Advantage Capital" OR Haymarket OR ACM OR (Ken* w/2 King)) | 390 | 916 | 342 |
| JWARP | 1,837 | 3,711 | 333 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |
| (first-priority OR (first w/2 priority) OR (1st w/2 priority) OR second-priority OR (second w/2 priority) OR (2nd w/2 priority) OR (2d w/2 priority) OR third-priority OR (third w/2 priority) OR (3rd w/2 priority) OR (3d w/2 priority) OR fourth-priority OR (fourth w/2 priority) OR (4th w/2 priority)) AND ("loan and security agreement" OR LSA OR facility) | 5,416 | 17,711 | 0 | (first-priority OR (first w/2 priority) OR (1st w/2 priority) OR second-priority OR (second w/2 priority) OR (2nd w/2 priority) OR (2d w/2 priority) OR third-priority OR (third w/2 priority) OR (3rd w/2 priority) OR (3d w/2 priority) OR fourth-priority OR (fourth w/2 priority) OR (4th w/2 priority)) AND ("loan and security agreement" OR LSA) | 1,506 | 4,014 | 801 |
| (talk* OR discuss*) w/5 (offline OR "in person" OR "in-person" OR live) | 2,249 | 3,691 | 426 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 | 0 |

| Search Term | | | | | | | Objection | | |
|---|---|---|---|---|---|---|---|---|---|
| scam* | 2,911 | | 7,511 | 108 | | | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| forbear* w/5 (agree* OR negotiat*) | 1,642 | | 4,782 | 53 | | 133 | ((forbear* w/5 (agree* OR negotiat*)) AND ("A-CAP" OR ACAP OR ACH OR "Advantage Capital" OR Haymarket OR ACM OR (Ken* w/2 King)) AND ((Leadenhall OR ledenhall OR lendenhall OR (cp OR lh)) | 392 | 10 |
| JARM AND ("A-CAP" OR ACAP OR ACH OR "Advantage Capital" OR Haymarket OR ACM OR Ken* OR King OR "KK") | 1,890 | | 4,069 | 0 | | 1,848 | JARM AND ("A-CAP" OR ACAP OR ACH OR "Advantage Capital" OR Haymarket OR ACM OR (Ken* w/2 King)) | 3,911 | 990 |
| (get* OR too OR in) w/5 clos* | 53,073 | | 118,942 | 5,188 | | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| (fuck* OR screw* OR shit* OR bullshit OR crap*) AND (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 2,899 | | 7,944 | 12 | | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| A-Miami or amiami | 1,036 | | 2,268 | 179 | | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| (he* OR the*) w/10 (fool* OR idiot* OR ass OR asshole OR asshat OR moron* OR dumb* OR stupid* OR pats* OR loser OR rube OR dipshit OR fuck* OR mother* OR dipshit OR sucker OR jackass OR dunce* OR shit* OR prick OR jerk*) | 12,109 | | 28,456 | 1,547 | | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| pledg* w/3 (double OR triple OR quadruple two OR three OR multiple OR again OR already OR both) | 2,478 | | 4,931 | 32 | | 2,361 | pledg* w/3 (double OR triple OR quadruple OR multiple OR again OR already OR both) | 4,650 | 1018 |
| (protective w/3 advance*) AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR Haymarket OR ACM OR Ken* OR King OR "KK") | 484 | | 1,276 | 0 | | 439 | (protective w/3 advance*) AND ("A-CAP" OR ACAP OR "ACH" OR "Advantage Capital" OR Haymarket OR ACM OR (Ken* w/2 King)) | 1,213 | 208 |
| (josh or steve* or Wander or Pasko or JW or JCW) w/20 (buyout OR (bought w/5 out)) | 519 | | 1,138 | 91 | | 519 | No change. The 777 Entity Defendants will review documents returned by this search term for responsiveness. | 1,138 | 112 |
| evict* | 1,407 | | 3,792 | 51 | | 0 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| ((writ* OR wrot*) w/2 (down OR in)) w/20 (asset* OR collateral OR secur* OR recievable* OR rcvbl* OR rec OR recs) | 9,597 | | 37,597 | 73 | | 439 | (Leadenhall OR ledenhall OR lendenhall OR (cp OR lh)) AND (((writ* OR wrot*) w/2 (down OR in)) w/20 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs)) | 1,213 | 205 |

| Search Term | | | | | | |
|---|---|---|---|---|---|---|
| sham | 454 | 1,867 | 18 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| (text OR message* OR signal OR whatsapp) w/5 (me OR you OR encrypt*) | 93,250 | 147,730 | 22,314 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| Continuum OR "South Pointe" OR "South Point" | 255 | 560 | 23 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| paydown w/5 (letter* OR agree* OR negotiat*) | 327 | 783 | 18 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| tape w/10 (allocat* OR facility) | 463 | 1,113 | 25 | (Leadenhall OR ledenhall OR lendenhall OR (cp OR lh) AND ((tape w/10 (allocat* OR facility))) | 1119 | 3,861 | 3 |
| "paper trail" | 199 | 336 | 1 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| ((josh OR steve* OR Wander OR Pasko OR JW OR JCW OR they) w/5 (is OR was OR want* or say* or said or are)) w/20 (asset* OR collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) | 17,255 | 48,697 | 874 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| 600 w/10 (cocaine OR coke OR drug* OR crim* OR convict*) | 93 | 232 | 2 | The proposed search terms are facially overbroad and, as formulated, disproportionately retrieve non-responsive material rather than reasonably targeting responsive documents. | 0 | 0 |
| (office* w/5 mov*) w/5 (Mia* OR brickell OR brkl) | 37 | 139 | 0 | No change. The 777 Entity Defendants will review documents returned by this search term for responsiveness. | 37 | 139 | 0 |
| (round w/2 trip* or "roundtrip") w/5 (fund* OR loan* OR money*) | 8 | 11 | 0 | No change. The 777 Entity Defendants will review documents returned by this search term for responsiveness. | 8 | 11 | 1 |

| | | | | |
|---|---|---|---|---|
| ((Karen OR gorde OR accounting OR accountant* OR controller) AND (pledge* OR assign* OR allocat* OR transfer* OR asset* OR cook* OR ((put OR take) w/5 (off* OR on*)) OR modif* OR alter* OR fals* OR fake* OR pretend* OR tweak* OR edit* OR manipulat* OR chang* OR sham* OR show* OR "seem like" OR "look like" OR temporar* OR "for now" OR placeholder OR balance* OR match* OR fit OR align*) AND (collateral OR secur* OR receivable* OR recievable* OR rcvbl* OR rec OR recs) AND (suttonpark OR Insurety OR Signal OR "A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "SPC" OR "SPLCSS" OR "SPSS" OR "Advantage Capital" OR Dorchester OR Wander OR Pasko OR R600 OR Leadenhall OR ledenhall OR lendenhall OR lcp OR lh OR credigy OR "ING Capital" OR ING OR JGW OR "JG Went*" OR "J.G. " OR WMS OR "St. James")) | 74,733 | 167,964 | 2,291 | (Leadenhall OR ledenhall OR lendenhall OR lcp OR lh) AND ((Karen w/2 Gorde) OR accounting OR accountant* OR controller) AND ((pledge* OR assign* OR allocat* OR cook OR cooked OR modif* OR alter* OR fals* OR fake* OR pretend* OR tweak* OR edit* OR manipulat* OR chang* OR sham*) AND (collateral OR secur* OR receivable*) AND ("A-CAP" OR ACAP OR LSA OR SILAC OR "Singapore Life" OR "Advantage Capital" OR credigy OR "ING Capital" OR "ING" OR "JGW" OR "JG Went*" OR "J.G." OR WMS OR "St. James")) | 5,058 | 14,992 | 64 |
| | 643,884 | 799,823 | | | 58,533 | 123,384 | |