UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-03453-JGK |

**DECLARATION IN SUPPORT OF MOTION FOR WITHDRAWAL**

I, Michael E. Petrella, declare as follows, pursuant to 28 U.S.C. § 1746:

1. Pursuant to Local Rule 1.4 of the United States District Court for the Southern District of New York, Cadwalader, Wickersham & Taft LLP respectfully requests leave of the Court to withdraw its appearance as counsel for Intervenors Haymarket Insurance Company and ACM Delegate ("Intervenors") in the above-captioned matter.

2. F. Phillip Hosp, David Jordan, and Phara Guberman of Foley & Lardner LLP have been counsel of record for the Intervenors since September 4, 2025. Foley & Lardner LLP will remain counsel of record for the Intervenors. Consequently, Cadwalader's withdrawal will not affect the posture of this case or prejudice any party.

3. Cadwalader does not currently intend to assert a retaining or charging lien.

-2-

4. Intervenors do not object to Cadwalader's withdrawal as counsel of record.

5. For the foregoing reasons, Cadwalader hereby requests to be removed as counsel of record from the Electronic Case Filing system, and that no documents, notices, or other pleadings in the action be served upon Cadwalader.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2025
       New York, New York

By: _____
Michael E. Petrella