UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, et al.,

        Plaintiffs,

-against-

JOSH WANDER, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/25

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has reviewed and reviewed: (1) the 777 Entity Defendants' letter-application dated October 27, 2025, seeking an order "directing that only responsive, non-privileged documents in the PST file [produced to plaintiffs by Frederick Love] shall be produced together with a privilege log" (Dkt. 365); (2) the parties' joint status update letter dated October 28, 2025 (Dkt. 370); and (3) the A-CAP Defendants' letter-application dated October 30, 2025 (Dkt. 371), seeking an adjournment of the discovery conference now scheduled for November 4, 2025 (*see* Dkt. 359), in order to allow the A-CAP Defendants' incoming counsel to familiarize themselves with the discovery disputes scheduled to be heard at the conference.

    The Court has not received any response from plaintiffs to the 777 Entity Defendants' October 27, 2025 letter-application regarding the Love PST file. Nor has the Court received any response from non-party Nicholas Bennett to plaintiffs' October 17, 2025 letter-application (Dkt. 357), seeking an order compelling him to comply with the subpoena duces tecum served upon him on July 3, 2025 – or any request from Mr. Bennett for an extension of his deadline to respond, which was October 24, 2025. (*See* Dkts. 358, 360.) The Court notes that, according to the 777 Entity Defendants, Mr. Bennett is (or will be) represented by counsel, who presumably understands the risks attendant upon failing to respond to the pending motion.

The A-CAP Defendants' adjournment request is GRANTED IN PART. The conference scheduled for **November 4, 2025, at 10:00 a.m.**, will go forward with respect to the portion of plaintiffs' August 5, 2025 letter-application (Dkt. 334) seeking an order to compel additional discovery from the 777 Entity Defendants. The conference is ADJOURNED to **November 24, 2025, at 11:00 a.m.**, with respect to (a) the portion of plaintiffs' August 5, 2025 letter-application seeking an order compel additional discovery from the A-CAP Defendants; and (b) plaintiffs' October 17, 2025 letter-application seeking an order compelling Mr. Bennett to comply with his subpoena. Additionally, the Court sua sponte EXTENDS Mr. Bennett's time to respond to that letter-application to **November 7, 2025**. Plaintiffs' optional reply letter is due by **November 14, 2025**.

Plaintiffs are hereby ORDERED to promptly serve a copy of this Order upon Mr. Bennett – and upon attorney Jeffrey Slocum – via their last known customary email addresses, and file proof of such service upon the docket.

Lastly, the Court sua sponte EXTENDS plaintiffs' deadline to respond to the 777 Entity Defendants' October 27, 2025 letter-application regarding the Love PST file to **November 7, 2025**.

The Clerk of Court is respectfully directed to close the motion at Dkt. 371.

Dated: New York, New York  
October 31, 2025

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**