USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/03/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, et al.,

        Plaintiffs,

-against-

JOSH WANDER, et al.,

        Defendants.

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court's Order on October 31, 2025 (Dkt. 379) erroneously stated that plaintiff had not yet responded to the 777 Entity Defendants' letter-application dated October 27, 2025 (Dkt. 365), regarding the PST file produced to plaintiffs by Frederick Love. In fact, plaintiffs responded by letter dated October 30, 2025 (Dkt. 375). The Court regrets the error. The 777 Entity Defendants' optional reply is due no later than **November 7, 2025**. All other deadlines set by the Court's October 31, 2025 Order remain unchanged.

Dated: New York, New York
       November 3, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**