```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/04/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, et al.,

                Plaintiffs,

  -against-

JOSH WANDER, et al.,

               Defendants.

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's discovery conference, it is hereby ORDERED that:

    1.    No later than **January 5, 2026**, the 777 Entity Defendants must answer plaintiffs' first and second Requests for Admission (*see* Dkt. 334-3, at ECF pp. 4-5), construed to read as follows:

> **RFA 1**: For each asset listed in Exhibit A, admit that it was referenced in a Compliance Report issued by You and that it was subsequently removed from such Compliance Report when the Compliance Report was reissued.
>
> **RFA 2**: For each asset in Exhibit A as purportedly securing loans Leadenhall made pursuant to the LSA, admit that it was not at all times Free and Clear of Any Adverse Claim throughout the relevant period.

    2.    Plaintiffs must revise their proposed search terms and strings for the 777 Entity Defendants such that they hit on no more than 300,000 documents (not including families) when run across the seven custodians listed on page 5 of the October 28, 2025 joint status update letter (Dkt. 370). To that end, plaintiffs must send a revised set of proposed search terms and strings to the 777 Entity Defendants no later than **November 11, 2025.** The 777 Entity Defendants must then provide a hit report to plaintiffs within one business day. If the revised search terms and strings still return more than 300,000 documents, plaintiffs must provide further revisions, and the 777 Entities must provide corresponding hit reports, until the goal is met. The 777 Entity Defendants

must then act promptly to produce all relevant and non-privileged documents returned by the searches, on a rolling basis. Nothing in this Order precludes plaintiffs from proposing additional or expanded search terms (or from proposing that the list of custodians be expanded) *after* they have reviewed the documents produced as a result of this Order.

Dated: New York, New York  
       November 4, 2025

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**