

King & Spalding LLP
1290 Avenue of the Americas
New York, New York 10104

**Leigh M. Nathanson**
Partner
T:  212-790-5359
lnathanson@kslaw.com

November 5, 2025

The Honorable Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

Re: *Leadenhall Capital Partners LLP et al v. Wander et al*, 24-cv-03453-JGK-BCM

Dear Judge Moses,

I write on behalf of Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC ("Leadenhall") in connection with the Letter Motion for Conference Steven Pasko filed on November 3, 2025 (ECF 382) and the Letter Motion for Conference and Expedited Relief the 777 Entity Defendants filed on November 4, 2025 (ECF 384).

In light of the degree of overlap in the issues raised by Steven Pasko's Letter Motion and 777 Entity Defendant's Letter Motion, Leadenhall respectfully requests leave to file one consolidated response of up to 3,500 words. In addition, Leadenhall respectfully requests that the deadline for this response be extended to Monday, November 10, 2025. Counsel for Leadenhall has conferred with counsel for Steven Pasko and the 777 Entity Defendants, who consent to the relief requested herein.

Respectfully submitted,

/s/ *Leigh M. Nathanson*
Leigh M. Nathanson

cc: Counsel of record (via ECF)