

King & Spalding LLP
1290 Avenue of the Americas
New York, New York 10104

**Leigh M. Nathanson**
Partner
T: 212-790-5359
lnathanson@kslaw.com

November 13, 2025

<u>VIA ECF</u>

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK

Dear Judge Moses,

  We write on behalf of Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC (together, Leadenhall"), in accordance with Local Civil Rule 7.1(e), to seek leave from the Court to file a brief sur-reply in order to address a new issue, raised by Defendant SuttonPark Capital, LLC ("SPC") for the first time on reply (ECF 90), misstating facts as to Leadenhall and its counsel's interactions with Mr. Love.  A copy of Leadenhall's proposed sur-reply is attached to this letter as Exhibit A.

  Motions for leave to file a sur-reply are subject to the discretion of the court. *Sec. & Exch. Comm'n v. Ripple Labs, Inc.,* 2022 WL 329211, at *3 (S.D.N.Y. Feb. 3, 2022).  Courts grant leave to file sur-replies when they are directed to arguments raised for the first time in a reply brief.  *Id.*; *see also Katalyst Sec., LLC v. Marker Therapeutics, Inc.*, 2023 WL 22610, at *4 n.2 (S.D.N.Y. Jan. 3, 2023) (sur-reply appropriate for the narrow purpose of rebutting a discrete issue raised for the first time on reply); *St. Clair Intell. Prop. Consultants, Inc. v. Samsung Elecs. Co.*, 291 F.R.D. 75, 80 (D. Del. 2013) (granting request for sur-reply because it "will allow the Court to more fully and fairly evaluate Defendants' pending motion").  Leadenhall therefore respectfully seeks leave to file a brief sur-reply for the purpose of addressing the newly raised issues in SPC's reply brief.

             Respectfully submitted,

             <u>*/s/ Leigh M. Nathanson*</u>

             Leigh M. Nathanson