# Exhibit B

| | |
|---|---|
| **From:** | Jeffrey Sloman |
| **To:** | Zoe Beiner; Michael Nadler; Frank Murray |
| **Cc:** | Leigh Nathanson; Brian Donovan; Peter Starr; Leadenhall-NY |
| **Subject:** | Re: Leadenhall et al. v. Wander et al., 24-cv-03453 (S.D.N.Y.) |
| **Date:** | Tuesday, November 11, 2025 12:15:36 PM |
| **Attachments:** | image001.png<br>stumphauzerkolayanadlersloman_95fbe10e-83bc-4917-bb96-d9e1b2032972.png |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Dear Ms. Beiner,

Mr. Bennett has invoked his Fifth Amendment privilege against self-incrimination because he "has a credible and well-founded fear that ***any*** materials he provides relating to 777 Partners—and, indeed, the act of producing any such materials—might tend to incriminate him." See DE 392 filed November 7, 2025. Therefore, unless your client withdraws its subpoena, please consider this email and our filed response in opposition as Mr. Bennett's formal position.

Sincerely,


**Jeffrey Sloman**

Stumphauzer Kolaya Nadler & Sloman, PLLC

One Biscayne Tower
2 South Biscayne Boulevard, Suite 1600
Miami, FL 33131

E-mail:   jsloman@sknlaw.com
Direct:   305-614-1403
Fax:      305-614-1425

Bio | VCard | sknlaw.com



---

**From:** Zoe Beiner <ZBeiner@KSLAW.com>
**Date:** Tuesday, November 11, 2025 at 11:21 AM
**To:** Jeffrey Sloman <jsloman@sknlaw.com>, Michael Nadler <mnadler@sknlaw.com>, Frank Murray <fmurray@sknlaw.com>
**Cc:** Leigh Nathanson <lnathanson@kslaw.com>, Brian Donovan <bdonovan@kslaw.com>, Peter Starr <pstarr@kslaw.com>, Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Subject:** RE: Leadenhall et al. v. Wander et al., 24-cv-03453 (S.D.N.Y.)

Some people who received this message don't often get email from zbeiner@kslaw.com. Learn why this is important

Counsel:

Please let us know when you are available to meet and confer today.

Thanks,

Zoe

**Zoe Beiner**
*Senior Associate*

T: +1 202 626 5575 | zbeiner@kslaw.com | Bio | vCard

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006



kslaw.com

---

**From:** Zoe Beiner
**Sent:** Monday, November 10, 2025 4:41 PM
**To:** jsloman@sknlaw.com; mnadler@sknlaw.com; fmurray@sknlaw.com
**Cc:** Leigh Nathanson <lnathanson@kslaw.com>; Brian Donovan <bdonovan@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Subject:** RE: Leadenhall et al. v. Wander et al., 24-cv-03453 (S.D.N.Y.)

Counsel:

Following up here.  Please provide some time slots that you are available to meet and confer tomorrow.

Thanks,

Zoe

**Zoe Beiner**
*Senior Associate*

T: +1 202 626 5575 | zbeiner@kslaw.com | Bio | vCard

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006



kslaw.com

**From:** Zoe Beiner
**Sent:** Monday, November 10, 2025 10:28 AM
**To:** jsloman@sknlaw.com; mnadler@sknlaw.com; fmurray@sknlaw.com
**Cc:** Leigh Nathanson <lnathanson@kslaw.com>; Brian Donovan <bdonovan@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>
**Subject:** Leadenhall et al. v. Wander et al., 24-cv-03453 (S.D.N.Y.)

Counsel:

We would like to meet and confer regarding your response to the motion to compel Mr. Bennett's compliance with Plaintiffs' subpoena. Please let us know when you are available today or tomorrow.

Thanks,
Zoe

**Zoe Beiner**
*Senior Associate*

T: +1 202 626 5575 | zbeiner@kslaw.com | Bio | vCard

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006



kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

This e-mail message is from Stumphauzer Kolaya Nadler & Sloman, PLLC, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.