USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/17/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, et al.,

        Plaintiffs,

-against-

JOSH WANDER, et al.,

        Defendants.

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has reviewed (1) the 777 Entity Defendants' October 27, 2025 letter-motion requesting that the Court (a) permit it to review the contents of the hard drive produced by Frederick Love in response to plaintiffs' subpoena for responsiveness as well as privilege and (b) order that "only responsive, non-privileged documents" be produced to plaintiffs, along with a privilege log (Dkt. 365); (2) the plaintiffs' response stating that the 777 Entities should not be entitled to substitute their own responsiveness criteria (Dkt. 375); (3) the 777 Entity Defendants' reply (Dkt. 390); and (4) plaintiffs' sur-reply (Dkt. 395).

    The Court has also reviewed (1) defendant Pasko's November 3, 2025 letter-motion seeking to quash certain subpoenas served by plaintiffs on four non-party banks insofar as they request Pasko's banking records (Dkt. 382); (2) the 777 Entity Defendants' November 4, 2025 letter-motion seeking to quash two of the same subpoenas insofar as they request banking records for 777 Partners LLC, 600 Partners LLC, and SuttonPark Capital LLC (Dkt. 384); (3) plaintiffs' combined responding letter (Dkt. 394); and (4) the 777 Entity Defendants' reply letter (Dkt. 396).

    Judge Moses will hold a discovery conference regarding the disputes identified above on **November 26, 2025, at 9:30 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York 10007. The parties are directed to continue to meet and confer in good faith to resolve their discovery disputes. If they are able to resolve or narrow their disputes, they must file a status

update letter, no later than **November 24, 2025**, noting which disputes have been resolved or narrowed and which still require judicial resolution.

Dated: New York, New York  
       November 17, 2025

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**