# Exhibit A

| Number of participants | 4 |
|---|---|
| Participants | 4794 Jorge Beruff |
| | 3551 Damien Alfalla |
| | 4794 |
| | 3551 |
| Number of messages | 18 |
| First message sent date/time | December 04, 2020 3:50:50 PM |
| Last message sent date/time | December 04, 2020 3:58:49 PM |

**4794** — December 04, 2020 3:50:50 PM

damo - let me know if it's ok for paul to
sign employment agreement with 777 partners as employer, and then we amend later in the month once uk entity is set up. I just need to get paul on boarded next week to run 777AM now that it's live

**4794** — December 04, 2020 3:51:05 PM

thanks brother

**3551** — December 04, 2020 3:51:15 PM

Yeah that's fine.

**3551** — December 04, 2020 3:51:34 PM

I said to Melissa and molly a while ago

**4794** — December 04, 2020 3:51:49 PM

you the man. i'm in execution mode (damien alfalla mode)

JAJB000610

**3551** — December 04, 2020 3:51:56 PM
I know

**3551** — December 04, 2020 3:52:58 PM
I'm right behind… we need to catch up soon.. need some Beruff insights

**4794** — December 04, 2020 3:53:41 PM
I need alfalla insights too

haven't had a second to breathe this week

**3551** — December 04, 2020 3:54:04 PM
Yup… got to get something out ASAP

**3551** — December 04, 2020 3:54:12 PM
Paying acap $33 million

**3551** — December 04, 2020 3:54:19 PM
Ttyl

**4794** — December 04, 2020 3:56:54 PM
ha where is the $33m coming from?

**3551** — December 04, 2020 3:57:24 PM
I won't even say to protect the innocent

**3551** — December 04, 2020 3:57:41 PM
Just save some bail money for me

**4794** — December 04, 2020 3:57:51 PM
yikes

**3551** — December 04, 2020 3:58:14 PM
Yup. It sucks

**3551** — December 04, 2020 3:58:33 PM
Hopefully cured next week but still the wrong thing to do

**4794** — December 04, 2020 3:58:49 PM
geez man, be careful