# Exhibit B



| Number of participants | 4 |
| Participants | ███ 4794 Jorge Beruff |
| | ███ 5467 Mike Saliba |
| | ███ 4794 |
| | ███ 5467 |
| Number of messages | 64 |
| First message sent date/time | June 01, 2021 11:26:31 AM |
| Last message sent date/time | June 01, 2021 9:25:22 PM |

---

**███ 4794**  June 01, 2021 11:26:31 AM

call you in a bit

---

**███ 4794**  June 01, 2021 12:50:13 PM

scott talked to kristin - she told him she doesn't think she needs to do anything else on this transaction.

so if she's good, can you just give 777 AM the greenlight to begin the funding process when you are all set?

---

**███ 5467**  June 01, 2021 1:24:13 PM

Okay I'll push legal right now but nothing further from business side

---

**███ 4794**  June 01, 2021 1:24:43 PM

👍

---

**███ 5467**  June 01, 2021 1:25:06 PM

Legal should be straight forward just need to get Jill to do it and stop doing other stuff

JAJB000911



**5467**                                    June 01, 2021 5:02:13 PM

I think that everything will be done soon. Confirming you have the svo filing handled.

**5467**                                    June 01, 2021 5:02:20 PM

That will need to be done before quarter end

**4794**                                    June 01, 2021 6:55:31 PM

ok. we'll handle

scott will sign off in the morning on the legal docs?

**5467**                                    June 01, 2021 7:00:59 PM

Or tonight

**4794**                                    June 01, 2021 7:05:28 PM

cool.

is jill still mad at us?

**5467**                                    June 01, 2021 7:09:20 PM

Lol she will be fine in morning



**4794**     June 01, 2021 7:09:59 PM

i feel bad. I want her to be friends with us again

**5467**     June 01, 2021 7:10:10 PM

Rough day today but not entirely 777 fault

**5467**     June 01, 2021 7:12:31 PM

This one actually was a pretty easy one but she just felt like we were being jammed

**5467**     June 01, 2021 7:12:42 PM

Could have been avoided

**5467**     June 01, 2021 7:12:45 PM

But all good

**4794**     June 01, 2021 7:13:47 PM

yeah, I thought after our convo last week this was one that wouldn't have to take up time for you guys and could be waived in pretty easily

**5467**     June 01, 2021 7:14:15 PM

Yes me too

███ 5467                                              June 01, 2021 7:15:27 PM

Miley too

███ 5467                                              June 01, 2021 7:15:38 PM

This one is very straight forward



███ 4794                                              June 01, 2021 7:15:48 PM

on our weekly 777 AM / ACAP calls lets spend time on each call identifying ways to streamline these deal approvals so we have better process down and people don't feel jammed or bitter after. that's the last thing we want

███ 5467                                              June 01, 2021 7:17:37 PM

Let's invite Jill to that call

███ 5467                                              June 01, 2021 7:17:58 PM

Really comes down to her. You and I can develop the most elegant plan and if she's not on board then it's moot



███ 4794                                              June 01, 2021 7:18:32 PM

yes

**████4794**                                    June 01, 2021 7:18:55 PM

didn't realize how influential she was in
all
of this.

**████4794**                                    June 01, 2021 7:19:36 PM

let's definitely get her on the next 777 AM / ACAP ops call and we can address up front

**████4794**                                    June 01, 2021 7:20:01 PM

i'll give her a call separately tomorrow to continue to build back some goodwill

**████4794**                                    June 01, 2021 8:18:46 PM

courtney send around our affiliate concentrations. let me know if you want to link up
tomorrow afternoon with yuan to run through and compare to your numbers

**████5467**                                    June 01, 2021 8:19:13 PM

Yes I got it and was going to go through it tonight

**████5467**                                    June 01, 2021 8:19:34 PM

Most important person at ACAP

**████4794**                                    June 01, 2021 8:20:02 PM

Emphasized "Most important person at ACAP "



████ **4794**                                    June 01, 2021 8:20:52 PM

the salibas and kings are just playing for 2nd

████ **5467**                                    June 01, 2021 8:38:44 PM

Truth

████ **4794**                                    June 01, 2021 8:48:45 PM

where does wander rank?

████ **5467**                                    June 01, 2021 8:49:02 PM

Definitely more important than me

████ **4794**                                    June 01, 2021 8:49:38 PM

Emphasized "Definitely more important than me "

████ **5467 Mike Saliba**                        June 01, 2021 8:49:56 PM

You guys need to get some other lenders ha

████ **4794**                                    June 01, 2021 8:58:10 PM

this stuff is more fun with friends through

**4794** — June 01, 2021 8:58:42 PM

fortress, vida, hudson cove....not as much fun

**5467 Mike Saliba** — June 01, 2021 8:58:50 PM

Also truth. But will you remember us when the train leaves the station?

**5467** — June 01, 2021 8:59:26 PM

If cmb doesn't come through in 3 weeks Nebraska gonna be crawling up Josh's ass

**4794** — June 01, 2021 8:59:32 PM

you guys are building an empire too.

**5467 Mike Saliba** — June 01, 2021 9:00:08 PM

Did you guys talk to global growth today?

**4794** — June 01, 2021 9:00:45 PM

yes we did. they need to refi a $35m loan from ares by 6/30

**5467** — June 01, 2021 9:00:56 PM

Yep and what did you think?

**████4794** — June 01, 2021 9:01:38 PM

we're trying to see if we can get a reinsurance deal done with them. 60% of their reserves are structured settlements

**████5467 Mike Saliba** — June 01, 2021 9:02:03 PM

Yes right in your wheel house

**████4794** — June 01, 2021 9:03:02 PM

michigan wants a sale to
get lindberg out but that's going to take months. hopefully they're open to a quicker reinsurance solution
after this ares sales process flopped

**████5467 Mike Saliba** — June 01, 2021 9:03:23 PM

What do they want for the business in a sale?

**████4794** — June 01, 2021 9:04:05 PM

ares original offer was $75 but with adjustments

book value is down to $44 as of 12/31

**████5467 Mike Saliba** — June 01, 2021 9:04:57 PM

They want a premium to book?

**████4794** — June 01, 2021 9:05:24 PM

lindberg is not a discount guy

**████5467 Mike Saliba** — June 01, 2021 9:06:20 PM

Right. What does reinsurance do for them though if they need to refinance the debt in 4 weeks

**████4794** — June 01, 2021 9:08:37 PM

we'd probably have to provide both the loan and then reinsurance

**████5467** — June 01, 2021 9:21:30 PM

Got it

**████5467 Mike Saliba** — June 01, 2021 9:21:58 PM

Get cmb to come through and I think that's a deal we can help with.

**████5467 Mike Saliba** — June 01, 2021 9:22:05 PM

44 of book is tough

**████4794** — June 01, 2021 9:22:19 PM

Loved "Get cmb to come through and I think that's a deal we can help with. "



**███5467 Mike Saliba**                          June 01, 2021 9:22:30 PM

We can do collateral loan or get it rated

**███4794**                          June 01, 2021 9:24:00 PM

you lend to us against our loan to global?

**███4794**                          June 01, 2021 9:24:24 PM

nebraska won't kill
you for the global bankers risk?

**███5467 Mike Saliba**                          June 01, 2021 9:24:38 PM

Oh yea that's a good call

**███5467**                          June 01, 2021 9:24:42 PM

I was thinking you guy it

**███5467**                          June 01, 2021 9:25:22 PM

Buy*