```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, et al.,

        Plaintiffs,

-against-

JOSH WANDER, et al.,

        Defendants.

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's discovery conference, the conference currently scheduled for November 26, 2025, at 9:30 a.m. (*see* Dkt. 400), will proceed only with respect to defendant Pasko's letter-motion seeking to quash certain subpoenas served by plaintiffs on four non-party banks, insofar as they request Pasko's banking records (Dkt. 382). The remaining motions previously scheduled to be heard on November 26, 2025,[1] will instead be heard on **December 3, 2025, at 9:30 a.m.**

    The parties are directed to continue to meet and confer in good faith to resolve their discovery disputes. If they are able to resolve or narrow any of the disputes now scheduled to be heard on December 3, 2025, they must file a status update letter, no later than December 1, 2025, noting which disputes have been resolved or narrowed and which still require judicial resolution.

Dated: New York, New York
       November 24, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] That is: the 777 Entity Defendants' October 27, 2025 letter-motion requesting that the Court (a) permit it to review the contents of the hard drive produced by Frederick Love in response to plaintiffs' subpoena for responsiveness as well as privilege and (b) order that "only responsive, non-privileged documents" be produced to plaintiffs, along with a privilege log (Dkt. 365); and the 777 Entity Defendants' November 4, 2025 letter-motion seeking to quash two of the same bank subpoenas challenged by defendant Pasko's motion, insofar as they request banking records for 777 Partners LLC, 600 Partners LLC, and SuttonPark Capital LLC (Dkt. 384).