**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
: 
LEADENHALL CAPITAL PARTNERS LLP, :
*et al.*, :
: Case No. 24 Civ. 3453 (JGK)
Plaintiffs, :
: **NOTICE OF APPEARANCE**
v. :
:
JOSH WANDER, *et al.*, :
:
Defendants. :
------------------------------------- x

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Defendant Josh Wander in the above-captioned matter.

This Court granted my motion for admission *pro hac vice* on November 25, 2025.

Dated:  November 25, 2025         QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP

                         By:  */s/ Katherine Schroeder*
                              Katherine Schroeder
                              QUINN EMANUEL URQUHART
                                & SULLIVAN, LLP
                              1300 I Street NW, Suite 900
                              Washington, D.C. 20005
                              Tel. (202) 538-8000
                              katherineschroeder@quinnemanuel.com

                              *Attorneys for Defendant Josh Wander*