```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/26/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS
LLP, et al.,

    Plaintiffs,

 -against-

JOSH WANDER, et al.,

    Defendants.

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

 For the reasons discussed during today's discovery conference and summarized below, defendant Steven Pasko's motion to quash the subpoenas served by plaintiffs on four non-party banks (the Subpoenas) (Dkts. 382-1, 382-2, 382-3, 382-4), insofar as they request "records associated with the individual Steven Pasko" (Dkt. 382 at 5) is GRANTED.

 To the extent the challenged portions of the Subpoenas seek records that cannot be obtained via party discovery against the 777 Defendants (or via non-party discovery seeking corporate rather than personal bank records), those records are relevant, if at all, only to the claims against Pasko personally. However, Pasko has moved to dismiss those claims, and the District Judge has stayed discovery against Pasko pending the disposition of that motion. (Dkt. 252.) Moreover, Pasko has articulated colorable objections to the scope of the Subpoenas on overbreadth and privacy grounds. While plaintiffs have proposed a compromise on this point – offering Pasko "the opportunity to review" the bank records for relevance before they are produced (Dkt. 394 at 5) – this would, in effect, impose on Pasko precisely the same party-discovery burdens that the District Judge intended to shield him from until such time as the stay is lifted.

 Consequently, the Subpoenas are hereby QUASHED insofar as they seek the records described in the last paragraph of Exhibit A to each Subpoena (referencing "the individual Steven Pasko").

 The Clerk of Court is respectfully directed to close the motion at Dkt. 382.

Dated: New York, New York
   November 26, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**