

*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York  10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*

*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*JMCCARTHY@sgrlaw.com*

December 1, 2025

**VIA ECF**

Honorable Barbara C. Moses
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

Re:   *Leadenhall Capital Partners LLP, et ano. v. Wander, et al.*, 24 Civ. 3453 (JGK)(BCM)
      Status Letter for December 3 Conference

Dear Judge Moses:

    This status report is submitted by the 777 Entity Defendants in order to update the Court with respect to several discovery issues in advance of the discovery conference scheduled for December 3, 2025.

## I.   Review of Fred Love PST File

    The 777 Entity Defendants made three rolling productions of non-privileged responsive documents from Fred Love's PST File totaling 1,940 documents. In compliance with the Court's November 17, 2025 Order (Dkt. No. 400), the parties met and conferred again on November 21, 2025. The parties were unable to resolve or narrow this dispute, which is what happens with respect to non-privileged documents from the Love PST File.

    Earlier today, the 777 Entity Defendants sent a status report to Plaintiffs and suggested that the production has been completed based on the 777 Entity Defendant's review of more than half of the documents and application of predictive coding and that a privilege log of 44 withheld documents will be forthcoming.  Here is a copy of the table that had previously been submitted to the Court, updated with a column showing documents reviewed thus far:

Honorable Barbara C. Moses
December 1, 2025
Page 2

| Unique Logical Path | Counts | Reviewed |
|---|---|---|
| fl-sp-backup.zip\fl-sp-backup.pst\Deleted Items | 601 | 414 |
| fl-sp-backup.zip\fl-sp-backup.pst\Inbox | 5,983 | 4,074 |
| fl-sp-backup.zip\fl-sp-backup.pst\Sent Items | 693 | 693 |
| fl-sp-backup.zip\fl-sp-backup.pst\Suggested Contacts | 132 | 9 |
| fl-sp-backup.zip\fl-sp-backup.pst\Contacts\ | 1,483 | 157 |
| fl-sp-backup.zip\fl-sp-backup.pst\Drafts | 2 | 2 |
| fl-sp-backup.zip\fl-sp-backup.pst\Junk Email | 235 | 101 |
| fl-sp-backup.zip\fl-sp-backup.pst\Tasks | 1 | 0 |
| fl-sp-backup.zip\fl-sp-backup.pst\Calendar | 728 | 326 |
| fl-sp-backup.zip\fl-sp-backup.pst\Sync Issues1 | 155 | 26 |
| fl-sp-backup.zip\fl-sp-backup.pst\PersonMetadata | 194 | 30 |
| **Total** | **10,207** | **5,832** |

**II.     Plaintiffs' Subpoenas to Financial Institutions**

Following this Court's Order of November 17, 2025 (Dkt. No. 400), 777 Entity Defendants have also moved to quash subpoenas issued by Leadenhall to M&T Bank and Goldman Sachs on the same grounds as their motion to quash subpoenas issued to Wells Fargo and JPMorgan. *See* Dkt Nos. 384, 390 and 405. Ahead of filing the letter motions to quash, counsel for 777 Entity Defendants met and conferred with Ben Watson, counsel for Leadenhall who issued the subpoenas. This meeting did not result in any narrowing or resolution of the issues. By way of further update, JPMorgan Chase and M&T Bank have produced documents in response to the subpoena. Leadenhall contends that these productions render a portion of the letter motion moot. The 777 Entity Defendants are evaluating that contention. The issues raised in 777 Entity Defendants' letter motions as to subpoenas issued to Wells Fargo and Goldman Sachs remain unresolved and, as of now, will require judicial intervention. The parties have agreed to conduct another meet and confer session on this issue tomorrow morning.

Respectfully submitted,

John G. McCarthy

cc:     Counsel of record (via ECF)