USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/03/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS
LLP, et al.,

             Plaintiffs,

  -against-

JOSH WANDER, et al.,

             Defendants.

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's discovery conference:

1.    The 777 Entity Defendants' letter-motion dated October 27, 2025 (Dkt. 365), requesting, *inter alia*, an order permitting them to review the .pst file produced to plaintiffs by non-party Frederick Love for responsiveness (in addition to privilege), before its contents are reviewed by plaintiffs, is DENIED.

2.    The 777 Entity Defendants' letter-motion dated November 4, 2025 (11/04/25 Motion) (Dkt. 384), requesting an order quashing plaintiffs' subpoenas to two non-party banks, to the extent those subpoenas seek the 777 Entities' banking records, is DENIED.

3.    No later than close of business on **December 4, 2025**, the 777 Entity Defendants must advise the Court by letter whether they believe there are any material differences between the 11/04/25 Motion and their letter-motion dated November 21, 2025 (Dkts. 404, 405), requesting an order quashing plaintiffs' subpoenas to two additional non-party banks, to the extent those subpoenas seek the 777 Entities' banking records.

The Clerk of Court is respectfully directed to close the motions at Dkts. 365 and 384.

Dated: New York, New York
       December 3, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**