*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*JMCCARTHY@sgrlaw.com*

December 4, 2025

**VIA ECF**

Honorable Barbara C. Moses
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

Re:   *Leadenhall Capital Partners LLP v. Wander*, 24 Civ. 3453 (JGK)(BCM)

Dear Judge Moses:

      We are the attorneys for the 777 Entity Defendants in the above-referenced action. We write pursuant to the discussion at yesterday's conference concerning the letter motion filed November 21, 2025 seeking to quash subpoenas to Goldman Sachs and M&T Bank. (Dkt. No. 405.). No material differences exist between that motion and the motion decided yesterday morning. (Dkt. No. 384) The 777 Entity Defendants do not object to the Court deciding the motion without a conference.

                                        Respectfully yours,

                                        /s/ *John McCarthy*

                                        John G. McCarthy

Enclosures
cc:   All counsel of record (via ECF only)