UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP, LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>-against-<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | Case No. 1:24-cv-03453-JGK<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Michael Saliba, the Declaration of Phara A. Guberman, the Affidavit of Sean Horner, and the exhibits thereto, Defendants Advantage Capital Holdings LLC and Kenneth King (collectively, the "A-CAP Defendants"), by and through their undersigned counsel, move this Court, before the Honorable John G. Koeltl, at the United States Court House, 500 Pearl Street, New York, New York 10007, for an Order to dissolve the Preliminary Injunction in its entirety, or, in the alternative, (ii) finding Plaintiffs in contempt for violating the Preliminary Injunction, (iii) imposing sanctions, and (iv) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Honorable John G. Koeltl's Individual Rule III.H and Local Civil Rule 6.1(b), opposition papers shall be served within 14 days after service of this motion.

Dated: December 5th, 2025
      New York, New York

                                        **FOLEY & LARDNER LLP**

*/s/ Phara A. Guberman*
Phara A. Guberman
David Jordan
Phillip F. Hosp
Alexandra R. Jernigan
90 Park Avenue
New York, NY 10016
(212) 338-3514
phara.guberman@foley.com
djordan@foley.com
phosp@foley.com
alexandra.jernigan@foley.com

*Attorneys for Advantage Capital Holdings LLC and Kenneth King*