```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/05/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, et al.,

        Plaintiffs,

-against-

JOSH WANDER, et al.,

        Defendants.

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 3, 2025, the Court denied the 777 Entity Defendants' November 4, 2025 motion to quash plaintiffs' subpoenas to two non-party banks, to the extent those subpoenas seek the 777 Entities' banking records. (Dkt. 418.) On December 4, 2025, the 777 Entity Defendants confirmed that "[n]o material differences exist" between that motion and their November 21, 2025 motion (Dkts. 404, 405)[1] to quash plaintiffs' subpoenas to two additional non-party banks, to the extent those subpoenas seek the 777 Entities' banking records. (Dkt. 419.)

Consequently, the Court DENIES the 777 Entities' November 21 motion to quash for the same reasons it denied their November 4 motion to quash.

The Clerk of Court is respectfully directed to close the motion at Dkts. 404 and 405.

Dated: New York, New York
       December 5, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] Dkt. 405 is a corrected version of Dkt. 404, which neglected to attach one of the challenged subpoenas.