*1301 Avenue of the Americas*
*21st Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*jmccarthy@sgrlaw.com*

December 8, 2025

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   *Leadenhall Capital Partners LP, et ano. v. Wander, et al.*
      24 Civ. 3453 (JGK)

Dear Judge Koeltl:

    We represent defendants 777 Partners LLC, 600 Partners LLC, SPLCSS III LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Signal SML 4 LLC, SuttonPark Capital LLC, Signal Medical Receivables LLC, Insurety Capital LLC and SuttonPark Servicing LLC (the "777 Entity Defendants"). We write in response to the motion to seal (Dkt. 420) to inform the Court that the 777 Entities Defendants withdraw the confidential designation of SPC_Love_0000012 filed as Exhibit A (Dkts. 425-1, 429-1) to the declaration of Phara Guberman in support of the motion of Advantage Capital Holdings LLC and Kenneth King to dissolve the preliminary injunction.

                                            Respectfully yours,

                                            /s/ John G. McCarthy

                                            John G. McCarthy

cc:   Counsel of Record (via ECF)

SGR/81417882.1