

**FOLEY & LARDNER LLP**

90 PARK AVE
37TH FLOOR
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
**FOLEY.COM**

December 5, 2025

**Via ECF**

**APPLICATION GRANTED**
**SO ORDERED**

The Honorable John G. Koeltl, United States Magistrate Judge
United States District Court
Southern District of New York,
500 Pearl St.
New York, NY 10007

12/8/25    _[signature]_    John G. Koeltl, U.S.D.J.

Re:    *Leadenhall Capital Partners LLP et al. v. Wander, et al.,*
       1:24-cv-03453-JGK

Dear Judge Koeltl:

We write on behalf of Advantage Capital Holdings LLC ("A-CAP") and Kenneth King (together, the "A-CAP Defendants") in connection with the above-captioned matter. Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC ("Plaintiffs") and Defendant SuttonPark Capital LLC ("SuttonPark") designated certain documents as "confidential" pursuant to the Protective Order (ECF No. 296), which the A-CAP Defendants seek to file in connection with their motion to dissolve the preliminary injunction. Pursuant to Rule VII.A.2 of Your Honor's Individual Practices and the Protective Order, the A-CAP Defendants respectfully request the documents that were designated by Plaintiffs and SuttonPark as "confidential" be temporarily sealed only to permit Plaintiffs and SuttonPark an opportunity to make a sealing application. The A-CAP Defendants reserve the right to oppose any such sealing application. The A-CAP Defendants disagree with these confidentiality designations and believe the documents should be publicly filed. The A-CAP Defendants' motion papers are being electronically filed concurrently herewith, including both public (redacted) and under seal versions of those submissions.

The documents that the A-CAP Defendants request to temporarily seal are Bates labeled as SPC_LOVE_0000012, Leadenhall_SDNY_000053061, Leadenhall_SDNY_000053125, Leadenhall_SDNY_000053336, and Leadenhall_SDNY_000021603, attached as **Exhibits A-E** to the declaration of Phara Guberman in support of the A-CAP Defendants' motion to dissolve the preliminary injunction. The A-CAP Defendants also seek to temporarily redact references to these documents in the memorandum of law in support of the motion to dissolve the preliminary injunction.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Phara A. Guberman*

Phara A. Guberman

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NEW YORK | ORLANDO | RALEIGH | SACRAMENTO | SALT LAKE CITY
SAN DIEGO | SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.