# ▊FOLEY

**FOLEY & LARDNER LLP**

90 PARK AVE
37TH FLOOR
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
FOLEY.COM

December 5, 2025

**Via ECF**
The Honorable John G. Koeltl, United States Magistrate Judge
United States District Court
Southern District of New York,
500 Pearl St.
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

12/9/25 [signature]
John G. Koeltl, U.S.D.J.

Re:   *Leadenhall Capital Partners LLP et al. v. Wander, et al.,*
      1:24-cv-03453-JGK

Dear Judge Koeltl:

We write on behalf of Advantage Capital Holdings LLC ("A-CAP") and Kenneth King (together, the "A-CAP Defendants") in connection with the above-captioned matter. The A-CAP Defendants seek to file documents that were subject to a Non-Disclosure Agreement between A-CAP and Plaintiff Leadenhall Capital Partners LLP ("Leadenhall"), but also produced in this litigation with a CONFIDENTIAL designation. That designation is pursuant to meet and confer communications via electronic mail with counsel for Leadenhall on November 7 and 10, 2025.[1] Pursuant to Rule VII.A.2 of Your Honor's Individual Practices and the Protective Order, the A-CAP Defendants respectfully request the documents that were designated as "confidential" be temporarily sealed only to permit the other parties to this action an opportunity to make a sealing application. The A-CAP Defendants reserve the right to oppose any such sealing application. The A-CAP Defendants' motion papers are being electronically filed concurrently herewith, including both public (redacted) and under seal versions of those submissions.

The documents that the A-CAP Defendants request to temporarily seal are attached as **Exhibits D-H** to the declaration of Michael Saliba in support of the A-CAP Defendants' motion to dissolve the preliminary injunction. The A-CAP Defendants also seek to temporarily redact references to these documents in the memorandum of law in support of the motion to dissolve the preliminary injunction.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Phara A. Guberman*

Phara A. Guberman

---

[1] In the meet and confer, Leadenhall's counsel stated that "while some of these documents may fall outside the scope of the PO as to Leadenhall because it already has the materials, the confidentiality designation may be desired to ensure that all parties afford the documents confidential treatment." A-CAP does not see any need to maintain the CONFIDENTIAL designation on these materials.