UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Leadenhall Capital Partners LLP, et
al.,                                              24-cv-3453 (JGK)

                    Plaintiffs,                   ORDER

          - against -

Joshua Wander, et al.,

                    Defendants.

_____

JOHN G. KOELTL, District Judge:

     The parties are directed to appear, by phone, for a

conference in connection with the defendants' motion to seal,

ECF Nos. 420-21, and the defendants' motion to amend the

preliminary injunction, ECF No. 422, on **Wednesday, December 17,**

**2025,** at **3:00 p.m.**

     At the conference, the parties are expected to address the

effect of the defendants' appeals of the preliminary injunction

on the current motion to amend the preliminary injunction, and

any other matters affecting the status of this case.

     Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
          December 9, 2025

                                      John G. Koeltl
                                 United States District Judge