United States District Court
Southern District of New York

---

LEADENHALL CAPITAL PARTNERS LLP, et al.,

                           Plaintiffs,

        - against -

JOSHUA WANDER, et al.,

                          Defendants.

24-cv-3453 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties should advise the Court regarding the status of this case by **December 22, 2025.**

SO ORDERED.

Dated:    New York, New York
          December 18, 2025

                               John G. Koeltl
                       United States District Judge