

**FOLEY & LARDNER LLP**

90 PARK AVE
37TH FLOOR
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
FOLEY.COM

WRITER'S DIRECT LINE
212.338.3514
Phara.guberman@foley.com

<u>**Via ECF**</u>                                                            December 22, 2025

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> **RE:**     ***Leadenhall Capital Partners et al. v. Wander et al.*, No-24-cv-03453-JGK**

Dear Judge Koeltl:

This status letter is submitted pursuant to this Court's December 18, 2025 order. (ECF No. 447.)

On December 5, 2025, Defendants Advantage Capital Holdings, LLC and Kenneth King (collectively, "A-CAP") filed a Motion to Dissolve the Preliminary Injunction, or, in the Alternative, for Contempt. (ECF Nos. 422–29.) The Court held a telephonic conference regarding the Motion on December 17, 2025 to address, among other issues, "the effect of the defendants' appeals of the preliminary injunction on the current motion to amend the preliminary injunction." (ECF No. 437.) During the conference, the Court indicated its procedural and jurisdictional concerns during the pendency of the Second Circuit appeal also involving the preliminary injunction and ordered counsel for Leadenhall Capital Partners and A-CAP (together, the "Parties") to confer regarding the appropriate next steps for the pending motion. (ECF No. 447.) The Parties conferred on December 18, 2025, and came to the following agreement.

The Parties agree that this Court should deny the Motion to Dissolve the Preliminary Injunction without prejudice on jurisdictional grounds based on the pending appeal, without waiver of A-CAP's right to seek judicial intervention from either (i) the District Court following the issuance of a decision from the Second Circuit or (ii) from the Second Circuit pursuant to Fed. R. App. P. Rule 8(a)(2). The Parties agree that no further briefing or decision on the Motion to Dissolve the Preliminary Injunction, or, in the Alternative, for Contempt (ECF Nos. 422-29) is warranted at this time.

A-CAP reserves its rights to refile the Motion for Contempt and maintains that a dismissal without prejudice of the Motion to Dissolve the Preliminary Injunction does not impact A-CAP's right to refile the Motion for Contempt in the District Court while the Second Circuit appeal remains pending. Leadenhall's position is that, like the Motion to Dissolve the Preliminary Injunction, A-CAP's Motion for Contempt also implicates issues on appeal.

The Parties agree that the following documents under temporary seal may be unsealed at this time: ECF No. 423, ECF No. 424-04, ECF No. 424-05, ECF No. 424-06. ECF No. 424-07, ECF No. 424-08, ECF No. 425-01, ECF No. 425-04, and ECF No. 425-05.

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NASHVILLE | NEW YORK | ORLANDO | RALEIGH | SACRAMENTO | SALT LAKE CITY
SAN DIEGO | SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.

Error! Unknown document property name.

# FOLEY

**FOLEY & LARDNER LLP**

December 22, 2025
Page 2

A proposed order is attached for the Court's consideration.

Respectfully submitted,

*/s/ Phara A. Guberman*

**Phara A. Guberman**

cc:     all Counsel of Record (via ECF)