UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP, LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>*Plaintiffs*,<br><br>-against-<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>*Defendants*. | Case No. 1:24-cv-03453-JGK<br><br>**[PROPOSED] ORDER** |

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record at the conference before the Court on December 17, 2025, Advantage Capital Holdings LLC's and Kenneth King's (collectively, "A-CAP Defendants") Motion to Dissolve the Preliminary Injunction, or, in the Alternative, for Contempt (ECF Nos. 422–29) is denied without prejudice to renewal on jurisdictional grounds pending a decision from the Court of Appeals for the Second Circuit in *Leadenhall Capital Partners LLP v. Advantage Capital Holdings LLC,* No. 24-2647. This Order is explicitly without prejudice to the A-CAP Defendants' ability to seek relief from the Second Circuit pursuant to Fed. R. App. P. Rule 8(a)(2), to renew any motion to dissolve the preliminary injunction or for contempt upon a ruling from the

Court of Appeals for the Second Circuit, or to refile the motion for contempt in the District Court should the District Court determine that it has jurisdiction over such motion.

It is further ordered that the following docket numbers may be unsealed: ECF No. 423, ECF No. 424-04, ECF No. 424-05, ECF No. 424-06. ECF No. 424-07, ECF No. 424-08, ECF No. 425-01, ECF No. 425-04, and ECF No. 425-05.

**SO ORDERED.**

Dated: December ___, 2025
       New York, New York

                                                                                                                          _____
                                                                                                                        Hon. John G. Koeltl
                                                                                                                        United States District Court Judge