

90 PARK AVE
37TH FLOOR
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
**FOLEY.COM**

WRITER'S DIRECT LINE
212.338.3514
Phara.guberman@foley.com

<u>Via ECF</u>                                                                                                          December 24, 2025

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   RE: *Leadenhall Capital Partners et al. v. Wander et al.*, No-24-cv-03453-JGK

Dear Judge Koeltl:

  This letter is respectfully submitted to notify the Court of two related litigation matters that were recently filed.

  On December 23, 2025, Haymarket Insurance Company ("Haymarket") filed the attached complaint in the Southern District of New York against Leadenhall Capital Partners LLP ("Leadenhall"), Leadenhall Life Insurance Linked Investments Fund PLC, and John Wells. The newly filed action arises out of different agreements than those at issue in the above-captioned matter; however, both the earlier-filed case and the new case include similar allegations concerning double-pledging of collateral, involve overlapping discovery, and concern affiliates of Advantage Capital Holdings and 777 Partners.

  We also note that on December 17, 2025, BMO Bank N.A. filed a separate complaint through separate counsel against Leadenhall and certain affiliates in the Southern District of New York, Case No. 1:25-cv-10476 (also attached hereto), asserting claims that likewise have factual overlap with certain issues in the above-captioned matter.

  Although Haymarket's claims in its newly filed action arise from different contracts, there is factual overlap with the pending case before Your Honor, including allegations of double-pledging, related collateral structures, and common affiliates involved in the transactions. In light of these similarities and the efficiencies to be gained, Haymarket does not oppose consolidation of the newly filed action into the present action before Your Honor. As counsel for Haymarket in the new action, we will meet and confer with counsel for the other parties regarding their respective positions on consolidation of Haymarket's separate lawsuit against Leadenhall and provide an update to the Court.

  We provide this notice to keep the Court apprised of the related proceedings.

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NASHVILLE | NEW YORK | ORLANDO | RALEIGH | SACRAMENTO | SALT LAKE CITY
SAN DIEGO | SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.

4900-5085-5556.1



December 24, 2025
Page 2

Respectfully submitted,

*/s/ Phara A. Guberman*

**Phara A. Guberman**

cc:     all Counsel of Record (via ECF)

Enclosures