

King & Spalding LLP
1290 Avenue of the Americas
New York, New York  10104
T:  (212) 556-2100
kslaw.com

**Leigh M. Nathanson**
Partner
T:  (212) 790-5359
lnathanson@kslaw.com

December 29, 2025

<u>VIA ECF</u>

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK

Dear Judge Koeltl,

  We write on behalf of Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC (together, "Leadenhall") in response to A-CAP and Kenneth King's December 24, 2025 letter.  Under the guise of "efficiencies to be gained," A-CAP's letter notifies the court of two litigations recently filed against Leadenhall, both arising out of 777 Partners and affiliates' broad-ranging misconduct.  One of these actions is a basic contract dispute between two creditors of 777 Partners over the allocation of certain proceeds in the wake of 777 Partners' defaults on both creditors' loans.  The other action, filed on December 23, 2025, was contrived by A-CAP—under the name of its "affiliate" Haymarket Insurance Company ("Haymarket")—asserting fraud claims against Leadenhall and its Chairman John Wells that A-CAP plainly intends to be the mirror-image of Leadenhall's claims against A-CAP and its Chairman Kenneth King.

  This is the second retaliatory lawsuit A-CAP has funded to defame Leadenhall and distract from the RICO claims pending against it.  The first, filed in Florida and financed by A-CAP for 777 Partners, was dismissed with prejudice after discovery uncovered evidence only of 777's fraud.  Ex. A (B. Riley COO Deposition Tr. 129:09-13 (Q. "Okay.  So how are plaintiffs [777 Partners] funding this lawsuit?" A. "Through the funds that we discussed before.  We pay attorneys out of corporate funds.  It's paid—they're paid from assets sales and funding from A-CAP.")); Ex. B (SuttonPark Accounting Controller Deposition Tr. 110:01-117:25 (Q. "Is there any doubt in your mind that Steven Pasko and Josh Wander stole at least $350 million from Leadenhall?" […] A. "There's no doubt in my mind.")). Because Haymarket's newly filed complaint is designed to retaliate rather than recover on a valid legal claim, and because A-CAP and King continue to control 777 Partners and affiliates, the complaint strategically avoids naming 777 Partners, 600 Partners, Joshua Wander, and Steven Pasko as defendants despite its allegations.  ECF No. 452-1 ¶ 163 ("At all relevant times, non-party 777 and 600 Partners, and their controlling principals Joshua Wander and Steven Pasko, engaged in a scheme to defraud Haymarket by knowingly misrepresenting and concealing material facts concerning the existence, ownership, and lien status of receivables and other assets . . . .").

1

Like 777 Partners' claims in Florida, Haymarket's claims are frivolous for at least two reasons. First, the facts—which allege simply that Leadenhall was repaid on certain loans to 777 Partners' borrower affiliates at the same time that 777 Partners had a "senior" creditor, Haymarket—do not even approach sounding in fraud as a matter of law. Second, A-CAP and its counsel know the "facts" are false; as discovery in Leadenhall's action is rapidly substantiating, A-CAP knew exactly what caused Leadenhall's "collateral shortfall" when Leadenhall broached the topic with A-CAP in September 2023 because A-CAP was helping 777 Partners conceal the fraud. Ex. C (777 employee texting A-CAP COO Mike Saliba in 2021 "you are essentially [a] 777 employee!"); Ex. D (777 employees discussing the Steering Committee by which A-CAP controlled 777 and the deletion of committee records because "They [A-CAP] don't want to look like they run [the] company [777]"); Ex. E (A-CAP COO Mike Saliba and A-CAP Portfolio Manager Carson McGuffin comparing in 2021 the 777 Partners scam to the notorious Greg Lindberg insurance scam,[1] with McGuffin joking that McGuffin himself should be the keynote speaker at the 777 Partners' annual party themed: "Wheres the line and how Lindberg found it"); Ex. F (A-CAP and 777 executives, including Saliba, McGuffin, and Josh Wander, joking about convicted felon Greg Lindberg coming to work for A-CAP or 777: "are acap and 777 going to enter into a bidding war for lindberg if he's released?"); Ex. D (777 employees again referencing the Lindberg scam and asking "Isn't this basically what josh and Kenny are doing?"). A-CAP and its operating insurers continue to have serious exposure to 777 Partners and affiliates, and as that exposure and associated problems run A-CAP's insurers into the ground (Haymarket's income from premiums is down 92.5% over the past year, and A-CAP's other insurers are similarly situated), A-CAP's response is to lash out at Leadenhall. Ex. G (Excerpt from Haymarket Q3 2025 Statutory Statement).

To the extent there is jurisdiction over Leadenhall in Haymarket's newly filed case, Leadenhall agrees that the two cases are related, involve certain overlapping factual allegations, and that the court's familiarity with the parties and their relationships militates in favor of the cases being before the same court. After meeting and conferring with counsel for A-CAP/Haymarket to place them on formal notice of the facts and assertions that Leadenhall believes show that the complaint was filed for an improper and retaliatory purpose, Leadenhall anticipates seeking dismissal and sanctions if Haymarket declines to withdraw the complaint. Leadenhall submits that outside of the two actions proceeding before the same court, any "consolidation" for purposes of discovery or otherwise would be premature.

Respectfully submitted,

*/s/ Leigh M. Nathanson*

Leigh M. Nathanson

---

[1] In 2020 and 2024, Greg Lindberg was convicted on fraud and bribery charges based on a "carefully orchestrated scheme that relied on a web of complex financial investments and transactions designed to evade regulators, disguise the financial health of Lindberg's insurance companies, and conceal the alleged purpose of the scheme: Lindberg's personal gain[.]" Press Release, U.S. Department of Justice, Former Insurance Executive Indicted for $2B Fraud Scheme (Feb. 24, 2023), https://www.justice.gov/archives/opa/pr/former-insurance-executive-indicted-2b-fraud-scheme.