# Exhibit A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION


777 PARTNERS LLC and
SUTTONPARK CAPITAL LLC,

        Plaintiffs,
                                    CASE NO.
        vs.                         24-81143-CIV-DMM

LEADENHALL CAPITAL
PARTNERS LLP, LEADENHALL
LIFE INSURANCE LINKED
INVESTMENTS FUND PLC, NOAH
DAVIS, SAIPH CONSULTING LLC
and PAUL KOSINSKI,

        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~

        VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

                MARK DAVID SHAPIRO



                March 5, 2025

                9:52 a.m.



            1180 Peachtree Street NE

                Suite 1700

            Atlanta, Georgia



    Nicole Limoncelli, RPR, CCR-5799-5142-5014-9888



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Page 126

1    Q.   What did he tell you about how he came to
2 learn of this copy?
3    A.   He told me he learned of the copy from
4 information that was provided from either Leadenhall
5 or Saiph.
6       MR. STARR:  Mr. Pellegrino, has this been
7    disclosed?  This copy, has it been disclosed to
8    the other parties in this case?
9       MR. PELLEGRINO:  It came from the other
10    parties in the case.
11       MR. STARR:  It came from the other parties
12    in the case?
13       MR. PELLEGRINO:  That's correct.  We were
14    unaware of it until disclosures.
15       MR. STARR:  From Saiph?
16       MR. PELLEGRINO:  Correct.
17 BY MR. STARR:
18    Q.   Was this covered in any of Mr. Mazur's
19 reports?
20       MR. PELLEGRINO:  You, not me.
21 BY MR. STARR:
22    Q.   Sorry.  Yeah, I'm asking -- sorry.  Back to
23 Mr. Shapiro.
24       Was this covered in any of Mr. Mazur's
25 reports?

Page 127

1    A.   No.  It was subsequent to Mr. Mazur's
2 reports.
3    Q.   And no information about a September 2022
4 copy of MPFin came from Leadenhall, correct?
5       MR. PELLEGRINO:  Objection to form.
6       THE WITNESS:  Say that again.
7 BY MR. STARR:
8    Q.   There was no information from Leadenhall
9 about the existence of a September 2022 copy of the
10 database, right?
11    A.   It came from Saiph.
12    Q.   And so this September 2022 copy, whether or
13 not it exists, that did not inform your decision
14 about -- or your thinking about Leadenhall's
15 involvement at the time of filing of suit, right?
16    A.   No, we didn't know about it.
17       MR. PELLEGRINO:  Objection to form.
18 BY MR. STARR:
19    Q.   And why did you testify earlier that it did?
20       MR. PELLEGRINO:  Objection to form.
21       THE WITNESS:  I shouldn't've -- it -- it
22    impacts it.  It wasn't the -- it wasn't there at
23    the time we were making the decision.  There were
24    other -- as I said, there were other copies that
25    we are aware of when we were making the decision.

Page 128

1    It wasn't the September '22 copy.
2 BY MR. STARR:
3    Q.   So these other copies, where did information
4 about them come from?
5    A.   I thought it was from the Mazur report.
6 Evidently it -- if -- if it's not in the report, I
7 don't know where it came from.
8    Q.   One second.  I'm having a tech issue.
9       So earlier today, Mr. Shapiro, when we were
10 discussing the factors that in your view linked the
11 intrusions to Leadenhall, you said that these were all
12 coincidentally linked to timeframes and aspects that
13 could affect the New York litigation.
14       And so I want to ask again about any factual
15 basis you have to link Leadenhall to the intrusions.
16 And I really want to ask you in terms of facts, not
17 coincidental, you know, circumstances, but -- but
18 facts and whether that's an e-mail or a phone call
19 communication, a document that you've seen, something
20 specific and concrete.  A specific concrete reason for
21 believing that something did or did not take place.
22 Do you understand what I'm looking for?
23       MR. PELLEGRINO:  Objection to form.
24       THE WITNESS:  Yes.
25 BY MR. STARR:

Page 129

1    Q.   Could you identify for me any and all
2 factual bases you have for the assertion that
3 Leadenhall directed Noah Davis to gain unauthorized
4 access to 777's systems?
5    A.   Other than the factors I had talked about,
6 which are circumstantial evidence and the evidence
7 that's listed in the complaint, I don't have any other
8 evidence.
9    Q.   Okay.  So how are plaintiffs funding this
10 lawsuit?
11    A.   Through funds that we discussed before.  We
12 pay attorneys out of corporate funds.  It's paid --
13 they're paid from asset sales and funding from A-CAP.
14    Q.   Could you estimate the amount of legal fees
15 and costs that plaintiffs have incurred in this
16 litigation?
17    Q.   In this litigation?
18    Q.   Yes.  Just -- just Florida, not New York.
19    A.   Yeah.  The last number I saw was less -- it
20 was 370,000, something like that.  It's probably more.
21 That was maybe a month old.
22    Q.   And plaintiffs have also hired another law
23 firm to represent them in this matter; is that right?
24 Gunster?
25    A.   Local, yeah.  That would have been SGR.  So



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com