# Exhibit B

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

**CONDENSED**

```
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF FLORIDA
 3   WEST PALM BEACH DIVISION
 4   CASE NO. CASE NO. 9:24-CV-81143-DMM
 5
 6   777 PARTNERS LLC AND
 7   SUTTONPARK CAPITAL LLC,
 8   Plaintiffs,
 9
10   V.
11
12   LEADENHALL CAPITAL PARTNERS
13   LLP, LEADENHALL LIFE
14   INSURANCE LINKED INVESTMENT
15   FUND PLC, NOAH DAVIS, SAIPH
16   CONSULTING LLC AND PAUL
17   KOSINSKI,
18   Defendants.
19
20   DEPONENT:   KAREN GORDE
21   DATE:       MARCH 17, 2025
22   REPORTER:   KATELYN TATTOLI MCFARLAND
23
24
25
```



401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

110

1    Q.  How much money did SuttonPark and 777 Partners
2  steal from Leadenhall?
3        MR. BOLAND:  Object to the form.
4        THE WITNESS:  The one I know of is the 350
5  million.
6        BY MR. DONOVAN:
7    Q.  Okay.  So do you know -- strike that.  How did
8  777 Partners and SuttonPark steal at least $350 million
9  from Leadenhall?
10        MR. BOLAND:  Object to the form.
11        THE WITNESS:  From my knowledge, they went and
12  borrowed the money from Leadenhall to purchase the
13  JGW deals and the WMS deals.  In turn, that money
14  never went to those portfolios to purchase.  It went
15  straight from SuttonPark to 777.
16        BY MR. DONOVAN:
17    Q.  All right.  It went straight to SuttonPark and
18  777.  What did 777 and SuttonPark do with the money it
19  stole from Leadenhall?
20        MR. BOLAND:  Object to the form.
21        THE WITNESS:  That I do not know.  I can't tell
22  you what -- when it left SuttonPark's bank accounts
23  and it went to 777 Partners' bank accounts, what 777
24  Partner did with that money.  All I do know that
25  those deals that they said that it was going to be

111

1  for, it did not.
2        BY MR. DONOVAN:
3    Q.  Okay.  So you understand that SuttonPark was
4  supposed to be using debt from Leadenhall to purchase
5  receivables, right?
6    A.  Correct.
7    Q.  And you're saying that instead of using at
8  least 350 million from Leadenhall to purchase
9  receivables, SuttonPark instead transferred those funds
10  to 777 Partners, right?
11    A.  Correct.
12    Q.  Do you know what bank account SuttonPark
13  transferred $350 million to?
14    A.  Not on the -- it was a 777 bank account.  I
15  want to say maybe it was Bank of America, but I'm not
16  100 percent sure.
17    Q.  Who gave the direction at 777 Partners to
18  steal $350 million from Leadenhall at least?
19        MR. BOLAND:  Object to the form.
20        THE WITNESS:  I --
21        MR. BOLAND:  You can answer.
22        THE WITNESS:  -- I -- I would -- go ahead.
23        MR. BOLAND:  No, you can answer.  I just made
24  the objection.  You can answer.
25        THE WITNESS:  Okay.  No problem.  I would say

112

1  -- I mean, it came from -- I would say probably
2  Steve and Josh went to Damien and had Damien then
3  send it to -- down to myself and/or Josh Klein, who
4  Josh Klein was, at the time, the controller.
5        BY MR. DONOVAN:
6    Q.  All right.  So I just want to make sure I
7  understand your testimony.  Your testimony is that Josh
8  Wander and Steven Pasko directed Damien Alfalla to steal
9  money from Leadenhall, right?
10        MR. BOLAND:  Object to the form.
11        THE WITNESS:  I wouldn't say necessarily steal,
12  but transfer money from SuttonPark to them for their
13  operations, as far as I know.
14        BY MR. DONOVAN:
15    Q.  Okay.
16        THE WITNESS:  What they did with that money?  I
17  do not know.
18        BY MR. DONOVAN:
19    Q.  Okay.  So is it your testimony that Josh
20  Wander and Steven Pasko directed Damien Alfalla to
21  transfer at least $350 million of Leadenhall's money
22  from SuttonPark to 777 Partners?
23    A.  That is my understanding, yes.
24    Q.  And you testified that you don't know what 777
25  Partners then did with that money, right?

113

1    A.  Correct, because I was not on 777's bank
2  accounts.  I was not on 777's accounting records.  I was
3  only on SuttonPark's accounting records.
4    Q.  Did you ever hear from anyone what 777
5  Partners might have done with that money?
6    A.  I do not know.
7    Q.  Do you know what I mean by the word knowingly
8  or intentionally?
9    A.  Yes.
10    Q.  Is there any doubt in your mind that Josh
11  Wander and Steven Pasko knowingly stole money from
12  Leadenhall?
13        MR. BOLAND:  Object to the form.
14        THE WITNESS:  Yes.
15        BY MR. DONOVAN:
16    Q.  Sorry.  There is doubt in your mind or is
17  there is not doubt?
18    A.  No, there's no -- there's -- that they
19  knowingly did it?  Yes.
20    Q.  All right.  So I just want to make sure the
21  record is clear.
22    A.  Yes.
23    Q.  ==Is there any doubt in your mind that Steven==
24  ==Pasko and Josh Wander stole at least $350 million from==
25  ==Leadenhall?==



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

114

1  MR. BOLAND: Objection to the form.
2  THE WITNESS: There's no doubt in my mind.
3  BY MR. DONOVAN:
4  Q. And is it your testimony that Josh Wander and
5  Steven Pasko knowingly stole hundreds of million dollar
6  -- hundreds of millions of dollars from Leadenhall?
7  MR. BOLAND: Object to the form.
8  THE WITNESS: Yeah. From the -- at least 350,
9  yes.
10  BY MR. DONOVAN:
11  Q. Who else at 777 Partners or SuttonPark do you
12  think knows that Josh Wander and Steven Pasko stole
13  hundreds of millions of dollars from Leadenhall?
14  MR. BOLAND: Objection to the form.
15  THE WITNESS: I would say Josh Klein, who was
16  the controller at the time. I know Rich Bellissimo
17  might have known about it. Not that he did
18  anything, or Josh Klein. We were just doing what we
19  were told, you know, where to send that money.
20  Other than that, I'm not exactly sure who else might
21  know. I don't know if Alex or anybody else that
22  we've been talking about on this call knows anything
23  about that. But the other people I've mentioned,
24  they might have some -- some -- some knowledge on
25  it. They had -- they would have more knowledge than

115

1  I would.
2  BY MR. DONOVAN:
3  Q. All right. Did you raise concerns directly
4  with Steven Pasko or Josh Wander that they were stealing
5  money from Leadenhall?
6  A. I did not. I -- because at the time, like I
7  said, I -- we were supposedly going to buy these deals.
8  I -- I brought it up to Damien saying that we shouldn't
9  put anything on the books if we're not buying these
10  deals. But other than that -- other than those
11  conversations, nothing else.
12  Q. All right. When you refer to these deals,
13  you're referring to the J.G. Wentworth and WMS deals,
14  right?
15  A. Correct.
16  Q. All right. In or around -- sorry, strike
17  that. In 2021, did SuttonPark Capital consider
18  purchasing a portfolio of assets valued at approximately
19  $250 million --
20  A. Yeah. Yes, it was -- my understanding, it was
21  the WMS and the J.G. Wentworth deals.
22  Q. Did SuttonPark pledge assets from that deal
23  before they were purchased?
24  A. I do not know.
25  Q. All right. So why don't you just explain to

116

1  me what the problem was with the J.G. Wentworth deal
2  vis-a- vis pledging assets to Leadenhall?
3  A. They -- well, my -- my problem was, is that
4  they borrowed the money. They hadn't purchased the
5  deals yet. They borrowed the money to purchase those
6  deals. Then they were in the process of working with
7  the JGW and -- J.G. Wentworth -- J.G. and WMS to
8  purchase the portfolio of deals. But they were going
9  through to figure out if these deals are correct or if
10  they still have those deals, they didn't purchase --
11  they didn't sell them to somebody else and stuff like
12  that. When in turn, they didn't end up buying that many
13  deals at all. Maybe $1 million worth of them.
14  Q. Okay. So is it fair to say that SuttonPark
15  pledged assets to Leadenhall as collateral that it never
16  purchased in the first place?
17  MR. BOLAND: Object to the form.
18  THE WITNESS: I would say yes.
19  BY MR. DONOVAN:
20  Q. And what is the dollar amount of assets,
21  approximately, that SuttonPark pledged to Leadenhall
22  that it never purchased in the first place?
23  A. Probably be about 300 million.
24  Q. Did Josh Wander knowingly pledge assets to
25  Leadenhall as collateral that SuttonPark never purchased

117

1  in the first place?
2  MR. BOLAND: Object to the form.
3  THE WITNESS: Personally, with Josh Wander, I'm
4  not exactly sure if Josh Wander directly did it
5  himself.
6  BY MR. DONOVAN:
7  Q. Fair enough. So leaving aside whether he
8  directly did it himself, is it your view that Josh
9  Wander knowingly pledged assets to Leadenhall that
10  SuttonPark had never purchased in the first place?
11  MR. BOLAND: Object to the form.
12  THE WITNESS: Yes.
13  BY MR. DONOVAN:
14  Q. Did Steven Pasko pledge or direct the pledging
15  of assets to Leadenhall that SuttonPark never purchased
16  in the first place?
17  MR. BOLAND: Object to the form.
18  THE WITNESS: I would say yes.
19  BY MR. DONOVAN:
20  Q. And the dollar amount of assets that
21  SuttonPark pledged to Leadenhall, which it never
22  purchased in the first place, was around $350 million,
23  right?
24  A. Correct.
25  Q. We talked before about the term, "double



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS