# Exhibit C



| Number of participants | 3 |
| --- | --- |
| Participants | ███4794 Jorge Beruff<br>███5467 Mike Saliba<br>███4794 |
| Number of messages | 49 |
| First message sent date/time | December 13, 2021 7:04:39 AM |
| Last message sent date/time | December 13, 2021 11:40:58 AM |



███4794 — December 13, 2021 7:04:39 AM

https://www.dlapiper.com/en/us/insights/publications/2021/12/naic-launches-review-of-private-equity-owned-insurer-issues/

See attachment: __Library_SMS_Attach_1_8c_12_at_0_0_1_9E3674_1

__Library_SMS_Attach_1_8d_13_at_1_0_1_3FD64E_1

███5467 Mike Saliba — December 13, 2021 7:14:43 AM

And here we go



███4794 — December 13, 2021 7:42:15 AM

luckily acap and 777 aren't private equity!

**▇4794** — December 13, 2021 7:42:57 AM
I wonder if they'll be able to look at bermuda operators at all

**▇4794** — December 13, 2021 7:43:10 AM
would be such a pain in the ass

**▇5467 Mike Saliba** — December 13, 2021 7:51:14 AM
Probably not

**▇5467 Mike Saliba** — December 13, 2021 7:51:20 AM
But they will try

**▇5467 Mike Saliba** — December 13, 2021 7:51:58 AM
Who isn't owned by pe thesecsays

**▇5467 Mike Saliba** — December 13, 2021 7:52:03 AM
These days

**▇5467 Mike Saliba** — December 13, 2021 7:54:22 AM
We still on for dinner Wednesday?

▮4794  December 13, 2021 9:13:11 AM

yeah let's do early dinner brickell

▮4794  December 13, 2021 9:13:17 AM

6?

▮5467 Mike Saliba  December 13, 2021 9:14:25 AM

May not land until 630. I'll check

▮4794  December 13, 2021 9:15:03 AM

should we do thursday instead??

▮4794  December 13, 2021 9:15:24 AM

after board meeting

▮5467 Mike Saliba  December 13, 2021 9:17:23 AM

Gonna head home. I'll try and get a flight out tomorrow to Miami

▮4794  December 13, 2021 9:23:08 AM

ok, maybe lunch thursday or dinner wednesday night

**5467 Mike Saliba** — December 13, 2021 9:36:34 AM

What's plan for Genoa for year end? I don't think we can take the short term Loan into modco over year end

**5467 Mike Saliba** — December 13, 2021 9:36:59 AM

We don't have cash today to upsize anything

**4794** — December 13, 2021 9:38:08 AM

dang, we pushed maturity to the 15th hoping you'd have the capacity at that point to upsize the holdco to payoff genoa bridge

**5467 Mike Saliba** — December 13, 2021 9:39:31 AM

Also, what's Ironman status. Getting really nervous about that one

**4794** — December 13, 2021 9:39:51 AM

pushing to have rockbridge approved today so you can move $10M to our modco

**5467 Mike Saliba** — December 13, 2021 9:40:14 AM

Is castlelake happening the 15th?

**5467 Mike Saliba** — December 13, 2021 9:40:47 AM

I think we are actually negative cash today bc we just paid your settlements. Josh is draining us. Need to get that pref raised

**████4794** — December 13, 2021 9:42:20 AM

i'm hearing castlelake is getting done this month

have you pinged josh on Ironman / Omni? I think he needs to hear directly from you guys how much heat there is on that asset from nebraska. i've told him 100 times

**████5467 Mike Saliba** — December 13, 2021 9:42:36 AM

I'll text him mown

**████5467 Mike Saliba** — December 13, 2021 9:42:37 AM

Now

**████4794** — December 13, 2021 9:43:11 AM

The italians are going to committee this thursday to vote through investment in pref. it might be pretty sizable and before end of year. would be huge

**████5467 Mike Saliba** — December 13, 2021 9:43:27 AM

🙏

**████4794** — December 13, 2021 9:46:37 AM

you're our good luck italian charm

**■5467 Mike Saliba** — December 13, 2021 9:48:25 AM

Okay I get into Mimi 745am Wednesday

**■5467 Mike Saliba** — December 13, 2021 9:48:30 AM

So we can do early brickell dinner

**■4794** — December 13, 2021 9:54:35 AM

Liked "So we can do early brickell dinner "

**■4794** — December 13, 2021 11:14:01 AM

777 holiday party just got announced for wednesday night. looks like you are joining!

**■5467 Mike Saliba** — December 13, 2021 11:14:17 AM

Nice!

**■4794** — December 13, 2021 11:14:45 AM

I know. very appropriate. you are essentially 777 employee!

**■5467 Mike Saliba** — December 13, 2021 11:15:18 AM

My bonus does depend on 777 these days

**▆▆5467 Mike Saliba**  December 13, 2021 11:17:31 AM
Moving 20mm into Sutton today

**▆▆4794**  December 13, 2021 11:18:17 AM
we'll come through again for you just like last year

**▆▆4794**  December 13, 2021 11:18:27 AM
that will free up a ton of cash for you guys

**▆▆5467 Mike Saliba**  December 13, 2021 11:18:35 AM
Yes a lot

**▆▆4794**  December 13, 2021 11:18:39 AM
nice

**▆▆5467 Mike Saliba**  December 13, 2021 11:18:42 AM
We will need it

**▆▆4794**  December 13, 2021 11:28:53 AM
can you guys do $20m draw on holdco line tomorrow once the 20 of assets are moved to sutton?

**5467 Mike Saliba** — December 13, 2021 11:29:25 AM

No those are to get account positive after the settlements were just paid

**5467 Mike Saliba** — December 13, 2021 11:29:32 AM

Also issue is EJ rating

**5467 Mike Saliba** — December 13, 2021 11:29:37 AM

We are through it already

**4794** — December 13, 2021 11:32:52 AM

ej rating on which deal?

**5467 Mike Saliba** — December 13, 2021 11:40:58 AM

5 min