# Exhibit D

| Number of participants | 5 |
|---|---|
| Participants | ▓▓▓4794 Jorge Beruff<br>▓▓▓1311 Juan Arciniegas<br>▓▓▓1080 Aaron Levy<br>juanarciniegas@hotmail.com Juan Arciniegas<br>▓▓▓1311 |
| Number of messages | 46 |
| First message sent date/time | July 30, 2023 7:52:18 AM |
| Last message sent date/time | July 30, 2023 7:33:54 PM |



▓▓▓1311                                                    July 30, 2023 7:52:18 AM

Isn't this basically what josh and Kenny are doing?

▓▓▓1311                                                    July 30, 2023 7:52:24 AM

https://www.wunc.org/news/2023-02-24/businessman-greg-lindberg-accused-of-scheme-to-skim-company-funds

Attachment Missing: *26348AFE-D962-4D81-BBCC-DC0AAB10D41C.pluginPayloadAttachment*

Attachment Missing: *BC591A68-33D2-4268-B724-EE9E96F14019.pluginPayloadAttachment*

▓▓▓4794 Jorge Beruff                                        July 30, 2023 3:22:57 PM

so aaron did no
one get paid friday??

▓▓▓1080 Aaron Levy                                          July 30, 2023 3:24:55 PM

It eventually came. Terrible

**1311** — July 30, 2023 3:25:12 PM
Nico still hasn't gotten paid

**1080 Aaron Levy** — July 30, 2023 3:25:23 PM
Ugh

**4794 Jorge Beruff** — July 30, 2023 3:28:56 PM
terrible

**4794 Jorge Beruff** — July 30, 2023 3:29:15 PM
how is nico feeling about everything jusn? you leaving must have sucked

**1311** — July 30, 2023 4:24:24 PM
Everyone desperately looking for jobs with a few exceptions

**4794 Jorge Beruff** — July 30, 2023 4:25:51 PM
he looking?

**1311** — July 30, 2023 4:26:16 PM
Of course. I can imagine on my peole not looking are Weiss lutzky and Tyler

**▮1311** — July 30, 2023 4:26:20 PM

And mollie

**▮1311** — July 30, 2023 4:26:32 PM

Of course. I can imagine only peole not looking are Weiss lutzky and Tyler

**▮4794 Jorge Beruff** — July 30, 2023 4:26:42 PM

that sounds right. if JJ is not looking he's a moron

**▮1311** — July 30, 2023 4:27:04 PM

Oh I don't think JJ is looking at other

**▮1311** — July 30, 2023 4:27:17 PM

I think he has it way too good to leave

**▮4794 Jorge Beruff** — July 30, 2023 4:27:30 PM

he thinks he has it way too good

**▮1311** — July 30, 2023 4:28:09 PM

Nico is desperate. Considering just quitting without anything else lined up because of reputation



**4794 Jorge Beruff** — July 30, 2023 4:28:26 PM
ugh poor guy

**1311** — July 30, 2023 4:32:20 PM
Apparently Steve and josh asked Chris and prasad to delete any recordings and minutes from the steering committees. What do you think that's about?

**4794 Jorge Beruff** — July 30, 2023 4:34:17 PM
sounds sketchy

**1311** — July 30, 2023 4:34:34 PM
They are so fucking sketchy beyond belief

**1080 Aaron Levy** — July 30, 2023 4:52:44 PM
Liked "I think he has it way too good to leave "

**1080 Aaron Levy** — July 30, 2023 4:53:04 PM
Emphasized "Apparently Steve and josh asked Chris and prasad t…"

**1080 Aaron Levy** — July 30, 2023 4:53:10 PM
That's extremely weird

**1311** — July 30, 2023 7:00:32 PM
Aaron you PJing in the hamptons?

**1080 Aaron Levy** — July 30, 2023 7:08:21 PM
I'm in Greenville

**4794 Jorge Beruff** — July 30, 2023 7:08:41 PM
whose pj?

**1080 Aaron Levy** — July 30, 2023 7:08:51 PM
Friends

**1080 Aaron Levy** — July 30, 2023 7:09:00 PM
I'm broke and work for a fraud f

**4794 Jorge Beruff** — July 30, 2023 7:09:06 PM
haha

**1080 Aaron Levy** — July 30, 2023 7:09:09 PM
My buddy tyler

**■■■1311** — July 30, 2023 7:09:15 PM

Pasko?

**■■■4794 Jorge Beruff** — July 30, 2023 7:09:18 PM

pasko?

**■■■1080 Aaron Levy** — July 30, 2023 7:09:20 PM

Lasher

**■■■4794 Jorge Beruff** — July 30, 2023 7:09:23 PM

best me to it

**■■■1080 Aaron Levy** — July 30, 2023 7:09:29 PM

Laughed at "best me to it "

**■■■1311** — July 30, 2023 7:09:31 PM

Loved "best me to it "

**■■■1080 Aaron Levy** — July 30, 2023 7:09:48 PM

Juan, you and Liz missing out on an epic Saturday boat day



**1311** — July 30, 2023 7:10:03 PM
So apparently it was acap who asked for the evidence on steerco to be deleted. Apparently Chris O'Reilly said no

**1311** — July 30, 2023 7:10:10 PM
Acap so fucked

**4794 Jorge Beruff** — July 30, 2023 7:10:26 PM
wow

**1311** — July 30, 2023 7:11:27 PM
Wish we could go aaron. Nothing I love more

**1080 Aaron Levy** — July 30, 2023 7:16:17 PM
Wow really?!

**1080 Aaron Levy** — July 30, 2023 7:16:26 PM
They don't want to look like they run company

**4794 Jorge Beruff** — July 30, 2023 7:33:54 PM
Loved "Wish we could go aaron. Nothing I love more"

JAJB001380