# Exhibit E

| | |
|---|---|
| Number of participants | 5 |
| Participants | ▮4794 Jorge Beruff<br>▮5467 Mike Saliba<br>▮7746 Carson McGuffin<br>▮4335 josh wander<br>▮4794 |
| Number of messages | 50 |
| First message sent date/time | December 31, 2021 11:10:55 AM |
| Last message sent date/time | December 31, 2021 1:55:20 PM |

---

**5467 Mike Saliba** — December 31, 2021 11:10:55 AM

Can we communicate via this text chain for next few hours? I'll be in car with entire family

---

**4335 josh wander** — December 31, 2021 11:11:45 AM

We can't do the booked receivable from modco - trying to find another solution

---

**7746 Carson McGuffin** — December 31, 2021 11:14:33 AM

So what is the proposal

---

**4335 josh wander** — December 31, 2021 11:15:02 AM

Currently nothing

---

**5467 Mike Saliba** — December 31, 2021 11:15:04 AM

Josh do you have any direct loans owned by Holdco that equal 5-7mm ?

---

**5467 Mike Saliba** — December 31, 2021 11:15:07 AM

I have another plan

---

**4335 josh wander** — December 31, 2021 11:16:49 AM

We have a loan to halcyon

**4335 josh wander** — December 31, 2021 11:16:57 AM

Gaming administrator

**4335 josh wander** — December 31, 2021 11:17:06 AM

Unencumbeted

**7746 Carson McGuffin** — December 31, 2021 11:17:27 AM

Wheres the flair loan live?

**5467 Mike Saliba** — December 31, 2021 11:34:24 AM

Carson please connect with rich t directly

**5467 Mike Saliba** — December 31, 2021 11:34:34 AM

I am unable to talk for next few hours starting now

**5467 Mike Saliba** — December 31, 2021 11:34:56 AM

Plan is to drop $1mm of cash into Betsy and participate 4mm of Holdco loan to Betsy

**4335 josh wander** — December 31, 2021 11:35:20 AM

Ok

**7746 Carson McGuffin** — December 31, 2021 11:35:36 AM

Okay. Josh/jorge can you get jon to send holdco amendment

**4335 josh wander** — December 31, 2021 11:42:08 AM

Ye do

**4335 josh wander** — December 31, 2021 11:42:16 AM

For 3 or 7

**7746 Carson McGuffin** — December 31, 2021 11:43:33 AM

7

**7746 Carson McGuffin** — December 31, 2021 11:43:39 AM

Is my understanding at least

**4335 josh wander** — December 31, 2021 11:43:52 AM

Ok

**4794** — December 31, 2021 11:43:53 AM

7m upsize on holdco loan?

JAJB004702

**4335 josh wander** — December 31, 2021 11:44:20 AM
It appears

**4335 josh wander** — December 31, 2021 11:44:26 AM
I'm on it jorge

**4335 josh wander** — December 31, 2021 11:44:32 AM
Don't worry

**4794** — December 31, 2021 11:44:48 AM
i can contact walder now to draft.

**4335 josh wander** — December 31, 2021 11:51:35 AM
Already don't

**4335 josh wander** — December 31, 2021 11:51:38 AM
Done

**4794** — December 31, 2021 11:54:01 AM
amen

**7746 Carson McGuffin** — December 31, 2021 1:24:14 PM
Two wires, one for 6 and one for 1

**4794** — December 31, 2021 1:24:31 PM
Loved "Two wires, one for 6 and one for 1"

**7746 Carson McGuffin** — December 31, 2021 1:24:33 PM
6 otw now, 1 may come slower

**4335 josh wander** — December 31, 2021 1:31:13 PM
Ok

**4335 josh wander** — December 31, 2021 1:31:21 PM
Thank you guys for workin today

**5467 Mike Saliba** — December 31, 2021 1:31:37 PM
Buy my wife something bc she isn't talking to me

**4794** — December 31, 2021 1:34:27 PM
you guys are the best. happy new years boys

**5467 Mike Saliba** — December 31, 2021 1:34:41 PM

Carson did all the work though so you need to grease him

**7746 Carson McGuffin** — December 31, 2021 1:35:40 PM

Happy new years gang - always a pleasure

**54794** — December 31, 2021 1:37:55 PM

we're honoring carson at the 777 Retreat by making him the keynote speaker

**5467 Mike Saliba** — December 31, 2021 1:38:17 PM

Perfect. Make it happen

**7746 Carson McGuffin** — December 31, 2021 1:39:00 PM

Whats this years theme so i prep

**54794** — December 31, 2021 1:39:53 PM

the 777 habits of highly effective people

**7746 Carson McGuffin** — December 31, 2021 1:40:43 PM

Liked "the 777 habits of highly effective people "



5467 Mike Saliba                                December 31, 2021 1:55:20 PM

"

JAJB004707