# Exhibit F

| | |
|---|---|
| Number of participants | 8 |
| Participants | ▓ 4794 Jorge Beruff<br>▓ 5467 Mike Saliba<br>▓ 7746 Carson McGuffin<br>▓ 4335 Josh wander<br>▓ 7746<br>▓ 4794<br>▓ 4335<br>▓ 5467 |
| Number of messages | 12 |
| First message sent date/time | June 29, 2022 5:29:24 PM |
| Last message sent date/time | June 29, 2022 8:27:58 PM |



**▓ 7746**  June 29, 2022 5:29:24 PM

Gents - can we get soundpoint term sheet sent across? Heard one exists now?

**▓ 4335**  June 29, 2022 5:40:18 PM

Who is soundpoint

**▓ 5467**  June 29, 2022 5:41:20 PM

Your only shot to avoid foreclosure

**▓ 4794**  June 29, 2022 5:41:30 PM

Emphasized "Your only shot to avoid foreclosure "

**▓ 7746**  June 29, 2022 6:11:40 PM

On a serious note, need for committee approval. So we can get you monies

JAJB002649

**4335**      June 29, 2022 6:32:08 PM

Sent

**5467**      June 29, 2022 6:33:29 PM

My note was pretty serious. Were you guys joking about something?

**4794**      June 29, 2022 8:23:50 PM

A federal appeals court ordered a new trial for imprisoned insurance executive Greg Lindberg, who was convicted of attempting to bribe a state insurance commissioner with campaign contributions to secure more favorable regulatory treatment for his insurers

**4794**      June 29, 2022 8:23:52 PM

https://www.wsj.com/articles/appeals-court-overturns-bribery-conviction-of-insurance-entrepreneur-11656537326?st=3l8mcw86sovitw4&reflink=article_imessage_share

*__Library_SMS_Attachments_40_00_at_0_E3EFD84F-A658-48C3-92FA-DB6F66AAF2EB_310AD904-85C1-43C5-8BC3-5E5A229EF5A2.pluginPayloadAttachment*



*__Library_SMS_Attachments_41_01_at_1_E3EFD84F-A658-48C3-92FA-DB6F66AAF2EB_15DC1B89-915F-45C1-8938-40FF397F4972.pluginPayloadAttachment*

███████4794                                    June 29, 2022 8:24:21 PM

are acap and 777 going to
enter into a bidding war for lindberg if he's released?

███████4335                                    June 29, 2022 8:27:06 PM

I extended an offer for him to replace Damien

███████4794                                    June 29, 2022 8:27:58 PM

we should have gayle report to him

JAJB002651

JAJB002652