# Exhibit A

Case 1:24-cv-03453-JGK-BCM    Document 458-1    Filed 01/16/26    Page 1 of 4

| | |
|---|---|
| **From:** | Brian Donovan |
| **To:** | Solfaro, Ryan; Taing, Howe; Peter Starr; Leigh Nathanson; Lilian Klatskin; Zoe Beiner; Harwood, Chris; alexrossmiller@quinnemanuel.com; Watkins, Jonathan; Petrella, Michael; Karlan, Matthew; rachel.skene@cwt.com; Huynh, Andrew |
| **Cc:** | Schwartz, Katie; jmccarthy; Pellegrino, David; Leadenhall-NY |
| **Subject:** | RE: Leadenhall v Wander -- 777"s participation in the discovery process |
| **Date:** | Tuesday, July 15, 2025 10:12:55 PM |

777 Counsel,

Can you please let us know if this production is designed to satisfy either: (i) our offer for 777 to produce compliance reports for all lenders potentially in lieu of responding to our RFAs, or (ii) our request that 777 produce the below noncustodial documents?

We'd also appreciate a response on our search term/custodial proposal and our request that 777 disclose any insurance agreements which may cover all or part of a judgment. On search terms and custodians, if 777's position is that it does not have to engage with our search term/custodial proposal and is standing on the Word document you sent on June 12, 2025—that is fine, but let us know by the end of the week so we can get it before the court. If this goes to a dispute, we'll make timeline clear here and just put the proposals back-to-back for the court, contrasting A-CAP's conduct in negotiating search terms and custodians with 777's conduct.

Thanks,
Brian

- General ledgers (showing a record of financial transactions for at least 777, 600, and SuttonPark) and accounting records for the 777 entities, including balance sheets, cash flow statements, and income statements.

- Schedules of inter-entity transfers, obligations, and debts, including "flow of funds" (abbreviated as "FOF") communications or documents showing how funds moved across the 777 entities.

- Audit records, audit committee minutes, and corporate governance documents, including board minutes, operating agreements, and changes in company by-laws.

- A complete listing of corporate directors, officers (otherwise known as managers or members), and authorized signatories for the 777 entities.

**Brian Donovan**
*Partner*

T: +1 212 556 2162 | M: +1 585 200 2535 | bdonovan@kslaw.com | Bio | vCard

**From:** Solfaro, Ryan <rsolfaro@sgrlaw.com>

**Sent:** Friday, July 11, 2025 6:44 PM
**To:** Taing, Howe <htaing@sgrlaw.com>; Peter Starr <pstarr@kslaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; Lilian Klatskin <LKlatskin@KSLAW.com>; Zoe Beiner <ZBeiner@KSLAW.com>; Brian Donovan <bdonovan@kslaw.com>; Harwood, Chris <charwood@maglaw.com>; alexrossmiller@quinnemanuel.com; Watkins, Jonathan <jonathan.watkins@cwt.com>; Petrella, Michael <michael.petrella@cwt.com>; Karlan, Matthew <matthew.karlan@cwt.com>; rachel.skene@cwt.com; Huynh, Andrew <andrew.huynh@cwt.com>
**Cc:** Schwartz, Katie <kschwartz@sgrlaw.com>; McCarthy, John G. <JMCCARTHY@sgrlaw.com>; Pellegrino, David <dpellegrino@sgrlaw.com>
**Subject:** Re: Leadenhall v Wander -- Civil Action No. 1:24-cv-03453-JGK - Document Production

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

Following up on the below, we confirm that this is the first production in the 777 Entity Defendants' rolling production.

Best regards,
Ryan


**Ryan J. Solfaro**
*Attorney at Law*
Smith, Gambrell & Russell, LLP

p | 646-887-9589
f | 646-887-8164
e | rsolfaro@sgrlaw.com
1301 Avenue of the Americas | 15th Floor | New York, NY 10019
www.sgrlaw.com   |   My Bio   |   vCard



**From:** Taing, Howe <htaing@sgrlaw.com>
**Sent:** Friday, July 11, 2025 6:40:23 PM
**To:** Peter Starr <pstarr@kslaw.com>; Leigh Nathanson <lnathanson@kslaw.com>; lklatskin@kslaw.com <lklatskin@kslaw.com>; Zoe Beiner <zbeiner@kslaw.com>; bdonovan@kslaw.com <bdonovan@kslaw.com>; Harwood, Chris <charwood@maglaw.com>; alexrossmiller@quinnemanuel.com <alexrossmiller@quinnemanuel.com>; Watkins, Jonathan <jonathan.watkins@cwt.com>; Petrella, Michael <michael.petrella@cwt.com>; Karlan, Matthew <matthew.karlan@cwt.com>; rachel.skene@cwt.com <rachel.skene@cwt.com>; Huynh, Andrew <andrew.huynh@cwt.com>
**Cc:** Schwartz, Katie <kschwartz@sgrlaw.com>; McCarthy, John G. <JMCCARTHY@sgrlaw.com>; Pellegrino, David <dpellegrino@sgrlaw.com>; Solfaro, Ryan <rsolfaro@sgrlaw.com>
**Subject:** Leadenhall v Wander -- Civil Action No. 1:24-cv-03453-JGK - Document Production

Counsel,

You will be receiving a OneDrive link from me shortly containing a link to download our document production.

Production Volume: 777(DEF-NY)_PROD001
Bates Range: 777(DEF-NY)_00000001 - 777(DEF-NY)_00000529
Password: yB4fmA1tPXgz6sKr

Please note, going forward, that I will be the designated LitTech Support contact for Smith, Gambrell, and Russell for this matter.

Best regards,
Howe

**Howe  Taing**
Senior eDiscovery and Data Forensics Manager

p | 404-815-3622
f | 404-685-6922
e | htaing@sgrlaw.com
1105 W. Peachtree St. NE | Suite 1000 | Atlanta, GA 30309
www.sgrlaw.com

