# Exhibit B

| | |
|---|---|
| **From:** | Brian Donovan |
| **To:** | Pellegrino, David; jmccarthy; Peter Starr; Ben Watson; Solfaro, Ryan; Harwood, Chris; Alex Rossmiller; Boland, James; Schwartz, Katie; phara.guberman@foley.com; alexandra.jernigan@foley.com; djordan@foley.com; phosp@foley.com; jestes@gibsondunn.com; Leigh Nathanson; Lilian Klatskin; Zoe Beiner; Leadenhall-NY; Solfaro, Ryan; Manley, Morgan |
| **Subject:** | RE: Leadenhall Capital Partners LLP v. Wander, 24-cv-03453 (SDNY) - Revised set of search terms |
| **Date:** | Monday, November 10, 2025 7:13:44 PM |
| **Attachments:** | Leadenhall Proposed Search Terms for 777 Documents (2025.11.10).xlsx |

777 Counsel,

Pursuant to Judge Moses's November 4, 2025 Order, attached is a revised set of search terms for 777's custodial documents. The first tab contains search terms to be applied to email repositories for: Josh Wander, Steven Pasko, Damien Alfalla, Fred Love, Nick Bennett, Alex Adnani, and Karen Gorde. The second tab contains search terms to be applied to non-email instant messages (text, WhatsApp, etc.) for the custodians in which 777 has represented that it has collected cell phone data: Josh Wander, Steven Pasko, Nick Bennett, and Alex Adnani. Please let us know whether 777 has collected cell phone data for Fred Love; we understand it has not collected cell phone data for Damien Alfalla or Karen Gorde.

This revised set of search terms is designed to be targeted and simplified, which should both cut down on hit counts and allow us to efficiently make changes depending on the number of hits returned. Please provide us a hit report as soon as you can, and we'll get back to you promptly with any necessary revisions.

Also, I had emailed on July 15, 2025 about a set of priority noncustodial documents that we had asked 777 to produce. When you send back the hit report, it would be great if you could let us know the status of your collection/production of these priority items.

Thanks,
Brian

---

Priority Noncustodial Items

- General ledgers (showing a record of financial transactions for at least 777, 600, and SuttonPark) and accounting records for the 777 entities, including balance sheets, cash flow statements, and income statements.
- Schedules of inter-entity transfers, obligations, and debts, including "flow of funds" (abbreviated as "FOF") communications or documents showing how funds moved across the 777 entities.
- Audit records, audit committee minutes, and corporate governance documents, including board minutes, operating agreements, and changes in company by-laws.
- A complete listing of corporate directors, officers (otherwise known as managers or members), and authorized signatories for the 777 entities.

---

**From:** Pellegrino, David <dpellegrino@sgrlaw.com>
**Sent:** Tuesday, October 28, 2025 5:34 PM
**To:** jmccarthy <jmccarthy@sgrlaw.com>; Peter Starr <pstarr@kslaw.com>; Ben Watson <bwatson@cgc-law.com>; Solfaro, Ryan <rsolfaro@sgrlaw.com>; Harwood, Chris <charwood@maglaw.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>; Boland, James <jboland@sgrlaw.com>; Schwartz, Katie <kschwartz@sgrlaw.com>; phara.guberman@foley.com; alexandra.jernigan@foley.com; djordan@foley.com; phosp@foley.com; jestes@gibsondunn.com; Leigh Nathanson <lnathanson@kslaw.com>; Brian Donovan <bdonovan@kslaw.com>; Lilian Klatskin <LKlatskin@KSLAW.com>; Zoe Beiner <ZBeiner@KSLAW.com>;