# Exhibit C

**From:** Boland, James
**To:** Brian Donovan; Lilian Klatskin; jmccarthy
**Cc:** Leigh Nathanson; Peter Starr; Zoe Beiner; Taryn Kisch Gallagher; charwood@maglaw.com; JEstes@gibsondunn.com; alexrossmiller@quinnemanuel.com; Leadenhall-NY; Jenni Weaver; phara.guberman@foley.com; alexandra.jernigan@foley.com; djordan@foley.com; phosp@foley.com; Jay Paolillo; Emily Drake; Auerbach, Maximilian; jigoe@maglaw.com
**Subject:** Re: 777 General Ledgers
**Date:** Friday, January 16, 2026 6:36:14 AM
**Attachments:** image001.png

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Brian,

We have reached out to the client to discuss your request below and will get back to you when we learn more.

That said, as we discussed on our call, your reference to "general ledgers" is vague and unclear. Your email below that appears to characterize "general ledgers" as "records of financial transactions," but that is similarly vague and unhelpful. As we discussed, accounting systems can consist of multiple ledgers and sub-ledgers in which "financial transactions" (another somewhat vague term) are reflected, albeit at differing levels of detail.

As noted above, we are investigation what type of systems exist and will be discussing your request with the client. In the meantime, it would be helpful if you could provide a detailed explanation of precisely what "types of documents" (as your email refers them) Plaintiffs believe exists and want the 777 Entities to produce. Since you told me on our call that this request is being driven by your clients, perhaps they can give you that detailed information.

Kind regards,

Jim

James J. Boland

p | 312-360-6548
f | 312-360-6520
e | jboland@sgrlaw.com
155 North Wacker Drive | Suite 3000 | Chicago, IL 60606
www.sgrlaw.com | My Bio | vCard



**From:** Brian Donovan <bdonovan@kslaw.com>
**Date:** Wednesday, January 14, 2026 at 20:26
**To:** Lilian Klatskin <LKlatskin@KSLAW.com>, McCarthy, John G. <JMCCARTHY@sgrlaw.com>, Boland, James <jboland@sgrlaw.com>
**Cc:** Leigh Nathanson <lnathanson@kslaw.com>, Peter Starr <pstarr@kslaw.com>, Zoe Beiner <ZBeiner@KSLAW.com>, Taryn Kisch Gallagher <TKischGallagher@kslaw.com>, charwood@maglaw.com <charwood@maglaw.com>, JEstes@gibsondunn.com <JEstes@gibsondunn.com>, alexrossmiller@quinnemanuel.com <alexrossmiller@quinnemanuel.com>, Leadenhall-NY <Leadenhall-NY@KSLAW.com>, Jenni Weaver <JWeaver@KSLAW.com>, phara.guberman@foley.com <phara.guberman@foley.com>, alexandra.jernigan@foley.com <alexandra.jernigan@foley.com>, djordan@foley.com <djordan@foley.com>, phosp@foley.com <phosp@foley.com>, Jay Paolillo <JPaolillo@kslaw.com>, Alex Rossmiller <alexrossmiller@quinnemanuel.com>, Emily Drake <emilydrake@quinnemanuel.com>, Auerbach, Maximilian <mauerbach@maglaw.com>, jigoe@maglaw.com <jigoe@maglaw.com>
**Subject:** RE: 777 General Ledgers

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jim,

Thanks for speaking today. To briefly memorialize our call, we'd like 777 to produce general ledgers (*i.e.*, records of financial transactions) promptly or we will have to go to court to compel prompt production. We have raised general ledgers repeatedly as a priority item for 777 to produce (including in this chain and in other chains, attached) and 777 has never indicated that it will not produce these items. We just ask that they be produced promptly.

As I indicated on today's call, I would prefer that we not get into a lengthy back and forth over whether we requested these documents and just cut to the chase of whether 777 will produce them promptly. That said, as you appeared to recognize on the call, Leadenhall seeks general ledgers to (among other things) trace the flow of funds within the 777 structure, and multiple document requests target these types of documents. *See* Leadenhall RFPs 4, *see also* RFPs 15, 29-32. I would also point out that while 777 stated in its written responses to our document requests over and over again that it would not produce any documents—including to requests seeking documents on the allocation of receivables and even the preparation of monthly compliance reports (Leadenhall RFPs 1, 2)—777 subsequently walked back those written responses on meet and confers and stated that it was willing to consider producing documents in response to each of the requests. That is why I'd like to just get to a yes or no here on whether 777 will promptly produce general ledgers.

Happy to talk tomorrow if it would be helpful.

Thanks,
Brian

**From:** Lilian Klatskin <LKlatskin@KSLAW.com>
**Sent:** Wednesday, January 7, 2026 7:10 PM
**To:** jmccarthy <jmccarthy@sgrlaw.com>; Boland, James <jboland@sgrlaw.com>
**Cc:** Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Zoe Beiner <ZBeiner@KSLAW.com>; Taryn Kisch Gallagher <TKischGallagher@kslaw.com>; charwood@maglaw.com; JEstes@gibsondunn.com; alexrossmiller@quinnemanuel.com; Leadenhall-NY <Leadenhall-NY@KSLAW.com>; Jenni Weaver <JWeaver@KSLAW.com>; phara.guberman@foley.com; alexandra.jernigan@foley.com; djordan@foley.com; phosp@foley.com; Brian Donovan <bdonovan@kslaw.com>; Jay Paolillo <JPaolillo@kslaw.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>; Emily Drake <emilydrake@quinnemanuel.com>; Auerbach, Maximilian <mauerbach@maglaw.com>; jigoe@maglaw.com
**Subject:** RE: Leadenhall v. Wander, et al. - Search Terms

777 Counsel,

Hope everyone had a nice holiday. We still haven't heard back from you on the below. Please let us know the status of these items.

Best,
Lilian

**From:** Lilian Klatskin
**Sent:** Tuesday, December 23, 2025 12:39 PM
**To:** jmccarthy <jmccarthy@sgrlaw.com>; Boland, James <jboland@sgrlaw.com>
**Cc:** Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Zoe Beiner <ZBeiner@KSLAW.com>; Taryn Kisch Gallagher <TKischGallagher@kslaw.com>; 'charwood@maglaw.com' <charwood@maglaw.com>; 'JEstes@gibsondunn.com' <JEstes@gibsondunn.com>; 'alexrossmiller@quinnemanuel.com' <alexrossmiller@quinnemanuel.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>; Jenni Weaver <JWeaver@KSLAW.com>; 'phara.guberman@foley.com' <phara.guberman@foley.com>; 'alexandra.jernigan@foley.com' <alexandra.jernigan@foley.com>; 'djordan@foley.com' <djordan@foley.com>; 'phosp@foley.com' <phosp@foley.com>; Brian Donovan <bdonovan@kslaw.com>; Jay Paolillo <JPaolillo@kslaw.com>; 'Alex Rossmiller' <alexrossmiller@quinnemanuel.com>; 'Emily Drake' <emilydrake@quinnemanuel.com>; 'Auerbach, Maximilian' <mauerbach@maglaw.com>; 'jigoe@maglaw.com' <jigoe@maglaw.com>
**Subject:** RE: Leadenhall v. Wander, et al. - Search Terms

777 Counsel,

Ahead of the holidays, I'm once again bumping up the below items, which still remain outstanding. We are particularly interested in the compliance reports issued by 777 to other lenders. Please let us know the status here.

Best,
Lilian

---

**From:** Lilian Klatskin
**Sent:** Thursday, December 4, 2025 10:14 AM
**To:** dpellegrino@sgrlaw.com; jmccarthy <jmccarthy@sgrlaw.com>
**Cc:** Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Zoe Beiner <ZBeiner@KSLAW.com>; Taryn Kisch Gallagher <TKischGallagher@kslaw.com>; charwood@maglaw.com; JEstes@gibsondunn.com; alexrossmiller@quinnemanuel.com; Leadenhall-NY <Leadenhall-NY@KSLAW.com>; Jenni Weaver <JWeaver@KSLAW.com>; phara.guberman@foley.com; alexandra.jernigan@foley.com; djordan@foley.com; phosp@foley.com; Brian Donovan <bdonovan@kslaw.com>; Jay Paolillo <JPaolillo@kslaw.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>; Emily Drake <emilydrake@quinnemanuel.com>; Auerbach, Maximilian <mauerbach@maglaw.com>; jigoe@maglaw.com
**Subject:** RE: Leadenhall v. Wander, et al. - Search Terms

777 Counsel,

Hope you had a nice Thanksgiving. I'm following up again on the below items, which we still have not received a response on.

We also await your response on the status of the priority noncustodial items referenced in Brian's emails dated November 10 and July 15. Please let us know the status of your collection/production of these priority items.

Best,
Lilian

\*\*\*

Priority Noncustodial Items

- General ledgers (showing a record of financial transactions for at least 777, 600, and SuttonPark) and accounting records for the 777 entities, including balance sheets, cash flow statements, and income statements.

- Schedules of inter-entity transfers, obligations, and debts, including "flow of funds" (abbreviated as "FOF") communications or documents showing how funds moved across the 777 entities.

- Audit records, audit committee minutes, and corporate governance documents, including board minutes, operating agreements, and changes in company by-laws.

- A complete listing of corporate directors, officers (otherwise known as managers or members), and authorized signatories for the 777 entities.

---

**From:** Lilian Klatskin <LKlatskin@KSLAW.com>
**Sent:** Wednesday, November 5, 2025 4:38 PM
**To:** dpellegrino@sgrlaw.com; jmccarthy <jmccarthy@sgrlaw.com>
**Cc:** Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Zoe Beiner <ZBeiner@KSLAW.com>; Taryn Kisch Gallagher <TKischGallagher@kslaw.com>; charwood@maglaw.com; JEstes@gibsondunn.com; alexrossmiller@quinnemanuel.com; Leadenhall-NY <Leadenhall-NY@KSLAW.com>; Jenni Weaver <JWeaver@KSLAW.com>; phara.guberman@foley.com; alexandra.jernigan@foley.com; djordan@foley.com; phosp@foley.com; Brian Donovan <bdonovan@kslaw.com>; Jay Paolillo <JPaolillo@kslaw.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>; Emily Drake <emilydrake@quinnemanuel.com>; Auerbach, Maximilian <mauerbach@maglaw.com>; jigoe@maglaw.com
**Subject:** RE: Leadenhall v. Wander, et al. - Search Terms

777 Counsel,

I'm following up on my October 20 email, which listed seven priority items that we need a response on. It looks you may have produced documents responsive to item 7 below on October 31. Please confirm if these documents are supposed to be responsive to this item and/or if more are forthcoming.

We have yet to hear anything from you on the highlighted items below.

Best,
Lilian

---

**From:** Lilian Klatskin
**Sent:** Monday, October 20, 2025 11:20 PM
**To:** Skene, Rachel <Rachel.Skene@cwt.com>; Huynh, Andrew <Andrew.Huynh@cwt.com>; Jay Paolillo <JPaolillo@kslaw.com>; Brian Donovan <bdonovan@kslaw.com>; Karlan, Matthew <Matthew.Karlan@cwt.com>
**Cc:** Leigh Nathanson <lnathanson@kslaw.com>; Peter Starr <pstarr@kslaw.com>; Zoe Beiner <ZBeiner@KSLAW.com>; Taryn Kisch Gallagher <TKischGallagher@kslaw.com>; dpellegrino@sgrlaw.com; jmccarthy@sgrlaw.com; charwood@maglaw.com; JEstes@gibsondunn.com; alexrossmiller@quinnemanuel.com; Watkins, Jonathan <Jonathan.Watkins@cwt.com>; Petrella, Michael <Michael.Petrella@cwt.com>; OMalley, Kaitlyn <kaitlyn.omalley@cwt.com>; Leadenhall-NY <Leadenhall-NY@KSLAW.com>; Jenni Weaver <JWeaver@KSLAW.com>; MAIL-CWT_ACAP_EXT <CWT_ACAP_EXT@cwt.com>; phara.guberman@foley.com; alexandra.jernigan@foley.com; djordan@foley.com; phosp@foley.com
**Subject:** RE: Leadenhall v. Wander, et al. - Search Terms

777 Counsel,

As discussed on today's meet and confer, see below our list of priority items that we need 777's answer on promptly. This email chain (along with other chains concerning 777's custodial search parameters, such as the chain attached here) reflects that these items have been outstanding with no response from 777 for some time.

Best,
Lilian

Priority 777 Discovery Items

1. **Custodial search parameters for 777's documents.** 777 stated today that it expected to send Leadenhall either today or tomorrow a counterproposal on search parameters to be applied to 777's custodial documents, along with a hit report for that counterproposal. 777 also indicated today that it has not begun producing any custodial documents using search parameters on which the parties have not agreed (rather, the only productions 777 has made to date are of non-custodial documents or documents already produced in the Florida action). Please send us the counterproposal and hit report as soon as possible.

2. **Compliance reports issued by 777 to other lenders.** Leadenhall RFPs 1 and 2 cover compliance reports issued by 777 to its lenders (whether to, e.g., Leadenhall, ING, Credigy, Northwestern Mutual, and/or potentially A-CAP). These reports are central to the case given Leadenhall's double-pledging and fictitious pledging allegations, and we have asked for these reports repeatedly, including in connection with the RFAs issued to 777. Please let us know promptly whether you will agree to produce these reports—and produce them promptly if so.