```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  01/30/26
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, et al.,

        Plaintiffs,

-against-

JOSH WANDER, et al.,

        Defendants.

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      By letter-motion dated January 16, 2026, plaintiffs seek an order compelling the 777 Entity Defendants to produce "general ledgers and financial statements," which – they assert – are responsive to plaintiffs' Requests for Production Nos. 4, 31, and 32, served "over a year ago," but which the 777 Entity Defendants have failed to produce. (Dkt. 458 at 1.) In response, the 777 Entity Defendants state there "has been *no* refusal . . . to produce the documents or data Plaintiffs claim to seek," but complain that plaintiffs have not adequately "define[d] what they seek," and argue that the motion is premature. (Dkt. 460 at 1-2, 5.) In reply, plaintiffs accuse the 777 Entity Defendants of feigning misunderstanding as to what documents are requested and "refus[ing] to give a straight answer" as to whether they will produce them, in order to "delay production indefinitely." (Dkt. 461 at 1.)

      Plaintiffs' motion is DENIED without prejudice to renewal after the parties have complied with this Order. *First*, they must promptly meet and confer in a good faith effort to come to agreement on RFPs 4, 31, and 32. As part of these discussions, the 777 Entity Defendants must clearly describe what potentially relevant accounting records they possess or can generate through their accounting systems and software, and plaintiffs must clearly identify the records they seek. *Second*, no later than **February 13, 2026**, the 777 Entity Defendants must (1) inform plaintiffs, in writing, which of the requested records they will produce, and (2) when they will produce those records. If the 777 Entity Defendants are unwilling to produce some or all of the records at issue, they must also inform plaintiffs, clearly and concisely, of the grounds on which they object. Thereafter, to the extent the parties are at impasse, plaintiffs may renew their motion to compel.

      The Clerk of Court is respectfully directed to close the motion at Dkt. 458.

Dated: New York, New York
       January 30, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**