

90 PARK AVE
37TH FLOOR
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
FOLEY.COM

February 3, 2026

**Via ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Leadenhall Capital Partners LLP et al. v. Wander, et al.*,
              1:24-cv-03453-JGK

Dear Judge Koeltl:

      We write on behalf of Advantage Capital Holdings LLC ("A-CAP") and Kenneth King ("King," and together with "A-CAP," the "A-CAP Defendants") in connection with the above-captioned matter. Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC (collectively, "Plaintiffs") and Defendant SuttonPark Capital LLC ("SuttonPark") designated certain documents as "confidential" pursuant to the Protective Order, (ECF No. 296), as well as by letter to Your Honor on December 10, 2025, (ECF Nos. 442–444), which the A-CAP Defendants seek to file in connection with their motion for contempt. Pursuant to Rule VII.A.2 of Your Honor's Individual Practices and the Protective Order, the A-CAP Defendants respectfully request the documents that were designated by Plaintiffs and SuttonPark as "confidential" be temporarily sealed only to permit Plaintiffs and SuttonPark an opportunity to make a sealing application. The A-CAP Defendants reserve the right to oppose any such sealing application. The A-CAP Defendants disagree with these confidentiality designations and believe the documents should be publicly filed. The A-CAP Defendants' motion papers are being electronically filed concurrently herewith, including both public (redacted) and under seal versions of those submissions.

      The documents that the A-CAP Defendants request to temporarily seal are attached as **Exhibit I** to the Declaration of Michael Saliba and **Exhibits B–C** to the Declaration of Phara Guberman in support of the A-CAP Defendants' motion for contempt.

      We thank the Court for its attention to this matter.

                                                                   Respectfully submitted,

                                                                   */s/ Phara A. Guberman*

                                                                   Phara A. Guberman

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NEW YORK | ORLANDO | RALEIGH | SACRAMENTO | SALT LAKE CITY
SAN DIEGO | SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.