UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP, LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>-against-<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | Case No. 1:24-cv-03453-JGK<br><br>NOTICE OF MOTION<br><br><u>ORAL ARGUMENT REQUESTED</u> |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Michael Saliba, the Declaration of Phara A. Guberman, and the exhibits thereto, Defendants Advantage Capital Holdings LLC and Kenneth King (collectively, the "A-CAP Defendants"), by and through their undersigned counsel, move this Court, before the Honorable John G. Koeltl, at the United States Court House, 500 Pearl Street, New York, New York 10007, for an Order finding Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC (collectively, "Plaintiffs") in contempt for violation of the preliminary injunction, (ii) imposing sanctions, and (iii) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Honorable John G. Koeltl's

Individual Rule III.H and Local Civil Rule 6.1(b), opposition papers shall be served within 14 days after service of this motion.

Dated: February 3, 2026  
       New York, New York

Respectfully submitted,

**FOLEY & LARDNER LLP**

By: */s/ Phara A. Guberman*  
Phara A. Guberman, Esq.  
David Jordan, Esq. (admitted *pro hac vice*)  
Phillip F. Hosp, Esq. (admitted *pro hac vice*)  
Alexandra R. Jernigan, Esq. (admitted *pro hac vice*)  
90 Park Avenue  
New York, NY 10016  
Telephone: (212) 338-3514  
Email: phara.guberman@foley.com  
       djordan@foley.com  
       phosp@foley.com  
       alexandra.jernigan@foley.com

*Attorneys for Advantage Capital Holdings LLC and Kenneth King*