UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

LEADENHALL CAPITAL PARTNERS LLP et al.,                      24-cv-3453 (JGK)

                     Plaintiffs,                      ORDER

      - against –

JOSH WANDER ET AL.,

                   Defendants.

———————————————————————

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference in connection with Defendants Advantage Capital Holdings LLC and Kenneth King's motion for contempt (ECF No. 464) on **Thursday, February 19, 2026, at 3:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
         February 11, 2026

                               John G. Koeltl
                    United States District Judge