

King & Spalding LLP
1290 Avenue of the Americas
New York, New York  10104

**Leigh M. Nathanson**
Partner
T:  (212) 790-5359
lnathanson@kslaw.com

February 13, 2026

<u>**VIA ECF**</u>

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK

Dear Judge Koeltl,

      We write on behalf of Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC ("Leadenhall") and Defendants Advantage Capital Holdings LLC and Kenneth King ("A-CAP") concerning the schedule for responding to A-CAP's Motion for Contempt (ECF No. 464) in the above-referenced matter.  The parties have conferred on a proposed briefing schedule relating to the Motion for Contempt and respectfully request that the Court enter the following deadlines, in the event briefing is necessary following the upcoming telephonic hearing scheduled for February 19, 2026:

March 6, 2026: Leadenhall shall file a response in opposition to A-CAP's Motion for Contempt.

March 20, 2026: A-CAP shall file any reply in support of their Motion for Contempt.

                                                              Respectfully submitted,

                                                              */s/ Leigh Nathanson*

                                                              Leigh M. Nathanson

Cc: All Counsel of Record via ECF