UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP,
LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,

*Plaintiffs*,

-against-

JOSH WANDER, STEVEN PASKO,
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC,
SIGNAL SML 4 LLC, INSURETY AGENCY
SERVICES LLC, DORCHESTER
RECEIVABLES II LLC, SUTTONPARK
CAPITAL LLC, SIGNAL MEDICAL
RECEIVABLES LLC, INSURETY CAPITAL
LLC, SUTTONPARK SERVICING LLC,
ADVANTAGE CAPITAL HOLDINGS LLC,

*Defendants*.

Case No. 1:24-cv-03453-JGK-BCM

~~(PROPOSED)~~ ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/27/26

**BARBARA C. MOSES, Magistrate Judge:**

Upon agreement, Advantage Capital Holdings LLC's and Kenneth King's (collectively, "A-CAP Defendants") Motion to Quash (ECF No. 476) is voluntarily withdrawn. Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investment Funds PLC (collectively, "Leadenhall") agree to narrow the Subpoena to DocuSign, Inc. ("DocuSign") with respect to any transactions associated with the A-CAP Defendants such that the only A-CAP transactions Leadenhall will seek are transactions with counterparty domain names associated with Defendant 777 Partners, its affiliates, or its subsidiaries. Leadenhall has further agreed that to the extent any production by DocuSign includes any A-CAP internal notes or comments, the A-CAP Defendants may take seven calendar days to conduct a privilege review of any such internal comments or notes

in DocuSign's document production, during which Leadenhall will refrain from reviewing the production set pending the A-CAP Defendants' privilege review. At the conclusion of that seven-day period, the A-CAP Defendants will provide with a privilege log setting forth the basis of any claims of privilege.

This Order is explicitly without prejudice to the A-CAP Defendants' ability to refile the Motion to Quash.

**SO ORDERED.**

Dated: February  27 , 2026
      New York, New York

 

_____
Hon. Barbara C. Moses
United States Magistrate Court Judge