**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

LEADENHALL CAPITAL PARTNERS LLP,
LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,

      Plaintiffs,

    vs.

JOSH WANDER, STEVEN PASKO,
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC,
SIGNAL SML 4 LLC, INSURETY AGENCY
SERVICES LLC, DORCHESTER
RECEIVABLES II LLC, SUTTONPARK
CAPITAL LLC, SIGNAL MEDICAL
RECEIVABLES LLC, INSURETY CAPITAL
LLC, SUTTONPARK SERVICING LLC,
ADVANTAGE CAPITAL HOLDINGS LLC,

      Defendants.

</td>
<td>

Civil Action No. 1:24-cv-03453-JGK

</td>
</tr>
</table>

**DECLARATION OF LEIGH M. NATHANSON**

I, Leigh M. Nathanson, declare under penalty of perjury that the following statements are true and correct:

1.     I am an attorney licensed and admitted to practice in the state of New York and a partner at King & Spalding LLP, counsel for Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC ("Leadenhall").

2.     I submit this Declaration in support of Leadenhall's Opposition to Advantage Capital Holdings LLC and Kenneth King's Motion for Contempt.[1]

---

[1] Capitalized terms have the same meaning as set forth in Leadenhall's accompanying Memorandum of Law.

3. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the May 15, 2025 Foreclosure Auction, NYSCEF No. 31, *Signal SML 4 LLC, et al. v. Leadenhall Life Insurance Linked Investments Fund PLC*, No. 652929/2025 (N.Y. Sup. Ct.) (hereinafter, "State Court TRO Proceeding").

4. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from Atlantic Coast Life Insurance Company's Q4 2025 statutory statement.

5. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt from Sentinel Security Life Insurance Company's Q4 2025 statutory statement.

6. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from Haymarket Insurance Company's Q4 2025 statutory statement.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Complaint, NYSCEF No. 2, in the State Court TRO Proceeding.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Dorchester Foreclosure Notice, NYSCEF No. 3, which was attached as Exhibit 1 to the Complaint in the State Court TRO Proceeding.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Signal Foreclosure Notice, NYSCEF No. 4, which was attached as Exhibit 2 to the Complaint in the State Court TRO Proceeding.

10. Attached hereto as **Exhibit H** is a true and correct copy of the SPLCSS Foreclosure Notice, NYSCEF No. 5, which was attached as Exhibit 3 to the Complaint in the State Court TRO Proceeding.

11. Attached hereto as **Exhibit I** is a true and correct copy of a May 14, 2025 letter Leadenhall filed, NYSCEF No. 13, in the State Court TRO Proceeding.

12.     Attached hereto as **Exhibit J** is a true and correct copy of the Decision and Order denying Plaintiff Signal SML 4 LLC's Motion for Temporary Restraining Order, NYSCEF No. 15, in the State Court TRO Proceeding.

13.     Attached hereto as **Exhibit K** is a true and correct copy of an excerpt from the March 26, 2025 deposition of 777 Partners LLC and SuttonPark Capital LLC's 30(b)(6) representative Mark Shapiro in *777 Partners LLC et al. v. Leadenhall Capital Partners LLP et al.*, No. 24-81143 (S.D. Fla.).

14.     Attached hereto as **Exhibit L** is a true and correct copy of 777's Memorandum of Law in Support of its Motion for a Preliminary Injunction, NYSCEF No. 8, in the State Court TRO Proceeding.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2026

*/s/ Leigh M. Nathanson*
Leigh M. Nathanson