# EXHIBIT A

# EXHIBIT 7

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM
INDEX NO. 652929/2025
NYSCEF DOC. NO. 31
RECEIVED NYSCEF: 02/05/2026

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 3 of 25



# Transcript of Foreclosure Auction

**Date:** May 15, 2025
**Case:** Foreclosure Sale of Assets of Dorchester Receivables II LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
------------------------------------x
IN RE:                              :
ARTICLE 9 SALE FOR COLLATERAL OWNED :
BY DORCHESTER RECEIVABLES II, LLC;  :
SPLCSS II, LLC; AND SIGNAL SML, LLC :
(COLLECTIVELY, THE "COMPANIES")     :
------------------------------------x
```

FORECLOSURE AUCTION

New York, New York

Thursday, May 15, 2025

10:51 a.m.

Job No.: 584456

Pages: 1 - 15

Recorded By: Enrique Casas

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM
NYSCEF DOC. NO. 31
INDEX NO. 652929/2025
RECEIVED NYSCEF: 02/05/2026

Case 1:24-cv-03453-JGK-BCM   Document 485-1   Filed 03/06/26   Page 5 of 25

Foreclosure Auction, held at the location of:

PAUL HASTINGS LLP

200 Park Avenue

New York, New York 10166

Pursuant to agreement, before Enrique Casas, Notary Public in and for the State of New York.

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM INDEX NO. 652929/2025
NYSCEF DOC. NO. 31 RECEIVED NYSCEF: 02/05/2026

Case 1:24-cv-03453-JGK-BCM Document 485-1 Filed 03/06/26 Page 6 of 25

A P P E A R A N C E S

WILLIAM REILY, ESQUIRE - Paul Hastings LLP

ROGER SCHWARTZ, ESQUIRE - Paul Hastings LLP

KATIE L. SCHWARTZ, ESQUIRE - Smith, Gambrell

& Russell, LLP

SEAN HORNER - B. Riley Advisory Services

WAYNE P. WEITZ, CTP - B. Riley Advisory

Services

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 7 of 25

Transcript of Foreclosure Auction
Conducted on May 15, 2025                                    4

C O N T E N T S                          PAGE

Proceedings                                      5

E X H I B I T S

(None marked)

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM INDEX NO. 652929/2025
NYSCEF DOC. NO. 31 RECEIVED NYSCEF: 02/05/2026

P R O C E E D I N G S

(Whereupon, the court reporter was duly sworn.)

MR. REILY:  All right.  My name is Will Reily, and I am an attorney with Paul Hastings, LLP, Counsel for Leadenhall Life Insurance Linked Investments Fund, PLC, the Collateral Agent.  The date today is April 15th, 2025 [sic], and we are at the offices of Paul Hastings in New York City.  I note for the record that present here in the conference room today are my colleague and partner at Paul Hastings, Roger Schwartz.  And let's take a moment and go around the room and state our name for the record.

MR. HORNER:  Sean Horner from B. Riley.

MR. REILY:  On behalf of or here representing?

MR. HORNER:  B. Riley.

MR. REILY:  Okay.

MS. SCHWARTZ:  Katie Schwartz from Smith Gambrell on behalf of the borrowers.

MR. REILY:  Okay.

MS. SCHWARTZ:  Yeah.

MR. REILY:  Thank you.  And we also have Enrique Casas from Planet Depositions for the

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM INDEX NO. 652929/2025
NYSCEF DOC. NO. 31 RECEIVED NYSCEF: 02/05/2026

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 9 of 25

transcription this morning.  Time is 10:53 a.m. Eastern.

Okay.  So we are -- we are here -- we've -- we're here convened for the Article 9 sale of the assets of each of Dorchester Receivables II, LLC, a Delaware Limited Liability Company, who hereinafter shall be referred to as Dorchester and whose assets shall be referred to as the Dorchester Collateral; SPLCSS 3, LLC, a Delaware Limited Liability Company, who hereinafter shall be referred to as SPLCSS and whose assets shall be referred to as the SPLCSS Collateral; and third, Signal SML 4, LLC, a Delaware Limited Liability Company, who hereinafter shall be referred to as Signal, and, together with Dorchester and SPLCSS, shall be referred to as the Companies, and whose assets shall be referred to as the Signal Collateral, and together with the Dorchester Collateral, the SPLCSS Collateral shall be referred to collectively as the Sale Collateral.

The foregoing Sale Collateral is being offered for sale by Leadenhall Life Insurance Linked Investments Fund, PLC as the Collateral Agent, hereinafter referred to as the Collateral Agent, under that certain loan and security

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM
NYSCEF DOC. NO. 31

INDEX NO. 652929/2025
RECEIVED NYSCEF: 02/05/2026

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 10 of 25

agreement dated as of May 7th, 2021, as amended, restated, amended and restated, extended, supplemented, or otherwise modified in writing from time to time, the Loan Agreement, by and among Dorchester Receivables II, LLC, SPLCSS 3, LLC, and Signal SML 4, LLC, and each of the other borrowers party thereto, the Lenders from time to time party thereto, hereinafter the Lenders, Leadenhall Capitol Partners, LLP, as the Administrative Agent, Leadenhall Life Insurance Linked Investments Fund, PLC, as the Collateral Agent, the servicer from time to time party thereto, and the Seller from time to time party thereto.

On May 1st, 2025, the Collateral Agent delivered notice of the foreclosure auction, this foreclosure auction to each of Dorchester Receivables II, LLC; SPLCSS 3, LLC; and Signal SML 4, LLC.  This auction is a public foreclosure sale being conducted by the Collateral Agent pursuant to the Loan Agreement and the other transaction documents as defined therein and in accordance with Section 9-610 of the Uniform Commercial Code, the State of New York, the Sale Collateral being sold today or the Lender's collateral under the Loan Agreement, bidders may -- may bid separately on the

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM INDEX NO. 652929/2025
NYSCEF DOC. NO. 31 RECEIVED NYSCEF: 02/05/2026

Transcript of Foreclosure Auction
Conducted on May 15, 2025                    8

Dorchester Collateral, SPLCSS Collateral or Signal Collateral or, in the aggregate, on all of the sale collateral.

On May 1st, 2021, pursuant to 9-611 of the Uniform Commercial Code, a Notice of Public Disposition of Collateral was emailed and mailed to the Companies, which the Companies' Counsel has acknowledged receiving in a call with Paul Hastings on May 10th, 2025.  On each of May 5th, 2025, May 9th, 2025, May 12th, 2025, and yesterday, May 14th, 2025, a Notice of Public Disposition of Collateral was published in the New York Times in both print and online electronic editions.

I first would like to note that the public notice of disposition for this auction expressly stated that persons interested in participating in this auction should contact my partners and colleagues, Roger Schwartz and Geoff King, at their email addresses set forth therein; however, no persons other than those noted on the record at the outset of these sales this morning contacted neither of my colleagues, nor myself, for information about this auction at any time prior to the commencement hereof.  Notwithstanding the foregoing, the Lenders have agreed to allow persons

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 12 of 25

Transcript of Foreclosure Auction
Conducted on May 15, 2025                    9

present for the auction today to make bids for the

Sale Collateral in accordance with the following

ground rules:

All bids must be for 100 percent cash

consideration.  The auction shall continue until

the Collateral Agent, at the direction of the

required Lenders, determines that there is only one

bid that is the highest or otherwise best offer

from among the bid submitted and that is acceptable

to the Collateral Agent at the direction of the

required Lenders, or two, further bidding is

unlikely to result in such a bid.

As this is a public foreclosure sale in

accordance with 9-610 of the Uniform Commercial

Code, the Lenders are entitled to credit bid the

obligations outstanding under the Loan Agreement.

In selecting the prevailing bid, the Collateral

Agent, acting at the direction of the required

Lenders, may consider any and all relevant factors,

including, without limitation, the amount of the

purchase price, the likelihood of each potential

bidder's ability to consummate the purchase, any

risk associated with consummating the purchase, the

timing thereof, any closing conditions or other

impediments to closing, including -- including

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM
NYSCEF DOC. NO. 31
INDEX NO. 652929/2025
RECEIVED NYSCEF: 02/05/2026

obtaining regulatory consent, and the net benefit to the Lenders and the Companies.

Any bid made at the auction subsequent to the first bid received must remain open and be binding on the potential bidder, which shall be confirmed by the potential bidder at the time the bid is made until and unless the Collateral Agent, acting at the direction of the required Lenders, accept a higher bid from another potential bidder. The amount of any bid must be at least $500,000 over the previously submitted bid.

The Collateral Agent, acting at the direction of the required Lenders, reserves the right to accept or reject any bid and to terminate or adjourn the auction to another date, time and/or place, and the Collateral Agent shall not be obligated to sell any collateral other than at the direction of the required Lenders. The sale of the -- the Sale Collateral will be subject to all applicable third-party consents and regulatory approvals, if any. The Sale Collateral will be sold pursuant to appropriate transfer documents on an as-is, where-is basis and without representations or warranties of any kind or nature whatsoever, including, without limitation, any

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM INDEX NO. 652929/2025
NYSCEF DOC. NO. 31 RECEIVED NYSCEF: 02/05/2026

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 14 of 25

representation or warranty of -- of merchantability or fitness for a particular purpose.

There will be no warranty relating to possession, quiet enjoyment, or the like in the disposition.  There will be no representations or warranties related to any assets owned by or liabilities of any legal entity included in the Sale Collateral  The winning bidder will be required to fund a deposit equal to 10 percent of the winning bid no later than 5:00 p.m.  Eastern Standard Time on the first business day immediately after the day of the conclusion of this auction. Such deposits will be subject to forfeiture by the winning bidder, if the winning bidder shall fail to pay the balance of the winning bid amount in full, in cash, within 10 days following the date of the conclusion of this auction.

Just move to the next -- yeah.  Okay.  So I think at this point, we will open the auction. As a reminder, the Collateral Agent, on behalf of the Lenders, is permitted to credit bid its obligations under the Loan Agreement for the sale of collateral and may do so either before or after the close of bidding.  So at this point we would open the auction to anybody who would like to

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM

NYSCEF DOC. NO. 31

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 15 of 25

submit a bid for the Sale Collateral. All right. Just acknowledging for the record that no bids have been submitted.

MS. SCHWARTZ: Is there a point at which I could ask a few questions to the extent anything is not covered in -- in the -- the script?

MR. REILY: Yeah. I'll just get through the script. We can try at the end. All right. A bid of $1 USD was submitted by the Collateral Agent at the direction of the required Lenders as a credit bid of the obligations due and owing under the Loan Agreement by the Collateral Agent on behalf of the Lenders for the right, title, and interest in each of Dorchester Collateral, SPLCSS Collateral, and Signal Collateral, for an aggregate bid of $3, that is, $1 for each.

At this point, I would like to open the auction to anybody who would like to submit an overbid. Hearing none, subject to further adjustment with respect to additional purchase price -- we're talking about purchase price, that is, $3 and aggregate purchase price, subject to further adjustment with respect to additional credit bid amounts. Okay. There were no other bids that were higher or better.

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 16 of 25

Transcript of Foreclosure Auction
Conducted on May 15, 2025
13

After having considered all of the bids, the Collateral Agent has determined that the credit bid submitted by the Collateral Agent is the highest or otherwise best bid and the winning bid. For the record, it is intended that collections are made -- as collections are made on the secured assets in the ordinary course, the outstanding obligations under the Loan Agreement shall be adjusted accordingly and consistent with the terms and conditions of the Loan Agreement.

It is now 11:03 a.m.  I declare the auction closed.  I'll request the court --

MR. SCHWARTZ:  Before we do that -- yeah.  You -- that's fine.

MR. REILY:  Pause?  Yeah, we'll just have a transcript.

MR. SCHWARTZ:  Okay.  Hold on.

MR. REILY:  Yeah.

MR. SCHWARTZ:  Off the record.

MR. REILY:  Off the record.

(Off the record at 11:03 a.m.)

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM
INDEX NO. 652929/2025
NYSCEF DOC. NO. 31
RECEIVED NYSCEF: 02/05/2026

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 17 of 25

Transcript of Foreclosure Auction
Conducted on May 15, 2025          14

CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

I, Enrique Casas, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings were fully sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

_____

ENRIQUE CASAS, NOTARY PUBLIC

FOR THE STATE OF NEW YORK

May 19, 2025

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM        INDEX NO. 652929/2025
NYSCEF DOC. NO. 31                                      RECEIVED NYSCEF: 02/05/2026

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 18 of 25

                    CERTIFICATE OF TRANSCRIBER

          I, Karen M. Galvez, do hereby certify

that this transcript was prepared from the digital

audio recording of the foregoing proceeding; that

said proceedings were reduced to typewriting under

my supervision; that said transcript is a true and

accurate record of the proceedings to the best of

my knowledge, skills, and ability; and that I am

neither counsel for, related to, nor employed by

any of the parties to the case and have no

interest, financial or otherwise, in its outcome.


_____

KAREN M. GALVEZ

PLANET DEPOS, LLC

May 19, 2025

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 19 of 25

Transcript of Foreclosure Auction
Conducted on May 15, 2025

16

**A**

**ability**
9:22, 14:10, 15:8

**about**
8:23, 12:21

**accept**
10:9, 10:14

**acceptable**
9:9

**accordance**
7:21, 9:2, 9:14

**accordingly**
13:9

**accurate**
14:9, 15:7

**acknowledged**
8:8

**acknowledging**
12:2

**acting**
9:18, 10:8, 10:12

**additional**
12:20, 12:23

**addresses**
8:19

**adjourn**
10:15

**adjusted**
13:9

**adjustment**
12:20, 12:23

**administrative**
7:9

**advisory**
3:7, 3:8

**after**
11:12, 11:23, 13:1

**agent**
5:7, 6:24, 6:25, 7:9, 7:11, 7:14, 7:19, 9:6, 9:10, 9:18, 10:7, 10:12, 10:16, 11:20,

12:9, 12:12, 13:2, 13:3

**aggregate**
8:2, 12:15, 12:22

**agreed**
8:25

**agreement**
2:11, 7:1, 7:4, 7:20, 7:25, 9:16, 11:22, 12:12, 13:8, 13:10

**all**
5:4, 8:2, 9:4, 9:19, 10:19, 12:1, 12:8, 13:1

**allow**
8:25

**also**
5:24

**amended**
7:1, 7:2

**among**
7:4, 9:9

**amount**
9:20, 10:10, 11:15

**amounts**
12:24

**another**
10:9, 10:15

**any**
8:23, 9:19, 9:22, 9:24, 10:3, 10:10, 10:14, 10:17, 10:21, 10:24, 10:25, 11:6, 11:7, 14:4, 14:12, 15:10

**anybody**
11:25, 12:18

**anything**
12:5

**applicable**
10:20

**appropriate**
10:22

**approvals**
10:21

**april**
5:8

**around**
5:13

**article**
1:3, 6:4

**as-is**
10:23

**assets**
6:5, 6:8, 6:11, 6:17, 11:6, 13:7

**associated**
9:23

**attorney**
5:5

**auction**
1:13, 2:1, 7:15, 7:16, 7:18, 8:15, 8:17, 8:23, 9:1, 9:5, 10:3, 10:15, 11:12, 11:17, 11:19, 11:25, 12:18, 13:12

**audio**
14:8, 15:4

**avenue**
2:5

**B**

**balance**
11:15

**basis**
10:23

**been**
12:3

**before**
2:11, 11:23, 13:13, 14:2

**behalf**
5:16, 5:21, 11:20, 12:13

**being**
6:22, 7:19, 7:23

**benefit**
10:1

**best**
9:8, 13:4, 14:9, 15:7

**better**
12:25

**bid**
7:25, 9:8, 9:9, 9:12, 9:15, 9:17, 10:3, 10:4, 10:7, 10:9, 10:10, 10:11, 10:14, 11:10, 11:15, 11:21, 12:1, 12:9, 12:11, 12:16, 12:24, 13:3, 13:4

**bidder**
10:5, 10:6, 10:9, 11:8, 11:14

**bidder's**
9:22

**bidders**
7:25

**bidding**
9:11, 11:24

**bids**
9:1, 9:4, 12:2, 12:25, 13:1

**binding**
10:5

**borrowers**
5:21, 7:6

**both**
8:12

**business**
11:11

**C**

**call**
8:8

**capitol**
7:9

**casas**
1:25, 2:11,

Case 1:24-cv-03453-JGK-BCM   Document 485-1   Filed 03/06/26   Page 20 of 25

Transcript of Foreclosure Auction
Conducted on May 15, 2025

17

5:25, 14:2, 14:17
**case**
14:12, 15:10
**cash**
9:4, 11:16
**certain**
6:25
**certificate**
14:1, 15:1
**certify**
14:4, 15:2
**city**
5:9
**close**
11:24
**closed**
13:12
**closing**
9:24, 9:25
**code**
7:22, 8:5, 9:15
**collateral**
1:3, 5:7, 6:9, 6:12, 6:18, 6:19, 6:20, 6:21, 6:23, 6:24, 7:11, 7:14, 7:19, 7:23, 7:24, 8:1, 8:2, 8:3, 8:6, 8:11, 9:2, 9:6, 9:10, 9:17, 10:7, 10:12, 10:16, 10:17, 10:19, 10:21, 11:8, 11:20, 11:23, 12:1, 12:9, 12:12, 12:14, 12:15, 13:2, 13:3
**colleague**
5:11
**colleagues**
8:18, 8:22
**collections**
13:5, 13:6
**collectively**
1:6, 6:20

**commencement**
8:24
**commercial**
7:22, 8:5, 9:14
**companies**
6:16, 8:7, 10:2
**companies"**
1:6
**company**
6:6, 6:10, 6:14
**conclusion**
11:12, 11:17
**conditions**
9:24, 13:10
**conducted**
7:19
**conference**
5:11
**confirmed**
10:6
**consent**
10:1
**consents**
10:20
**consider**
9:19
**consideration**
9:5
**considered**
13:1
**consistent**
13:9
**consummate**
9:22
**consummating**
9:23
**contact**
8:17
**contacted**
8:22
**continue**
9:5
**convened**
6:4
**could**
12:5
**counsel**
5:6, 8:7,

14:11, 15:9
**course**
13:7
**court**
5:2, 13:12, 14:1
**covered**
12:6
**credit**
9:15, 11:21, 12:11, 12:24, 13:2
**ctp**
3:8

**D**

**date**
5:8, 10:15, 11:16
**dated**
7:1
**day**
11:11, 11:12
**days**
11:16
**declare**
13:11
**defined**
7:21
**delaware**
6:6, 6:9, 6:13
**delivered**
7:15
**depos**
15:16
**deposit**
11:9
**depositions**
5:25
**deposits**
11:13
**determined**
13:2
**determines**
9:7
**digital**
14:8, 15:3
**direction**
9:6, 9:10,

9:18, 10:8, 10:13, 10:18, 12:10
**disposition**
8:6, 8:11, 8:15, 11:5
**documents**
7:21, 10:22
**dorchester**
1:4, 6:5, 6:7, 6:8, 6:15, 6:18, 7:5, 7:16, 8:1, 12:14
**due**
12:11
**duly**
5:2

**E**

**each**
6:5, 7:6, 7:16, 8:9, 9:21, 12:14, 12:16
**eastern**
6:2, 11:10
**editions**
8:13
**either**
11:23
**electronic**
8:13
**email**
8:19
**emailed**
8:6
**employed**
14:11, 15:9
**end**
12:8
**enjoyment**
11:4
**enrique**
1:25, 2:11, 5:25, 14:2, 14:17
**entitled**
9:15
**entity**
11:7

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 21 of 25

Transcript of Foreclosure Auction
Conducted on May 15, 2025

18

| | | | |
|---|---|---|---|
| **equal** 11:9 | 12:23 | **immediately** 11:11 | **lender's** 7:24 |
| **esquire** 3:3, 3:4, 3:5 | **G** | **impediments** 9:25 | **lenders** 7:7, 7:8, 8:25, 9:7, 9:11, 9:15, 9:19, 10:2, 10:8, 10:13, 10:18, 11:21, 12:10, 12:13 |
| **expressly** 8:16 | **galvez** 15:2, 15:15 | **included** 11:7 | |
| **extended** 7:2 | **gambrell** 3:5, 5:21 | **including** 9:20, 9:25, 10:25 | |
| **extent** 12:5 | **geoff** 8:18 | **information** 8:23 | **let's** 5:12 |
| **F** | **go** 5:13 | **insurance** 5:6, 6:22, 7:10 | **liabilities** 11:7 |
| **factors** 9:19 | **ground** 9:3 | **intended** 13:5 | **liability** 6:6, 6:10, 6:13 |
| **fail** 11:14 | **H** | **interest** 12:14, 14:13, 15:11 | **life** 5:6, 6:22, 7:10 |
| **few** 12:5 | **hastings** 2:4, 3:3, 3:4, 5:5, 5:9, 5:12, 8:8 | **interested** 8:16 | **likelihood** 9:21 |
| **financial** 14:13, 15:11 | | **investments** 5:7, 6:23, 7:10 | **limitation** 9:20, 10:25 |
| **fine** 13:14 | **hearing** 12:19 | **J** | **limited** 6:6, 6:9, 6:13 |
| **first** 8:14, 10:4, 11:11 | **held** 2:1 | **job** 1:23 | **linked** 5:6, 6:23, 7:10 |
| **fitness** 11:2 | **here** 5:10, 5:16, 6:3, 6:4 | **K** | **llc** 1:4, 1:5, 6:6, 6:9, 6:13, 7:5, 7:6, 7:17, 7:18, 15:16 |
| **following** 9:2, 11:16 | **hereby** 14:3, 15:2 | **karen** 15:2, 15:15 | |
| **foreclosure** 1:13, 2:1, 7:15, 7:16, 7:18, 9:13 | **hereinafter** 6:7, 6:10, 6:14, 6:24, 7:8 | **katie** 3:5, 5:20 | |
| | | **kind** 10:24 | **llp** 2:4, 3:3, 3:4, 3:6, 5:6, 7:9 |
| **foregoing** 6:21, 8:25, 14:3, 14:4, 15:4 | **hereof** 8:24 | **king** 8:19 | **loan** 6:25, 7:4, 7:20, 7:24, 9:16, 11:22, 12:12, 13:8, 13:10 |
| **forfeiture** 11:13 | **higher** 10:9, 12:25 | **knowledge** 14:10, 15:8 | |
| **forth** 8:19 | **highest** 9:8, 13:4 | **L** | |
| **full** 11:15 | **hold** 13:17 | **later** 11:10 | **location** 2:1 |
| **fully** 14:5 | **horner** 3:7, 5:15, 5:18 | **leadenhall** 5:6, 6:22, 7:8, 7:10 | **M** |
| **fund** 5:7, 6:23, 7:10, 11:9 | **however** 8:20 | **least** 10:10 | **made** 10:3, 10:7, 13:6 |
| **further** 9:11, 12:19, | **I** | **legal** 11:7 | **mailed** 8:6 |
| | **ii** 1:4, 1:5, 6:5, 7:5, 7:17 | | |

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 22 of 25

Transcript of Foreclosure Auction
Conducted on May 15, 2025

19

| | | | |
|---|---|---|---|
| **make** 9:1 | **notwithstanding** 8:24 | **overbid** 12:19 | 12:4, 12:17 |
| **marked** 4:6 | **O** | **owing** 12:11 | **possession** 11:4 |
| **merchantability** 11:1 | **obligated** 10:17 | **owned** 1:3, 11:6 | **potential** 9:21, 10:5, 10:6, 10:9 |
| **modified** 7:3 | **obligations** 9:16, 11:22, 12:11, 13:8 | **P** | **prepared** 15:3 |
| **moment** 5:13 | **obtaining** 10:1 | **page** 4:1 | **present** 5:10, 9:1 |
| **morning** 6:1, 8:21 | **offer** 9:8 | **pages** 1:24 | **prevailing** 9:17 |
| **move** 11:18 | **offered** 6:22 | **park** 2:5 | **previously** 10:11 |
| **must** 9:4, 10:4, 10:10 | **officer** 14:2 | **participating** 8:17 | **price** 9:21, 12:21, 12:22 |
| **myself** 8:22 | **offices** 5:9 | **particular** 11:2 | **print** 8:12 |
| **N** | **okay** 5:19, 5:22, 6:3, 11:18, 12:24, 13:17 | **parties** 14:12, 15:10 | **prior** 8:23 |
| **name** 5:4, 5:13 | **one** 9:7 | **partner** 5:11 | **proceeding** 15:4 |
| **nature** 10:24 | **online** 8:13 | **partners** 7:9, 8:18 | **proceedings** 4:2, 14:3, 14:5, 14:8, 15:5, 15:7 |
| **neither** 8:22, 14:11, 15:9 | **only** 9:7 | **party** 7:7, 7:12, 7:13 | **public** 2:12, 7:18, 8:5, 8:11, 8:15, 9:13, 14:1, 14:17 |
| **net** 10:1 | **open** 10:4, 11:19, 11:25, 12:17 | **paul** 2:4, 3:3, 3:4, 5:5, 5:9, 5:12, 8:8 | **published** 8:12 |
| **new** 1:14, 2:6, 2:12, 5:9, 7:23, 8:12, 14:18 | **ordinary** 13:7 | **pause** 13:15 | **purchase** 9:21, 9:22, 9:23, 12:20, 12:21, 12:22 |
| **next** 11:18 | **other** 7:6, 7:20, 8:20, 9:24, 10:17, 12:24 | **pay** 11:15 | **purpose** 11:2 |
| **none** 4:6, 12:19 | **otherwise** 7:3, 9:8, 13:4, 14:13, 15:11 | **percent** 9:4, 11:9 | **pursuant** 2:11, 7:19, 8:4, 10:22 |
| **notary** 2:12, 14:1, 14:17 | **outcome** 14:13, 15:11 | **permitted** 11:21 | **Q** |
| **note** 5:10, 8:14 | **outset** 8:21 | **persons** 8:16, 8:20, 8:25 | **qualified** 14:7 |
| **noted** 8:20 | **outstanding** 9:16, 13:7 | **place** 10:16 | **questions** 12:5 |
| **notice** 7:15, 8:5, 8:11, 8:15 | **over** 10:11 | **planet** 5:25, 15:16 | |
| | | **plc** 5:7, 6:23, 7:11 | |
| | | **point** 11:19, 11:24, | |

Transcript of Foreclosure Auction
Conducted on May 15, 2025

20

**quiet**
11:4

**R**

**receivables**
1:4, 6:5, 7:5,
7:17

**received**
10:4

**receiving**
8:8

**record**
5:10, 5:14,
8:21, 12:2,
13:5, 13:19,
13:20, 13:21,
14:9, 15:7

**recorded**
1:25, 14:6

**recording**
14:8, 15:4

**reduced**
14:6, 15:5

**referred**
6:7, 6:8, 6:11,
6:12, 6:14,
6:16, 6:17,
6:19, 6:24

**regulatory**
10:1, 10:20

**reily**
3:3, 5:4, 5:5,
5:16, 5:19,
5:22, 5:24,
12:7, 13:15,
13:18, 13:20

**reject**
10:14

**related**
11:6, 14:11,
15:9

**relating**
11:3

**relevant**
9:19

**remain**
10:4

**reminder**
11:20

**reporter**
5:2, 14:1

**representation**
11:1

**representations**
10:24, 11:5

**representing**
5:17

**request**
13:12

**required**
9:7, 9:11,
9:18, 10:8,
10:13, 10:18,
11:9, 12:10

**reserves**
10:13

**respect**
12:20, 12:23

**restated**
7:2

**result**
9:12

**right**
5:4, 10:14,
12:1, 12:8,
12:13

**riley**
3:7, 3:8, 5:15,
5:18

**risk**
9:23

**roger**
3:4, 5:12, 8:18

**room**
5:11, 5:13

**rules**
9:3

**russell**
3:6

**S**

**said**
14:8, 15:5,
15:6

**sale**
1:3, 6:4, 6:20,
6:21, 6:22,

7:18, 7:23, 8:2,
9:2, 9:13,
10:18, 10:19,
10:21, 11:8,
11:22, 12:1

**sales**
8:21

**schwartz**
3:4, 3:5, 5:12,
5:20, 5:23,
8:18, 12:4,
13:13, 13:17,
13:19

**script**
12:6, 12:8

**sean**
3:7, 5:15

**section**
7:22

**secured**
13:6

**security**
6:25

**selecting**
9:17

**sell**
10:17

**seller**
7:12

**separately**
7:25

**servicer**
7:11

**services**
3:7, 3:9

**set**
8:19

**shall**
6:7, 6:8, 6:10,
6:11, 6:14,
6:16, 6:17,
6:19, 9:5, 10:5,
10:16, 11:14,
13:8

**should**
8:17

**sic**
5:8

**signal**
1:5, 6:13,
6:15, 6:17, 7:6,
7:17, 8:1, 12:15

**signature-b7fzp**
15:13

**signature-mig2k**
14:15

**skills**
14:10, 15:8

**smith**
3:5, 5:20

**sml**
1:5, 6:13, 7:6,
7:17

**sold**
7:23, 10:22

**splcss**
1:5, 6:9, 6:11,
6:12, 6:15,
6:19, 7:5, 7:17,
8:1, 12:14

**standard**
11:11

**state**
2:12, 5:13,
7:23, 14:18

**stated**
8:16

**subject**
10:19, 11:13,
12:19, 12:22

**submit**
12:1, 12:18

**submitted**
9:9, 10:11,
12:3, 12:9, 13:3

**subsequent**
10:3

**supervision**
15:6

**supplemented**
7:3

**sworn**
5:3, 14:5

**T**

**take**
5:12

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 24 of 25

Transcript of Foreclosure Auction
Conducted on May 15, 2025

21

| | | | |
|---|---|---|---|
| **taken** 14:3 | **transcriber** 15:1 | **we've** 6:3 | **03** 13:11, 13:21 |
| **talking** 12:21 | **transcript** 13:16, 15:3, 15:6 | **weitz** 3:8 | **1** |
| **terminate** 10:14 | **transcription** 6:1 | **whatsoever** 10:25 | **10** 1:16, 6:1, 8:9, 11:9, 11:16 |
| **terms** 13:9 | **transcriptionist** 14:7 | **where-is** 10:23 | **100** 9:4 |
| **th** 5:8, 8:9, 8:10 | **transfer** 10:22 | **whereupon** 5:2 | **10166** 2:6 |
| **thank** 5:24 | **true** 14:9, 15:6 | **william** 3:3 | **11** 13:11, 13:21 |
| **thereafter** 14:6 | **try** 12:8 | **winning** 11:8, 11:10, 11:14, 11:15, 13:4 | **12** 8:10 |
| **therein** 7:21, 8:19 | **two** 9:11 | **within** 11:16 | **14** 8:10 |
| **thereof** 9:24 | **typewriting** 14:7, 15:5 | **without** 9:20, 10:23, 10:25 | **15** 1:15, 1:24, 5:8 |
| **thereto** 7:7, 7:8, 7:12, 7:13 | **U** | **witness(es** 14:4 | **19** 14:19, 15:17 |
| **think** 11:19 | **under** 6:25, 7:24, 9:16, 11:22, 12:11, 13:8, 15:5 | **writing** 7:3 | **1st** 7:14, 8:4 |
| **third** 6:12 | **uniform** 7:22, 8:5, 9:14 | **Y** | **2** |
| **third-party** 10:20 | **unless** 10:7 | **yeah** 5:23, 11:18, 12:7, 13:14, 13:15, 13:18 | **200** 2:5 |
| **through** 12:7 | **unlikely** 9:12 | **yesterday** 8:10 | **2021** 7:1, 8:4 |
| **thursday** 1:15 | **until** 9:5, 10:7 | **york** 1:14, 2:6, 2:12, 5:9, 7:23, 8:12, 14:18 | **2025** 1:15, 5:8, 7:14, 8:9, 8:10, 8:11, 14:19, 15:17 |
| **time** 6:1, 7:4, 7:7, 7:12, 7:13, 8:23, 10:6, 10:15, 11:11 | **usd** 12:9 | **$** | **5** |
| **times** 8:12 | **W** | **$1** 12:9, 12:16 | **5** 11:10 |
| **timing** 9:24 | **warranties** 10:24, 11:6 | **$3** 12:16, 12:22 | **51** 1:16 |
| **title** 12:13 | **warranty** 11:1, 11:3 | **$500,000** 10:10 | **53** 6:1 |
| **today** 5:8, 5:11, 7:24, 9:1 | **wayne** 3:8 | **0** | **584456** 1:23 |
| **together** 6:15, 6:18 | **we'll** 13:15 | **00** 11:10 | **5th** 8:9 |
| **transaction** 7:20 | **we're** 6:4, 12:21 | | **6** |
| | | | **610** 7:22, 9:14 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

FILED: NEW YORK COUNTY CLERK 02/05/2026 10:06 PM

INDEX NO. 652929/2025

NYSCEF DOC. NO. 31

RECEIVED NYSCEF: 02/05/2026

Case 1:24-cv-03453-JGK-BCM    Document 485-1    Filed 03/06/26    Page 25 of 25

**611**
8:4

| 7 |
|---|

**7th**
7:1

| 9 |
|---|

**9**
7:22, 8:4, 9:14

**9th**
8:10