# EXHIBIT G

Case 1:24-cv-03453-JGK-BCM    Document 485-7    Filed 03/06/26    Page 2 of 7

# EXHIBIT 2

Case 1:24-cv-03453-JGK-BCM    Document 485-7    Filed 03/06/26    Page 3 of 7

**Thursday, May 8, 2025 at 12:17:30 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Signal: Asset Foreclosure Notice |
| **Date:** | Thursday, May 1, 2025 at 12:15:05 PM Eastern Daylight Time |
| **From:** | Reily, William |
| **To:** | spasko@777part.com, mthatcher@brileyfin.com, kcronin@777part.com |
| **CC:** | Schwartz, Roger G., King, Geoff, Jordi Guso |
| **Attachments:** | image001.png, Signal - Asset Foreclosure Notice.pdf |

**[External E-mail]**

---

All:

Please see attached asset foreclosure notice. Thank you

Regards,

---



**William Reily** | **Associate, Financial Restructuring Group**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct:
+1.312.499.6035 | Cell: +1.919.225.1024 | Fax: +1.312.499.6135 |
williamreily@paulhastings.com | www.paulhastings.com

Admitted to practice law in the State of New York only

*********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received
this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name
and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy
and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

**Leadenhall Life Insurance Linked Investments Fund PLC**

c/o Leadenhall Capital Partners LLP

Level 15, 70 Mark Lane

London

EC3R 7NQ

United Kingdom

May 1, 2025

**To**:  Addressees listed on **Schedule 1** hereto

**From**:  **Leadenhall Life Insurance Linked Investments Fund PLC**
c/o Leadenhall Capital Partners LLP
Level 15, 70 Mark Lane
London
EC3R 7NQ
United Kingdom
Email: LifeTeam@leadenhallcp.com ; Legal@leadenhallcp.com

We will sell the "Collateral" described on **Schedule 2** hereto to the highest qualified bidder in public (the "Foreclosure Auction") as follows:

| | |
|---|---|
| Day and Date: | May 15, 2025 |
| Time: | 10:00 a.m. Prevailing Eastern Time |
| Place: | Offices of Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166 |

We may postpone or cancel the Foreclosure Auction as set forth in a further notice by email to the addressees on Schedule 1 hereto. Questions regarding the Foreclosure Auction should be directed to Leadenhall Life Insurance Linked Investments Fund PLC, as Collateral Agent ("Collateral Agent"), at the contact information above, with a copy to:

Paul Hastings LLP
200 Park Ave
New York, NY 10166
Attn:   Roger Schwartz
        Geoff King
Email: **RogerSchwartz@paulhastings.com**
**GeoffKing@paulhastings.com**

LEGAL_US_E # 185696136.2

Sincerely,

**Leadenhall Life Insurance Linked Investments Fund PLC**, by its agent,
Leadenhall Capital Partners LLP,
as Collateral Agent

By: _____

Digitally signed by Craig Gillespie
Date: 2025.04.30 11:18:16 +01'00'

Name: Craig Gillespie

Title: Head of Life & Alternative Credit Portfolio Management

LEGAL_US_E # 185696136.2

**Schedule 1**

Addressees

| Addressee | Mailing Address | Email Address |
|---|---|---|
| Signal SML 4 LLC | 100 SE 2nd Street, Suite 2000<br>Miami, Florida 33131<br>Attention: Michael Thatcher &<br>Kevin Cronin | mthatcher@brileyfin.com<br>kcronin@777part.com<br>spasko@777part.com |

LEGAL_US_E # 185696136.2

Case 1:24-cv-03453-JGK-BCM    Document 485-7    Filed 03/06/26    Page 7 of 7

## Schedule 2

Collateral Description

All assets of the Borrower constituting "Collateral" as defined under the Loan and Security Agreement, dated as of May 7, 2021 among the Collateral Agent, Signal SML 4 LLC and other parties thereto (as amended, restated, amended and restated, extended, supplemented or otherwise modified in writing from time to time), and all proceeds of every kind and nature whatsoever in respect of the foregoing.