# EXHIBIT J

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY: COMMERCIAL DIVISION

**PRESENT:**  **HON. JENNIFER G. SCHECTER**             **PART   54**

*Justice*

-------------------------------------------------------------------------------X

SIGNAL SML 4 LLC et al

**INDEX NO.**  652929/2025

Plaintiffs,

**MOTION SEQ. NO.**  001

- v -

LEADENHALL LIFE INSURANCE LINKED INVESTMENTS
FUND PLC,

**DECISION + ORDER ON
MOTION**

Defendant.

-------------------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 001) 7, 8, 9, 10, 11, 12, 13, 14

were read on this motion to/for               INJUNCTION/RESTRAINING ORDER          .

Plaintiffs' request for a TRO is DENIED for the reasons set forth in defendant's letter (*see* Dkt. 13; *see also Shelbourne BRF LLC v SR 677 Bway LLC*, 192 AD3d 444 [1st Dept 2021], *accord CMB Export Infrastructure Inv. Group. 48, LP v Motcomb Estates, Ltd.*, 223 AD3d 513, 513-514 [1st Dept 2024]).  The balance of the motion seeking a preliminary injunction will be moot tomorrow so there is no reason to sign the OSC.  In any event, a preliminary injunction is unwarranted for the same reasons the court is denying the request for a TRO.  Accordingly, it is ORDERED that plaintiffs' motion for a preliminary injunction is DENIED.

20250514153931JSCHECTE2B5C5C6A96D143E89F54368987761B36

**5/14/2025**
**DATE**

**JENNIFER G. SCHECTER, J.S.C.**

**CHECK ONE:**    ☐ CASE DISPOSED    ☒ NON-FINAL DISPOSITION

☐ GRANTED    ☒ DENIED    ☐ GRANTED IN PART    ☐ OTHER

652929/2025   SIGNAL SML 4 LLC ET AL vs. LEADENHALL LIFE INSURANCE LINKED       Page 1 of 1
INVESTMENTS FUND PLC
Motion No.  001

1 of 1