**King & Spalding**

King & Spalding LLP
1290 Avenue of the Americas
New York, New York 10104

**Leigh M. Nathanson**
Partner
T: (212) 790-5359
lnathanson@kslaw.com

March 6, 2026

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> **Re:** ***Leadenhall Capital Partners LLP et al. v. Wander et al.***, 24-cv-03453-JGK

Dear Judge Koeltl,

We write on behalf of Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC (together, "Leadenhall"). In accordance with Your Honor's Individual Practices § VII.A.2, we respectfully request approval to file Plaintiffs' Memorandum of Law in Opposition to Advantage Capital Holdings LLC and Kenneth King's Motion for Contempt (the "Opposition") with limited redactions. In prior orders, Your Honor has already granted sealing of the same information which Leadenhall seeks to redact in public filings (ECF 285, 91-92). Specifically, we request to redact references to:

- Plaintiffs' Motion for Contempt (ECF 281) and Exhibit Q to the Declaration of Leigh M. Nathanson in Support of Plaintiffs' Motion for Contempt (ECF 284-17). Your Honor granted sealing for both of these documents on May 2, 2025 (ECF 285).

- ACAP's Brief in Opposition to Plaintiffs' Motion for a Temporary Restraining Order (ECF 89). Your Honor granted sealing for this document on May 27, 2024 (ECF 91-92).

For the foregoing reasons, Leadenhall respectfully requests that Your Honor permit Leadenhall to file the Opposition publicly with limited redactions over text referring to or describing the contents of these documents and to file a sealed version of the Opposition with highlighting over the redacted text.

Respectfully submitted,

*/s/ Leigh M. Nathanson*

Leigh M. Nathanson

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

3/7/26