**King & Spalding**

King & Spalding LLP
1290 Avenue of the Americas
New York, New York 10104

**Leigh M. Nathanson**
Partner
T: 212-790-5359
lnathanson@kslaw.com

APPLICATION GRANTED
SO ORDERED

March 9, 2026

_John G. Koeltl, U.S.D.J._

**VIA ECF**

3/10/26

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK

Dear Judge Koeltl:

We write on behalf of Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC (together, "Leadenhall"). In accordance with Your Honor's Individual Practices § VII.A.2, we respectfully request approval to redact a portion of an exhibit (ECF No. 485-11) filed in connection with Leadenhall's Memorandum of Law in Opposition to Defendant A-CAP's Motion for Contempt (ECF No. 483), attached to the accompanying Declaration of Leigh Nathanson (ECF No. 485). The information Leadenhall seeks to redact is a portion of an excerpted deposition transcript (ECF No. 485-11 at 53:10-25), which was designated as confidential by Defendants 777 Partners LLC, 600 Partners LLC, SPLCSS III LLC, Signal SML 4 LLC, Dorchester Receivables II LLC, SuttonPark Capital LLC, Signal Medical Receivables LLC, Insurety Capital LLC, SuttonPark Servicing LLC, Signal Servicing LLC, and Insurety Servicing LLC (collectively, the "777 Entity Defendants") under the Confidentiality Stipulation and Protective Order (the "Protective Order") governing this action (ECF No. 296).

When filing these documents on Friday evening, Leadenhall inadvertently filed ECF No. 485-11 publicly on the docket. Shortly thereafter on Friday evening, Leadenhall emailed the Southern District of New York ECF Help Desk (copying all counsel of record) requesting that the exhibit be temporarily sealed pending the Court's consideration of this letter motion. The parties agree that this portion of the excerpted transcript should be sealed.

Pursuant to Your Honor's Individual Practices, Leadenhall has notified the 777 Entity Defendants that, within three days, they must file a letter explaining the need to seal or redact this information.

For the foregoing reasons, Leadenhall respectfully moves the Court to allow Leadenhall to re-file ECF No. 485-11 with redactions and to provide a sealed version of the exhibit with highlighting over the redacted portions to the Court. A redacted version of the exhibit is attached hereto.

Respectfully submitted,

*/s/ Leigh M. Nathanson*
Leigh M. Nathanson

cc:    All Counsel of Record via ECF and email