*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*


**Smith**
**Gambrell**
**Russell**

*Morgan V. Manley*
*Direct Tel: 212-907-9729*
*Direct Fax: 212-907-9829*
*mmanley@sgrlaw.com*

March 11, 2026

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

3/12/26    John G. Koeltl, U.S.D.J.

**Re: *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK-BCM**

Dear Judge Koeltl:

We write on behalf of Defendants 777 Partners LLC, 600 Partners LLC, SPLCSS III LLC, Signal SML 4 LLC, Insurety Agency Services LLC, Dorchester Receivables II LLC, SuttonPark Capital LLC, Signal Medical Receivables LLC, Insurety Capital LLC, and SuttonPark Servicing LLC (collectively, the "777 Entity Defendants"). Pursuant to Rule VII.A.2 of Your Honor's Individual Practices and the Court's So-Ordered endorsement of Leadenhall's sealing application, ECF No. 491, the 777 Entity Defendants respectfully request that the filed unredacted version of Exhibit K to the Declaration of Leigh M. Nathanson, ECF No. 485-11, portions of a transcript previously designated as confidential, remain under seal, and that the redactions in the public version filed at ECF No. 490-1 remain in place.

The limited portion of the transcript reflects non-public testimony concerning the 777 Entity Defendants' funding and confidential communications related thereto. The request is narrowly tailored to protect "truly confidential commercial information," the disclosure of which would risk competitive and business harm. *Mercantile Glob. Holdings, Inc. v. Hamilton M&A Fund, SP*, 2024 WL 1974276, at *1 (S.D.N.Y. May 3, 2024) (citing *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006)).

The 777 Entity Defendants also join in and adopt the A-CAP Defendants' March 11, 2026 submission, ECF No. 492, and respectfully submit that the same material should remain under seal for the same reasons set forth there. As the A-CAP Defendants explain, the redacted testimony concerns information that has already been treated as confidential in related proceedings and implicates sealing determinations previously entered by this Court.

Case 1:24-cv-03453-JGK-BCM    Document 493    Filed 03/11/26    Page 2 of 2

The Honorable John G. Koeltl
March 11, 2026
Page 2

For these reasons, the 777 Entity Defendants respectfully request that the Court keep the filed unredacted version of Exhibit K, ECF No. 485-11, under seal, and maintain the redactions in the public version filed at ECF No. 490-1.

Respectfully submitted,

*/s/Morgan V. Manley*

Morgan V. Manley

cc:    All Counsel of Record