**≡FOLEY**

FOLEY & LARDNER LLP

90 PARK AVE
37TH FLOOR
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
FOLEY.COM

March 11, 2026

**Via ECF**
The Honorable John G. Koeltl, United States Magistrate Judge
United States District Court
Southern District of New York,
500 Pearl St.
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

3/12/26

_[signature]_

John G. Koeltl, U.S.D.J.

Re:    *Leadenhall Capital Partners LLP et al. v. Wander, et al.*,
1:24-cv-03453-JGK

Dear Judge Koeltl:

We write on behalf of Advantage Capital Holdings LLC ("A-CAP") and Kenneth King (together, the "A-CAP Defendants") in connection with the above-captioned matter. On Friday, March 6, 2026, Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC ("Leadenhall") publicly filed an excerpted deposition transcript (Ex. K, ECF No. 485-11), that was designated confidential pursuant to the Confidentiality Stipulation and Protective Order (ECF No. 296) in this action, as well as in *777 Partners LLC and SuttonPark Capital LLC vs. Leadenhall Capital Partners et al.*, Case No. 24-cv-81143 (S.D. Fla.) ("Florida Action"). On Monday, March 9, 2026, Leadenhall filed a motion to seal a limited portion of this deposition excerpt, which the Court granted today. (ECF No. 491.) Pursuant to Your Honor's Individual Practices, the A-CAP Defendants file this letter to further explain the need to keep this excerpt redacted and under seal.

Prior to filing, counsel for Leadenhall contacted counsel for the 777 Defendants regarding the confidentiality designation of the deposition transcript excerpt at issue, which it designated in a different proceeding where A-CAP was not a party. Counsel for the 777 Defendants withdrew the confidentiality designation for a select excerpt of the deposition transcript but not the text at issue; that was to remain confidential. Leadenhall did not contact counsel for A-CAP in advance of its filing, though the language in the transcript directly relates to A-CAP's confidentiality interests and has been addressed in previous filings. In fact, A-CAP has already briefed the need to keep this type of information under seal in connection with Leadenhall's motion for contempt (*see* ECF Nos. 288, 319), and this Court granted that letter motion to seal. (ECF No. 291.) Further, the Court has previously—and repeatedly—ordered the sealing of the deposition transcripts of 777 Partners' witnesses stemming from the Florida Action, as well as materials related to the substance of the redacted language. (*See, e.g.*, ECF Nos. 276, 291, 323.)

As set forth in Leadenhall's Letter Motion to Seal (ECF Nos. 488, 489, 490), the Parties agree that the currently redacted portion of the excerpted transcript should be sealed. *First*, this deposition transcript itself was designated confidential and sealed in the Florida action. *See, e.g., Doe v. Lerner*, 688 F. App'x 49, 50–51 (2d Cir. 2017) ("sealing was appropriate" for, *inter alia*, "documents sealed in related proceedings."). *Second*, the redacted text directly addresses a proceeding that remains subject to a sealing order by the Utah court. *See In re: Sentinel Security Life Ins. et al.*, No. 250902339 (Apr. 24, 2025) (docket



**FOLEY & LARDNER LLP**

March 11, 2026
Page 2

order designating all filings in the record as confidential). As such, any discussion of the proceedings, including the redacted text here, should remain under seal. *Third*, the decision to include this language in Leadenhall's selected deposition excerpt is questionable as—unlike the rest of the selected excerpt for which there are not confidentiality concerns—it is not related to any arguments in Leadenhall's Memorandum of Law in Opposition to A-CAP's Motion for Contempt. (*See* ECF No. 484.) It is, therefore, not relevant to the judicial process and only serves an inflammatory purpose.

For the forgoing reasons, the A-CAP Defendants respectfully requests the Court to maintain the redactions proposed by Leadenhall in its Letter Motion to Seal, (*see* ECF Nos. 488, 489, 490, 491), and to permit only counsel and court personnel to view the unredacted document.

Respectfully submitted,

*/s/ Phara A. Guberman*

Phara A. Guberman