**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **LEADENHALL CAPITAL PARTNERS LLP, ET AL.,** | **24-cv-3453 (JGK)** |
| Plaintiffs, | |
| - against - | ORDER |
| **JOSH WANDER, ET AL.,** | |
| Defendants. | |

---

**JOHN G. KOELTL, District Judge:**

The defendants may file a consolidated brief of no more than ten pages by **April 27, 2026,** concerning whether the decision by the Court of Appeals vacating the portion of this Court's preliminary injunction restraining the A-CAP defendants' assets affects the pending motions to dismiss or the A-CAP Defendants' motion for contempt. The plaintiffs may file a responsive brief of no more than ten pages by **May 4, 2026.**

The plaintiffs may file a brief of no more than 5 pages by **April 27, 2026,** concerning whether any development in the SEC litigation affects the motion to dismiss filed by Defendants Wander and Pasko. Defendants Wander and Pasko may file a responsive brief of no more than five pages by **May 4, 2026.**

SO ORDERED.
Dated:    New York, New York
          April 20, 2026

John G. Koeltl
**United States District Judge**