*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



## Smith
## Gambrell
## Russell

*Morgan V. Manley*
*Direct Tel: 212-907-9729*
*Direct Fax: 212-907-9829*
*mmanley@sgrlaw.com*

April 22, 2026

> The Clerk is respectfully directed to seal ECF No. 510.
>
> APPLICATION GRANTED
> SO ORDERED
>
> 4/23/26    John G. Koeltl, U.S.D.J.

<u>**VIA ECF AND E-MAIL**</u>

Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *Leadenhall Capital Partners LLP, et ano. v. Wander, et al.,* 24 Civ. 3453 (JGK) (BCM)

Dear Judge Koeltl:

We represent Defendants 777 Partners LLC, 600 Partners LLC, SPLCSS III LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Signal SML 4 LLC, SuttonPark Capital LLC, Signal Medical Receivables LLC, Insurety Capital LLC and SuttonPark Servicing LLC (the "777 Entity Defendants") in connection with the above-captioned matter.

On Tuesday, April 21, 2026, the Court granted the 777 Entity Defendants' letter application (ECF No. 513) to seal *inter alia* a portion of an executive summary (ECF No. 508) relating to an audit and ongoing confidential investigation into claims unrelated to Leadenhall's claims alleged in this action. It has just come to our attention, however, that on April 20, 2026, counsel for non-party Funding4Doctors, LLC ("F4D") submitted a letter in opposition to Leadenhall's April 15, 2026 letter motion to compel to which it annexed the entire audit memorandum.[1]

The 777 Entity Defendants therefore respectfully request that, pursuant to Your Honor's Individual Practices and the Electronic Case Filing Rules for the Southern District of New York, that the audit be sealed for the same reasons that the executive summary was sealed. *See EFT Servs., LLC v. I-POS Sys. LLC*, No. 20 Civ. 1757 (JGK) (JW), 2025 WL 1752144, at *5 (S.D.N.Y. June 25, 2025) (holding audits or investigations are properly sealed).

---

[1] Upon learning that the entire audit memorandum had been filed, counsel for 777 Entity Defendants contacted the Emergency Help Services for the Southern District of New York to have the memorandum placed under seal but were informed that since we did not file the document, they could not seal the document temporarily while the undersigned drafted this letter.

Honorable John G. Koeltl
April 22, 2026
Page 2


We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Morgan V. Manley

Morgan V. Manley


cc: Counsel of Record (via ECF)