UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, et al.,

        Plaintiffs,

    -against-

JOSH WANDER, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/15/26
```

24-CV-3453 (JGK) (BCM)

**SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On April 15, 2026, plaintiffs filed a letter-motion (Dkts. 508, 509) seeking to enforce a May 21, 2025 subpoena served on non-party Funding4Doctors, LLC (F4D). On April 20, 2026, F4D submitted a response (Dkt. 510), proposing a resolution of the issues raised by plaintiffs, and on April 22, 2026, plaintiffs filed a reply letter, stating, *inter alia*, that they "appreciate[] F4D's proposal of a path to resolution," and proposing counter-terms for a resolution. Dkt. 515 at 1.

Plaintiffs and F4D are directed to continue to meet and confer in good faith, and to submit a joint update letter, no later than **May 22, 2026**: (i) advising the Court whether they have resolved or narrowed their disputes and (ii) identifying – succinctly – any issues that remain for judicial resolution. If necessary, the Court will conduct a conference as to those unresolved issues on **May 26, 2026 at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York.

Plaintiffs must promptly serve a copy of this Order on F4D and file proof of such service on the docket.

The Clerk of Court is respectfully directed to close the motion to seal the courtroom at Dkt. 229, which was resolved by the District Judge at Dkt. 231, and the sealing motion at Dkt. 507, which was resolved by the District Judge at Dkt. 514.

Dated: New York, New York
May 15, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**