*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York  10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



*Morgan V. Manley*
*Direct Tel: 212-907-9729*
*Direct Fax: 212-907-9829*
*mmanley@sgrlaw.com*

May 21, 2026

<u>**VIA ECF AND E-MAIL**</u>

Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *Leadenhall Capital Partners LLP, et ano. v. Wander, et al.,* 24 Civ. 3453 (JGK) (BCM)

Dear Judge Koeltl:

We represent Defendants 777 Partners LLC, 600 Partners LLC, SPLCSS III LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Signal SML 4 LLC, SuttonPark Capital LLC, Signal Medical Receivables LLC, Insurety Capital LLC and SuttonPark Servicing LLC (the "777 Entity Defendants") in connection with the above-captioned matter.  Pursuant to ECF Filing Rule 27.1(b) and Your Honor's Individual Rules, the 777 Entity Defendants submit this letter regarding a request by Plaintiffs to file under seal the Loan and Security Agreement ("LSA").

On May 19, 2026, the 777 Entity Defendants filed a letter response to Plaintiffs' May 14, 2026 Status Letter.  *See* ECF No. 532.  Attached as Exhibit A to that filing is a copy of the unredacted LSA.  ECF No. 532-1.  On May 20, 2026 at 6:16 p.m., counsel for Plaintiffs telephoned the undersigned counsel and advised that the LSA had been inadvertently filed publicly despite Plaintiffs' having previously filed a copy of the same document from their files under seal, requesting that Defendants contact the Clerk's Office to have the filing removed to make appropriate redactions.

Acting in good faith and as a courtesy to Plaintiffs, the 777 Entity Defendants promptly contacted the Court's ECF Help Desk and requested that ECF No. 532-1 be temporarily sealed. Defendants provide this submission at Plaintiffs' request and to comply with the applicable sealing procedures. However, Defendants respectfully disagree that sealing is warranted.

Pursuant to Section 10.05(a)(iii) of the LSA "Each Borrower, each Servicer and each Seller agrees to maintain the confidentiality of this Agreement in communications with third parties and otherwise; *provided that* this Agreement may be disclosed…(iii) in connection with

Honorable John G. Koeltl
May 21, 2026
Page 2


any litigation with any Lender or the Administrative Agent…" Plaintiffs are the Lender and Administrative Agent in this action, and the agreement expressly contemplates disclosure in precisely this context.  ECF No. 532-1 (emphasis added).

       While Defendants have complied with the ECF Filing Rules by notifying Plaintiffs of their obligation to move to seal and by submitting this letter, Defendants respectfully submit that sealing the copy of the LSA from their files is not required.

       We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Morgan V. Manley*

Morgan V. Manley

Enclosure

cc: Counsel of Record (via ECF)