# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Leigh M. Nathanson
Direct Dial: +1 212 790 5359
Direct Fax: +1 212 556 2222
lnathanson@kslaw.com

May 22, 2026

**VIA ECF**

The Honorable Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

   Re: *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK

Dear Judge Moses,

   We write on behalf of Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC ("Leadenhall"). In accordance with Paragraph 3 of Your Honor's Individual Practices, we seek leave to file one exhibit (ECF No. 538-1) provisionally under seal in connection with Leadenhall's joint letter providing a status update on Leadenhall's motion to compel non-party Funding4Doctors, LLC's production of documents in response to a subpoena (ECF No. 538). We also seek leave to file under seal the portions of Leadenhall's joint letter that quote or refer to this exhibit.

   The document Leadenhall seeks to file under seal is a purchase agreement, which has been designated as confidential by Defendants 777 Partners LLC, 600 Partners LLC, SPLCSS III LLC, Signal SML 4 LLC, Dorchester Receivables II LLC, SuttonPark Capital LLC, Signal Medical Receivables LLC, Insurety Capital LLC, SuttonPark Servicing LLC, Signal Servicing LLC, and Insurety Servicing LLC (collectively, the "777 Entity Defendants") under the Confidentiality Stipulation and Protective Order (the "Protective Order") governing this action (ECF No. 296).

   Pursuant to Your Honor's Individual Practices, Leadenhall has notified the 777 Entity Defendants that, within three days, they must file a letter explaining the need to seal or redact this information.

   For the foregoing reasons, Leadenhall respectfully moves the Court to allow Leadenhall to file ECF Nos. 538 and 538-1 provisionally under seal.

1

Respectfully submitted,

*/s/ Leigh M. Nathanson*
Leigh M. Nathanson