UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEADENHALL CAPITAL PARTNERS
LLP, ET AL.,

     Plaintiffs,

  - against -

JOSH WANDER, ET AL.,

     Defendant.

24-cv-3453 (JGK)

ORDER

---

**John G. Koeltl, District Judge:**

 The plaintiff should explain why there is a compelling reason for the Loan and Securities Agreement ("LSA") to remain under seal. See ECF No. 533. If there is any compelling commercial reason, the plaintiff should explain why limited redaction would not satisfy that purpose.

 The plaintiff should make that submission by **May 27, 2026**. Any response should be filed by **May 29, 2026**.

**SO ORDERED.**

Dated:  New York, New York
    May 22, 2026

            John G. Koeltl
           United States District Judge