UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS
LLP, et al.,

                  Plaintiffs,

      -against-

JOSH WANDER, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/8/26__

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By order dated January 30, 2026 (1/30/26 Order) (Dkt. 462), I denied plaintiffs' January 16, 2026 letter-motion to compel the 777 Entity Defendants to produce "general ledgers and financial statements" in response to certain of plaintiffs' previously-served requests for production of documents (RFPs), without prejudice to renewal of the motion after the parties met, conferred, exchanged specified information, and clarified their positions as to the financial records at issue.

On May 14, 2026, plaintiffs filed a "status letter," complaining that the 777 Entity Defendants failed to comply with certain aspects of the 1/30/26 Order, and requesting that the Court order those defendants to produce four categories of documents and information (including, *inter alia*, supplemental responses to Interrogatories No. 3 and 4, which were not the subject of plaintiffs' January 16, 2026 motion). *See* Dkt. 527 at 4. "In the alternative," plaintiffs request "a conference with the Court" to discuss these discovery issues. *Id.* at 4. Additionally, they seek "leave to submit a status report to the Court on the first business day of each month going forward, so that the Court may remain apprised of the parties' progress without requiring separate motion practice." *Id*.

On May 19, 2026, the 777 Entity Defendants responded to plaintiff's status letter, noting (correctly) that it is, "in reality, yet another motion to compel." Dkt. 532 at 3. They further complain that plaintiffs fail to ground their requests in any of the discovery-related provisions of the Federal Rules of Civil Procedure. *Id*.

On May 21, 2026, plaintiffs submitted a reply letter-brief, arguing that their requests are properly grounded in the 1/30/26 Order itself. *See* Dkt. 535 at 1-2. However, plaintiffs go on to argue, *inter alia*, that the 777 Entity Defendants should be compelled to answer Interrogatories No. 3 and 4. *Id*. at 2-3.

The Court will hold a discovery conference on **June 24, 2026 at 11:00 a.m.** in Courtroom 20A. Prior to the conference, however, plaintiffs must refile their May 14, 2026 letter via ECF as a discovery letter-*motion*. This will permit the ECF system to properly categorize and track it. The parties need not refile their opposition and reply letter-briefs. Additionally, no later than **June 22, 2026**, the parties must file an update letter (*not* a letter-motion) advising the Court as to whether they have managed to resolve or narrow any of their disputes.

At the conference, plaintiffs should be prepared to advise the Court  as to which of their (unresolved) requests seek production of documents responsive to the RFPs underlying their January 16, 2026 letter-motion (and therefore constitute a renewal of that motion, which was made pursuant to Fed. R. Civ. P. 37(a)); which seek production of documents or information responsive to other written discovery requests (and therefore constitute a new motion to compel pursuant to Rule 37(a)); and which seek information mandated by the 1/30/26 Order itself (and therefore constitute a motion for failure to comply with a court order pursuant to Rule 37(b)).

Dated: New York, New York
      June 8, 2026

SO ORDERED.

**BARBARA MOSES**
**United States Magistrate Judge**

2