UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS
LLP, ET ANO,

               Plaintiffs,

      - against -

JOSH WANDER, ET AL.,

              Defendant.

24-cv-3453 (JGK)

Order

**John G. Koeltl, District Judge:**

On May 1, 2025, the plaintiffs filed a motion for contempt against defendants 777 Partners LLC and 600 Partners LLC (the "Guarantors"), Advantage Capital Holdings LLC ("A-CAP"), and Kenneth King ("King"). See ECF Nos. 280, 281.

On April 10, 2026. The plaintiffs withdrew that motion as moot. The Clerk is therefore respectfully requested to close ECF No. 280.

SO ORDERED.

Dated:     New York, New York
             June 15, 2026

                              John G. Koeltl
                      United States District Judge