UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS
LLP, et al.,

               Plaintiffs,

    -against-

JOSH WANDER, et al.,

               Defendants.

24-CV-3453 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Leadenhall and the 777 Entity Defendants are directed to submit a form of order memorializing the Court's decision on Leadenhall's letter motion (Dkt. 548), no later than **June 26, 2026**.

Dated: New York, New York
       June 24, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**