**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, SIGNAL SERVICING LLC, INSURETY SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-03453 (JGK) (BCM)<br><br>**[PROPOSED] ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiffs' renewed motion, ECF 527, to enforce the 777 Entity Defendants' compliance with this Court's January 30, 2026 Order (ECF 462) and compel the production of general ledgers, financial report data, and financial statements is **GRANTED**.

The 777 Entity Defendants are **ORDERED**, by August 10, 2026, to:

(a) Produce all archived data and information in the 777 Entity Defendants possession, custody, or control from the SAP accounting system formerly used by the 777 Entity Defendants.

(b) Produce the following information relating to the SAP accounting system, to the extent such information is within the 777 Entity Defendants' possession, custody or control:

  a. The system schema/architecture;
  b. All company codes and the entities to which they correspond;
  c. All data dictionaries and table definitions (including field descriptions and data types) for all produced datasets;

    d. The chart of accounts for all accounts that were active during the period for which data is produced;

    e. Hash values for each SAP-exported spreadsheet previously produced or produced pursuant to this Order;

    f. All native audit logs or change documents; and

    g. A list of users, roles, and authorizations as well as related permissions.

(c) Produce all financial statements, including balance sheets, income statements, statements of cash flows, and any audited or unaudited financial reports, in the 777 Entity Defendants' possession, custody, or control for each of the 777 Entity Defendants, Signal Servicing LLC, and Insurety Servicing LLC for the years 2021 through 2024, to the extent such statements exist.

(d) Serve amended and supplemental responses to Plaintiffs' Interrogatories Nos. 3 and 4.

Dated: New York, New York
       _____, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**