# King & Spalding

King & Spalding LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Leigh M. Nathanson
Direct Dial: +1 212 790 5359
Direct Fax: +1 212 556 2222
lnathanson@kslaw.com

June 26, 2026

**VIA ECF**

The Honorable Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re: *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK

Dear Judge Moses:

We represent Plaintiffs Leadenhall Capital Partners and Leadenhall Life Insurance Linked Investments Fund PLC (collectively, "Leadenhall") in the above-captioned matter. We write to inform the court that Leadenhall and third-party Funding4Doctors, LLC ("F4D") have reached an agreement in resolution of the issues raised in Leadenhall's June 18, 2026 Letter Motion (ECF No. 558), as provided below.

Leadenhall has agreed to defer seeking judicial resolution of its June 18 Letter Motion pending F4D's production of the following information by July 2, 2026:

1. Post-March 2025 bank records for the Inflow Account and the Chase Account;[1]

2. All bank records for the CD Account; and

3. A sworn statement (i) identifying F4D's bank accounts where the F4D receivables have been or are currently deposited and (ii) with respect to the accounts ending in *1185, *7319, *7690, *2702, *2596, *5705, and *5683 and any other third-party accounts to which money from the Leadenhall custodial account was transferred, identifying the payee associated with each account.

Given the foregoing, Leadenhall requests that the Court defer taking any action on Leadenhall's June 18 Letter Motion at this time. Leadenhall will renew its Letter Motion should F4D fail to comply with the terms provided above.

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in Leadenhall's June 18 Letter Motion.

1

Respectfully submitted,

_/s/ Leigh M. Nathanson_
Leigh M. Nathanson

### **Certificate of Service**

In addition to filing the foregoing letter via the Court's ECF system, which will automatically provide notice to all counsel of record, I certify that on June 26, 2026, I caused a true and correct copy of this letter to be served on F4D. Service on F4D was accomplished by email (on F4D's counsel) and first-class mail at 7916 Evolutions Way, Suite 200 Trinity, Florida 34655.

_/s/ Leigh M. Nathanson_
Leigh M. Nathanson

2