UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| LEADENHALL CAPITAL PARTNERS LLP and LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC, | : |
| | :    24 Civ. 3453 (JGK) |
| Plaintiffs, | : |
| |    **SUGGESTION OF BANKRUPTCY** |
| v. | : |
| JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, and ADVANTAGE CAPITAL HOLDINGS LLC, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that the undersigned has become aware that on July 16, 2026, certain non-parties filed an Involuntary Petition Against a Non-Individual pursuant to Section 303 of Title 11 of the United States Code (the "Bankruptcy Code") against Defendant 777 Partners LLC (the "Alleged Debtor") in the United States Bankruptcy Court for the Southern District of Florida. The bankruptcy case is docketed as Case No. 26-19312-PDR.

PLEASE TAKE FURTHER NOTICE that the undersigned understands that the Alleged Debtor has not yet been served with the summons and petition and its time to respond to the Involuntary Petition has not lapsed and this notice is not intended to be an admission of any type by the Alleged Debtor.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 362(a) of the Bankruptcy Code, the filing of the involuntary petition operates as an automatic stay of the commencement

or continuation, including issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Alleged Debtor that was or could have been communicated before the commencement of the case under this title, or to recover a claim against the Alleged Debtor that arose before the commencement of the case under this title.

Dated:  New York, New York
July 17, 2026

SMITH, GAMBRELL & RUSSELL, LLP

By: _____
John G. McCarthy

*Attorneys for the 777 Entity Defendants*
1301 Avenue of the Americas, 15th Floor
New York, New York 10019-6036
Tel: (212) 907-9700

To:  Leigh M. Nathanson
Brian Donovan
KING & SPALDING LLP
*Attorney for Plaintiffs*
1290 Avenue of the Americas
New York, New York 10104
(212) 556-2100

Alex Rossmiller
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
*Attorneys for Defendant*
*Josh Wander*
295 Fifth Avenue
New York, New York 10016
(212) 849-7000

Christopher B. Harwood
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.
*Attorneys for Defendant*
*Steven Pasko*
565 Fifth Avenue
New York, New York 10017
(212) 856-9600

2

Phara A. Guberman
David Jordan
Phillip F. Hosp
Alexandra R. Jernigan
FOLEY & LARDNER LLP
*Attorneys for Defendants*
*Advantage Capital Holdings and*
*Kenneth King*
90 Park Avenue
New York, New York 10016
(212) 338-3514