**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LEADENHALL CAPITAL PARTNERS LLP, ET ANO,**

**Plaintiffs,**

**- against -**

**JOSH WANDER, ET AL.,**

**Defendant.**

---

**24-cv-3453 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear, by telephone, for a conference on **Thursday, July 23, 2026, at 12:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 20, 2026**

**John G. Koeltl**
**United States District Judge**