UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LEADENHALL CAPITAL PARTNERS LLP                  :
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,                     :    24 Civ. 3453 (JGK)(BCM)

                        Plaintiffs,         :

           v.                              :    **[PROPOSED] ORDER TO SHOW
                                  CAUSE WITH EMERGENCY
JOSH WANDER, STEVEN PASKO,            :    RELIEF**
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC, SIGNAL          :
SML 4 LLC, INSURETY AGENCY SERVICES
LLC, DORCHESTER RECEIVABLES II LLC,               :
SUTTONPARK CAPITAL LLC, SIGNAL
MEDICAL RECEIVABLES LLC, INSURETY                 :
CAPITAL LLC, SUTTONPARK SERVICING LLC,
and ADVANTAGE CAPITAL HOLDINGS LLC,               :

                     Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon: (i) the Declaration of John G. McCarthy, Esq., executed on July 24, 2026, and the

exhibits annexed thereto; (ii) the Declaration of Christopher O'Reilly, Esq., executed on July 24,

2026, and the exhibit annexed thereto; (iii) the accompanying memorandum of law; and (iv) all

prior pleadings and proceedings heretofore had herein, it is

**ORDERED**, that Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life

Insurance Linked Investments Fund PLC, and any other party opposing the requested relief, show

cause before this Court, at the United States District Courthouse, before the Honorable John G.

Koeltl, 500 Pearl Street, Courtroom 14A, New York, New York 10007, on

_____, 2026, at _____ a.m./p.m., or as soon thereafter

as counsel may be heard, why an Order should not be entered pursuant to 11 U.S.C. § 362(a),

SGR/82554563.2

Rules 6(b)(1)(A) and 26(c)(1) of the Federal Rules of Civil Procedure, and the Court's inherent authority:

(i) recognizing that the involuntary bankruptcy petition filed against 777 Partners LLC automatically stays all proceedings against 777 Partners LLC pursuant to 11 U.S.C. § 362(a);

(ii) staying proceedings against the remaining 777 Entity Defendants as those proceedings would have an immediate adverse economic consequence for 777 Partners LLC or its bankruptcy estate;

(iii) alternatively, staying all proceedings against the remaining 777 Entity Defendants until the earlier of the Bankruptcy Court's disposition of the involuntary petition or 90 days from entry of the Court's Order, subject to further order of the Court, with all existing preservation obligations remaining in effect, status reports every 30 days, and leave for any party to seek modification for good cause;

(iv) pending determination of the motion, staying the August 6, 2026 deadline to respond to Plaintiffs' Second Set of Requests for Admission, the August 10, 2026 obligations imposed by ECF No. 564, and any deposition discovery or other deadlines requiring action by the 777 Entity Defendants; and

(v) granting such other and further relief as the Court deems just and proper; and it is further

ORDERED that, sufficient reason having been shown, pending determination of the motion, the August 6, 2026 deadline to respond to Plaintiffs' Second Set of Requests for Admission, the August 10, 2026 obligations imposed by ECF No. 564, and any deposition discovery or other deadlines requiring action by the 777 Entity Defendants are stayed; and it is further

SGR/82554563.2

3

**ORDERED**, that a copy of this Order to Show Cause, and the papers upon which it is based, shall be served upon all parties, by e-filing, on or before July __, 2026, and that such service shall be deemed good and sufficient; and it is further

**ORDERED** that opposition papers, if any, shall be e-filed on or before July __, 2026; and it is further

**ORDERED** that reply papers, if any, shall be e-filed on or before July __, 2026.

Dated: New York, New York
      July __, 2026

SO ORDERED

_____
Hon. John G. Koeltl
UNITED STATES DISTRICT JUDGE

3

SGR/82554563.2