*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York  10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9800*
*JMCCARTHY@sgrlaw.com*                    July 28, 2026


**VIA ECF**

Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, New York 10007

Re:     *Leadenhall Capital Partners LLP, et ano v. Wander, et al.*, 24 Civ. 3453 (JGK)(BCM)

Dear Judge Koeltl:

The parties write jointly as directed by the Court at the July 27, 2026 hearing.

Leadenhall and the 777 Entity Defendants agree to a stay of the following discovery deadlines pending a ruling on the motion to extend the automatic stay (ECF Nos. 577-581): (i) the August 6, 2026 deadline to respond to Plaintiffs' Second Set of Requests for Admission; and (ii) the August 10, 2026 deadline to produce accounting and financial records, along with the other obligations set forth in the Court's June 30, 2026 order (ECF No. 564).

Additionally, the parties agree to the following briefing schedule on the motion to extend the automatic stay: (i) the 777 Entity Defendants may submit supplemental papers to update the Court and the parties on the status of the involuntary petition by August 12, 2026 (any brief not to exceed 2,500 words), (ii) any defendant other than the 777 Entity Defendants may file a submission by August 17, 2026, (iii) Leadenhall may file a response to the motion and defendant submissions by August 28, 2026, and (iv) defendants may file reply papers by September 3, 2026.

Respectfully yours,

John G. McCarthy

cc:     Counsel of record (via ECF)

SGR/82574878.2