UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEADENHALL CAPITAL PARTNERS LLP                  :
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,                     :      24 Civ. 3453 (JGK)

                                    Plaintiffs,   :

                                                         **SUGGESTION OF BANKRUPTCY**

              v.                                 :

JOSH WANDER, STEVEN PASKO,                        :
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC, SIGNAL         :
SML 4 LLC, INSURETY AGENCY SERVICES
LLC, DORCHESTER RECEIVABLES II LLC,              :
SUTTONPARK CAPITAL LLC, SIGNAL
MEDICAL RECEIVABLES LLC, INSURETY               :
CAPITAL LLC, SUTTONPARK SERVICING LLC,
and ADVANTAGE CAPITAL HOLDINGS LLC,             :

                                    Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that the undersigned has become aware that on August 9,

2026, four of the 777 Entity Defendants filed petitions for relief under Chapter 11 of Title 11 of

the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the

Northern District of Texas, Fort Worth Division. The bankruptcy cases are docketed as follows:

| Debtor | Case Number |
|--------|-------------|
| 600 Partners LLC | 26-90191-elm11 |
| 777 Partners LLC | 26-90193-elm11 |
| SuttonPark Capital LLC | 26-90209-elm11 |
| SuttonPark Servicing LLC | 26-90210-elm11 |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 362(a) of the Bankruptcy

Code, the filing of the involuntary petition operates as an automatic stay of the commencement

or continuation, including issuance or employment of process, of a judicial, administrative, or

SGR/82629148.1

other action or proceeding against the Debtors that was or could have been communicated before

the commencement of the case under this title, or to recover a claim against the Debtors that

arose before the commencement of the case under this title.

Dated:  New York, New York
        August 10, 2026

SMITH, GAMBRELL & RUSSELL, LLP

By: _____
    John G. McCarthy

*Attorneys for the 777 Entity Defendants*
1301 Avenue of the Americas, 15th Floor
New York, New York 10019-6036
Tel: (212) 907-9700

To:    Leigh M. Nathanson
        Brian Donovan
        KING & SPALDING LLP
        *Attorney for Plaintiffs*
        1290 Avenue of the Americas
        New York, New York 10104
        (212) 556-2100

        Alex Rossmiller
        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP
        *Attorneys for Defendant*
        *Josh Wander*
        295 Fifth Avenue
        New York, New York 10016
        (212) 849-7000

        Christopher B. Harwood
        MORVILLO ABRAMOWITZ GRAND
        IASON & ANELLO P.C.
        *Attorneys for Defendant*
        *Steven Pasko*
        565 Fifth Avenue
        New York, New York 10017
        (212) 856-9600

2

Phara A. Guberman
David Jordan
Phillip F. Hosp
Alexandra R. Jernigan
FOLEY & LARDNER LLP
*Attorneys for Defendants*
*Advantage Capital Holdings and*
*Kenneth King*
90 Park Avenue
New York, New York 10016
(212) 338-3514