

King & Spalding LLP
1290 Avenue of the Americas
New York, New York  10104

T:  (212) 556-2100
kslaw.com

**Leigh M. Nathanson**
Partner

T:  (212) 790-5359
lnathanson@kslaw.com

August 12, 2026

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK

Dear Judge Koeltl,

      I write jointly on behalf of Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC ("Leadenhall") and the 777 Entity Defendants.[1] Leadenhall and the 777 Entity Defendants respectfully request that the Court enter as an Order the stipulation attached as Exhibit A, which resolves the 777 Entity Defendants' motion to stay proceedings filed on July 24, 2026.  ECF Nos. 577-580.

      We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Leigh M. Nathanson*

Leigh M. Nathanson

---

[1] The 777 Entity Defendants include: 777 Partners LLC, 600 Partners LLC, SPLCSS III LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Signal SML 4 LLC, SuttonPark Capital LLC, Signal Medical Receivables LLC, Insurety Capital LLC, and SuttonPark Servicing LLC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LEADENHALL CAPITAL PARTNERS LLP
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC,

      Plaintiffs,

      vs.

JOSH WANDER, STEVEN PASKO,
KENNETH KING, 777 PARTNERS LLC, 600
PARTNERS LLC, SPLCSS III LLC, SIGNAL
SML 4 LLC, INSURETY AGENCY
SERVICES LLC, DORCHESTER
RECEIVABLES II LLC, SUTTONPARK
CAPITAL LLC, SIGNAL MEDICAL
RECEIVABLES LLC, INSURETY CAPITAL
LLC, SUTTONPARK SERVICING LLC,
SIGNAL SERVICING LLC, INSURETY
SERVICING LLC, and ADVANTAGE
CAPITAL HOLDINGS LLC,

      Defendants.

Civil Action No. 1:24-cv-03453-JGK

**STIPULATION AND**
**[PROPOSED] ORDER**
**RESOLVING**
**777 ENTITY DEFENDANTS'**
**MOTION TO STAY**
**PROCEEDINGS**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their counsel of record, as follows:

      1.      On July 17, 2026, counsel for the 777 Entity Defendants filed a Suggestion of Bankruptcy on behalf of 777 Partners LLC based on an involuntary bankruptcy petition filed in the United States Bankruptcy Court for the Southern District of Florida.  ECF No. 575.

      2.      On July 24, 2026, the 777 Entity Defendants filed an emergency motion to extend the automatic stay to the remaining 777 Entity Defendants (*i.e.*, to 777 defendant entities other than 777 Partners LLC). ECF Nos. 577-580.

      3.      On July 27, 2026, the Court held a hearing on the Defendants' emergency motion.

      4.      On July 28, 2026, the parties agreed on a briefing schedule whereby after 777 Partners LLC responded to the involuntary bankruptcy petition in the United States Bankruptcy Court for the Southern District of Florida, the 777 Entity Defendants would submit supplemental briefing in this Court concerning the status of the petition, and Leadenhall would then have an opportunity to respond to the 777 Entity Defendants' motion.  ECF No. 582.

1

5.      On August 10, 2026, counsel for the 777 Entity Defendants filed a Suggestion of Bankruptcy on behalf of 777 Partners LLC, 600 Partners LLC, SuttonPark Capital LLC, and SuttonPark Servicing LLC based on voluntary bankruptcy petitions filed in the United States Bankruptcy Court for the Northern District of Texas by some, but not all, of the 777 Entity Defendants.  ECF No. 587.

6.      Following the second bankruptcy petitions, Leadenhall and 777 Entity Defendants have conferred and now agree to the entry of a temporary stay of proceedings against the non-debtor 777 Entity Defendants (Insurety Capital LLC, Insurety Agency Services LLC, Signal Medical Receivables LLC, SPLCSS III LLC, Dorchester Receivables II LLC, and Signal SML 4 LLC), without prejudice to a request to lift the stay by any party based on subsequent developments in the bankruptcy proceedings or otherwise.

7.      Leadenhall and the 777 Entity Defendants agree to submit joint status reports every 45 days updating this Court on the status of the bankruptcy proceedings and the stay, with the stay to remain in effect as to the non-debtor 777 Entity Defendants pending further Order of this Court.  For the avoidance of doubt, this stay does not apply to any other defendants.

8.      The 777 Entity Defendants agree that their motion to stay proceedings filed on July 24, 2026 shall be denied as moot. ECF Nos. 577-580.

| | |
|---|---|
| */s/Leigh M. Nathanson* | */s/ John G. McCarthy* |
| Leigh M. Nathanson | John G. McCarthy |
| *Counsel for Leadenhall* | *Counsel for 777 Entity Defendants* |

THE COURT, having reviewed the foregoing stipulation of the parties, determines as follows:

IT IS HEREBY ORDERED that the Stipulation is approved and the terms set forth above are adopted as an Order of this Court.

**SO ORDERED.**

/s/ John G. Koeltl

**Hon. John G. Koeltl**

United States District Court for the Southern District of New York

Dated: New York, New York
       August 13, 2026

2