**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LEADENHALL CAPITAL PARTNERS LLP, ET ANO,**

**Plaintiffs,**

**- against -**

**JOSH WANDER, ET AL.,**

**Defendant.**

---

**24-cv-3453 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

Defendants Advantage Capital Partners ("A-CAP") and Kenneth King ("King") have filed a motion for a stay. ECF No. 592. The Court modifies the briefing schedule at ECF No. 585 as follows:

- Any party may respond to A-CAP and King's motion by **August 31, 2026**.
- A-CAP and King may reply by **September 8, 2026**.

The parties are directed to appear for oral argument on **September 17, 2026, at 3:30 p.m.** in Courtroom 14A, 500 Pearl Street, New York, NY.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 19, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**