King & Spalding LLP
1290 Avenue of the Americas
New York, New York 10104

**Leigh M. Nathanson**
Partner
T: (212) 790-5359
lnathanson@kslaw.com

September 28, 2026

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK**

Dear Judge Koeltl,

We write jointly on behalf of Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC ("Leadenhall") and the 777 Entity Defendants. In accordance with the Stipulation and Order entered by the Court on August 13, 2026 (ECF 589), which implemented an agreed-upon temporary stay for the 777 Entity Defendants that are not subject to an automatic stay under the U.S. Bankruptcy Code, and requiring Leadenhall and the 777 Entity Defendants to submit joint status reports every 45 days updating the Court on the status of the bankruptcy proceedings,[1] Leadenhall and the 777 Entity Defendants hereby submit their first joint status report.

Bankruptcy petitions as to the Debtor 777 Entity Defendants were filed in July, August, and September 2026 in the Southern District of Florida and Northern District of Texas. *See In re 777 Partners LLC*, No. 26-19312, (S.D. Fla.); *In re Signal National LLC*, No. 26-90190 (N.D. Tex). On August 24, 2026, the involuntary bankruptcy case filed against 777 Partners LLC in the Southern District of Florida, *In re 777 Partners LLC*, No. 26-19312, was transferred to the Northern District of Texas under the jointly administered cases captioned *In re Signal National LLC*, No. 26-90190. On September 28, 2026, the court in the *Signal* action held an evidentiary hearing concerning the Debtors' motion for entry of an order authorizing postpetition debtor in possession financing from Leadenhall. In connection with that motion, the Debtors submitted a term sheet with a milestone contemplating the effective date of a chapter 11 plan by February 5, 2027. As of the time of filing this status report, the U.S. Bankruptcy Court for the Northern District

[1] The 777 Entity Defendants subject to the automatic stay are 777 Partners LLC, 600 Partners LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, and Signal Medical Receivables LLC (referred to herein as the "Debtors" or "Debtor 777 Entity Defendants"). The 777 Entity Defendants subject to an agreed-upon temporary stay as set forth in the August 13, 2026 Stipulation and Order are Insurety Capital LLC, Insurety Agency Services LLC, SPLCSS III LLC, Dorchester Receivables II LLC, and Signal SML 4 LLC (referred to herein as the "Non-Debtors" or "Non-Debtor 777 Entity Defendants"). Signal Medical Receivables LLC was included as a "Non-Debtor" in the August 13, 2026, stipulation but filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code on September 10, 2026, and is now subject to the automatic stay and included in the definition of "Debtors" and "Debtor 777 Entity Defendants."

of Texas has not ruled on the Debtors' postpetition financing motion.

In light of the status of the bankruptcy proceedings, Leadenhall and the 777 Entity Defendants agree that a temporary stay as to the Non-Debtor 777 Entity Defendants shall remain in effect.

Respectfully submitted,

*/s/ Leigh M. Nathanson*

Leigh M. Nathanson