# Exhibit A

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America
v.
**Joshua Wander**

*Defendant*

Case No. **25-cr-473**

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: **Advantage Capital Holdings LLC**
**attn: Phara Guberman, Andrew A. Howell, Phillip F. Hosp, Esqs.**

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

**Schedule A**

| Place: | Date and Time: |
|---|---|
| **Courtroom 706**<br>**40 Foley Square**<br>**New York, New York 10007** | **10/19/2026 9:00 am** |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **10/01/2026**

*CLERK OF COURT*

Tammi M. Hellwig

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Joshua Wander**, who requests this subpoena, are:

**Jordan Estes, 200 Park Avenue, Floor 48, New York, NY 10166**
**jestes@gibsondunn.com; 212.351.3906**

**Notice to those who use this form to request a subpoena**

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

Case No. 25-cr-473

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________________

______________________________________________________________________

______________________________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ______________________________

______________________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

Print | Save As... | Add Attachment | Reset

## Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/08)

**(c) Producing Documents and Objects.**

**(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

**(2) Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

**(3) Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service.**

**(1) In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

**(2) In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g) Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).

# SCHEDULE A

## DEFINITIONS

A. "A-CAP," "You" or "Your" shall refer to Advantage Capital Holdings LLC, including any of its subsidiaries, parent companies, affiliates, officials, officers, employees, volunteers, or agents, and shall also refer to 600 Partners LLC, including any of its subsidiaries, parent companies, affiliates, officials, officers, employees, volunteers, or agents, including but not limited to Kenneth King.

B. "Document" or "Documents" has the broadest meaning under the Federal Rules, including, but not limited to, any medium upon which information is or can be recorded, including any and all records, whether in paper or electronic form, and wherever stored or maintained, so long as they are in Your possession, custody, or control. This includes, without limitation, email; text messages; messages on applications such as, but not limited to, WhatsApp, Signal, Telegram, and Skype; drafts; notes, including those maintained on a local drive or in hard copy; presentations; Excel spreadsheets; hard-copy binders; electronic binders; calendars; videos; meeting minutes; instant messaging, including on applications such as Skype and Teams; voicemail messages; and any other such material and files, whether electronic or on paper. With respect to electronic Documents, this definition includes, but is not limited to, all word processing documents, spreadsheets, emails (including sent and received), PDFs, PowerPoints, fax images, database entries, calendar items, and text messages, which may exist on a work or home laptop or desktop, on company servers (including in a network home directory, in a network group share, and on mainframes or other transactional data servers), and on any other external media (including CDs, DVDs, thumb drives/memory sticks, and/or external hard drives), or in any other storage media.

## INSTRUCTIONS

A. Documents shall be produced in the order in which they are kept in the ordinary course of business. All Documents that are physically attached to each other when located for production shall be left so attached.

B. If any copy of any Document, the production of which is requested, is not identical to any other copy thereof, by reason of any alterations, marginal notes, comments, metadata, omissions, or material contained therein or attached thereto, or otherwise, then all such non-identical copies shall be produced separately. For the avoidance of doubt, a Document with handwritten, typewritten, or other notes, editing marks, etc. is not and shall not be deemed to be identical to one without such modifications.

C. If any portion of any Document is responsive to any Request, then the entire Document shall be produced.

D. Documents shall include responsive Documents stored in any and all share drives, including Dropbox, SharePoint, Google Drive, or similar platforms.

E. For any responsive Documents stored in electronic format, including email, You will produce those Documents in searchable electronic format (e.g., single-page .tiff format with corresponding OCR or full-text files) via secure file transfer (such as FTP or Kiteworks) or other widely used electronic or optical storage media. All Microsoft Excel and PowerPoint Documents will be produced in native format, and Defendant reserves the right, as needed, to seek production of additional Documents, or categories of Documents, in native format. All responsive electronic Documents will be produced with sufficient metadata to convey where each Document begins and ends (including attachments), the original file name, and the original timestamps and attributes, including the following metadata fields: "BEGBATES," "ENDBATES," "BEGATTACH," "ENDATTACH," "to," "from," "cc," "bcc," "subject," "custodian," "creation date," "last modified," "SentDate," "FileName," "TextLink," "NativeLink," and "MD5HASH." If a Document exists in both physical (i.e., "hard copy") form and electronic form, then the Document shall be produced in both forms.

## REQUESTS

1. The Documents bearing the following Bates numbers, as produced by You in *Leadenhall Capital Partners LLP v. Wander*, 24 Civ. 3453 (JGK) (S.D.N.Y.):
    - ACAP_SDNY_00054082
    - ACAP_SDNY_00179652
    - ACAP_SDNY_00030131
    - ACAP_SDNY_00165802
    - ACAP_SDNY_00213572
    - ACAP_SDNY_00165800
    - ACAP_SDNY_00165805