UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC,

Plaintiff,

vs.

JOSH WANDER, STEVEN PASKO, KENNETH KING, 777 PARTNERS LLC, 600 PARTNERS LLC, SPLCSS III LLC, SIGNAL SML 4 LLC, INSURETY AGENCY SERVICES LLC, DORCHESTER RECEIVABLES II LLC, SUTTONPARK CAPITAL LLC, SIGNAL MEDICAL RECEIVABLES LLC, INSURETY CAPITAL LLC, SUTTONPARK SERVICING LLC, ADVANTAGE CAPITAL HOLDINGS LLC,

Defendants.

Civil Action No. 1:24-cv-03453-JGK

**[~~PROPOSED~~] ORDER MODIFYING CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER**

Upon consideration of Defendant Josh Wander's motion to modify the Confidentiality Stipulation and Protective Order entered May 8, 2025 (ECF No. 296) (the "Protective Order"), and pursuant to ¶ 14 thereof, IT IS HEREBY ORDERED that, notwithstanding ¶ 6 of the Protective Order, Mr. Wander may use the following documents, and information derived therefrom, in *United States v. Wander*, No. 25 Cr. 473 (JPO) (S.D.N.Y.), including for purposes of investigation, preparation, disclosure to counsel, experts, and consultants, disclosure required under the Federal Rules of Criminal Procedure, filing, and use at any hearing, trial, or sentencing proceeding:

- ACAP_SDNY_00054082
- ACAP_SDNY_00179652
- ACAP_SDNY_00030131

- ACAP_SDNY_00165802
- ACAP_SDNY_00213572
- ACAP_SDNY_00165800
- ACAP_SDNY_00165805

Except as so modified, the Protective Order remains in full force and effect as to these documents.

SO ORDERED.

Dated: New York, New York 10/15, 2026

John G. Koeltl

JOHN G. KOELTL UNITED STATES DISTRICT JUDGE