UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

Plaintiffs,

- against -

JOSH WANDER, ET AL.,

Defendants.

24-cv-3453 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties as to whom this action is not stayed are directed to submit a Rule 26(f) report by **November 5, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
October 21, 2026

John G. Koeltl
United States District Judge