King & Spalding

King & Spalding LLP
1290 Avenue of the Americas
New York, New York 10104

**Leigh M. Nathanson**
Partner
T: 212-790-5359
lnathanson@kslaw.com

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/6/26

November 5, 2026

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** ***Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK**

Dear Judge Koeltl:

We write jointly on behalf of Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC (together, "Plaintiffs") and Defendants Advantage Capital Holdings LLC, Kenneth King, Josh Wander, and Steven Pasko (the "Non-Stayed Defendants") in the above-captioned case. The Court's October 21, 2026 Order, ECF No. 637, directed Plaintiffs and the Non-Stayed Defendants to submit a Rule 26(f) report by today, November 5, 2026.

Plaintiffs and the Non-Stayed Defendants have exchanged drafts of the proposed report but believe that additional time to confer will facilitate reaching agreement on certain aspects of discovery rather than submitting competing proposals to the Court. The parties therefore respectfully request a one-week extension of the deadline to submit the Rule 26(f) report, from November 5, 2026 to November 12, 2026. Plaintiffs and the Non-Stayed Defendants jointly make and consent to this request. This is the parties' first request for an extension of this deadline. The extension would not affect any other deadlines.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Leigh M. Nathanson*
Leigh M. Nathanson

cc: All counsel of record (via ECF)