King & Spalding

King & Spalding LLP
1290 Avenue of the Americas
New York, New York 10104

**Leigh M. Nathanson**
Partner
T: (212) 790-5359
lnathanson@kslaw.com

November 12, 2026

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Leadenhall Capital Partners LLP et al. v. Wander et al.*, 24-cv-03453-JGK**

Dear Judge Koeltl,

We write jointly on behalf of Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC ("Leadenhall") and the 777 Entity Defendants. On August 13, 2026, following the bankruptcy filing in the action *In re Signal National LLC*, No. 26-90190 (N.D. Tex), the Court entered a Stipulation and Order implementing an agreed-upon temporary stay for the 777 Entity Defendants not subject to an automatic stay under the U.S. Bankruptcy Code. (ECF 589). The Stipulation and Order specified that Leadenhall and the 777 Entity Defendants shall submit joint status reports every 45 days updating the Court on the status of the bankruptcy proceedings,[1] Leadenhall and the 777 Entity Defendants submitted their first status report September 28, 2026 and now submit their second status report.

On October 6, 2026, the Signal court issued a final order authorizing post-petition debtor-in-possession financing from Leadenhall to the Debtors (the "Final DIP Order"). Under the bankruptcy milestones provided in the Final DIP Order, the Debtors must file a joint chapter 11 plan of reorganization no later than November 21, 2026; the bankruptcy court is scheduled to confirm the plan on or before January 22, 2027; and the plan is scheduled to become effective by February 5, 2027.

In light of the status of the bankruptcy proceedings, Leadenhall and the 777 Entity Defendants agree that a temporary stay as to the Non-Debtor 777 Entity Defendants shall remain

[1] The 777 Entity Defendants subject to the automatic stay are 777 Partners LLC, 600 Partners LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, and Signal Medical Receivables LLC (referred to herein as the "Debtors" or "Debtor 777 Entity Defendants"). The 777 Entity Defendants subject to an agreed-upon temporary stay as set forth in the August 13, 2026 Stipulation and Order are Insurety Capital LLC, Insurety Agency Services LLC, SPLCSS III LLC, Dorchester Receivables II LLC, and Signal SML 4 LLC (referred to herein as the "Non-Debtors" or "Non-Debtor 777 Entity Defendants"). Signal Medical Receivables LLC was included as a "Non-Debtor" in the August 13, 2026, stipulation but filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code on September 10, 2026, and is now subject to the automatic stay and included in the definition of "Debtors" and "Debtor 777 Entity Defendants."

in effect.

Respectfully submitted,

*/s/ Leigh M. Nathanson*

Leigh M. Nathanson