UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEADENHALL CAPITAL PARTNERS LLP, ET AL.,

Plaintiffs,

- against -

JOSH WANDER, ET AL.,

Defendants.

24-cv-3453 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court has received the parties' correspondence dated November 12, 2026, November 16, 2026, and November 17, 2026, ECF Nos. 644, 645, 647, and 648, including the Transcript in In re Signal National, LLC, 26-90190-elm-11 (Bankr. N.D. Tex. Nov. 4, 2026).

This case has been stayed as to the 777 Entity Defendants and the Non-Debtor 777 Entity Defendants, see ECF No. 644. The remaining parties should file a joint letter by **November 30, 2026** explaining whether they agree to a discretionary stay of this litigation for ninety (90) days. If there is disagreement, the remaining parties should file statements of their position of no more than five (5) pages by **December 7, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
November 23, 2026

John G. Koeltl
United States District Judge